Kathleen L. Wieneke, Bar #011139
Christina Retts, Bar #023798
STRUCK WIENEKE & LOVE, P.L.C.
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Telephone: (480) 420-1600
Fax: (480) 420-1699
kwieneke@swlfirm.com
cretts@swlfirm.com

Attorneys for Defendants City of Phoenix, Matthew Johnson, Celina Gonzales, Joel Zemaitis and William Weber

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Ngozi Mbegbu, individually as the surviving spouse of decedent Balantine Mbegbu and on behalf of decedent's children Ogechukwu Amarachukwu Gloria Mbegbu and C.C.E.M. (a minor) as the statutory beneficiaries of Balantine Mbegbu; and as Personal Representative of the Estate of Balatine Mbegbu,<br><br>                                Plaintiffs,<br><br>        v.<br><br>City of Phoenix, a public entity; Matthew Johnson and Jane Doe Johnson, husband and wife; Celina Gonzales and John Doe Gonzales, wife and husband; Joel Zemaitis and Jane Doe Zemaitis, husband and wife; William Weber and Jane Doe Weber, husband and wife; John Does 1-5; and Jane Does 1-5,<br><br>                                Defendants. | NO. _____<br><br>**NOTICE OF REMOVAL** |

Defendants City of Phoenix, Matthew Johnson, Celina Gonzales, Joel Zemaitis and William Weber, who have been served with the Complaint referenced below, through counsel and pursuant to 28 U.S.C. § 1441(b), hereby notice the removal of the above-

1  captioned case, Maricopa County Superior Court Cause No. CV2015-011529, from the
2  Superior Court of the State of Arizona, County of Maricopa, and in support thereof assert:
3      1.   Plaintiff Ngozi Mbegbu, individually as the surviving spouse of decedent
4  Balantine Mbegbu and on behalf of decedent's children Ogechukwu Amarachukwu Gloria
5  Mbegbu and C.C.E.M. (a minor) as the statutory beneficiaries of Balantine Mbegbu; and
6  as Personal Representative of the Estate of Balatine Mbegbu, has in their Complaint
7  asserted claims arising under federal and state law.  This Court has original jurisdiction of
8  the federal claims asserted by Plaintiff – arising under 42 U.S.C. § 1983 – and
9  supplemental jurisdiction over the state law claims.
10     2.   Plaintiff filed their Complaint against Defendants in the Superior Court of
11 the State of Arizona, County of Maricopa under the caption, "*Ngozi Mbegbu, individually*
12 *as the surviving spouse of decedent Balantine Mbegbu and on behalf of decedent's*
13 *children Ogechukwu Amarachukwu Gloria Mbegbu and C.C.E.M. (a minor) as the*
14 *statutory beneficiaries of Balantine Mbegbu; and as Personal Representative of the Estate*
15 *of Balatine Mbegbu v. City of Phoenix, a public entity; Matthew Johnson and Jane Doe*
16 *Johnson, husband and wife; Celina Gonzales and John Doe Gonzales, wife and husband;*
17 *Joel Zemaitis and Jane Doe Zemaitis, husband and wife; William Weber and Jane Doe*
18 *Weber, husband and wife; John Does 1-5; and Jane Does 1-5*," Cause No. CV2015-
19 011529.  Plaintiff filed their Complaint on October 5, 2015.  A copy of the Complaint is
20 attached hereto as **Exhibit 1**.  The above-referenced Defendants received formal notice of
21 this pleading when a copy of the Complaint along with a Summons was served upon them.
22     3.   This Notice of Removal is being filed within thirty days after initial service
23 of the Complaint and is thereby timely filed under 28 U.S.C. § 1446(b).
24     4.   All Defendants who have been served consent to the removal of this case
25 from the Maricopa County Superior Court to the United States District Court, District of
26 Arizona, Phoenix Division.
27     6.   True and correct copies of all remaining pleadings currently on file with the
28 Maricopa County Superior Court are attached as part of **Exhibit 2**.

2

  7. A Notice of Filing Notice of Removal, a true and correct copy of which is attached as **Exhibit 3**, has been filed in the Arizona Superior Court, County of Maricopa, on behalf of the above-referenced Defendants.

  8. Defendants' responsive pleading will be filed within seven days of the filing of this removal.

  WHEREFORE, Defendants respectfully request that the above action now pending in the Arizona Superior Court, County of Maricopa, be removed to this Court.

  DATED February 16, 2016

          STRUCK WIENEKE & LOVE, P.L.C.


         By /s/ Christina Retts
           Kathleen L. Wieneke
           Christina Retts
           Struck Wieneke & Love, P.L.C.
           3100 West Ray Road, Suite 300
           Chandler, Arizona  85226
           Attorneys for Defendants City of Phoenix,
           Matthew Johnson, Celina Gonzales, Joel
           Zemaitis and William Weber

ORIGINAL of the foregoing E-FILED via ECF this
16th day of February, 2016.

COPY of the foregoing emailed/mailed this same date to:

Sabinus A. Megwa
THE MEGWA LAW OFFICE
6811 South Central Avenue
Phoenix, AZ 85042
megwalaw@qwestoffice.net

*Attorney for Plaintiffs*

/s/ Christina Retts