Case 2:16-at-99902 Document 206-1 (Court only) Filed 02/16/16 Page 1 of 43

**EXHIBIT 1**

**EXHIBIT 1**

1   SABINUS A. MEGWA, ESQ.
    The Megwa Law Office
2   6811 South Central Avenue
    Phoenix, Arizona 85042
3   Telephone (602) 243-6151
    State Bar Number: 011266
4
    Attorney for Plaintiffs
5

6

7              IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

8                  IN AND FOR THE COUNTY OF MARICOPA

9   NGOZI MBEGBU, individually as the surviving )   NO.
    spouse of decedent Balantine Mbegbu and on  )
10  behalf of decedent's children Ogechukwu      )   CV2015-011529
    Amarachukwu Gloria Mbegbu and                )
11  C▮▮▮▮▮▮ C▮▮▮▮ E▮▮▮▮                           )   PLAINTIFFS' COMPLAINT AND DEMAND
12  M▮▮ (a minor) as the statutory beneficiaries )   FOR JURY TRIAL
    of Balantine Mbegbu; and as Personal         )
13  Representative of the ESTATE OF              )
    BALANTINE MBEGBU,                            )
14                                               )   (Tort/Non-Motor-Vehicle;
                                                 )   42 U.S.C. Section 1983 and
15              Plaintiffs,                       )   Civil Rights Violation)
                                                 )
16  vs.                                          )
                                                 )
17  CITY OF PHOENIX, a public entity;            )
    MATTHEW JOHNSON and JANE DOE                 )
18  JOHNSON, husband and wife; CELINA            )
    GONZALES and JOHN DOE GONZALES,              )
19  wife and husband; JOEL ZEMAITIS and JANE     )
    DOE ZEMAITIS, husband and wife; WILLIAM      )
20  WEBER and JANE DOE WEBER, husband and )
    Wife; JOHN DOES 1-5; and JANE DOES 1-5,      )
21                                               )
22              Defendants,                       )
                                                 )
23  _____ )

24

25      Plaintiffs for their Complaint against Defendants, allege as follows:

26                      **JURISDICTION AND VENUE**

27

28      1.    The amount in controversy exceeds the jurisdictional threshold of this Court.

                                    -1-

2.   A timely notice of claim pursuant to A.R.S. Section 12-821.01 was filed and served upon defendants. More than sixty (60) days have passed since the Notice of Claim was filed and served upon Defendants herein.

3.   Plaintiffs bring this action, pursuant to 42 U.S.C. § 1983, for violations of the Fourth and Fourteenth Amendments of the United States Constitution, and state common and statutory laws including A.R.S. § 12-611, *et seq.*

4.   Jurisdiction and venue are proper in this court as the majority of parties are residents of Maricopa County, Arizona, and the events underlying this lawsuit occurred in Maricopa County, State of Arizona.

**PARTIES**

5.   Plaintiffs incorporate the allegations in the paragraphs above as if set forth fully herein.

6.   For all material times, Plaintiff Ngozi Mbegbu ("Ngozi") is an individual residing in Maricopa County, Arizona.

7.   Ngozi Mbegbu survives her husband Balantine Mbegbu, deceased ("Balantine"), who also was an individual residing in Maricopa County, Arizona at all times relevant to this Complaint.

8.   Plaintiffs Ogechukwu Amarachukwu Gloria Mbegbu ("Gloria") and C███████ C███████ E███ M███, a minor ("Buka"), are the surviving children of decedent Balantine Mbegbu.

9.   Ngozi Mbegbu is the Personal Representative of the Estate of Balantine Mbegbu, deceased.

10.  Defendant City of Phoenix is a public entity, formed and designated as such pursuant under the laws of the State of Arizona and, as permitted by state and federal law, may be held independently or vicariously liable, or otherwise responsible, for the wrongful conduct of its divisions, agents, officers and employees.

11.  Defendants Matthew Johnson, Celina Gonzales, Joel Zemaitis and William Weber

are agents and employees of City of Phoenix who, at the time of events complained of herein, were acting within the course and scope of their employment as police officers and under color of law.

12.     All of the individually named defendants' acts and omissions were done for the benefit and furtherance of their marital community. Except where specifically alleged, Plaintiffs are unaware of the true names of the individually named defendants' spouses and have designated them as Jane and John Does in the caption of this matter. The true names of these defendants will be substituted upon discovery of the same.

## FACTUAL ALLEGATIONS RELEVANT TO ALL COUNTS OF THIS COMPLAINT

13. On October 6, 2014, a person who identified himself as Geralds called 911 at approximately 2058 hours and claimed that a family friend of his was in a verbal fight with his wife and that his and his friends wife were allegedly threatening each other and as such he requested the police to respond to 6517 North 28th Glen in Phoenix before it gets out of hand.

14. Shortly after 9:00 pm, Balantine was at his residence located at 6517 N. 28th Glen, in Phoenix Arizona and was sitting in his living room and enjoying his dinner when two Phoenix Police Officers Defendants Matthew Johnson and Celina Gonzales arrived at his residence and spoke to Balantine's wife, Ngozi who was outside the gate of their house by her car waiting for her friend to take her to go pickup her son from a basketball practice.

15. The two Phoenix Police Officers Johnson and Gonzales asked Ngozi her name and where she was going and she identified herself and then they asked Ngozi if they could see her husband and she said that her husband was inside the house eating dinner.

16. Ngozi asked Police Officers Johnson and Gonzales why they wanted to see her husband and they told her that someone called and said that she and her husband were fighting and Ngozi told them that they were not fighting.

17. As Ngozi proceed to go into her house, Defendants Matthew Johnson and Celina Gonzales followed her into the house with a warrant.

18. As the two Police Officers Johnson and Gonzales entered the house, Balantine was sitting in a chair in his living room facing the front door while he was still eating dinner with his plate of food, worm water in a cup and his prescription medications all on a small table in front of him.

19. Upon seeing the two Police Officers Johnson and Gonzales enter his home without a warrant and without his consent, Balantine asked them why were they inside his house because neither he nor his wife called them and at that time the Police Officers Johnson and Gonzales then informed him that someone called and said that he and his wife were fighting.

20. Balantine vehemently denied fighting his wife that day and he asked the two police officers Johnson and Gonzales to leave his house and they refused and then insisted on talking with him and Balantine then asked them if they saw any sign of physical injury on his wife and or on himself and he once again politely told the two Police Officers Johnson and Gonzales to leave his house.

21. Defendants Police Matthew Johnson and Celina Gonzales refused to leave Balantine's house and they insisted on interrogating him about the alleged domestic violence, however Balantine told the Phoenix Police Officers to leave his house since there was no fighting between him and his wife and no sign of physical injury on any of them and two Phoenix Police Officers refused to leave.

22. Defendant Matthew Johnson who was the first police officer to enter Balantine's house became very aggressive toward Balantine as he used his right hand to push Balantine's chest and then he claimed that Balantine committed aggravated assault because he allegedly swatted away Johnson's right arm when he pushed Balantine's chest.

23. After Defendant Johnson pushed Balantine in the chest area, Balantine sat back down on his chair and continue to ask the police Officers to leave his house and they refuse

and Defendant Celina Gonzales called for backup when they decided to arrest Balantine for alleged aggravated assault and resisting arrest.

