## INDEX TO EXHIBITS

*Ngozi Mbegbu, et al. v. City of Phoenix, et al.*
No. 2:16-cv-00424-DGC

| EXHIBIT | DESCRIPTION |
|---|---|
| 1 | Interview of Geralds Ude-Onyibor (Audio) |
| 2 | Deposition of Ngozi Mbegbu (Excerpts) |
| 3 | Call for Service Report |
| 4 | PSB Officer Interview Transcripts and Investigative Report (Excerpts) |
| 5 | Phoenix Police Department Report (Excerpts) |
| 6 | Deposition of Sabinah Odom (Excerpts) |
| 7 | Deposition of C.C.E.M. (minor) (Excerpts) |
| 8 | Call Unit Activity Report (Excerpts) |
| 9 | Medical Examiners Report |
| 10 | Honor Health Medical Records (Excerpts) |
| 11 | Deposition of Ogechukwu Amarachukwu Gloria Mimi Mbegbu (Excerpts) |
| 12 | Expert Report of Charles Wetli, MD |
| 13 | Expert Report of Mace Beckson, MD (Excerpts) |
| 14 | Expert Report of Gary Vilke, MD (Excerpts) |
| 15 | Use of Force Incident Review |
| 16 | Expert Report of Greg Meyer (Excerpts) |