EXHIBIT 1

EXHIBIT 1

# Motion for Leave to Submit Non-Electronic Exhibit Pending

**EXHIBIT 2**

**EXHIBIT 2**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA


Ngozi Mbegbu, individually as      )
the surviving spouse of            )
decedent Balantine Mbegbu and      )
on behalf of decedent's            )   Case No.
children Ogechukwu Amarachukwu     )   2:16-cv-00424-DGC
Gloria Mbegbu and C.C.E.M.         )
(a minor) as the statutory         )
beneficiaries of Balantine         )
Mbegbu; and as Personal            )
Representative of the Estate of    )
Balantine Mbegbu                   )
                                   )
          Plaintiffs,              )
                                   )
vs.                                )
                                   )
City of Phoenix, et al.,           )
                                   )
          Defendants.              )
_____   )


VIDEOTAPED DEPOSITION OF NGOZI MBEGBU

Chandler, Arizona
March 14, 2017
9:09 a.m.


REPORTED BY:
MARTA M. JOHNSON, RPR
Certified Reporter
Arizona Certificate Number 50746

PREPARED FOR:
ASCII/COPY

(Certified Copy)

2

1                        I N D E X

2   WITNESS                                    PAGE
    NGOZI MBEGBU

3

4    Examination by Ms. Retts                    5

5

6

7

8

9

10                      E X H I B I T S
    Deposition
11  Exhibits:       Description              Marked

12
     1              Photograph (1 page)        50
13
     2              Photograph (1 page)        50
14
     3              Photograph (1 page)        50
15
     4              Photograph (1 page)        50
16

17

18

19

20

21

22

23

24

25

1          THE VIDEOTAPED DEPOSITION OF NGOZI MBEGBU

2   was taken on March 14, 2017, commencing at 9:09 a.m. at

3   the law office of Struck Wieneke & Love, P.L.C., 3100 West

4   Ray Road, Suite 300, Chandler, Phoenix, Arizona, before

5   MARTA M. JOHNSON, a Certified Reporter in the State of

6   Arizona, and a Registered Professional Reporter.

7

8   COUNSEL APPEARING:

9

10       For the Defendants City of Phoenix,
         Matthew Johnson, Celina Gonzales, Joel
11       Zemaitis and William Weber:

12           Struck Wieneke & Love, P.L.C.
             By:  MS. CHRISTINA RETTS
13           3100 West Ray Road
             Suite 300
14           Chandler, Arizona  85226

15

         For the Plaintiffs:
16
             Megwa Law
17           By:  MR. SABINUS A. MEGWA
             6811 South Central Avenue
18           Phoenix, Arizona  85040-5420

19

         ALSO PRESENT:
20       William Marinakis - CLVS

21

22

23

24

25

1      Q.   When did she die?

2      A.   2014.

3      Q.   After your husband?

4      A.   After my husband, yeah.

5      Q.   And she had a heart attack also?

6      A.   I'm not sure.

7      Q.   Okay.  How old was she?

8      A.   She was about 67 years.

9      Q.   When you came to the United States in 2000, you

10  came with your husband and your two children.  Did anybody

11  else come with you?

12     A.   No.

13     Q.   When you met your husband when you were going to

14  school, was he also going to school at the same time?

15     A.   No.

16     Q.   Had he already graduated?

17     A.   Yes.

18     Q.   What did your husband study when he was in school

19  is?

20     A.   Telecommunication.

21     Q.   Was he an engineer?

22     A.   Yes.

23     Q.   Do you know when he got his degree?

24     A.   No, I don't remember.

25     Q.   When you came to the United States, did he ever

1       A.    Somebody called her.

2       Q.    Do you know who called her?

3       A.    Peggy --

4       Q.    Peggy?

5       A.    -- her friend.

6       Q.    Did you call Peggy?  How did Peggy find out?  Do

7  you know?

8       A.    Because the mom came, everybody came.

9       Q.    And then your daughter came home within a couple

10  days of your husband dying?

11      A.    No.  That very -- yeah, yeah, yeah.  But that

12  very day, she had it.  She had the bus, start coming back.

13      Q.    So someone -- she knew that day, but she had her

14  exams, so she came back after those were done?

15      A.    She didn't finish her exam, she stopped.

16      Q.    Okay.  And that was the biology exam?

17      A.    Yes.

18      Q.    Do you know the man who called 9-1-1 that night,

19  Gerald [sic]?

20      A.    Yes.

21      Q.    Was he a good friend of your husband's?

22      A.    Yes.

23      Q.    Had he ever come over to your house before?

24      A.    Yes.

25      Q.    Did he come over frequently?

1     A.   Yes.

2     Q.   Would you consider him to be your husband's best

3  friend?

4     A.   Yes.

5     Q.   Do you know when your husband met Gerald?

6     A.   What?

7     Q.   His name is Geralds.  Right?

8     A.   Yes.

9     Q.   Do you know when your husband met him?

10    A.   Around November 2009.

11    Q.   Have you talked to Geralds since your husband has

12  died about what he told 9-1-1?

13    A.   No.

14    Q.   Okay.  Have you talked to Geralds since your

15  husband has died about what your husband told him on the

16  phone call that they had?

17    A.   No.

18    Q.   Have you listened to the 9-1-1 call that he made,

19  that Geralds made?

20    A.   That's Geralds' statement or what?

21    Q.   Yes.

22          Have you listened to what he told the

23  police?  Or the call he made?

24    A.   Yes.

25    Q.   Did you listen to both of them, the call he made

1    A.    Yeah.

2    Q.    When you talked to the police, did everything you

3    say to them, was that true?

4    A.    I didn't remember most because that day was

5    confusion in my head.  The ones I could remember that day

6    is the ones I said.  But later I remember more, more and

7    more.

8    Q.    Okay.  When you talked to the police that day,

9    did you do your best to tell them everything that you saw?

10   A.    Not everything I saw I told them, though, that

11   day is the ones I remember because I was in a state of

12   confusion.  It kind of...

13   Q.    Did you ever call the police later and tell them

14   that you remembered more things?

15   A.    No.

16   Q.    Do you remember telling the police that you felt

17   like you were confused and couldn't answer any questions?

18   A.    Do you mean that day?

19   Q.    That day.

20   A.    I couldn't remember.

21   Q.    When the police interviewed you, when you gave

22   your statement, that was the best of what you

23   remembered --

24   A.    Yes.

25   Q.    -- then?

1     A.    Yes.

2     Q.    And you told the truth to them?

3     A.    Yes.

4     Q.    What is it that you remember now that you didn't

5  tell the police?  Can you tell me exactly what that is?

