EXHIBIT 4

EXHIBIT 4



# City of Phoenix

**To:**     Joseph G. Yahner                    **Date:** May 31, 2015
            Police Chief

**From:**   Joseph S. Knott, Commander
            Professional Standards Bureau

**Subject:** **IN-CUSTODY DEATH - PSB14-0134**


<u>**Internal Investigators:**</u>     Lieutenant Brian Riggan (Investigative Review)
                                        Sergeant Ben Kartchner (Primary Investigator)
                                        Sergeant Allisen Reese (Secondary Investigator)

## SUMMARY

On October 6, 2014, at 9:11 p.m., Officers Celina Gonzales #7736 and Matthew Johnson #8919 contacted Mr. Balantine Mbegbu after they responded to his residence on a domestic violence call.  Mr. Mbegbu was angry with the officers, got in close proximity to them, and swatted Officer Johnson's hand as Officer Johnson pushed him away.  Officer Joel Zemaitis #9085 arrived to assist in the arrest of Mr. Mbegbu.  As the officers attempted to arrest Mr. Mbegbu, he kicked Officers Gonzales and Zemaitis.  Officer Johnson delivered a closed fist strike to the left side of Mr. Mbegbu's face and Officer Zemaitis deployed his Taser on Mr. Mbegbu twice for eleven and six seconds respectively.  Officer William Weber #9379 arrived and the four officers handcuffed Mr. Mbegbu while he continued to physically resist and kick.  Mr. Mbegbu stopped breathing and had no pulse, so the officers began chest compressions until relieved by Fire personnel. Mr. Mbegbu was transported to John C. Lincoln Hospital where he was pronounced deceased.

<u>**Location:**</u>              6517 North 28th Glenn

<u>**Date:**</u>                  October 6, 2014

<u>**Time:**</u>                  9:11 p.m.

<u>**Employee/s Involved:**</u>   Officer Celina Gonzales #7736
                                 Cactus Park Precinct / 91B

                                 Officer Matthew Johnson #8919
                                 Central City Precinct / 51B

Police Chief Joseph G. Yarner
**PSB14-0134**
Page 2 of 7

|  | Officer William Weber #9379 |
|  | Cactus Park Precinct / 91G |
|  | |
|  | Officer Joel Zemaitis #9085 |
|  | Cactus Park Precinct / 91K |

**Employee/s Injuries:**       None

**Citizen Involved:**       Balantine Mbegbu

**Citizen Injuries:**       Hematoma and laceration under left eye
Fatality

## DETAILS OF INVESTIGATION:

On October 6, 2014, at 8:47 p.m., Mr. Mbegbu telephoned his friend, Mr. Geralds Ude-Onyibor, and told him he was upset with his wife, Mrs. Mbegbu.  Mr. Mbegbu told Mr. Ude-Onyibor she arrived home late from a meeting and was not supporting him in disciplining their son.  Mr. Ude-Onyibor told Homicide detectives Mr. Mbegbu said if he (Mr. Mbegbu) didn't die today then his wife (Mrs. Mbegbu) would die.[1]  Mr. Ude-Onyibor said Mr. Mbegbu sounded angry and upset during their conversation.  Mr. Ude-Onyibor called police based on what Mr. Mbegbu said during their conversation.

At 8:58 p.m., Mr. Ude-Onyibor called 911 and a call for service was generated.  The call details indicated a female friend was in a verbal with her husband and was worried it could get out of control.  Officers Gonzales and Johnson responded to the call and arrived at 6517 North 28th Glenn at 9:11 p.m.

As Officers Gonzales and Johnson arrived, they observed Mrs. Mbegbu standing in front of the residence next to an unoccupied vehicle with its hazard lights on.  They explained the details of the call to Mrs. Mbegbu and she advised them no fight occurred at her residence.  Mrs. Mbegbu told the officers she was leaving to pick up her son, so Officer Johnson asked her if there were going to be any problems with her husband when she returned, which she did not answer.  Mrs. Mbegbu instead told the officers her sister was inside the residence and asked them to accompany her to get her sister.  According to the officers, Mrs. Mbegbu also seemed very proud of her son and wanted to show them pictures of him.

Mrs. Mbegbu led the officers to the closed front door of the residence and knocked.  Mrs. Mbegbu said something in a foreign language the officers did not understand and knocked again.[2]  Mrs. Mbegbu opened the front door and told the officers, "come on in."[3]  The officers

Police Chief Joseph G. Yahner
**PSB14-0134**
Page 3 of 7

entered the residence, to just inside the entryway.  The officers noticed Mr. Mbegbu sitting in a reclining chair on the opposite side of the room to their right.  Officer Johnson started to close the door, but left it open approximately one to two feet.  Mrs. Mbegbu showed the officers pictures on the wall, but Mr. Mbegbu started yelling at the officers, asking who they were and why they were in the house.  Officer Johnson explained to Mr. Mbegbu they were the police and making sure everything was okay.

Mr. Mbegbu stood up and aggressively approached the officers, until he was within a foot of them.[4]  Mr. Mbegbu yelled at the officers he believed they were there to kill him, his wife called them out to shoot him, and they were not supposed to be in the house.[5]  The officers told Mr. Mbegbu they were not there to kill him and attempted to calm him.  Because Mr. Mbegbu was so close to them, the officers told him to back away from them, but Mr. Mbegbu replied he did not have to because it was his house.[6]  Mrs. Mbegbu stepped between Officer Johnson and Mr. Mbegbu, slightly to Officer Johnson's right, and pushed Officer Johnson toward the front door in an effort to separate them.[7]  Officers Gonzales and Johnson told Mrs. Mbegbu to step back and she complied.

As Mr. Mbegbu yelled at the officers, Officer Johnson said Mr. Mbegbu was within his personal space and pointing his right index finger within inches of his face, so Officer Johnson used his right hand to push Mr. Mbegbu's left upper chest to create distance.[8]  As Officer Johnson's hand came into contact with Mr. Mbegbu's chest, Mr. Mbegbu swatted Officer Johnson's hand off his chest.[9]  Mrs. Mbegbu tried to open the front door, but Mr. Mbegbu reached past Officer Johnson and closed it.[10]  Mrs. Mbegbu told Homicide detectives Mr. Mbegbu never blocked the door and it was wide open.[11]

At 9:17 p.m., Officer Gonzales requested another unit respond to their location.  Officer Johnson intended to arrest Mr. Mbegbu for Aggravated Assault on a Police Officer and Disorderly Conduct.  Based on Mr. Mbegbu's demeanor and larger stature, as compared to Officers Gonzales and Johnson, Officer Johnson believed a physical confrontation would ensue when an arrest was attempted, so Officer Johnson decided to wait for another unit to assist them.[12]  For approximately one minute, the officers attempted to verbally calm Mr. Mbegbu, and he returned to and sat on the recliner.  Officer Johnson quietly advised Officer Gonzales of his intent to arrest Mr. Mbegbu.  At 9:18 p.m., Officer Zemaitis arrived on scene and opened the closed front door, causing it to bump into Officer Johnson's back.  Officers Gonzales and Johnson told Officer Zemaitis that Mr. Mbegbu previously was in their faces and acted hostile towards them.[13]

The three officers approached Mr. Mbegbu, who yelled at them.  Officer Zemaitis approached Mr. Mbegbu's right side, as Officer Johnson approached his left.  Officer Zemaitis noticed Mr.

COP_BM000123

Police Chief Joseph G. Yahner
**PSB14-0134**
Page 4 of 7

Mbegbu was holding an insulated cup in his hand, so he told Mr. Mbegbu to put the cup down and stand up.  Mr. Mbegbu did not comply, so Officer Zemaitis told him again to put the cup down and to place his hands behind his back.[14]   As Officer Zemaitis grabbed Mr. Mbegbu's right arm, Mr. Mbegbu moved his arm back and forth causing the hot liquid in the cup to spill out and splash on Officers Gonzales and Zemaitis.[15]  Mrs. Mbegbu told detectives one of the officers took Mr. Mbegbu's cup from him and threw it.[16]

Officer Johnson grabbed Mr. Mbegbu's left arm, but Mr. Mbegbu pulled his arm out of Officer Johnson's grasp.  Mr. Mbegbu pulled his right arm away from Officer Zemaitis and started kicking at the officers.  Mr. Mbegbu kicked Officer Gonzales once on her right shin and twice on her left shin, and Officer Zemaitis once on his upper right inner thigh.[17]  Officer Zemaitis backed away from Mr. Mbegbu and attempted to grab his legs, but slipped off balance due to the liquid spilled on the floor.[18]  After seeing Officer Zemaitis get kicked, Officer Johnson delivered a closed fist strike with his right hand to Mr. Mbegbu's left face.[19]

Officer Johnson grabbed Mr. Mbegbu's left arm a second time, but Mr. Mbegbu again pulled away from him.  Officer Zemaitis backed away from Mr. Mbegbu and aimed his Taser X2 (serial number X3000X36) at Mr. Mbegbu's center mass.  Once Officer Zemaitis observed Officer Johnson back away from Mr. Mbegbu, he deployed a Taser cartridge (serial number C6200HHXM) at Mr. Mbegbu.[20]  Officer Johnson heard the Taser deploy and released Mr. Mbegbu's arm.  While the Taser was activated, Officer Johnson observed Mr. Mbegbu clenching his arms in front of him as he tried to stand up.

Officer Gonzales turned her attention to Mrs. Mbegbu and Mrs. Sabinah Odom, Mrs. Mbegbu's sister, because Mrs. Mbegbu approached Officer Zemaitis with her arm extended telling him, "no."  Officer Gonzales grabbed Mrs. Mbegbu's arm to keep her from reaching Officer Zemaitis and moved her towards the front door.[21]  Mrs. Mbegbu told detectives while Mr. Mbegbu struggled with the officers; they sprayed him, possibly with tear gas, all over his body and face.[22]  None of the officers indicated Oleoresin Capsicum was deployed during their contact with Mr. Mbegbu.

While the Taser was activated, Officer Zemaitis told Mr. Mbegbu to get on the ground and put his hands behind his back.  Officer Zemaitis depressed the Taser trigger beyond the five second cycle, because Mr. Mbegbu continued to flail his arms and legs, so the activation lasted eleven seconds.[23]  Once Officer Zemaitis released the trigger, he gave Mr. Mbegbu additional commands to get on the ground.  Mr. Mbegbu did not follow Officer Zemaitis' commands, reached for a pitcher of liquid on a table next to him, and spilled the liquid in the pitcher on the floor.[24]  Approximately 41 seconds after deploying his Taser the first time, Officer Zemaitis

Police Chief Joseph G. Yahner
**PSB14-0134**
Page 5 of 7

activated his Taser a second time for six seconds using the already deployed cartridge, causing Mr. Mbegbu to fall to his stomach on the floor.[25]

Officer Weber arrived on scene and assisted detaining Mr. Mbegbu. Officer Zemaitis held Mr. Mbegbu's legs, while Officers Gonzales, Johnson, and Weber struggled to pull both Mr. Mbegbu's arms out from underneath his body as he physically resisted their efforts.  In order to control Mr. Mbegbu, Officer Johnson placed his knee over the back of Mr. Mbegbu's head and neck while he pulled Mr. Mbegbu's left arm to his back.  Once the officers pulled Mr. Mbegbu's arms to his back, Officer Gonzales handcuffed him and Officer Johnson removed his knee from Mr. Mbegbu's neck.[26]  Officer Gonzales then escorted Mrs. Mbegbu and Ms. Odom into the courtyard, because they were approaching the officers.

Mr. Mbegbu kicked at Officer Zemaitis, so Officer Johnson used his right thumb to apply a pressure point control for approximately three seconds to rear of Mr. Mbegbu's left mandibular angle.[27]  As Officer Johnson applied pressure, he told Mr. Mbegbu to stop and calm down.  Mr. Mbegbu attempted to roll over, so Officer Weber kept Mr. Mbegbu on his stomach by placing his knees on Mr. Mbegbu's back.[28]  Officer Zemaitis bent Mr. Mbegbu's legs at the knees and applied pressure to them to stop Mr. Mbegbu from kicking.[29]  At 9:21 p.m., Officer Weber cleared over the radio and requested a RIPP™ restraint.

The officers noticed Mr. Mbegbu stopped moving and appeared unconscious.  Officers Gonzales and Johnson checked Mr. Mbegbu's carotid for a pulse, but could not feel one.  Officer Zemaitis checked Mr. Mbegbu's carotid and detected a pulse.  Officer James O'Neill #7543 arrived on scene and stood by Mrs. Mbegbu and Ms. Odom in the courtyard.  The officers rolled Mr. Mbegbu into a seated position against Officer Zemaitis' leg and Mr. Mbegbu's head slumped forward.  From the courtyard, Officer O'Neill could not see Mr. Mbegbu's chest moving, so he relayed this information to the officers and asked if he was breathing.  Officer Weber observed Mr. Mbegbu's stomach was still moving and believed he was breathing, and relayed this information to the other officers.

At 9:24 p.m., Officer Weber requested via radio dispatch for the Fire department to respond to evaluate Mr. Mbegbu.  Officers Petr Kriz #8093 and Brandon Pelke #7759 arrived on scene. While waiting for the Fire department to arrive, Officer Zemaitis checked Mr. Mbegbu's cardioid and left wrist, but only felt a faint pulse.  Officer Zemaitis became uncertain if he felt a pulse or it was his (Officer Zemaitis') adrenaline, so he removed the handcuffs from Mr. Mbegbu and the officers laid him on his back on the floor.  Officers Johnson and Zemaitis noticed Mr. Mbegbu's tongue was sticking out of his mouth and his eyes were closed.  Officer Zemaitis put his ungloved fingers into Mr. Mbegbu's mouth to ensure he was not choking on anything, but did

COP_BM000125

Police Chief Joseph G. Yahner
**PSB14-0134**
Page 6 of 7

not locate an obstruction.  Officers Kriz and Weber checked Mr. Mbegbu's chest and did not see it moving, nor could Officer Kriz detect air coming from his nose.

Officer Zemaitis started chest compressions on Mr. Mbegbu.  Sergeant Eric Pagone #6822 arrived on scene and instructed Officers Gonzales and Johnson to rotate performing chest compressions until Fire personnel arrived at 9:31 p.m. and took over lifesaving measures.  Fire transported Mr. Mbegbu to John C. Lincoln North Mountain Hospital, where he was pronounced deceased at 10:12 p.m.  At the hospital, medical personnel located a hematoma and laceration under Mr. Mbegbu's left eye.

On October 9, 2014, Doctor William Stano with the Maricopa County Office of the Medical Examiner conducted an autopsy on Mr. Mbegbu.  Doctor Stano concluded Mr. Mbegbu, "sustained a cardiac arrest leading to death that occurred in the setting of acute cyclobenzaprine intoxication, multiple medical problems (including atherosclerotic and hypertensive cardiovascular disease, diabetes mellitus, hepatic steatosis, and hypothyroidism), and law enforcement subdual (including a closed fist strike to the face, the use of a conducted electrical device, prone restraint and handcuff placement), all of which are known risk factors for cardiac arrest."[30]  Doctor Stano listed the manner of death as undetermined.

The Maricopa County Attorney's Office In-Custody Review Board reviewed this in-custody death and determined, "the officers did not commit any act that warrants criminal prosecution."

**CLOSING:**

This Professional Standards Bureau investigation is complete and will be forwarded to the Use of Force Board for review.  The investigation will be retained in the Professional Standards Bureau in accordance with record retention policies and/or laws.

Police Chief Joseph G. Yahner
**PSB14-0134**
Page 7 of 7

**Endnotes:**

---

[1] See Attachments – Departmental Report 2014-01742449, supplement 26, page 2, paragraph 1
[2] See Attachments – Audio Gonzales [15:10 to 15:30]
[3] See Attachments – Audio Johnson 10072014 [14:46 to 14:54]
[4] See Attachments – Audio Johnson 10072014 [15:55 to 16:12]
[5] See Attachments – Audio Johnson 10072014 [16:13 to 16:20]
   See Attachments – Audio Gonzales [16:40 to 16:42]
[6] See Attachments – Audio Gonzales [16:49 to 16:57]
[7] See Attachments – Audio Johnson 10072014 [34:39 to 35:16]
[8] See Attachments – Audio Johnson 10072014 [16:28 to 16:51]
[9] See Attachments – Audio Johnson 10072014 [16:52 to 16:59]
[10] See Attachments – Audio Johnson 10072014 [35:25 to 35:35]
    See Attachments – Audio Gonzales [17:26 to 17:34]
[11] See Attachments – Departmental Report 2014-01742449, supplement 5, page 4, paragraph 5
[12] See Attachments – Audio Johnson 10072014 [17:00 to 17:40]
[13] See Attachments – Audio Zemaitis [14:02 to 14:11]
[14] See Attachments – Audio Zemaitis [14:51 to 15:23]
[15] See Attachments – Audio Gonzales [19:22 to 19:38]
    See Attachments – Audio Zemaitis [15:25 to 15:50]
[16] See Attachments – Departmental Report 2014-01742449, supplement 5, page 4, paragraph 4
[17] See Attachments – Audio Johnson 10072014 [19:09 to 19:20]
    See Attachments – Audio Gonzales [34:58 to 35:32]
    See Attachments – Audio Zemaitis [15:58 to 16:12 and 51:00 to 51:09]
[18] See Attachments – Audio Zemaitis [16:13 to 16:54]
[19] See Attachments – Audio Johnson 10072014 [20:06 to 20:16]
[20] See Attachments – Audio Zemaitis [17:18 to 17:38]
[21] See Attachments – Audio Gonzales [20:48 to 21:18]
[22] See Attachments – Departmental Report 2014-01742449, supplement 5, page 4, paragraph 3
[23] See Attachments – Audio Zemaitis [17:42 to 17:51 and 31:15 to 31:33]
    See Attachments – Zemaitis Taser Log
[24] See Attachments – Audio Zemaitis [18:02 to 18:35]
[25] See Attachments – Audio Gonzales [21:18 to 21:28]
    See Attachments – Audio Zemaitis [18:40 to 19:00]
    See Attachments – Zemaitis Taser Log
[26] See Attachments – Audio Johnson 10162014 [1:26 to 1:50]
[27] See Attachments – Audio Johnson 10082014 [23:49 to 24:20]
    See Attachments – Audio Weber [13:40 to 13:54]
[28] See Attachments – Audio Weber [13:57 to 14:15]
[29] See Attachments – Audio Weber [14:16 to 14:27]
[30] See Attachments – Medical Examiner Report [page 7]

# Professional Standards Bureau
# Investigations Unit

## PSB14-0134

# EMPLOYEE INVOLVED
# Garrity Protected Statement

**Employee:**   **Officer Celina Gonzales #7736**

**Age:**   ■

**Employment Date:**   ■

**Duty Assignment:**

|  |  |
|---|---|
| **Division:** | **Patrol** |
| **Precinct:** | **Cactus Park** |
| **Squad:** | **91B** |
| **Supervisor:** | **Sergeant Frank Marotta #6497** |

**Duty Hours:**
**Days Off:**   ■

**Date of Interview:**   **10/07/2014**

**Union Representative:**   **Officer Timothy Baiardi #7597**

**Interviewed by:**   **PSB Sergeant Ben Kartchner**
**PSB Sergeant Allisen Reese**

## Interview:

► For a written transcription of this interview, please refer to the transcription that follows.

► For a digital recording of this interview, please refer to the compact disc in the Attachments Section.

Employee Involved: Ofc. Celina Gonzales #7736
PSB14-0134
Page **2** of **33**

| | | |
|---|---|---|
| 1 | Kartchner: | Okay.  This is gonna be an audio recorded interview.  And today's |
| 2 | | date is October 7th, 2014, at 5:14 a.m.  And we are currently at |
| 3 | | 2800 West Maryland Avenue in the MAC van.  Present are myself, |
| 4 | | Sergeant Ben Kartchner with PSB, Sergeant Allisen Altamirano |
| 5 | | with PSB, Officer Tim Baiardi with PLEA, and Officer Celina |
| 6 | | Gonzales, 7736. |
| 7 | Gonzales: | Yes. |
| 8 | Kartchner: | Okay.  And the time is still 5:14 and I'm gonna go ahead and read |
| 9 | | the N.O.I.  out loud.  And it reads as follows.  An administrative |
| 10 | | investigation is being conducted into the circumstances of your |
| 11 | | direct involvement in a police shooting, in-custody death, use of |
| 12 | | force incident, or driving incident.  The incident is described as |
| 13 | | follows.  On 10-6-2014 at approximately 2111 hours you were |
| 14 | | involved in an in-custody death incident at 6517 North 28th Glenn, |
| 15 | | which pursuant to Operations Order 1.5.7 requires an |
| 16 | | administrative investigation.  Celina, what I'm gonna have you do |
| 17 | | is just go ahead and review sections A through G.  As you read |
| 18 | | 'em and under, you can read 'em to yourself.  As you understand |
| 19 | | them, uh, just initial and then when you get through G, just go |
| 20 | | ahead and sign and date. |
| 21 | Baiardi: | I'm going to see if I can play with it.  Do you think you can get a |
| 22 | | little more air in here? |
| 23 | Altamirano: | You don't want to play with it. |
| 24 | Baiardi: | Let's see if that works.  I have it around 70, 71 in my house so. |
| 25 | Altamirano: | Oh, you keep it hot. |
| 26 | Kartchner: | In worst case, you can probably crack the window open. |
| 27 | Baiardi: | It's my favorite time of year. |

Employee Involved: Ofc. Celina Gonzales #7736
PSB14-0134
Page **3** of **33**

| | | |
|---|---|---|
| 1 | Altamirano: | We roll about 67, 68 at our house at nighttime. |
| 2 | Baiardi: | (unintelligible) |
| 3 | Kartchner: | And if you'll just sign and date at the bottom and as you're signing |
| 4 | | I'm just gonna explain there's a box checked no, meaning you, this |
| 5 | | is, this indicates that you are able to discuss the investigation. |
| 6 | | You're not being a, given an order not to so. |
| 7 | Gonzales: | Okay. |
| 8 | Kartchner: | That's a double negative. |
| 9 | Altamirano: | Uh-huh.  I hate that one. |
| 10 | Kartchner: | Ha, ha. |
| 11 | Altamirano: | Cuz it's already written in a double negative. |
| 12 | Kartchner: | Alrighty.  And Celina, uh, I'm gonna sign the N.O.I.  and prior to |
| 13 | | going on tape you indicated that you wanted to read to your Garrity |
| 14 | | Statement.  Uhm, it's. |
| 15 | Gonzales: | Out loud?  Out loud? |
| 16 | Kartchner: | Yes. |
| 17 | Altamirano: | You can also imply it.  You don't actually have to read it.  You can |
| 18 | | say I, I invoke my Garrity Rights. |
| 19 | Gonzales: | Uhm, on 10-7-fif, 2014, at 0517 hours, at 2800 West Maryland, I |
| 20 | | was ordered to submit this, uh, report statement, uhm, by |
| 21 | | Kartchner? |
| 22 | Kartchner: | Yeah. |
| 23 | Gonzales: | I submit this re, uh, statement at his orders as a condition of |
| 24 | | employment.  In view of possible, uh, forfeiture I have no |
| 25 | | alternative but to abide by this order.  With regard to any question I |
| 26 | | am not directed to answer I reserve my right to remain silent under |

Employee Involved:  Ofc.  Celina Gonzales #7736
PSB14-0134
Page **4** of **33**

| | | |
|---|---|---|
| 1 | | the Fifth and Fourteenth Amendment to the U.S. Constitution and |
| 2 | | other rights prescribed by law.   I rely specifically upon the |
| 3 | | protection afforded me under the doctrines set forth in Garrity v. |
| 4 | | New Jersey 385 U.S. 493 (1967) and Ss Spevack v. Klein 385 U.S. |
| 5 | | 511 (1967), should these statements be used for any other |
| 6 | | purposes of whatsoever kind or description. |
| 7 | Kartchner: | Alrighty.   Alright.   Celina, I'm gonna go ahead and just start the |
| 8 | | questionnaire, okay?  How old are you? |
| 9 | Gonzales: | |
| 10 | Kartchner: | What, what's your race? |
| 11 | Gonzales: | Hispanic. |
| 12 | Kartchner: | Uh, height? |
| 13 | Gonzales: | |
| 14 | Kartchner: | Weight? |
| 15 | Gonzales: | Uh, |
| 16 | Kartchner: | And years of service? |
| 17 | Gonzales: | Twelve years. |
| 18 | Kartchner: | Do you have any prior law enforcement? |
| 19 | Gonzales: | No. |
| 20 | Kartchner: | Prior military? |
| 21 | Gonzales: | No. |
| 22 | Kartchner: | Were you wearing prescription glasses at the time… |
| 23 | Gonzales: | No. |
| 24 | Kartchner: | of this incident?  No.   Were you wearing contacts? |
| 25 | Gonzales: | Yes. |

COP_BM000138

Employee Involved: Ofc. Celina Gonzales #7736
PSB14-0134
Page **5** of **33**

| | | |
|---|---|---|
| 1 | Kartchner: | Were you wearing sunglasses? |
| 2 | Gonzales: | No. |
| 3 | Kartchner: | Any protective eyewear? |
| 4 | Gonzales: | No. |
| 5 | Kartchner: | Okay.   And this was the uniform you were wearing at the time? |
| 6 | Gonzales: | Yes. |
| 7 | Kartchner: | Okay.   I'm just gonna go through and describe it, uh, for the |
| 8 | | purpose of the tape.   Okay.   It's a Class C uniform.   You're |
| 9 | | wearing, uh, the navy blue short sleeve button up shirt with, uh, |
| 10 | | navy blue pants.   You have a, uh, metal badge and a name tag. |
| 11 | | Standard Phoenix patches.   I'm just gonna describe you gun belt |
| 12 | | from the center going around to the right.   You've got your, uh, OC |
| 13 | | spray, your flashlight holder, your gun belt is, is, and then another |
| 14 | | flashlight holder, eh, a handcuff case and radio, Taser, and knife |
| 15 | | pouch, okay.   You're also wearing black boots.   Are you carrying |
| 16 | | any secondary weapon? |
| 17 | Gonzales: | No. |
| 18 | Kartchner: | And for the radio it's the lapel mike going around the back coming |
| 19 | | over the right lapel. |
| 20 | Gonzales: | Yes. |
| 21 | Kartchner: | And you're wearing, uh, are you wearing body armor? |
| 22 | Gonzales: | Yes. |
| 23 | Kartchner: | Okay.   And it's inner.   Do you by chance know the brand? |
| 24 | Gonzales: | Not off hand. |
| 25 | Kartchner: | Okay.   Do you know what protection level it is? |
| 26 | Gonzales: | I think it's, uh, is it a, a, a ▋▋▋ or. |

Employee Involved: Ofc. Celina Gonzales #7736
PSB14-0134
Page **6** of **33**

| | | |
|---|---|---|
| 1 | Kartchner: | Okay.   And if you don't know… |
| 2 | Gonzales: | I, I really… |
| 3 | Kartchner: | that's okay. |
| 4 | Gonzales: | don't know. |
| 5 | Kartchner: | That's okay.   What squad are you on? |
| 6 | Gonzales: | 91 King. |
| 7 | Kartchner: | Do you normally ride a particular beat? |
| 8 | Gonzales: | Yes. |
| 9 | Kartchner: | What's that? |
| 10 | Gonzales: | 913. |
| 11 | Kartchner: | And what were you riding tonight? |
| 12 | Gonzales: | 913 Mary. |
| 13 | Kartchner: | And what are your days off? |
| 14 | Gonzales: | ▮▮▮▮▮▮▮▮▮▮▮▮ |
| 15 | Kartchner: | Your work hours? |
| 16 | Gonzales: | Uh, ▮▮▮▮▮▮. |
| 17 | Kartchner: | Alright.   Were you on-duty at the time? |
| 18 | Gonzales: | Yes. |
| 19 | Kartchner: | And do you have a partner? |
| 20 | Gonzales: | Yes. |
| 21 | Kartchner: | Who is that? |
| 22 | Gonzales: | Uh, Officer Matt Johnson. |
| 23 | Kartchner: | Okay.   And your supervisor? |
| 24 | Gonzales: | Eric Pagone. |

Employee Involved:  Ofc.  Celina Gonzales #7736
PSB14-0134
Page **7** of **33**

| | | |
|---|---|---|
| 1 | Kartchner: | Okay.   And then prior to this, uh, use of force contact out here how |
| 2 | | many hours were you on-duty prior to that? |
| 3 | Gonzales: | Uh, maybe just one.   This was our first call. |
| 4 | Kartchner: | Okay.   And how many hours, uh, or did you have any break |
| 5 | | between starting shift and coming out here? |
| 6 | Gonzales: | Just the loading up, briefing, loading up, and, uh, taking our first |
| 7 | | call. |
| 8 | Kartchner: | Okay.   And, uh, how many hours have you slept in the past twenty- |
| 9 | | four? |
| 10 | Gonzales: | Uh, (unintelligible) Six. |
| 11 | Kartchner: | Six.   Were you injured at all? |
| 12 | Gonzales: | Today? |
| 13 | Kartchner: | Yes. |
| 14 | Gonzales: | No. |
| 15 | Kartchner: | Okay.   And just describe any type of force that, uh, describe the |
| 16 | | different types of force that you had to use? |
| 17 | Gonzales: | That I used? |
| 18 | Kartchner: | Mmm-hmm. |
| 19 | Gonzales: | Uhm, just going hands on, uhm, assisting with handcuffing him. |
| 20 | Kartchner: | Okay.   And then where on the body? |
| 21 | Gonzales: | On his left arm. |
| 22 | Kartchner: | Okay.   And was that, I understand that's physical, like restraint? |
| 23 | Gonzales: | Mmm-hmm.   Yeah, I, I, I placed my handcuffs on him. |
| 24 | Kartchner: | Okay.   So handcuffs.   Anything else? |

Employee Involved:  Ofc.  Celina Gonzales #7736
PSB14-0134
Page **8** of 33

| | | |
|---|---|---|
| 1 | Gonzales: | Hmm.   I mean like we were trying to hold onto him.   I mean that's |
| 2 | | not really… |
| 3 | Kartchner: | Yeah, if you could. |
| 4 | Gonzales: | use of force. |
| 5 | Kartchner: | Well if you, yeah, if you, ev even if you had to use physical restraint |
| 6 | | where on the body. |
| 7 | Gonzales: | Well… |
| 8 | Kartchner: | If you had to use physical restraint. |
| 9 | Gonzales: | I tried to, uh, grasp, grasp his arm but he kept moving around so. |
| 10 | Kartchner: | Okay.   Anywhere else besides the arm? |
| 11 | Gonzales: | No. |
| 12 | Kartchner: | Okay.   Do you know the address here? |
| 13 | Gonzales: | No, not off hand.   I would have to look at it. |
| 14 | Kartchner: | Okay.   No problem.   And then during this contact were there any |
| 15 | | bystanders present? |
| 16 | Gonzales: | Yes. |
| 17 | Kartchner: | And were they, uh, civilian? |
| 18 | Gonzales: | Uh, well, the two other officers were with me and then, uh, his wife |
| 19 | | was in the room, the living room. |
| 20 | Kartchner: | Okay.   And where was she approximately to this?  Like distance |
| 21 | | and location. |
| 22 | Gonzales: | Uh, she was right behind us and I, I don't know the distance but she |
| 23 | | was literally right behind us in the living room. |
| 24 | Kartchner: | Okay.   If you were gonna take guess just what? |
| 25 | Gonzales: | I'm horrible at guestimating like that. |

Employee Involved:  Ofc.  Celina Gonzales #7736
PSB14-0134
Page **9** of **33**

| 1 | Kartchner: | Well, this table's maybe what?  Two feet.   Somewhere in there, |
| 2 | | somewhere in there? |
| 3 | Gonzales: | I'd say if… |
| 4 | Kartchner: | Or even if you just. |
| 5 | Gonzales: | I estimated |
| 6 | Kartchner: | Yeah, gave a. |
| 7 | Gonzales: | From here, uh, to that counter so what's that? |
| 8 | Kartchner: | Maybe eight to ten feet? |
| 9 | Gonzales: | Maybe, yeah. |
| 10 | Kartchner: | Okay.   And aside from the investigation that's going on now, are |
| 11 | | you aware of, prior to that any photos were taken? |
| 12 | Gonzales: | Prior to? |
| 13 | Kartchner: | Prior to the detectives and everybody coming out.   Were any other |
| 14 | | photos taken that you're aware of? |
| 15 | Gonzales: | No. |
| 16 | Kartchner: | Okay.   Describe the lighting conditions? |
| 17 | Gonzales: | Inside the house.   Uhm, it wasn't as bright as in here.   Uh, it was |
| 18 | | just, they had light inside the living room but not inside the, the, |
| 19 | | what is it called, a corridor or whatever, uh, walking into the living |
| 20 | | room.   Uhm, just regular artificial lamps.   Like I can't remember |
| 21 | | what type of lights were in there but it was fairly lit. |
| 22 | Kartchner: | Okay. |
| 23 | Gonzales: | During our contact with him. |
| 24 | Kartchner: | Gotcha.   And you were in the same vehicle as your partner?  I |
| 25 | | presume you came in the same vehicle? |

Employee Involved:  Ofc.  Celina Gonzales #7736
PSB14-0134
Page **10** of **33**

1    Gonzales:          Yes.

2    Kartchner:         Okay.   Any, uh, injury that you observed on the suspect?

3    Gonzales:          On the suspect?  Yes.   I saw his eye was swollen.

4    Kartchner:         Do you remember what eye?

5    Gonzales:          I believe it was his left eye.

6    Kartchner:         Okay.   Anything else?

7    Gonzales:          No.

8    Kartchner:         Okay.   And any crimes committed by the suspect?  Are you aware
9                       of any crime committed by the suspect?

