**EXHIBIT 5**

**EXHIBIT 5**

ROOM STAFF. BALANTINE MBEGBU WAS PRONOUNCED DECEASED AT APPROXIMATELY 2212 HOURS. NIGHT DETECTIVE J. MILLS INITIALLY RESPONDED TO THE HOSPITAL WITH CSS BERTONE AND TETREAULT TO PHOTOGRAPH BALANTINE MBEGBU. THERE WERE NO VISIBLE INJURIES TO OFFICERS DURING THIS INCIDENT.

WE WERE PROVIDED WITH THE RESPONDING OFFICERS NAMES AND DUTIES THEY PERFORMED AS WELL AS THE NAMES OF THE WITNESSES WHO WERE INSIDE OF THE HOUSE WHEN THIS INCIDENT OCCURRED. WE LEARNED THAT IN ADDITION TO BALANTINE AND NGOZI MBEGBU, THERE WAS A FAMILY MEMBER NAMED SABINAH ODOM VISITING FROM NIGERIA IN THE HOUSE. BALANTINE AND NGOZI'S SON: C███████ MBEGBU ARRIVED HOME AFTER THE INCIDENT OCCURRED. WE WERE ALSO PROVIDED AN APPROXIMATE TIME LINE OF THE EVENTS.

2108 HOURS: OFFICERS GONZALES AND JOHNSON REQUEST CALL FOR SERVICE
2117 HOURS: OFFICER GONZALES REQUESTS ANOTHER UNIT
2117 HOURS: OFFICER ZEMAITIS RESPONDS TO CALL
2118 HOURS: OFFICER WEBER RESPONDS TO CALL
2120 HOURS: OFFICER ZEMAITIS ON SCENE AND REQUESTS MORE UNITS
2120 HOURS: OFFICERS REQUEST A SUPERVISOR TO THE SCENE
2120 HOURS: OFFICERS KRIZ AND PELKE RESPOND TO CALL
2121 HOURS: BALANTINE MBEGBU TAKEN INTO CUSTODY
2121 HOURS: OFFICER W. WEBER REQUESTS A UNIT WITH A RIP RESTRAINT
2121 HOURS: OFFICERS KRIZ AND PELKE ADVISE THEY HAVE ONE
2121 HOURS: OFFICERS REPORT NO INJURIES TO OFFICERS, FIRE NOT NEEDED
2124 HOURS: OFFICERS REQUEST FIRE TO THE SCENE, SUBJECT UNCONSCIOUS
2125 HOURS: DISPATCH ADVISES FIRE ENROUTE
2125 HOURS: OFFICERS ADVISE THERE WAS A TASER DEPLOYMENT DURING INCIDENT
2128 HOURS: SUPERVISOR CLARIFIES NO INJURIES TO OFFICERS; OFFICERS CONFIRM
2129 HOURS: OFFICERS ASK FIRE TO STEP IT UP, UNKNOWN IF SUBJECT BREATHING
2131 HOURS: PHOENIX FIRE ARRIVED ON SCENE

AT APPROXIMATELY 0105 HOURS, THE BRIEFING ENDED AND I WAS ASSIGNED AS CASE AGENT AND TASKED WITH INTERVIEWING OFFICERS GONZALES, JOHNSON, ZEMAITIS AND WEBER. DETECTIVE J. BUTCHER ALONG WITH CRIME SCENE SPECIALISTS P. MCMURRY AND S. FISHER WERE ASSIGNED TO THE SCENE INVESTIGATION. DETECTIVES A. LOPEZ AND H. LOPEZ WERE TASKED WITH INTERVIEWING THE FAMILY OF BALANTINE MBEGBU AND THE ORIGINAL 9-1-1 CALLER. NIGHT DETECTIVES J. RASMUSSEN AND J. MILLS INTERVIEWED SOME OF THE UNIFORMED OFFICERS THAT RESPONDED TO THE SCENE. NIGHT DETECTIVE M. HIGGINS AUTHORED A SEARCH WARRANT FOR THE INVESTIGATION.

**       MORE NARRATIVE CONTINUED ON NEXT PAGE.

FINE. THEY ASKED HER IF SHE WAS LEAVING AND SHE TOLD THEM HER CAR WAS OUT OF GAS AND SHE WAS WAITING FOR HER SISTER TO PICK HER UP SO THEY COULD PICK UP HER SON AT THE GYM. THEY TALKED OUTSIDE FOR A WHILE, ABOUT HER SON BUKA. NGOZI TOLD THE OFFICERS THAT SHE WAS GOING TO GO INSIDE THE HOUSE TO TELL HER SISTER THAT SHE HADN'T LEFT THE HOUSE YET AND WAS WAITING FOR THEIR OTHER SISTER TO PICK HER UP. SHE INVITED THE OFFICERS TO FOLLOW HER INSIDE THE HOUSE TO SEE PHOTOS OF ███.

AFTER THE OFFICERS ENTERED THE HOUSE, BALENTINE ASKED THEM WHY THEY WERE THERE, IN THE HOUSE. BALENTINE ASKED THE OFFICERS, "WHY ARE YOU HERE? YOU WANT TO COME AND SHOOT ME? WHAT DID I DO? WHAT HAPPENED? WHY ARE YOU HERE?" BALENTINE ASKED NGOZI IF SHE CALLED THE POLICE AND SHE TOLD HIM SHE DIDN'T.

