# EXHIBIT 6

EXHIBIT 6

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Ngozi Mbegbu, individually as the surviving spouse of decedent Balantine Mbegbu and on behalf of decedent's children Ogechukwu Amarachukwu Gloria Mbegbu and C.C.E.M. (a minor) as the statutory beneficiaries of Balantine Mbegbu; and as Personal Representative of the Estate of Balantine Mbegbu, | Case No. 2:16-cv-00424-DGC |
| Plaintiffs, | |
| vs. | |
| City of Phoenix, et al., | |
| Defendants. | |

VIDEOTAPED DEPOSITION OF SABINAH ODOM

Chandler, Arizona
March 14, 2017
12:15 p.m.

REPORTED BY:
MARTA M. JOHNSON, RPR
Certified Reporter
Arizona Certificate Number 50746

PREPARED FOR:
ASCII/COPY

(Certified Copy)

I N D E X

| WITNESS | PAGE |
|---|---|
| SABINAH ODOM | |
| Examination By Ms. Retts | 5 |
| Examination By Mr. Megwa | 52 |
| Further Examination By Ms. Retts | 56 |

E X H I B I T S

| Deposition Exhibits: | Description | Marked |
|---|---|---|

(NONE MARKED)

THE VIDEOTAPED DEPOSITION OF SABINAH ODOM was taken on March 14, 2017, commencing at 12:15 p.m. at the law office of Struck Wieneke & Love, P.L.C., 3100 West Ray Road, Suite 300, Chandler, Phoenix, Arizona, before MARTA M. JOHNSON, a Certified Reporter in the State of Arizona, and a Registered Professional Reporter.

COUNSEL APPEARING:

For the Defendants City of Phoenix, Matthew Johnson, Celina Gonzales, Joel Zemaitis and William Weber:

Struck Wieneke & Love, P.L.C.
By: MS. CHRISTINA RETTS
3100 West Ray Road
Suite 300
Chandler, Arizona 85226

For the Plaintiffs:

Megwa Law
By: MR. SABINUS A. MEGWA
6811 South Central Avenue
Phoenix, Arizona 85040-5420

ALSO PRESENT:
William Marinakis - CLVS
Ngozi Mbegbu

A. No, it's not yelling. Only they have -- you know, as he said, a stammerer, it seemed that their voice is high, but it's not.

Q. Did Balantine seem angry to you?

A. No, no, no, no. He -- my [sic] love in-law.

Q. Did he seem angry at the officers?

A. No. Only that he asked them, "What did you come for? Did I called you? Did my wife called you?"

They said, "No. Only that somebody told them that they say domestic violence in the house." Then they ask him, they say, "Did you see anything wrong here? Did we call or anything, you know?"

Q. Did you hear Balantine ask the officers if they were there to shoot and kill him?

A. Huh?

Q. Did you ever hear Balantine say to the officers, "Are you here to shoot and kill me"?

A. Yes. He told them, he said, "Are you here to kill me?"

Q. What did the officers say to that in response?

A. He said, "No. That somebody told them that there is violent -- domestic violence in his house."

Q. When the two officers came into the house --

A. Uh-huh.

Q. -- and Balantine was talking to them, where was

Q. -- are -- is that the officer Number 2 and 3?

A. I don't know the face of these men. For all I know that -- I know this woman simple. I can't even remember the face.

Q. When they came in, the two officers who came in, one of them was a woman. When they came in, was the door open or closed?

A. No. It was -- my sister opened the door for them. See, this is my husband. I think I told you that he's eating.

Q. When you're -- after your sister opened the door, did she close it behind her? Or did she leave it open?

A. The door was open.

Q. Okay. Was the door open the whole time?

A. Uh-huh. Then the police people went and close it, stand at that -- that door.

Q. Did the police officers back up into it?

A. Yes.

Q. And it closed as they backed up into it?

A. Uh-huh.

Q. Were they backing away from Balantine? Was Balantine moving toward them?

A. He just take back -- back by the door and facing the Balantine.

Q. So he backed up into the door?

A. Uh-huh.

Q. Yes? Is that a "yes"?

A. Huh?

Q. I'm sorry. The court reporter can't take down the "uh-huhs."

A. Okay.

Q. So we need --

A. Yeah.

Q. -- to say "yes" --

A. I'm sorry.

Q. -- or "no."

A. I'm sorry.

Yes. Yes.

Q. So the officer backed up --

A. Yes.

Q. -- into the door?

A. Yes.

Q. And the door shut?

A. Yes.

Q. And where was Balantine when that happened?

A. He was in the couch, sitting down in the couch there.

Q. So he never stood up?

A. Huh-uh. Whether he stood up, I can't tell.

Q. So you're not sure if he stood up or not?

Q. There was no struggle at all --

A. Huh-uh.

Q. -- between Balantine and the officers?

A. Huh-uh.

THE COURT REPORTER: Is that a "no"?

BY MS. RETTS:

Q. Is that a "no"?

There was no struggle at all?

A. There was no struggle, no.

Q. Was there any time that Balantine was struggling with the officers?

A. I didn't see.

Q. Did you see him moving his body around like he did not want to be arrested?

A. I did not see, because all my body shivering.

Q. Did you see Balantine hit any of the officers?

A. The time he hit his leg is the time they Taser him, and he make this like this.

Q. And when he was being Tasered, he hit one of the officers with his leg?

A. He -- he just hit his leg like this. "I'm dying. I'm dying."

Q. And while he was having the Taser happen, he was saying that --

A. I'm dying.

Q. -- he was dying?
A. They carry him to the ground, here break, blood.
Q. Did the officers fall to the ground too?
A. Yeah, because of -- the man is a hefty man.
Q. So Balantine is a big man?
A. Yes.
Q. Was -- was Balantine bigger than the officer in Picture 3, the woman?
A. Huh?
Q. The woman in Picture 3, do you remember her and what size she was?
A. She was standing there.
Q. Was she a small woman?
A. Yes, as it is like this.
Q. Was she smaller than Balantine?
A. Uh-huh.
Q. Was that a "yes"?
A. Yes. Thank you.
Q. The officer who is in Picture Number 2, was he smaller than Balantine?
A. Huh?
Q. Was he shorter than Balantine?
A. Yes. Yes.
Q. The officer who's in Picture Number 1, was he shorter than Balantine?