24. Defendant Joel Zemaitis then came to Balantine's house and entered without a warrant and he and defendant Johnson walked over to the area where Balantine was sitting and they grabbed his hand without telling him that he is under arrest and as Defendants Zemaitis, Johnson and Gonzales graded Balantine, they escalated the use of force and without provocation, they physically attacked Balatine and slammed him to the ground.

25. Defendants Zemaitis, Johnson and Gonzales then pulled Balantine up from the ground and forcefully sat him on the chair and proceeded to handcuff him and it appeared that they were not able to easily handcuff Balantine.

26. While Balantine was still sitting on a chair and being grabbed by Defendant Zemaitis and Gonzales, Defendant Matthew Johnson gratuitously delivered a forceful closed fist strike with his right hand to the left side of Balantine's face and the heavy punch dazed Balantine.

27. While Balantine was still dazed from Defendant Johnson's punch to the face with a closed fist, Defendant Joel Zemaitis backed off of Balantine and within a few feet fired his taser striking Balantine in the chest area.

28. After Defendant Zemaitis tased Balantine, defendants Johnson, Gonzales joined by Defendant William Weber all grabbed Balantine and forcefully smashed his head to the ground causing laceration and bleeding to his head and left eye area.

29. At the time Balantine was slammed to the ground and helpless, four police officers Johnson, Gonzales, Zemaitis and Weber started to physically use force on Balantine, wrestling him, rolling him over on his stomach as Defendant Johnson used a pressure point technique on Balantine's ear and neck area, Defendant Weber placed his body weight to hold Balantine down and then placed his knees with force on his back with

his face and stomach on the ground as they forcefully pulled his hands to his back and handcuffed him.

30. While Balantine was still on the ground, it appeared that one of the Police Officers may have placed his forearm on the front of Balantine's neck in a choke hold depriving him of oxygen, causing him to vomit and foaming in the mouth with difficulty breathing and thereafter it appeared that Balantine had a cardiac arrest.

31. Soon after Balantine started foaming in the mouth and with difficulty breathing, the four Police Officers allegedly started first aide and called paramedics.

32. Phoenix Fire Department and paramedics thereafter arrived and transported Balantine to John C. Lincoln North Mountain Hospital Emergency Room with chief complaints of trauma, assault victim and cardiac arrest.

33. The emergency room physician John C. Lincoln North Mountain Hospital observed that there was a significant amount of vomitus covering Balantine and he had a left periorbital edema extending to the left side of his forehead as well as soft tissue edema and abrasion on the left side of his face and at 2212 hours of October 6, 2014, Dr. Victoria S. Alimov declared Mr. Balantine Mbegbu dead.

## COUNT ONE

**(Defendants Police Officers Matthew Johnson, Celina Gonzales, Joel Zemaitis and William Weber and City of Phoenix Are Liable for the Wrongful Death of Balantine Mbegbu Pursuant to A.R.S. § 12-611, Negligence, Gross Negligence, Intentional Act, Assault and Battery, and Vicarious Liability)**

34. Plaintiff incorporate the allegations in the paragraphs above as if set forth fully herein.

35. Defendants Police Officers Matthew Johnson, Celina Gonzales, Joel Zemaitis and William Weber had a duty to ensure the safety and well-being of persons in their care, custody, and control, a duty that includes (without limitation) using only necessary and reasonable force.

36. Defendants, breached their duties, despite knowing or having reason to know that Balantine Mbegbu was or would be inappropriately subjected to an unreasonable risk of serious harm, injury, and death as a result of their actions and/or inactions, as identified by the allegations set forth in the paragraphs above.

37. That the use of unreasonable by defendants against Balantine was carried out willfully, wantonly, maliciously, recklessly, and with gross negligence and deliberate indifference, as to Plaintiffs' rights, as well as with reckless disregard of the consequences as to reveal a conscious indifference to the clear risk of death or serious bodily injury.

38. Defendants acted in bad faith, were negligent, grossly negligent and reckless, and were guilty of wanton, willful and malicious conduct in the manner in which the search and seizure or arrest of Decedent was attempted and as a direct and proximate result of the conduct of Defendants as alleged herein, Decedent Balantine Mbegbu was killed by Defendants.

39. All of the individually named defendants were at all times material hereto, acting within the course and scope of their employment and City of Phoenix is vicariously liable for their actions.

40. As a result of each individual named Defendants' action and inactions, Balantine Mbegbu's survivor have been deprived of the continued companionship and society of their husband and father, and have suffered and will continue to suffer in the future a loss of love, affection, companionship, care, protection, guidance, as well as pain, grief, sorrow, anguish, stress, shock, and mental suffering, and have suffered damages in an amount to be proven at trial.

## COUNT TWO

**(Defendants Police Officers Matthew Johnson, Celina Gonzales, Joel Zemaitis and William Weber Violated Balantine Mbegbu's Rights Under the Fourth and Fourteenth Amendments to be Free From the Unreasonable Use of Force and Punishment and are Liable Pursuant 42 U.S. C. 1983)**

41. Plaintiffs incorporate the allegations in the paragraphs above as if set forth fully herein.

42. The manner in which Defendants Matthew Johnson, Celina Gonzales, Joel Zemaitis and William Weber handled Balantine Mbegbu, by Johnson punching him in the face with closed fist and putting pressure point technique on his ear and neck area, Zemaitis tasing him, forcefully wrestling

−7−

1    him to the ground as they forcefully placed him in a prone position and then piled up on him

2    as he was lying on his belly with his legs pulled back to his buttock and crossed and

3    Zemaitis and Webber continued to put their body weight on top of him in a position which

4    caused him pain, constituted an excessive use of force.

5         43.  The excessive force used by Defendants Matthew Johnson, Celina Gonzales, Joel

6    Zemaitis and William Weber to subdue Balantine Mbegbu in a prone position constitutes

7    excessive force which caused Balantine to suddenly stop moving and stop breathing.

8         44.  The conduct of the Defendants police officers as alleged in paragraphs 13 through 33 as

9    stated hereinabove constitutes excessive and unreasonable use of force which caused and or

10   contributed to Balantine Mbegbu's death.

11        45.  The force used by Defendant police officers while they were trying to arrest Balantine

12   without telling him that he is under arrest and by placing Balantine Mbegbu in handcuffs was

13   gratuitous and unreasonable and it caused his death.

14        46.  While he was being wrestled, punched and manhandled, Balantine never struck any of the

15   Police officers except that his legs may have involuntarily struck one or two of the officers as he was

16   being manhandled subdued.

17        47.  Defendants Matthew Johnson, Celina Gonzales, Joel Zemaitis and William Weber

18   observed each other using unreasonable use of force against Balantine Mbegbu, as well as the events

19   set forth in paragraphs 13 through 34 hereinabove and failed to intervene.

20        48.  As a direct and proximate result of these Defendants Matthew Johnson, Celina Gonzales,

21   Joel Zemaitis and William Weber's wrongful conduct by using excessive, gratuitous, and

22   unreasonable force against Balantine Mbegbu and by failing to stop each other from using excessive,

23   gratuitous, and unreasonable force against Balantine and as such Balantine Mbegbu's rights under

24   Fourth Amendment were violated and the Estate of Balantine Mbegbu has suffered damages.

25        49.  Defendants Phoenix Police Officers Matthew Johnson, Celina Gonzales, Joel Zemaitis

26   and William Weber did not exercise any amount of restraint in their dealings with Balantine Mbegbu

27   as they divorced their duty of law observance from law enforcement, acting oppressively, recklessly,

28   and offensively.