6     A.    Yes.  That day, how the police came to me and how

7  we went inside the house, how my husband ask them why are

8  they there.  And how the police guy went to him.  As he

9  was talking, he hold him like this.

10               He said, "What did I do?"

11               He said, "You're under arrest."

12               He said, "For what?"

13               He said that -- no, no, no.  He asked them,

14  "Why are you here?  Did I call you?"

15               They said "No."

16               "Did my wife called [sic] you?"

17               They said -- he asked me, "Did you call

18  them?"

19               I said, "No."

20               He said, "Then why are you here?" like this.

21  By then the police went to him.  So as he went to him, my

22  husband said, "Why are you here?"

23               My husband got up.  They told him, "Sit

24  down.  Sit down."  He sit down.

25               Then continue asking them, "Why are you

1    Q.   Do you need to take another break?

2    A.   No.

3    Q.   Okay.  I'm going to go through and ask you a

4    couple questions about what you just told us.

5    A.   Okay.

6    Q.   You saw a police officer spray pepper spray in

7    your husband's face?

8    A.   Yes.

9    Q.   Okay.

10           MS. RETTS:  I'm going to mark a couple

11   pictures.  And I want you to tell me which officer sprayed

12   the pepper stray.  And I'm going to show you some

13   pictures.

14           (Discussion off the written record.)

15           (Whereupon, Exhibits 1 through 4 were marked for

16   identification.)

17   BY MS. RETTS:

18   Q.   Okay.  From looking at those pictures, can you

19   tell me which officer sprayed the pepper spray?

20   A.   Ooh.  The problem we have -- these two are the

21   first people that entered.  This lady and this guy.  Then

22   later on, I -- these two is confusing me.  I don't know

23   which of them.

24   Q.   So you think either the man in Number 1 or

25   Number 4 sprayed pepper spray?

1    A.   These two is confusing me.  I don't know which
2    one is -- I don't know.
3    Q.   Did -- the lady in Number 3, did she spray pepper
4    spray?
5    A.   No.
6    Q.   Okay.  Did the man in Number 2, did he spray
7    pepper spray?
8    A.   No.
9    Q.   Okay.  So it's between --
10   A.   These two, yeah.
11   Q.   -- either 1 or 4 who sprayed the pepper spray?
12   A.   Yeah.  Because...
13   Q.   The lady in Number 3 and the man in Number 2,
14   these are the officers who showed up first?
15   A.   I think so.
16   Q.   And when they came to your house, you were
17   outside?
18   A.   Yes.
19   Q.   And you were going to pick up your son?
20   A.   My son, yeah, from gym.
21   Q.   He was playing basketball?
22   A.   Sure.
23   Q.   And you had tried to get into your car, but you
24   realized it didn't have any gas?
25   A.   Yeah, sure.

1    Q.   And you were going to call your sister to come
2  pick you up and take you to get your son?
3    A.   Yes.
4    Q.   Had you already called her when the officers
5  showed up?  Or were you about to call her?
6    A.   I've already called her.
7    Q.   Okay.  The sister that you called, what is her
8  name?
9    A.   Leticia.
10    Q.   Where does Leticia live?
11    A.   Peoria.
12    Q.   Did Leticia show up at your house during the time
13  that the officers were there?
14    A.   Yes.
15    Q.   Okay.  Was your husband still in the house at
16  that time?
17    A.   Inside the house, yeah.
18    Q.   Did Leticia ever come into the house?
19    A.   No.
20    Q.   Do you know how your son got home from
21  basketball?
22    A.   The -- somebody drop him.
23    Q.   Do you know the name of the person who drove him?
24    A.   No, because I was inside.
25    Q.   When the police officers first came, the ones in

1  Number 3 and Number 2, what did they tell you?  What did

2  they say to you?

3      A.   Okay.  I was standing in the -- resting on my car

4  like this.  Two of them came and asked me -- this one

5  asked me, "Is your name Ngozi Mbegbu?"

6                I said, "Yes.  How can I help you?"

7                He said, "Where are you going?"  This one

8  asked me, "Where are you going?"

9                I said, "I'm going to pick up my son from

10  the gym."

11                He said, "Are you okay?"

12                I said, "Yes, I'm okay."

13                He said -- no.  I asked her, "Why are you

14  guys asking me?  And what happened?  Anything wrong?"

15                He said, "Yes.  Somebody called them."

16                That's -- there was a domestic violence.  I

17  said, "Where?

18                He said, "In my house."

19                I said, "Which one is my house?"

20                He said this number.  I said, "Yeah, it's my

21  house."  That's -- something like that.

22                He said, "Okay.  Where is your husband?"

23                I said, "My husband is inside eating."

24  Because he was eating before I left.  I finished my own

25  food, and I told him, let me go and pick my son.

1           He said, "Okay.  Come back in time.  I don't
2  want you guys coming late.  I warned that you guys should
3  not be coming late again."
4           Then I explained to him that gym closes
5  8 o'clock, then I pick my son, we come back home.
6      Q.   So that -- that night your husband said don't
7  come home late?
8      A.   Yes.
9      Q.   Had he been angry before about you coming home
10  late?
11      A.   Yes.
12      Q.   When was he angry about you coming home late?
13      A.   Whenever my son, I bring my son late, he's that
14  angry again.  Then my son will explain to him, this is the
15  situation.  He said, "But I don't want you coming late.
16  If you come late again, I beat you like" -- you know.
17      Q.   The two officers who were outside, did they start
18  to talk to you about your license plate?
19      A.   Yes.  Yes.
20      Q.   And you have a special license plate?
21      A.   Yes.  That's my son's name.
22      Q.   Did you talk to them about your son playing
23  basketball?
24      A.   Yes, I do.
25      Q.   You're very proud of your son?

1    A.    Yes.

2    Q.    Did you then say you were going to go inside?

3    A.    Yes.

4    Q.    Did you tell the officers anything, then, about

5  coming inside or seeing pictures of your son?

6    A.    Yes.  Because when you are there discussing, you

7  know, normally they ask about my husband.  I told them my

8  husband was inside eating.  They say, "Can we see him?"

9            I said, "Yeah."  Then I told them, I want to

10 go inside to let my sister know that I haven't left due to

11 no gas in my car.  That I called my sister, Leticia, to

12 come and pick me to go and pick my son.

13           By then, as I'm trying to go, they decided

14 to follow.  I said, "Okay.  Come on.  Follow me."

15           When he reach, I open the door, they

16 entered.  I entered.  My husband saw them.  He was

17 shocked.  He say, "Why are you guys here?"  You know, he's

18 a stammerer.  When stammerer people talking, it seems that

19 they are in -- you know, their voice always high.  "Why

20 are you people here?"