10   Gonzales:          Uhm, I saw him swat at, uh, Officer Johnson's hand and he kicked
11                      at myself and Officer Zemaitis' feet.

12   Kartchner:         Okay.   Anything else?

13   Gonzales:          Uhm, I don't remember what his hands were doing when he was
14                      kicking at us but, uh, other than resisting.

15   Kartchner:         Okay.   Uh, did he appear to be armed?

16   Gonzales:          No.

17   Kartchner:         Okay.   Uhm, have you had any prior contact or knowledge of the
18                      suspect?

19   Gonzales:          No.

20   Kartchner:         Okay.   Do you note any signs of impairment?

21   Gonzales:          No.

22   Kartchner:         Okay.   I'm just gonna pause the tape.   The time is 5:25.   Alright.
23                      The time is 5:26.   We're back on tape.   Everybody's present.
24                      Alright Celina, that concludes the questionnaire.   Uhm, what I'm
25                      gonna have you do now is just, just give us a narrative.   Just take

Employee Involved: Ofc. Celina Gonzales #7736
PSB14-0134
Page **11** of **33**

|   |   |   |
|---|---|---|
| 1 |  | us back from the beginning of your, any type of involvement in this |
| 2 |  | incident, all, and just lead us through the detail chronologically and |
| 3 |  | tell us what happened. |
| 4 | Gonzales: | Okay.   Okay.   Uhm, on that date and time, I think it's, I don't |
| 5 |  | remember the actual time but, uh, we responded to an anonymous |
| 6 |  | call of a fight going on inside the location, the house.   Uhm, I'm |
| 7 |  | driving so I didn't really read all the details on the MDC.   We, uh, |
| 8 |  | we're pulling into the neighborhood, we're not really familiar with |
| 9 |  | this neighborhood, we've, I've never been in it.   Uh, so we're |
| 10 |  | looking for the, the numbers on the, on the houses.   Uh, right |
| 11 |  | straight ahead from where we're pulling in, uh, just north of us was |
| 12 |  | a car facing us, uh, parked near the mailboxes and they had the |
| 13 |  | flashers light, uh, the flashers on.   And I thought at that time that |
| 14 |  | someone was in it, trying to get our attention.   Uh, we pulled up to |
| 15 |  | the house.   Uh, we were able to verify the numbers on the house. |
| 16 |  | When we got out of the house or when we pulled up, uh, there was |
| 17 |  | a female standing in the rocks near the car in the driveway.   I |
| 18 |  | noticed that there was no one in the car with the flashing lights on. |
| 19 |  | Uh, we contacted the female subject standing outside the house. |
| 20 |  | Uh, we asked her if everything was okay and she seemed, uh, very |
| 21 |  | pleasant.   Uhm, acted like nothing was wrong.   She had a, a very |
| 22 |  | thick accent, uh, when she was talking.   Uh, but she did speak |
| 23 |  | English.   She said that she was fine and, uh.   We ah, you know, |
| 24 |  | we asked her if she was the one that called us and she started |
| 25 |  | telling us that she was leaving to go get her son cuz he played |
| 26 |  | basketball, uh, she was very detailed about her son.   He was |
| 27 |  | fifteen and he was really good and she focused on her license |
| 28 |  | plate, showing us, uh, his, his basketball number and it's like |
| 29 |  | twenty-one something, his name I think.   Uh, so we asked her is |
| 30 |  | everything okay inside and, you know, someone called us and she |

COP_BM000145

Employee Involved:  Ofc.  Celina Gonzales #7736
PSB14-0134
Page **12** of **33**

1    still kept telling us how, uh, she was, uh, law abiding citizen, she,

2    she, she was, uh, liking, that she liked us for what we did and, uh,

3    I'm not even sure if she really answered our question but we asked

4    her, okay, well, are you okay, is everything good.   She seemed

5    very happy and, uh, she cont, continued to talk about her son.

6    That she needed to go pick him up.   She was just leaving.   Her

7    sister's inside and, uh, if we, sh, and then she said something and I

8    was a little confused of, of what she wanted us to do.   Uh, and I

9    looked over at Matt and he was just like, you know, shrugged like

10   we didn't know are we done here or, you know, we didn't know if

11   we needed to go inside and, uh, she started walking towards the

12   door or the, there's like a gate door to go into the corridor.   I guess

13   that's what it's called.   And she looked back and she said, come on

14   and so we're like oh, okay.   And, uh, we were explaining to her

15   how nice her house was outside, it looked very big and, you know,

16   we're, we're gonna be able to see what's inside cuz it seems like a

17   very nice neighborhood.   Uh, she, the corridor was dark.   There

18   was no lights in there at that time and she goes up to the door, I'm

19   right behind her, Matt's behind me.   Uhm, we were just admiring

20   her house still and she was banging on the, the front door, she's

21   outside still banging on the door and she said something in, uhm, a

22   different language and she's, then she banged on it again and, uh,

23   then she opened it.   So she walks in and I start walking in and I

24   notice a, a, a person sitting on a, like a recliner type chair or like a

25   single person side chair.   I don't know what it's called.   Uhm,

26   kinda, uh, to the very far arcadia door, kinda pressed up against the

27   arcadia door.   Uhm, she opens the door and she points up to, at a

28   picture and it was a, an infant sss, uh, uh, what she said was her

29   son and, and then she pointed at her, uh, her daughter's picture,

30   she was just showing us these pictures and I was just kinda looking

COP_BM000146

Employee Involved:  Ofc.  Celina Gonzales #7736
PSB14-0134
Page **13** of **33**

1   around.   The, the guy, it looked like he almost focused on us to see

2   like who is that and then he, he realized at that time, it seemed like,

3   and he jumped out of his chair, he's like what are you guys doing

4   here, what are you guys in my house for, you've come to kill me

5   and he was just so mad, came right up to our faces, uh, and we're

6   like hold on.   Your, your wife let us in.   Uh, she was showing us

7   your son or your son's pictures.   He's you're, you're, why did you

8   come here, you're not suppose to be in here.   Uhm, and, and his

9   accent was thick too but I could understand what he was saying.

10  He was just very irate and we're like hold on, back off, you need to

11  st, uh, back, back away from us and he's like I don't need to do

12  anything, this is my house and, uhm, uh, Matt, he was like you

13  need to back off and the guy swatted his hand.   And I was looking

14  at, uh, his wife and was like he, why, why is he so mad at us, what.

15  You know, did you call or did you tell him that we were coming here

16  cuz he kept saying she called you, she called you guys, for you

17  guys to come kill me and, uh, I was like this, you know, why are

18  you, why is he acting like this.   And, uh, she went to go open the

19  door to let us out and he pressed the door back to close it, uh, to

20  keep us in and at that time that's when I kinda turned around cuz

21  he was still yelling at us.   I cleared for another unit.   Uh, and I

22  couldn't really hear if I got another unit, I, cuz he was still yelling.

23  Uh, we told him you need to back down, back off, calm down.   Uh,

24  like try to explain to him that, uh, that his wife was just bringing us

25  in here to, to show us her pictures of this, of her son that she was

26  very proud of.   And he's like well thank you for that and like very

27  upset still and thank you for that but you, you know, why are you in

28  my house and, uhm, he backed up, went back to sit down on his

29  chair and that's when, uhm, Officer Zemaitis came in.   He, he

30  opened the door, uh, and and I told him he got in our faces.   Uhm,

Employee Involved: Ofc. Celina Gonzales #7736
PSB14-0134
Page **14** of 33

1    he was right up in our faces.   Uhm, and, uh, we went to go.   I don't
2    even, I don't remember if I, if, uh, if we said let's hook him up or not,
3    but we walked up to him.   He said what are you doing and he
4    tensed up and, uhm, uhm, I, I remember, uhm, when we went to
5    put hands on I think he got up, uh, trying to fig, remember the
6    physicalness of it but he got up.   Uh, he tensed up and started, uh,
7    like swi, like flailing his hands his way and then he, in that chair,
8    he's back down on his chair.   Uh, kinda scooted down and he
9    started kicking at us and it was myself and Officer Zemaitis in front
10   of him so he kicked at me, he hit, uh, kicked my shins and I saw
11   him kick, uh, Joel Zemaitis, uh.   He also had and, uh, this was
12   before but, when we first made contact with him, uh, sorry.   He had
13   a cup in his hand and, uh, when we first went to go, uh, grab at his
14   arm, uhm, that hot liq, a hot, I just felt hot liquid on myself and I saw
15   that, uhm, that it went on Joel too.   And I thought it was coffee but I
16   saw tea bags af, after the fact so I guess it was hot tea.   And, uh,
17   so that's when we went and tried to get him again and that's when
18   he started kicking us.   Uhm, myself and Off Officer Zemaitis kinda
19   backed up and that's when Officer Zemaitis, uh, pulled out his
20   Taser.   I saw the red prongs on his belly and, uh, Officer Johnson
21   was still trying to grab a hold of hands but on the other side of the
22   couch or the chair and I told Matt, uh, Matt, he's gonna tase.   Uh,
23   and I don't know if he heard because when, uh, Officer Zemaitis,
24   uh, gave the guy, uh, he told him, uhm, I can't remember what he
25   said but, uh, he sa, he told him that he needs to calm down or, uh,
26   and when he was still kinda agitated I, because, uh, Officer, uh,
27   Johnson had his hands, was trying to get his hands, uh, the deploy
28   came out and Matt like kind of like let go.   Uh, as soon as that
29   happened I noticed, uh, from the side the wife was coming up to
30   Joel saying 'no' and so I turned around and focused on the two

Employee Involved:  Ofc.  Celina Gonzales #7736
PSB14-0134
Page **15** of **33**

1     women.   Uh, her sister was there and I told them scoot back, calm,

2     you know, he'll be okay, uh, and was trying to like hold onto her

3     arm cuz she looked she was trying to reach Joel and, uh, I, I kinda

4     scooted her back towards the door and, uh, the guy, when he got

5     tased he stood up and he was tense, he wouldn't get down.   We

6     kept telling him get down on the ground, get down on the ground

7     and even when the cycle stopped he didn't get down on the ground.

8     Uh, when I was, uh, talking to or when I was, uh, having the wife

9     scoot back, I heard the second tase, uhm, or the second cycle and,

10    uh, and I looked over and I was about ready to go forward but then

11    Officer Weber came.   Cuz I felt something on my shoulder and he

12    said, Celina, scoot over and I scooted over and he helped assist

13    them with, uh, getting him in custody but his hand was still locked

14    in.   I went down to grab his left hand, uh, cuz it was still tucked

15    underneath his body.   Uh, his, his legs were still kinda, kinda

16    flopping around and I was able to get his arm around.   I don't know

17    if someone assisted me but I was able to get it.   I'm the one that

18    grabbed my handcuffs while I had his hand in my, in my hand and I

19    was able to, uh, put one handcuff on his arm and then, uh, I don't

20    know who, what other officer brought the other hand I just hooked,

21    hooked the other hand up.   And then after that I, uh, started talking

22    with the girls, the, the women again cuz they were pretty upset and,

23    uh, I kinda scooted them out outside the door right, there were,

24    there were chairs, I believe there were chairs right there but she

25    kept coming in so I let her come and stand right by the door and,

26    uh, they were asking for, uh, a rip restraint cuz he kept kicking and I

27    saw, I don't remember which officer, uh.   I saw one fold his feet up

28    to, uh, just fold it down cuz he kept kicking still and then, uh, I was

29    talking to the, uh, the wife again and I heard one of the officer's say,

30    uh, he went unconscious and we don't need the rip anymore.   So I

Employee Involved:  Ofc.  Celina Gonzales #7736
PSB14-0134
Page **16** of **33**

| | | |
|---|---|---|
| 1 | | put, I turned my face towards the subject and Officer Zemaitis was |
| 2 | | behind him the whole time and, uh, I walked over there and I was |
| 3 | | just looking at him and kinda trying to feel his belly and, uhm, I don't |
| 4 | | know what officer but someone said, well, I saw belly still moving, |
| 5 | | like breathing so, uh, I had gloved, put gloves on and I went to try, it |
| 6 | | was kind thick on his chin between his neck and his chest and I |
| 7 | | kept trying to, uh, feel a pulse in his neck and, uh, Officer Zemaitis |
| 8 | | was trying to feel the other side and when I, I, it was Officer Pelke |
| 9 | | came in, uh, after the fact, and he was like, well is he okay?  Uh, |
| 10 | | maybe we should handcuff, handcuff him so we unhandcuffed him. |
| 11 | | We put him down and we started checking his, uh, you know, his |
| 12 | | neck and his wrist and someone said they felt a faint pulse.   Uh, I, I |
| 13 | | told Zemaitis, I was like do you want to start compressions or do |
| 14 | | you want me to.   He gloved up and just started doing it and then |
| 15 | | when he was a little tried, uh, my boss asked me to start doing it so |
| 16 | | I started, uh, giving him compressions until Fire came. |
| 17 | Kartchner: | Okay.   Does that kind of lead you through to the end?  You didn't |
| 18 | | go to the hospital or anything or? |
| 19 | Gonzales: | Uh, no, we stayed here 'til then. |
| 20 | Kartchner: | Okay. |
| 21 | Gonzales: | And I, we stood with the wife, uh, in the living room until, uh, her |
| 22 | | son ended up coming home, I guess he walked home, uhm, but. |
| 23 | Kartchner: | That'll work.   Well, I appreciate you going through that and what, |
| 24 | | like I said before, we'll just go through just some clarifying |
| 25 | | questions to help us understand… |
| 26 | Gonzales: | Okay. |
| 27 | Kartchner: | what all, you know, since we weren't there.   Just get a better grasp |
| 28 | | for it. |

Employee Involved:  Ofc.  Celina Gonzales #7736
PSB14-0134
Page **17** of **33**

| | | |
|---|---|---|
| 1 | Gonzales: | Okay. |
| 2 | Kartchner: | Uhm, you described the corridor being dark, is that kinda the, I |
| 3 | | looked a little bit, is that kind of the outside area that's got a gate? |
| 4 | Gonzales: | Yeah, it has. |
| 5 | Kartchner: | Prior to going in the front door? |
| 6 | Gonzales: | Yeah, it has a gate… |
| 7 | Kartchner: | Okay. |
| 8 | Gonzales: | going.   It's almost like a. |
| 9 | Kartchner: | A courtyard type thing? |
| 10 | Gonzales: | A courtyard… |
| 11 | Kartchner: | Okay. |
| 12 | Gonzales: | to the front door. |
| 13 | Kartchner: | Alright.   And this will jump.   I'll try to keep it chronologically as |
| 14 | | much as possible. |
| 15 | Gonzales: | Okay. |
| 16 | Kartchner: | But then you mentioned you went inside, we was kinda looking |
| 17 | | heavily and you, you said something to the effect that he realized |
| 18 | | who we were, uhm, what did you mean by that? |
| 19 | Gonzales: | Well, cuz I focused on him too, uh, while he was sitting there and |
| 20 | | again we were there for a fight so I didn't know, you know, she had |
| 21 | | told, no, everything was good but I didn't know, I was still was |
| 22 | | focusing on him but looking at her pictures but then I realized in his |
| 23 | | expression that he's like who is that and then as soon as, it looked |
| 24 | | like on his expression it dawned on him who we were and he just |
| 25 | | jumped out of his seat and was yelling at us. |
| 26 | Kartchner: | And by who we are, do you mean the police? |

Employee Involved:  Ofc.  Celina Gonzales #7736
PSB14-0134
Page **18** of **33**

| | | |
|---|---|---|
| 1 | Gonzales: | Yes. |
| 2 | Kartchner: | Okay.   And so you mentioned, uhm, you kinda described what |
| 3 | | happened, he, uh, that he kinda got up and came towards you guys |
| 4 | | and was yelling, upset that you were in house. |
| 5 | Gonzales: | Yes. |
| 6 | Kartchner: | Things of those nature that you're (unintelligible), that she called to, |
| 7 | | for you guys to do stuff.   Did, uhm, how close to Officer Johnson |
| 8 | | was he when he swatted his hand?  I mean… |
| 9 | Gonzales: | He. |
| 10 | Kartchner: | how close did he get? |
| 11 | Gonzales: | He got right up in his face or his, cuz he was just at his level of |
| 12 | | height I think but he was right up in his face and every time his |
| 13 | | hand, uh, came near us it was like you need to back up cuz he was |
| 14 | | almost gonna touch us.   I mean he was like literally in front of |
| 15 | | Matt's face and he told him you need to back up. |
| 16 | Kartchner: | And you're, you're putting your hand there. |
| 17 | Gonzales: | Oh yeah. |
| 18 | Kartchner: | Is that about how far away he was? |
| 19 | Gonzales: | Yes. |
| 20 | Kartchner: | So about six, eight inches? |
| 21 | Gonzales: | Approximately. |
| 22 | Kartchner: | Within a foot? |
| 23 | Gonzales: | Yeah. |
| 24 | Kartchner: | Okay.   Uhm, so you saw him, what, where was, where was Officer |
| 25 | | Johnson's hand that it put it in a position, position to be swatted?  I |
| 26 | | mean did he have it out, did he? |

Employee Involved:  Ofc.  Celina Gonzales #7736
PSB14-0134
Page **19** of **33**

| | | |
|---|---|---|
| 1 | Gonzales: | It was almost like, he didn't extend it cuz he was so close but he's |
| 2 | | just like you need to back up and, uh, and the guy just, I mean they |
| 3 | | were lit literally right in front of each other so there was no |
| 4 | | extending of the arms, it was just like, like, almost like get that out |
| 5 | | of my face type of thing. |
| 6 | Kartchner: | Okay.   So Officer Johnson had his hand out saying you need to get |
| 7 | | back. |
| 8 | Gonzales: | Yeah, you need to get.   Yeah, you need… |
| 9 | Kartchner: | And, and then. |
| 10 | Gonzales: | to get out of, you need to get back. |
| 11 | Kartchner: | Okay.   Uhm, so you mentioned that, uhm, once Officer, uh. |
| 12 | Gonzales: | Weber, Zemaitis. |
| 13 | Altamirano: | Zemaitis. |
| 14 | Kartchner: | What is it.   Ze, Zemaitis. |
| 15 | Altamirano: | Zemaitis. |
| 16 | Kartchner: | Sorry.   Once Officer   Zemaitis, uh, gets there, you mentioned |
| 17 | | that you three approach.   You, where did you go specifically on |
| 18 | | that initial approach?  When he's sitted, when he's seated.   Did |
| 19 | | you go for, where on his body? |
| 20 | Gonzales: | Uhm, on his, I'm trying to think, he was facing us, uhm, I don't, I, I'm |
| 21 | | pretty sure it was his left arm but I can't remember now.   I don't. |
| 22 | | He was sitting down but then he like tenses and he's like, what are |
| 23 | | you doing and I think he stood up at one point but, uh, it was almost |
| 24 | | like I, there was, it was just arm.   I just remember an arm but he |
| 25 | | swatted those away and got back on the chair, just kinda slid down |
| 26 | | and started kicking at us.   Uhm, I'm trying to think, I, I stayed on his |

COP_BM000153

Employee Involved:  Ofc.  Celina Gonzales #7736
PSB14-0134
Page **20** of **33**

| | | |
|---|---|---|
| 1 | | left side face, he was facing me on the chair and Officer Zemaitis |
| 2 | | was just left of me but I was, uh, I went for his left arm. |
| 3 | Kartchner: | Okay.   And did, uhm, so you and Officer Zemaitis were on the, |
| 4 | | generally the left side? |
| 5 | Gonzales: | Ool, we were, eh, because he was on that chair we were pretty |
| 6 | | much in front of him, uh, I guess. |
| 7 | Kartchner: | Okay.   I gotcha. |
| 8 | Gonzales: | Yeah. |
| 9 | Kartchner: | Did, uh, when, when you went up there, in your mind, what was |
| 10 | | your intention?  Was it? |
| 11 | Gonzales: | When I went inside the house? |
| 12 | Kartchner: | When you, no, I'm sorry, when you went to go make physical |
| 13 | | contact what was your intention?  Was it to detain him? |
| 14 | Gonzales: | To det… |
| 15 | Kartchner: | To arrest him? |
| 16 | Gonzales: | to detain him.   To arrest him.   Yes. |
| 17 | Kartchner: | Okay.   And for, for what, like I said I can't presume anything so |
| 18 | | what was your reason for arresting or detaining him? |
| 19 | Gonzales: | Well he, he swatted at Matt and he made contact with his hand, uh, |
| 20 | | so that and disorderly.   I mean he was irate and he was, and he |
| 21 | | put, he kept us in that house.   He pushed that door back so it was, |
| 22 | | uh, for, for the aggravated assault and the disorderly. |
| 23 | Kartchner: | Okay.   And as you guys made that initial physical contact, uh, did |
| 24 | | you or did you hear anyone else say or tell him that he was under |
| 25 | | arrest? |
| 26 | Gonzales: | No. |

Employee Involved:  Ofc.  Celina Gonzales #7736
PSB14-0134
Page **21** of **33**

| | | |
|---|---|---|
| 1 | Kartchner: | Okay.   And, like I said I'm, I'm gonna jump up a little bit so you |
| 2 | | described the tasings and you described you begin to interact with |
| 3 | | the wife. |
| 4 | Gonzales: | Yes. |
| 5 | Kartchner: | Uhm, did you see how, cuz last, you, you described him as |
| 6 | | standing and then he was on the ground.   Do you know at what |
| 7 | | point or how he went from standing to the ground? |
| 8 | Gonzales: | Uhm, no, I, I remember him standing and went to the couch, is that |
| 9 | | what you mean? |
| 10 | Kartchner: | Well at some point… |
| 11 | Gonzales: | Well when he got. |
| 12 | Kartchner: | he goes to the.   At some point he goes to. |
| 13 | Gonzales: | When he was tased.   When he tas, when he got tased he stood up |
| 14 | | and he was real clenched and he stood up and he was grumbling |
| 15 | | at, at us and, uh, but then that's when I got focused with the |
| 16 | | woman, the wife, because I saw her hand go up towards the Officer |
| 17 | | Zemaitis so I focused on her and, uh, told, you know, try to put her |
| 18 | | hand down and scoot her back and told her, you know, you need to |
| 19 | | get back, uh, you know, you need to stay back here.   Uh, and then |
| 20 | | he got tased the second time but I was, I was facing the wife when |
| 21 | | he got tased that's when I turned around and when I turned around |
| 22 | | that's when, uh, Sergeant Weber came up right behind me and |
| 23 | | kinda moved me aside. |
| 24 | Kartchner: | Okay.   What was the. |
| 25 | Gonzales: | He was on the ground. |
| 26 | Kartchner: | Okay.   So when you saw him before you turned attention to the |
| 27 | | wife he was upright so then you turn attention to the wife, you |

Employee Involved: Ofc. Celina Gonzales #7736
PSB14-0134
Page **22** of **33**

| | | |
|---|---|---|
| 1 | | notice that the tasing is going on a second time then you come |
| 2 | | back around and he's on the ground? |
| 3 | Gonzales: | Uhm, yeah, that's what I remember.   I. |
| 4 | Kartchner: | Okay.   Uh, well and that, uh, I'm by no means second guessing |
| 5 | | you, I'm just trying to understand the sequence of what you saw. |
| 6 | Gonzales: | Yeah, yeah. |
| 7 | Kartchner: | So, uh. |
| 8 | Gonzales: | Cuz my, yeah, my attention kept focusing on, on the wife, uh, you |
| 9 | | know, I, because you always wonder if, cuz she was already |
| 10 | | reaching up towards.   I saw her hand go up.   Uh, she was shorter |
| 11 | | than me so she was trying to reach at, I think his arm or shoulder |
| 12 | | and I, I grab, I, I caught it before she did, I was like you know, scoot |
| 13 | | back, scoot back but, uh, so I kept focusing on her too and looking |
| 14 | | back. |
| 15 | Kartchner: | Okay.   And as you look back and he's, he's on the ground and |
| 16 | | then you mention you, uh, go for an arm, was it at that point you go |
| 17 | | for an arm? |
| 18 | Gonzales: | Uhm, yeah, when I, when I was, uh, when I heard the Taser go off |
| 19 | | again I was focused back over there.   Uh, when, moments, like |
| 20 | | Officer Weber pushed, like scooted me out of the way to assist with |
| 21 | | the other two officers, I went to, uh, reach down too, that's when his |
| 22 | | arm, his arm was still clenched underneath so they were still having |
| 23 | | a hard time getting it, uh.   I don't know if someone assisted me, I'm |
| 24 | | assuming cuz he was probably strong but, I went to grab the left |
| 25 | | arm to try to pull it out and it came out and I took my handcuffs and |
| 26 | | cuffed him. |
| 27 | Kartchner: | Okay.   Then you, then it was the sub, sub, after that the right |
| 28 | | arm… |

COP_BM000156

Employee Involved:  Ofc.  Celina Gonzales #7736
PSB14-0134
Page **23** of **33**

| | | |
|---|---|---|
| 1 | Gonzales: | Yes, some. |
| 2 | Kartchner: | gets handcuffed? |
| 3 | Gonzales: | Yeah, someone else brought, brought the right arm and I had the |
| 4 | | other handcuff and I cuffed him.   Yeah. |
| 5 | Kartchner: | Okay.   And at the time you were doing the handcuffing was he still |
| 6 | | resisting in some form or fashion? |
| 7 | Gonzales: | He was still moving around kicking at us from like, he wa, he was |
| 8 | | face down so his legs were just kinda kicking behind us. |
| 9 | Kartchner: | Was he saying anything? |
| 10 | Gonzales: | I don't, I can't remember if he was saying anything. |
| 11 | Kartchner: | Okay.   Did, uh, do you remember where everybody else was at |
| 12 | | that point?  The other officers? |
| 13 | Gonzales: | The other officers.   Uh, when I, it was myself and I thh, I don't |
| 14 | | know if it was, uh, Weber, Officer Weber or Zemaitis, uh, that was |
| 15 | | right next to me, like the one over him.   I think it was Weber, uh. |
| 16 | | The other two, uh, I think Matt was kinda on the front him or so, |
| 17 | | towards his head and Zemaitis might have been between myself |
| 18 | | and Officer Johnson.   I don't really remember where Zem, Zemaitis |
| 19 | | was at.   It was, uh, myself and Weber, the ones that were trying to |
| 20 | | get him handcuffed. |
| 21 | Kartchner: | Okay. |
| 22 | Gonzales: | I mean they were all helping too but… |
| 23 | Kartchner: | Right. |
| 24 | Gonzales: | uh, uh, we're the ones that were able to make, get contact. |
| 25 | Kartchner: | Okay.   Uhm, and I'm gonna jump back a little bit.   And I apologize |
| 26 | | for jumping around. |