THE FEMALE OFFICER TOLD BALENTINE TO SIT DOWN ON THE CHAIR WHERE HE HAD BEEN EATING. THE MALE OFFICER ALSO TOLD BALENTINE TO SIT DOWN. BALENTINE CONTINUED TO ASK THE POLICE, "DO YOU WANT TO KILL ME? WHY ARE YOU HERE? WHAT HAPPENED? DID I CALL YOU? DID ANYBODY CALL?" THE OFFICERS TOLD HIM THAT SOMEONE CALLED THEM. BALENTINE TOLD THEM THAT WOULDN'T HAPPEN AND HE CONTINUED TO ASK THE OFFICERS WHY THEY WERE THERE. THE OFFICERS FOLLOWED BALENTINE AND THE OFFICERS AND BALENTINE STARTED EXCHANGING WORDS. BALENTINE WANTED TO GET UP AND AN OFFICER PUSHED BALENTINE DOWN AND TOLD HIM TO STAY THERE. NGOZI PLEADED WITH THE OFFICERS TO LEAVE BALENTINE ALONE, TELLING THEM BALENTINE WAS SICK.

THE OFFICERS AT THE HOUSE CALLED OTHER POLICE, WHO ARRIVED AT THE HOUSE. BALENTINE GOT UP AND ONE OF THE OFFICERS TOOK BALENTINE'S GLASS OF WATER FROM HIM AND THREW IT. NGOZI THOUGHT PERHAPS BALENTINE HAD TRIED TO GET UP BECAUSE HE WAS THIRSTY. BALENTINE CONTINUED TO TELL THEM, "YOU WANT TO KILL ME. WHAT HAPPENED, WHAT DID I DO?" THE OFFICERS APPROACHED BALENTINE AND HELD HIM REALLY HARD, AND THEN THEY WERE STRUGGLING WITH BALENTINE ON THE GROUND. THE NEXT THING SHE KNEW, HER HUSBAND WAS BREATHING VERY HARD.

NGOZI SAID THE OFFICERS THOUGHT HER HUSBAND WAS BAD BUT SHE TOLD THE OFFICERS THAT SHE AND HER HUSBAND DID NOT FIGHT TONIGHT, AND NOTHING HAPPENED. SHE TOLD THE OFFICERS TO LOOK AT HER AND THEY WOULD SEE THAT SHE HAD NO INJURIES TO HER BODY. SHE TOLD THEM THAT SHE AND HER HUSBAND LOVED EACH OTHER AND THEY ARGUED, BUT THEY DIDN'T FIGHT.

I ADVISED NGOZI THAT SOMEONE, WHO IDENTIFIED THEMSELVES AS A FRIEND OF THEIRS, CALLED 911 AND SAID THEY (BALENTINE AND NGOZI) WERE ARGUING AND IT COULD GET OUT OF HAND. I TOLD HER SOMEBODY WAS WORRIED ABOUT HER ENOUGH TO CALL THE POLICE. I ASKED NGOZI IF SHE AND HER HUSBAND WERE ARGUING TODAY AND SHE INITIALLY SAID YES, BUT THEN INDICATED IT WASN'T REALLY AN ARGUMENT, BUT MORE OF A DISCUSSION. SHE SAID THEY STARTED ARGUING WHEN SHE WAS ABOUT TO LEAVE TO PICK ███ UP. BALENTINE WAS UPSET BECAUSE ███ HAD BEEN COMING HOME LATE AND HE TOLD HER HE WANTED THEM TO COME HOME IMMEDIATELY AND HE DIDN'T WANT BUKA TO STAY LATE AGAIN. NGOZI TOLD HIM OKAY. I ASKED HER IF BALENTINE GOT AGGRESSIVE OR PHYSICAL WITH HER AND SHE SAID HE DID NOT.

I ASKED NGOZI IF BALENTINE BLOCKED THE DOOR, PREVENTING THE POLICE FROM LEAVING AT ANY TIME. SHE SAID HE DID NOT. SHE SAID HE GOT UP FROM HIS SEAT, WALKED UP TO THE POLICE AND ASKED HIM WHY THEY WERE THERE, BUT HE DIDN'T BLOCK THE DOOR. SHE SAID THE DOOR WAS WIDE OPEN AND THE POLICE DID NOT ATTEMPT TO LEAVE THE HOUSE AT ANYTIME. SHE SAID THE ONLY THING BALENTINE DID WAS RAISE HIS VOICE AT THEM WHEN HE TOLD THEM, "WHY ARE YOU GUYS HERE? YOU WANT TO KILL ME. WHAT HAVE I DONE?" THE OFFICERS RESPONDED BY TELLING BALENTINE THEY DIDN'T WANT TO KILL HIM.