A. Uh-huh.
Q. Sorry.
Was that a "yes"?
A. Yes. Okay. Sorry. Please.
Q. The officer who is in Picture Number 4, was he also smaller than Balantine?
A. He's not small.
Q. Was he skinnier than Balantine?
A. Uh-huh.
Q. He's less big than Balantine?
A. Yes.
Q. Was Balantine a strong man?
A. Yes.
Q. Tall man?
A. Uh-huh. Yes.
Q. How many times did you see a Taser? You say one of the office --
A. Tse-tse-tse-tse-tse-tse. Just like fire. Both face, all his chest.
Q. Was it one time?
A. Just make a tse-tse-tse-tse-tse-tse.
Q. And you heard that one time? Only one time you heard it?
A. It's not to -- just like tse-tse-tse-tse-tse-tse. Shredding -- tse-tse-tse-tse-tse-tse. Like spreading a --

CPR?

A. Huh?

Q. Can you tell me which one of the officers in the picture there, do you know which one did the CPR?

A. You know, this thing happened that I -- I couldn't even get myself. I can't even remember them. Only this woman I remember his -- her face.

Q. The officer who is in Picture Number 4 right there, do you remember exactly what he did, what you saw him do that night?

A. Sister, I cannot remember their faces. Who did what with the -- what the other person did.

Q. When Balantine -- when the Taser was happening, was he in the couch sitting?

A. They -- they carry him that time to the ground. That is the time this thing here break up, blood.

Q. So he -- while the Taser was going, they were carrying him to the ground?

A. Uh-huh.

Q. Was that a "yes"?

A. Yes, my dear. He was shouting, "I'm dying. I'm dying."

Q. When he went to the ground, what happened then?

A. They wanted to handcuff him. After they handcuff him, they bring him -- they raise him up, he slumped. He

couldn't talk again.

Q. Did you see how the officers handcuffed him? Like, exactly what each one did?

A. Pardon? The -- immediately they raise him up and see that he slumped, they remove the handcuff, started laying him down like this, they started giving him CPR.

Q. For the handcuffs, was there one officer on each side of him? One had one arm; one had the other arm?

A. When they held him to the ground, the other person hold his head like this. The other one hold the leg. Then the other one hold his hands like this to put on the handcuff.

Q. So it was one officer who did the handcuffing?

A. Yes.

Q. One officer held his hand to his head?

A. Uh-huh.

Q. Is that a "yes"?

A. Yes, my dear. Sorry.

Q. And then one officer held his legs?

A. Yes.

Q. Okay. The woman, was she involved in the handcuffing at all?

A. Huh-uh. It was the time they wanted to raise him up.

Q. You were interviewed by the police that night.

Do you remember that?

A. Yes.

Q. And when the police interviewed you, did you tell the truth to them?

A. Yes.

Q. And you tried to be as accurate as you could? You tried to be as complete? You didn't want to leave out any information?

A. Yes.

Q. After you were interviewed, have you remembered anything new that you didn't tell the police?

A. Yes. This is -- this is -- the woman, I told you, that during the time they Taser him, she was -- "I'm dying" -- they carry him to the ground, then here break.

Q. Okay. You didn't tell the police that?

A. I couldn't because I wasn't with myself; I was shivering.

Q. Did you ever call the police and tell them that you had more information to provide?

A. I didn't, because I didn't know anybody's number.

Q. Is there anything else new that you remember?

A. That's all.

Q. Okay. Have you reviewed the police report? Have you read it?

A. Say --

down on the ground?

A. Huh?

Q. Was Balantine only on the ground the one time?

A. No. The first one, they wanted to carry him -- all of them fall down there. They take him to the couch. Before that time, this time the fourth person come and they Taser him.

Q. Okay. So the third office came, there was a struggle, everybody fell to the ground; correct?

A. No. They want to hurt him. So all of them fell down.

Q. Were there three officers at that point --

A. Yes.

Q. -- or only two?

A. Only three -- three officers.

Q. And all three of the officers, were they trying to hold Balantine? Or -- or was the woman standing away?

A. She was with them.

Q. And they fell to the ground?

A. She was -- she helped them to raise him up to the couch. And the time she fell -- they heard [sic] him for the ground, she helped them again to raise them up.

Q. Did -- was she one of the officers who fell down to the ground?

A. You mean the officers?

A. I didn't see her.

Q. Does -- does Leticia now live in California?

A. No.

Q. Okay. Do you know where she lives?

A. I don't know where she live.

Q. When your sister came back into the house after she had left to go get Buka, did she tell you she had called Leticia to come pick her up because there was no gas?

A. Yes.

Q. When you first heard Balantine talking to the officers, where was your sister?

A. My sister was there now.

Q. Was she standing next to you? Do you remember exactly where in the house she was?

A. Huh-uh.

Q. The officer who's in Picture Number 1, can you tell me everything that you remember him doing?

A. I told you that I could never recognize their faces.

Q. Did you think that Balantine was struggling with the officers?

A. I didn't see. No.

Q. Did you ever hear any of the officers tell Balantine to stop struggling?

A. Come back again. I didn't hear you well.

Q. Your memory, do you remember things about what happened that night very clearly?

A. What happened that day?

Q. Yes, with Balantine, do you remember that clearly?

A. Yes, it's what I told you now.

Q. Do you think you remembered it better when you talked to the officers or today?

A. That I talked to officer today?

Q. You talked to officers that night. Do you remember doing that?

A. Yes.

Q. And then today we've talked?

A. Yes.

Q. If you had to tell me when your memory would be better, which time do you think your memory would be better?

A. My memory?

Q. Is it the same? Would it be better when you talked to officers or would it be better today?

A. What I told you is -- everything I told you is what I know.

Q. Do you think your memory has faded over time?

A. Yeah. During that time my memory was failed, you

know. I was full of fear because I haven't seen such a thing before.

Q. Do you know about how many seconds it was from the time that you heard the Taser until the time that Balantine was on the ground?

A. It was not when he was on the ground; it was when he sit on the couch, the fourth one came. They called him. Then he came and tse-tse-tse-tse-tse-tse. That's all.