50. As a direct and proximate result of the above-described unlawful and malicious acts of Defendants Matthew Johnson, Celina Gonzales, Joel Zamaitis and William Weber all committed under color of their authority as a City of Phoenix Police Officers and while acting in that capacity, they caused Balantine Mbegbu to suffer grievous bodily harm, loss of life, all of which is in violation of Balantine's and Plaintiffs' rights under the laws and Constitution of the United States, in particular, the Fourth and Fourteenth Amendments thereof, and 42 U.S.C. Sections 1983, 1985, and 1988.

51. The wrongful conduct of these Defendants was in reckless disregard of Balantine Mbegbu's constitutional rights and punitive damages in an amount to be determined by a jury should be awarded to deter and prevent others from acting in a similar manner in the future.

## COUNT THREE

**(Defendants Matthew Johnson, Celina Gonzales, Joel Zemaitis and William Weber Violated Ngozi's, Gloria's and Buka's Rights Under the Fourteenth Amendment and 42 U.S.C. § 1983 to be Free From Interference With Their Right to Family Society and Companionship of Balantine Mbegbu)**

52. Plaintiffs incorporate the allegations in the paragraphs above as if set forth fully herein.

53. The reckless, intentional and/or deliberate acts and omissions of Defendants Matthew Johnson, Celina Gonzales, Joel Zemaitis and William Weber, set forth above, were the direct and legal cause of the deprivation of Ngozi's, Gloria's and Buka's constitutionally protected rights under the Fourteenth Amendment to the care, companionship, and familial society of their husband and father Balantine Mbegbu.

54. As a direct and proximate result of these Defendants' wrongful conduct, Ngozi, Gloria and Buka have all suffered damages.

## JURY TRIAL

55. Plaintiffs hereby request and demand a trial by jury.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs pray for damages for judgment against Defendants as follows:

    a)    General damages in an amount to be proven at trial, as to the causes of action, claims, and theories of relief alleged herein;

    b)    Punitive damages against the individually named Defendants in an amount deemed just and reasonable as to the causes of action, claims, and theories of relief alleged herein;

    c)    Costs and attorneys' fees against all Defendants, pursuant to 42 U.S.C § 1988;

    d)    Such other and further relief which may seem just and reasonable under the circumstances.

Dated this 5th day of October 2015.

THE MEGWA LAW OFFICE

BY

SABINUS A. MEGWA
6811 South Central Ave.
Phoenix, Arizona 85042
Attorney for Plaintiffs

**EXHIBIT 2**

**EXHIBIT 2**

1  SABINUS A. MEGWA, ESQ.
   The Megwa Law Office
2  6811 South Central Avenue
   Phoenix, Arizona 85042
3  Telephone (602) 243-6151
   State Bar Number: 011266
4
   Attorney for Plaintiff
5

COPY

OCT - 5 2015

6              IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

7                   IN AND FOR THE COUNTY OF MARICOPA

8

9  NGOZI MBEGBU, individually as the surviving      ) NO.
   spouse of decedent Balantine Mbegbu and on       )
10 behalf of decedent's children Ogechukwu          )   CV2015-011529
   Amarachukwu Gloria Mbegbu and                    )
11 C██████ C██████ B█████                           )
12 M█████ (a minor) as the statutory beneficiaries of )
   Balantine Mbegbu; and as Personal Representative )
13 of the ESTATE OF BALANTINE MBEGBU,               )  CERTIFICATE ON COMPULSORY
                                                    )  ARBITRATION
14                                                  )
15              Plaintiffs,                         )
                                                    )
16 vs.                                              )
                                                    )
17 CITY OF PHOENIX, a public entity; MATTHEW        )
   JOHNSON and JANE DOE JOHNSON, husband            )
18 and wife; CELINA GONZALES and JOHN DOE           )
   GONZALES, wife and husband; JOEL                 )
19 ZEMAITIS and JANE DOE ZEMAITIS, husband          )
   and wife; WILLIAM WEBER and JANE DOE             )
20 WEBER, husband and Wife; JOHN DOES 1-5;          )
   and JANE DOES 1-5,                               )
21                                                  )
22              Defendants,                         )
                                                    )
23 ─────────────────────────────────────────────

24

25       The Undersigned certifies that he knows the dollar limits and any other limitations set forth by

26 the local rules of practice for Maricopa County Superior Court, and further certifies that this case is

27 **not subject to compulsory arbitration**, as provided by Rules 72 through 76 of the Arizona Rules of

28 Civil Procedure.

-1-

Dated this 5th day of October 2015.

THE MEGWA LAW OFFICE

BY

SABINUS A. MEGWA
6811 South Central Ave.
Phoenix, Arizona 85042
Attorney for Plaintiffs

-2-

<table>
<tr><td>

```
┌─────────────────────┐
│ Office Distribution │
│                     │
│                     │
└─────────────────────┘
```

</td><td>

**SUPERIOR COURT OF ARIZONA**
**MARICOPA COUNTY**

</td><td>

```
┌──────────────────────┐
│     **FILED**        │
│     01/13/2016       │
│ by Superior Court Admin │
│ on behalf of Clerk of the │
│   Superior Court     │
└──────────────────────┘
```

</td></tr>
</table>

01/09/2016

COURT ADMINISTRATION

Ct. Admin
Deputy

**Case Number:** CV2015-011529

**Ngozi Mbegbu**

**V.**

**City Of Phoenix**

The Judge assigned to this action is the Honorable David B. Gass

### NOTICE OF INTENT TO DISMISS FOR LACK OF SERVICE

You are hereby notified that the complaint filed on 10/05/2015 is subject to dismissal pursuant to Rule 4 (i), Arizona Rules of Civil Procedure. The deadline for completing service is 02/02/2016. If no judge has extended time for completing service and no defendants have been served by this date, this case will be dismissed.

Superior Court of Maricopa County - integrated Court Information System
**Endorsee Party Listing**
Case Number: CV2015-011529

| Party Name | Attorney Name | |
|---|---|---|
| Ngozi Mbeghu | Sabinus A Mcgwa | Bar ID: 011266 |

CLARE CRAFT, License No. 8415
AMERICAN PROCESS, LLC
P.O. Box 14057
Phoenix, Arizona 85063-4057
(623) 846-4364

ORIG____L
MICHAEL K. JEANES, CLERK
RECEIVED CCC-RI
NIGHT DEPOSITORY

16  JAN 27  PM 3: 55

FILED BY N. CARDENAS

## IN THE SUPERIOR COURT STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

In the Matter of:
NGOZI MBEGBU, INDIVIDUALLY AS THE
SURVIVING SPOUSE OF DECEDENT
BALANTINE MBEGBU AND ON BEHALF
OF DECEDENT'S CHILDREN OGECHUKWU
AMARACHUKWU GLORIA MBEGBU,
O████████████████ E████
O████████ (A MINOR) AS THE STATUTORY
M█████ BENEFICIARIES, AND AS PERSONAL
REPRESENTATIVE OF THE ESTATE OF
BALANTINE MBEGBU

                                    Plaintiffs,

        vs.