21           They didn't talk.  I said, "Why are you

22 people here?"  My husband stand up, the lady ordered him

23 to go and sit down.  My husband went and sit down.

24           The guy followed him.  He said, "Well, we

25 are here because somebody make a phone call that there was

1   a domestic violence here."

2              My husband say, "Sorry.  There's nothing

3   like that here.  Look at me, nothing.  Look at my house,

4   nothing.  No -- nothing.  So please go."

5              That's when they started grabbing him,

6   telling him he's under arrest.  My husband said, "For

7   what?"  They say he's raising voice on them.  My husband

8   say it is because I didn't invite you guys.  And my

9   husband -- "wife didn't invite you guys.  Why am I under

10  arrest?  What have I done?  Do you want to kill me?  Why

11  are you here?  Do you want to shoot me?  Why?  Leave me

12  alone."

13             They said, "No, you must."  Then this lady

14  called.  I don't know whether this guy or this guy came

15  in.  That one came.  Immediately that one came in.  My

16  sitting room is like this, kitchen is like this.  You be

17  seeing what is happening through the kitchen.

18             So the guy that came, push me to the kitchen

19  and say, "You guys should stay there."

20             I said, "No.  You guys are killing my

21  husband.  I have to" -- I was yelling, crying, shouting

22  when all this thing was going on.

23      Q.   The -- the man in Number 2, he told your husband

24  that somebody had called the police about domestic

25  violence?

1     Q.   Your husband, was he bigger than the lady who was

2  in picture -- the picture Number 3?

3     A.   Huh?

4     Q.   Your husband, was he taller than the woman police

5  officer?

6     A.   Yes.

7     Q.   Was he bigger --

8     A.   Yes.

9     Q.   -- in physical size --

10     A.   Yes.

11     Q.   -- than her?

12     A.   Yes.

13     Q.   Was your husband bigger than the man in

14  Picture 2?

15     A.   Yes.

16     Q.   He was all -- he was taller than him?

17     A.   Yes.

18     Q.   And he was bigger in physical size?

19     A.   Yes.

20     Q.   The man in Number 1, was your husband bigger than

21  that man?

22     A.   This one is a little bit bigger.

23     Q.   Okay.  And the man in Number 4, was your husband

24  bigger than that man?

25     A.   Just like that, but a little bit bigger than this

1  guy.

2      Q.   So about the same height, but -- but --

3      A.   Yes, yes.

4      Q.   -- bigger in physical size?

5      A.   Yes.

6      Q.   When your husband stood up from his chair, did he

7  stand up quickly, and he was still sounding angry in his

8  voice?

9      A.   Kind of.

10      Q.   Before the officers talked to your husband and

11  before he stood up and asked why they were there, did you

12  tell the officers to leave?

13      A.   Yes.  I told them, "Leave.  He said that you guys

14  should leave.  Leave."

15      Q.   But before that, before your husband said

16  anything, did you ask them to leave?

17      A.   No, I didn't.

18      Q.   Did you think your husband would do what he did

19  when you were going back in the house?  Did you think when

20  the officers were coming, he would act like that?

21      A.   Not at all.

22      Q.   Did it surprise you that your husband did that?

23      A.   I can't say yes because the way they came in, you

24  know, surprised him.  And he was kind of furious, say "Why

25  are you here?"

1    Q.   Did your husband have any problems with the
2  police before this?
3    A.   Not necessarily problem.
4    Q.   Had he ever been arrested before?
5    A.   Who?
6    Q.   Your husband.
7    A.   Not at all.
8    Q.   Did -- were there problems -- before you left
9  Nigeria, were there problems in Nigeria with the police?
10    A.   Not -- no.  No.
11    Q.   The -- the lady in Number 3, can you tell exactly
12  what you saw her do?
13    A.   Actually, this lady didn't acted [sic] much.  She
14  was standing, you know.  I said, "Lady" -- she was
15  standing.  And when they throw him down and tried to get
16  him up, I think she helped to get my husband up.  She
17  didn't act more.  She didn't act more.
18    Q.   So she didn't do much?
19    A.   No, she didn't do much at all.
20    Q.   So you saw her mostly standing?
21    A.   Yes.
22    Q.   And was she standing near you?
23    A.   Near my husband.  Yeah, everybody.  Not near me;
24  near my husband.
25    Q.   And you saw her help get your husband to stand

1   him up?

2       A.   I guess so.

3       Q.   Do you remember where she touched him to help

4   stand him up?

5       A.   Maybe hand.

6       Q.   Okay.  When she -- when she helped stand him up,

7   about how many seconds did she have her hands on him?

8       A.   About five seconds.

9       Q.   Would you say that the whole time she only

10  touched him for about five seconds?

11      A.   Yes.

12      Q.   And after your husband was standing up and the

13  woman took her hands off of him, was there still a

14  struggle with the other officers?

15      A.   Yes.

16      Q.   Did the police officer who is in Picture

17  Number 3, did she ever take your sister and you to another

18  room?

19      A.   Yes.  He -- no.  In the kitchen.  Just open like

20  this.  He said there, if I want to come out, he said -- he

21  pushed me back.  If my sister want to come out, he push us

22  back, but you are seeing everything going on.

23      Q.   And when you say someone told you to go back or

24  pushed you back --

25      A.   One of them.  One of them.

1     A.    Exactly.

2     Q.    On the night of October 6th when the police

3 officers were there, did he seem actually angry to you,

4 though?

5     A.    Come again.

6     Q.    On October 6th when the police officers came into

7 your house --

8     A.    Uh-huh.

9     Q.    -- and your husband was sitting down --

10    A.    Uh-huh.

11    Q.    -- and he first talked to the police officers --

12    A.    Yes.

13    Q.    -- did it sound like he was angry?

14    A.    That's how his voice sound like.

15    Q.    Okay.  Did you ever, during that whole time,

16 think that your husband was angry?

17    A.    If you made him angry, he become angry.

18    Q.    Did you think he was angry, though?  When you

19 were watching what was going on, did he behave, to you,

20 like he was angry?

21    A.    To me?

22    Q.    Yeah.

23    A.    Or to the police guys?

24    Q.    No.  When you were watching him --

25    A.    Uh-huh.

1     Q.   -- did you think, "He's angry"?

2     A.   Yes.  The way they were, you know, suffering him,

3 you know.

4     Q.   Was he struggling with the police officers?

5     A.   Yeah.  Yes.  That's why the guy -- the fourth

6 person that came Tase him with that du-du-du-du-du-du

7 on -- on his face.  Tase -- Ta- -- cannot Tase -- tase

8 everywhere.