Employee Involved:  Ofc.  Celina Gonzales #7736
PSB14-0134
Page **24** of **33**

| | | |
|---|---|---|
| 1 | Gonzales: | Yes sir. |
| 2 | Kartchner: | The, uh, you mentioned that when, uh, when you approached he |
| 3 | | then began kicking.   You said you got kicked? |
| 4 | Gonzales: | Yes. |
| 5 | Kartchner: | Can you describe where and how hard or what the result of that |
| 6 | | was? |
| 7 | Gonzales: | Well, I got kicked a few times in my shins but, uh, the one on my |
| 8 | | left I, I, uh, that one hurt because I'm bruised from a previous |
| 9 | | incident so I felt that well. |
| 10 | Kartchner: | Gotcha.   How many times you think overall? |
| 11 | Gonzales: | I'd say three. |
| 12 | Kartchner: | Three. |
| 13 | Gonzales: | But only like one and then two times. |
| 14 | Kartchner: | One on?. |
| 15 | Gonzales: | One on, uh, the right leg and then twice on the left leg. |
| 16 | Kartchner: | Okay.   And then you saw Officer Zemaitis get kicked as well, you |
| 17 | | said? |
| 18 | Gonzales: | Yes. |
| 19 | Kartchner: | Where did he kicked? |
| 20 | Gonzales: | He got kicked in his legs.   I don't know… |
| 21 | Kartchner: | Okay. |
| 22 | Gonzales: | which one.   I just remember seeing… |
| 23 | Kartchner: | Gotcha. |
| 24 | Gonzales: | he got kicked on his legs. |
| 25 | Kartchner: | Do you know upper, lower? |

Employee Involved:  Ofc.  Celina Gonzales #7736
PSB14-0134
Page **25** of **33**

| | | |
|---|---|---|
| 1 | Gonzales: | I thought it was his knees but. |
| 2 | Kartchner: | Okay.   Uhm, you mentioned earlier that you saw an injury to his |
| 3 | | eye? |
| 4 | Gonzales: | Yes. |
| 5 | Kartchner: | Do you know how that happened? |
| 6 | Gonzales: | No. |
| 7 | Kartchner: | Okay.   Uhm, aside from what you described, did you have to use |
| 8 | | any or did you use any strikes, kicks, punches? |
| 9 | Gonzales: | No, I didn't. |
| 10 | Kartchner: | Okay.   Did you see any other officer on scene use any strikes, |
| 11 | | kicks or punches? |
| 12 | Gonzales: | No. |
| 13 | Kartchner: | Okay. |
| 14 | Altamirano: | Uhm, and you might have gone over it when you were first telling |
| 15 | | the story Celina but I just want to be really clear cuz you did |
| 16 | | mention that the subject closed the door on you guys.   Uhm, was |
| 17 | | that right after you, you entered? |
| 18 | Gonzales: | Uhm, when we entered and we were looking around at their |
| 19 | | pictures, uh, it wasn't until after he jumped up and he started yelling |
| 20 | | at us, uh, really mad and telling us why are we here, you came over |
| 21 | | here, my wife said she called the cops so they could come over |
| 22 | | here and kill me, uhm, why are you here and the wife started to |
| 23 | | open the door, uh, to probably shove us out but then he went and |
| 24 | | shh shut the door back bef, and, oh, so we can't get out. |
| 25 | Altamirano: | Okay. |
| 26 | Gonzales: | But. |

Employee Involved:  Ofc.  Celina Gonzales #7736
PSB14-0134
Page **26** of **33**

| | | |
|---|---|---|
| 1 | Altamirano: | Okay.   Uhm, and I remember you saying that, uhm, when he |
| 2 | | started yelling and screaming and coming, like coming towards you |
| 3 | | guys that you said you looked towards the wife and you were like |
| 4 | | why, why he's so mad.   Were you thinking why is he so mad or did |
| 5 | | you actually ask her why… |
| 6 | Gonzales: | No, I, I, I. |
| 7 | Altamirano: | he's so mad? |
| 8 | Gonzales: | I actually asked her cuz I was thinking this is unreal.   He came out, |
| 9 | | at us for no reason.   Uh, we came in, we didn't even contact him |
| 10 | | when we walked in.   Uh, immediately she was showing us pictures |
| 11 | | so we were looking at the pictures.   We never even said, hey sir, |
| 12 | | anything.   We never talked to him, ah, before that and he's like |
| 13 | | who is that and when he looked like he realized who we were that's |
| 14 | | when he jumped up and started yelling at us and, uh, when he was |
| 15 | | telling all this that where, you know, we, we shouldn't be in his |
| 16 | | house and we came over here cuz, you, you know, to hurt him and |
| 17 | | stuff and I, when, uhm, when Matt, uh, told me to back up, you |
| 18 | | need to back up and he's like this is my house, this is my house |
| 19 | | and I, cuz myself and the lady, the wife, we're kinda eye level |
| 20 | | between the two taller guys and I asked her why is he acting like |
| 21 | | this, eh, you know, why, why are we making him mad.   You invited |
| 22 | | us in here and, uh, she, she's like no I didn't call you, you know, |
| 23 | | she was acting like she didn't, uh, I don't know if she called or not, it |
| 24 | | was anonymous but, uh, I don't know.   She, uh, but I did ask her. |
| 25 | | I was like what is going on here.   Why is he acting this way.   So. |
| 26 | Altamirano: | So her response was I, I didn't call you guys? |
| 27 | Gonzales: | Yeah. |
| 28 | Altamirano: | So she. |

COP_BM000160

Employee Involved:  Ofc.  Celina Gonzales #7736
PSB14-0134
Page **27** of **33**

| | | |
|---|---|---|
| 1 | Gonzales: | And. |
| 2 | Altamirano: | Any other response from her? |
| 3 | Gonzales: | Uhm, she was not like pleading or anything but, uh, be, because of |
| 4 | | the whole incident, they're still yelling and I was just shocked that |
| 5 | | he, this was going on and, uh, she was, I think she was saying stuff |
| 6 | | but she was just like no, I don't know what he's, he's, you know, he |
| 7 | | gets crazy but, uh, those are also comments that she said |
| 8 | | throughout the time that I was standing there, after all this incident |
| 9 | | so, uh, I don't, she just, she just made it seem like, uh, I don't know |
| 10 | | why you guys are here but she did let us in and to focus on her |
| 11 | | pictures. |
| 12 | Altamirano: | And she said he's crazy? |
| 13 | Gonzales: | Yeah.   Uh. |
| 14 | Altamirano: | Okay. |
| 15 | Gonzales: | Several times he did, she said that. |
| 16 | Altamirano: | Okay. |
| 17 | Gonzales: | Even after. |
| 18 | Altamirano: | Through the incident? |
| 19 | Gonzales: | Mmm-hmm. |
| 20 | Altamirano: | Okay.   Uhm, and, uh, you, you said specifically with regard to her |
| 21 | | that it seemed like she was raising her hand up, uhm, towards |
| 22 | | Officer Zemaitis? |
| 23 | Gonzales: | Mmm-hmm. |
| 24 | Altamirano: | What do you, what do you think she was doing? |
| 25 | Gonzales: | I think she was trying to stop him cuz that was after the Taser |
| 26 | | deployed and she was right there the whole time.   Uh, and I, her |

Employee Involved:  Ofc.  Celina Gonzales #7736
PSB14-0134
Page **28** of **33**

| | | |
|---|---|---|
| 1 | | hand went up and I just, I saw it so I turned around and yeah I was |
| 2 | | going towards, uh, because she's short.   It was going, it looked like |
| 3 | | it was going towards like his shoulder, his arm like to stop him.   Uh, |
| 4 | | and before she even touched him I, I kinda sss, you know, directed |
| 5 | | her arm down and I scooted her back. |
| 6 | Altamirano: | Okay.   Did you give her commands? |
| 7 | Gonzales: | I just. |
| 8 | Altamirano: | Verbal commands. |
| 9 | Gonzales: | I just told her I was, uh, I was fairly nice with her and I told her, no, |
| 10 | | you know, you, uh, you need to scoot back, scoot back.   Uh, and |
| 11 | | she did. |
| 12 | Altamirano: | Okay.   Uhm, and did she say anything to you or, or to, to Zemaitis |
| 13 | | or her husband during that time? |
| 14 | Gonzales: | Well, when she was putting her hand up she was like no, no, that's |
| 15 | | all I heard her saying. |
| 16 | Altamirano: | Okay. |
| 17 | Gonzales: | And so. |
| 18 | Altamirano: | Okay.   Uhm, when you guys entered and you first saw the subject |
| 19 | | sitting in the chair about how far away from, from him do you think |
| 20 | | you were?  And I know you already said you're bad with distance |
| 21 | | so. |
| 22 | Gonzales: | Yeah, I'm horrible with distance.   Uhm, well from, we were just |
| 23 | | right into the doorway.   Uh.  I don't know, uhm, probably from here |
| 24 | | to.   I don't know.   Uhm, I gonna give you a, a landing point you |
| 25 | | guys can estimate kinda. |
| 26 | Altamirano: | How, how about. |
| 27 | Gonzales: | So. |

COP_BM000162

Employee Involved:  Ofc.  Celina Gonzales #7736
PSB14-0134
Page **29** of **33**

| | | |
|---|---|---|
| 1 | Altamirano: | How about, uhm, firearm range distances?  Three yard line? |
| 2 | | Seven yard line? |
| 3 | Gonzales: | Not three.   Maybe like a seven. |
| 4 | Altamirano: | Somewhere in… |
| 5 | Gonzales: | Maybe a little bit… |
| 6 | Altamirano: | between. |
| 7 | Gonzales: | more. |
| 8 | Altamirano: | Okay. |
| 9 | Gonzales: | Yeah. |
| 10 | Altamirano: | Okay.   Uh. |
| 11 | Gonzales: | Maybe seven.   Yeah. |
| 12 | Altamirano: | Okay.   Do you recall him throughout this incident, from the time |
| 13 | | you first entered the door to while you guys were trying to get him |
| 14 | | all, all the way into handcuffs, do you recall him making any, any |
| 15 | | threats or any, any other statements indicating he might be a harm |
| 16 | | to himself or, or others? |
| 17 | Gonzales: | Uh, he was yelling, uhm, at us but I don't recall like specific words. |
| 18 | | Uh, he never, I don't remember him threatening us, uh, but he was, |
| 19 | | he was just very agitated that we were there.   Uh, he kept saying |
| 20 | | what we were there for, uh, and that, uh, it was his house and he |
| 21 | | doesn't need to back up and he doesn't need to shut up and, uh, I |
| 22 | | just, I don't remember him making threats but. |
| 23 | Altamirano: | Okay. |
| 24 | Gonzales: | I don't know, he was (unintelligible). |
| 25 | Altamirano: | But he did voice that he thought that you were guys were there to |
| 26 | | kill him and that he thought his wife had sent you. |

Employee Involved:  Ofc.  Celina Gonzales #7736
PSB14-0134
Page **30** of **33**

| 1 | Gonzales: | He, he said that his wife told him that she was calling the police for |
| 2 | | us to come over and kill him. |
| 3 | Altamirano: | And she said no, I didn't do that. |
| 4 | Gonzales: | Yeah, she said she didn't call. |
| 5 | Altamirano: | Okay.   Uhm, and then, uh, you didn't administer any, any use of |
| 6 | | force other than the application of the handcuffs? |
| 7 | Gonzales: | Yeah.   No, I did not. |
| 8 | Altamirano: | Okay. |
| 9 | Gonzales: | I mean it's just the handcuffs. |
| 10 | Altamirano: | And other than the Taser that you already talked about by Zemaitis |
| 11 | | did you see anybody adminer, administer any use of force beyond |
| 12 | | the application of handcuffs? |
| 13 | Gonzales: | No. |
| 14 | Altamirano: | Okay.   And. |
| 15 | Gonzales: | You said other than the Taser? |
| 16 | Altamirano: | Yeah. |
| 17 | Gonzales: | No. |
| 18 | Altamirano: | Uh, and did you or, uh, Zemaitis or Weber or Johnson, did any of |
| 19 | | you draw your handgun at any point in time… |
| 20 | Gonzales: | No. |
| 21 | Altamirano: | during this?  Okay. |
| 22 | Kartchner: | Uhm, just a couple more, uh, prior to going in the house, uh, she, |
| 23 | | you indicated she said come in, come in.   Did you guys, in your |
| 24 | | limited conversation you had with her, have knowledge that her |
| 25 | | husband was inside the house? |

Employee Involved:  Ofc.  Celina Gonzales #7736
PSB14-0134
Page **31** of **33**

| | | |
|---|---|---|
| 1 | Gonzales: | Uhm, no, she kept saying that her sister, uh, was in the house. |
| 2 | | Uhm, we, based on the call I didn't know who she was fighting with, |
| 3 | | if she was fighting with anyone.   She made it seem like no one was |
| 4 | | fighting and everything was good, she was just getting ready to |
| 5 | | leave to go get her son.  Uh, no. |
| 6 | Kartchner: | Okay.   And, uhm, during this, the time that you were trying to |
| 7 | | detain him throughout.   Did you give him any verbal commands? |
| 8 | Gonzales: | I, I did yell at him, tell him get down, get down on the ground.   Uh, |
| 9 | | uh, back up, uh, when he was in, in our faces I told, I did tell him |
| 10 | | you need to back up, you need to back up.   Uh, other than that, uh, |
| 11 | | I don't remember. |
| 12 | Kartchner: | Okay.   And then you mentioned he, when he's handcuffed he's still |
| 13 | | resisting at that point? |
| 14 | Gonzales: | His feet are still kinda kicking us from behind. |
| 15 | Kartchner: | Sti, okay. |
| 16 | Gonzales: | Yeah. |
| 17 | Kartchner: | Movement in the feet.   At what point do you at least recognize that |
| 18 | | there's some type of medical issue or that he's not acting the |
| 19 | | same? |
| 20 | Gonzales: | Well, uh, after, after he was detained I wa, I was talking to the, the |
| 21 | | wife again.   I heard one of the officers say, uh, we don't need the |
| 22 | | restraints, he's unconscious, so then I focused my attention on him |
| 23 | | again.   That's when I realize he had a, a, that his eye was swollen |
| 24 | | and they lifted, they sat him up and I walked over there and, uh, I |
| 25 | | started looking at his belly and trying to feel it and seeing if it was |
| 26 | | moving than that's when gloved up, put on, put, uh, put my fingers |
| 27 | | in his neck to see if, uh, I could feel anything and I just kept doing |
| 28 | | that and Officer Zemaitis was trying to feel the other side.   Uh, |

Employee Involved:  Ofc.  Celina Gonzales #7736
PSB14-0134
Page **32** of **33**

| | | |
|---|---|---|
| 1 | | someone said there was, they thought they saw his stomach |
| 2 | | moving and Officer Zemaitis said he felt a faint pulse.   Uh, but then |
| 3 | | another officer came and was like, why don't we just unhandcuff |
| 4 | | him, make sure he's breathing and so Officer Zemaitis unhand, |
| 5 | | unhandcuffed him. |
| 6 | Kartchner: | Okay.   Uhm, anything else? |
| 7 | Altamirano: | The contusion on the eye, you didn't notice that until end of incident |
| 8 | | when you were rendering aide? |
| 9 | Gonzales: | I didn't see it until, uhm, ah, when they told me he was unconscious |
| 10 | | but when, he, they didn't tell me but they said it out loud, that's |
| 11 | | when I went, I focused my attention back on him so I was talking to |
| 12 | | the, uh, to the lady cuz before that he was still facing down when I |
| 13 | | went back to talk to the wife and when I heard them say he was |
| 14 | | unconscious, uh, I turned around and they were, they were turning, |
| 15 | | sitting him up and I saw his, his eye. |
| 16 | Altamirano: | And then you had administered CPR compressions? |
| 17 | Gonzales: | I, I did do compressions. |
| 18 | Altamirano: | Okay.   Did you, you were not the first one to do compressions, |
| 19 | | correct? |
| 20 | Gonzales: | No. |
| 21 | Altamirano: | That was Zemaitis? |
| 22 | Gonzales: | Officer Zemaitis. |
| 23 | Altamirano: | And then somebody relieved you? |
| 24 | Gonzales: | Uh, the Fire Department. |
| 25 | Altamirano: | Okay. |
| 26 | Gonzales: | So.   Yeah.   Oh, maybe Officer Weber.   I can't remember now. |

COP_BM000166

Employee Involved:  Ofc.  Celina Gonzales #7736
PSB14-0134
Page **33** of **33**

| | | |
|---|---|---|
| 1 | Altamirano: | Okay.  That's understandable. |
| 2 | Gonzales: | Yeah. |
| 3 | Altamirano: | Uhm, and then I have one more. |
| 4 | Kartchner: | While she's thinking of that just reference the, uh, eye, did you, |
| 5 | | when you first made contact or he was up in your guy's face was it, |
| 6 | | would you have noticed if it was there? |
| 7 | Gonzales: | Well, I would have noticed it was there. |
| 8 | Kartchner: | Okay.  So it wasn't there. |
| 9 | Gonzales: | It, it wasn't there. |
| 10 | Kartchner: | Okay. |
| 11 | Altamirano: | I can't think of it. |
| 12 | Kartchner: | Alrighty.  Uhm, reference, reference this incident is there anything |
| 13 | | that we haven't asked that you think is important for us to know |
| 14 | | specifically? |
| 15 | Gonzales: | Uh, not that I can think of right now. |
| 16 | Kartchner: | Okay.  One last go to?  No? |
| 17 | Altamirano: | No.  Sorry. |
| 18 | Gonzales: | Ha, ha, ha. |
| 19 | Kartchner: | Alrighty. |
| 20 | Altamirano: | We're all burnt. |
| 21 | Kartchner: | Sounds good.  Well the time is 6:03 a.m.  and we're gonna clude, |
| 22 | | conclude the interview and go off tape. |

# Professional Standards Bureau
# Investigations Unit

## PSB14-0134

# EMPLOYEE INVOLVED
# Garrity Protected Statement

**Employee:**   Officer Matthew Johnson #8919

**Age:**   ▮▮▮

**Employment Date:**   ▮▮▮▮▮▮▮

**Duty Assignment:**

|   |   |
|---|---|
| Division: | Patrol |
| Precinct: | Central City |
| Squad: | 51B |
| Supervisor: | Sergeant Sean Coutts #6655 |

**Duty Hours:**
**Days Off:**   

**Date of Interview:**   10/07/2014

**Union Representative:**   Officer Timothy Baiardi #7597

**Interviewed by:**   PSB Sergeant Ben Kartchner
PSB Sergeant Allison Reese

## Interview:

► For a written transcription of this interview, please refer to the transcription that follows.

► For a digital recording of this interview, please refer to the compact disc in the Attachments Section.

Employee Involved:  Ofc. Johnson #8919
PSB14-0134
Page **2** of **45**

| | |
|---|---|
| Kartchner: | Okay.   Uh, this is gonna be an audio recorded interview.   And today's date is October 7th, 2014.   The time is 4 a.m.   And we are currently at 2800 West Maryland Avenue in the MAC van.   Present are myself, Sergeant Ben Kartchner, with PSB.   Sergeant Allisen Altamirano with PSB.   Uhm, Officer Tim Baiardi with PLEA and Officer Matt Johnson, number 8819? |
| Johnson: | No, they actually, they got that wrong afterwards. |
| Kartchner: | Okay. |
| Johnson: | It's 8919. |
| Kartchner: | 8919. |
| Johnson: | Yeah. |
| Kartchner: | Thank you for clarifying that.   I'll make a note of that right here too.   8919 |
| Johnson: | Yep. |
| Kartchner: | If anyone should know it would be you, I presume so. |
| Johnson: | Uh yes.   Uh. |
| Kartchner: | Alrighty.   Uh, and the time is 4:01 a.m.  and I'm gonna read the N.O.I.  out loud.   And it reads as follows.   An administrative investigation is being conducted into the circumstances of your direct involvement in a police shooting, in-custody death, use of force incident or driving incident.   The incident is described ah, as follows.   On 10-6-2014, at approximately 2111 hours, you were involved in an in-custody death incident 6517 North 28th Glenn, which pursuant to Operations Order 1.5.7 requires an administrative investigation.   Now what I'm gonna have you do is I'm gonna have you read, you can read it to yourself, A through G |

Employee Involved: Ofc. Johnson #8919
PSB14-0134
Page **3** of **45**

|  |  |
|--|--|
|  | and as you understand them just initial 'em.   If you have any questions along the way let me know and then once… |
| Johnson: | Okay. |
| Kartchner: | to G just go ahead and sign and date.   And then as you're signing that and I'll sign it as well, uh, you'll notice the box is checked is no.   Uh, that box is a directive not to discuss this but it's marked no so you are able to discuss this with other people. |
| Johnson: | Oh okay. |
| Kartchner: | Okay.   Uh, you indicated prior to going on tape you wanted to read Garrity so now would be the time. |
| Johnson: | Yes okay.   On 10-7-2014 at 0408 hours, uh, at 2800 West Maryland I was ordered to submit this report/statement by, uh, Sergeant Kartchner.   I submit this report/statement at his or whore, his or her order as a condition of employment.   In view of possible job forfeiture I have no alternative but to abide by this order.   With regard to any questions I am not directed to answer I reserve my right to remain silent under the Fifth and Fourteenth Amendments to the U.S. Constitution and other rights prescribed by law.   I rely specifically upon the protection afforded me under the doctrines set forth in Garrity v. New Jersey 385 U.S. 493, uh, (1967) and Spevack v. Klein 385 U.S. 511 (1967), should these statements be used for any other purpose whatsoever kind or description. |
| Kartchner: | Alrighty.   Alright Matt, what I'm gonna do is, uh, what we discussed prior is, there's a questionnaire so I'm just gonna go through that questionnaire. |
| Johnson: | Okay. |
| Kartchner: | Uh, what's your age? |
| Johnson: |  |

Employee Involved: Ofc. Johnson #8919
PSB14-0134
Page **4** of **45**

Kartchner:      Your race?

Johnson:        Uh, white.

Kartchner:      Your height?

Johnson:        ███

Kartchner:      Your weight?

Johnson:        Uh, ███████

Kartchner:      And how many years of service?

Johnson:        Uh, seven.

Kartchner:      Any prior law enforcement?

Johnson:        No.

Kartchner:      Prior military?

Johnson:        No.

Kartchner:      Were you wearing prescription glasses?

Johnson:        No.

Kartchner:      Were you wearing contacts?

Johnson:        No.

Kartchner:      Sunglasses?

Johnson:        No.

Kartchner:      Any protective eyewear?

Johnson:        No.

Kartchner:      Okay.   And then this was the uniform you were wearing at the time?

Johnson:        Yes sir.

Employee Involved:  Ofc. Johnson #8919
PSB14-0134
Page **5** of **45**

| | |
|---|---|
| Kartchner: | Okay.   And just, for the purpose of the tape I'm just gonna describe it. |
| Johnson: | Okay. |
| Kartchner: | Uh, it's a Class C uniform with an outer vest, uh, patrol outer vest carrier. |
| Johnson: | Yes. |
| Kartchner: | Uhm, you're wearing the blue outer vest carrier with the blue long sleeve button up shirt, blue pants and black boots.   Uhm, you have a metal bade, a name tag and a honor guard pin. |
| Johnson: | Yes sir. |
| Kartchner: | And I'm just gonna describe, starting in the center going to the right, your… |
| Johnson: | Okay. |
| Kartchner: | belt.   Uhm, you have your magazine pouch.   Uh, your holster, your OC spray, is there anything on your back? |
| Johnson: | No, it loops around to the flashlight. |
| Kartchner: | Okay.   Then it goes to your, uh, flashlight holder, Taser holder and handcuff case. |
| Johnson: | Yeah.   Uh, radio's in between the. |
| Kartchner: | Radio in between the flashlight… |
| Johnson: | The flashlight. |
| Kartchner: | and the Taser. |
| Johnson: | Yeah. |
| Kartchner: | Okay.   With the lapel mike going around the back, coming around the front. |

Employee Involved: Ofc. Johnson #8919
PSB14-0134
Page **6** of **45**

| | |
|---|---|
| Johnson: | Yes. |
| Kartchner: | Okay.   And were you carrying a secondary weapon? |
| Johnson: | No. |
| Kartchner: | Okay.   And we already mentioned it's a patrol outer vest carrier.   Do you know the armor, uh, the brand of the armor? |
| Johnson: | Uh, Blauer. |
| Kartchner: | Uh, okay.   I think Blauer the outer vest.   Do you know the? |
| Johnson: | Oh, I'm sorry.   The actual? |
| Kartchner: | Uh, yeah, and if you don't, that's fine. |
| Johnson: | Point, Point Blank. |
| Kartchner: | Point Blank, okay. |
| Johnson: | Point Blank, yeah. |
| Kartchner: | Do you know the level? |
| Johnson: | ██. |
| Kartchner: | Okay. |
| Johnson: | Uh ha. |
| Kartchner: | And what squad are you on? |
| Johnson: | 91 King. |
| Kartchner: | And what do, do you normally ride any particular beat? |
| Johnson: | Uh, the 913 beat. |
| Kartchner: | And your call sign tonight? |
| Johnson: | 913 Mary. |
| Kartchner: | And your days off? |
| Johnson: | Uh, ████████████████ |

Employee Involved:  Ofc. Johnson #8919
PSB14-0134
Page **7** of **45**

| | |
|---|---|
| Kartchner: | And hours? |
| Johnson: | Uh, uh, ██████████ |
| Kartchner: | And you were on-duty? |
| Johnson: | Yes. |
| Kartchner: | Did you have a partner? |
| Johnson: | Yes. |
| Kartchner: | Who is that? |
| Johnson: | Celina Gonzales, 7736. |
| Kartchner: | And your supervisor? |
| Johnson: | Uh, Pagone. |
| Kartchner: | And until this contact and, uh, and the use of force here, or just the contact with this subject... |
| Johnson: | Uh-huh. |
| Kartchner: | how many hours were you on-duty prior to that? |
| Johnson: | Uh, this was our, our first call so I, maybe a little over an hour. |
| Kartchner: | Okay.   And did you have, this shift, prior to the contact here and from the beginning of shift, did you have any type of break? |
| Johnson: | Like a? |
| Kartchner: | Yeah, just any type of break. |
| Johnson: | No. |
| Kartchner: | Okay.   And they're, they're not trick questions I'm asking. |
| Johnson: | Oh no, I was just thinking. |
| Kartchner: | Ha, yeah. |
| Johnson: | I was like break? |

Employee Involved:  Ofc. Johnson #8919
PSB14-0134
Page **8** of **45**

| | |
|---|---|
| Kartchner: | Thinking about.   Yeah. |
| Johnson: | Huh. |
| Kartchner: | The, uh, number of hours slept in the last twenty-four hours? |
| Johnson: | Oo, uh, maybe five. |
| Kartchner: | Alright.   Were you injured? |
| Johnson: | No. |
| Kartchner: | And just break them down the different types, uhm, what were the different types of force that you used, the number of times they were applied and the location on the body? |
| Johnson: | Uhm, the first one would've been, uh, a push with my right hand, uh, to his upper chest.   Uh, the second would be, uh, uh, a hard empty hand strike to his left, uh, face.   And. |
| Kartchner: | Okay.   And, and real quick just to… |
| Johnson: | Sorry. |
| Kartchner: | clarify, uh, cuz, and I'm just describing what you're holding, was it a fist strike? |
| Johnson: | It was a fist strike. |
| Kartchner: | Okay. |
| Johnson: | Yes. |
| Kartchner: | And, and I'm sorry to where on the face? |
| Johnson: | Uh, his left, uh, I wanna say cheek. |
| Kartchner: | And what hand were you using? |
| Johnson: | Right. |
| Kartchner: | Okay.   Go ahead. |

Employee Involved:  Ofc. Johnson #8919
PSB14-0134
Page **9** of **45**

| | |
|---|---|
| Johnson: | And then the third one would be, uh, a pressure point with my left or I'm sorry my, my right thumb behind his left, uh, ear. |
| Kartchner: | Okay.   Anything else? |
| Johnson: | Uhm, other than, other than like grabbing his arm, no. |
| Kartchner: | Okay. |
| Johnson: | But. |
| Kartchner: | So physical restraint? |
| Johnson: | Physical restraint but as far as, you know, strikes or pressure points it was those three. |
| Kartchner: | Gotcha and then as far as physical restrain where did you come in contact? |
| Johnson: | Uhm, it was mostly the, the left, his left arm. |
| Kartchner: | Okay.   Anywhere else? |
| Johnson: | Uh, other than what, uh, … |
| Kartchner: | Yeah. |
| Johnson: | I gave you there.   Uhm, no. |
| Kartchner: | Okay. |
| Johnson: | I mean his head sss. |
| Kartchner: | Okay.   And when I say anything else I'm also meaning just, uh, as far as the, the left arm, the head, anywhere… |
| Johnson: | Okay. |
| Kartchner: | else you had to restrain. |
| Johnson: | Uh, just his left arm and head. |
| Kartchner: | Okay.   Do you know, anything else? |

Employee Involved: Ofc. Johnson #8919
PSB14-0134
Page **10** of **45**

| | |
|---|---|
| Johnson: | Uh, not that I recall, no. |
| Kartchner: | Okay.   And then do you know the address? |
| Johnson: | Uhh, 6517 North 28th Glenn. |
| Kartchner: | Okay.   And do you know were there any bystanders present? |
| Johnson: | Yes. |
| Kartchner: | Okay.   How many? |
| Johnson: | Two. |
| Kartchner: | And civilians? |
| Johnson: | Yes. |
| Kartchner: | And how far away or how far away were they from you? |
| Johnson: | Uh, well, the first one was actually less than a foot away from me, uh, for the, the first part of the incident.   The other one, I believe she was more towards the kitchen, uh, more than six feet. |
| Kartchner: | Okay.   And aside from the investigation being conducted now, are you aware of any photographs being taken? |
| Johnson: | No. |
| Kartchner: | Okay.   And lighting conditions.   Can you describe 'em? |
| Johnson: | Uhm, it was, uh, like a ceiling fan light.   It wasn't super bright but it wasn't dark.   It was medium lighting conditions I would say. |
| Kartchner: | Okay.   And do you know your vehicle number? |
| Johnson: | Uh, ███████. |
| Kartchner: | Is that a Tahoe or Impala? |
| Johnson: | Tahoe. |
| Kartchner: | Marked.   And then where is that vehicle location? |

Employee Involved:  Ofc. Johnson #8919
PSB14-0134
Page **11** of **45**

Johnson:           It's directly in front of the house, uh, parked, uh, along the sidewalk.