I ASKED NGOZI WHY THE POLICE HAD TO RESTRAIN BALENTINE. NGOZI SAID THE POLICE TOLD BALENTINE TO GO AND SIT DOWN AND BALENTINE WENT AND SAT DOWN. BALENTINE ASKED THEM "WHY ARE YOU HERE, WHAT DID I DO? DID I DO ANYTHING?" THE POLICE TOLD BALENTINE THEY WANTED HIM TO SIT DOWN AND ONE OFFICER FOLLOWED THE OTHER TOWARD BALENTINE. ONE OF THE OFFICERS TOLD BALENTINE, "BRING YOUR HAND," AND THE OFFICERS WERE TRYING TO ARREST BALENTINE.

I ASKED IF BALENTINE FOUGHT WITH THE POLICE AND NGOZI SAID HE STRUGGLED WITH THEM WHILE ASKING THEM WHAT HE HAD DONE AND WHY THEY WERE TAKING HIM. SHE SAID THE POLICE THEN "SPRAYED" HIM (NGOZI MADE A "WA WA WA WA WA WA" NOISE TO DEMONSTRATE THE NOISE SHE HEARD WHEN BALENTINE WAS SPRAYED). I ASKED HER WHAT THEY SPRAYED HIM WITH AND SHE SAID SHE DIDN'T KNOW, POSSIBLY TEAR GAS. I ASKED HER IF THEY SPRAYED HIM OR TASED HIM. SHE SAID IT WAS LIKE WATER, LIKE SPRAY, ALL OVER HIS BODY AND HIS FACE. NGOZI INDICATED THAT SHE PLEADED WITH THE POLICE TO STOP.

I ASKED NGOZI IF THEY DID ANYTHING ELSE AND SHE SAID THEY WANTED TO RESTRAIN HIM WHEN HE WAS ON THE FLOOR. BALENTINE WAS FACE DOWN, FLAT ON THE FLOOR, AND THEY BROUGHT HIS HANDS BACK AND PUT HIM IN HANDCUFFS. WHEN THEY FINISHED, THEY (UNINTELLIGIBLE WORD) HIM. NGOZI ASKED THEM IF BALENTINE WAS DEAD AND WHAT WAS GOING ON, AND THEY TOLD HER TO GO.

I ASKED NGOZI IF HER HUSBAND HAD ANY HEALTH PROBLEMS OTHER THAN DIABETES. SHE BELIEVED HE ALSO HAD HIGH BLOOD PRESSURE. I ASKED HER IF BALENTINE WAS DRINKING TONIGHT AND SHE SAID HER HUSBAND DOESN'T DRINK.

I ASKED NGOZI IF THE OFFICERS DID ANYTHING ELSE TO BALENTINE SUCH AS HIT OR KICK HIM, AND SHE SAID THEY WERE STRUGGLING WITH HIM. I ASKED HER IF THIS ALL OCCURRED IN THE LIVING ROOM AND SHE SAID YES. I ASKED HER WHO ELSE SAW IT AND SHE SAID HER SISTER DID.

I ASKED NGOZI IF HER HUSBAND EVER HIT HER IN THE PAST, AND SHE SAID YES, SIX TO EIGHT MONTHS AGO.

I ASKED HER IF THERE WAS ANYTHING ELSE THAT SHE THOUGHT WAS IMPORTANT TO TELL ME ABOUT TONIGHT. NGOZI SAID THAT WAS ALL SHE KNEW.

I ASKED HER HOW MANY OFFICERS WERE IN THE LIVING ROOM. SHE INDICATED THERE WERE TWO WHO INITIALLY ARRIVED, THEN A TALL OFFICER ARRIVED WITH THE TEAR GAS, AND THEN A COUPLE MORE.

**** NARRATIVE ****

SERIAL NUMBER: 7468

INTERVIEW OF SABINAH ODOM
-----------------------------

ON 10/7/14, AT ABOUT 0130 HOURS, I INTERVIEWED SABINAH ODOM NEAR THE SCENE. THE INTERVIEW WAS CONDUCTED INSIDE MY WORK TRUCK.

THE INTERVIEW WAS DIGITALLY AUDIO RECORDED AND LATER UPLOADED TO THE FORENSIC IMAGING SERVER. THE FOLLOWING IS A SUMMARY OF THE INTERVIEW. PLEASE REVIEW THE AUDIO RECORDING FOR FURTHER INFORMATION.

SABINAH SPEAKS DECENT ENGLISH AND UNDERSTOOD THE MAJORITY OF MY QUESTIONS. SABINAH IS PRIMARILY AN "IBO" SPEAKER, HOWEVER WE WERE ABLE TO COMMUNICATE IN ENGLISH.

SABINAH IS THS SISTER OF NGOZI MBEGBU. SABINAH LEFT HER HOME OF ENUGU, NIGERIA SEVERAL MONTHS AGO TO HELP HER SISTER NGOZI IN PHOENIX. SABINAH HELPS NGOZI AROUND THE HELPS, BECUASE NGOZI'S MEDICAL ISSUES LIMIT HER MOBILITY.

ON 10/7/14, IN THE EVENING HOURS, SABINAH WAS IN THE KITCHEN COOKING. SABINAH DOES NOT RECALL HEARING OR SEEING ANYONE IN THE HOUSE ARGUING DURING THE EVENING HOURS.