Q. And after you heard that noise, how long was it until Balantine was on the ground?

A. Immediately he Taser him. He said, "Oh, my God. I'm dying. I'm dying." Then they carry him to the ground.

Q. So it happened immediately?

A. Yes. Here break.

Q. When he was on the ground, was he saying anything?

A. He didn't say any -- he only said, "I'm dying." Simple. He didn't talk again.

Q. Do you remember him saying after the Taser happened, "My eyes. My eyes"?

A. Yes. Oh, God.

Q. Do you need to take a break?

MS. RETTS: We're almost finished.

Q. She's not a blood sister, is she?
A. No.
Q. Okay.
A. She's not a blood sister.
Q. But your sister consider -- Ngozi considers her as a sister. Is that right?
A. Yes.
Q. Okay. When the officers told you and your sister, Ngozi, to stay back --
A. Uh-huh.
Q. -- were any of the officers blocking your view from where Balantine was at?
A. There were two officers. One standing like this; one standing like this. We will be -- we are there.
Q. Were you able to see Balantine clearly --
A. Huh?
Q. -- from -- were you able to see Balantine clearly from where you were standing?
A. No.
Q. Okay. Talking about all the four police officers --
A. Uh-huh.
Q. -- can you truthfully say that you saw what each one of them did that night?
A. I only see this woman. But because of fear and

everything, I couldn't even recognize their faces.

Q. Okay. So you don't know what each one of the officers did --

A. Yes.

Q. -- right?

A. Only the other person that Taser him.

Q. Okay. To the best of your knowledge, they took Balantine down two times; is that correct?

A. Yes.

Q. Okay. And on the first -- was it on the first or second occasion that he sustained the cut?

A. The second one.

Q. Okay. You do remember that you gave an interview to the police after the incident; correct?

A. Yes.

Q. And that happened shortly after the paramedics took Balantine out of the house; correct?

A. Yes.

Q. During that interview, you told the police officers that Balantine kicked one of the officers; is that correct?

Do you remember that?

A. Yes. Because it was the time they Taser him, he kicked like this.

Q. Okay. Do you know if he intentionally kicked the

STATE OF ARIZONA )
) ss.
COUNTY OF MARICOPA )

BE IT KNOWN that the foregoing proceedings were taken before me; that the witness before testifying was duly sworn by me to testify to the whole truth; that the foregoing pages are a full, true, and accurate record of the proceedings, all done to the best of my skill and ability; that the proceedings were taken down by me in shorthand and thereafter reduced to print under my direction.

I CERTIFY that I am in no way related to any of the parties hereto, nor am I in any way interested in the outcome hereof.

[X] Review and signature was requested; any changes made by the witness will be attached to the original transcript.

[ ] Review and signature was waived/not requested.

[ ] Review and signature not required.

I CERTIFY that I have complied with the ethical obligations set forth in ACJA 7-206(F)(3) and ACJA 7-206 J(1)(g)(1) and (2).

Dated at Phoenix, Arizona, this 20th day of March, 2017.

____________________________________
MARTA M. JOHNSON, RPR
Certified Reporter
Arizona CR No. 50746

* * * * *

I CERTIFY that GRIFFIN & ASSOCIATES, LLC, has complied with the ethical obligations set forth in ACJA 7-206 (J)(1)(g)(1) through (6).

____________________________________
GRIFFIN & ASSOCIATES, LLC
Registered Reporting Firm

**EXHIBIT 7**

**EXHIBIT 7**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Ngozi Mbegbu, individually as the surviving spouse of decedent Balantine Mbegbu and on behalf of decedent's children Ogechukwu Amarachukwu Gloria Mbegbu and C.C.E.M. (a minor) as the statutory beneficiaries of Balantine Mbegbu; and as Personal Representative of the Estate of Balantine Mbegbu,

Plaintiffs,

vs.

City of Phoenix, et al.,

Defendants.

Case No. 2:16-cv-00424-DGC

VIDEOTAPED DEPOSITION OF

C[redacted] MBEGBU

Chandler, Arizona
March 16, 2017
9:00 a.m.

REPORTED BY:
LINDA BLACKMON, RPR/RMR
Certified Reporter
Certificate No. 50320

PREPARED FOR:

(Copy)

I N D E X

WITNESS Page

C[redacted] MBEGBU

Examination by Ms. Retts 5

E X H I B I T S

Deposition Exhibits: Description Page

(NO EXHIBITS WERE MARKED)

VIDEOTAPED DEPOSITION OF C[redacted] MBEGBU, was taken on March 16, 2017, commencing at 9:11 a.m., at the law offices of Struck Wieneke & Love, 3100 West Ray Road, Chandler, Arizona, before LINDA BLACKMON, RPR/RMR, a Certified Reporter in the State of Arizona.

COUNSEL APPEARING:

For the Plaintiffs:
Megwa Law Offices
By: SABINUS A. MEGWA, ESQ.
6811 South Central Avenue
Phoenix, Arizona 85042

For the Defendants:
Struck Wieneke & Love
By: CHRISTINA RETTS, ESQ.
3100 West Ray Road, Suite 300
Chandler, Arizona 85226

ALSO PRESENT:

William Marinakis, VideoDep, Incorporated

Ngozi Mbegbu

Mimi Mbegbu

an argument at all the day that he passed away?

A. The night before.

Q. Tell me what you remember about that.

A. One of my friends had came over to my house because his parents were -- left out of town for that night, and his parents asked if he can stay for the night.

So when he came in, he passed my father without greeting him, and that kind of made my father mad and it got him furious. So my father requested the boy to leave, but we didn't want him to leave because it was too late. We didn't want him to walk alone.

And, plus, if he got home, he wouldn't have been able to go in the house. So it was just an argument about that. But later on, my father cooled down and he said, "okay, the boy can stay."

Q. Did you notice at any point any change in your father's personality close to the time of his death or in the year before?

A. Well, throughout his life he was more stressed. I think most of his anger came from stress because he worked plenty. My mom, she had a stroke, so my father, he was taking care of everything, picking us up from school, taking care of every, like, duty in the house. So, like, most of his anger came from stress.