CITY OF PHOENIX; PHOENIX
POLICE OFFICERS MATTHEW
JOHNSON AND JANE DOE JOHNSON
CELINA GONZALES AND JOHN DOE
GONZALES, JOEL ZAMAITIS AND
JANEDOE ZAMAITIS, WILLIAM
WEBER AND JANE DOE WEBER,
ET AL
                                    Defendants.

CV2015-011529
CERTIFICATE OF SERVICE

        Clare Craft, declares and states that I am fully qualified under ARCP 4(d), 4 (c)
and 45 (d) to serve process in this case; having been appointed by the Court in Maricopa
County Arizona and that on January 26th, 2016 I received from Sabinus A. Megwa, ESQ.
Attorney for the Plaintiffs, instruments and documents described as:

### SUMMONS; COMPLAINT AND DEMAND FOR JURY TRAIL;
### CERTIFICATE ON COMPULSORY ARBITRATION

Pursuant to the above entitled action; I personally served a true copy of these documents upon City of Phoenix, c/o City Clerk at their usual place of business by handing said documents to the clerk (Daniel Chacon), a person authorized to accept service at the following address, 200 W. Washington Phoenix, Maricopa County, Arizona, on January 26th, 2016 at 3:07 p.m.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and that this declaration is executed on January 27, 2016 at Phoenix, Arizona.

Clare Craft, Certified Officer Superior Court

Service Fee: $85.00

SABINUS A. MEGWA, ESQ.
The Megwa Law Office
6811 South Central Avenue
Phoenix, Arizona 85042
Telephone (602) 243-6151
State Bar Number: 011266

Attorney for Plaintiff

MICHAEL K. JEANOS/CLERK
RECEIVED COURT
NIGHT DEPOSITORY.

16   JAN 27   PM 3: 56

**ORIGINAL**

FILED BY N. CARDENAS

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

NGOZI MBEGBU, individually as the surviving
spouse of decedent Balantine Mbegbu and on
behalf of decedent's children Ogechukwu
Amarachukwu Gloria Mbegbu and
C███████ C███████ E███████
M███ (a minor) as the statutory beneficiaries of
Balantine Mbegbu; and as Personal Representative
of the ESTATE OF BALANTINE MBEGBU,

Plaintiffs,

vs.

CITY OF PHOENIX, a public entity; MATTHEW
JOHNSON and JANE DOE JOHNSON, husband
and wife; CELINA GONZALES and JOHN DOE
GONZALES, wife and husband; JOEL
ZEMAITIS and JANE DOE ZEMAITIS, husband
and wife; WILLIAM WEBER and JANE DOE
WEBER, husband and Wife; JOHN DOES 1-5;
and JANE DOES 1-5,

Defendants,

NO.   CV2015-011529

**SUMMONS**

If you would like legal advice from a lawyer,
contact the Lawyer Referral Service at
602-257-4434
or
www.maricopalawyers.org
Sponsored by the
Maricopa County Bar Association

**THE STATE OF ARIZONA TO THE DEFENDANTS:**

## CITY OF PHOENIX

-1-

1      **YOU ARE HEREBY SUMMONED** and required to appear and defend within the time
2  applicable, in this action in this Court. If served within Arizona, **you shall appear and defend
within 20 days after service of the Summons and Complaint upon you, exclusive of the**
3  **date of service.** If served out of the State of Arizona – whether direct service, by registered or
certified mail, or by publication – you shall appear and defend within 30 days after the service of the
4  Summons and Complaint upon you is complete, exclusive of the day of service. Where process is
served upon the Arizona Director of Insurance as an insurer's attorney to receive service of legal
5  process against it in this state, the insurer shall not be required to appear, answer or plead until
expiration of 40 days after date of such service upon the Director. Service by registered or certified
6  mail without the State of Arizona is complete after the date of the filing the receipt and affidavit of
7  service with the Court. Service by publication is complete 30 days after the date of first publication.
Direct service is complete when made. Service upon the Arizona Motor Vehicle Superintendent is
8  complete within 30 days after filing the Affidavit of Compliance and return receipt or Officer's
9  return. RCP 4; A.R.S. Sections 20-222; 28-502; 28-503.

10      **YOU ARE HEREBY NOTIFIED** that in case of your failure to appear and defend within
11  the time applicable, judgment by default may be rendered against you for the relief demanded in the
Complaint.

12
13      **YOU ARE CAUTIONED** that in order to appear and defend, you must file an Answer or
proper response in writing with the Clerk of this Court, accompanied by the necessary filing fee,
14  within the time required, and you are required to serve a copy of any Answer or Response upon the
Plaintiff's attorney. RCP 10(d); A.R.S. Section 12-311; RCP 5.
15

16      Pursuant to Maricopa County Local Rule 2.5, requests for reasonable accommodation for
persons with disabilities must be made to the division assigned to the case by parties at least 3
17  judicial days in advance of a scheduled court proceeding.

18  The name and address of Plaintiff's attorney is:
19      Sabinus A. Megwa, Esq.
      The Megwa Law Office
20      6811 South Central Avenue
      Phoenix, Arizona 85042
21      Telephone Number: (602) 243-6151      **OCT - 5 2015**

22      SIGNED AND SEALED THIS DATE:_____
23

24            MICHAEL K. JEANES, CLERK
  Clerk
25      BY_____
      Deputy Clerk
26                            M. De La Cruz
                              Deputy Clerk



27
28

-2-

ORT.

FILED
16 FEB -1 PH 2: 51

BY C. FLORES. DEP

CLARE CRAFT, License No. 8415
AMERICAN PROCESS, LLC
P.O. Box 14057
Phoenix, Arizona 85063-4057
(623) 846-4364

## IN THE SUPERIOR COURT STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

In the Matter of:

NGOZI MBEGBU, INDIVIDUALLY, AS THE
SURVIVING SPOUSE OF DECEDENT
BALANTINE MBEGBU, AND ON BEHALF
OF DECEDENT'S CHILDREN OGECHUKWU
AMARACHUKWU GLORIA MBEGBU,
 (A MINOR) AS THE STATUTORY
BENEFICIARIES, AND AS PERSONAL
REPRESENTATIVE OF THE ESTATE OF
BALANTINE MBEGBU

Plaintiffs,

vs.

CITY OF PHOENIX; MATTHEW
JOHNSON AND JANE DOE JOHNSON
CELINA GONZALES AND JOHN DOE
GONZALES, JOEL ZAMAITIS AND
JANEDOE ZAMAITIS, WILLIAM
WEBER AND JANE DOE WEBER,
ET AL

Defendants.

CV2015-011529
CERTIFICATE OF SERVICE

Clare Craft, declares and states that I am fully qualified under ARCP 4(d), 4 (c) and 45 (d) to serve process in this case; having been appointed by the Court in Maricopa County Arizona and that on January 26th, 2016 I received from Sabinus A. Megwa, ESQ. Attorney for the Plaintiffs, instruments and documents described as:

## SUMMONS; COMPLAINT AND DEMAND FOR JURY TRAIL;
## CERTIFICATE ON COMPULSORY ARBITRATION

Pursuant to the above entitled action; I personally served a true copy of these documents upon William Weber at his usual place of employment by handing said documents to him at the following address, 3435 N. Pinnacle Peak Rd. Phoenix, Maricopa County, Arizona, on January 30th, 2016 at 2:55 p.m.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and that this declaration is executed on February 1, 2016 at Phoenix, Arizona.