9     Q.   Okay.  And he put it right up in his face?

10    A.   Yes.  Just like this tse-tse-tse-tse-tse-tse.  He

11 make uh-uh-uh-uh-uh-uh.  They hold him and throw him down.

12    Q.   So he was about a foot away from him?

13    A.   What?

14    Q.   How far away?  Can you show with your hands --

15    A.   Yes.

16    Q.   -- about how far away was he?

17    A.   Like this.  Like, as...

18    Q.   Like Mr. Megwa to you?

19    A.   Yes.  And he was like this.  He just stand up and

20 he's -- as him, he's standing up in front of him

21 tse-tse-tse, not far.  Just really close.  Tse-tse-tse,

22 the Tase, tse-tse-tse.  Yeah.

23    Q.   What -- what did the thing he was holding in his

24 hand look like?

25    A.   Tase.  Like...

1    Q.   What color?  What did it look like?

2    A.   But for all I know is -- is it Tase -- they Tased

3 him.  The guy Tase him.  I don't know how he looked like

4 because my eye was full of the tears and confusion.

5    Q.   The object that the officer was holding in his

6 hand when this was happening --

7    A.   Yeah.

8    Q.   -- what did that look like?

9    A.   Like something like this, kind of...

10    Q.   A black object?

11    A.   A black or golden, silver color.  I don't know.

12 I don't know.

13    Q.   Was it round?

14    A.   Oh, my God.  I don't know.

15    Q.   And when the officer had it in his hand, was his

16 arm all the way out straight?

17    A.   Yes.

18    Q.   And when his arm was all the way out straight,

19 how far was it from his hand to your husband's face?

20    A.   Like this.

21    Q.   Okay.  So the object in his hand was only a few

22 inches from your husband's face?

23    A.   Yeah.  It was -- like this all over.

24    Q.   And you only saw that happen one time?

25    A.   He Tase him twice.

1   the handcuffed he was -- he couldn't move again, couldn't

2   even talk, couldn't even do nothing.

3       Q.   How long was it from the time he stopped talking

4   and moving until the time the handcuffs were on?

5       A.   Two to three minutes.

6       Q.   So if I understand you, was he laying on the

7   ground for two to three minutes before the handcuffs were

8   put on?

9       A.   When he -- immediately they throw him on the

10   ground, he do -- he say, "Oh, God.  I'm dying.  I'm dying.

11   I'm dying."  Then they grabbed the hand.

12       Q.   When he was -- said he was dying, they grabbed

13   his hands and put them in handcuffs?

14       A.   Yes.

15       Q.   When he -- when his hands were put in handcuffs,

16   was he still talking?

17       A.   No more.

18       Q.   So when did he stop talking?

19       A.   Immediately he was on the ground face down.  He

20   said, "I'm dying.  I'm dying.  I'm dying."  He stopped

21   talking.  Yeah.

22       Q.   And then after that, until the time had handcuffs

23   were on, about how long was that?

24       A.   About two minutes.

25       Q.   So was he on the ground without handcuffs for

1   about two minutes?  He just was laying on the ground

2   without handcuffs?

3       A.   No.  When they finished putting the handcuffed,

4   they turn him around and get him up, he slump.  Then when

5   they saw that he slump, foam come out of his mouth, they

6   remove the handcuffs immediately and place him face up and

7   started giving him first aid.  And some lady, I think,

8   called the, I think, paramedic and they came.  And they

9   try, try, try.  No respond.  They tried to open the mouth.

10  No way.  Then they rush him.

11      Q.   Okay.

12      A.   They put him in the stretcher and rush him.

13      Q.   So the officers turned him over, sat him up?

14      A.   Sure.

15      Q.   Saw that he was slumped over?

16      A.   He do like this.

17      Q.   Okay.  And then they immediately turned him back

18  on his face, took the handcuffs off, and started CPR, the

19  compressions?

20      A.   Yes.  Yeah.  They removed the handcuffs before

21  they compression they start.

22      Q.   Okay.

23      A.   Yeah.

24      Q.   And do you remember which officers -- can you

25  tell me which ones did the compressions?

 1      A.    I can't.

 2      Q.    Can you tell me which officer put his knee in

 3  your husband's back to put the handcuffs on?

 4      A.    I don't want to make mistake.  I don't know.

 5      Q.    You're not sure?

 6      A.    I'm not sure.

 7      Q.    The officer who's in picture Number 2, can you

 8  tell me everything you remember him doing?

 9      A.    Asking my -- my husband question.  He is the one

10  who went straight to my husband asking him, "Can you stop

11  talking?"

12            My husband say, "What have I done?"

13            He said, "If you say again, I'm going

14  to" -- no.  He say, "Stop talking."

15            My husband said, "No.  Why are you here?"

16            So he said, "Okay.  Now you are under

17  arrest."

18            He hold my husband.  My husband said, "Leave

19  me.  What have I done?"

20            Then this one call backup.  He called

21  backup.  I think this one arrived.  When he arrived, he

22  came -- he arrived.  He didn't go to my husband.  He saw

23  me and my sister trying to come out.  He said, "Stop.

24  Stop.  Stop."  The way he stopped us, he went there, and

25  joined up to get him down --

1    Q.   Okay.

2    A.   -- before this one arrived and put the Taser and

3  Tased him, yeah.

4    Q.   So you think it was the --

5    A.   This one.

6    Q.   -- man in Number 1 who did the Taser?

7    A.   I think so.  Because all the ones I saw were

8  slimmer, you know.  This big one, I think, he's the last

9  person -- the fourth person that came before all the

10  others start coming in.  Yeah.

11    Q.   The -- the man, the officer who's in Number 2,

12  Picture Number 2, when he -- you say he grabbed your

13  husband's arm and told him he was under arrest?

14    A.   Yes.

15    Q.   Did your husband try to pull his arm away?

16    A.   Yes.

17    Q.   Did the man in Number 2 then put handcuffs on

18  your husband?  Or did he let go and back away?

19    A.   No.  They were struggling.  This -- this one

20  came.  When this one came, all of them help to get him --

21  but before then, this one and this lady have already

22  putting my husband down the first time.  So as he was

23  falling down, his leg throw the table, the cup of tea he

24  was taking, the food, everything on the ground.

25    Q.   Okay.  Now, you said the lady in Number 3 --

1     A.    Uh-huh.

2     Q.    -- took your husband down to the ground?

3     A.    No.  Yes.  He help to put him on the ground.

4     Q.    Okay.  And that's what we talked about earlier,

5  where she only touched your husband for about five

6  seconds?  Or is there another time that she was involved

7  now?

8     A.    This lady didn't do much.  The -- she didn't do

9  much at all.  It was these two and the one that Tased him,

10  this one.