Kartchner:        Okay.   Did you note any injury to the suspect?

Johnson:           Yeah.   Uh, prior, during the whole thing or prior to or?

Kartchner:        Uh, just tell me whatever you noted.   Yeah.

Johnson:           Uhm, I noted a, uh, contusion to his left eye.   Uh, that's really the
                   only thing I noticed.

Kartchner:        Okay.

Johnson:           Glaring, you know.   Its, I could see the, the contusion but that's all I
                   was focused on was his upper part so.

Kartchner:        Okay.   Uh, anything else?

Johnson:           No.

Kartchner:        Okay.   Uh, are you aware of any, were you aware of any crime
                   committed by the suspect?

Johnson:           Uh, yes.

Kartchner:        What was that?

Johnson:           Uh, aggravated assault on a police officer and disorderly conduct.

Kartchner:        Did the suspect appear to be armed?

Johnson:           No.

Kartchner:        Was he ultimately armed?

Johnson:           No.

Kartchner:        Okay.   Do, have you had any, do you have any prior knowledge or
                   have you come in contact with this subject before?

Johnson:           No.

Kartchner:        Did you note any signs of impairment?

Employee Involved:  Ofc. Johnson #8919
PSB14-0134
Page **12** of **45**

| | |
|---|---|
| Johnson: | Uh, personally I, I thought he was, uh, possibly high on, on some sort of drug. |
| Kartchner: | Okay.   And, uhm, what were those signs that made, made you believe that? |
| Johnson: | Just his, uh, very, uh, aggressive intense, uh, demeanor.   Uh, the way he wouldn't, he wouldn't listen to what we were saying and you couldn't really reason with him. |
| Kartchner: | Okay.   Anything else? |
| Johnson: | No. |
| Kartchner: | Okay.   And, uh, so the time is 4:12.   I'm gonna go off tape for a second.   Alright.   The time is still 4:12 and we're all present.   Uhm, alright Matt, what I'm gonna do is this, this concludes the ca, the standardized questionnaire. |
| Johnson: | Okay. |
| Kartchner: | So what I'm gonna have you do is just take, uh, take me from the beginning of any type of involvement you had with this incident and just chronologically and in detail just lead me through the whole thing. |
| Johnson: | Okay.   Let me get a drink of water real quick. |
| Kartchner: | No worries. |
| Johnson: | (unintelligible) ha.   Alright.   Uh, Officer Gonzales and I were riding, uh, two-man patrol unit.   Uh, we were at about 27th Avenue and Glendale when I cleared on the radio for a, a fight call that was holding.   It was a priority two.   The address was 6517 North 28th Glenn.   Uh, I read the call and it, uh, it was a fight call and, uh, the details indicated that, uh, uh, the person who called, who  wanted to be anonymous, uhm, wanted us to go by and check on her |

Employee Involved:  Ofc. Johnson #8919
PSB14-0134
Page **13** of **45**

friend, who was a female.   Uh, I guess for whatever reason, it
didn't specify on the call, uh, she believed that her friend and the
friend's husband were in some sort of verbal fight and she wanted
us to go check on to make sure it didn't escalate or turn physical.
Uh, so, you know, less than, less than five minutes we come north
on 28th Glenn, uh, maybe fifty to seventy-five yards down the road I
see a female standing by the sidewalk in front of a house.   There's
also, uh, an SUV just north of her with, with the flashers on so we,
we pull up and stop, uh, directly in front of the house.   Uh, I get out
of the car.   I'm, I'm passenger.   Uh, and I go up to the female who
is standing outside and I, uh, it was something along the lines of,
hey, we, we got a call from a friend of yours, uh, you might have
been involved in a, a fight with your husband, arguing, uhm, you
know, what's going on.   Uh, she spoke kind of broken English.
Uh, she's from I think like Nigeria.   Uh, so what I was able to
determine through her broken English was, uh, she was indicating
there, there wasn't a fight.   She wanted to know who called.   Uh,
ultimately she said, hey, I'm gonna leave, I need to go pick up my
son who, uh, plays basketball.   Uh, so at that point I thought okay,
she's gonna leave, you know, I, I didn't know if, I had asked her,
hey, if, when you come back, eh, eh, you know, is there gonna be
any problem with your husband, uh, and again through her broken
English, uh, she ends up saying hey, my sister's in the house, can
we go inside and get her and, uhm, you wanna come look at some
pictures of my son.   Uh, I gathered she was very proud of her son.
She had a personalized license plate with his name on it so we said
okay.   She leads us up to the, the front door.   The door is closed.
She opens the door and then, you know, says come on it.   So, uh,
when I walk in, uh, uhm, I position myself maybe a foot,
approximately a foot to two foot off the door and inside the house.

COP_BM000180

Employee Involved:  Ofc. Johnson #8919
PSB14-0134
Page **14** of **45**

Officer Gonzales is parallel with me but to my left.   Uh, once inside I immediately notice there's, uh, a male seated in like a recliner and he's directly across the living room from me against the, uh, arcadia door.   Once we're inside the door, uh, I don't know if I kinda closed it behind me or, or started to but the door was open maybe a foot or two.   The door was still open.   Uh, as soon as we came in the male, uh, right away started shouting at us.   Who are you, what are you doing in here, uh, you know, I, I said, hey, we're, we're the police.   Just making sure everything's okay.   Trying to explain to him.   Uh, after that he, he stood up and very, very aggressively came towards us, closing the distance.   I remained here I was at.   Uh, and within, within seconds he was within a foot of me in my personal space.   Uh, he started to yell that we were here to kill him and that his wife had called us out to shoot him.   Officer Gonzales said we're not here to kill you.   We just wanna make sure everything's okay.   We're.   At this point we're trying to calm him down.   He's very, you know, on a, on a one to ten, he's a ten. He's yelling, he's putting his, uh, he's pointing his finger in my face. I mean within inches of my face.   So once he started to, you know, get in my personal space and start pointing at me, that's when I use my right hand, uh, to kinda give him a push to, to create distance. Uh, and when I make contact with his upper chest that's when he swatted my hand away.   Uh, at this point, uh, with, with his demeanor, with, you know, the, the aggravated assault on a police officer, Officer Gonzales, uh, cleared on the radio for another unit to, to come, arrive on scene.   Uh, because of the, the size comparison.   I wanna say he's six foot over two hundred pounds. Officer Gonzales and I aren't, aren't the biggest officers I, uh, I, you know, I had a feeling there was gonna be a physical confrontation if we went to arrest him for, you know, the aggravated assault, the

Employee Involved:  Ofc. Johnson #8919
PSB14-0134
Page **15** of **45**

disorderly conduct so we waited and we tried to our best to verbally bring him down.   Uh, the verbal persuasion was maybe approximately a minute of calm down, calm down, uh, and for whatever reason he decided to, he turned around and walked back to the, uh, the recliner that he was sitting in to begin with.   Uh, I remained where I was at.   I know because just after he sat down the, the front door had opened and it, it hit me, it was Officer Zemaitis.   The door actually bumped me from behind and just, just prior to that, uh, just prior to Officer Zemaitis arriving I told Officer Gonzales we're gonna have, you know, we're gonna arrest him for, you know, the disorderly and, uh, so once Officer Zemaitis came in, inside, uh, we were parallel with each other.   We started to walk towards the, uh, the suspect at this point.   He was still sitting down. Uh, I immediately went for his left arm to grab it.   Once I grabbed his left arm he made a, like a violent jerking motion and I, I wasn't able to hang on to his, his arm.   Uh, it was at that point he was holding, it was a cup with a liquid in it.   Uh, I saw the cup with liquid.   I saw the liquid fly out at Officer Zemaitis.   Uh, so after I saw that, uh, and he was, during this time he was yelling.   Uh, I don't remember what exactly he was yelling.   Uh, Officer Zemaitis, who was now, uh, directly in front of him walked towards him and I remember seeing the suspect make a, a violent thrust kick towards Officer Zemaitis, towards his, uh, torso, groin area.   Uh, I saw it connect because Officer Zemaitis, you know, his, his, his, he kinda jerked back as, as the connection was made.   Uh, after that, after Officer Zemaitis was kicked that's when I delivered, uh, a fist, a closed fist strike to his left face.   Uh, after the, the fist strike was delivered I immediately noticed that, uh, he, I wouldn't say his, his aggressiveness I, I think it dazed him.   Uh, after the one strike that's when I went again for the arm, the left arm that I was trying to

Employee Involved:  Ofc. Johnson #8919
PSB14-0134
Page **16** of **45**

control.   Uh, once I grabbed the left arm he was still, it wasn't as,
as violent to get away from me but it was still, it, it wasn't compliant.
That's when I heard a pop.   Uh, and knowing from prior experience
what the pop was I immediately let go of the arm because I knew
that if I held on I, the pop was coming from a Taser and I would get
shocked.   Uh, so I let go.   Uh, I immediately heard the, the cycling
of the Taser.   I looked over and saw that Officer Zemaitis had his
Taser out and I saw the, the probes, uh, that had connected with
the suspect.   Uh, I could see the suspect clenching his, his fists
right kind of in front of his chest like this.   And, uh, I could hear him
kind of groaning like rrrr.   Uh, and, and somehow during that cycle
he actually stood up and during that first cycle I was hands off and I
kept telling him get on the ground, get on the ground.   After he
stood up I continued to tell him to get on the ground.   Uh, I don't
know how long the, the period was between him standing up and
hearing the second cycle of a Taser but the second cycle of the
Taser went and I saw him kinda fall, uh, it would've been to his left
on to the ground.   Uh, he landed on his stomach on the ground.
His head was towards the arcadia door and his feet were pointed at
the front door.   Uh, his left arm was underneath his body.   That's
when I took a position up, uh, towards his head.   Uh, I remember
Officer Weber was, I believe across from me, or towards his upper
back area, and Officer Zemaitis was more towards the, uh, the
torso area.   I don't know where Officer Gonzales was at this, uh, at
this time.   So once he was down, uh, I remember someone, uh, got
their cuffs out, had that right arm.   The left arm was still pinned or
he still had it, you know, underneath him.   Uh, the right arm, I
remember hearing it, the cuffs close.   I saw that the right arm was
in cuffs.   So now I was trying to physically pull the left arm from
underneath him.   Uh, someone, I don't know who, one of the

Employee Involved:  Ofc. Johnson #8919
PSB14-0134
Page **17** of **45**

officers, gave me a hand and actually we both were able to pull the arm from underneath him and place the other, the left, uh, arm in, into the cuffs and now we had him on his stomach.   Uh, both hands behind his back in the cuffs.   Uh, at that point he was still actively, uh, moving around and I saw his legs kicking towards, uh, I don't know who it was, someone, someone was down there.   I believe it was Officer Gonzales.   Uh, at that point I used my right thumb and deployed a, a pressure point to his left ear, just behind his left ear.   The pressure point was, uh, three, approximately three seconds.   I, at that point I was, I was down by his head and I actually told him right by his ear, you know, I don't remember the exact words but just basically stop, you need to calm down, deployed the pressure point, and at that point, uh, it was five, it went from, you know, he was, he was a ten to start with.   He was a five, uh, during the scuffle and then no, I'm sorry, after the scuffle and then it was nothing.   He was just laying there.   Uh, at that point I looked.   I saw that his, uh, his tongue looked, was kinda sticking out.   I checked his carotid pulse.   I didn't feel anything so I had, uh, Officer Zemaitis, uh, check his, his, uh, wrist, whatever you call that, but the pulse on the wrist.   We decided to roll him over to his side and then sit him up so now he's, his legs are stretched out still facing the door and he's seated up and his, his head's kinda hunched over.   I tried to look very closely to see if, if I could see any movement, uh, on his chest or stomach to see if he's breathing and it was at that time that, uh, Officer Weber, uh, had Radio get Fire out there.   We decided to take the, the handcuffs off.   Uh, Officer Zemaitis was the one that took 'em off.   Uh, at that point we laid him back down on the ground and, uh, Officer Zemaitis was first to start doing compressions just, just chest compressions.   Uh, that lasted for, anywhere from thirty seconds to a minute.   Uh,

COP_BM000184

Employee Involved: Ofc. Johnson #8919
PSB14-0134
Page **18** of **45**

|            | Officer Gonzales then took over.   Her's lasted any, uh, somewhere around thirty seconds and then I took over.   My compressions, I got through, uh, one cycle and then started a second cycle, uh, when the Fire department arrived on scene and told me you can stop.   From that point on I stood in the living room while they worked on him and ultimately, uh, transported him out.   Uh, I remained in the house maybe ten to fifteen minutes until Sergeant Pagone had me wait out, uh, out front of the house.   So. |
|------------|---|
| Kartchner: | Alright, does that kinda take you through the sequence of events? Okay. |
| Johnson:   | Yeah. |
| Kartchner: | Uh, I only ask that.   You didn't go to the hospital or anything like that? |
| Johnson:   | No, no, no, no. |
| Kartchner: | Okay.   Alright.   Uh, thanks for giving that.   That was pretty.   That was great detail. |
| Johnson:   | (unintelligible) |
| Kartchner: | Uhm, we've just got some questions just so we…. |
| Johnson:   | Okay. |
| Kartchner: | can picture.   We weren't there. |
| Johnson:   | Yeah. |
| Kartchner: | Just some clarifying stuff so.   Uhm. |
| Johnson:   | Can I get a drink of water? |
| Kartchner: | Oh, drink a way.   Absolutely. |
| Johnson:   | My mouth is dry now. |
| Kartchner: | Ha, ha, ha. |

Employee Involved:  Ofc. Johnson #8919
PSB14-0134
Page **19** of **45**

| | |
|---|---|
| Johnson: | Ha, ha, ha. |
| Kartchner: | Uhm, I'm gonna try to ask these in, generally in chronologically order, in chronological order but some of 'em may be in or out. |
| Johnson: | Okay. |
| Kartchner: | Uh, in general, you mentioned the guy was talking in English and you mentioned the female you contacted was in, kinda communicated broken English. |
| Johnson: | Mmm-hmm. |
| Kartchner: | How was this person's English?  Was it, how would you rate it?  You, you described her as like choppy or. |
| Johnson: | Oh, uh, her English? |
| Kartchner: | No, uh, well that's how you described hers.   How was his? |
| Johnson: | Oh his.   Uhm, his was probably on par with hers.   It was, uh, it, he, I could tell what he was saying.   It wasn't, uh, you know, when he said you guys came here to kill me, it wasn't, you know, I could understand what he was saying.   Uh, there was, there was obviously an accent but it wasn't anything where I had kinda no clue what he was saying.   I mean obviously when, when he started getting amped up and yelling it, it became more, uh, I wasn't really paying attention to the words as much as the, the demeanor, his demeanor.   So maybe a little bit better than the wife but definitely, uh, got, had the, kind of a heavy accent.   So. |
| Kartchner: | Gotcha.   And ultimately the female was to, be determined to be the wife? |
| Johnson: | Uh, yes. |
| Kartchner: | Okay.   And with his, uh, uh, with the way you described his English, how was his response when you spoke to him?  Did, was |

Employee Involved:  Ofc. Johnson #8919
PSB14-0134
Page **20** of **45**

|  |  |
|---|---|
| | there any indication that he was not understanding what you were saying? |
| Johnson: | Uhm, it, it didn't seem like it but I, I would almost think it was because of, uh, just his, his, his demeanor.  I, I don't, I think at some point, at, at the point where we, uh, after he had swatted my arm, I think when we trying to, to verbally calm him down and when he went back to the chair to sit down, I think we were kind of able to get through to him that we, we weren't there to kill him.  Uh, so I, I believe that he, he was understanding what we were trying to tell him. |
| Kartchner: | Okay. |
| Johnson: | So. |
| Kartchner: | Uhm, with, and you, you mentioned that you had the disorderly conduct and we just can't leave anything to presume, what information did you have that lead you to believe that there was a, a crime that occurred of disorderly conduct? |
| Johnson: | Uh, well in my mind I, when we had gone inside, uhm, and just because of his demeanor I felt that, because we had asked, uh, we had asked the, uh, the wife outside, you know, after you pick up your son are you coming back here.   So she, and she had said yes.   So when we went inside, uh, just because of his demeanor and, and the yelling and, uh, the anger towards us I felt that, you know, he, he posed a threat to anyone that was inside if we left.   I felt that if I left and she came back, uh, because of his statements you, my wife, uh, sent you here to kill me, I felt that, you know, if she had come back and, and would blame her for that and there, there might be a definite, you know, an escalation to where we're being called back out again and now there's physical violence so at that point, uh, I at least wanted to speak with him, uh, on a, |

Employee Involved:  Ofc. Johnson #8919
PSB14-0134
Page **21** of **45**

|  |  |
|---|---|
|  | without the, the yelling to figure out what was going on.   Uh, but I didn't even get, I didn't get his name.   We didn't even get that far before, you know, he was in our face and, and, uh, slapped my arm away so. |
| Kartchner: | Okay.   Uh, does that, I didn't mean to cut you off, does that lead you through? |
| Johnson: | That was why. |
| Kartchner: | I didn't mean to cut you off… |
| Johnson: | No, that's okay. |
| Kartchner: | were you at the end there? |
| Johnson: | That was my. |
| Kartchner: | Okay. |
| Johnson: | That was my rationale was, uh, we can't, these two can't be together for, I, I, I felt, I mean we deal a lot with, mmm, domestic violence and the last thing I wanted was a repeat call and this time, you know, she, uh, someone's hurt so. |
| Kartchner: | Okay. |
| Johnson: | I, that's, that was my rationale for that. |
| Kartchner: | Gotcha.   And I, I may have missed it in the first part, uh, you mentioned he was sitted, seated, he was seated when he was, began verbally engaging. |
| Johnson: | Yes. |
| Kartchner: | Uhm, so at some point he stood up? |
| Johnson: | Yes. |
| Kartchner: | Okay.   And you mentioned he had put his finger within six inches or your face… |

Employee Involved:  Ofc. Johnson #8919
PSB14-0134
Page **22** of **45**

| | |
|---|---|
| Johnson: | Yes. |
| Kartchner: | and was yelling.   Were, were you both standing at the time that was occurring? |
| Johnson: | Yes. |
| Kartchner: | Okay.   And where did that occur in proximity to say the front door? |
| Johnson: | It was, uh, like I said we, when we first walked in we were less than, less than two feet from the door and, uh, during the entire, uh, situation, until Officer Zemaitis arrived, we pretty much did not move from that spot so when he got up and came towards us I, I guess my, my back was against the, the wall and the door, I had no where to go.   I, I pretty much stood there.   I didn't move. |
| Kartchner: | Okay.   It sounds like, I guess, I'm presuming so when the door hit you, so the door opens inward? |
| Johnson: | Yes. |
| Kartchner: | Okay.   Uhm, you mentioned that you, uhm, well, did you use one hand to push him to? |
| Johnson: | Yes.   One hand. |
| Kartchner: | One hand, okay. |
| Johnson: | I, I. |
| Kartchner: | That's okay.   So one hand and where did you put the hand on him? |
| Johnson: | It was, I wanna say it was his left upper chest. |
| Kartchner: | Okay. |
| Johnson: | It was an open hand push.   Uh, I definitely wouldn't say it was a shove, it was, it was just, uh, you know, you're in my space, you need to back up kind of push. |

COP_BM000189

Employee Involved: Ofc. Johnson #8919
PSB14-0134
Page **23** of **45**

| | |
|---|---|
| Kartchner: | Okay.   And if we're just gonna kind of quantify that what, you know, one being literally just barely touching and ten being as, as hard as you can.   Where would you put it on a scale? |
| Johnson: | Oh, I would maybe put it at a five. |
| Kartchner: | About a five. |
| Johnson: | Yeah. |
| Kartchner: | Okay.   And it was during that time that he swatted your hand? |
| Johnson: | Yes. |
| Kartchner: | Okay.   And let me jump back a little bit.   What, what... |
| Johnson: | Okay. |
| Kartchner: | was your, uh, and once again, uh, you went through the story line but what was your reason for pushing him?  Was it because of the space? |
| Johnson: | Because of the space.   I, I did not feel comfortable with, with my back against the door and the wall and the, the closeness that he was, uh, to me especially with, with his demeanor, uh, I definitely wanted to create distance and I.   I wasn't able to create it myself cuz I had no where to go so that's when I went with the option of the, the push. |
| Kartchner: | Gotcha.   And was Officer Gonzales still to your left or where was she? |
| Johnson: | She was still to my left. |
| Kartchner: | Okay.   Did. |
| Johnson: | Oh and.   I'm sorry. |
| Kartchner: | Yeah.   No.   Go ahead. |

COP_BM000190

Employee Involved:  Ofc. Johnson #8919
PSB14-0134
Page **24** of **45**

Johnson:    Uh, I just remembered, uh, during the, the first part where he had walked up and came towards us, uh, the wife, who was, who initially had walked in in front of us and invited us in, was, uh, in between he and I just to my right and during the entire time that he was in my space pointing the finger, yelling, uh, the wife was, because my attention was so focused on him and what he was doing, uh, I couldn't really, uh, tell the wife to stop what she was doing.   She was actually, she was trying to push me away.   I don't know if she was trying to separate us but I definitely felt her hand on the front of my vest kind of pushing me back towards the door. Uh, it's all coming back.   Uh, and actually, I'm sorry, when, uh, just after, uh, I believe it was just after he sh, pushed my hand away, he actually reached over me and, uh, slammed the door shut.   That's, yes.   Yeah, he reached over me, slammed the door shut and then that's when, you know, Officer Gon, Gonzales (unintelligible) over here so.

Kartchner:    Did, did he close the door, was that before or after you, uh, created some space by pushing him?

Johnson:    I'm trying to think the sequence of events.   Uh, I don't know.   It was, it all happened so fast, uh.   I don't know.   It, it happened, you know, he, he reached over me and, and, and closed the door.   I will say that after I created the space it really didn't, uh, it really didn't work because he wasn't as close after that but he still was to the point where I wasn't comfortable.   The only thing, my only issue was since Officer Gonzales had cleared for another unit that's when I decided, you know, to try and talk him down.   Well, I still wasn't comfortable with where he was but I felt that, you know, if I were to go hands on again it would, it would turn into something and it was just Officer Gonzales and I so, uh, yeah.

COP_BM000191

Employee Involved:  Ofc. Johnson #8919
PSB14-0134
Page **25** of **45**

| | |
|---|---|
| Kartchner: | Okay.   Uhm, from the moment you walked in and he began to verbally engage you, until you tried to, or well, let's just take it through, so when, when he verbally engaged you until he decided to go sit back down. |
| Johnson: | Yes. |
| Kartchner: | About how long was that time frame? |
| Johnson: | I don't know.   It was anywhere from a minute to two minutes of, of us standing there, trying to calm him down so, you know, when someone is that amped up I, I kind of lost track of time.   It was just a matter of units are coming and it's just a matter of, of waiting for them to come and, uh, it didn't seem like too long but I don't know. |
| Kartchner: | Okay.   So he sits down and then how long after that before, uh, Officer Zemaitis arrives? |
| Johnson: | Uh, that was actually maybe, I don't know, I, I, I would say about… |
| Kartchner: | It's, estimate. |
| Johnson: | thirty seconds. |
| Kartchner: | Okay. |
| Johnson: | It was relatively quick after he, he sat down that the door opened and bumped me.   That's why the, that's why the door was closed because he had, he had shoved it closed and that's why when, uh, Officer Zemaitis opened it it bumped me forward.   Cuz I, I remained where I was initially, throughout the, the, the verbal engagement, the, all that so. |
| Kartchner: | Okay.   And the, the wife, he sits down, where does, does she remain there?   Does, where, where does, where is she at the point he goes and sits down? |

Employee Involved:  Ofc. Johnson #8919
PSB14-0134
Page **26** of **45**

| | |
|---|---|
| Johnson: | Uh, I don't know.   I, I don't know her exact position.   I know she remained in, in the living room.   Uh, and like I said my focus was so on, on him that I don't know, uh, where she went or if she was saying anything or, or, or what.   I kind of lost track of her. |
| Kartchner: | Uh, but at that point she wasn't close enough to be touching you or wasn't touching you? |
| Johnson: | No, I, I, I actually told her.   I, I calmly told her, hey, you need to, to step back and she actually complied to that so after that I don't, I don't know where she went. |
| Kartchner: | Okay.   Uh, so Officer Zemaitis comes in.   Do you have any dialogue with him? |
| Johnson: | I don't.   Uh, I had prior dialogue with Officer Gonzales, say hey, you know, we're, we're gonna go arrest him.   Uh, as soon as Officer Zemaitis walked in that's when I kind of walked up.   You know, I've worked with Officer Zemaitis for a while now and I think, uh, you know, I can trust that if I went up to a suspect to arrest them that Officer Zemaitis would, would be there to help me, uh, place someone into custody so I don't think there was any dialogue with him.   It was just walk up to the suspect and, and go hands on. |
| Kartchner: | Okay.   So at that point do you believe he just kinda understood what was going on? |
| Johnson: | Yes. |
| Kartchner: | Okay.   And you mentioned you had talked Officer or told Officer Gonzales that, that he was gonna be arrested, that you're waiting for another unit. |
| Johnson: | Yes. |
| Kartchner: | Do, do you, do you, do you think he heard or did he indicate that he heard that he was gonna be arrested? |

Employee Involved:  Ofc. Johnson #8919
PSB14-0134
Page **27** of **45**

| | |
|---|---|
| Johnson: | Uhm, I don't know if he heard.   I, I told Officer Gonzales kind of, uh, quietly to avoid any fur, I didn't want him to hear… |
| Kartchner: | Gotcha. |
| Johnson: | that because I just felt, you know, if I told her, hey, we're gonna take him to jail and he heard that, that, that, you know, he would ramp back up and we'd be in the same boat so. |
| Kartchner: | Gotcha.   Uhm, so, from what I understand, if I'm ever incorrect, let me know.   Uh. |
| Johnson: | Okay. |
| Kartchner: | So I understand you're on the left arm, Officer Zemaitis is going to the right arm or he's dealing with the right arm? |
| Johnson: | Uhm, he, from what I saw he was exactly, uh, yes, he went for the right arm initially and then I don't know how, he somehow ended up directly in line, uh, with the suspect. |
| Kartchner: | Okay.   And I apologize, I don't remember if you said it but… |
| Johnson: | Okay, yeah. |
| Kartchner: | the sequence was, uhm, Officer Zemaitis is kicked first or he tases first? |
| Johnson: | He was, he was kicked first. |
| Kartchner: | Okay.   And then so you describe your observation of Officer Zemaitis being kicked. |
| Johnson: | Yes. |
| Kartchner: | Uh, where was he kicked? |
| Johnson: | Uhm, it landed somewhere in, in the groin torso area.   I know it was, it wasn't, it wasn't chest and it wasn't, you know, below the knee.   It was somewhere and it was such a fast thrust kick that, uh, |

COP_BM000194

Employee Involved:  Ofc. Johnson #8919
PSB14-0134
Page **28** of **45**

|  |  |
|---|---|
|  | I saw Officer Zemaitis kind of, uh, bend forward as a reaction to it so. |
| Kartchner: | Okay.   And then you mentioned you had observed that and then you… |
| Johnson: | Yes. |
| Kartchner: | delivered a, a strike to his cheek area… |
| Johnson: | Yes. |
| Kartchner: | with your fist? |
| Johnson: | Yes. |
| Kartchner: | And what was your reason for doing that? |
| Johnson: | Uhm, I wanted to stop the, the active aggression that he was displaying.   I mean he, he had just, prior to, you know, he had swatted my hand away and after this he had, you know, kicked an officer.   Uh, obviously, uhm, we're trying to place him into custody. He, he was showing that active aggression so I wanted to stop the, the active aggression that he was showing so I delivered that one strike.   Uh, it seemed effective.   Uh, it seemed like he was dazed and we were able to, uh, I was able to, to latch on, latch onto that arm again. |
| Kartchner: | Okay. |
| Johnson: | To the left arm. |
| Kartchner: | And I'm gonna jump a little, a, a, a little bit… |
| Johnson: | Okay. |
| Kartchner: | aside the, uh, you mentioned he had a contusion to his left eye. |
| Johnson: | Yes. |