A FEW MOMENTS LATER SHE SAW POLICE OFFICERS WERE INSIDE THE HOUSE. ACCORDING TO SABINAH SHE HAD NO IDEA WHY THE OFFICERS WERE AT THE HOUSE. HER BROTHER IN LAW BALANTINE MBEGBU ASKED NGOZI IF SHE HAD CALLED THE POLICE. NGOZI TOLD BALANTINE SHE DID NOT CALL THE POLICE.

BALANTINE WAS IN THE DINNING ROOM EATING AT THE TABLE. SABINAH SAW BALANTINE STAND UP AND ASK THE OFFICERS IN A LOUD VOICE, "DO YOU WANT TO COME KILL ME"?. MOMENTS LATER SABINAH SAW THE POLICE HOLDING BALANTINE THEN CARRIED HIM TO THE GROUND.

OFFICERS BEGAN TO ATTEMPT TO HANDCUFF BALENTINE, AT ABOUT THIS TIME SABINAH SAW BALENTINE KICK ONE OF THE OFFICERS. SABINAH BELIEVES THE OFFICERS TASED HIM WITH LIGHTS. AT SOME POINT DURING THE ARREST BALENTINE SAID, "I'M DYING". ACCORDING TO SABINAH BALANTINE IS DIABETIC.

OFFICERS BEGAN TO GIVE BALENTINE C.P.R, HOWEVER HIS MOUTH WOULDN'T OPEN. OFFICERS CONTINUED TO PROVIDED MEDICAL ATTENTION TO BALENTINE WITH CHEST COMPRESSIONS. FIRE PERSONNEL ARRIVED MOMENT LATER AND TRANSPORTED HIM THE HOSPITAL.

SABINAH DID NOT SEE THE ENTIRE INCIDENT.

VICTIM RECEIVED RIGHTS INFORMATION:   NO            MAIL-IN SUPPLEMENT:

COP_BM000025

OFFICER, J. ZEMAITIS #9085
OFFICER M. JOHNSON #8819
OFFICER C. GONZALES #7736
OFFICER W. WEBER #9379

I COLLECTED ONE YELLOW AND BLACK TASER X2 FROM OFFICER ZEMAITIS AT 0250 HOURS ON OCTOBER 7, 2014.

ITEMS OF EVIDENCE/INTEREST:

THE FOLLOWING ITEM WAS TURNED OVER TO DETECTIVE B. KORUS #6597 AT 0525 HOURS.

ONE YELLOW AND BLACK TASER X2, SERIAL: X30000X36, WITH ONE LOADED CARTRIDGE

DISPOSITION:

I SECURED FROM THE SCENE AT APPROXIMATELY 0545 HOURS. THE IMAGING DISC WAS SECURED IN CRIME SCENE RESPONSE LOCKER #39 TO BE FORWARDED TO THE FORENSIC IMAGING UNIT FOR PROCESSING.

   VICTIM RECEIVED RIGHTS INFORMATION:   NO          MAIL-IN SUPPLEMENT:

INVOICES:

   DR ENTERED BY : DRLIM     DR FINALIZED BY : DRLIM

                              END OF REPORT          DR NO: 2014 01742449     008

COP_BM000030

PHOENIX POLICE DEPARTMENT REPORT

| | | | |
|---|---|---|---|
| SUPPLEMENT | PAGE NUMBER: 1 | DR NUMBER: 2014 01742449 | 13 |

REPORT DATE: 20141009   TIME: 1408

TYPE OF REPORT:  AGGRAVATED ASSAULT ON A POLICE OFFICER    OFFENSE: 245

LOCATION: 006517 N 28TH GLEN                                BEAT: 0915  GRID: CC22

DATE/TIME OF OCCURRENCE:   MON    100614    2058

REPORTING OFFICER[S]:  JAMES O'NEILL          7543    UNIT: 92F
                       BRYAN KORUS            6597

PREMISES: SINGLE FAMILY HOUSE                               OCCUPIED: YES

OFFENSE INVOLVED:  OFFICER ASSAULT
                   BIAS - NONE(NO BIAS)

PARTY-CREW: NO

**** NARRATIVE ****

SERIAL NUMBER: 7543

ON 10/06/14 AT 2121 HOURS I WAS RIDING AS A MARKED ONE MAN PATROL UNIT AND I RESPONDED TO A REQUEST FOR MORE UNITS BY OFFICERS AT A FIGHT CALL AT 6517 N 28 GLENN. WHILE I WAS ENROUTE I HEARD OFFICERS ADVISE THAT THE HAD ONE IN CUSTODY. A SHORT TIME LATER AN OFFICER REQUESTED AN OFFICER WITH A RIP RESTRAINT SO I CONTINUED IN TO THE SCENE.