Q. Do you remember about what year that was?
A. No, I don't.
Q. Was there any other time that you went to visit him?
A. There was another time so long ago, though, I couldn't give you a year, but he had a high fever.
Q. Did you ever learn or know that your father had been injured while working on the job?
A. No.
Q. Did you know your father to have any type of a physical limitation where he couldn't do anything with any part of his body?
A. No.
Q. Is it fair to say that he was a tall, strong man?
A. Yes.
Q. How tall was he?
A. If I had to guess, like, five-ten, five-eleven.
Q. At the time, were you taller than him or was he?
A. I was taller than him.
Q. And if you had to estimate his weight?
A. 230, 240.
Q. Did your father have any nicknames?
A. Not that I know of.

STATE OF ARIZONA )
) ss.
COUNTY OF MARICOPA )

BE IT KNOWN that the foregoing proceedings were taken before me; that the witness before testifying was duly sworn by me to testify to the whole truth; that the foregoing pages are a full, true and accurate record of the proceedings, all done to the best of my skill and ability; that the proceedings were taken down by me in shorthand and thereafter reduced to print under my direction.

I CERTIFY that I am in no way related to any of the parties hereto nor am I in any way interested in the outcome hereof.

[X] Review and signature was requested.
[ ] Review and signature was waived.
[ ] Review and signature not required.

I CERTIFY that I have complied with the ethical obligations set forth in ACJA 7-206(F)(3) and ACJA 7-206 J(1)(g)(1) and (2). Dated at Phoenix, Arizona, this 28th day of March, 2017.

______________________________
Linda Blackmon, RPR, RMR
Certified Reporter
Arizona CR No. 50320

* * * *

I CERTIFY that GRIFFIN & ASSOCIATES, LLC, has complied with the ethical obligations set forth in ACJA 7-206 (J)(1)(g)(1) through (6).

______________________________
GRIFFIN & ASSOCIATES, LLC
Registered Reporting Firm
Arizona RRF No. R1005

# EXHIBIT 8

EXHIBIT 8




**City of Phoenix Police Department**
**Call Unit Activity Report**

**Search Parameters**

**Year:** 2014 **Incident Number:** 14001742449

| Date | Incident Number (Click for Detail) | Status | Remarks | Serial Number | Unit Id | Squad | Entered By |
|---|---|---|---|---|---|---|---|
| 10/6/2014 21:08:44 | 14001742449 | EN | 6517 N 28TH GL | 07736 GONZALES,CELINA A | 913M | 91K | A4783 |
| 10/6/2014 21:08:44 | 14001742449 | EN | 6517 N 28TH GL | 08919 JOHNSON,MATTHEW D | 913M | 91K | A4783 |
| 10/6/2014 21:11:25 | 14001742449 | A | | 07736 GONZALES,CELINA A | 913M | 91K | 07736 |
| 10/6/2014 21:11:25 | 14001742449 | A | | 08919 JOHNSON,MATTHEW D | 913M | 91K | 07736 |
| 10/6/2014 21:17:18 | 14001742449 | A | ANOTHER UNIT | 07736 GONZALES,CELINA A | 913M | 91K | A4783 |
| 10/6/2014 21:17:21 | 14001742449 | EN | 6517 N 28TH GL | 09085 ZEMAITIS,JOEL F | 914L | 91K | A4783 |
| 10/6/2014 21:18:34 | 14001742449 | EN | 6517 N 28TH GL | 09379 WEBER,WILLIAM R | 914K | 91K | A4783 |
| 10/6/2014 21:18:37 | 14001742449 | EN | DELETED STACK TO PH14-1742531 | 09379 WEBER,WILLIAM R | 914K | 91K | A4783 |
| 10/6/2014 21:18:43 | 14001742449 | A | | 09085 ZEMAITIS,JOEL F | 914L | 91K | 09085 |
| 10/6/2014 21:20:33 | 14001742449 | EN | 6517 N 28TH GL | 06822 PAGONE,ERIC B | 91K | 91K | A4783 |
| 10/6/2014 21:20:39 | 14001742449 | EN | 6517 N 28TH GL | 08475 KRIZ,PETR | 911M | 91K | A4783 |
| 10/6/2014 21:20:39 | 14001742449 | EN | 6517 N 28TH GL | 07759 PELKE,BRANDON A | 911M | 91K | A4783 |
| 10/6/2014 21:21:00 | 14001742449 | EN | ASSIST:914L /6517 N 28TH GL | 07543 O'NEILL,JAMES J | 925F | 92F | 07543 |
| 10/6/2014 21:21:00 | 14001742449 | EN | CONTROL FOR UNIT CHANGED 915 | 07543 O'NEILL,JAMES J | 925F | 92F | 07543 |
| 10/6/2014 21:21:03 | 14001742449 | EN | ASSIST:911M /6517 N 28TH GL | 09191 MESHO,ASHOOR L | 923K | 92K | 09191 |
| 10/6/2014 21:21:03 | 14001742449 | EN | CONTROL FOR UNIT CHANGED 915 | 09191 MESHO,ASHOOR L | 923K | 92K | 09191 |
| 10/6/2014 21:21:13 | 14001742449 | EN | C4 ONE IN CUST | 09379 WEBER,WILLIAM R | 914K | 91K | A4783 |
| 10/6/2014 21:21:25 | 14001742449 | EN | ASSIST:913M /6517 N 28TH GL | 08590 GOLISCH,STEVEN C | 931O | 93G | 08590 |
| 10/6/2014 21:21:25 | 14001742449 | EN | ASSIST:913M /6517 N 28TH GL | 08726 DIAZ,AUSTIN J A | 931O | 93G | 08590 |
| 10/6/2014 21:21:25 | 14001742449 | EN | CONTROL FOR UNIT CHANGED 915 | 08590 GOLISCH,STEVEN C | 931O | 93G | 08590 |