Clare Craft, Certified Officer Superior Court

**Service Fee: $85.00**

1  SABINUS A. MEGWA, ESQ.
   The Megwa Law Office
2  6811 South Central Avenue
   Phoenix, Arizona 85042
3  Telephone (602) 243-6151
   State Bar Number: 011266
4
   Attorney for Plaintiff
5

**ORIGINAL**

MICHAEL K. JEANES, CLERK
RECEIVED COPY
NIGHT DEPOSITORY

**16 FEB -1 PM 2: 52**

**FILED**
BY C. FLORES, DEP

6              IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

7                  IN AND FOR THE COUNTY OF MARICOPA

8                                                    CV2015-011529

9  NGOZI MBEGBU, individually as the surviving )   NO.
   spouse of decedent Balantine Mbegbu and on  )
10 behalf of decedent's children Ogechukwu      )
   Amarachukwu Gloria Mbegbu and                )
11 ████████████              █                   )
   ████ (a minor) as the statutory beneficiaries of )
12 Balantine Mbegbu; and as Personal Representative )
   of the ESTATE OF BALANTINE MBEGBU,           )   **SUMMONS**
13                                                )
                                                 )
14          Plaintiffs,                           )
                                                 )
15 vs.                                            )
                                                 )
16 CITY OF PHOENIX, a public entity; MATTHEW     )
   JOHNSON and JANE DOE JOHNSON, husband        )
17 and wife; CELINA GONZALES and JOHN DOE        )
   GONZALES, wife and husband; JOEL             )
18 ZEMAITIS and JANE DOE ZEMAITIS, husband      )
   and wife; WILLIAM WEBER and JANE DOE         )
19 WEBER, husband and Wife; JOHN DOES 1-5;      )
   and JANE DOES 1-5,                            )
20                                                )
            Defendants,                           )
21                                                )

If you would like legal advice from a lawyer,
contact the Lawyer Referral Service at
602-257-4434
or
www.maricopalawyers.org
Sponsored by the
Maricopa County Bar Association

22

23

24

25  **THE STATE OF ARIZONA TO THE DEFENDANTS:**

26

27      **WILLIAM WEBER and JANE DOE WEBER**

28

-1-

**YOU ARE HEREBY SUMMONED** and required to appear and defend within the time applicable, in this action in this Court. If served within Arizona, **you shall appear and defend within 20 days after service of the Summons and Complaint upon you, exclusive of the date of service.** If served out of the State of Arizona – whether direct service, by registered or certified mail, or by publication – you shall appear and defend within 30 days after the service of the Summons and Complaint upon you is complete, exclusive of the day of service. Where process is served upon the Arizona Director of Insurance as an insurer's attorney to receive service of legal process against it in this state, the insurer shall not be required to appear, answer or plead until expiration of 40 days after date of such service upon the Director. Service by registered or certified mail without the State of Arizona is complete after the date of the filing the receipt and affidavit of service with the Court. Service by publication is complete 30 days after the date of first publication. Direct service is complete when made. Service upon the Arizona Motor Vehicle Superintendent is complete within 30 days after filing the Affidavit of Compliance and return receipt or Officer's return. RCP 4; A.R.S. Sections 20-222; 28-502; 28-503.

**YOU ARE HEREBY NOTIFIED** that in case of your failure to appear and defend within the time applicable, judgment by default may be rendered against you for the relief demanded in the Complaint.

**YOU ARE CAUTIONED** that in order to appear and defend, you must file an Answer or proper response in writing with the Clerk of this Court, accompanied by the necessary filing fee, within the time required, and you are required to serve a copy of any Answer or Response upon the Plaintiff's attorney. RCP 10(d); A.R.S. Section 12-311; RCP 5.

Pursuant to Maricopa County Local Rule 2.5, requests for reasonable accommodation for persons with disabilities must be made to the division assigned to the case by parties at least 3 judicial days in advance of a scheduled court proceeding.

The name and address of Plaintiff's attorney is:
    Sabinus A. Megwa, Esq.
    The Megwa Law Office
    6811 South Central Avenue
    Phoenix, Arizona 85042
    Telephone Number: (602) 243-6151

SIGNED AND SEALED THIS DATE: OCT - 5 2015

MICHAEL K. JEANES, CLERK

Clerk

BY _____
    Deputy Clerk

M. De La Cruz
Deputy Clerk



-2-

CLARE CRAFT, License No. 8415
AMERICAN PROCESS, LLC
P.O. Box 14057
Phoenix, Arizona 85063-4057
(623) 846-4364

OFFICIAL

PATRICIA K. SEANEY CLERK.
RECEIVED COPY
NIGHT DEPOSITORY

16 FEB -1 PM 2: 51

BY C. FLORES, DEP FILED

IN THE SUPERIOR COURT STATE OF ARIZONA
IN AND FOR THE COUNTY OF MARICOPA

In the Matter of:
NGOZI MBEGBU, INDIVIDUALLY, AS THE
SURVIVING SPOUSE OF DECEDENT
BALANTINE MBEGBU, AND ON BEHALF
OF DECEDENT'S CHILDREN OGECHUKWU
AMARACHUKWU GLORIA MBEGBU,
C█████████
C█████████ E█████
M█████ (A MINOR) AS THE STATUTORY
BENEFICIARIES, AND AS PERSONAL
REPRESENTATIVE OF THE ESTATE OF
BALANTINE MBEGBU

                                    Plaintiffs,

vs.

CITY OF PHOENIX; MATTHEW
JOHNSON AND JANE DOE JOHNSON
CELINA GONZALES AND JOHN DOE
GONZALES, JOEL ZAMAITIS AND
JANEDOE ZAMAITIS, WILLIAM
WEBER AND JANE DOE WEBER,
ET AL
                                    Defendants.

CV2015-011529
CERTIFICATE OF SERVICE

        Clare Craft, declares and states that I am fully qualified under ARCP 4(d), 4 (c)
and 45 (d) to serve process in this case; having been appointed by the Court in Maricopa
County Arizona and that on January 26th, 2016 I received from Sabinus A. Megwa, ESQ.
Attorney for the Plaintiffs, instruments and documents described as:

        SUMMONS; COMPLAINT AND DEMAND FOR JURY TRAIL;
        CERTIFICATE ON COMPULSORY ARBITRATION

Pursuant to the above entitled action; I personally served a true copy of these documents upon Joel Zamaitis at his usual place of abode by handing said documents to him at the following address, 2831 E. Desert Cove Phoenix, Maricopa County, Arizona, on January 27th, 2016 at 3:47 p.m.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and that this declaration is executed on January 29, 2016 at Phoenix, Arizona.