11     Q.    So did the officers in Number 3 and Number 2

12  right there, those two people, the lady and the man, when

13  they first came in to your house, did they struggle with

14  your husband before the other two officers came in?

15     A.    This one only was struggling with my husband.

16     Q.    Okay.  And when -- and you said "this one only."

17  The man in Number 2, is that who you're talking about was

18  struggling with your husband?

19     A.    Yes.

20     Q.    And that's when he said he was under arrest?

21     A.    Yes.  And this one was making phone call.

22     Q.    Okay.  So while the man in Number 2 was telling

23  your husband he was under arrest, the woman, who is in

24  Picture Number 3, was making a call for backup?

25     A.    Exactly.

1    Q.    Okay.  Did the man in Number 2 let go of your

2  husband's arm and step away?

3    A.    No.

4    Q.    He struggled with him the whole time?

5    A.    Yes.

6    Q.    Was your husband trying to keep from getting

7  arrested based on what you saw?  Was he struggling?

8    A.    With his hand, I saw; not with leg.

9    Q.    Was he trying to pull his arms away from the

10 officer?

11   A.    Yes.

12   Q.    Were the officer -- was the officer struggling

13 with him physically more than that?

14   A.    Yes.

15   Q.    Did it look like the officer was having a hard

16 time?

17   A.    Yes.

18   Q.    And that officer Number 2, he's quite a bit

19 smaller than your husband?

20   A.    (No oral response.)

21   Q.    No offense to him, but he's -- he's a pretty

22 small man.  Is that how you remember him, Number 2?

23   A.    Uh-huh.

24   Q.    And your husband is a tall man?

25   A.    Uh-huh.

1      Q.   Who is very strong?

2      A.   Yes.

3      Q.   When the -- you think the next person who came in

4  was the man in Number 4?

5      A.   With Tase -- no.  The third person that came in

6  is this one.

7      Q.   Okay.  So the third person is the man in Picture

8  Number 4?

9      A.   Yes.

10     Q.   Did you see him actually come into the house?

11     A.   I saw him when he came in.

12     Q.   Okay.  When he came in, did he have to open the

13 door?

14     A.   The door was open.

15     Q.   When the man in Number 4 came into the house, was

16 your husband sitting or standing?

17     A.   Sitting.

18     Q.   Tell me how it was that your husband got back to

19 a place where he was sitting after he was struggling with

20 the officer who is in Number 2?

21     A.   Can you repeat again, please.

22     Q.   You said earlier that your husband was struggling

23 with the officer who's in Picture 2?

24     A.   Yes.

25     Q.   He --

1      A.    Was sitting down.

2      Q.    They were struggling while sitting down?

3      A.    Of course.

4      Q.    So your husband was refusing to get out of the

5  seat?  He was not standing up?

6      A.    No.

7      Q.    Did your husband ever try to push the officer in

8  Number 2?

9      A.    No.

10     Q.    Did your husband ever use his hands to try to --

11     A.    No, no, no.

12     Q.    -- sway him away?

13     A.    Because he already had his hand.  He was doing

14  like, "Leave me.  Leave me."  Yeah.

15     Q.    Did your see your husband do any motions that

16  looked like punching?

17     A.    No.  No.

18     Q.    Were his hands open or closed?

19     A.    Like this.

20     Q.    I can't see your hands.

21     A.    Like this.

22     Q.    Like in a fist?

23     A.    Just like this, you know.

24     Q.    When was it that the officer told your husband to

25  sit down?  Was it before he grabbed his arm?

1      A.   Yes.

2      Q.   Did your husband stay seated?  Or did he keep

3  standing up?

4      A.   He -- he told him sit down.  He still standing

5  up.  He said, "I said, sit down."  The lady said, "Please,

6  can you sit down."  Then he sat down.  The -- the guy just

7  went to him and said, "Now you're under arrest."  He hold

8  his hand.  That -- that was when the struggle started.

9      Q.   How long was it after the struggle started that

10  the man in Number 4, the officer, showed up?  That guy.

11      A.   Not the officer -- it's not even up to two

12  minutes.

13      Q.   How long do you think the whole thing was?  How

14  many minutes do you think the whole thing was?

15      A.   Ten minutes.

16      Q.   Does that count the time that the officers were

17  outside talking to you?  Or is that starting from inside

18  the house?

19      A.   From the house.

20      Q.   Have we talked about everything that the officer

21  in Picture Number 2 did?  Or can you remember anything

22  else that he did?

23      A.   He was the one -- him and this one, and the

24  people that get him down.  Okay.  With the help of this,

25  though.  By then, the -- the getting him down the second

1  time was when this guy Tased him.  After Tasing him, he

2  was cautious, you know.  He -- he came and helped them to

3  throw him on the ground.

4      Q.   So there were two points in time when your

5  husband was on the ground?

6      A.   Yes.

7      Q.   Now, the first time, how many officers were

8  touching him?

9      A.   Two.

10     Q.   And which ones?

11     A.   This and this.

12     Q.   So the woman had your husband on the ground?

13     A.   Yes.

14     Q.   And is that the time when she only touched him

15  for --

16     A.   Yes.

17     Q.   -- about five seconds?

18     A.   Yes.

19     Q.   So then that was only the man in Number 2 and the

20  women in Number 3?

21     A.   Yes.

22     Q.   They were the only ones there?

23     A.   Yes.

24     Q.   Okay.  How was it that they got him to the

25  ground?

1  then, my husband wanted to take cup to drink water, he

2  removed the cup and threw the cup away.

3     Q.   Do you think he did it on purpose?  Or could it

4  have been an accident?

5     A.   I don't know his mind anyway.

6     Q.   So there -- this was -- the man in Number 4 and

7  the thing with the water happened after the struggle with

8  the officers in Number 2 and 3?

9     A.   Uh-huh.  No.  Come again.

10    Q.   The -- there was a struggle with the two officers

11 who first arrived --

12    A.   Yes.

13    Q.   -- the man in Number 2 and the lady in Number 3?

14    A.   Yes.

15    Q.   And the woman and man tried to get your husband

16 to stand up?

17    A.   Uh-huh.

18    Q.   When was it, then, that the situation with the

19 drink happened?

20    A.   That was when this guy came in, then my husband

21 wanted to drink, I think.  So he wanted to grab the cup to

22 drink.  The -- this guy took the cup and threw it on the

23 ground.

24    Q.   What --

25    A.   The water, you know.

86

1     Q.   What did the cup look like?

2     A.   Plastic cup.  Brown colors or so, yeah.

3     Q.   Was it like a cup that you do a hot liquid in?

4 Or just a plastic cup for water?

5     A.   Plastic cup for water.

6     Q.   Was there a pitcher of water too?  Like, a

7 pouring that would pour extra water?  Or just the cup?