Employee Involved:  Ofc. Johnson #8919
PSB14-0134
Page **29** of **45**

| | |
|---|---|
| Kartchner: | Is, is that related to the strike as far as you're aware or do you know? |
| Johnson: | I, I, I, I don't know.   I mean I, that's the area in which I, I hit so. |
| Kartchner: | Okay.   It, it was in same general target there? |
| Johnson: | Eh, yes. |
| Kartchner: | Okay.   Uh, in your interaction with him before that did you notice any, uh, uh, that contusion before? |
| Johnson: | No. |
| Kartchner: | Okay.   So you, uh, from what I understand you were, re-engaged the left arm after the fist strike. |
| Johnson: | Yes. |
| Kartchner: | And you hear the pop of a Taser. |
| Johnson: | Yes. |
| Kartchner: | Okay.   Did, did you have, were you aware prior to the Taser popping or going off that the Taser was gonna be used? |
| Johnson: | No. |
| Kartchner: | Okay.   So fr, from what I understand, again, you hear the pop so you disengage? |
| Johnson: | Yes. |
| Kartchner: | Okay. |
| Johnson: | I was trying to control that left arm again. |
| Kartchner: | Okay.   And during the Taser you mentioned you were giving verbal commands.   Did you re-engage at all?  Like physically? |
| Johnson: | Uhm, no, I don't believe so.   It was, uh, I, I've been shocked by the Taser before so I was kind of weary to, to, to re-engage because I |

Employee Involved:  Ofc. Johnson #8919
PSB14-0134
Page **30** of **45**

|  |  |
|---|---|
|  | didn't want to get the, the shock from it so it was more of I was behind him, telling, giving him those commands to get on the ground, hoping that the Taser would be, uh, enough to make him comply.  So. |
| Kartchner: | Okay.   Uhm, from your observation, uh, you mentioned he stood up but and was clenching his fists. |
| Johnson: | Yes. |
| Kartchner: | But from your perspective was the tear, do, do you believe the Taser was having some type of effect? |
| Johnson: | I could see that it, it was definitely, his muscles were, were tensing up and just the sounds that he was, was making were consistent with other people that I've heard, uh, that I've been a witness to being tased.   Uh, so I felt it was working in the sense that it was delivering, uh, a definite shock but when I saw him stand up I obviously thought, okay, it's, uh, the spread might not be wide enough to where it's, cuz I was telling him get on the gown, get on the ground, get on the ground, and, you know, he, he wasn't complying to that so I felt that that first, uh, that first, uh, round from the Taser was somewhat ineffective. |
| Kartchner: | Okay.   So if I understand there, there, there was some reaction but ineffective? |
| Johnson: | I would say ineffective because the ultimate goal was to get him on the ground and the fact that he had two probes, what I thought were two probes in him and he stood up, I thought it was ineffective and, and for a brief instant I actually was waiting for, uh, a second cycle.   Cuz I figured, uh, you know, he's standing up.   It's, it's ineffective.   I thought he's gonna get another cycle.   So. |

COP_BM000197

Employee Involved:  Ofc. Johnson #8919
PSB14-0134
Page **31** of **45**

| | |
|---|---|
| Kartchner: | Okay.  So he stands up.  Does he remain standing or does he sit back down? |
| Johnson: | Uh, he was standing and then, uh, uh, the second part, cycle, happened and, uh, somehow he ended up on the ground.  I, I didn't re-engage him.  Uh, I don't know if it was from that second cycle was actually effective but he ended up, uh, kind of rolling to his, kinda falling to his left, uh, on the ground. |
| Kartchner: | Okay.  So the first cycle goes through.  He, he ends up standing… |
| Johnson: | Yes. |
| Kartchner: | when it stops.  Then there's a second cycle while he's still standing? |
| Johnson: | Yes. |
| Kartchner: | And between the cycle roughly how and I, I understand the timelines but roughly… |
| Johnson: | Uh. |
| Kartchner: | how long between those two cycles? |
| Johnson: | I would say approximately, maybe ten seconds. |
| Kartchner: | Okay.  And so he's standing, you hear the second Taser deployment, uh, actually that's a presumption on my part.  How did you know the Taser went off a second time? |
| Johnson: | Uhm, I heard the ttt ttt ttt. |
| Kartchner: | Okay. |
| Johnson: | Uh, the second time I didn't hear the pop so in my mind I thought that, uh, a second set of probes were not deployed, it was just another, uh, I wouldn't call it an arc, a, another cycle with the same probes cuz I didn't hear that pop, the doors open so. |

Employee Involved:  Ofc. Johnson #8919
PSB14-0134
Page **32** of **45**

| | |
|---|---|
| Kartchner: | Okay.   Prior to that second, did you know the second one was coming or is? |
| Johnson: | I didn't know, uh, I thought it might be coming but, uh, at no point was, you know, it just kinda happened. |
| Kartchner: | Okay. |
| Johnson: | So. |
| Kartchner: | So a second tasing happens and during that he goes from a standing position over to his left on to the ground, prone, I think you describe? |
| Johnson: | Prone. |
| Kartchner: | Okay.   Then what happens? |
| Johnson: | Uh, then I know, I immediately noticed that his, uh, his left arm is, uh, left arm is underneath him and the, uh, the right arm is more towards Officer Weber who is on the other side of him from me. Uh, the, I kinda see out of the corner of my eye that, uh, the cuffs are out, right arm is, is out from underneath him and it's being cuffed. |
| Kartchner: | Gotcha.   And real quick, you know what that was a bad question on my part.   You already went through it so I'll just go through the clarifying. |
| Johnson: | Oh okay. |
| Kartchner: | My, that was my bad. |
| Johnson: | No, that's alright. |
| Kartchner: | Uhm, uh, so you mentioned he was, you got, one arm was cuffed, one of the officer, someone else got you the other arm, I presume the left arm? |

COP_BM000199

Employee Involved:  Ofc. Johnson #8919
PSB14-0134
Page **33** of **45**

| Johnson: | Yes, it was, it was kind of a, uh, two man operation to get, uh, the arm out from underneath him. |
|---|---|
| Kartchner: | Okay.   From the moment that he was, went down to the ground, until he was able to get handcuffed, roughly how long? |
| Johnson: | Uhm, maybe twenty seconds. |
| Kartchner: | Okay.   And when you used the pressure point, uh, did it seem to have any affect? |
| Johnson: | Uh, no. |
| Kartchner: | Okay.   Did, uh, and during this time he's on the ground, you mentioned he was, uh, you know, the ten, the five, was he still yelling stuff?  Do you remember what he's yelling if he was? |
| Johnson: | Uhm, I don't.   I don't remember, uh, if, if he was yelling or not.   I was, I was concentrating on controlling his head, uhm, at that point after I delivered the, uh, the pressure point.   Uh. |
| Kartchner: | Gotcha.   So you mentioned he was at a ten.   When did he go to the five that you mentioned? |
| Johnson: | Uh. |
| Kartchner: | At what point in this process? |
| Johnson: | Well he was, he was a ten, uh, when we engaged him first.   When Officer Zemaitis and I, uh, initially engaged him.   He, with the kick and, and swat, uh, slapping my arm away but kind of resisting, twisting his arm, uh, so I, I didn't have control of him.   I was still say he was, you know, at a nine or a ten.   It was after I delivered, uh, that closed fist strike that, uh, he seemed kind of dazed, uh, and definitely allowed me to, to grab the arm.   I mean he was still, uh, actively trying to get away but, uh, I would say at that point he, he, he dropped a level. |

COP_BM000200

Employee Involved: Ofc. Johnson #8919
PSB14-0134
Page **34** of **45**

| | |
|---|---|
| Kartchner: | Gotcha. |
| Johnson: | He dropped to maybe, you know, a five and it was, he was still, we were still not getting him into custody but, uh, from that point it, uh, there was no further, not that I saw.   I, again, I was concentrating on the, trying to get his arm.   Uh, from what I saw on his upper body, uh, there was no further, uh, strikes or anything that he was trying to give us. |
| Kartchner: | Okay.   And then at the point he was handcuffed was he still resisting? |
| Johnson: | Yes. |
| Kartchner: | Okay.   And then how much longer after he's handcuffed did he go to that zero you described? |
| Johnson: | Uhm, after he was cuffed and, and he kicked, uh, maybe a, a couple times it was, you want me to give you a rough estimate? |
| Kartchner: | Yeah, uh. |
| Johnson: | Time wise… |
| Kartchner: | Roughly. |
| Johnson: | uh, I would say maybe twenty seconds.   Uh, he kicked a couple times.   Uh, I delivered the, the pressure point.   Uh, after that I kind of had a hold of his head.   Uh.   So yeah, maybe twenty seconds and at that point I kinda looked and, uh, you know, went to that zero.   So that's when my concern went up and, and became more of a, let, let's sit him up, let's try and do some, I guess you'd call it first aid to try and, uh, make sure he's gonna be okay so. |
| Kartchner: | Okay. |
| Altamirano: | Uh, just a few things Matt and, and honestly you may have answered them already. |

COP_BM000201

Employee Involved:  Ofc. Johnson #8919
PSB14-0134
Page **35** of **45**

Johnson:            Huh.

Altamirano:        I just sometimes lose track.

Johnson:            Well, it's four in the morning so.

Altamirano:        Yeah.

Johnson:            Ha, ha, ha.

Altamirano:        Yeah.   Uhm.

Johnson:            I.

Altamirano:        When, when the wife brought you guys up to the front door she had invited you in.

Johnson:            Yes.

Altamirano:        And asked you to come with her.

Johnson:            Yes.

Altamirano:        Did she give you any indication that he was, uhm, inside and, and you knew he was in there, did she give any indication as to the attitude or demeanor of her husband?

Johnson:            No.

Altamirano:        Okay.

Johnson:            No, she, from what, from what I gathered we were going inside to get her sister and look at some pictures, uh, you know, I, I, I went inside not, not, totally not thinking that, that he was gonna be amped up or, or anything.

Altamirano:        Okay.   And, uh, how far away from the door is the chair that he was seated in?

Johnson:            I would say maybe fifteen to twenty feet.

Altamirano:        Okay.

Employee Involved:  Ofc. Johnson #8919
PSB14-0134
Page **36** of **45**

| | |
|---|---|
| Johnson: | I'm not very good with distances. |
| Altamirano: | And, and did you step just a couple feet inside that door? |
| Johnson: | Oh geez, I was, uh, I was maybe one to two feet off the door. |
| Altamirano: | Okay.   Uhm, when she walked up to the door, sorry I'm gonna go backwards… |
| Johnson: | That's alright. |
| Altamirano: | right here.   When she walked up to the door and opened the door was it open or did she, uh, was it unlocked or did she have to unlock it? |
| Johnson: | You know what I, I don't know. |
| Altamirano: | Okay. |
| Johnson: | Uh, it, it was closed but, uhm, as far as the lock goes I, I don't know. |
| Altamirano: | Okay.   Uh, and, and he went through, when you pushed him how hard, how hard you pushed and you said like kind of a five… |
| Johnson: | Yes. |
| Altamirano: | on your push scale.   Did he, did he ta, have any physical reaction to that push?  Like did he move backwards?  Did he. |
| Johnson: | Uhm, he, I would say his, uh, his upper body kind of moved back but because I only gave him a five and he's, he's over two hundred pounds, eh, I don't think I, I really created too much distance.   In fact I, I would, I would say it was more of a, a get out of my space. Uh, you know I, had I wanted to create, you know, had I given an impact push that would've, but it was a one-handed, uh, you know, get out of my space kinda push. |

Employee Involved:  Ofc. Johnson #8919
PSB14-0134
Page **37** of **45**

| | |
|---|---|
| Altamirano: | Okay.   And, and, and you keep using your right hand and you previously said that you, you did the, the fist strike later… |
| Johnson: | Yes. |
| Altamirano: | with your right hand. |
| Johnson: | Yes. |
| Altamirano: | Was the push with your right hand also? |
| Johnson: | Yes. |
| Altamirano: | Okay. |
| Johnson: | I'm right-handed. |
| Altamirano: | Okay. |
| Johnson: | T-ha. |
| Altamirano: | Uhm, did he say anything when you put your out and, and pushed him? |
| Johnson: | I don't remember. |
| Altamirano: | Okay.   Did you say anything? |
| Johnson: | Hmm, I, I don't remember, I'm sorry. |
| Altamirano: | Okay.   Uh, and so one of his reactions was to and, and I'm using your word, you said swatted, swat his hand away. |
| Johnson: | Yes. |
| Altamirano: | Swat your hand away.   How much force do you think he put into that swat on a scale of, of the, the zero… |
| Johnson: | One to ten. |
| Altamirano: | to ten.   One to ten. |
| Johnson: | Or.   Okay.   Uhm, I would say maybe a six or seven.   It was, it was enough to, to definitely show me that, uh, you know, it was gonna |

Employee Involved:  Ofc. Johnson #8919
PSB14-0134
Page **38** of **45**

|  |  |
|---|---|
| | get physical.   I mean it wasn't, it wasn't a shrug off like don't touch me.   It was, it was definitely that I'm amped up, don't touch me… |
| Altamirano: | Okay. |
| Johnson: | kinda thing. |
| Altamirano: | Okay.   So he was asserting himself. |
| Johnson: | He was definitely asserting himself. |
| Altamirano: | Uh, and as he swatted it do you recall him saying anything? |
| Johnson: | I don't. |
| Altamirano: | Okay.   Uh, (unintelligible), uhm, when he said my wife sent you, you here to kill me, did he make any other statements along those lines throughout this incident? |
| Johnson: | Uhm, yes, he, he said, uh, you came here to shoot me.   Uh, I definitely remember him saying something along those lines of we were here to shoot him. |
| Altamirano: | Okay. |
| Johnson: | We, we definitely tried to, uh, assure him that we were not there to kill him and, uh, we just wanted to make sure everything's okay. |
| Altamirano: | Do you remember if he had any responses to your assurances and, and your efforts to de-escalate? |
| Johnson: | Uh, initially no.   Uh, I felt that whatever we told him because he was, he was so amped up and, and yelling that I felt that what I was, it, it wasn't getting through to him. |
| Altamirano: | Okay.   Uh, when he came up and got in your face just before you pushed him away.   You indicated that he was also pointing and had his, his hand up towards your face. |
| Johnson: | Yes. |

Employee Involved:  Ofc. Johnson #8919
PSB14-0134
Page **39** of **45**

| | |
|---|---|
| Altamirano: | What hand was he using? |
| Johnson: | I, I don't know.   I remember it was an index finger. |
| Altamirano: | You just remember a finger... |
| Johnson: | That. |
| Altamirano: | in your face. |
| Johnson: | An index finger right in my face, that's. |
| Altamirano: | Okay.   And did you give him any commands to step back, move away? |
| Johnson: | Uh, I believe I told him, you know, you need to back up and calm down.   Uh, at that point it was, it was all about verbal persuasion to try and get him to, to calm down so I could talk to him but. |
| Altamirano: | Okay.   And you said that, uh, once Zemaitis came in you pretty much immediately started moving in cuz he'd gone back to his chair.   You started moving in to go ahead and affect the arrest? |
| Johnson: | Yes. |
| Altamirano: | Uhm, and you said there was no verbal conversation between you and Zemaitis that you can recall.   Was there any sort of a physical communication, like a? |
| Johnson: | No. |
| Altamirano: | No.   No. |
| Johnson: | No, It was. |
| Altamirano: | No physical communication? |
| Johnson: | It was, like I said, it was in my mind, uh, kind of, uh, uh, follow my lead kinda thing, it, you know, if it were me and another officer went up to detain or arrest someone and went hands on, uh, whether there was a dialogue or not I would be there to help affect that |

Employee Involved:  Ofc. Johnson #8919
PSB14-0134
Page **40** of **45**

arrest.   Uh, whether there was verbal or, or, or the, the number one symbol or you know, and I, uh, worked with, with Officer Zemaitis for about a year and a half so I kinda knew that if I approach the suspect to affect the arrest that, that he would be there to help me.

Altamirano:     And other than Officer Zemaitis's use of the Taser, do you recall any other officers delivering any, uh, uses of force?

Johnson:     Uh, no.   Other than, uh, just the, the physically restraining him when he was on the ground.   Uh, uh, like I said I was at the head and Officer Weber was, uh, had his, like his knee on, on the suspect's back and then I don't, I don't know what Officer Zemaitis was doing.

Altamirano:     Okay.

Kartchner:     Uh, a couple quick questions.   We're almost wrapped up, okay.

Johnson:     Okay.

Kartchner:     Uh, back, just back to the scale with the fist strike, one to ten, where would you rate, uh, the force you used to deliver the strike?

Johnson:     Uh, the strike, it was, it was maybe a six.

Kartchner:     Okay.   And then this is just a, a little more direct question.   You went over the push to the chest, the strike, the pressure points and grabbing, aside from that, did you use any other punch, strike or kick that you haven't told us about?

Johnson:     No.

Kartchner:     Okay.   And along the lines, the same lines of what she said, you didn't observe any off, other officers deliver any punches, strikes or kick?

Johnson:     No, not…

Kartchner:     Kicks?

Employee Involved:  Ofc. Johnson #8919
PSB14-0134
Page **41** of **45**

| | |
|---|---|
| Johnson: | that I saw. |
| Kartchner: | Okay.   All you saw was the physical restraint? |
| Johnson: | Yes. |
| Kartchner: | Okay. |
| Altamirano: | No. |
| Kartchner: | Alright.   Uh, this con, first of all, thank you.   Uh, thank you for describing that for us.   Prior to us ending this interview is there anything that we haven't asked you related to this incident that you think is important for us to know? |
| Johnson: | Uh. |
| Kartchner: | Or just anything we haven't asked. |
| Johnson: | I, well, I mean I don't know if it really, well I guess it kind of pertains, uh, after, after the incident was over and I was still inside the house, uh, with, with, uh, the suspect's wife, uh, she was very, from what I gathered with, again, the broken English, uh, you know, she, she said that, you know, we, we did what we had to do.   Uhm, it felt very, uh, she wasn't, she wasn't blaming us for what happened.   Uh, that's, that's what it came across to me.   Like, uh, you know, she, she was in line with, with what we did kind of thing. |
| Kartchner: | Okay.   I appreciate it.   Uh, the time, anything else? |
| Johnson: | No. |
| Kartchner: | Okay.   The time is 5:01 and we're gonna conclude our interview and go off tape. |

Employee Involved:  Ofc. Johnson #8919
PSB14-0134
Page **42** of **45**

**Employee:   Officer Matthew Johnson #8919**

**Date of Interview:    10/16/2014**

**Union Representative:    None**

**Interviewed by:    PSB Sergeant Allisen Reese**

## Interview:

▶ For a written transcription of this interview, please refer to the transcription that follows.

▶ For a digital recording of this interview, please refer to the compact disc in the Attachments Section.

| | | |
|---|---|---|
| 1 | Altamirano: | Alrighty.  We're gonna go on record.  It is 9:35 on October 16th, |
| 2 | | 2014.  I'm on the telephone with Matt Johnson.  He's calling |
| 3 | | regarding, uh, an in-custody death that he was involved in about, |
| 4 | | uh, what?  About a week and a half ago, Matt? |
| 5 | Johnson: | Uh, it was on the 6th I believe. |
| 6 | Altamirano: | Uh yes. |
| 7 | Johnson: | The 6th. |
| 8 | Altamirano: | Yep.  It was on the 6th, uhm, and his interview was conducted by |
| 9 | | myself and Sergeant Ben Kartchner from PSB on the 7th in the |
| 10 | | MAC van.  Uh, Matt is calling today because he has a small detail |
| 11 | | that he remembered and wanted to put on record.  Matt, uh, your |
| 12 | | Garrity Rights are still implied.  Uh, and, and you have full rights |
| 13 | | and privileges to that.  You said that you had already, uh, sent a |
| 14 | | note to Tim Baiardi and he hasn't gotten back to you, is that |
| 15 | | correct? |

Employee Involved:  Ofc. Johnson #8919
PSB14-0134
Page **43** of **45**

| | | |
|---|---|---|
| 1 | Johnson: | Yeah. |
| 2 | Altamirano: | So are you… |
| 3 | Johnson: | Yeah. |
| 4 | Altamirano: | okay giving this statement without him being present? |
| 5 | Johnson: | Yes. |
| 6 | Altamirano: | Okay.  Go ahead. |
| 7 | Johnson: | Okay.  Uh, so basically when, uh, after the, the defen, or the |
| 8 | | subject had been tased, uhm, and went to the ground, uh, as I said |
| 9 | | in my previous interview we were trying to get his, his hands behind |
| 10 | | his back and cuffed.  Uhm, once I was able to take, it was his left |
| 11 | | arm out, uhm, when I went to place the arm behind his back, uhm, I |
| 12 | | had my knee rested on his, uh, the back of his head, neck area to |
| 13 | | kind of hold him down in place, uh, to control his head while his arm |
| 14 | | went back and, and once we got him handcuffed that's when I took |
| 15 | | my knee off and, uh, gave him the pressure point that I had |
| 16 | | previously mentioned so. |
| 17 | Altamirano: | Okay.  So your, your knee kind of was in that area, uh, over the |
| 18 | | very very top of the shoulders, uh, neck, base of head area? |
| 19 | Johnson: | Yeah, it was more to physically restrain, to control his head, uh… |
| 20 | Altamirano: | Okay. |
| 21 | Johnson: | during the cuffing process. |
| 22 | Altamirano: | Okay.  And how much of your body weight would you say that you, |
| 23 | | that you were putting down over that, over? |
| 24 | Johnson: | Uhm, I would say. |
| 25 | Altamirano: | Was it your knee or your shin area, Matt? |

Employee Involved:  Ofc. Johnson #8919
PSB14-0134
Page **44** of **45**

| | | |
|---|---|---|
| 1 | Johnson: | Uhm, it was, it was kind of both.  I had my, I'm not, I'm not a very |
| 2 | | big guy so it was, uh, I would say more my knee. |
| 3 | Altamirano: | Okay. |
| 4 | Johnson: | Uh, but there was definitely shin involved.  Uhm, and I would say it |
| 5 | | was maybe eighty percent of my body weight. |
| 6 | Altamirano: | Okay. |
| 7 | Johnson: | I wasn't, I wasn't nessi, I wasn't pressing down on him but I did |
| 8 | | have, uh, you know, the majority of my body weight holding him |
| 9 | | down. |
| 10 | Altamirano: | Okay.  And, and that's just the, the detail that you, that you don't |
| 11 | | recall saying... |
| 12 | Johnson: | Yeah, I, I. |
| 13 | Altamirano: | during your interview? |
| 14 | Johnson: | No, I believe I just, uhm, I think I just went from cuffing him to the |
| 15 | | pressure point. |
| 16 | Altamirano: | Uh-huh. |
| 17 | Johnson: | And after, after kinda going over it a hundred times in my head, you |
| 18 | | know, I, I remember, cuz that's something, I guess I, I just forgot |
| 19 | | that... |
| 20 | Altamirano: | Okay. |
| 21 | Johnson: | you know I put my knee right there so. |
| 22 | Altamirano: | Okay. |
| 23 | Johnson: | Just wanted to get it on record. |
| 24 | Altamirano: | Okay.  That's not a problem.  And, and, and it's, it's not something |
| 25 | | that, that you, uh, it was an unintentional forget just in, in the |
| 26 | | moment... |

Employee Involved:  Ofc. Johnson #8919
PSB14-0134
Page **45** of **45**

1   Johnson:        Oh yeah, yeah, I would've of.

2   Altamirano:     (unintelligible) of the night.

3   Johnson:        Yeah, I would have definitely…

4   Altamirano:     Okay.

5   Johnson:        said that, you know, so.

6   Altamirano:     Okay.  Uh, and here's what I'm gonna do we'll go ahead and, and,

7                   uh, go off record.  It's 9:39 in the morning.

8

# Professional Standards Bureau
# Investigations Unit

## PSB14-0134

# EMPLOYEE INVOLVED
## Garrity Protected Statement

**Employee:**   Officer William Weber #9379

**Age:**   ■

**Employment Date:**   ■

**Duty Assignment:**

                       **Division:**   **Patrol**
                       **Precinct:**   **Cactus Park**
                       **Squad:**   **93G**
                       **Supervisor: Sergeant Elisabeth Force #6099**

**Duty Hours:**
**Days Off:**   ■

**Date of Interview:**   **10/07/2014**

**Union Representative:**   **Officer Timothy Baiardi #7597**

**Interviewed by:**   **PSB Sergeant Ben Kartchner**
                       **PSB Sergeant Allison Reese**

## Interview:

► For a written transcription of this interview, please refer to the transcription that follows.

► For a digital recording of this interview, please refer to the compact disc in the Attachments Section.

COP_BM000213

Employee Involved Interview:  Officer William Weber #9379
PSB14-0134
Page **2** of **17**

| | | |
|---|---|---|
| 1 | Kartchner: | Alright, this is gonna be an audio recorded interview and today's date is, |
| 2 | | excuse me, October 7th, 2014, and the time is 6:10 a.m.   We're currently |
| 3 | | at 2800 West Maryland Avenue in the back of the MAC van.   Present are |
| 4 | | myself, Sergeant Ben Kartchner, with PSB, Sergeant Allisen Altamirano, |
| 5 | | with PSB, Officer Tim Baiardi, with PLEA, and Officer Will Weber, #9379. |
| 6 | Weber: | Yes. |
| 7 | Kartchner: | Okay.   And time is 6:11 a.m., and I'm just gonna read the NOI out loud, |
| 8 | | and read as fol, it reads as follows.   An administrative investigation is |
| 9 | | being conducted into the circumstances of your direct involvement in a |
| 10 | | police shooting, in-custody death, use of force incident, or driving |
| 11 | | incident.   The incident is described as follows, on 10/6/2014, at |
| 12 | | approximately 2111 hours; you were involved in an in-custody death |
| 13 | | incident at 6517 North 28th Glenn, which pursuant to Operations Orders |
| 14 | | 1.5.7 requires an administrative investigation.  Will, what I'm gonna have |
| 15 | | you do is just read, you can read it to yourself, read A through G, and as |
| 16 | | you understand initial, if you have questions let me know.   Once you've |
| 17 | | gotten through G, just go ahead and sign and date.  And I'll describe that |
| 18 | | for you.   Uhm, this box right here, if it was marked yes, you would be, |
| 19 | | you would have been given a direct order not to discuss this, but it is |
| 20 | | marked no, so that does not apply. |
| 21 | Weber: | Okay. |
| 22 | Baiardi: | Much better. |
| 23 | Kartchner: | I was thinking about it. |
| 24 | Baiardi: | They should read it.  They should do it that way. |
| 25 | Altamirano: | Well since he's doing them, feel free. |
| 26 | Kartchner: | Ha ha ha. |
| 27 | Baiardi: | Ha ha ha. |
| 28 | Kartchner: | Okay, and uh, prior to going on tape you indicated you wanted to indicate |
| 29 | | something reference Garrity. |

Employee Involved Interview:  Officer William Weber #9379
PSB14-0134
Page **3** of **17**

| | | |
|---|---|---|
| 1 | Weber: | Yes I would like to invoke Garrity at this time. |
| 2 | Kartchner: | Okay.  Alrighty.  Will, what I'm go ahead and do is just uh, like we |
| 3 | | discussed before I'm gonna go through the questionnaire.  Uh, what's |
| 4 | | your age? |
| 5 | Weber: | ■ |
| 6 | Kartchner: | Race. |
| 7 | Weber: | White. |
| 8 | Kartchner: | Height. |
| 9 | Weber: | ■ |
| 10 | Kartchner: | Weight. |
| 11 | Weber: | ■ |
| 12 | Kartchner: | Years of service. |
| 13 | Weber: | With Phoenix uh, about six years 3 months. |
| 14 | Kartchner: | You have prior law enforcement? |
| 15 | Weber: | Yes. |
| 16 | Kartchner: | How long? |
| 17 | Weber: | Uh, total about six years. |
| 18 | Kartchner: | With? |
| 19 | Weber: | Or maybe five and a half years, something like that. |
| 20 | Kartchner: | With who? |
| 21 | Weber: | Uh, Chandler and uh, Cleveland Heights, Ohio P.D. |
| 22 | Kartchner: | You have any prior Military. |
| 23 | Weber: | No. |
| 24 | Kartchner: | Uhm, were you wearing pres, prescription glasses. |
| 25 | Weber: | No. |
| 26 | Kartchner: | Wearing contacts. |

Employee Involved Interview:  Officer William Weber #9379
PSB14-0134
Page **4** of **17**

| | | |
|---|---|---|
| 1 | Weber: | No. |
| 2 | Kartchner: | Sunglasses. |
| 3 | Weber: | No. |
| 4 | Kartchner: | Protective eyewear. |
| 5 | Weber: | No. |
| 6 | Kartchner: | Uh, and this uniform that you're wearing now, is that same uniform is, that |
| 7 | | as it was during the incident. |
| 8 | Weber: | Yes. |
| 9 | Kartchner: | Okay, I'm just gonna describe it for the tape.   It's a Class C uhm, short |
| 10 | | sleeve, blue, navy blue shirt, uh, navy blue pants, black boots.   You |
| 11 | | wanna stand up, I'm just gonna describe your belt, uh, starting from the |
| 12 | | center going to the right.   Uhm, you got a double mag pouch, your gun, |
| 13 | | holster, and then handcuff case, radio with the little lapel mike going over |
| 14 | | your right shoulder, Taser, does that kinda cover. |
| 15 | Weber: | Yeah. |
| 16 | Kartchner: | Okay, and also on the uniform you got the metal badge and then metal |
| 17 | | names, and patches on both sleeves.   Are you carrying a secondary |
| 18 | | weapon? |
| 19 | Weber: | No. |
| 20 | Kartchner: | Alright, and your body, are you wearing body armor? |
| 21 | Weber: | No. |
| 22 | Kartchner: | Okay, and squad. |
| 23 | Weber: | 91 King. |
| 24 | Kartchner: | Do you ride a particular beat? |
| 25 | Weber: | Uh, 914. |
| 26 | Kartchner: | And what was your call sign tonight? |
| 27 | Weber: | Uh, 914 King. |