I ARRIVED ON SCENE AT 2123 HOURS. WHEN I APPROACHED THE HOUSE I ENTERED A SMALL COURTYARD AREA THAT LED TO THE FRONT DOOR. I ENTERED THE FRONT DOOR INTO THE LIVING ROOM AND SAW THAT OFFICERS WERE WITH A BLACK MALE THAT WAS LAYING ON THE FLOOR ON HIS BACK AND WEARING A YELLOW SHIRT. I COULD SEE THAT THE MALE HAD HIS EYES CLOSED BUT WAS MOVING SLIGHTLY. THERE WERE TASER PROBES ATTACHED TO THE FRONT OF THE MALE. IT APPEARED THAT THE MALE WAS UNDER CONTROL AND OFFICERS WERE TENDING TO HIM SO I TURNED MY ATTENTION BACK TO THE FRONT COURTYARD. AFTER A DELAY FOR HOT CALLS AND ASSOCIATED RADIO TRAFFIC I HEARD AN OFFICER ADVISE RADIO TO ROLL FIRE FOR THE SUSPECT.

WHILE IN THE COURT YARD I ASSISTED WITH STANDING BY TWO ELDERLY BLACK FEMALES WHO WERE VERY CONCERNED AND EMOTIONAL. I HAD DIFFICULTY COMMUNICATING WITH THEM DUE TO THEIR HEAVY AFRICAN ACCENT AND LIMITED ENGLISH BUT I WAS ABLE TO KEEP THEM CALM AND OUT OF THE WAY IN THE COURTYARD. I WAS POSITIONED OUTSIDE THE FRONT DOOR SO THAT I COULD CONTROL THE WOMEN AND ALSO OBSERVE INTO THE LIVING ROOM. I COULD SEE THAT THE SUSPECT HAD BEEN SAT UP ON THE FLOOR ON THE EAST SIDE OF THE LIVING ROOM, WHERE HE HAD PREVIOUSLY BEEN LAYING. THE SUSPECT WAS FACED IN MY DIRECTION WITH HIS EYES CLOSED AND HEAD SLUMPED FORWARD SLIGHTLY. I LOOKED AT THE SUSPECT FOR SEVERAL SECONDS AND COULD NOT SEE HIS CHEST MOVING. I ASKED THE OFFICERS INSIDE IF HE WAS BREATHING AND SAID I DIDN'T SEE HIS CHEST MOVING. I SAW OFFICERS TAKING HIS PULSE AND ADVISE THAT THERE WAS A PULSE. THE OFFICERS WITH THE SUSPECT QUICKLY ADVISED RADIO TO HAVE FIRE STEP IT

2014 01742449   13                                              Continued.

COP_BM000039

OFFICERS C. GONZALES #7736 AND M. JOHNSON #8919, WHO WERE THE FIRST RESPONDING UNIT (913M), REQUESTED ADDITIONAL UNITS.

SERGEANT PAGONE HEARD OFFICER J. ZEMAITIS #9085 (914L) ARRIVE AS THEIR BACK-UP AND MOMENTS LATER OFFICER W. WEBER #9379 (914K) ARRIVED AS WELL.

SERGEANT PAGONE SAID HE HEARD A RADIO TRANSMISSION THAT SOUNDED LIKE A FIGHT WAS TAKING PLACE.

AFTER A FEW MINUTES, THE OFFICERS ADVISED OVER THE RADIO THEY HAD A SUBJECT IN CUSTODY. IT WAS AT THAT POINT SERGEANT PAGONE STARTED TO RESPOND TO 6517 NORTH 28TH GLEN.

WHILE SERGEANT PAGONE WAS ENROUTE, OFFICERS B. PELKE #7759 AND P. KRIZ #8475 (911M) ARRIVED AND REQUESTED THE FIRE DEPARTMENT TO RESPOND AND AFTER A FEW SECONDS THEY ASKED FOR FIRE TO "STEP IT UP" OR GET THERE QUICKLY.

BY THE TIME SERGEANT E. PAGONE ARRIVED, OFFICERS STARTED CHEST COMPRESSIONS AND THE SUBJECT WAS NOT BREATHING. THE PHOENIX FIRE DEPARTMENT RESPONDED AND TOOK OVER MEDICAL CARE.

SERGEANT PAGONE SAID THE ONLY ADDITIONAL INFORMATION HE LEARNED WAS THE OFFICERS HAD BEEN PREPARING TO LEAVE FROM THE CALL WHEN THE SUBJECT CLOSED THE FRONT DOOR TO THE HOUSE AND REFUSED TO LET THE OFFICERS LEAVE. THE SUBJECT THREW COFFEE AT THE OFFICERS. THE SITUATION BECAME PHYSICAL AND THE OFFICERS HAD TO USE PHYSICAL FORCE AND A TASER TO SUBDUE THE SUBJECT. THE SUBJECT WAS TAKEN IN CUSTODY. THE INSTANT THE OFFICERS FELT THE SUBJECT WAS IN "MEDICAL DISTRESS", THE HANDCUFFS WERE REMOVED AND THE OFFICERS BEGAN TO PROVIDE LIFE SAVING MEASURES.

AT 0125 HOURS I CONCLUDED MY INTERVIEW WITH SERGEANT E. PAGONE.

VICTIM RECEIVED RIGHTS INFORMATION:    NO            MAIL-IN SUPPLEMENT:

INVOICES:

DR ENTERED BY : 8093    DR FINALIZED BY : 6597

END OF REPORT        DR NO: 2014 01742449    019

COP_BM000048

INVESTIGATIVE LEAD IN THE CHILD MOLESTATION CASE.