**City of Phoenix Police Department**
**Call Unit Activity Report**

**Search Parameters**

**Year:** 2014 **Incident Number:** 14001742449

| Date | Incident Number (Click for Detail) | Status | Remarks | Serial Number | Unit Id | Squad | Entered By |
|---|---|---|---|---|---|---|---|
| 10/6/2014 21:21:25 | 14001742449 | EN | CONTROL FOR UNIT CHANGED 915 | 08726 DIAZ,AUSTIN J A | 931O | 93G | 08590 |
| 10/6/2014 21:21:51 | 14001742449 | EN | UNIT W/WRIST RESTRAINT | 09379 WEBER,WILLIAM R | 914K | 91K | A4783 |
| 10/6/2014 21:21:57 | 14001742449 | EN | WE HAVE ONE | 08475 KRIZ,PETR | 911M | 91K | A4783 |
| 10/6/2014 21:22:06 | 14001742449 | I | | 08590 GOLISCH,STEVEN C | 931O | 93G | 08590 |
| 10/6/2014 21:22:06 | 14001742449 | I | | 08726 DIAZ,AUSTIN J A | 931O | 93G | 08590 |
| 10/6/2014 21:22:06 | 14001742449 | I | CONTROL FOR UNIT CLEARED | 08590 GOLISCH,STEVEN C | 931O | 93G | 08590 |
| 10/6/2014 21:22:06 | 14001742449 | I | CONTROL FOR UNIT CLEARED | 08726 DIAZ,AUSTIN J A | 931O | 93G | 08590 |
| 10/6/2014 21:22:35 | 14001742449 | EN | FIRE NOT NEEDED | 09379 WEBER,WILLIAM R | 914K | 91K | A4783 |
| 10/6/2014 21:22:45 | 14001742449 | A | | 09191 MESHO,ASHOOR L | 923K | 92K | 09191 |
| 10/6/2014 21:23:06 | 14001742449 | A | | 07543 O`NEILL,JAMES J | 925F | 92F | 07543 |
| 10/6/2014 21:24:47 | 14001742449 | EN | FIRE FOR SUBJ UNCONCIOUS | 09379 WEBER,WILLIAM R | 914K | 91K | A4783 |
| 10/6/2014 21:25:12 | 14001742449 | DP | (AM) AMBULANCE: AM, | | | | A4783 |
| 10/6/2014 21:26:05 | 14001742449 | A | ALSO HAVE TASER DEPLOYMENT /91K COPIES | 09085 ZEMAITIS,JOEL F | 914L | 91K | A4783 |
| 10/6/2014 21:27:17 | 14001742449 | EN | DELETED STACK TO PH14-1742507 | 08475 KRIZ,PETR | 911M | 91K | A4783 |
| 10/6/2014 21:29:45 | 14001742449 | I | CONTROL FOR UNIT CLEARED | 09191 MESHO,ASHOOR L | 923K | 92K | A5580 |
| 10/6/2014 21:29:45 | 14001742449 | I | PREEMPT | 09191 MESHO,ASHOOR L | 923K | 92K | A5580 |
| 10/6/2014 21:29:49 | 14001742449 | A | | 06822 PAGONE,ERIC B | 91K | 91K | 06822 |
| 10/6/2014 21:29:56 | 14001742449 | EN | FIRE STEP IT UP UNK IF STILL BREATHING | 08475 KRIZ,PETR | 911M | 91K | A4783 |
| 10/6/2014 21:30:02 | 14001742449 | A | | 06822 PAGONE,ERIC B | 91K | 91K | A4783 |
| 10/6/2014 21:33:26 | 14001742449 | A | | 08475 KRIZ,PETR | 911M | 91K | A4783 |

**EXHIBIT 9**

**EXHIBIT 9**



**OFFICE OF THE MEDICAL EXAMINER**
**701 W. Jefferson St.**
**Phoenix, AZ 85007**

# MEDICAL EXAMINER REPORT

**DECEDENT:** Balantine Onye Mbegbu **CASE:** 14-06580

**DATE OF EXAMINATION:** 10/09/2014 **TIME:** 0822 Hours

**PRESENT AT EXAMINATION:**
**Phoenix Police Department:** Detective B. Korus badge #6597

## PATHOLOGIC DIAGNOSES

I. Status post sudden out of hospital cardiac arrest, with subsequent death pronouncement.

II. Acute cyclobenzaprine intoxication.
   A. Toxicology positive for cyclobenzaprine in blood (<0.18 mg/L).

III. Multiple medical problems.
   A. Cardiomegaly (450 grams), with myocyte hypertrophy and fibrosis.
   B. Cerebral artery atherosclerosis, severe.
   C. Aortic atherosclerosis, mild.
   D. Arteriolar sclerosis of kidneys.
   E. Clinical history of diabetes mellitus (uncontrolled), hypertension, hypothyroidism, and gout.

**PATHOLOGIC DIAGNOSES CONTINUE ON NEXT PAGE**

**CAUSE OF DEATH:** Cardiac arrest in the setting of acute cyclobenzaprine intoxication, multiple medical problems, and law enforcement subdual

**MANNER:** Undetermined

PROPERTY OF MARICOPA COUNTY DO NOT ...

03/31/15
**Date Signed**

WTS III, MD
**WILLIAM T. STANO III, MD**
**DEPUTY CHIEF MEDICAL EXAMINER**

**PATHOLOGIC DIAGNOSES CONTINUED**

F. Hepatomegaly, with histologic evidence of moderate steatosis.

IV. History of perimortem law enforcement subdual, including closed fist strike to face, use of conducted electrical device, prone restraint, and handcuff placement.
A. Superficial laceration with bruising and swelling of left cheek.
B. Skin lesions on chest (consistent with contact with conducted electrical device components).

V. Left 6th rib fracture, non-specific.
A. History of perimortem chest compressions.

VI. No evidence of scalp, skull, or intracranial hemorrhage or other trauma.

VII. Postmortem vitreous fluid electrolyte analysis within normal limits.

**REPORTED CIRCUMSTANCES OF DEATH**

The decedent was a 65-year-old male originally from Nigeria who had a medical history that included uncontrolled diabetes mellitus, hypertension, gout, and hypothyroidism. He was also on several long term prescription medications, including cyclobenzaprine. In June 2014 he was seen at a local medical center due to abdominal pain, hypoglycemia, and renal insufficiency. He was subsequently diagnosed with a partial small bowel obstruction and acute renal failure, had treatment that included intravenous fluids and the placement of a nasogastric tube, and was discharged to home.