Clare Craft, Certified Officer Superior Court

Service Fee: $85.00

SABINUS A. MEGWA, ESQ.
The Megwa Law Office
6811 South Central Avenue
Phoenix, Arizona 85042
Telephone (602) 243-6151
State Bar Number: 011266

Attorney for Plaintiff

*ORIGINAL*

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

NGOZI MBEGBU, individually as the surviving ) NO. CV2015-011529
spouse of decedent Balantine Mbegbu and on )
behalf of decedent's children Ogechukwu )
Amarachukwu Gloria Mbegbu and )
C████ O███████ E█████ )
M█████ (a minor) as the statutory beneficiaries of )
Balantine Mbegbu; and as Personal Representative )  **SUMMONS**
of the ESTATE OF BALANTINE MBEGBU, )
                                   )
              Plaintiffs,          )
                                   )
vs.                                )
                                   )
CITY OF PHOENIX, a public entity; MATTHEW )
JOHNSON and JANE DOE JOHNSON, husband )
and wife; CELINA GONZALES and JOHN DOE )
GONZALES, wife and husband; JOEL )
ZEMAITIS and JANE DOE ZEMAITIS, husband )
and wife; WILLIAM WEBER and JANE DOE )
WEBER, husband and Wife; JOHN DOES 1-5; )
and JANE DOES 1-5, )
                                   )
              Defendants,          )

If you would like legal advice from a lawyer,
contact the Lawyer Referral Service at
602-257-4434
or
www.maricopalawyers.org
Sponsored by the
Maricopa County Bar Association

**THE STATE OF ARIZONA TO THE DEFENDANTS:**

**JOEL ZEMAITIS and JANE DOE ZEMAITIS**

-1-

**YOU ARE HEREBY SUMMONED** and required to appear and defend within the time applicable, in this action in this Court. If served within Arizona, **you shall appear and defend within 20 days after service of the Summons and Complaint upon you, exclusive of the date of service.** If served out of the State of Arizona -- whether direct service, by registered or certified mail, or by publication -- you shall appear and defend within 30 days after the service of the Summons and Complaint upon you is complete, exclusive of the day of service. Where process is served upon the Arizona Director of Insurance as an insurer's attorney to receive service of legal process against it in this state, the insurer shall not be required to appear, answer or plead until expiration of 40 days after date of such service upon the Director. Service by registered or certified mail without the State of Arizona is complete after the date of the filing the receipt and affidavit of service with the Court. Service by publication is complete 30 days after the date of first publication. Direct service is complete when made. Service upon the Arizona Motor Vehicle Superintendent is complete within 30 days after filing the Affidavit of Compliance and return receipt or Officer's return. RCP 4; A.R.S. Sections 20-222; 28-502; 28-503.

**YOU ARE HEREBY NOTIFIED** that in case of your failure to appear and defend within the time applicable, judgment by default may be rendered against you for the relief demanded in the Complaint.

**YOU ARE CAUTIONED** that in order to appear and defend, you must file an Answer or proper response in writing with the Clerk of this Court, accompanied by the necessary filing fee, within the time required, and you are required to serve a copy of any Answer or Response upon the Plaintiff's attorney. RCP 10(d); A.R.S. Section 12-311; RCP 5.

Pursuant to Maricopa County Local Rule 2.5, requests for reasonable accommodation for persons with disabilities must be made to the division assigned to the case by parties at least 3 judicial days in advance of a scheduled court proceeding.

The name and address of Plaintiff's attorney is:
Sabinus A. Megwa, Esq.
The Megwa Law Office
6811 South Central Avenue
Phoenix, Arizona 85042
Telephone Number: (602) 243-6151

OCT - 5 2015

SIGNED AND SEALED THIS DATE:_____

**MICHAEL K. JEANES, CLERK**

Clerk

BY_____
Deputy Clerk

M. De La Cruz
Deputy Clerk

-2-

Michael K Jeanes, Clerk of Court
*** Electronically Filed ***
T. Hays, Deputy
2/2/2016 3:45:00 PM
Filing ID 7170929

1  SABINUS A. MEGWA, ESQ.
   The Megwa Law Office
2  6811 South Central Avenue
   Phoenix, Arizona 85042
3  Telephone (602) 243-6151
   State Bar Number: 011266
4
5  Attorney for Plaintiffs
6
7            IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
8              IN AND FOR THE COUNTY OF MARICOPA
9  NGOZI MBEGBU, individually as the surviving ) NO. CV2015-011529
   spouse of decedent Balantine Mbegbu and on )
10 behalf of decedent's children Ogechukwu )
   Amarachukwu Gloria Mbegbu and )
11 C████████ C██████ E███ ) **PLAINTIFF'S MOTION TO EXTEND**
   M████ (a minor) as the statutory beneficiaries ) **TIME TO SERVE DEFENDANTS AND/OR**
12 of Balantine Mbegbu; and as Personal ) **TO SERVE DEFENDANTS BY**
   Representative of the ESTATE OF ) **PUBLICATION**
13 BALANTINE MBEGBU, )
14                                              ) (Assigned to the Honorable David B. Gass)
                                               )
15           Plaintiffs, )
                         )
16 vs. )
                         )
17 CITY OF PHOENIX, a public entity; )
   MATTHEW JOHNSON and JANE DOE )
18 JOHNSON, husband and wife; CELINA )
   GONZALES and JOHN DOE GONZALES, )
19 wife and husband; JOEL ZEMAITIS and JANE )
   DOE ZEMAITIS, husband and wife; WILLIAM )
20 WEBER and JANE DOE WEBER, husband and )
   Wife; JOHN DOES 1-5; and JANE DOES 1-5, )
21                                           )
22           Defendants, )
                         )
23 _____)
24
25       Pursuant to Rule 4(i), Arizona Rules of Civil Procedure, Plaintiffs, by and through their
26 counsel undersigned, hereby respectfully request a 60-day extension of time within which to serve
27 Defendants Matthew Johnson and Jane Doe Johnson, husband and wife, with a copy of the Summons
28 and Complaint in person, by publication or other alternative means of service of process.

                                         -1-

1    This Motion is supported by the attached Memorandum of Points and Authorities and exhibit

2  thereto.

3    RESPECTFULLY SUBMITTED this 2nd day of February 2016.

4                                              THE MEGWA LAW OFFICE

5                                    BY  /s/ Sabinus A. Megwa
                                         SABINUS A. MEGWA
6                                        6811 South Central Ave.
                                         Phoenix, Arizona 85042
7                                        Attorney for Plaintiff

8

9              **MEMORANDUM OF POINTS AND AUTHORITIES**

10   Rule 4(i), of the Arizona Rules of Civil Procedure, provides as follows:

11

12          "If service of the Summons and Complaint is not made upon a Defendant
            within 120 days after the filing of the complaint, the court, upon motion or on
            its own initiative after notice to the plaintiff, shall dismiss the action without
13          prejudice as to that defendant or direct that service be effected within a
            specified time; provided that if the plaintiff shows good cause for the failure,
14          the court shall extend the time for service for an appropriate period…"

15

16   On October 5, 2015, Plaintiffs filed a complaint against Defendants in this matter. Plaintiff's

17  counsel office sent the Summons, Complaint, Certificate on Compulsory Arbitration to, American

18  Process, LLC., certified process servers, for service on Defendants.

19   Plaintiff's process server, Clare Craft of American Process, LLC duly served all the named

20  Defendants except Defendants Matthew Johnson and Jane Doe Johnson. Defendant Matthew Johnson

21  is employed by the City of Phoenix Police Department as a Police Officer. Plaintiff's process server,

22  Clare Craft of American Process, LLC contacted the Phoenix Police department regarding Officer

23  Johnson's work schedule and she was informed that he was schedule to work Friday through Monday

24  5:30 am to 2:30 pm. On January 29, 2016, Plaintiff's process server, Clare Craft attempted to serve

25  Defendant Matthew Johnson at his place of employment with the City of Phoenix and was told that

26  Officer Johnson was at an accident scene and may not return to the Police station for some time. Ms.

27

28

                                    –2–

Craft left and returned to the Police Station around 3:45pm in attempt to serve Officer Johnson but was not able to perfect service and as such, she left her business card for Officer Johnson to call her but he never called.