8     A.   Just the cup.

9     Q.   Did your husband have any other drink with him?

10    A.   Yes.  He has a plastic cup he used to put a

11 lipton [sic] on it and drink with that cup, and water too

12 is here, so...

13    Q.   So was it before the man in Number 4 came in that

14 there was a struggle on the ground where your husband

15 kicked the table and the food went everywhere?

16    A.   Yes.

17    Q.   Did you see your husband kick any of the

18 officers?

19    A.   He was, you know, struggling with his leg.  I

20 don't know whether he kicked them or not.

21    Q.   Okay.  So you saw his legs moving and struggling,

22 and you're not sure if --

23    A.   Yes.

24    Q.   -- he was kicking?

25          Did you see your husband hit any of the

1  officers?

2     A.   Not at all.  He never.

3     Q.   Did you hear any of the officers to tell him to

4  stop resisting?

5     A.   Yes.  This one said, "Stop.  Stop resisting.

6  Stop."

7          He said, "What did I do?  What did I do?" at

8  the time.  And the lady also said, "Stop.  Stop

9  resisting."

10    Q.   And the man in Number 2 told him he was under

11 arrest?

12    A.   Yes.

13    Q.   And you think it was the man in Number 1 who used

14 the Taser?

15    A.   Yes.

16    Q.   And you think he used it two times?

17    A.   Yes.

18    Q.   And that each one was a -- the first one happened

19 and then the next one was about two seconds later?

20    A.   Yes.

21    Q.   The first time that the Taser was used, do you

22 know how long it was?  How long did it seem?

23    A.   Tse-tse-tse-tse-tse-tse-tse.  Then my husband

24 said, "My eye.  My eye.  My eye."  He did another one the

25 second time.  That one made him not to talk again, not to

1  do like this.  They grab him and throw him on the ground.

2     Q.  And you remember your husband complaining about

3  his -- that it hurt his eyes?

4     A.  He said, "I can't breathe.  I'm dying.  I'm

5  dying.  I'm dying."

6     Q.  You said earlier that he said, "My eye.  Me eye."

7  Did you he -- do you remember that?

8     A.  He also said, "My eye.  My eye."

9     Q.  Did you see anything come out of the object that

10  the officer was holding when that happened?  Like, did it

11  have a color?  Or did you see anything on your husband's

12  face afterwards?

13     A.  Like foam.  Like water.  And I've forgotten.

14  I've forgotten.  I've forgotten.

15     Q.  Do you think it was like orange foam that came

16  out?

17     A.  I don't know.  I don't know.

18     Q.  Did the officer say anything before that

19  happened?  Did he say anything to your husband?

20     A.  Which one?

21     Q.  The man who did the thing in your husband's

22  face --

23     A.  He never --

24     Q.  -- did he say anything?

25     A.  -- he never say a word.  Immediately he came in,

1  saw these two with my husband struggling, he Tase him

2  immediately without question, without nothing.  He Tase

3  him.  When he Tased the first one, my husband say, "Oh,

4  I'm dying.  I'm dying.  I'm dying.  My eye.  My" -- he

5  Tased him the second one.  By then my husband stopped

6  talking and stop struggling.  They get him on the ground.

7      Q.   The first time the two officers struggled with

8  your husband, did he actually go down to the ground?

9      A.   The first time?

10     Q.   Yes.

11     A.   Yes.

12     Q.   So the officers in Number 3 and Number 2 got him

13 down to the ground?

14     A.   Yes.

15     Q.   And he was struggling?

16     A.   That time.

17     Q.   Okay.  And the woman, I think you said earlier,

18 didn't do much.  So was it mostly the man struggling?

19     A.   No, he [sic] didn't do much.  I -- I say --

20 remember he didn't do much, this woman.

21     Q.   So the woman didn't do very much?  The man --

22     A.   Yes.

23     Q.   -- when he was down on the ground --

24     A.   This one --

25     Q.   -- with your husband?

1     A.   Yes.

2     Q.   Was he struggling?

3     A.   He said, "Leave me.  You kill me.  Leave me.

4  You're holding me.  Leave me."

5     Q.   Did your husband ever say that the officers were

6  there to shoot and kill him?

7     A.   At that initial time they came in.

8     Q.   Did the officers tell him that, no, they were --

9     A.   No.  No.

10     Q.   Yeah.

11     A.   The officer said, "No, we don't want to kill

12  you."

13     Q.   Do you think the officer was trying to calm your

14  husband down and reassure him that they weren't going to

15  hurt him?

16     A.   I don't know it is that.

17     Q.   When your husband was then seated in the chair

18  and still struggling, then the man in Number 1 came in?

19     A.   Yes.

20     Q.   And where was the lady in Number 3?

21     A.   It was just behind, just standing there.

22     Q.   Was she standing nearer to you?

23     A.   Near my husband.

24     Q.   Okay.  Did she ever say anything to you?

25     A.   No.

1      Q.   Did he take one arm?

2      A.   Yes.  He took one arm, tried to put at his back,

3   and the other one tried to, then this one came in.

4   Number 4 -- Number 1 came in and Tase him.

5      Q.   Okay.  So Number 4 was trying to get one hand --

6      A.   Uh-huh.

7      Q.   -- in handcuffs?

8           Number 2 was trying to get one hand?

9      A.   Sure.

10      Q.   And then Number 1 came into the house?

11      A.   Uh-huh.

12      Q.   And he then Tased him?

13      A.   Yes.

14      Q.   While he was on the ground?

15      A.   No, on the chair.  By then, he's not on the

16   ground.

17      Q.   So the officers 2 and 4, they were trying to put

18   him in handcuffs while he was sitting in the chair?

19      A.   Sitting down, yeah.

20      Q.   Okay.

21      A.   On the couch.  Not chair; couch.

22      Q.   On the couch?

23      A.   Yes.

24      Q.   And they were having a hard time getting --

25      A.   Yes.

1    Q.    -- him in handcuffs?

2    A.    Yes.

3    Q.    And they couldn't control his arms?

4    A.    Yes.

5    Q.    And then Number 1 comes in?

6    A.    And Tased him.

7    Q.    And Tases him?

8    A.    Yes.

9    Q.    And does it look like the officers are still

10   having a hard time with your husband's arms, the -- the

11   man in Number 2 and Number 4?

12   A.    No.  Immediately they Tase -- this guy Tased him.

13   He become calm and said, "Oh, my God.  I'm dying.  I'm

14   dying.  Oh, my eyes.  Oh, my eyes."