Employee Involved Interview:  Officer William Weber #9379
PSB14-0134
Page **5** of **17**

| | | |
|---|---|---|
| 1 | Kartchner: | Your days off? |
| 2 | Weber: | ▮▮▮▮▮▮▮▮▮▮ |
| 3 | Kartchner: | Work hours. |
| 4 | Weber: | Uh, ▮▮▮▮ |
| 5 | Kartchner: | And you're on duty at the time? |
| 6 | Weber: | Yes. |
| 7 | Kartchner: | You have a partner tonight? |
| 8 | Weber: | No. |
| 9 | Kartchner: | Your supervisor? |
| 10 | Weber: | Uh, Sergeant Pagone. |
| 11 12 | Kartchner: | Uhm, prior to this use of force or this contact how many hours were you on duty prior to that. |
| 13 14 | Weber: | Roughly, an hour and fifteen minutes, an hour and a half, somewhere in there. |
| 15 16 | Kartchner: | Okay, and then did you have uh, from the start of your shift to this, did you have any breaks in-between then? |
| 17 | Weber: | No. |
| 18 | Kartchner: | Okay.  And number of hours you slept in the last twenty-four hours? |
| 19 | Weber: | Uh, five. |
| 20 | Kartchner: | Were you injured? |
| 21 | Weber: | No. |
| 22 23 | Kartchner: | And just describe, starting from lowest, uh, any type of physical contact or use of force that you made just, what type and location on the body. |
| 24 25 | Weber: | Uhm, hands on, uhm, hand contact on the wrist and arms, both wrist and arms and uh, contact with my knee to the subject's back. |
| 26 | Kartchner: | And was that a strike or pressure? |
| 27 | Weber: | No, just pressure. |

Employee Involved Interview:  Officer William Weber #9379
PSB14-0134
Page **6** of **17**

| | | |
|---|---|---|
| 1 | Kartchner: | Okay.   And upper or lower back. |
| 2 | Weber: | Uh, middle and upper. |
| 3 | Kartchner: | Alright, anything else. |
| 4 | Weber: | No. |
| 5 | Kartchner: | Alrighty.  And do you know the address where this occurred? |
| 6 | Weber: | 6517 North 28th Glenn. |
| 7 | Kartchner: | Okay, and were there any bystanders present at the time? |
| 8 | Weber: | Uh, yes, there were two females. |
| 9 | Kartchner: | Okay, and what was their proximity or distance, and location? |
| 10 11 12 | Weber: | When the incident first occurred, they were in the living room area, uhm, and uh, as it continued they were asked to step outside into the foyer area. |
| 13 | Kartchner: | If you could approximate just in feet, minimum, maximum. |
| 14 15 | Weber: | Uh, started off probably maybe eight feet away, and then stepped outside to maybe twenty feet away. |
| 16 17 | Kartchner: | Okay.  And aside from the investigation by the detectives, are you aware of any other photos being taken? |
| 18 | Weber: | No. |
| 19 | Kartchner: | Could you describe the lighting conditions. |
| 20 | Weber: | It was lit, uhm, I'd say medium light, some dark areas. |
| 21 | Kartchner: | Okay, and do you by chance know your vehicle num? |
| 22 | Weber: | I'm sorry. |
| 23 | Kartchner: | Your vehicle number. |
| 24 | Weber: | ▇▇▇▇▇ |
| 25 | Kartchner: | Is that a Tahoe or Impala, Tahoe or Impala? |
| 26 | Weber: | Uh, Tahoe. |

Employee Involved Interview:  Officer William Weber #9379
PSB14-0134
Page **7** of **17**

| | | |
|---|---|---|
| 1 | Kartchner: | And where, where is it located? |
| 2 | Weber: | One house to the south of the target entrance. |
| 3 | Kartchner: | Okay.   Did you know any injuries to the suspect? |
| 4 | Weber: | Uh, he had a lump over his I believe it was above his right eye.   In the |
| 5 | | right eyebrow area, I believe. |
| 6 | Kartchner: | Anything else. |
| 7 | Weber: | Uh, th, there was a small hole from a Taser deployment in his stomach, |
| 8 | | and that's all I recall. |
| 9 | Kartchner: | Okay.   Were you aware of any crime committed by the suspect? |
| 10 | Weber: | Uh, at the time of arrival no. |
| 11 | Kartchner: | Okay.   And did he appear to be armed? |
| 12 | Weber: | No. |
| 13 | Kartchner: | And any prior knowledge or contact with the subject? |
| 14 | Weber: | No. |
| 15 | Kartchner: | Did you note any signs of impairment? |
| 16 | Weber: | No. |
| 17 | Kartchner: | And wh, the time is 6:19, we're just gonna go off tape for sec.   The time |
| 18 | | is 6:19 still, and we're all present.   Alright, Will what I'm gonna have you |
| 19 | | do at this point is just lead us through chronologically from the beginning |
| 20 | | of your involvement in this incident, through the end, just give me a |
| 21 | | chronological detail account on what happened. |
| 22 | Weber: | Uh, I was on patrol in my vehicle traveling uh, westbound on West |
| 23 | | Glendale Avenue, near North 33rd Avenue, uh, when I heard over the |
| 24 | | radio a unit ask for uhm, more units to respond to their location.   Uhm, at |
| 25 | | this time I responded.   As I was pulling on the street parking my vehicle |
| 26 | | and exiting my vehicle, I again heard uh, the units from inside the |
| 27 | | residence ask for the responding units to step it up.   Uh, at this time I |
| 28 | | began running towards or into the residence.   Uhm, there's a gated |

Employee Involved Interview:  Officer William Weber #9379
PSB14-0134
Page **8** of **17**

1       outdoor foyer area, prior to the entering the residence.  As I entered this
2       uh, foy, foyer area uhm, prior to entering or reaching the front door, I
3       heard uh, a pop uh, which I recognized as a Taser being deployed.   Uh,
4       at this time I entered the front door of the residence.  Uhm, saw Officer
5       Zemaitis, uh, was tasing a male.   The male was seated in a chair in the
6       uh, east, east side of the living room area, entrance to the living room
7       area.  Uhm, I also noticed that Officer Gonzales was standing just west of
8       where Officer Zemaitis was.    There were two females unknown to me
9       that were standing to the west of Officer Gonzales.   And Officer Johnson
10      was standing to the east in-between a chair and a sliding glass door, to
11      the east of the uh, the suspect male.   Uhm, as I looked at the male I saw
12      the uh, Taser probes uh, deployed into the male.   Uh, the male was
13      seated with a pitcher in his right hand, uh, I noticed the pitcher was
14      starting to tilt, there was a liquid pouring out.  Uh, the ma, male began to
15      slump forward, uhm, and shortly thereafter fell onto the ground.   Uhm,
16      after the tasels, Tasers cycle completed uh, I saw the male began to roll
17      over, and what appeared to me to be uh, attempt to uh, get, get back up
18      or stand up.   Uh, at this time I ran over to the male, uhm, rolled him onto
19      his stomach, uh, and attempted to get uh, his arms behind his back.   I
20      was to the, I was crouched to the right of the male, uh, I reached over his
21      back and began grabbing his left arm.   At this time the male's left arm
22      was in-between his chest and the ground.   I grabbed his left arm and told
23      him to put his arm behind his back.   The male used force in attempt to
24      keep his arm underneath his uh, body.   I continued to give him
25      commands uh, to put his arm behind his back and to uhm, stop resisting.
26      After a brief struggle I was able to pull the male's arm out from
27      underneath him and bring it behind his back at which point Officer
28      Gonzales uh, had a pair of handcuffs in her hand and placed one of the
29      cuffs on the male's left wrist.   Uh, at this time I reached for the male's
30      right arm which was also in-between his chest and the ground.  Uhm, I
31      again gave him commands to put his arm behind his back.  Uhm, as I
32      grabbed the arm and attempted to pull it out from underneath him, again
33      he used force in an attempt to stop me from bringing his arm behind his

COP_BM000220

Employee Involved Interview:  Officer William Weber #9379
PSB14-0134
Page **9** of **17**

1    back.  Uhm, again after a brief struggle I was able to get his arm, uh,

2    behind his back and Officer Gonzales was able to get him into handcuffs.

3    Uhm, at this time I clear, uhm at this time I heard Officer Zemaitis yell to

4    the male stop kicking me.   I looked back towards Officer Zemaitis and

5    saw the male swinging his legs.   Uhm, and kicking uh, making strikes to

6    Officer Zemaitis.   Uh, I also saw the male attempting to roll over.   Uh, at

7    this time I leaned back down and rolled the male back onto his stomach

8    and kneeled on his back in attempt to keep him faced down onto the

9    ground, while Officer Zemaitis bent the male's, uh, legs at his knees and

10   crouched down onto his legs and in attempt to get him to stop kicking.

11   Uhm, as Officer Zemaitis was on his legs and I was uh, kneeling on his

12   back, the male continued to struggle in an attempt to roll over, and uhm,

13   app, what appeared to be fight with the, fight with Officers on scene and

14   attempt to get up.   Uhm, I continued to put pressure on his back, uh, to

15   prevent him from getting up until, uh, I noticed that the male had stopped

16   struggling.   Approximately ten minutes after I noticed the male had

17   stopped struggling, I began to get up, uhm, believing that he was done

18   fighting with Officers.   Uhm, after getting up I noticed that the male was

19   still not moving at all.  Uh, I asked Officer Johnson, uh, if he had a light

20   and to shine on the male to see, uh, what the male, if or to look at the

21   male.   Uh, when a light was shined on the male, I noticed that his eyes

22   were closed and at this time he appeared to be unconscious.   Uh, I

23   advised Officer Zemaitis that the male's unconscious and that we should

24   roll him over, uhm, to check on his wellbeing.   Officer Zemaitis got up, we

25   rolled the male, uh, onto his back and Officer Z, I believe it was Officer

26   Zemaitis who sat the male up, uhm, while che, uh, after sitting him Officer

27   Zemaitis checked his pulse and advised Officers that the male still had a

28   pulse.   Uh, I looked at the male's stomach and I could see that the, his

29   stomach was uhm, moving back and forth, which appeared to me as if he

30   was still breathing.   Uhm, at this time I got on the radio and asked for, uh,

31   Fire to respond to our location for an unconscious male.   While waiting

32   for Fire, uh, Officer Zemaitis kept informing us that he was checking the,

33   for a pulse on the male, and kept informing us that he was, uh, the male

COP_BM000221

Employee Involved Interview:  Officer William Weber #9379
PSB14-0134
Page **10** of **17**

| | | |
|---|---|---|
| 1 | | had a pulse.   Uhm, at one time Officer Zemaitis advised us that the male |
| 2 | | had a faint pulse.   At this time I again looked at the male to see if he was |
| 3 | | breathing.   I could not see his stomach moving, I lift up, I lifted up his |
| 4 | | shirt, uhm, to see if I could see his chest moving, to see if he was taking |
| 5 | | in air, could not see it moving.   Uh, informed Officer Zemaitis of this, at |
| 6 | | which time I believe it was Officer Zemaitis that took the handcuffs off and |
| 7 | | uhm, Officers began giving the male CPR until Fire responded and took |
| 8 | | over. |
| 9 | Kartchner: | Okay, appreciate you going through that with me and we'll just have some |
| 10 | | questions to help us just kinda get a better grasp of everything.   Uhm, |
| 11 | | you mentioned that when you uh went up to the, were approaching, you |
| 12 | | heard the pop of a Taser? |
| 13 | Weber: | Yes. |
| 14 | Kartchner: | Okay.   When you entered and de, you described the scene as you saw, |
| 15 | | was the tasing, was the Taser still activated. |
| 16 | Weber: | As I uh, walked in the front door I could still hear the cycle of the Taser, or |
| 17 | | the Taser cycling through. |
| 18 | Kartchner: | Okay.   And (unintelligible) |
| 19 | Weber: | And I could, uhm, could tell that it was still going because the male uhm, |
| 20 | | was locked up and was falling forward uh, onto the ground. |
| 21 | Kartchner: | Okay.   Did he, did he make it to the ground? |
| 22 | Weber: | Eh, yes, the male did fall to the ground. |
| 23 | Kartchner: | Okay, and then so he ma, he made it to the ground, uhm, did he get back |
| 24 | | up?   Did he stay on the ground? |
| 25 | Weber: | Uhm, after the tasels, the Taser cycle completed, the male did begin to |
| 26 | | roll over and what appear to me uh, looked like he was trying to get up, |
| 27 | | and that's the point where I ran over to keep him on the ground and held |
| 28 | | him down. |
| 29 | Kartchner: | Okay.   So how mm, so, was that the only tasing noise that you heard, |
| 30 | | was the one? |

Employee Involved Interview:  Officer William Weber #9379
PSB14-0134
Page **11** of **17**

| | | |
|---|---|---|
| 1 | Weber: | Yes. |
| 2 | Kartchner: | Okay.   Was he ss, the subject saying anything?  Do you remember him |
| 3 | | saying anything throughout your contact? |
| 4 | Weber: | I do not recall. |
| 5 | Kartchner: | Okay, do you know were the officers saying anything, the other officers |
| 6 | | on scene? |
| 7 | Weber: | I don't, as I arrived, I heard, I heard people making, or giving commands |
| 8 | | or ss, saying something, I do not recall any individual words, or who may |
| 9 | | have been saying them.   Uhm, after the male fell to the ground, uhm, the |
| 10 | | only thing I recall was giving him commands to put his arms behind his |
| 11 | | back. |
| 12 | Kartchner: | Okay, and you, you describe that you heard Officer uh, Zemaitis say |
| 13 | | something about quit kicking me, you look back and you said, you ss, |
| 14 | | something to the effect, if I'm ever wrong, I'm paraphrasing, let me know. |
| 15 | | Just something about the subject was uh, kicking or swinging his legs. |
| 16 | | Uh, can you just describe what he was doing exactly with his legs? |
| 17 | Weber: | Uh, he was more on his stomach and trying to roll over to his side.   Uhm, |
| 18 | | he was bending his legs at his knees, and, and bending them and |
| 19 | | extending them, uhm, in the direction of the Officer, Officer Zemaitis. |
| 20 | | And uhm, the, I do recall Officer Zemaitis got struck somewhere in, in the |
| 21 | | thigh or uh, abdomen area. |
| 22 | Kartchner: | Okay, did you see that or is that just what you found out? |
| 23 | Weber: | Tha, I, when I looked back I saw uh, Officer Zemaitis getting kicked. |
| 24 | Kartchner: | Okay.  So what you're describing it sounds like the legs were going side |
| 25 | | to side, they were kinda, he was bending at the knee. |
| 26 | Weber: | Yes. |
| 27 | Kartchner: | Okay.  You described that, uhm, the su, the subject was still struggling so |
| 28 | | you put your knee on his back and Officer Zemaitis was controlling his |
| 29 | | legs.  This was after he's handcuffed? |

Employee Involved Interview:  Officer William Weber #9379
PSB14-0134
Page **12** of **17**

| | | |
|---|---|---|
| 1 | Weber: | Yes. |
| 2 | Kartchner: | Okay.   And how long, from the time that he was, uh, handcuffed to the |
| 3 | | point that you realized that he stopped struggling.  About how long do you |
| 4 | | think that was? |
| 5 | Weber: | Uhm, maybe approximately a minute. |
| 6 | Kartchner: | Okay.   And then from the time that you noticed he stopped struggling to |
| 7 | | the time you got off, about how long was that? |
| 8 | Weber: | From the time I put my knee on his back, uhm, until the time that I got up |
| 9 | | was approximately forty-five seconds, maybe. |
| 10 | Kartchner: | Okay.   And then and so about forty-five minutes, forty-five seconds total, |
| 11 | | and then how long to the moment, how long after you noticed he stopped |
| 12 | | struggling?  I mean what's the timeline on that? |
| 13 | Weber: | Uhm, I believe he's struggling, uhm, he, we get him in handcuffs, he's still |
| 14 | | struggling, I put my knee on his, uh, on his back, uhm, and noticed that he |
| 15 | | wasn't struggling anymore, got up.   So basically from the time that in |
| 16 | | handcuffs to the time that he, I noticed that he wasn't, you know, moving |
| 17 | | at all, and I was off him, and we start to, uh, sit him up, was approximately |
| 18 | | a minute, uh, between the time that I got up to the time we sat him up was |
| 19 | | prob, approximately fifteen, ten to fifteen seconds. |
| 20 | Kartchner: | Okay.  Is that from the time that you noticed he kinda quit struggling to the |
| 21 | | time you got up? |
| 22 | Weber: | Yes. |
| 23 | Kartchner: | Okay.   You mentioned earlier that, uhm, this kinda jumps out a little bit, |
| 24 | | you know, you mentioned that he had a Taser probe mark in his, in his |
| 25 | | stomach area? |
| 26 | Weber: | Yeah, I believe it was his stomach.   Yes. |
| 27 | Kartchner: | Did, did you, did you see if the probes penetrated his skin, or were you |
| 28 | | involved in removing any probes? |

Employee Involved Interview:  Officer William Weber #9379
PSB14-0134
Page **13** of **17**

1   Weber:              Yeah, I, the one in his stomach, the reason I noticed the, uh, the hole

2                       there, was because I did remove the Taser prong.   Uh, when we sat him

3                       up, in case he began struggling again, I didn't want the wire to get caught

4                       and, and the prong to possibly come out and prick somebody else.  Uh,

5                       so I wanted to get it out of him.   Uhm, in case he became alert and

6                       started struggling again.

7   Kartchner:          Okay.   So that one actually was physically in his stomach?

8   Weber:              Yes.

9   Kartchner:          And then.

10  Weber:              And I had the, I had to remove it.

11  Kartchner:          Did you notice the other one?

12  Weber:              Uhm, after looking for, uh, I found one more that was not, uhm, that did

13                      not, what uh, was not, uh, in him at the time.   It was on the ground.

14  Kartchner:          Okay, so one in his stomach and by the time you were checking for, the

15                      other one was on the ground?

16  Weber:              Yes.

17  Kartchner:          Okay.   You also mentioned a lump over you, what you believe was his

18                      right eye, did, uh, do you know how that occurred?

19  Weber:              No.

20  Kartchner:          Okay.

21  Altamirano:         Uhm, when you arrived was the front door open or closed?

22  Weber:              It was open.

23  Altamirano:         Okay, uhm, and subject was actively being tased at that time?

24  Weber:              Yes.

25  Altamirano:         Okay.   And where were the other officers, where was, where was Officer

26                      Gonzales?

27  Weber:              Uhm, I'm sorry Officer Gonzales?

Employee Involved Interview:  Officer William Weber #9379
PSB14-0134
Page **14** of **17**

| | | |
|---|---|---|
| 1 | Altamirano: | Yeah. |
| 2 | Weber: | Uh, she was, uhm, approximately four feet inside the door, a little bit to |
| 3 | | the north of the front door. |
| 4 | Altamirano: | Okay.  And where was Officer Johnson? |
| 5 | Weber: | Officer Johnson was to the, near the uh, east wall, of the room.  In- |
| 6 | | between the sliding glass door and the chair that the suspect was seated |
| 7 | | in as I arrived. |
| 8 | Altamirano: | Okay.  And Officer Zemaitis was? |
| 9 | Weber: | Uhm, he was approximately five, six feet inside the front door.   Uhm, uh, |
| 10 | | right in front of the chair that was in the room. |
| 11 | Altamirano: | Okay, and how far would you say that Zemaitis was from the subject? |
| 12 | Weber: | Uh, approximately three to four feet. |
| 13 | Altamirano: | And how far away was Officer Johnson? |
| 14 | Weber: | From Officer Zemaitis? |
| 15 | Altamirano: | From the subject? |
| 16 | Weber: | Oh, from the subject.   Maybe two feet. |
| 17 | Altamirano: | And Officer Gonzales? |
| 18 | Weber: | Uhm, approximately seven, eight feet. |
| 19 | Altamirano: | Uhm, you, when you went through your first, uh, recollection you said that |
| 20 | | the subject used force to keep his arm underneath his body, and you |
| 21 | | used that term twice, what does that mean use force? Cause I know what |
| 22 | | it means in in our sense. |
| 23 | Weber: | Uh, he, uh, used his, used the muscle to prevent me from pulling. |
| 24 | Altamirano: | So his, his bodily strength? |
| 25 | Weber: | Yes. |
| 26 | Altamirano: | Is that what you're meaning? |
| 27 | Weber: | Yes. |

Employee Involved Interview:  Officer William Weber #9379
PSB14-0134
Page **15** of **17**

| | | |
|---|---|---|
| 1 | Altamirano: | Okay, he didn't, he didn't, he wasn't actively, uh, punching, hitting, kicking |
| 2 | | you guys at that, at that moment. |
| 3 | Weber: | Mmm. |
| 4 | Altamirano: | He was using his strength to maintain his arms. |
| 5 | Weber: | No he was not hitting us.   Yes, he was using his strength… |
| 6 | Altamirano: | Oh. |
| 7 | Weber: | to keep his arm underneath his body. |
| 8 | Altamirano: | Okay.  And as you were giving commands to the subject I, I realize you've |
| 9 | | already said that you kinda didn't hear anybody else but did you, did you |
| 10 | | hear any other officers giving commands at that time? |
| 11 | Weber: | Not that I recall. |
| 12 | Altamirano: | Okay, but you did hear them giving commands as you entered the |
| 13 | | residence? |
| 14 | Weber: | I heard noise, uhm, as I was coming in and, uhm, like I said I could not, |
| 15 | | uh, I do not know who was saying what, what was being said, or who was |
| 16 | | saying anything. |
| 17 | Altamirano: | Just a lot of voices? |
| 18 | Weber: | Yes. |
| 19 | Altamirano: | Okay.  Uhm, and you yourself, just to confirm, did not engage in any use |
| 20 | | of force? |
| 21 | Weber: | No. |
| 22 | Altamirano: | Just, the holding him down with the knees? |
| 23 | Weber: | Yes. |
| 24 | Altamirano: | That's all.   Okay.  Did you observe any other officers other than Zemaitis |
| 25 | | with the Taser; engage in a use of force? |
| 26 | Weber: | No, not that I recall. |

Employee Involved Interview:  Officer William Weber #9379
PSB14-0134
Page **16** of **17**

| | | |
|---|---|---|
| 1 | Altamirano: | Okay.  And did you or any of the other officers to your knowledge draw |
| 2 | | your firearms? |
| 3 | Weber: | Not that I saw. |
| 4 | Altamirano: | Okay.  And you didn't? |
| 5 | Weber: | No, I did not. |
| 6 | Altamirano: | Okay.   Uh.   When you removed the Taser probe, was, was his shirt on? |
| 7 | | Did you have to pull the probe from both skin and shirt? |
| 8 | Weber: | Eh, the prong had gone, uh, completely through the shirt as I, uh, pulled |
| 9 | | up the shirt, it, I had to pull up the shirt, uh, and and, uh, pull it out from |
| 10 | | underneath. |
| 11 | Altamirano: | Okay, so you did do direct skin removal? |
| 12 | Weber: | Yes. |
| 13 | Altamirano: | Okay. |
| 14 | Kartchner: | And I, I don't know cuz I didn't check, did, did you, did the wire break, or |
| 15 | | did, did it stay as part of the? |
| 16 | Weber: | I, I broke the, I broke the, uh, prongs from the, I ripped the prongs from |
| 17 | | the wires. |
| 18 | Kartchner: | Okay, do you know… |
| 19 | Weber: | So… |
| 20 | Kartchner: | where they're at? |
| 21 | Weber: | they were still attached.  As I removed the ones from his stomach it was |
| 22 | | still attached to the wire. |
| 23 | Kartchner: | Gotcha.   Do you know where they ended up by chance? |
| 24 | Weber: | The prongs, I put them on the coffee table, uhm, in the living room. |
| 25 | Kartchner: | Okay.  Uhm, anything else? |
| 26 | Altamirano: | One more, did you render any aid to the subject? |
| 27 | Weber: | No, I did not. |

COP_BM000228

Employee Involved Interview:  Officer William Weber #9379
PSB14-0134
Page **17** of **17**

| | | |
|---|---|---|
| 1 | Altamirano: | Okay.   No CPR or nothing? |
| 2 | Weber: | No. |
| 3 | Altamirano: | Okay. |
| 4 | Kartchner: | Alrighty, uhm, related to this incident, uh, is there anything that we haven't |
| 5 | | asked that you think would be important for us to know, that we haven't |
| 6 | | gone over already? |
| 7 | Weber: | Not that I can think of at this time. |
| 8 | Kartchner: | Okay, the, uh, time is 6:39 a.m., and we're gonna conclude the interview |
| 9 | | and go off tape. |

# Professional Standards Bureau
# Investigations Unit

## PSB14-0134

# EMPLOYEE INVOLVED
# Garrity Protected Statement

**Employee:**   Officer Joel Zemaitis #9085

**Age:**   ███

**Employment Date:**   ██████████

**Duty Assignment:**



        Division:    **Patrol**
        Precinct:    **Cactus Park**
        Squad:       **91K**
        Supervisor: **Sergeant Eric Pagone #6822**

**Duty Hours:**   ██████████
**Days Off:**

**Date of Interview:**   **10/07/2014**

**Union Representative:**   **Officer Timothy Baiardi #7597**

**Interviewed by:**   **PSB Sergeant Ben Kartchner**
                     **PSB Sergeant Allison Reese**

## Interview:

► For a written transcription of this interview, please refer to the transcription that follows.

► For a digital recording of this interview, please refer to the compact disc in the Attachments Section.

Employee Involved: Ofc. Zemaitis #9085
PSB14-0134
Page **2** of **37**

| | | |
|---|---|---|
| 1 | Kartchner: | Alright.  This is gonna be an audio recorded interview.  And today's |
| 2 | | date is, uh, October 7th, 2014.  The time, that was borderline |
| 3 | | disaster.  Thanks.  Oh uh, 0300 hours.  We're currently at 2800 |
| 4 | | East Maryland Avenue.  Present are myself, Sergeant Ben |
| 5 | | Kartchner, with PSB, Sergeant Allisen Altamirano with PSB, Officer |
| 6 | | Tim Baiardi with PLEA and Joel, how do you pronounce your last |
| 7 | | name? |
| 8 | Zemaitis: | Zemaitis. |
| 9 | Kartchner: | Zemaitis, 9085? |
| 10 | Zemaitis: | Yes sir. |
| 11 | Kartchner: | And do you have a preference if I call you Joel, Officer Zemaitis? |
| 12 | Zemaitis: | Whatever works sir. |
| 13 | Kartchner: | Okay.  If you're fine I'll call you Joel.  And the time is 3:01 and I'm |
| 14 | | gonna read the N.O.I.  And it's, it reads as follows.  An |
| 15 | | administrative investigation is being conducted into the |
| 16 | | circumstances of your direct involvement in a police shooting, in- |
| 17 | | custody death, use of force incident or driving incident.  The |
| 18 | | incident is described as follows.  On 10-6-2014 at approximately |
| 19 | | 2111 hours you were involved in an in-custody death incident at |
| 20 | | 6517 North 28th Glenn, which pursuant to Operations Order 1.5.7 |
| 21 | | requires an administrative investigation.  And Joel if you'll do me a |
| 22 | | favor, if you'll just read, you can read it to yourself, A through G.  As |
| 23 | | you understand 'em just initial.  If you have any questions about |
| 24 | | any of 'em just let me know.  Okay.  And if you, if you'll go ahead |
| 25 | | just sign and date.  And as you're doing that, if you'll note that the, |
| 26 | | there's a box that's marked no and this indicates that you're not |
| 27 | | being given a direct order not to discuss this, which means you are |
| 28 | | able to discuss this if you choose.  Alrighty.  And I'll sign it and then |

COP_BM000231

Employee Involved: Ofc. Zemaitis #9085
PSB14-0134
Page **3** of **37**

| | | |
|---|---|---|
| 1 | | you had indicated that you wanted to read Garrity so if you want to |
| 2 | | read that now would be the time. |
| 3 | Zemaitis: | On October 7th, 2014, at 0303, at 2800 East Maryland Avenue I |
| 4 | | was ordered to submit this, uh, report by Sergeant Kartchner.  I |
| 5 | | submit this report at his order as a condition of employment.  In |
| 6 | | view of possible job forfeiture I have no alternative but to abide by |
| 7 | | this order. With regard to any questions I'm not directed to answer |
| 8 | | I reserve my right to remain silent under the Fifth and Fourteenth |
| 9 | | Amendments to the U.S. Constitution and other rights prescribed by |
| 10 | | law.  I rely specifically upon the protection afforded me under the |
| 11 | | doctrines set forth in Garrity V.  New Jersey 385 U.S. 493 and |
| 12 | | Spevack v. Klein 385 U.S. 511, should these statements be used |
| 13 | | for any other purpose of, should these statements be used for any |
| 14 | | other purpose of whatsoever kind or description. |
| 15 | Kartchner: | Alrighty. And, uh, just for clarification, uh, I had indicated earlier |
| 16 | | that we're at 2800 East Maryland, we're actually at 2800 West |
| 17 | | Maryland and we're in the back of the MAC van. That's more, that |
| 18 | | was my error. Uhm, so Joel at this point what I'm gonna do is just |
| 19 | | commence with this questionnaire and then, uh, what will happen |
| 20 | | after that is we'll, we'll go ahead and just have a, get a narrative but |
| 21 | | for now I'm just gonna through these.  Okay? |
| 22 | Zemaitis: | Yes sir. |
| 23 | Kartchner: | Uh, what's your age? |
| 24 | Zemaitis: | |
| 25 | Kartchner: | Your race? |
| 26 | Zemaitis: | Uh, Caucasian, white. |
| 27 | Kartchner: | And height? |
| 28 | Zemaitis: | |

Employee Involved: Ofc. Zemaitis #9085
PSB14-0134
Page **4** of **37**

| | | |
|---|---|---|
| 1 | Kartchner: | And weight? |
| 2 | Zemaitis: | ▮. |
| 3 | Kartchner: | Uh, how many years in service? |
| 4 | Zemaitis: | Uh, seven. |
| 5 | Kartchner: | Do you have any prior law enforcement? |
| 6 | Zemaitis: | No. |
| 7 | Kartchner: | Prior military? |
| 8 | Zemaitis: | No. |
| 9 | Kartchner: | Were you wearing any type of prescription glasses? |
| 10 | Zemaitis: | Uh, glasses, no. |
| 11 | Kartchner: | Okay. Were you wearing contacts? |
| 12 | Zemaitis: | Yes. |
| 13 | Kartchner: | Okay. Uh, wearing any sunglasses? |
| 14 | Zemaitis: | No. |
| 15 | Kartchner: | Any protective eyewear? |
| 16 | Zemaitis: | No. |
| 17 18 | Kartchner: | Okay. And is this the uniform that you were wearing, the uniform you were wearing at the time? |
| 19 | Zemaitis: | Yes. |
| 20 21 22 23 24 25 | Kartchner: | Okay. And I'm just gonna go through and, uh, describe that for the tape. So we can refer to it later. It's a Class C uniform and it's got, uh, it's the navy blue, you're wearing a short sleeve, uh, navy blue shirt, button up, with the navy blue plants, nav, navy blue pants, black boots. Uh, on it you have a, a badge and a name plate, standard Phoenix patches on the side and I'm gonna go through, |