THERE WAS A FIELD INTERROGATION REPORT (1405130168) AUTHORED BY OFFICER C. STONE #7764 ON MAY 13TH, 2014 ABOUT AN INCIDENT THAT TOOK PLACE AT WASHINGTON HIGH SCHOOL LOCATED AT 2217 WEST GLENDALE ROAD. ACCORDING TO THE REPORT, ASSISTANT PRINCIPAL JEFF PARSONS CALLED POLICE TO REPORT HARASSING PHONE CALLS MADE FROM 602-███████. THE CALLER WAS BALANTINE MBEGBU, THE FATHER OF TWO STUDENTS, WHO HAD BEEN CALLING ALL DAY BOTHERING STAFF. ACCORDING TO PARSONS, THERE WERE APPROXIMATELY 15-20 CALLS IN TOTAL MADE BETWEEN 0836 HOURS TO 1430 HOURS. ACCORDING TO PARSONS, BALANTINE MBEGBU SOUNDED LIKE AN INSANE PERSON AND WAS MAKING COMMENTS TO PARSONS THAT HE (PARSONS) WAS BURNING DOWN HIS (MBEGBU) HOUSE. PARSONS WAS AWARE OF THE POLICE BEING INVOLVED WITH THE FAMILY FOR DOMESTIC VIOLENCE ISSUES. PARSONS WANTED THIS DOCUMENTED IN CASE MBEGBU ESCALATED THE MATTER. PARSONS INFORMED OFFICER STONE BOTH STUDENTS WERE EXCELLING AND APPEARED TO BE DOING OKAY. THERE WAS NO FURTHER FOLLOW UP DOCUMENTED IN THE REPORT.

I THEN CONDUCTED A PREMISES HISTORY FOR POLICE CALLS FOR SERVICE AT 6517 NORTH 28TH GLEN FOR ALL DATES PRIOR TO OCTOBER 6TH, 2014. I REQUESTED ALL 9-1-1 CALLS AND RADIO TRANSMISSIONS FOR THE CALLS FOR SERVICE. I LEARNED THE AUDIO RECORDS FOR ALL CALLS FOR SERVICE ARE ONLY KEPT FOR 180 DAYS, THEREFORE ONLY ONE OF THE LISTED CALLS FOR SERVICE HAD A CD WITH THE 9-1-1 CALL, RADIO CALL AND FOLLOW UP PHONE CALL MADE TO PHOENIX POLICE.

THE INCIDENTS ARE AS FOLLOWS:


- INC NUM 60765452 ON 4-23-2006 @ 6517 N 28TH GLEN (LOUD PARTY)

    SUMMARY: A CALL IN REGARDS TO LOUD MUSIC WAS MADE. THERE WAS NO LOUD MUSIC DISCOVERED. CALL CLEARED.


- INC NUM 71986358 ON 10-14-2007 @ 6517 N 28TH GLEN (INCORRIGIBLE JUVENILE)

    SUMMARY: HELEN LANSKEY CALLED ABOUT HER SON NOT LISTENING TO HER (NOT MBEGBU FAMILY). NO RELEVANCE


- INC NUM 72107302 ON 11-01-2007 @ 6517 N 28TH GLEN (FIGHT CALL)

    SUMMARY: CALL MADE BY TOW COMPANY IN REGARDS TO CIVIL MATTER WITH HOME OWNER OVER VEHICLE. AGREEMENT REACHED BETWEEN TOW COMPANY AND HOME OWNER. NO REPORT MADE


- INC NUM 91691160 ON 10-23-2009 @ 6517 N 28TH GLEN (NEIGHBOR DISPUTE)

N. 28TH GLEN. MIMI TOLD THE DISPATCHER "WE'RE TRYING TO LEAVE AND HE WON'T LET US LEAVE". MIMI WENT ON TO TELL THE DISPATCHER HER FATHER, BALANTINE MBEGBU, WAS FIGHTING WITH EVERYONE IN THE HOUSE: MIMI, HER BROTHER, HER MOTHER AND HER AUNT.

MIMI TOLD THE DISPATCHER "HE HAS ANGER ISSUES, EVERY LITTLE THING GETS HIM UPSET." MIMI TOLD THE DISPATCHER SHE WAS TRYING TO DROP OFF HER AUNT AT THE HOUSE AND LEAVE. ACCORDING TO MIMI, HER FATHER REFUSED TO LET THEM LEAVE AND HELD ON TO THE DOOR AS SHE LEFT AND HE FELL. HER FATHER WAS ACCUSING HER OF MAKING HIM BLEED AS A RESULT OF HIM FALLING. MIMI INFORMED THE DISPATCHER SHE DID NOT OBSERVE HER FATHER BLEEDING.

OFFICERS J. WINFIELD #9376 AND M. IRVING #9503 RESPONDED TO THE CALL AND DETERMINED THIS WAS A VERBAL ARGUMENT BETWEEN BALANTINE MBEGBU AND HIS FAMILY OVER THEM NOT SHOWING HIM ENOUGH RESPECT AND A MONEY ISSUE. A REPORT WAS NOT GENERATED IN REFERENCE TO THIS CALL FOR SERVICE.