On October 6, 2014, the Phoenix Police Department received a call from a person wishing to remain anonymous who stated that a female friend was in a verbal argument with her husband (the decedent). The caller also stated a concern that "it could get out of hand." On the same date at approximately 2108 hours, two officers responded to the decedent's private residence, and were let inside the residence by the decedent's wife. It was then reported that the decedent became "aggravated" by the presence of the officers. Events then transpired that led to the officers making a decision to place the decedent under arrest for aggravated assault on a police officer as well as disorderly conduct. After a third officer arrived, an attempt was made to take the decedent into custody, and during this time, a struggle ensued. During this struggle, subdual of the decedent included a closed fist strike to the left side of his face, the use of a conducted electrical device, prone restraint, and the placement of handcuffs. Also during the struggle, a fourth officer arrived to assist. Once subdual was achieved, it was noticed that the decedent was unresponsive and possibly not breathing. The handcuffs were then removed, and chest compressions were begun. Emergency medical personnel then responded to the scene, and noted him to be in asystole. He was then transported to John C. Lincoln - North Mountain Hospital (JCLNMH) where he arrived in the emergency department at 2152 hours. He was subsequently pronounced dead in the emergency department within one half hour of arrival.

**MICROSCOPIC EXAMINATION**

| | |
|---|---|
| Skin, chest: | No significant histopathologic changes |
| Thyroid gland: | No significant histopathologic changes |
| Heart: | Myocyte hypertrophy with patchy interstitial and perivascular fibrosis |
| Lung: | Congestion |
| Liver: | Macrovesicular steatosis, moderate |
| Kidney: | Hyperplastic and hyaline type arteriolar sclerosis |

**FINAL SUMMARY**

Based on the autopsy findings and all other investigative information, including medical records and police reports, received to date and as available to me, it is my opinion that the decedent, a 65-year-old male, sustained a cardiac arrest leading to death that occurred in the setting of acute cyclobenzaprine intoxication, multiple medical problems (including atherosclerotic and hypertensive cardiovascular disease, diabetes mellitus, hepatic steatosis, and hypothyroidism), and law enforcement subdual (including a closed fist strike to the face, the use of a conducted electrical device, prone restraint, and handcuff placement), all of which are known risk factors for cardiac arrest.

It is further my opinion that the manner of death is undetermined, since the above listed risk factors include natural (multiple medical problems) and non-natural (acute cyclobenzaprine intoxication, law enforcement subdual) processes.

*The Maricopa County Medical Examiner's Office is required by statute (A.R.S. § 11-594(A), (2), and (4)) to certify the cause and manner of death following completion of the death investigation of each case over which it assumes jurisdiction, and to promptly execute a death certificate, on a form provided by the state registrar of vital statistics, indicating the cause and manner of death. The form provided by the state registrar of vital statistics includes five manners of death: homicide, suicide, accident, natural, and undetermined. The determination of manner of death is a forensic determination by the pathologist predicated upon the totality of all then-known forensic evidence and other circumstances surrounding the cause of death; it is strictly a medical opinion and not a legal determination of criminal or civil responsibility of any person(s) for the death.*

WTS/og
D: 10/09/2014
T: 10/10/2014
WTS 03/31/15

WTS

# EXHIBIT 10

EXHIBIT 10



MBEGBU,BALANTINE O
MRN: [redacted]
DOB: [redacted] Sex: M

## Patient Demographics

| Name | Patient ID | SSN | Sex | Birth Date |
|---|---|---|---|---|
| Mbegbu, Balantine O | [redacted] | xxx-xx-5670 | Male | [redacted] (DECEASED) |

| Address | Phone | EMail | Employer |
|---|---|---|---|
| 6517 N 28TH GLEN PHOENIX AZ 85017-1283 | 602-347-6100 (H) 602-435-7055 (M) | | OTHER-STATE OF AZ |

| Reg Status | PCP | Date Last Verified | Next Review Date |
|---|---|---|---|
| ELAPSED | Provider Pt States None | 06/01/14 | 07/01/14 |

## Admission Information - Patient Record Only

| | | | | | |
|---|---|---|---|---|---|
| Arrival Date/Time: | 10/06/2014 9:52 PM | Admit Date/Time: | 10/06/2014 9:52 PM | IP Adm. Date/Time: | None |
| Admission Type: | Trauma Center | Point of Origin: | Self Referral | Admit Category: | None |
| Means of Arrival: | Ambulance (Phoenix Fire) | Primary Service: | Emergency Medicine | Secondary Service: | N/A |
| Transfer Source: | None | Service Area: | Honorhealth Service Area | Unit: | Jclmc Emergency Dept |
| Admit Provider: | None | Attending Provider: | Victoria S Alimov, MD | Referring Provider: | None |

## Discharge Information - Patient Record Only

| Discharge Date/Time | Discharge Disposition | Discharge Destination | Discharge Provider | Unit |
|---|---|---|---|---|
| 10/07/2014 1:46 AM | Expired | Other | None | Jclmc Emergency Dept |

## Final Diagnoses (ICD-9-CM)

| Principal | Code | Name | POA | CC | HAC | Affects DRG |
|---|---|---|---|---|---|---|
| [P] | 427.5 | Cardiac arrest | | | | |
| | 250.00 | Type II or unspecified type diabetes mellitus without mention of complication, not stated as uncontrolled | | | | |

## Prior to Admission Medications

None

## ED Records

### ED Provider Notes

Victoria S Alimov, MD 10/7/2014 05:31

ED PROVIDER NOTE
Date of Service: 10/6/2014
Time Seen: 11:14 PM
Provider: Victoria S Alimov, MD

**CHIEF COMPLAINT**

Chief Complaint

Patient presents with
- Trauma
- Assault Victim
- Cardiac Arrest

 JCL NORTH MOUNTAIN HOSPITAL
250 E DUNLAP AVE
PHOENIX AZ 85020-2825
Inpatient Record

MBEGBU,BALANTINE O
MRN: [redacted]
DOB: [redacted], Sex: M
Acct #: [redacted]
Adm: 10/6/2014, D/C: 10/7/2014

## ED Records (continued)

ED Provider Notes (continued)

### HISTORY OF PRESENT ILLNESS

The history is provided by the EMS personnel. The history is limited by the condition of the patient.
Old records reviewed: No prior ED visits.

The history was provided by EMS.