     On Monday February 1, 2016, the process server Clare Craft once again went to officer Johnson's place of work and attempted to serve him, however Sargent Dreiling informed Ms. Craft that Officer Johnson was not at work that day and will return on Friday, February 5, 2016.

     The owner of American Process, LLC, Chico Flores informed Plaintiffs' counsel that they conducted a data search to locate Officer Matthew Johnson's home address but the search was unsuccessful.

     At the time of this Motion, Plaintiff's process server is continuing her effort to locate and serve Defendants Matthew Johnson and Jane Doe Johnson with Summons, Complaint and Certificate on Compulsory Arbitration.

     Attached hereto as **Exhibit 1**, is an Affidavit of Due Diligence and Inability to Serve Process by a process server, Clare Craft of American Process, LLC, indicating the fact that she was unable to serve Defendants Matthew Johnson and Jane Doe Johnson, at Defendant Matthew Johnson's last known addresses within the prescribed time.

     There is no prejudice to Defendants Matthew Johnson and Jane Doe Johnson if this court grants the request for extension of time to perfect service of process in this case particularly given the fact that the other known Defendants have been duly served.

     Based on the attached Certificate of Inability to Serve Process, good cause exists to grant Plaintiffs a 60 days extension of time to serve Defendants Rhonda Latrice Sims and John Doe Sims in person or by utilization of alternative method of service or service by publication.

-3-

Wherefore, Plaintiff respectfully requests that this Court issue an order granting Plaintiff an additional 60 days extension of time within which to serve Defendants Matthew Johnson and Jane Doe Johnson by personal service, alternative method of service or service by publication.

RESPECTFULLY SUBMITTED this 2nd day of February 2016.

THE MEGWA LAW OFFICE

BY /s/ Sabinus A. Megwa
SABINUS A. MEGWA
6811 South Central Ave.
Phoenix, Arizona 85042
Attorney for Plaintiffs

ORIGINAL of the foregoing e-filed
this 2nd day of February 2016.

/s/ Sabinus A. Megwa

-4-

# Exhibit 1

CLARE CRAFT, License No. 8415
AMERICAN PROCESS
P.O. Box 14057
Phoenix, AZ 85063-4057
623-846-4364

## IN THE SUPERIOR COURT STATE OF ARIZONA
## IN AND FOR MARICOPA COUNTY

In Re:

NGOZI MBEGBU, INDIVIDUALLY, AS THE
SURVIVING SPOUSE OF DECEDENT
BALANTINE MBEGBU, AND ON BEHALF
OF DECEDENT'S CHILDREN OGECHUKWU
AMARACHUKWU GLORIA MBEGBU,
C▮▮▮▮▮▮▮▮▮▮
C▮▮▮▮▮▮▮▮▮▮
M▮▮▮ (A MINOR) AS THE STATUTORY
BENEFICIARIES, AND AS PERSONAL
REPRESENTATIVE OF THE ESTATE OF
BALANTINE MBEGBU

                                    CV 2015-011529

                                    CERTIFICATE of DUE DILIGENCE
                                             and
                                    INABILITY TO SERVE PROCESS

                              Plaintiffs,

vs

CITY OF PHOENIX; MATTHEW
JOHNSON AND JANE DOE JOHNSON
CELINA GONZALES AND JOHN DOE
GONZALES, JOEL ZAMAITIS AND
JANEDOE ZAMAITIS, WILLIAM
WEBER AND JANE DOE WEBER,
ET AL

                              Defendants.

       Clare Craft, declares and states that I am fully qualified under ARCP 4(d), 4 (c) and 45
(d) to serve process in this case; having been appointed by the Court in Maricopa County
Arizona and that on January 26th, 2016 I received from Sabinus A. Megwa, ESQ. Attorney for
the Plaintiffs, instruments and documents described as:


## SUMMONS; COMPLAINT AND DEMAND FOR JURY TRIAL; CERTIFICATE ON
## COMPULSORY ARBITRATION

Pursuant to the above entitled action; I have been unable to serve a true copy of these documents upon Matthew Johnson for the following reason:

On January 27th, 2016 I called the Phoenix Police Department non-emergency number inquiring the schedule for all the above named Officers. I was told Officer Matthew Johnson's schedule is Friday – Monday 5:30 a.m. to 2:30 p.m. I arrived at the station on January 29th, 2016 at 2:20 p.m. and was informed Officer Johnsons' shift was not over until 4:00 p.m. I left and returned at 3:45 p.m. and asked the desk clerk to inform Officer Johnson upon his return that I was waiting in the lobby.

After aproximately twenty minutes another Officer appeared and told me Officer Johnson was at an accident scene and may not return to the station for some time. I left and returned thirty minutes later, he was still out, so I left my business card and asked that he call me.

Monday February 1st, 2016 I returned to the station at 3:15p.m. to wait on the Officer's return. Aproximately ten minutes later Sargent Dreiling appeared and told me Officer Johnson was not at work today and would not return until Friday.

I declare and certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge. I am unable to affect service of process upon the subject, with the information currently available, within the subscribed time; and recommend service by alternative means pursuant to Arizona Rules of civil procedure Rule 4.1 (m).

Clare Craft, Registered Officer Superior Court

**Service Fee: $85.00**

CLARE CRAFT, License No. 8415
AMERICAN PROCESS, LLC
P.O. Box 14057
Phoenix, Arizona 85063-4057
(623) 846-4364

OK
E-MINUTE ENTRY DEATHS 3-MONTH
RECEIVED COC #1
NIGHT DEPOSITORY

16 FEB -2 PM 2: 39
FILED BY Y. BARRAZA

## IN THE SUPERIOR COURT STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

In the Matter of:

NGOZI MBEGBU, INDIVIDUALLY, AS THE
SURVIVING SPOUSE OF DECEDENT
BALANTINE MBEGBU, AND ON BEHALF
OF DECEDENT'S CHILDREN OGECHUKWU
AMARACHUKWU GLORIA MBEGBU,
C███████████
C███████E
M██████ (A MINOR) AS THE STATUTORY
BENEFICIARIES, AND AS PERSONAL
REPRESENTATIVE OF THE ESTATE OF
BALANTINE MBEGBU

                              **Plaintiffs,**

    vs.