15           They then used the opportunity -- this one,

16   this one, this one -- carried him and throw him on the

17   ground.  Then went immediately to grab him.  The other one

18   place his knee on his back and his hand like this, the

19   other two get his hand and put the handcuffs.

20   Q.    So when he was -- when your husband was on the

21   ground --

22   A.    Uh-huh.

23   Q.    -- there was -- one of the officers used a knee

24   to try to grab his hands to handcuff them?

25   A.    No.  I said, when my husband was on the ground,

1          I say, "Calm down.  What's your struggle."

2          "No, no.  Where is my dad?  Why is his

3   food -- what?  Did he fight you?"

4          I said, "No."

5          "What happened?"

6          Then one of the officers came to him and

7   said, "Calm down.  Calm down."  Take us out.

8      Q.   Do you know why your son asked if your husband

9   was fighting with you?

10     A.   Because he saw everything scattered.

11     Q.   Had there ever been a fight in the house before?

12     A.   No.

13     Q.   Had your husband ever hit you before?

14     A.   Yes.

15     Q.   When did that happen?

16     A.   About six to eight months ago.

17     Q.   What -- what happened during that?

18     A.   My son came back from gym late.  I say about to

19   beat him up.  I said, "Please don't beat him."  Then he

20   hit me.  So when he hit me, he was sorry anyway, and

21   begged me.  That's the end.

22     Q.   Did he only hit you one time or multiple times?

23     A.   Yes -- no.

24     Q.   Just once?

25     A.   Yes.

1      Q.   Was there ever a time when the police were called

2  to your house before this time in October?

3      A.   Yes.

4      Q.   When was that?

5      A.   I don't know the actual month, but it was my

6  daughter who called.

7      Q.   Was it this same incident where --

8      A.   No, huh-uh.

9      Q.   A different time?

10     A.   Yes.

11     Q.   About -- about what month and year?

12     A.   I've forgotten.

13     Q.   Do you know why she called?

14     A.   Yes.

15     Q.   Why did she call?

16     A.   A friend of mine came, a sister kind of.  So we

17 wanted to use the car to go and drop the lady, because it

18 was getting late.  My husband said, "No.  You are not

19 going."

20          My daughter said, "Dad, why?"

21          He came -- it was a Sunday, though.  That --

22 the boys are not running.  Let's go and drop the lady.  My

23 husband said no.  Tried to hold the car.  My daughter

24 moved the car and went and called the cops -- that he's

25 struggling with us, preventing us not to drive the person.

1   people we are calling -- my parents calling from Nigeria.

2   My sister from California calling.  Nobody -- no, no.  My

3   sister in California was not call.  It was call from

4   Nigeria, no response.

5              So they were afraid that I'm dying.  So they

6   called her and said, "Please call.  I know what is going

7   on.  They have been calling for the past -- try today.

8   No -- even they said for no one."  So immediately called

9   my sister in California, Floren [PHONETIC] -- Floren then

10  called the cops said, "Please, go and check on my sister.

11  She is sick.  We have been calling."

12             Even before then she called, no respond too.

13  Then she was afraid and called the cops to go and check on

14  her sister, that she is sick.  So immediately the cops

15  come.  They saw me and my husband coming in from going to

16  the -- you know, call it -- our phone back, so that's it.

17       Q.   They came to just check to make sure you were

18  okay?

19       A.   Exactly.  That's why they were there, yeah.

20       Q.   Okay.  In about the year before your husband

21  died, did you notice anything that changed in his

22  personality or the way that he was?  Any changes in him?

23       A.   Yes.

24       Q.   What kind of changes did you see?

25       A.   He's always mad about my son coming late.

1      Q.   When did that start to happen?

2      A.   Last year.  A year before 2013, middle of the

3   month, you know.

4      Q.   Do you know if he had changed any of his

5   medications?

6      A.   No.  Huh-uh.

7      Q.   Do you know what medications he was on?

8      A.   I don't know.  I only know about diabetes,

9   aspirin, Celebrex for pain.  That's the only ones I know.

10  With the injection, though.  Uh-huh.

11     Q.   Did your husband take his medications himself?

12  Or did you help him with that?

13     A.   Oh, he took by himself, because they give him the

14  instructions.  I was sick myself.  He is the one giving me

15  my own.

16     Q.   Okay.  So would he go to the pharmacy to pick up

17  his own medications?

18     A.   Sure.

19     Q.   There were some pictures of -- of your home that

20  the police took.  Was your bedroom the one downstairs?  Or

21  was that your sister's bedroom?

22     A.   What?  Come again, please.

23     Q.   The bedrooms in the house, there's a bedroom

24  downstairs that someone was staying in.  Was that your

25  sister's bedroom?

1      A.   Yeah.

2      Q.   Was there any other time that he spent overnight

3   in the hospital?

4      A.   I can't remember.

5      Q.   Did you ever take your husband to any of his

6   medical appointments?

7      A.   No.

8      Q.   Did you ask the officers if they wanted to come

9   inside and see pictures of your son?

10     A.   What?

11     Q.   The -- the woman in --

12     A.   Okay.

13     Q.   -- Picture 3 and Picture 2, did you ask them if

14  they wanted to come inside and see pictures of your son?

15     A.   That was when we were discussing outside about my

16  son.

17     Q.   Okay.

18     A.   Yes.

19     Q.   And you asked them if they'd like to see

20  pictures?