Employee Involved: Ofc. Zemaitis #9085
PSB14-0134
Page **5** of **37**

| | | |
|---|---|---|
| 1 | | uh, your gun belt just starting at the center. I'm gonna be going to |
| 2 | | the right. First you have a handcuff case, then a holster for your |
| 3 | | firearm, and behind that you have a OC pouch with OC, another |
| 4 | | handcuff case and then it's a, is that a flashlight case? |
| 5 | Zemaitis: | Yes. |
| 6 | Kartchner: | Okay. A flashlight case, radio with a lapel mike attached to your left |
| 7 | | lapel. A empty Taser holster. Two, uh, double magazine pouch |
| 8 | | with a leather belt and, uh, you wearing a vest? |
| 9 | Zemaitis: | Yes. |
| 10 | Kartchner: | Okay. Do you know by chance the, and it's an inner vest, do you |
| 11 | | know by chance the brand? |
| 12 | Zemaitis: | Second Chance. |
| 13 | Kartchner: | Okay. And do you know the level? The protection level? |
| 14 | Zemaitis: | I don't. |
| 15 | Kartchner: | If you don't, that, that's fine. In any of these if you don't know just |
| 16 | | let us know, no big deal. And were you carrying a secondary |
| 17 | | weapon? |
| 18 | Zemaitis: | No. |
| 19 | Kartchner: | Okay. What squad are you on? |
| 20 | Zemaitis: | 91 King. |
| 21 | Kartchner: | Do you normally ride a particular beat? |
| 22 | Zemaitis: | Uh, the 914 beat. |
| 23 | Kartchner: | Okay. And what was your call sign tonight? |
| 24 | Zemaitis: | 914 Lincoln. |
| 25 | Kartchner: | What are your days off? |

Employee Involved: Ofc. Zemaitis #9085
PSB14-0134
Page **6** of **37**

| 1 | Zemaitis: | |
|---|---|---|
| 2 | Kartchner: | And work hours? |
| 3 | Zemaitis: | Uh, |
| 4 | Kartchner: | And were you on-duty at the time? |
| 5 | Zemaitis: | Yes. |
| 6 | Kartchner: | Do you have a partner? |
| 7 | Zemaitis: | No. |
| 8 | Kartchner: | No. And your supervisor? |
| 9 | Zemaitis: | Uh, Sergeant Pagone. |
| 10 | Kartchner: | Okay. And then prior to this contact and the, uh, use of force |
| 11 | | contact, how many hours had you been on-duty prior to that? |
| 12 | Zemaitis: | Approximately an hour, hour and a half. |
| 13 | Kartchner: | Okay. And had you had any type of break between coming on shift |
| 14 | | and the, and the contact? |
| 15 | Zemaitis: | No. |
| 16 | Kartchner: | Okay. And how many hours have you slept in the past twenty-four? |
| 17 | Zemaitis: | Nine. |
| 18 | Kartchner: | Okay. And did you receive any injuries? |
| 19 | Zemaitis: | No. |
| 20 | Kartchner: | Okay. And just describe and, uh, and we'll get a little bit more in- |
| 21 | | depth as far as the flow and how it occurred but just describe the |
| 22 | | types of force that you used? The number of times you used it and |
| 23 | | the location on the… |
| 24 | Zemaitis: | Okay. |
| 25 | Kartchner: | body. |

Employee Involved:  Ofc.  Zemaitis #9085
PSB14-0134
Page **7** of **37**

| | | |
|---|---|---|
| 1 | Zemaitis: | Would you like me to do a complete walk through of what |
| 2 | | happened? |
| 3 | Kartchner: | Uh, right now just do. |
| 4 | Zemaitis: | Or just the. |
| 5 | Kartchner: | Just give us kinda the use of force levels and then we'll go through |
| 6 | | and give kind, you can give us kind of the chronological how and |
| 7 | | why there were, uhm, why there were applied. |
| 8 | Zemaitis: | Okay.  Uh, use of force.  Uh, I deployed my Taser. |
| 9 | Kartchner: | How many times? |
| 10 | Zemaitis: | Uh, twice. |
| 11 | Kartchner: | Uh, from a distance?  Approximate. |
| 12 | Zemaitis: | Approximately six to eight feet. |
| 13 | Kartchner: | And what was your point of aim? |
| 14 | Zemaitis: | Uh, chest. |
| 15 | Kartchner: | Okay.  Where on the chest?  I mean left, right, center? |
| 16 | Zemaitis: | Just the body mass, the top half. |
| 17 | Kartchner: | Cc center mass, top half.  Okay.  Uhm, anything else?  Any? |
| 18 | Zemaitis: | Uh, re, I used res, well, I didn't apply restraints.  Uh, no. |
| 19 | Kartchner: | Okay. |
| 20 | Zemaitis: | Nothing else. |
| 21 | Kartchner: | Alright.  No strikes, nothing like that? |
| 22 | Zemaitis: | No strikes.  No. |
| 23 | Kartchner: | And then you, uh, did you have to use like actual just restraining? |
| 24 | | Did you have to hold him? |

Employee Involved: Ofc. Zemaitis #9085
PSB14-0134
Page **8** of **37**

| | | |
|---|---|---|
| 1 | Zemaitis: | I didn't apply handcuffs but I did assist in restraining.  So. |
| 2 | Kartchner: | Okay.  And where, where were you, was it by holding, is that how |
| 3 | | you restrain? |
| 4 | Zemaitis: | Yeah. |
| 5 | Kartchner: | Okay.  And where, where was that? |
| 6 | Zemaitis: | Uh, initially his right arm and then his feet. |
| 7 | Kartchner: | Okay.  And then do you know the address where you were at? |
| 8 | Zemaitis: | I don't know the exact address.  It's on 28th Glenn. |
| 9 | Kartchner: | Okay.  And were there any bystanders present? |
| 10 | Zemaitis: | Yes.  There were two females, uh, to the right of us. |
| 11 | Kartchner: | And about how far away were they? |
| 12 | Zemaitis: | I don't know, I was so focused on him I, I couldn't.  Uh, at least five |
| 13 | | feet, probably more. |
| 14 | Kartchner: | Okay.  And you may not be aware but prior to, the response out |
| 15 | | here, do you know if any photos were taken? |
| 16 | Zemaitis: | Uh, no. |
| 17 | Kartchner: | Okay. |
| 18 | Zemaitis: | I don't know. |
| 19 | Kartchner: | Can you describe the lighting conditions? |
| 20 | Zemaitis: | Just regular, uh, indoor lighting. |
| 21 | Kartchner: | Okay.  And do you by chance know your vehicle number? |
| 22 | Zemaitis: | I could, I have it on the keys here if you want me to dig it out. |
| 23 | Kartchner: | Yeah, if you've got it.  Sure. |
| 24 | Zemaitis: | ▮ |

Employee Involved:  Ofc.  Zemaitis #9085
PSB14-0134
Page **9** of 37

| | | |
|---|---|---|
| 1 | Kartchner: | And is that a Tahoe, Impala? |
| 2 | Zemaitis: | Yes sir.  Uh, it's a Tahoe. |
| 3 | Kartchner: | Tahoe.  And marked? |
| 4 | Zemaitis: | Yes. |
| 5 | Kartchner: | And where, where, uh, where's the vehicle at? |
| 6 7 8 | Zemaitis: | Uh, I was the second vehicle on scene.  Uh, right behind Officer Johnson and Gonzales' Tahoe.  It's, I believe one house south of, uh, the scene. |
| 9 | Kartchner: | Okay.  And are you, was the suspect injured at all? |
| 10 | Zemaitis: | Yes. |
| 11 | Kartchner: | Okay.  Could you just describe any injuries that you noted? |
| 12 13 | Zemaitis: | Uh, injuries that I noted, noth, nothing physical but when I checked for a pulse he, it was an extremely faint pulse. |
| 14 | Kartchner: | Okay. |
| 15 | Zemaitis: | So. |
| 16 17 | Kartchner: | So a diminished pulse but no obvious physical injury that you noted? |
| 18 | Zemaitis: | I think above one of his eyes he had, uh, some sort of bump. |
| 19 | Kartchner: | Okay. |
| 20 | Zemaitis: | I think it's his left eye. |
| 21 | Kartchner: | Okay.  Anything else? |
| 22 | Zemaitis: | No. |
| 23 24 | Kartchner: | Okay.  Was there, were you aware of any crime committed by the suspect? |
| 25 | Zemaitis: | No. |

COP_BM000238

Employee Involved: Ofc. Zemaitis #9085
PSB14-0134
Page **10** of **37**

| | | |
|---|---|---|
| 1 | Kartchner: | Okay.  Did the suspect appear to armed? |
| 2 | Zemaitis: | No. |
| 3 | Kartchner: | And did you have any other prior knowledge or contact with this |
| 4 | | suspect? |
| 5 | Zemaitis: | No sir. |
| 6 | Kartchner: | Okay.  Uh, did you note any signs of impairment? |
| 7 | Zemaitis: | Uh, no sir. |
| 8 | Kartchner: | Okay.  Uh, the time is 3:12.  We're just gonna off tape for a brief |
| 9 | | second.  The time is, uh, still 3:12.  We're all still present.  Back on |
| 10 | | tape.  Okay.  Joel, this, this concludes the standard questionnaire. |
| 11 | | Uhm, what we're gonna have you do now is just take a deep |
| 12 | | breath. |
| 13 | Zemaitis: | Mmm-hmm. |
| 14 | Kartchner: | Take us back to the beginning of your involvement in this incident |
| 15 | | and just kinda chronologically lead, lead us through in detail what |
| 16 | | happened? |
| 17 | Zemaitis: | Okay.  Just starting from when the radio comes out? |
| 18 | Kartchner: | Yeah, well any, any, any part that you heard or became aware of it |
| 19 | | and, and, you, you know, anything related to this call, uh, that |
| 20 | | you're aware of.  Just kinda lead us through chronologically and in |
| 21 | | the end we might have some questions to clarify but just lead us |
| 22 | | through what you know. |
| 23 | Zemaitis: | Okay.  I was driving at approximately 27th and, 27th Ave and |
| 24 | | Bethany when Officers, uh, I think it was Officer Gonzales was on |
| 25 | | the radio and she asked for an additional unit.  I didn't know the |
| 26 | | history of what call they were on.  Uh, it sounded like she was a |
| 27 | | little bit amped up.  Uh, so I started this way, answered up for the |

Employee Involved: Ofc. Zemaitis #9085
PSB14-0134
Page **11** of **37**

1    back up and started up this way. Uh, I didn't know anything further

2    than what the information was on the call on the screen in front of

3    me. Uh, that it was a, I don't know the initial call. I think it was a

4    fight. Uh, but the complainant on the call was concerned that a

5    gentleman would be combative with, uh, his girlfriend or wife at the

6    scene. And I guess she requested police there. Uh, when I arrived

7    on scene, pretty quickly after, uh, I exited my Tahoe, started

8    walking up to the residence. Uh, on the sidewalk, inside I heard a

9    loud male screaming. Uh, I knew that it wasn't Celina screaming

10    and it wasn't Matt, I could tell it was somebody, a third party inside.

11    Uh, I ran up to the front door and as I opened it the front, uh,

12    actually Officer Johnson was standing with his back to the front

13    door so I actually hit him with the front door as I was swinging it

14    open. He, uh, they both looked at me and Matt, uh, looked at me

15    and said this guy's a problem, he's up in our face. He's being

16    hostile to, to us, uh, as I was trying to listen to him, the gentleman,

17    there was a gentle, a black gentleman sitting in a, like a brown,

18    almost a recliner or a large, lar, large puffy chair, leather. And I

19    don't know if he was shouting at us or, or whomever. Uh, but very

20    quickly we, we knew we had to detain this guy to get him, defuse

21    the situation cuz he was extremely agitated. Uh, I walked in,

22    started walking towards the gentleman's right arm and Officer

23    Johnson started walking towards his left arm and, uh, the man in

24    the seat had a white, uhm, almost like a coffee cup in his hand and

25    I told him to, uh, sit the cup down and stand up. He ignored me

26    and he started talking to Officer Johnson. I don't know what he

27    said to him. They were talking back and forth. And I told him again

28    sit your cup down, put your hands behind your back. I went to grab

29    his right arm and as he did so, I don't believe it was on purpose but

30    the, the water in his hand, he was moving his arm back and forth to

COP_BM000240

Employee Involved: Ofc. Zemaitis #9085
PSB14-0134
Page **12** of **37**

1    avoid my grabbing his arm and the, it was semi hot water started

2    spilling on the floor, on my hand, on, up his arm.  So now

3    everything's all wet and, uh, told him, you know, stand up, get on

4    the floor.  He continued pulling away his arm and then he started

5    flailing both of his legs, uh, up and down and the first, I, I don't

6    know which leg it was, ended up striking me on the right leg.  Uh,

7    because I was somewhat leaning over him to try and grab his, uh,

8    his right arm I didn't want him kicking me anymore so I kinda, I

9    backed up a little bit and attempt to trr, to grab his legs to prevent

10   him kicking any further.  He was still violently flailing his legs back

11   and forth.  We said stop resisting.  Knock it off.  There, the water,

12   the hot coffee, whatever it was on the floor made it a little slick and

13   my left foot kind of, uh, I don't wanna say completely buckled but I

14   slipped a few inches and, uh, I had to sit my left hand on the floor to

15   balance myself and he continued violently kicking his legs.  Mean,

16   uh, meanwhile Officer Johnson is still to his, uhm, left side trying to

17   restrain that arm and he's saying things back and forth to him.  I

18   don't know what they were saying.  Uhm, I then stood up, backed

19   up about two steps and I could see he was struggling with Officer

20   Johnson.  Uhm, so I turned on my Taser and I point the probes at

21   his center mass and then Officer, I, I, this is just what I believe,

22   Officer Johnson saw that I had the laser, uh, pointed on his chest

23   and as soon as he backed up, uh, I deployed my Taser, uh, as he

24   sat in the seat.  I told him as I was deploying it you need to get on

25   the ground, hands behind your back, and then I ended up turning

26   off the Taser.  He ignored my orders and said, hey, get on the

27   ground, this is, uh, uh, I don't remember exactly how I said it.  This

28   is not a request; this is an order, get on the ground.  And he had

29   another cup of water and some sort of a pitcher sitting under the,

30   the table on the right hand side and he went for this pitcher.  I don't

Employee Involved: Ofc. Zemaitis #9085
PSB14-0134
Page **13** of 37

1    know if was going to drink it or throw it but he just was ignoring
2    everything that I was yelling at him and Officer Johnson went to
3    grab the other arm again and as I went to reach for his arm again,
4    just like before, he ended up spilling, now it's an entire pitcher, jug
5    of water, or something on the floor.  So now everything on the floor
6    is soaked and, uh, I said, uh, get on the ground and then I deployed
7    my Taser one more time using the probes that were already in him
8    and using the side button on my Taser.  Uh, he was kind of in a
9    halfway standing up position.  He wasn't completely up but he was
10   sort of, I don't know, leaning forward and I couldn't tell if the Taser
11   was working.  Uh, after the second deployment I, peripheral vision,
12   I saw Officer Weber running up behind me and we were able to
13   grab his arm.  I flip him around to the left side of his, uh, seat and
14   so he was now face, uh, on, on the ground.  Uh, Weber, Gonzales
15   and Johnson were all struggling with the top half of his body and I
16   ended up grabbing a hold of his feet, crossing his feet.  He was still
17   flailing.  Uh, keep giving the order stop resisting, knock it off, you're
18   under arrest, stop resisting.  I just remember keep saying stop
19   resisting.  And, uh, I don't wanna, it, it seemed like forever.  I was
20   holding his legs down because he just kept wanting to kick and one
21   of the females from the, from my right side as I'm facing east, uh,
22   comes out of the kitchen or the side room and, and I just, I turned to
23   her and I said as I was holding his legs down, ma'am, you need to
24   go out in the courtyard and just wait for us and it just gonna take us
25   a few minutes.  So she, she, and I thh, I, I just saw her, I don't know
26   if the other female followed her outside and they waited out in the
27   courtyard and, uh, a couple of minutes, approximately, I don't, I
28   don't know, it, it seemed like forever when he we doing this.  Uh, he
29   keeps and then all of a sudden he, he doesn't move his legs
30   anymore so it's like, uh, actually what I had done is I brought his

Employee Involved: Ofc. Zemaitis #9085
PSB14-0134
Page **14** of **37**

1   legs, uh, his ankles up to his butt, I remember, and Detective, uh,

2   or, DT class to bring their legs up to their butt to (unintelligible) and

3   then kinda hold them there to have them stop flailing their legs so

4   that's what I did.  Held them for about a minute, two minutes, I can't

5   remember, he  stops pushing back on me.  Maybe he's calmed

6   down.  I sit the legs back on the floor.  The other officers noticed

7   that he's not, uh, resisting us anymore.  He's not pulling his arms

8   away so we turn him to his left side and we have him sit up so now

9   he's facing the front door.  Just to make sure he keeps his balance,

10  uh, I get behind him and I prop up his back, the spine of his back to

11  my right leg so he's now sitting forward handcuffed behind his back,

12  uh, facing the door.  And, uh, someone on the radio had requested

13  a rip restraint and, uh, I, I think it was Officer, uh, Mesho, is his

14  name, he works in 92, he came in the front door, he said do you

15  need the rip restraint anymore.  We thought he calmed down

16  enough, so no.  And, and he said do you need pictures.  We have

17  someone on our squad with a camera.  Should be okay.  Uh,

18  somebody off to the side said is he okay.  I don't know, I was

19  behind him, I don't know what they saw in the front.  I reached

20  around to the right side, around his, uh, the right side of his neck.

21  He had a lot of neck fat and I tried checking for a pulse and I felt

22  something and somebody on the other side, another officer said I

23  saw his sides moving.  Okay.  We continued to sit there.  We

24  requested Fire to check on him.  Notified Sergeant of Taser

25  deployment.  Uhm, we were waiting there for a little while.  Once

26  again, it seems like forever.  I, it probably was only a couple

27  minutes.  I don't know.  Somebody said let's check him again.  So

28  once again I, or the same thing I did before on his right side, check

29  for a pulse and it was very very faint and, uh, to myself I was

30  thinking this, maybe I'm just so jacked up, it's my blood, let me

Employee Involved: Ofc. Zemaitis #9085
PSB14-0134
Page **15** of **37**

1    check somewhere else to make sure we had a pulse here.  So I
2    reached around to this left side, uh, to check his left wrist for a
3    pulse and once again I felt something but in my mind, uh, I thought
4    I would, it, it was my adrenaline flowing and I didn't know that it, I
5    wasn't certain that it was him.  So unhandcuffed him, gave the
6    handcuffs back to Celina, we laid him down on the floor.  I saw that
7    his tongue was kind of halfway sticking out and his eyes were
8    closed.  Uhm, without gloves on, I shove my, just to make sure he
9    wasn't choking on anything, I shove my fingers in his mouth to
10   make sure there was nothing obstructing his, uh, choking him or
11   anything.  And, uhm, when I didn't feel, I didn't notice anything in
12   there.  Uh, so, I began doing CPR, chest compressions because I
13   didn't, I didn't know if he had a pulse.  I don't know how long I had
14   been doing CPR but then I noticed on my left side Sergeant
15   Pagone walk in and go Joel take a breath, Celina you're in.  So I
16   just stood up.  Uh, actually I grab my Taser cartridge or my Taser
17   had been laying there on the, I had to sit it aside on the pillow.  So I
18   get outside, uh, bagged up my, the spent cartridge in a property
19   bag, put it in my pants and I just waited out at the, uh, front
20   courtyard cuz there was plenty of officers that arrived and the Fire
21   department had arrived and they treated him and I just waited out in
22   the courtyard until, uh, he was taken away on rescue.

23   Kartchner:      Okay.  Does that gonna lead you through the, kind of the end?  He
24                   takes off, is that the, you didn't go to the hospital?

25   Zemaitis:       The only other.  No, I didn't go to the hospital.

26   Kartchner:      Okay.

27   Zemaitis:       The only other thing that happened is walked out to my car to get
28                   my water and, uh, uh, what I can only assume is his son or
29                   somebody related, a, a, a male, a teenage male started walking up

Employee Involved:  Ofc.  Zemaitis #9085
PSB14-0134
Page **16** of **37**

| | | |
|---|---|---|
| 1 | | to the house.  I said excuse me sir, do you live here?  He said, |
| 2 | | yeah, I live here.  I said do me a favor just wait here in the |
| 3 | | courtyard and I just stood by with him in the courtyard so. |
| 4 | Kartchner: | Okay. |
| 5 | Zemaitis: | That's really my, my involvement. |
| 6 | Kartchner: | Sounds good.  I appreciate you going through that with us.  We're |
| 7 | | just gonna, we're just gonna go through and it's more for our |
| 8 | | clarification.  Along the way we're just gonna have some things to |
| 9 | | help us understand this thing better, okay? |
| 10 | Zemaitis: | Okay. |
| 11 | Kartchner: | Uhm, I'm gonna try to keep these as chronological as possible but |
| 12 | | may jump around a little bit.  Uhm, you mentioned that when you |
| 13 | | came in he was shouting… |
| 14 | Zemaitis: | Mmm-hmm. |
| 15 | Kartchner: | and you weren't sure whether it was at the other officers or the |
| 16 | | other people in the house.  You said you didn't know exactly what |
| 17 | | he was saying but do you know the gist of what he was saying?  I |
| 18 | | mean. |
| 19 | Zemaitis: | He was angry at somebody.  I was too busy paying attention to |
| 20 | | Johnson to find out what, you know, what was going on, to hear |
| 21 | | what his exact words were. |
| 22 | Kartchner: | Okay.  And was he speaking English? |
| 23 | Zemaitis: | I believe so, yes. |
| 24 | Kartchner: | Okay.  Uhm, so when you go in and you talk to Officer Johnson, uh, |
| 25 | | I presume he's the first one you contact cuz the door hits him. |
| 26 | Zemaitis: | Mmm-hmm. |

Employee Involved:  Ofc.  Zemaitis #9085
PSB14-0134
Page **17** of **37**

| | | |
|---|---|---|
| 1 | Kartchner: | He's right there.  Uhm, did you have a dialogue with him about what |
| 2 | | was going on or what course of action you guy, or what needed to |
| 3 | | happen, anything like that? |
| 4 | Zemaitis: | It was, uh, so brief, a matter of five to ten seconds our conversation |
| 5 | | about.  He just, I could tell in his eyes, hey, this guy's a problem we |
| 6 | | need, I remember him saying this guy's a problem.  He was up in |
| 7 | | our face and then we both started walking towards this guy and, |
| 8 | | and we had to detain him. |
| 9 | Kartchner: | Okay.  And did he indicate to you that the guy was gonna be under |
| 10 | | arrest or anything along those lines or, or, or I guess ultimately in |
| 11 | | your mind what was the reason for detaining him? |
| 12 | Zemaitis: | In my mind was to, to defuse him from the situation because there |
| 13 | | were the other females in the room.  At least get him outside, have |
| 14 | | him relax out in the courtyard or our car, something, so we could |
| 15 | | determine what was actually going on out there. |
| 16 | Kartchner: | Okay.  Uh, so at that point was, did you have any information about |
| 17 | | that he would be under arrest or was it just to defuse the situation? |
| 18 | Zemaitis: | As far as I knew? |
| 19 | Kartchner: | Correct. |
| 20 | Zemaitis: | Yeah. |
| 21 | Kartchner: | Yeah. |
| 22 | Zemaitis: | Just to stop him from screaming and yelling and getting in the |
| 23 | | officer's faces. |
| 24 | Kartchner: | Okay.  Uhm, you mentioned you both went up there.  Uh, there was |
| 25 | | that brief five, five second conversation, did you discuss hey, I'm |
| 26 | | gonna get this arm, you'll get that arm or is just kinda how it |
| 27 | | happened? |

COP_BM000246

Employee Involved: Ofc. Zemaitis #9085
PSB14-0134
Page **18** of **37**

| | | |
|---|---|---|
| 1 | Zemaitis: | He walked towards the right or the, his left arm. I walked towards |
| 2 | | his right. I just walked to the opposite. |
| 3 | Kartchner: | Okay. Did, did, uhm, did he ever turn his attention towards you as |
| 4 | | you're doing that and say anything to you guys? |
| 5 | Zemaitis: | He talked to Officer Johnson, uh, he didn't say anything specifically |
| 6 | | to me. |
| 7 | Kartchner: | Well, what, and I know you don't remember exactly again but what |
| 8 | | was the gist of what he was saying to Officer Johnson? |
| 9 | Zemaitis: | Uh, I, I wish I could tell you. I was so busy concentrating on. I |
| 10 | | didn't know what was in that cup that he had in his right hand. |
| 11 | | Because it looked like an insulated cup. I didn't know if it was |
| 12 | | coffee or tea or something hot. I didn't wanna end up in the burn |
| 13 | | unit so that what I, that was my focus right there. |
| 14 | Kartchner: | Uh, and, and I can understand that but, uh, peripherally, I mean, did |
| 15 | | you hear any of the dialogue? |
| 16 | Zemaitis: | Sss, ss, I heard something, I don't want to. |
| 17 | Kartchner: | Coming from him? |
| 18 | Zemaitis: | Yes. |
| 19 | Kartchner: | Okay. Did you hear any of Officer Johnson's response to that? |
| 20 | Zemaitis: | I, I didn't. |
| 21 | Kartchner: | Okay. Uhm, and then you mentioned so you, you both go up and |
| 22 | | grab an arm and you mentioned he starts kicking? |
| 23 | Zemaitis: | Yes. |
| 24 | Kartchner: | Okay. And I'm sorry the, the subject starts kicking. |
| 25 | Zemaitis: | Yes. |
| 26 | Kartchner: | And is he still seated in this chair... |

Employee Involved: Ofc. Zemaitis #9085
PSB14-0134
Page **19** of 37

| | | |
|---|---|---|
| 1 | Zemaitis: | Yes. |
| 2 | Kartchner: | at that point.  Okay.  And can you just describe the kicking to me. |
| 3 | | Just in a little more detail. |
| 4 | Zemaitis: | His butt's in the seat.  He's flailing both his right and his left legs up |
| 5 | | in the air approximately three feet, four, I mean pretty high.  I, I, I |
| 6 | | thought he was gonna hit me in the groin as I was standing next to |
| 7 | | him. |
| 8 | Kartchner: | Okay.  Was, uh, from your perception was he kicking in response to |
| 9 | | you grabbing him or was he kicking at you?  I mean from your |
| 10 | | perception was he trying to strike you? |
| 11 | Zemaitis: | From my perception he didn't want me to grab his arm so he was |
| 12 | | kicking me to have me stop grabbing his arm. |
| 13 | Kartchner: | Okay.  So is that, yes, you felt he was kicking at you? |
| 14 | Zemaitis: | Yeah, I felt he was kicking at me to… |
| 15 | Kartchner: | For that reason. |
| 16 | Zemaitis: | resist arrest. |
| 17 | Kartchner: | Okay.  Uhm, and then, so this, from what I understand this and if at |
| 18 | | any time I kind of summarize something and I'm incorrect just let |
| 19 | | me know.  Uh, so he's seated in the seat, you mentioned at a |
| 20 | | certain point you decide that you're gonna deploy the Taser and |
| 21 | | you do… |
| 22 | Zemaitis: | Mmm-hmm. |
| 23 | Kartchner: | pull it out.  Uh, you mentioned Officer Johnson kinda backs away, |
| 24 | | presumably because he sees the light on.  Uh, was the subject still |
| 25 | | sitted, seated in the seat at the time you actually deploy the Taser? |
| 26 | Zemaitis: | Yes sir. |

Employee Involved: Ofc. Zemaitis #9085
PSB14-0134
Page **20** of **37**

| | | |
|---|---|---|
| 1 | Kartchner: | Okay.  And prior to that did you, uh, give any verbal indication to |
| 2 | | him or anyone else that you would be deploying the Taser? |
| 3 | | Verbally.  Aside from having it out. |
| 4 | Zemaitis: | No. |
| 5 | Kartchner: | Okay.  And I know you had mentioned there was some kind of time |
| 6 | | delays or, you know, it felt like forever and I, I understand.  If you |
| 7 | | were gonna try to pin it down the best that you can how long do you |
| 8 | | think, maybe let's just take it second by second. |
| 9 | Zemaitis: | Mmm-hmm. |
| 10 | Kartchner: | From the time that you went hands on to the time that you deployed |
| 11 | | the Taser, roughly, how long do you think that was? |
| 12 | Zemaitis: | Twenty seconds.  Fifteen seconds. |
| 13 | Kartchner: | Okay. |
| 14 | Zemaitis: | It was very, eh, very, relatively quick. |
| 15 | Kartchner: | Gotcha.  And your second deployment of the Taser, well let me |
| 16 | | ask, let me back up, the first, uh, deployment of the Taser did it go |
| 17 | | through a full cycle? |
| 18 | Zemaitis: | Yes.  I held the trigger down approximately ten to fifteen seconds. |
| 19 | Kartchner: | Okay.  So it, you were holding the trigger so beyond the five |
| 20 | | seconds, estimated ten to fifteen? |
| 21 | Zemaitis: | Yes, because he continued to wave his, uh, continued to wave his |
| 22 | | arms and legs as he was sitting in the seat and that's why I held it |
| 23 | | down longer than the standard cycle. |
| 24 | Kartchner: | Okay.  And you had mentioned that you didn't know if it was |
| 25 | | effective but did you, were you able to see if there was any type of |
| 26 | | reaction that it was possibly making contact? |