THE FOLLOWING DAY, BALANTINE MBEGBU CALLED THE NON EMERGENCY NUMBER TO SPEAK TO SOMEONE IN CHARGE AS HE WAS DISPLEASED WITH THE OFFICERS WHO RESPONDED TO HIS HOUSE IN REGARDS TO INCIDENT 14000812768. BALANTINE MBEGBU WENT ON TO TELL THE DISPATCHER HE DISAPPROVED OF HIS RECENT PHONE CONVERSATION WITH HIS SON'S PRINCIPAL TOO. MBEGBU WAS GIVEN THE PHONE NUMBER TO CACTUS PARK PRECINCT AND INSTRUCTED TO TALK TO THE OFFICERS' SUPERVISOR DIRECTLY IF HE HAD AN ISSUE WITH THE OFFICERS. IT IS UNKNOWN IF MBEGBU CALLED THE PRECINCT AFTER CALLING THE NON EMERGENCY NUMBER.

THERE WERE NO POLICE REPORTS OR FIELD INTERROGATION REPORTS ON FILE AS A RESULT OF ANY OF THESE CALLS FOR SERVICE.

I CONTACTED OUR COMMUNICATIONS BUREAU AND REQUESTED THE CALL DETAILS REPORTS FOR EACH OF THESE CALLS FOR SERVICE AS WELL AS ANY AUDIO (9-1-1 CALLS AND RADIO TRANSMISSIONS) THAT MAY STILL BE ON FILE.

I RECEIVED THE CALL DETAIL REPORTS FOR THE LISTED INCIDENTS. I ONLY RECEIVED A CD WITH THE 9-1-1 CALL, RADIO TRANSMISSIONS AND FOLLOW UP PHONE CALL MADE BY BALANTINE MBEGBU FOR INCIDENT 14000812768.

THE CALL DETAIL REPORTS FOR ALL OF THE INCIDENT AS WELL AS THE CD AND CALL DETAIL REPORT FOR 14000812768 SEPARATELY WERE IMPOUNDED AS EVIDENCE.

I ALSO CONTACTED OFFICERS WINFIELD AND IRVING IN REGARDS TO THEIR RESPONSE TO 6517 N 28TH GLEN ON MAY 11TH, 2014. OFFICER WINFIELD COULD ONLY REMEMBER THE MALE ON THE CALL (BALANTINE MBEGBU) FEELING DISRESPECTED BY HIS FAMILY.

OFFICER IRVING WAS CONTACTED AND REMEMBERED CONTACTING BALANTINE MBEGBU, HIS WIFE, HER MOTHER AND TWO TEENAGED CHILDREN. BALANTINE WAS EXTREMELY UPSET WITH EVERYONE ELSE AT THE RESIDENCE. HE KEPT TELLING OFFICER IRVING AND WINFIELD THAT NO ONE RESPECTED HIM. HE WAS ANGRY, AND

COMMENTED NUMEROUS TIMES THAT THE RESIDENCE WAS HIS AND HE WAS IN CHARGE. HE THOUGHT EVERYONE SHOULD BE RESPECTING HIM, INSTEAD OF SPENDING HIS MONEY.

OFFICER IRVING DIDN'T RECALL BALANTINE THREATENING ANYONE, BUT OFFICER WINFIELD HAD TO TELL HIM A COUPLE OF TIMES TO SIT DOWN AND RELAX. BALANTINE WOULD NOT LISTEN TO THE OFFICERS AND WANTED THE FAMILY TO LEAVE THE HOUSE. OFFICER IRVING BELIEVED THE WIFE WAS LIVING IN A BEDROOM WITH AN OUTSIDE ENTRANCE TO THE MAIN RESIDENCE. NO ONE MADE ANY COMMENTS OF ANYTHING PHYSICAL HAPPENING, THEY SAID BALANTINE WAS ALWAYS ANGRY AND THEY DID NOT WANT TO DEAL WITH IT ANYMORE. OFFICER IRVING THOUGHT THE WIFE, HER MOTHER, AND THE TEENAGED DAUGHTER LEFT THE RESIDENCE AND THE TEENAGE SON WAS GOING TO STAY.

I ALSO CONTACTED SERGEANT BRIAN THATCHER #8135, WHO WAS OFFICER IRVING AND WINFIELD'S SUPERVISOR AT THE TIME. SERGEANT THATCHER DID NOT RECEIVE ANY COMPLAINTS FROM BALANTINE MBEGBU AS A RESULT OF THE OFFICERS' RESPONSE TO THE RESIDENCE.