This patient is a 65 y.o. male presenting to the emergency department via EMS with a chief complaint of trauma code. Per EMS, the patient was involved in a domestic violence case. Phoenix PD were called, on their arrival, he attacked Phoenix PD and got hit in the head during the tackle. The patient attempted to get up and "attack" Phoenix PD officers who then tazed the patient. Pt went down and became unresponsive. En route, EMS gave the patient 3 rounds of Epinephrine, LMA was placed and chest compressions were continued. No further history is available secondary to the patient's condition.

Primary Care Physician:
Provider Not In System

### PAST MEDICAL HISTORY

Past Medical History

| Diagnosis | Date |
|---|---|
| • Diabetes mellitus | |

### PAST FAMILY HISTORY

No family history on file.

### PAST SURGICAL HISTORY

History reviewed. No pertinent past surgical history.

### SOCIAL HISTORY

History

Social History

| | |
|---|---|
| • Marital Status: | Married |
| Spouse Name: | N/A |
| Number of Children: | N/A |
| • Years of Education: | N/A |

Occupational History
• Not on file.

Social History Main Topics



JCL NORTH MOUNTAIN HOSPITAL
250 E DUNLAP AVE
PHOENIX AZ 85020-2825
Inpatient Record

MBEGBU,BALANTINE O
MRN:
DOB: Sex: M
Acct #
Adm: 10/6/2014, D/C: 10/7/2014

**ED Records (continued)**

**ED Provider Notes (continued)**

- Smoking status: Unknown If Ever Smoked
- Smokeless tobacco: Not on file
- Alcohol Use: Not on file
- Drug Use: Not on file
- Sexual Activity: Not on file

| Other Topics | Concern |
|---|---|

- Not on file

Social History Narrative

- No narrative on file

MEDICATIONS

**Prior to Admission medications**

Not on File

ALLERGIES

Allergies not on file

REVIEW OF SYSTEMS

Review of Systems
Unable to perform ROS: Acuity of condition

PHYSICAL EXAM

Triage vitals were reviewed.

| ED Triage Vitals | | |
|---|---|---|
| Temp | -- | |
| Heart Rate | 10/06/14 2202 | 31 |
| Resp | -- | |
| BP | 10/06/14 2203 | 125/94 mmHg |
| SpO2 | 10/06/14 2203 | 39 % |

Physical Exam
Vitals reviewed.
Constitutional: He appears well-developed and well-nourished.
HENT:
Head: Normocephalic.
Right Ear: External ear normal.
Left Ear: External ear normal.
Nose: Nose normal.

 JCL NORTH MOUNTAIN HOSPITAL
250 E DUNLAP AVE
PHOENIX AZ 85020-2825
Inpatient Record

MBEGBU,BALANTINE O
MRN
DOB: Sex: M
Acct
Adm: 10/6/2014, D/C: 10/7/2014

**ED Records (continued)**

**ED Provider Notes (continued)**

There is left periorbital edema extending to the left side of forehead. LMA is present in the oral cavity. No epistaxis.
Eyes: Right eye exhibits no discharge. Left eye exhibits no discharge. No scleral icterus.
Left conjunctival injection and small subconjunctival hemorrhage present. Pupils are fixed at 4 cm and nonreactive
Neck: No tracheal deviation present. No thyromegaly present.
No obvious step offs
Cardiovascular:
There is no spontaneous cardiac activity present
Pulmonary/Chest: Apnea noted. He is in respiratory distress. He exhibits no tenderness.
Pt is being manually ventilated via LMA with equal breath sounds present
Abdominal: He exhibits distension.
No palpable organomegaly
Genitourinary:
Normal appearing external male genitalia. No blood at the meatus.
Musculoskeletal:
No gross deformities of bones and joints.
Lymphadenopathy:
He has no cervical adenopathy.
Neurological:
GCS is 3T
Skin: No rash noted. No pallor.
There is soft tissue edema and abrasion on the left side of face.
Psychiatric: He has a normal mood and affect. His behavior is normal. Judgment and thought content normal.

**DIAGNOSTIC INVESTIGATIONS**

**Radiology Studies:**
X-RAY TRAUMA PAC (Canceled)
Radiology reports interpreted by radiologist, reviewed by me.

**Laboratory Studies:**
No results found for this or any previous visit.
Labs were ordered, reviewed, and interpreted by me.

**Monitor and Pulse Ox:**
Monitor interpreted by me shows asystole.

**Pulse Oxygenation:**
Pulse oximetry is 39% on 100% oxygen via LMA which is interpreted as severe respiratory distress by me.

**ASSESSMENT AND PLAN**

Differential Diagnosis includes but is not limited to: Cardiac arrest, Pneumothorax,



JCL NORTH MOUNTAIN HOSPITAL
250 E DUNLAP AVE
PHOENIX AZ 85020-2825
Inpatient Record

MBEGBU,BALANTINE O
MRN
DOB Sex: M
Acct
Adm: 10/6/2014, D/C: 10/7/2014

**ED Records (continued)**

**ED Provider Notes (continued)**

Hemothorax, Intracranial hemorrhage, Drug abuse, Cervical fracture, AAA

**Clinical Course and Critical Thinking:**
Balantine O Mbegbu is a 65 y.o. male who presents as a trauma 1 activation in cardiac arrest with chest compressions in progress. Airway was secured with LMA in the field and pt has had no return of spontaneous perfusion despite 3 rounds of epinephrine given by EMS.

**Timeline:**
**2158** - Initiated care, patient seen and evaluated at bedside by me along with Dr. Ali-Osman, Trauma Surgeon. EMS actively performing CPR on arrival.

**2159** - LMA removed. Per Dr. Peiser, Trauma Anesthesiologist, the patient has "a lot of vomit in his mouth" making intubation difficult.

**2201** - 1st Epinephrine given per my order. Bilateral chest tube placed by Dr. Ali-Osman with no blood or air noted. Intubation attempted by Dr. Peiser, which was unsuccessful.

**2202** - CPR continued, blood transfusion started.

**2203** - CPR held per Dr. Peiser, Trauma Anesthesiologist, intubation re-attempted which was unsuccessful. Patient is noted to be asystole. CPR continued. Dr. Ali-Osman ordered bicarb and Epinephrine.

**2205** - CPR held. 2nd Epinephrine given. 1st bicarb given. Intubation successful by Dr. Peiser.

**2206** - CPR continued. 2nd unit of blood started. 1g Calcium chloride given.

**2207** - 2nd bicarb given. CPR held, patient noted in asystole, CPR continued.

**2208** - 10 units of insulin given secondary to history of diabetes and blood sugar noted to be in the 200's in the field.