CITY OF PHOENIX; MATTHEW
JOHNSON AND JANE DOE JOHNSON
CELINA GONZALES AND JOHN DOE
GONZALES, JOEL ZAMAITIS AND
JANEDOE ZAMAITIS, WILLIAM
WEBER AND JANE DOE WEBER,
ET AL

                              **Defendants.**

CV2015-011529
**CERTIFICATE OF SERVICE**

Clare Craft, declares and states that I am fully qualified under ARCP 4(d), 4 (c) and 45 (d) to serve process in this case; having been appointed by the Court in Maricopa County Arizona and that on January 26th, 2016 I received from Sabinus A. Megwa, ESQ. Attorney for the Plaintiffs, instruments and documents described as:

**SUMMONS; COMPLAINT AND DEMAND FOR JURY TRAIL;
CERTIFICATE ON COMPULSORY ARBITRATION**

Pursuant to the above entitled action; I personally served a true copy of these documents upon Celina Gonzales at her usual place of employment by handing said documents to her at the following address, 12220 N. 39th, Ave Phoenix, Maricopa County, Arizona, on February 1st, 2016 at 2:40 p.m.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and that this declaration is executed on February 2, 2016 at Phoenix, Arizona.

_____
**Clare Craft, Certified Officer Superior Court**

**Service Fee: $85.00**

**Granted with Modifications**
**\*\*See eSignature page\*\*\***

Michael K Jeanes, Clerk of Court
\*\*\* Electronically Filed \*\*\*
L. Stogsdill, Deputy
2/4/2016 8:00:00 AM
Filing ID 7172848

1     IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

2     IN AND FOR THE COUNTY OF MARICOPA

3  NGOZI MBEGBU, individually as the surviving )   NO. CV2015-011529
    spouse of decedent Balantine Mbegbu and on )
4  behalf of decedent's children Ogechukwu )
5  Amarachukwu Gloria Mbegbu and )
    C███████ m O███████ E███████ )   **ORDER EXTENDING TIME TO SERVE**
6  M█████ (a minor) as the statutory beneficiaries )   **DEFENDANTS MATTHEW JOHSNON**
    of Balantine Mbegbu; and as Personal )   **AND JANE DOE JOHNSON IN PERSON**
7  Representative of the ESTATE OF )   **OR BY ALTERNATIVE METHOD OF**
    BALANTINE MBEGBU, )   **SERVICE AND/OR TO SERVE**
8     )   **DEFENDANTS BY PUBLICATION**
9        Plaintiffs, )
     )   (Assigned to the Honorable David B. Gass)
10  vs. )
11  CITY OF PHOENIX, a public entity; )
    MATTHEW JOHNSON and JANE DOE )
12  JOHNSON, husband and wife; CELINA )
13  GONZALES and JOHN DOE GONZALES, )
    wife and husband; JOEL ZEMAITIS and JANE )
14  DOE ZEMAITIS, husband and wife; WILLIAM )
15  WEBER and JANE DOE WEBER, husband and )
    Wife; JOHN DOES 1-5; and JANE DOES 1-5, )
16     )
17        Defendants, )
     _____ )

18

19       Pursuant to the Plaintiffs' Motion to Extend Time to Serve Defendants Matthew Johnson and

20  Jane Doe Johnson by personal service and or by alternative method of service or to serve Defendants

21  by Publication, and good cause appearing;

22       **IT IS ORDERED** granting Plaintiff's motion in part in that Plaintiff shall have until April 30,

23  2016 to effectuate proper service upon Defendants Matthew Johnson and Jane Doe Johnson by

24  personal service. The balance of the requested relief regarding alternative service and service by

25  publication is denied.

26       DONE IN OPEN COURT this 3rd day of January, 2016.

27

28                 _____
                    THE HONORABLE DAVID B. GASS

# eSignature Page 1 of 1

Filing ID: 7172848  Case Number: CV2015-011529
Original Filing ID: 7170929

**Granted with Modifications**



/S/ David Gass Date: 2/3/2016
Judicial Officer of Superior Court

ENDORSEMENT PAGE

CASE NUMBER: CV2015-011529

E-FILING ID #: 7172848

SIGNATURE DATE: 2/3/2016

FILED DATE: 2/4/2016 8:00:00 AM

SABINUS A MEGWA

DOCKET-CIVIL-CCC

**EXHIBIT 3**

**EXHIBIT 3**

1   Kathleen L. Wieneke, Bar #011139
    Christina Retts, Bar #023798
2   STRUCK WIENEKE & LOVE, P.L.C.
    3100 West Ray Road, Suite 300
3   Chandler, Arizona 85226
    Telephone: (480) 420-1600
4   Fax: (480) 420-1699
    kwieneke@swlfirm.com
5   cretts@swlfirm.com

6   Attorneys for Defendants City of Phoenix,
    Matthew Johnson, Celina Gonzales, Joel
7   Zemaitis and William Weber

8                  **SUPERIOR COURT OF THE STATE OF ARIZONA**

9                              **COUNTY OF MARICOPA**

10  NGOZI MBEGBU, individually as the            NO. CV2015-011529
    surviving spouse of decedent Balantine
11  Mbegbu and on behalf of decedent's children  **NOTICE OF FILING NOTICE OF**
    Ogechukwu Amarachukwu Gloria Mbegbu          **REMOVAL**
12  and C.C.E.M. (a minor) as the statutory
    beneficiaries of Balantine Mbegbu; and as    (Assigned to the Honorable David
13  Personal Representative of the ESTATE OF      Gass)
    BALATINE MBEGBU,
14
                                    Plaintiff,
15
16            v.

17  CITY OF PHOENIX, a public entity;
    MATTHEW JOHNSON and JANE DOE
18  JOHNSON, husband and wife; CELINA
    GONZALES and JOHN DOE GONZALES,
19  wife and husband; JOEL ZEMAITIS and
    JANE DOE ZEMAITIS, husband and wife;
20  WILLIAM WEBER and JANE DOE WEBER,
    husband and wife; JOHN DOES 1-5; and
21  JANE DOES 1-5,

22                                  Defendants.

23          Defendants City of Phoenix, Matthew Johnson, Celina Gonzales, Joel Zemaitis and

24  William Weber, through counsel and pursuant to 28 U.S.C. § 1441, *et seq.*, notify this

25  Court that they filed a Notice of Removal of this action to the United States District Court

26  for the District of Arizona.

27          A copy of the Notice of Removal (exclusive of exhibits) is attached as Exhibit A.

28

1    DATED this 16th day of February, 2016

2                                        STRUCK WIENEKE & LOVE, P.L.C.

3

4                                        By    /s/ Christina Retts
                                             Kathleen L. Wieneke
5                                            Christina Retts
                                             3100 West Ray Road, Suite 300
6                                            Chandler, Arizona  85226
                                             Attorneys for Defendants City of Phoenix,
7                                            Matthew Johnson, Celina Gonzales, Joel
                                             Zemaitis and William Weber
8

9    ORIGINAL of the foregoing E-FILED via AZ Turbo
     Court this 16th day of February, 2016.
10
     COPY of the foregoing emailed/mailed this same date
11   to:

12   Sabinus A. Megwa
     THE MEGWA LAW OFFICE
13   6811 South Central Avenue
     Phoenix, AZ 85042
14   megwalaw@qwestoffice.net

15   *Attorney for Plaintiffs*

16   /s/ Christina Retts

17

18

19

20

21

22

23

24

25

26

27

28

                                          2