21     A.   Yeah.  They say yes.  Because initially they told

22  me they want to see my husband.  I asked why.  Then they

23  told me the reason.  I said, well, my husband is eating

24  inside.  If you want to go and see him, you are free to

25  go.  Then after a while, we keep on discussing.  I said,

1  well, let me go and let my sister know that I haven't left
2  due to I don't have much gas in my car.  That's it.  They
3  decided to follow me.  I said, "Okay, you can come."
4  That's how they came inside my house.
5      Q.   Okay.  Now, your husband never drank alcohol.
6  Right?
7      A.   No.
8      Q.   I'm sorry.  That was probably a double negative.
9  Right?
10           Your husband was never a drinker of alcohol.
11  Is that true?
12      A.   No.  I never see him drink alcohol.
13      Q.   Okay.  Your husband had diabetes?
14      A.   Yes.
15      Q.   Are you aware of any other medical problems that
16  he had?
17      A.   You know, person suffering from diabetes, what
18  follows is high blood pressure.  Just like person with a
19  stroke goes with high blood pressure.  That one is
20  obvious.
21      Q.   Are there any family members or friends that you
22  talked to about what happened to your husband?
23      A.   Nothing so, because they all knew what happened.
24      Q.   Have you ever written anything down about how
25  your husband's loss has affected you?

```
 1   STATE OF ARIZONA        )
                             ) ss.
 2   COUNTY OF MARICOPA      )

 3           BE IT KNOWN that the foregoing proceedings were
     taken before me; that the witness before testifying was
 4   duly sworn by me to testify to the whole truth; that the
     foregoing pages are a full, true, and accurate record of
 5   the proceedings, all done to the best of my skill and
     ability; that the proceedings were taken down by me in
 6   shorthand and thereafter reduced to print under my
     direction.
 7
             I CERTIFY that I am in no way related to any of
 8   the parties hereto, nor am I in any way interested in the
     outcome hereof.
 9

10           [X] Review and signature was requested; any
     changes made by the witness will be attached to the
11   original transcript.
             [ ] Review and signature was waived/not
12   requested.
             [ ]  Review and signature not required.
13
             I CERTIFY that I have complied with the ethical
14   obligations set forth in ACJA 7-206(F)(3) and ACJA 7-206
     J(1)(g)(1) and (2).
15           Dated at Phoenix, Arizona, this 20th day of
     March, 2017.
16

17           _____
                     MARTA M. JOHNSON, RPR
18                    Certified Reporter
                      Arizona CR No. 50746
19

20           *       *       *       *       *

21
             I CERTIFY that GRIFFIN & ASSOCIATES, LLC, has
22   complied with the ethical obligations set forth in ACJA
     7-206 (J)(1)(g)(1) through (6).
23

24           _____
                     GRIFFIN & ASSOCIATES, LLC
25                   Registered Reporting Firm
```

3-14-17 EXH # 1
WITNESS N. Mbegby
MARTA M. JOHNSON, RPR, CSR
CERTIFIED COURT REPORTER #50746





3-14-17  EXH # 2
WITNESS N. Mbegbu
MARTA M. JOHNSON, RPR, CSR
CERTIFIED COURT REPORTER #50746



3-14-17  EXH # 3
WITNESS N. Mbeaby
MARTA M. JOHNSON, RPR, CSR
CERTIFIED COURT REPORTER #50746



3-14-17   EXH # 4
WITNESS _N. Mbeghan_
MARTA M. JOHNSON, RPR, CSR
CERTIFIED COURT REPORTER #50746

**EXHIBIT 3**

**EXHIBIT 3**



**City of Phoenix Police Department**
**Call for Service**

**Call for Service: 14001742449** (Click for Call Unit Activity)

| | |
|---|---|
| **Incident Number** | 14001742449 |
| **Related Calls** | 14001743028 |
| **Call Type** | 239 - FIGHT |
| **Final Call Type** | 239 - FIGHT |
| **Date** | 10-06-2014 |
| **Day of Week** | Monday |
| **Address** | 6517 N 28TH GL |
| **Apartment Number** | |
| **City** | PHX |
| **Complainant Name** | |
| **Complainant Address** | |
| **Complainant Phone Number** | |
| **Priority** | 2 |
| **How Received** | 9 - 911 SYSTEM |
| **Grid** | CC22 |
| **Zone** | 915 |
| **Call Taker ID** | A5391 |
| **Received Time** | 10-06-2014 20:58:11 |
| **Dispatch Time** | 10-06-2014 21:08:44 |
| **Arrival Time** | 10-06-2014 21:11:25 |
| **Clear Time** | 10-07-2014 07:10:50 |
| **Report Flag** | N |
| **Clear By** | O - OTHER REPORT |
| **Clear By Remarks** | DETECTIVES DISPO |
| **Primary Unit** | 914K |
| **Primary Officer(s)** | 09379 -WEBER,WILLIAM R |
| **Responding Units** | 914K,913M,915D,915K,91K,911M,914L,CAR4,923K,P95,93G,925F,92F,P95,923K,931O |
| **Squad Area** | 91 |
| **Shift** | 2 |
| **Alarm Permit Number** | |
| **Precinct** | 9 |
| **Council District** | 5 |
| **Delay Time Calc** | 10 Min |
| **Travel Time Calc** | 2 Min |
| **Response Time Calc** | 13 Min |
| **Elapsed Time Calc** | 602 Min |

COP_BM000273



**City of Phoenix Police Department**
**Call for Service**

**Call for Service: 14001742449** (Click for Call Unit Activity)

| Remarks | Entered By | |
|---|---|---|
| | A5391 21:02:21 | 2ND HAND INFO// A 101 FRND IN VERBAL WITH HER HUSB// MALE: BALENTINE MBEGBU 66YO/ 101: NGOZI MBEGBU 55YO// NKW//NO 390D// COMP NOT THERE BUT WORRIED THAT IT COULD OUT OF HAND, UNK DV HISTORY |
| | A4783 21:17:18 | 913M ANOTHER UNIT |
| | A5234 21:21:08 | NR 700 |
| | A4783 21:21:13 | 914K C4 ONE IN CUST |
| | A4783 21:21:51 | 914K UNIT W/WRIST RESTRAINT |
| | A4911 21:21:57 | 911M WE HAVE ONE |
| | A4783 21:22:35 | 914K FIRE NOT NEEDED |
| | A4783 21:24:47 | 914K FIRE FOR SUBJ UNCONCIOUS |
| | A5503 21:24:48 | SUPV DC ADV |
| | A4783 21:26:05 | 914L ALSO HAVE TASER DEPLOYMENT /91K COPIES |
| | A4783 21:29:12 | P95 ADVISED |
| | A4783 21:29:56 | 911M FIRE STEP IT UP UNK IF STILL BREATHING |
| | A5460 21:47:43 | CR 25 ETA FRM ISR/MARYVALE PY |
| | A4783 21:52:05 | 911M ANY OFF DUTY AT JCL DLAP |
| | A4783 22:37:00 | C57 ARE WE USING INC 2449 FOR THIS ? |
| | A4783 22:50:36 | 91K ETA FOR 93G? |
| | A4783 22:50:41 | 93G COUPLE OUT I17/NORTHERN |
| | A5090 23:08:16 | DUPLICATE: PH14-1743028: CALLER:ELLEN DAHL, (H) ▇▇▇▇▇▇▇ |
| | A5090 23:08:16 | DUPLICATE: PH14-1743028: LT TOMORY 4883 CALLED COMP 10AGO AND COMP NEEDED TO GIVE LT MORE INFO |
| | A4852 05:47:50 | 915D CHECK WITH 91K ABOUT DONE HERE WAITING FOR RELATIVES TO COME SECURE THE HOME GOT A COUPLE CRUISERS OUT HERE WITH NO1 IN THEM AND BLOCKING DRIVEWAYS IS THERE ANY PLANS FOR SOME1 TO COME GET THEM ? |

COP_BM000274