Employee Involved: Ofc. Zemaitis #9085
PSB14-0134
Page **21** of **37**

| | | |
|---|---|---|
| 1 | Zemaitis: | It was possible. I could tell he was wearing a, a, a shirt. I didn't |
| 2 | | know if it was, uh, it didn't know if it was actually touching the skin |
| 3 | | underneath. |
| 4 | Kartchner: | Okay. But as far as just what you observed fr, whether it |
| 5 | | penetrated or not or whatever but just his physical reaction, what |
| 6 | | you were observing. Did you believe it was uhh effective or not? |
| 7 | Zemaitis: | Uh, it didn't. To me it didn't seem like it. If he, he's still waving his |
| 8 | | arms and legs around, it, I didn't think it was working. |
| 9 | Kartchner: | Okay. Uh, with as far away, did you actually see the probes, were |
| 10 | | they landed on the body? Did, did they land on the body from what |
| 11 | | you saw? |
| 12 | Zemaitis: | Uh, they, uh, I, I couldn't tell you exactly where they were but they |
| 13 | | were somewhere near his chest. |
| 14 | Kartchner: | Okay. But both of 'em? |
| 15 | Zemaitis: | Both of 'em. |
| 16 | Kartchner: | Okay. And roughly how far apart were they? Do you know? |
| 17 | Zemaitis: | Oh gosh, maybe a foot. |
| 18 | Kartchner: | Okay. And one landed, uh, could you just describe where they both |
| 19 | | landed? For to the best of what you observed. |
| 20 | Zemaitis: | I couldn't tell you exactly. I just remember one being above the |
| 21 | | other. |
| 22 | Kartchner: | Okay. And just for the tape you're pointing kinda one up on the |
| 23 | | upper chest area and. |
| 24 | Zemaitis: | Upper chest and one in the upper belly area. |

Employee Involved: Ofc. Zemaitis #9085
PSB14-0134
Page **22** of **37**

| | | |
|---|---|---|
| 1 | Kartchner: | Okay.  And so that ten to fifteen second tasing occurs.  Uh, how |
| 2 | | much is, is, how much is the gap between the second Taser |
| 3 | | deployment? |
| 4 | Zemaitis: | He spill the ca, he spilled the, uh, maybe about thirty seconds.  It |
| 5 | | might have been a little less because, uh, immediately after I |
| 6 | | stopped he continued yelling at Officer Johnson and grabbing for |
| 7 | | that thing of water and I didn't want him to do anymore type of |
| 8 | | strike and I didn't know what was in that cup.  I just, I wanted, I |
| 9 | | didn't want him reaching for anything anymore.  Maybe at most |
| 10 | | thirty seconds. |
| 11 | Kartchner: | Okay.  And what happened in the interim there?  You described |
| 12 | | that he did.  What did you guys do? |
| 13 | Zemaitis: | Ordering him again, hey, get face down on the ground, get your |
| 14 | | hands behind your back.  I remember screaming that multiple |
| 15 | | times.  Uh, but it seemed like his attention was fixated on Officer |
| 16 | | Johnson, I don't know. |
| 17 | Kartchner: | Gotcha.  During that time did you hear any dialogue of what he was |
| 18 | | saying to Officer, uh was he, you said his attention was focused, |
| 19 | | was he still verbalizing stuff to Officer Johnson? |
| 20 | Zemaitis: | The one thing I do remember is him saying, uh, something, I don't |
| 21 | | want to.  I don't know what he was being asked. |
| 22 | Kartchner: | Okay.  Uh, so approximately thirty seconds and then you, uh, |
| 23 | | deploy the Taser a second time.  Uh, and once again just for |
| 24 | | sequence, did you, at that time, give any, any verbal indication to |
| 25 | | the subject or the other officers that you were gonna deploy it |
| 26 | | again? |
| 27 | Zemaitis: | No. |
| 28 | Kartchner: | Okay. |

COP_BM000251

Employee Involved: Ofc. Zemaitis #9085
PSB14-0134
Page **23** of **37**

| | | |
|---|---|---|
| 1 | Zemaitis: | Because he started to halfway stand up.  I didn't know what his |
| 2 | | intentions were but the cup of wat, the, the thing and the water and |
| 3 | | I, cuz I couldn't have, uh, I, I wasn't able to secure his arm.  Uh, he, |
| 4 | | he wasn't putting his hands behind his back and getting on the |
| 5 | | ground, so that's when I deployed it again. |
| 6 | Kartchner: | Gotcha.  So in that interim did you guys re-contact?  Make physical |
| 7 | | contact again with the arms or any other part of the body? |
| 8 | Zemaitis: | Yes. |
| 9 | Kartchner: | Okay.  Is that both of you or you? |
| 10 | Zemaitis: | I, all I know is what I did and that was reach for his right arm |
| 11 | Kartchner: | Okay. |
| 12 | Zemaitis: | And contact that. |
| 13 | Kartchner: | And, so prior to tasing did you relinquish that? |
| 14 | Zemaitis: | Yeah, prior to tasking I relinquished the arm.  He started kicking his |
| 15 | | legs violently.  I tried grabbing his legs to have him stop kicking but |
| 16 | | that's when I started slipping and sliding on, on the floor and he |
| 17 | | kept going like this with his arms and I was struggling with his ar, |
| 18 | | with his feet as I was trying to, to hold him. |
| 19 | Kartchner: | Okay.  And so as you're trying, this is in between the two tasings, |
| 20 | | correct? |
| 21 | Zemaitis: | This is prior to the first. |
| 22 | Kartchner: | Okay.  I'm sorry.  So in, in between the two, uhm and I just wanna |
| 23 | | make sure we're talking about the same sequence, you, you went |
| 24 | | back hands on with his arm, is that what I understand or not?  Uh, |
| 25 | | did. |
| 26 | Zemaitis: | I grabbed his arm and attempt to but it's so wet and slippery I |
| 27 | | couldn't get to, I couldn't get a good grip on him and he kept |

Employee Involved: Ofc. Zemaitis #9085
PSB14-0134
Page **24** of **37**

| | | |
|---|---|---|
| 1 | | struggling with his arm, pulling it. I just kept telling him put his |
| 2 | | hands behind his back and he wasn't, I, I, I don't know what his. |
| 3 | Kartchner: | Gotcha. What, uh, where was your Taser in between the two? |
| 4 | Zemaitis: | Uh, I was holding it with my right hand. |
| 5 | Kartchner: | Okay. |
| 6 | Zemaitis: | I was having difficulty finding a place to put it to be honest with you |
| 7 | | because I still wanted to go hands on but I had the Taser in my |
| 8 | | hand. |
| 9 | Kartchner: | Okay. And then for the second, uh, deployment of the Taser you |
| 10 | | mentioned the side button, are, are we talking about the arc button? |
| 11 | | The button, black button on the side of the Taser? |
| 12 | Zemaitis: | Yeah. |
| 13 | Kartchner: | Okay. And then how long was that deployment roughly? |
| 14 | Zemaitis: | Roughly, ten, fifteen seconds again. |
| 15 | Kartchner: | Okay. And what was your observations of him during that time as |
| 16 | | far as whether it was having any affect or not? |
| 17 | Zemaitis: | I remember looking at his chest and trying to see if it actually had |
| 18 | | contact with skin or if it was affecting him. Uh, I saw it was in the |
| 19 | | shirt. Uh, but it seemed like there was a little bit of a gap between |
| 20 | | the shirt and the chest and to me it, it didn't seem like the, the |
| 21 | | Taser was working. |
| 22 | Kartchner: | Okay. So the second, uhm, and he's still in the seat during this, is |
| 23 | | this correct? |
| 24 | Zemaitis: | Yeah. |
| 25 | Kartchner: | Okay. So after the second tasing do you re-engage with his arm? |

COP_BM000253

Employee Involved: Ofc. Zemaitis #9085
PSB14-0134
Page **25** of **37**

| | | |
|---|---|---|
| 1 | Zemaitis: | Uh, I do but that's only because I see Officer Weber running up |
| 2 | | behind me. |
| 3 | Kartchner: | Okay. |
| 4 | Zemaitis: | And he's able to assist with actually grabbing the arms.  Officer |
| 5 | | Weber is actually able to grab the arm and then he, to avoid any |
| 6 | | further kicking I take his legs. |
| 7 | Kartchner: | Okay.  So he's seated, uh, arms and legs are secured.  How does |
| 8 | | he make, does he make it from the seat to the floor? |
| 9 | Zemaitis: | No, no, no.  He, uh, we ended up grabbing his, uh, left arm and |
| 10 | | flipping him over the side of the ca, the, the chair that he's in.  Half |
| 11 | | of it is us pulling him up and over and then he actually ended up.  I |
| 12 | | don't know if, it, the, the body movement or what he was doing, uh, |
| 13 | | it, perpetual motion or whatever it was.  He just ended up flipping.  I |
| 14 | | wouldn't say flipping but going around the, the arm and the chair |
| 15 | | and putting him on the ground. |
| 16 | Kartchner: | Okay.  And you say we, who else had the left arm with you? |
| 17 | Zemaitis: | Officer Weber came up and grabbed an arm.  Johnson grabbed an |
| 18 | | arm and Celina ended up engaging him uh, the upper half of the |
| 19 | | body.  Uh, what arm they grabbed I couldn't tell you. |
| 20 | Kartchner: | Right.  Okay.  Uh, but it was at that point he's now on the floor.  Is |
| 21 | | that when you engaged with the legs? |
| 22 | Zemaitis: | Yeah.  That's when I start holding down the, the back of his ankles |
| 23 | | so he can, he stops kicking but he kept, he kept kicking his feet. |
| 24 | Kartchner: | Okay.  And during that time do you remember him saying anything? |
| 25 | Zemaitis: | I didn't hear him say anything. |

Employee Involved:  Ofc. Zemaitis #9085
PSB14-0134
Page **26** of 37

| | | |
|---|---|---|
| 1 | Kartchner: | Okay.  Do, do you know if he was saying anything?  You don't |
| 2 | | remember what he was saying or was he not saying anything?  You |
| 3 | | know what I mean as far as the difference…. |
| 4 | Zemaitis: | I didn't know… |
| 5 | Kartchner: | or do you remember? |
| 6 | Zemaitis: | if he was saying anything, there was a lot of yelling, a lot of people |
| 7 | | yelling and for him to stop resisting so. |
| 8 | Kartchner: | Okay. |
| 9 | Zemaitis: | If he was saying anything I didn't hear it. |
| 10 | Kartchner: | Understood.  Uhm, so you mention he's on the ground, you got his |
| 11 | | ankles up near his butt area. |
| 12 | Zemaitis: | Mmm-hmm. |
| 13 | Kartchner: | And you mentioned somebody up near the head mentioned is he |
| 14 | | okay or something like that, which prompt, my understanding is |
| 15 | | prompted you to check a pulse? |
| 16 | Zemaitis: | No, uh, I noticed he had stopped applying force back to my hands, |
| 17 | | uh, trying to kick away, kick me away.  So then I just sat his legs |
| 18 | | back down on the ground.  All, all of us collectively decided let's just |
| 19 | | sit this guy up if he's calmed down now.  So that's when we had |
| 20 | | him turn to his left, sit up, and then I went around to his back side |
| 21 | | and put the weight of his body on my right knee as I stood behind |
| 22 | | him. |
| 23 | Kartchner: | Okay.  And then, uh, at, so was it in that position that you checked |
| 24 | | the pulse initially? |
| 25 | Zemaitis: | Yes. |
| 26 | Kartchner: | Okay.  And, and that was in response?  What was the exact reason |
| 27 | | why you decided to check the pulse? |

Employee Involved: Ofc. Zemaitis #9085
PSB14-0134
Page **27** of **37**

| | | |
|---|---|---|
| 1 | Zemaitis: | Somebody, uh, somebody said is he okay, do we need to check on |
| 2 | | him, something to that effect. |
| 3 | Kartchner: | Okay. |
| 4 | Zemaitis: | And that's when I just ch ch checked for a pulse and then I |
| 5 | | remember as I was checking for a pulse somebody said his side is |
| 6 | | moving.  I didn't have a view from the front so I don't know they saw |
| 7 | | the stomach moving from the side or the breathing. |
| 8 | Kartchner: | Gotcha.  So, uh, I kinda skipped.  I'm gonna go back to the timeline |
| 9 | | so after the second tasing to the point, uh, how long did it take him |
| 10 | | to get, uh, off the chair onto the ground?  Roughly. |
| 11 | Zemaitis: | Uh, from me, after I deployed the Taser… |
| 12 | Kartchner: | Yeah, it be… |
| 13 | Zemaitis: | the second time. |
| 14 | Kartchner: | end of the second tasing to the point he's now on the ground? |
| 15 | Zemaitis: | Two, three seconds.  It was very. |
| 16 | Kartchner: | Uh. |
| 17 | Zemaitis: | Quickly because Weber ran in. |
| 18 | Kartchner: | Gotcha.  And then from the time he's now on the ground to the time |
| 19 | | he's actually detained in handcuffs? |
| 20 | Zemaitis: | Approximately twenty seconds. |
| 21 | Kartchner: | Okay. |
| 22 | Zemaitis: | If I were to guess.  I was so focused on his feet. |
| 23 | Kartchner: | Okay.  Did you notice if he was still resisting? |
| 24 | Zemaitis: | He was resisting.  He was pushing back on his feet. |

Employee Involved: Ofc. Zemaitis #9085
PSB14-0134
Page **28** of **37**

| | | |
|---|---|---|
| 1 | Kartchner: | Okay.  Did you notice anything that he was doing with the other |
| 2 | | officers? |
| 3 | Zemaitis: | Uh, I, I didn't. |
| 4 | Kartchner: | Okay.  And, so you checked the pulse the first time and then you |
| 5 | | check it a second time? |
| 6 | Zemaitis: | Mmm-hmm. |
| 7 | Kartchner: | What do you, and what was the reason for that? |
| 8 | Zemaitis: | Somebody just made another comment as we're waiting.  Who it |
| 9 | | was, a family member, an officer, I don't know. |
| 10 | Kartchner: | Okay. |
| 11 | Zemaitis: | Uhm, sure he's okay?  And I checked again. |
| 12 | Kartchner: | Gotcha.  About how long in between the two pulse checks do you |
| 13 | | think that was? |
| 14 | Zemaitis: | Approximately four minutes.  Three.  I, I, If I were to guess, three to |
| 15 | | four minutes. |
| 16 | Kartchner: | Okay.  And in between that time what was he doing? |
| 17 | Zemaitis: | Uh, sitting there. |
| 18 | Kartchner: | Do you know was he, I mean was he talking?  Was he engaged? |
| 19 | Zemaitis: | He wasn't… |
| 20 | Kartchner: | Was he just sitting there? |
| 21 | Zemaitis: | saying anything. |
| 22 | Kartchner: | Okay.  Were you in a position, could you see, did he have his eyes |
| 23 | | open, closed, do you know? |
| 24 | Zemaitis: | I don't know.  I was behind him. |

Employee Involved: Ofc. Zemaitis #9085
PSB14-0134
Page **29** of **37**

| | | |
|---|---|---|
| 1 | Kartchner: | Okay. And with him sitting there. I mean would you describe him |
| 2 | | as just, was he making any movements? Would, would you |
| 3 | | describe him as kinda limp? How would you describe him? |
| 4 | Zemaitis: | I wouldn't describe him as limp because he wasn't falling to either |
| 5 | | side. Uh, but he wasn't making any noises. I mean he wasn't |
| 6 | | yelling. |
| 7 | Kartchner: | Okay. And then so, from what I understand you check the pulse a |
| 8 | | second time. You're not sure if he's got a pulse so begin CPR. |
| 9 | | Uhm, was the CPR a chest only? Uh, was there any breaths given |
| 10 | | by anybody? |
| 11 | Zemaitis: | Uh, chest only. |
| 12 | Kartchner: | Okay. |
| 13 | Zemaitis: | I, I, I don't know how many chest compressions I done but it wasn't, |
| 14 | | uh, more than thirty. |
| 15 | Kartchner: | Okay. And at one point, or earlier when we were going through the |
| 16 | | checklist you mentioned that he had a possible bump over one of |
| 17 | | his eyes, possibly the left. Do you know how that happened? |
| 18 | Zemaitis: | I don't. |
| 19 | Kartchner: | Okay. Do you, when he went to the ground how, how hard was |
| 20 | | that? Did he land on the ground hard? |
| 21 | Zemaitis: | I would ee, I wouldn't say he went hard. It was, it was more of a, |
| 22 | | like he resigned to the fact he was gonna be taken into custody so |
| 23 | | he just rolled over. It wasn't anything violent. Uh, his head didn't |
| 24 | | bounce off the ground as far as I could, I could see. |
| 25 | Kartchner: | Okay. And, uh, one thing I forgot to ask did he end up on his back |
| 26 | | or prone once we made it to the ground? |
| 27 | Zemaitis: | Only after I placed him on the ground to begin chest compressions. |

Employee Involved:  Ofc.  Zemaitis #9085
PSB14-0134
Page **30** of **37**

| | | |
|---|---|---|
| 1 | Kartchner: | And I gue, so you described kind of rolling him over the side the |
| 2 | | couch. |
| 3 | Zemaitis: | Mmm-hmm. |
| 4 | Kartchner: | And having his legs to, you know, having to control his legs.  So |
| 5 | | when he went from over the side, did he land on his back or face |
| 6 | | down? |
| 7 | Zemaitis: | Face down. |
| 8 | Kartchner: | Okay.  And did he remain that way until he was, that twenty |
| 9 | | seconds, until he was taken into, like handcuffed? |
| 10 | Zemaitis: | Yes.  And then he continued to stay face down. |
| 11 | Kartchner: | Okay. |
| 12 | Zemaitis: | Because he kept kicking his feet even after being handcuffed. |
| 13 | Kartchner: | Gotcha.  And, do you have anything? |
| 14 | Altamirano: | Uhm, when you arrive you could hear, was he yelling? |
| 15 | Zemaitis: | I heard a male yelling inside and I knew it wasn't Matt and I knew it |
| 16 | | wasn't Celina. |
| 17 | Altamirano: | Okay.  And when you came in he was seated, is that correct? |
| 18 | Zemaitis: | Yes. |
| 19 | Altamirano: | Okay.  Did he ever stand up in or, or get up from the chair in the |
| 20 | | time that you were there? |
| 21 | Zemaitis: | Not at the time that I was there. |
| 22 | Altamirano: | Okay.  And you said that he was like swinging his arms around |
| 23 | | that… |
| 24 | Zemaitis: | Mmm-hmm. |

Employee Involved: Ofc.  Zemaitis #9085
PSB14-0134
Page **31** of **37**

| | | |
|---|---|---|
| 1 | Altamirano: | would, was he already doing that when you came in the room or did |
| 2 | | that start as you guys approached him? |
| 3 | Zemaitis: | That started after we, it started after we tried going hands on with |
| 4 | | him. |
| 5 | Altamirano: | Okay.  And were his motions, uh, were they strikes out at you, like, |
| 6 | | like punches and kicks or were they just kinda to keep his arms |
| 7 | | away from you guys? |
| 8 | Zemaitis: | To keep his arms away from, from me, at least as far as his right |
| 9 | | arm is concerned. |
| 10 | Altamirano: | Okay.  And did he continue yelling through the whole thing? |
| 11 | | Through the whole incident until you got him in, into… |
| 12 | Zemaitis: | He was yelling… |
| 13 | Altamirano: | the handcuffs? |
| 14 | Zemaitis: | at Officer Johnson, uh. |
| 15 | Altamirano: | Okay. |
| 16 | Zemaitis: | Yeah, he continued to. |
| 17 | Altamirano: | And, uh, his yelling to your perspective, was at Officer Johnson |
| 18 | | or… |
| 19 | Zemaitis: | Yes. |
| 20 | Altamirano: | was, was he yelling at the women as well? |
| 21 | Zemaitis: | I don't know. |
| 22 | Altamirano: | You know.  Okay.  So your perspective was just that it was directed |
| 23 | | towards Officer Johnson? |
| 24 | Zemaitis: | I believe so. |
| 25 | Altamirano: | Okay.  Uhm, and I know you've said that you, you don't recall, you |
| 26 | | you heard him yelling but you don't recall exact words.  Do you, |

COP_BM000260

Employee Involved: Ofc. Zemaitis #9085
PSB14-0134
Page **32** of **37**

| | | |
|---|---|---|
| 1 | | and, and I'm just throwing it out there. Do you happen to recall him |
| 2 | | making any threats or saying anything that indicated to you that he |
| 3 | | was a safety risk to himself or to others? |
| 4 | Zemaitis: | No. |
| 5 | Altamirano: | Uh, once you guys started approaching him to detain, to detain him, |
| 6 | | were both you and Officer Johnson giving commands and talking to |
| 7 | | him? |
| 8 | Zemaitis: | All I know is that pretty vocal and when I was yelling at him I, Matt |
| 9 | | could have been saying something. I don't know. But I was, it was |
| 10 | | very, very loud in there. |
| 11 | Altamirano: | Okay. And once you tried to go hands on with him and that wasn't |
| 12 | | working do you have any recollection as to whether both you and |
| 13 | | Officer Johnson were giving commands at that point? |
| 14 | Zemaitis: | I believe he was. |
| 15 | Altamirano: | Okay. |
| 16 | Zemaitis: | There as a lot of yelling going on. |
| 17 | Altamirano: | Okay. So you're, you're trying to get in there and, uh, go hands on |
| 18 | | and it's not working out. Did you actually take steps backwards |
| 19 | | before deploying the Taser? |
| 20 | Zemaitis: | Yes. |
| 21 | Altamirano: | Okay. |
| 22 | Zemaitis: | Two steps backwards. |
| 23 | Altamirano: | Two, two steps backwards and, and then Officer Johnson kind of |
| 24 | | managed to move out of your way and you (unintelligible)… |
| 25 | Zemaitis: | He was, uh, he. |
| 26 | Altamirano: | deployment? |

Employee Involved: Ofc. Zemaitis #9085
PSB14-0134
Page **33** of **37**

| | | |
|---|---|---|
| 1 | Zemaitis: | I saw John, uh, Johnson was extremely close to his head.  The |
| 2 | | gentleman was in the seat turning to his left and Officer Johnson |
| 3 | | was almost like bending in.  I, I, I don't know what was going on |
| 4 | | there. |
| 5 | Altamirano: | Okay. |
| 6 | Zemaitis: | He seemed like he was pretty close to him. |
| 7 | Altamirano: | Okay.  And so you deployed and then that doesn't seem like it |
| 8 | | worked so you tried, you tried going hands on again? |
| 9 | Zemaitis: | Yes. |
| 10 | Altamirano: | Okay.  And so now you've moved back in towards the, the chair |
| 11 | | and the subject? |
| 12 | Zemaitis: | Right. |
| 13 | Altamirano: | And none of the commands are working and you guys aren't able to |
| 14 | | get, get a grip on him. |
| 15 | Zemaitis: | Mmm-hmm. |
| 16 | Altamirano: | How far are you away now when you deploy, do that second, uh, |
| 17 | | cycle? |
| 18 | Zemaitis: | Uhm, approximately three to four feet because I didn't deploy any |
| 19 | | other probes, it was just the ones that were already still attached to |
| 20 | | his shirt. |
| 21 | Altamirano: | Okay.  And do you have recollection of seeing that those probes |
| 22 | | were still attached to his shirt? |
| 23 | Zemaitis: | The shirt, yes. |
| 24 | Altamirano: | Okay.  Uh, did you take any steps backwards for that second |
| 25 | | cycle? |
| 26 | Zemaitis: | No, I was closer than I was on the first cycle. |

Employee Involved: Ofc. Zemaitis #9085
PSB14-0134
Page **34** of **37**

| | | |
|---|---|---|
| 1 | Altamirano: | Okay. Were you, so you were three to four feet, were you within |
| 2 | | arm's reach of the subject? |
| 3 | Zemaitis: | I'd have to really reach for him. |
| 4 | Altamirano: | Okay. |
| 5 | Zemaitis: | Shh, yeah. |
| 6 | Altamirano: | Okay. So, so you had been in there trying to go hands on and then |
| 7 | | you, did you step back again and, and do that second cycle? |
| 8 | Zemaitis: | I did not do any stepping back on the second time… |
| 9 | Altamirano: | Okay. |
| 10 | Zemaitis: | I deployed the Taser. |
| 11 | Altamirano: | Okay. Uhm, did you, do, did it run through your mind at all to like |
| 12 | | do a drive stun or, or anything like that? |
| 13 | Zemaitis: | And initially I thought I didn't want to go near his feet anymore |
| 14 | | because he kept kicking his feet and that's why I initially took a step |
| 15 | | back is because I wanted the, I didn't want the, uhm, Taser dots to |
| 16 | | be so close and I wanted to gain a little bit of, uh… |
| 17 | Altamirano: | So the reason… |
| 18 | Zemaitis: | distance. |
| 19 | Altamirano: | you stepped back was to, to get better probe deployment and… |
| 20 | Zemaitis: | That, because I was slipping… |
| 21 | Altamirano: | probe spread? |
| 22 | Zemaitis: | backwards at the same time so I, I didn't want to be so close to him |
| 23 | | when I deployed the Taser. |
| 24 | Altamirano: | Okay. And, uh, you talked about him kicking at you. He had |
| 25 | | started kicking out at you guys as you were approaching initially to |
| 26 | | go hands on or once, once you tried to go hands on? |

COP_BM000263

Employee Involved: Ofc. Zemaitis #9085
PSB14-0134
Page **35** of **37**

| | | |
|---|---|---|
| 1 | Zemaitis: | The, once I tried to grab his arm the first time is when he started |
| 2 | | kicking. |
| 3 | Altamirano: | Okay.  And did he actually kick you? |
| 4 | Zemaitis: | Yes. |
| 5 | Altamirano: | How many times? |
| 6 | Zemaitis: | Once that I know of. |
| 7 | Altamirano: | Okay.  Where was that? |
| 8 | Zemaitis: | On my right leg. |
| 9 | Altamirano: | Okay.  Uh, where on your leg if you can be a little specific for us? |
| 10 | Zemaitis: | Somewhere close to my groin. |
| 11 | Altamirano: | Okay.  Upper thigh? |
| 12 | Zemaitis: | Yes. |
| 13 | Altamirano: | Towards the inside? |
| 14 | Zemaitis: | Yes. |
| 15 | Altamirano: | Okay.  Uh, do you have any recollection of what the female |
| 16 | | witnesses were doing as all this was going on? |
| 17 | Zemaitis: | Uh, no. |
| 18 | Altamirano: | Any recollection of what Officer Gonzales was doing as this was |
| 19 | | going on? |
| 20 | Zemaitis: | I, in my peripheral vision I think she was to my right, behind me, but |
| 21 | | I don't, I don't know. |
| 22 | Altamirano: | Okay.  Uhm. |
| 23 | Kartchner: | Okay.  Just a couple more.  Do you know what the liquid was? |
| 24 | Zemaitis: | I don't. |

Employee Involved:  Ofc.  Zemaitis #9085
PSB14-0134
Page **36** of **37**

| | | |
|---|---|---|
| 1 | Kartchner: | Okay.  Uh, was it, uh, dark, clear?  Do you remember? |
| 2 | Zemaitis: | I know the sss, ah, I remember thinking when it hit my arm that it |
| 3 | | wasn't too hot.  I mean it, it was a, a cup of coffee after it had been |
| 4 | | sitting at the table for ten minutes.  But I, I, I have no idea what the |
| 5 | | liquid was. |
| 6 | Kartchner: | Okay.  And then this is just gonna be, just a direct question to get |
| 7 | | us wrapped up.  Did you deliver, use any strikes, punches or kicks |
| 8 | | on the subject? |
| 9 | Zemaitis: | No. |
| 10 | Kartchner: | Okay.  And then did you observe any of the other officers on scene |
| 11 | | deliver any strikes, punches, or kicks? |
| 12 | Zemaitis: | No. |
| 13 | Kartchner: | Okay.  And so the maximum force you used would have been the |
| 14 | | Taser? |
| 15 | Zemaitis: | Yes. |
| 16 | Kartchner: | Okay.  And, uhm, you also attempted to restrain or you did restrain |
| 17 | | him on the arm and legs?  Physically, just you grabbed his arm, you |
| 18 | | grabbed… |
| 19 | Zemaitis: | Yes. |
| 20 | Kartchner: | his legs.  Okay.  Any, anything else I'm missing as far as con, |
| 21 | | physical contact? |
| 22 | Zemaitis: | Uh, no. |
| 23 | Kartchner: | Okay.  Anything else? |
| 24 | Altamirano: | Uh, just have you ever de, responded to this residence before or |
| 25 | | this subject? |
| 26 | Zemaitis: | No. |

Employee Involved:  Ofc.  Zemaitis #9085
PSB14-0134
Page **37** of **37**

| | | |
|---|---|---|
| 1 | Altamirano: | Any prior contact or knowledge of this suspect, this subject at all? |
| 2 | Zemaitis: | No. |
| 3 | Altamirano: | Of, of any, none of the family that you're aware of? |
| 4 | Zemaitis: | I, this, uh, road is so unique because of the name, I would have |
| 5 | | remembered, uh, being out here. |
| 6 | Altamirano: | Okay. |
| 7 | Kartchner: | Anything else?  Alright.  Uhm, we're done with our interview but |
| 8 | | before we go off tape is there anything that you think would be |
| 9 | | important for us to know about this incident that we didn't ask? |
| 10 | Zemaitis: | I can't think of anything. |
| 11 | Kartchner: | Okay.  The time is 3:54 and we're gonna conclude the interview |
| 12 | | and go off tape. |