VICTIM RECEIVED RIGHTS INFORMATION: NO        MAIL-IN SUPPLEMENT:

INVOICES:    4391417

DR ENTERED BY : 6597    DR FINALIZED BY : 6597

END OF REPORT        DR NO: 2014 01742449    029

COP_BM000080

REPORT DATE: 20150322    TIME: 2357

TYPE OF REPORT:   AGGRAVATED ASSAULT ON POLICE OFFICERS    OFFENSE: 245

LOCATION: 006517 N 28TH GLEN                              BEAT: 0915   GRID: CC22

DATE/TIME OF OCCURRENCE:    MON    100614    2111

REPORTING OFFICER[S]: JACOB RASMUSSEN                     9140       UNIT: C57

OFFENSE INVOLVED:   BIAS - NONE(NO BIAS)

**** NARRATIVE ****

SERIAL NUMBER: 9140

```
                    2014-01-742449
            DETECTIVE J. RASMUSSEN #9140
                 VIOLENT CRIMES BUREAU
                NIGHT DETECTIVE UNIT (C57)
========================================================
                    INTERVIEW SUPPLEMENT
========================================================
```

INTERVIEW WITH OFFICER B. PELKE #7759:
**************************************
INTERVIEW DATE:          OCTOBER 7, 2014
RECORD FILE#:            141007_001.MP3
START TIME:              0111 HOURS
END TIME:                0120 HOURS

ON OCTOBER 7, 2014 AT APPROXIMATELY 0111 HOURS I INTERVIEWED OFFICER PELKE #7759. THE INTERVIEW TOOK PLACE AT 6517 NORTH 28TH GLEN, AT THE FRONT OF HIS MARKED PATROL VEHICLE. THE FOLLOWING IS A SUMMARY OF THAT INTERVIEW. FOR ADDITIONAL DETAILS OF THE INTERVIEW REFER TO THE DIGITAL AUDIO RECORDING. THE RECORDING WAS UPLOADED TO DIGITAL AUDIO SERVER THAT IS MAINTAINED BY THE FORENSIC IMAGING UNIT.

INTERVIEW SYNOPSIS:
*******************

WHEN OFFICER PELKE ARRIVED ON SCENE OFFICERS JOHNSON, GONZALEZ, WEBER, AND ZEMAITIS WERE ON SCENE. THEY WERE ALL IN THE LIVING ROOM OR THE FIRST ROOM YOU ENTER UPON WALKING INTO THE ABOVE LISTED RESIDENCE.

WHEN OFFICER PELKE ARRIVED OFFICER ZEMAITIS ALREADY HAD THE SUSPECT IN CUSTODY AND WAS PROPPED UP IN A SITTING POSITION NEAR OFFICER ZEMAITIS' LEGS. OFFICER PELKE ORIGINALLY RESPONDED AT THE REQUEST OF OFFICERS FOR A RIP RESTRAINT. UPON SEEING THE SUSPECT SITTING ON THE GROUND, IN CUSTODY, OFFICER PELKE ASKED OFFICER ZEMAITIS IF HE STILL NEEDED THE RIP RESTRAINT

2014 01742449    37                                              Continued.

COP_BM000094

AND OFFICER ZEMAITIS STATED THAT HE DID NOT.

OFFICER PELKE THEN ASKED OFFICER ZEMAITIS IS THE SUSPECT WAS BREATHING, BASED UPON WHAT HE OBSERVED SO FAR AS THE SUSPECTS APPEARANCE WAS CONCERNED.  OFFICER ZEMAITIS STATED THAT HE WAS ABLE TO FEEL A PULSE AND BEGAN TO LOOK AND SEE IF HE WAS BREATHING.  OFFICER ZEMAITIS COULD NOT TELL IF THE SUSPECT WAS BREATHING.  THAT BEING THE CASE THE SUSPECT WAS UNCUFFED.  AT THAT TIME OFFICER PELKE WAS DEALING WITH THE FAMILY AND STEPPED OUTSIDE TO VOICE OVER THE RADIO TO HAVE FIRE "STEP IT UP."

OFFICER PELKE REMAINED OUTSIDE IN ORDER TO DIRECT FIRE TO THE SCENE BECAUSE WITH ALL OF THE PATROL CARS IT WAS DIFFICULT TO TELL WHICH HOUSE WAS THE TARGET LOCATION.  WHEN OFFICER PELKE ARRIVED THE WIFE AND SISTER OF THE SUSPECT WERE ON SCENE AND THEY WERE ESCORTED INTO THE KITCHEN.

OFFICER PELKE DID NOT OBSERVE ANY INJURIES TO THE SUSPECT.  BEFORE ARRIVING ON SCENE OFFICER WEBER HAD ALREADY REQUESTED THAT FIRE RESPOND. OFFICER PELKE ESTIMATES THAT THE TIME THAT ELAPSED BETWEEN OFFICER WEBER REQUESTING FIRE AND HIS ARRIVAL ON SCENE WAS APPROXIMATELY A MINUTE. OFFICER PELKE OBSERVED OFFICERS DOING CHEST COMPRESSIONS AND THEN OBSERVED FIRE RENDERING AIDE AFTER THEIR ARRIVAL.

AFTER FIRE LEFT WITH THE SUSPECT OFFICER PELKE ASSISTED SECURING THE SCENE AND PROVIDING SECURITY AT THE SCENE PRIOR TO INVESTIGATORS ARRIVAL.

THE INTERVIEW CONCLUDED AT APPROXIMATELY 0120 HOURS.

  VICTIM RECEIVED RIGHTS INFORMATION:  NO          MAIL-IN SUPPLEMENT:

INVOICES:

  DR ENTERED BY : 9140    DR FINALIZED BY : 9140

                        END OF REPORT        DR NO: 2014 01742449   037

COP_BM000095