**2209** - 3rd Epinephrine given. 1st dose of Atropine given.

**2210** - CPR held, no pulse noted, no rhythm noted, CPR continued. 3rd bicarb given.

**2211** - CPR held, no cardiac activity noted on ultrasound. FAST is negative.

**2212** - Patient's time of death.

**Interventions:**

Medications
EPINEPHrine HCl injection (1 mg Intravenous Given 10/6/14 2209)
sodium bicarbonate 8.4 % injection (50 mEq Intravenous Given 10/6/14 2210)
calcium chloride 10 % injection (1 g Intravenous Given 10/6/14 2206)
insulin regular (HumuLIN,NovoLIN) injection (10 Units Subcutaneous Given 10/6/14 2208)

 JCL NORTH MOUNTAIN HOSPITAL
250 E DUNLAP AVE
PHOENIX AZ 85020-2825
Inpatient Record

MBEGBU,BALANTINE O
MRN:
DOB: Sex: M
Acct #
Adm: 10/6/2014, D/C: 10/7/2014

**ED Records (continued)**

**ED Provider Notes (continued)**

atropine injection (1 mg Intravenous Given 10/6/14 2209)

**Repeat Vitals:**

Filed Vitals:

| | 10/06/14 2202 | 10/06/14 2203 | 10/06/14 2203 | 10/06/14 2225 |
|---|---|---|---|---|
| BP: | | 125/94 | | |
| Pulse: | 31 | | 42 | |
| Weight: | | | | 96 kg (211 lb 10.3 oz) |
| SpO2: | | | 39% | |

**PROCEDURES**

Procedures

**CLINICAL IMPRESSION**

| | | SNOMED CT(R) |
|---|---|---|
| 1. | Cardiac arrest | CARDIAC ARREST |

**DISPOSITION**

Morgue

**CONDITION**

Expired

Victoria S Alimov, MD
John C. Lincoln Hospitals

Documentation assistance provided for Victoria S Alimov, MD by scribe Karen Pho. Information recorded by the scribe was done at my direction and has been reviewed and validated by me.

Victoria S Alimov, MD
10/07/14 0531

Addendum to note by Victoria S Alimov, MD at 10/7/2014 06:30

Victoria S Alimov, MD 10/7/2014 06:30

**ED PROVIDER NOTE**



JCL NORTH MOUNTAIN HOSPITAL
250 E DUNLAP AVE
PHOENIX AZ 85020-2825
Inpatient Record

MBEGBU,BALANTINE O
MRN:
DOB: Sex: M
Acct #
Adm: 10/6/2014, D/C: 10/7/2014

## HOSPITAL INPATIENT ENCOUNTER (continued)

**Procedure Notes (continued)**

| | | | | | |
|---|---|---|---|---|---|
| Dictated By: | Not found | Dictated Date: | 10/7/2014 | Dictated Time: | 3:09 PM |
| Transcribed By: | Not found | Transcribed Date: | Not found | Transcribed Time: | Not found |

Scan on 10/6/2014 12:00 AM (below)

Form # 1977215 PHOENIX FIRE DEPARTMENT EMS INCIDENT REPORT

See Supplement ☐ Triage #

Incident number: 14-3113381 | Shift: A | Date: 100614 | Trans unit: R-30

Address: 6517 N. 28th St

Disp: 2126 | PT Contact: 2131 | LV Home: 2148 | AT HOSP: 2157 | PT Transfer: 2158

SERVICE DELIVERED: NE☐ BLS☐ ALS☒ HOSPITAL: JCL REASON☐ REFUSAL☐ RELEASE☐

NAME: Balentine Mbegbu AGE 65 SEX m

ADDRESS: SAA

PMH: DIAB ☒

MBEGBU,BALANTINE O
DOB: (65 yrs), Sex:M 90728513
DOS:10/6/2014 ; MRN:
ADM: No admitting provider for patient encounter.
CSN:

| APPX TIME | 2132 | 2139 | 2142 | 2147 |
|---|---|---|---|---|
| BP | 0/0 | 0/0 | 0/0 | 0/0 |
| PULSE | 0 | 0 | 0 | 0 |
| RESP | 0 | 0 | 0 | 0 |
| SKIN | | | | |
| PUPILS | | | | |
| GCS / ETCO₂ | 3/18 | 3/ | 3/22 | 3/25 |
| CAP RFL | | | | |

C/C: CODE

HPI/MOI: O/A E26 found PD doing quality compressions, on male code. PD states pt was last seen 4 min ago. E26 began ACLS protocols, 30:2 w/ BVM/OPA. E26 changed to intubate, LMA, OG, NG tube inserted, IV established. ACLS protocols followed throughout incident. Care TX of care to TCL. "Pt scared throughout"

CLINICAL FINDINGS / REPORTED HISTORY OF: UNCON YES☒

HEAD/FACE: Airway patent, (L) hematoma under eye, ⊖STI, vomit in oral airway

NECK: ⊖JVD, trachea midline

CHEST: ⊖expansion of chest wall

ABD: Stomach distended on arrival, tiger [illegible] marks

PELVIS: Intact

EXT: ⊖STI, ⊖trauma

BACK: ⊖STI, ⊖trauma, ⊖expansion of chest wall

| UNIT/EMT CEP | APPX TIME | TREATMENT / PROCEDURE |
|---|---|---|
| E26 | 2132 | O₂ 15 lpm |
| E26 | 2132 | EKG: Asystole, ALS 3 leads |
| A | 2134 | IV: 16 L AC; 30 |
| AB | 2138 | Initial intubation attempt |
| A | 2136 | Epi 1:10,000 |
| A | 2141 | Epi 1:10,000 |
| A | 2148 | Epi 1:10,000 |
| D | 2142 | MA |
| B | 2143 | OG & NG tube inserted |

HOSPITAL COMMUNICATION: NFO ☐ n/a

MISCELLANEOUS PROCEDURES: Blood glucose 214 @ 2137

CITY OF PHOENIX ARIZONA

TO PATIENT MEDICAL RECORDS

BEST IMAGE AVAILABLE

COP_BM001726