**EXHIBIT 11**

**EXHIBIT 11**

1

1           IN THE UNITED STATES DISTRICT COURT

2                FOR THE DISTRICT OF ARIZONA

3

4    Ngozi Mbegbu, individually as the   )
     surviving spouse of decedent        ) Case No.
5    Balantine Mbegbu and on behalf of   ) 2:16-cv-00424-DGC
     decedent's children Ogechukwu       )
6    Amarachukwu Gloria Mbegbu and       )
     C.C.E.M. (a minor) as the           )
7    statutory beneficiaries of          )
     Balantine Mbegbu; and as            )
8    Personal Representative of the      )
     Estate of Balantine Mbegbu,         )
9                                        )
              Plaintiffs,                )
10   vs.                                 )
                                         )
11   City of Phoenix, et al.,            )
                                         )
12            Defendants.                )
     _____)
13

14            VIDEOTAPED DEPOSITION OF

15      OGECHUKWU AMARACHUKWU GLORIA "MIMI" MBEGBU

16

17                 Chandler, Arizona
                   March 16, 2017
18                   10:22 a.m.

19

20   REPORTED BY:
     LINDA BLACKMON, RPR/RMR
21   Certified Reporter
     Certificate No. 50320
22

23   PREPARED FOR:

24   (Copy)

25

2

1                    I N D E X

2    WITNESS                                        Page

3    OGECHUKWU AMARACHUKWU GLORIA "MIMI" MBEGBU

4           Examination by Ms. Retts                  5

5                    E X H I B I T S

6    Deposition
7    Exhibits:           Description               Page

8

9           (NO EXHIBITS WERE MARKED)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1              VIDEOTAPED DEPOSITION OF

2        OGECHUKWU AMARACHUKWU GLORIA "MIMI" MBEGBU,

3   was taken on March 16, 2017, commencing at 10:22 a.m.,

4   at the law offices of Struck Wieneke & Love, 3100 West

5   Ray Road, Chandler, Arizona, before LINDA BLACKMON,

6   RPR/RMR, a Certified Reporter in the State of Arizona.

7

8   COUNSEL APPEARING:

9                   For the Plaintiffs:
                    Megwa Law Offices
10                  By:  SABINUS A. MEGWA, ESQ.
                    6811 South Central Avenue
11                  Phoenix, Arizona  85042

12

13                  For the Defendants:
                    Struck Wieneke & Love
14                  By:  CHRISTINA RETTS, ESQ.
                    3100 West Ray Road, Suite 300
15                  Chandler, Arizona  85226

16

                    ALSO PRESENT:
17
                    William Marinakis, VideoDep, Incorporated
18
                    Ngozi Mbegbu
19
                    ████ Mbegbu
20

21

22

23

24

25

1  just my uncle.

2      Q.    Does he live here in Arizona?

3      A.    No, he's in Nigeria.

4      Q.    Your grandparents on your mother's side, are

5  they still living?

6      A.    Not that I'm aware.  I don't think so.

7      Q.    Who would you say that your parents' closest

8  friends were here in Arizona?

9      A.    With my father, I would say it was Gerald, and

10  with my mother, she had a lot of friends.

11      Q.    After your father passed, did you ever hear any

12  information about there being an argument at any time

13  before his death?

14      A.    No.

15              MR. MEGWA:  Objection, form.

16      Q.    BY MS. RETTS:  Did you ever call the police to

17  respond to your home?

18      A.    Yes.

19      Q.    Tell me what happened.

20      A.    It was a night where there had been some mild

21  arguing going on.  And one of my aunts who had come

22  over, not a blood relative, had wanted to go home, but

23  my father was not entirely sure where we were going, so

24  he didn't want us to go.

25              And so when I was trying to leave the

1  driveway, he had grabbed on to the car to not let me go,

2  and I had started reversing so it knocked him down.  And

3  then he got upset because I knocked him down with the

4  car.

5            So I went and called the police to tell

6  them that there was a dispute occurring, and that my

7  father had gotten very angry because we had tried to

8  leave and he didn't know where we were going.

9     Q.    What did you see happen with him when you say

10  he got very angry?  What did that look like to you?

11    A.    He just -- when he gets angry, he starts

12  stuttering quite often, and physically his eyes were

13  wide and he was breathing heavily.

14    Q.    Your father was a tall man?

15    A.    Decently.

16    Q.    Would you consider him to have been a strong

17  man?

18    A.    For the most part, yes.  There were some things

19  he couldn't do all the time.

20    Q.    Tell me what those were.

21    A.    He couldn't stand for long periods of time

22  because his diabetes led to varicose veins, so he had to

23  wear a lot of tight socks to help his -- the flow in his

24  legs.  So he couldn't stand for long periods of time or

25  lift heavy things without having pain.

1    Q.    When he would lift heavy things, was it pain in
2  his arms or his legs?
3    A.    In his legs.
4    Q.    You mentioned that your father stuttered when
5  he got angry?
6    A.    Yes.
7    Q.    Was that the only time that you saw him
8  stutter?
9    A.    Yes.
10   Q.    Was your father yelling during this interaction
11 when you called the police?
12   A.    Yes.
13   Q.    Was this something that you had seen or the
14 first time you had seen something like this?
15   A.    The first time I had seen something to this
16 magnitude, because I had knocked him down, so to him, it
17 had gotten physical.
18   Q.    Were you ever aware of your father calling your
19 school or your brother's school multiple times?
20   A.    He would call my school sometimes to find out
21 either where I was or where my brother was because I was
22 doing dance classes and I would stay after quite often.
23   Q.    Were you ever aware of the police being called
24 because of some of those phone calls?
25   A.    No, I'm not aware.

1    Q.    And I apologize if I asked you, I just remember

2  asking it in the first deposition.

3    A.    That's fine.

4    Q.    Can you describe the relationship that your

5  parents had.

6    A.    It was a typical husband/wife relationship with

7  ups and downs, but at the end they lived fine together.

8    Q.    Would you consider your father to have had a

9  temper?

10   A.    Yes.  A stress-induced temper.

11   Q.    Was there a specific type of stress that would

12  cause him to become angry?

13   A.    It was monetary thoughts, because at that time

14  we started to struggle a little bit.  His car was not

15  functioning, so I would have to drop him off at the bus

16  station, and he would take a bus to the correction

17  facility.

18            So the fact that he lacked a car, the fact

19  that he was the only source of income, and that he had

20  to pay large sums of money without having a savings

21  account just built upon stress.  So whenever things

22  involving money came up, he would get quite angry.

23   Q.    How often would you say that you would see your

24  father get angry during the times that you were living

25  at home about those types of things?  Like once a week?

1    A.    Maybe once every two, three weeks.

2    Q.    When your parents would argue, if you were ever

3  around, did you ever see it become physical?

4    A.    No.

5    Q.    Did your father ever strike you?

6    A.    No.

7    Q.    Did you ever observe your father to strike

8  anyone?

9    A.    No.

10   Q.    Did you ever visit your father in the hospital?

11   A.    Yes.

12   Q.    On how many occasions?

13   A.    One that I can remember in detail.

14   Q.    Tell me about what you remember.

15   A.    He became sick, and I believe it was work

16  related, and he had been in the hospital for two days,

17  and he was not feeling stable at all.  So we spent a lot

18  of time with him in the hospital.

19   Q.    Do you have an understanding of what he was in

20  the hospital for?

21   A.    I don't recall.

22   Q.    Did you ever take him to any medical

23  appointments?

24   A.    I don't recall.

25   Q.    Did your father ever talk to you about the

```
 1   STATE OF ARIZONA     )
                          )  ss.
 2   COUNTY OF MARICOPA   )

 3          BE IT KNOWN that the foregoing proceedings were
     taken before me; that the witness before testifying was
 4   duly sworn by me to testify to the whole truth; that the
     foregoing pages are a full, true and accurate record of
 5   the proceedings, all done to the best of my skill and

 6   ability; that the proceedings were taken down by me in
     shorthand and thereafter reduced to print under my
 7   direction.

 8
            I CERTIFY that I am in no way related to any of
 9   the parties hereto nor am I in any way interested in
     the outcome hereof.
10
            [X] Review and signature was requested.
11          [ ] Review and signature was waived.
            [ ] Review and signature not required.
12

13          I CERTIFY that I have complied with the ethical
     obligations set forth in ACJA 7-206(F)(3) and ACJA
14   7-206 J(1)(g)(1) and (2). Dated at Phoenix, Arizona,
     this 27th day of March, 2017.
15

16

17

18          _____
            Linda Blackmon, RPR, RMR
19          Certified Reporter
            Arizona CR No. 50320
20
                  *        *        *        *
21
            I CERTIFY that GRIFFIN & ASSOCIATES, LLC, has
22   complied with the ethical obligations set forth in ACJA
     7-206 (J)(1)(g)(1) through (6).
23

24          _____
            GRIFFIN & ASSOCIATES, LLC
            Registered Reporting Firm
25          Arizona RRF No. R1005
```

**EXHIBIT 12**

**EXHIBIT 12**

Kathleen L. Wieneke, Bar #011139
Christina Retts, Bar #023798
STRUCK WIENEKE & LOVE, P.L.C.
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Telephone: (480) 420-1600
Fax: (480) 420-1699
kwieneke@swlfirm.com
cretts@swlfirm.com

Attorneys for Defendants City of Phoenix,
Matthew Johnson, Celina Gonzales, Joel
Zemaitis and William Weber

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Ngozi Mbegbu, individually as the surviving spouse of decedent Balantine Mbegbu and on behalf of decedent's children Ogechukwu Amarachukwu Gloria Mbegbu and C.C.E.M. (a minor) as the statutory beneficiaries of Balantine Mbegbu; and as Personal Representative of the Estate of Balantine Mbegbu, | NO. 2:16-cv-00424-DGC |
| Plaintiffs, | **DECLARATION OF DR. CHARLES WETLI** |
| v. | |
| City of Phoenix, a public entity; Matthew Johnson and Jane Doe Johnson, husband and wife; Celina Gonzales and John Doe Gonzales, wife and husband; Joel Zemaitis and Jane Doe Zemaitis, husband and wife; William Weber and Jane Doe Weber, husband and wife; John Does 1-5; and Jane Does 1-5, | |
| Defendants. | |

I, CHARLES V. WETLI, M.D., make the following Declaration:

1. I am over the age of 18 years and competent to testify to the matters set forth in this Declaration.

2.     I have prepared a Rule 26(a)(2)(B) expert witness report in the matter of *Ngozi Mbegbu, et al v. City of Phoenix, et al.*, Case No. 2:16-cv-00424-DGC, attached hereto as Exhibit A.

3.     The opinions expressed therein are stated to a reasonable degree of probability within my field of expertise as a board certified forensic pathologist with substantial experience in pathology.  My CV is attached hereto as Exhibit B.

4.     I declare, pursuant to 28 U.S.C. Section 1746, under penalty of perjury that the opinions in Exhibit A are true to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _17 APRIL_____, 2017.


Charles V. Wetli, M.D.

# EXHIBIT A

2 Berkery Place
Alpine, NJ
07620-0398

201-750-8220

CHARLES V. WETLI, MD ================================
FORENSIC PATHOLOGIST                    *CharlesVWetli@gmamil.com*

17 November 2016

Ms. Christina Retts, Esq.
c/o Struck Wieneke & Love
3100 West Ray Road
Suite 300
Chandler, AZ 85226

Re:  Mbegbu, et al v. City of Phoenix

Dear Ms. Retts:

 Regarding the death of Mr. Balantine O. Mbegbu, the following items were reviewed:

>  Plaintiff Notice of Claim
>  Plaintiff Complaint
>  Police Reports (including Academy Training Records)
>  Medical Records of Dr. Cunningham, Lincoln Hospital and Honor Health
>  Miscellaneous Medical Records (including employment records and
>      Concentra Medical Centers, insurance forms, etc.)
>  Photographs of Mr. Mbegbu taken at Honor Health Medical Center
>  Professional Standards Bureau Investigative Memorandum
>  Medical Examiner Records, including Autopsy and Toxicology Reports
>  Autopsy Photographs and Postmortem X-Rays
>  Histological Sections taken at the time of Autopsy
>  Pending Death Certificate
>  Defendants Supplemental Disclosure Statements (multiple)
>  Phoenix Union and Washington High School Records
>  Arizona Department of Corrections Employment Records

Very briefly, Mr. Balantine Mbegbu was a 65 year old Nigerian man with a history of
hypertension, diabetes mellitus, hypothyroidism, hyperlipidemia and gout. He would
apparently anger easily but he did not have a history of domestic violence. However, the
police received an anonymous telephone call requesting they respond to the residence
because of a fight taking place and the concern that it could escalate to physical violence.
It was later learned that the call was made by a friend of Mr. Mbegbu who told him that if
he did not die that day his wife would. When the police arrived at the scene they

COP_BM002141

encountered Mrs. Mbegbu outside the house. She indicated that there was no fight and invited the police into the house. Upon entering, Mr. Mbegbu reportedly became verbally abusive toward the police and threateningly approached the officers. The encounter escalated into a physical struggle whereupon Mr. Mbegbu was punched once in the face. A conducted electrical weapon (TASER) was discharged twice in dart mode. During the first discharge he continued to flail his arms and legs, and after the second discharge he fell prone onto the floor. He nonetheless continued to struggle with the police who eventually were able to apply handcuffs. Shortly after being handcuffed he was found to be without vital signs. CPR commenced immediately to no avail and he was pronounced deceased upon arrival at a local hospital. The postmortem examination did not reveal any injury or disease process that could account for his death. Toxicological analysis of postmortem blood revealed <0.18mg/L (180mcg/L) of cyclobenzaprine. Vitreous fluid was negative for volatile substances (alcohols and acetone) but was not tested for glucose or electrolytes. A hemoglobin electrophoresis was not done. At issue is the cause and mechanism of death, and whether the actions of the police caused or contributed to his death.

Cyclobenzaprine (Flexeril, Lisseril) is a centrally acting skeletal muscle relaxant. Toxic effects associated with prolonged usage or overdosage have included agitation and psychosis. The high level detected in postmortem blood may well have been the cause of his aggressive behavior.

Police actions in the attempt to subdue and arrest Mr. Mbegbu included physical strikes and two applications of a TASER in dart mode. The postmortem examination excluded any life-threatening physical injury. Although it has been alleged that the discharge of a conducted electrical weapon such as the TASER can interfere with the heart, this has never been substantiated. Furthermore, the flow of electricity is between the two electrodes, not from an electrical source through the body to the ground (the usual path for electrocutions with man-made electricity). Also, if a disturbance of heart rhythm should occur following a TASER discharge, one would expect a fatal arrhythmia to occur about 15 seconds after the discharge, and this did not happen with Mr. Mbegbu who continued to struggle for some time following the last discharge.

Some years ago it was hypothesized that the prone position would interfere with the movement of the diaphragm and therefore impair respiration and lead to death from suffocation. This theory has subsequently been debunked and, in fact, it has been found that the prone position actually facilitates breathing (probably because it allows the posterior chest to more adequately expand and allow the larger lower lung lobes to inflate with air).

A likely mechanism of death for Mr. Mbegbu would be similar to those victims of a syndrome known as excited delirium. These individuals are violent and psychotic, do not respond to pain compliance techniques, have unexpected strength and endurance, and suddenly lose vital signs after being restrained (i.e. upon cessation of the physical struggle). The physiologic mechanism of death is thought to be due to a profound drop in blood pH secondary to a large accumulation of lactic acid in the blood as the result of the

COP_BM002142

intense physical struggle. This, in combination with a surge in the hormone nor-epinephrine upon cessation of the struggle, results in a sudden loss of vital signs with a terminal heart rhythm of asystole (as seen with Mr. Mbegu) or pulseless electrical activity.

Examination of the histological sections taken at the time of the autopsy revealed that Mr. Mbegbu had sickle cell trait. This is generally a benign condition found in about 8% of African Americans. However, it can cause serious illness or sudden death following intense physical exertion (and the accompanying acidosis) since the red blood cells deform and lose their ability to carry oxygen. The condition is known as exertional sickling and is seen most frequently in the setting of military recruit training or physical exertion related to law enforcement incidents.

From the materials examined, and in accordance with the foregoing discussion, it is my opinion to a degree of reasonable medical certainty that the actions of the police officers (including the discharges from a conducted electrical weapon, physical strikes, restraint, and prone position) did not cause or contribute to the death of Mr. Mbegbu. His behavior, aggression, and resistance to the police were likely the result of toxicity from cyclobenzaprine. An identifiable contributing factor to his death would be exertional sickling as the result of lactic acidosis from the struggle and the surge of nor-epinephrine upon cessation of the struggle.

Yours Truly,

Charles V. Wetli, MD

COP_BM002143

## CURRICULUM VITAE
(30 July 2015)


## CHARLES V. WETLI, M.D.


TEL. 201-750-8220


*charlesvwetli@gmail.com*


2 Berkery Place
Alpine, NJ 07620-0398

COP_BM002144

# CURRICULUM VITAE
# CHARLES V. WETLI, M.D.

## I. GENERAL:

Full name:        Wetli, Charles Victor
Place of birth:   Green Bay, Wisconsin
Date of birth:    27 August 1943

## II. EDUCATION AND TRAINING:

**University:**
University of Notre Dame, South Bend, Indiana
Pre-professional studies (concentration in chemistry)
Degree - Bachelor of Science, 6 June 1965

**Medical School:**
St. Louis University School of Medicine, St. Louis, Missouri
September 1965 - June 1969
Degree - M.D., 31 May 1969

**Internship:**
Jackson Memorial Hospital and University of Miami School of Medicine
Miami, Florida, June 1969 - June 1970
Anatomic and Clinical Pathology

**Residency:**
Jackson Memorial Hospital, University of Miami School of Medicine and Veteran's
Administration Hospital, Miami, Florida, June 1970 - June 1973

Dade County Medical Examiner Department and University of Miami School of
Medicine, September 1977 - September 1978
Forensic Pathology

**Government and Administration/Management:**
Forensic Administration - St. Louis University School of Medicine, Department of
Pathology (Division of Forensic and Environmental Pathology)
July 28-31, 1986, St.  Louis, MO

Harvard Program for Senior Executives in State and Local Government, John F. Kennedy
School of Government, Harvard University, Cambridge, MA, June 12 - July 1,
1988; Alumni Refresher Course (Harvard): 1989, 1990, 1991, 1992, 1993

COP_BM002145

### III. CERTIFICATION AND LICENSURE:

**National Board of Medical Examiners No. 107806, 1 July 1970**
American Board of Pathology May 1974, Anatomic and Clinical Pathology

**American Board of Pathology, May 1979, Forensic Pathology**

State Board of Medical Examiners of the State of Florida, No. 16616,
4 September 1970
(inactive status as of January 1995; allowed to expire January 2008)
Medical Licensure, State of Missouri (lapsed)
New York State (effective 25 January 1995,  No. 198336)
State Board of Medical Examiners of New Jersey (license # 25MA08212100, effective 1
February 2007)

**FEMA Certification in IS-00100 and IS-00700, 26 June 2006**

### IV. MILITARY EXPERIENCE:

Reserve Commission (Berry Plan) U.S. Army, November 21, 1969
active duty September 1973 to August 1976

Rank:          Major
Station:       U.S. Army Medical Laboratory Pacific (Japan)
Function:      Chief of Pathology Unit; Emergency Room Coverage
Awards:        Certificate of Appreciation, Far East U.N. Command (April 1975)

Army Commendation Medal, August 1976

### V. APPOINTMENTS:

Associate Instructor of Otolaryngology (part-time),
University of Miami School of Medicine, 1 August 1970 - 30 June 1973

Associate Medical Examiner, Dade County Medical Examiner Department
Miami, Florida, 1 July 1973 - 31 August 1973

Staff Pathologist, Daniel Seckinger, M.D. & Associates, P.A., Staff,
Appointment to Cedars of Lebanon Health Care Center, Miami, Florida
September 1976 - September 1977

COP_BM002146

Director, Physician's Reference Laboratory, Miami, Florida, September 1976, September 1977
Associate Medical Examiner, Dade County Medical Examiner Department
        Miami, Florida, September 1977 - October 1980

Deputy Chief Medical Examiner, Dade County Medical Examiner Department
        Miami, Florida, November 1980 - January 1995

Assistant Professor of Clinical Pathology, University of Miami School of Medicine
        Department of Pathology, Miami, Florida, September 1977 - June 1982

Clinical Associate Professor of Pathology, Department of Pathology, University of Miami
        School of Medicine, June 1982 - January 1995

Staff Instructor, Drug Enforcement Administration, 1980 – 1993

**Chief Medical Examiner, Suffolk County, New York**
        **February 5, 1995 – 14 August 2006**
        **Note**:   Accredited by National Association of Medical Examiners (NAME)
                April 2000 and May, 2005; American Board Forensic Toxicology, April 1999;
                National Society of Crime Laboratory Directors (ASCLD/LAB), March 1997.

        **Note**:   National Association of Counties (**NACO**) Award for Mass Disaster Preparedness
                Program, May 2000 (Best in Category); semifinalist in **Innovations in American**
                **Government competition** (JFK School of Government, Harvard University).

Lecturer in Forensic Pathology, State University of New York at Stony Brook, March 23, 1995 -
30 April 1996

Clinical Professor of Pathology, State University of New York at Stony Brook, 1 May 1996 – 14
August 2006

Regional Trauma Oversight Committee and Trauma Peer Death Review Committee, 1999 - 2006
        **Note:   NYS Trauma Physician of Distinction, 1999**
                Presented by NYS Trauma Committee, American Trauma Society, NY Division


## VI.    JOURNAL MANUSCRIPT REVIEWER:

Journal of the American Medical Association, January 1983
American Journal Forensic Medicine & Pathology, January 1992 - Present
American Society Clinical Pathology Check Sample (1986-2005)
Annals Internal Medicine (Occasional, since approximately 1990)
American Journal of Clinical Pathology (Dec. 1996 - 2006)

COP_BM002147

Circulation (March 2004)

## VII.   PROFESSIONAL AFFILIATIONS:

1.      **American Society of Clinical Pathologists** (Fellow No. F094661)
           Elected October 1972 - December 2006
           **ASCP Activities:     SEE ADDENDUM**

2.      **American Academy of Forensic Sciences** (Fellow #84825)
           February 1979 - present

        Discipline/Assessment Task Force Committee Member for  Path/Bio Section
           November 1991 - Feb. 1995

3.      **National Association of Medical Examiners** (Fellow)
           August 1980 –present

        Ad Hoc Committee for **Guidelines for Use of Pathology Assistants in Medical
           Examiner Offices** (11/95 - 11/96).

        Ad-Hoc Committee on **Current Issues Response** (9/97 - 2/98)

        Ad-Hoc Committee on **NTSB-ME Linkage** (9/97)

        Ad-Hoc Committee on **Cocaine** (10/99 – 01/01)

        Ad-Hoc Committee for the **Utilization of Pathology Assistants**

        Ad-Hoc Committee for **Relationship Between Tissue Procurement Agencies and
           Medical Examiners/Coroners** (10/01 – 12/14)
           Appointed Chairman, February  02/05 - 06/12

        Ad Hoc Committee for **NAME Journal RFP**
            March 2010 – September 2010.

        **Accreditation Inspector** for:
           Bergen County, NJ, Medical Examiner Office (06-14-02)
           Los Angeles County Coroner/Medical Examiner Office, Los Angeles, CA
              (06-06, 07-06)
           San Diego, CA, Medical Examiner Office, October 20, 2008

        **Board of Directors**, October 2006 – December 31, 2012

        **Executive Committee**, 2009 - 2011

**COP_BM002148**

4.      **Medical Society of the State of New York**, 1995 – 2006
        Forensic Committee, April 1995, and
        Vice-Chair, April 2005 – December 2006

5.      **Suffolk County Medical Society**, 1995 - 2006

6.      **NYS Association of County Coroners and Medical Examiners**, 1997 - 2006

7.      **National Disaster Management System (D-Mort Team, Region II**, 3/11/98 - 2006

8.      **College Of American Pathologists** (Fellow)
        May 2000 (Member No. 0073905) – December 2006

9.      **American Red Cross**
        National Medical Examiner/Coroner Advisory Committee, 1998 – 2005

10.     **New York Organ Donor Network**
        Medical Advisory Board
        Chairman Tissue Subcommittee, January 2002 – February 2009

11.     **College of American Pathologists**, Fellow No. 073905
        Elected May 1973 - December 1978 (resigned)

12.     **The American Board of Pathology**
        Forensic Pathology Test Committee, 1985-1989 (five year maximum tenure)

13.     **Florida Medical Examiners Commission**
        1985 Committee on Standards & Training (ad hoc)
        1989 Committee on Operations & Procedures (ad hoc)

14.     **South Miami Medical Forum**
        July 1984 - January 1995

15.     **Dade County Association of Chiefs of Police**, May 1989 - January 1995

16.     **American Society for Public Administration**, January 1989 - 1995

COP_BM002149

## VIII.   FORMAL MEDICAL AND FORENSIC PRESENTATIONS:

1.   Dermatofibrosarcoma Protuberans - Case Report, Zola Cooper Dermatology Seminar, at Convention of Southern Medical Association, Miami, Florida, November 1971, (Co-author, A. Bernard Ackerman)

2.   Cocaine-Related Deaths, Amer. Acad. Forensic Sci., Atlanta, Georgia, February 1979

3.   Potassium Chloride Overdose Deaths, Amer. Acad. Forensic Sci., Atlanta, Georgia, February 1979

4.   Propoxyphene Related Deaths, A Ten Year Assessment, Amer. Acad. Forensic Sci., New Orleans, Louisiana, February 1980

5.   Death from Primary Pulmonary Hypertension, Amer. Acad. Forensic Sci., New Orleans, Louisiana, February 1980 (Co-author, presented by Donna L. Brown, M.D.)

6.   Fatal Hemorrhage from Peripheral Vascular Disease, Amer. Acad. Forensic Sci.; Los Angeles, California, February 1981 (Donna L. Brown, M.D., Co-author)

7.   The Body Packer Syndrome, Amer. Acad. Forensic Sci., February 1981 (Co-author, presented by R.E. Mittleman, M.D.)

8.   Forensic Aspects of Santeria, Amer. Acad. Forensic Sci., February 1981 (R.Martinez, Co-author)

9.   Symposium on Drug Abuse, Plenary Session (Moderator), at Seventh International Congress of Cuban Physicians in Exile; 30 June 1981, Bal Harbour, Florida

10.   Santeria:  A Magico-Religious System of Afro-Cuban Origin; Amer. Assoc. for Soc. Psychiatry, 29 October 1981 (Co-author, presented by Rafael Martinez, M.A.)

11.   Methaqualone-Related Death:  1971 - 1981 Amer. Acad. Forensic Sci., February 1982, Orlando, Florida (Poster Session)

12.   The Fatal Cafe Coronary:  A Two Decade Experience, Amer. Acad. Forensic Sci., February 1982, Orlando, Florida (Poster Session, Co-author, presented by R.E. Mittleman, M.D.)

13.   The Threaded Bolt Pattern Injury, Amer. Acad. Forensic Sci., Orlando, Florida, February 1982 (Co-author, presented by R.E. Mittleman, M.D.)

COP_BM002150

14. Fungal Cerebritis in Intravenous Cocaine Abusers: Amer. Acad. Forensic Sci., February 1983 (Presented by Sigmund Menchel, M.D.)

15. Cocaine Overdose Deaths: Amer. Acad. Forensic Sci., February 1983 (Presented by Roger E. Mittleman, M.D.)

16. Cocaine Psychosis and Sudden Death in Recreational Cocaine Users: Amer. Acad. Forensic Sci., February 1985 (D. Fishbain, M.D., Co-author)

17. Cocaine and Sudden "Natural" Death: Amer. Acad. Forensic Sci., February 1986 (Presented by R.E. Mittleman, M.D.)

18. Methods and Risk of Suicide: Amer. Acad. Forensic Sci., February 1986 (Presented by David Neubauer, M.D.)

19. Forensic Significance of Petechiae: Int. Acad. Forensic Sci: August, 1986, Sri Lanka (Presented by Dr. Valerie Rao)

20. Deaths from Hurricane Andrew and its Aftermath. Amer. Acad. Forensic Sci.: February 1994, San Antonio, TX (Dr. Emma Lew, Co-author)

21. Altered Dopaminergic Synaptic Markers in Cocaine Psychosis and Sudden Death. J.K. Staley, C.V. Wetli, A.J. Ruttenber, W.L. Hearn, and D.C. Mash. College on Problems of Drug Dependency, June 1994, Palm Beach, Florida (presented by Dr. Staley).

22. Resnik, B.I. and Wetli, C.V.: Lichtenberg's Flowers. Poster Exhibit (P341), Amer Acad Dermatology Annual Meeting (New Orleans, LA.) Feb. 4-9, 1995.

23. Raval, M.P. and Wetli, C.V.: Sudden Death from Cocaine-Induced Excited Delirium: An Analysis of 45 Cases. Poster Session at Fall 1995 National Meeting, (New Orleans, LA) Sept. 18-20, 1995

24. Wetli, C.V., Rao, A., Rao, V.J.: Fatal Heroin Body Packing. National Assn. Medical Examiners (Traverse City, MI), 18 September 1996

25. Wetli, C.V.: The Crash of TWA-800: Lessons Learned. National Assn. of Medical Examiners, (Baltimore, MD), 13 Sept. 1997.

26. Wetli, C.V.: The History of Excited Delirium - 19th Century to the Present, National Assn. Medical Examiners interim meeting, (San Francisco, CA), 11 February 1998.

COP_BM002151

27.     Wetli, C.V. with Sathyavagaswaran, L.: The Medical Examiner and the News Media: The Good, The Bad and The Ugly; American Society of Clinical Pathologists, Resident Physician Section, (Los Angeles, CA) April 1998

28.     Wetli, C.V., Kolovich, R., and Dinhofer, L.: A Modified Cardiectomy Technique: A Reasonable Solution to the Dilemma Regarding Determining Cause of Death vs. Heart Valve Procurement for Tissue Donation. Amer. Assoc. Tissue Banks 24th Annual Meeting, 10 September 2000, Bal Harbour, FL (Platform and Poster Presentation).

29.     Wetli, C.V., Kolovich, R., and Dinhofer, L.: A Modified Cardiectomy Technique: A Reasonable Solution to the Dilemma Regarding Determining Cause of Death vs. Heart Valve Procurement for Tissue Donation. National Assoc. of Medical Examiner 34th Annual Conference, 17 September 2000, Indianapolis, IN.

30.     Wetli, C.V., Golden, R.M., Genna, R: Medical Examiner Conducted Disaster Exercise with Electronic Mapping. September 2000 (Poster Presentation), National Association of Medical Examiners, Indianapolis, IN

31.     Jentzen, J.M., Stephens, B., Wetli, C.V., Karch, S.: The Certification of Cocaine-Related Deaths: A Survey of Medical Examiner Offices. 18 September 2000 (Presented by Dr. Jentzen)

32.     Shields, LBE, Hunsaker, D., Hunsaker, J., Holmes, R., Wetli, C.V.: Atypical Autoerotic Deaths: An Ultra Extreme Sport. Presented at the 37th Annual Meeting of the National Association of Medical Examiners, 20 Sept. 2003 in San Jose, CA, by Dr. Shields

33.     Davis, NL; Wetli, CV; and Shakin, JL: The Retina in Forensic Medicine: Applications of Ophthalmic Endoscopy – The first 100 Cases. Presented at the 38th Annual Meeting of the National Association of Medical Examiners, 13 September 2004 in Nashville, TN by Dr. Neil Davis

34.     Thomas, L and Wetli, CV: The Medical Examiner in the 21st Century. Presented to the Jurisprudence Section of the American Academy of Forensic Sciences, February 25, 2010, Seattle, WA (presented by Dr. Lindsey Thomas)

35.     Graham, M., Karch, S. B., Wetli, C.V., Kroll, M. W., and Brave, M.: Medical Examiner Collection of Comprehensive, Objective Medical Evidence for Conducted Electrical Weapons and Their Temporal Relationship to Sudden Arrest. Presented at the annual meeting of the National Association of Medical Examiners, September 23, 2014, Portland, OR (presented by Dr. Mark Kroll).

COP_BM002152

## IX.   GOVERNMENTAL TESTIMONY AND SYMPOSIA:

1.  Cocaine Related Deaths:  U.S. House of Representatives Select Committee on Narcotics Abuse and Control, 96th Congress, 26 July 1979  (U.S. Govt. Printing Office SCNAC-96-1-9, 1980)

2.  Homicides and Drug-Related Deaths in Dade County, Florida, Dade County Grand Jury, 11th Judicial Circuit of Florida, Fall term, 1981, 23 March 1982

3.  Cocaine-Related Deaths, New York State Division of Substance Abuse Services, Symposium on Cocaine, May 3 and 4, 1982, New York, N.Y. (Julio Martinez, Director)

4.  Methaqualone-Related Deaths, U.S. Senate Committee on Labor and Human Resources, Subcommittee on Investigations and General Oversight Hearing: Drug Abuse - Quaaludes, 13 May 1982  (Senator Paula Hawkins, Chairperson); Ninety-Seventh Congress, second session, pp 57-60

5.  Drug Abuse, Turks and Caicos Islands (British West Indies), "Hearts and Minds" Campaign (Invitation of Governor C.J. Turner and Minister of Health In Conjunction With U.S. Drug Enforcement Administration; 1-4 March 1983; 19-23 July 1983; 8-10 November 1984)

6.  Death Related to Methaqualone and Cocaine in Current Topics in Drug and Alcohol Abuse Symposium, April 1983.  Sponsored by the Academy of Medicine of New Jersey, the Medical Society of New Jersey, and the New Jersey State Department of Health

7.  Cocaine, Governor's Council on Drug and Alcohol Abuse, September 12, 1984 - Miami, Florida

8.  Cocaine, President's Commission on Organized Crime, 27 November 1984, Washington, DC, (Hon. Irving R. Kaufman, Chairman; James D. Harmon, Jr., Exec. Dir): Hearing IV, Organized Crime and Cocaine Trafficking, pp. 108-128

9.  Cocaine, Governor's Task Force on Cocaine, Tallahassee, 4 September 1986, (Hon. Janet Reno, Chairperson); Senate Judiciary Committee (Criminal), Tallahassee, 2 Dec. 1986 (Sen. Robert Johnson, Chairman)

10. Cocaine Toxicity:  Panel Evaluation of N.Y.P.D. Response to Emotionally Disturbed Persons & Victims of Cocaine Psychosis.  New York, N.Y., 5 Dec. 1989

11. National Institute on Drug Abuse, Bethesda, MD. July 9-10, 1991:  "Acute Cocaine Intoxication: Current Methods of Treatment" (see NIDA Research Monograph No 123, NIH Publication 93-3498, 1993)

COP_BM002153

12.     National Transportation Safety Board - Investigative Hearings Concerning the Crash of TWA-800.  8 December 1997, Baltimore, MD

13.     NIH Teleconference:  Initiative on "Cardiovascular Complications Related to Cocaine Abuse in HIV Infection".  20 January 1998

COP_BM002154

# <u>BIBLIOGRAPHY</u>

1.   Wetli, C.V.; Davis, J.H.; and Blackbourne, B.D.; **Narcotic Addiction in Dade County, Florida: An Analysis of 100 Consecutive Autopsies**, <u>Arch Path</u> 93:330-343, 1972

2.   Wetli, C.V.; Pardo, V.; Millard, M.; and Gersten, K; **Tumors of Ceruminous Glands**, <u>Cancer</u> 29:1169-1173, 1972

3.   Wetli, C.V.; Heal, A.V.; and Miale, J.B.:  **A Previously Unrecognized Laboratory Hazard: Hepatitis-B Antigen-Positive Control and Diagnostic Sera**, <u>Amer J Clin Path</u> 59:684-687, 1973

4.   Wetli, C.V.; Noto, T.A.; and Fernandez-Carol, A.: **Immunologic Abnormalities in Heroin Addiction**, <u>South Med J</u> 67:193-197, 1974

5.   Tyler, T.C.; Chandler, J.R.; Wetli, C.V.; and Moffitt, B.M:  **Olfactory Neuroblastoma**, <u>South Med J</u> 67:193-197, 1974

6.   Weissman, B.W. and Wetli, C.V.: **Ameloblastoma of the Maxilla**, <u>South Med J</u> 70:251-253, 1977

7.   Wetli, C.V. and Davis, J.H.:  **Fatal Hyperkalemia Due to Oral Overdose of Potassium Chloride**, <u>JAMA</u> 240:1339, 1978 (Letter to Editor)

8.   Wetli, C.V. and Wright, R.K.: **Death Caused by Recreational Cocaine Use**, <u>JAMA</u> 241:2519-2522, 1979

9.   Wetli, C.V.:  **Application of the Tri-ess Mini Metal Detector to Forensic Autopsies (or, How to Find the Elusive Projectile)**, <u>J Forensic Sci</u> 24:656-659, 1979

10.  Wetli, C.V. and Bednarczyk, L.R.:  **Deaths Related to Propoxyphene Overdose: - A Ten Year Assessment**, <u>South Med J</u>, 73:1205-1209, 1980

11.  Wetli, C.V.:  **Cocaine-Related Deaths in Local Drug Abuse: Trends, Patterns, and Issues - Proceedings of Community Correspondents Group**, <u>NIDA</u>, 1:106-123 (Dec.), 1980

12.  Brown, D.L., Wetli, C.V., and Davis, J.H.: **Sudden Death from Primary Pulmonary Hypertension**, <u>J Forensic Sci</u> 26:381-386, 1981

13.  Bednarczyk, L.R.; Wetli, C.V.; and Balkon, J: **Respirator Toxicology**, <u>J Forensic Sci</u> 26:373-380, 1981

COP_BM002155

14. Wetli, C.V.; Wright, R.K., and Gressmann, E.: **A Case of Naked Hyperthermia**, Forensic Pathology: Check Sample, ASCP #FP 81-1 (FP-114), Vol. 23, No. 1, 1981 (May)

15. Wetli, C.V. and Mittleman, R.E.: **The Body Packer Syndrome - Toxicity Following Ingestion of Illicit Drugs Packaged for Transportation**, J Forensic Sci. 26:492-500, 1981

16. Wetli, C.V., and Martinez, R.: **The Forensic Science Aspects of Santeria - A Religious Cult of African Origin**, J. Forensic Sci, 26:506-514, 1981

17. Fishbain, D. and Wetli, C.V.: **Cocaine Intoxication, Delirium and Death in a Body Packer**, Ann of Emerg Med 10:531-532, 1981

18. Wright, R.K., and Wetli, C.V.: **A Guide to the Forensic Autopsy-Conceptual Aspects**, Sommers, S.C. and Rosen, P.P. (eds) 16:273-288, 1981, Path Ann: 1981, Part 2

19. Wetli, C.V.: **Methaqualone Abuse - Resurgence of the Quiet Epidemic** - Miami Medicine 51:21-25, 1981

20. Mittleman, R.E. and Wetli, C.V.: **The Fatal Cafe Coronary - Foreign Body Airway Obstruction**, JAMA 247:1285-1288, 1982 (translated into Finnish edition) (Abstract and critique in: Emergency Medicine Survey 1:114-116, 1982) (Abstract in: Current Surgery 39:445-446, 1982

21. Wetli, C.V. and Mittleman, R.E.: **Aspiration of Food by Psychiatric Patients**, JAMA 248:1712, 1982 (Reply to Editorial Letter by Wendkos, M.H.)

22. Mittleman, R.E. and Wetli, C.V.: **The Threaded Bolt Injury** J Forensic Sci. 27:567-571, 1982

23. Martinez, R., and Wetli, C.V.: **Santeria: A Religious System of Afro-Cuban Origin**, Amer J Soc Psych 2:32-38, 1982

24. Lowery, S., and Wetli, C.V.: **Sexual Asphyxia - A Neglected Area of Study**, Deviant Behavior, 4:19-39, 1982

25. Wetli, C.V.: **Changing Patterns of Methaqualone Abuse - A Survey of 246 Fatalities**, JAMA 249:621-626, 1982 (translated into Japanese edition - August 1982)

26. Deming, J.E., Mittleman, R.E., and Wetli, C.V.: **Forensic Science Aspects of Fatal Sexual Assaults on Females**, J Forensic Sci 28:527-576, 1983

27. Wetli, C.V., and Martinez, R.: **Brujeria - Manifestations of Palo Mayombe in South Florida**, J Fla Med Assoc 70:629-634, 1983

COP_BM002156

28.    Wetli, C.V., Roldan, E., and Fojaco, R.:  **Listeriosis as a Cause of Maternal Death - An Obstetrical Complication of the Acquired Immunodeficiency Syndrome**, Amer J Obstet Gyn 147:7-9, 1983

29.    Wetli, C.V., Weiss, S.D. Cleary, T.J., and Gyori, E.: **Fungal Cerebritis from Intravenous Drug Abuse**, J Forensic Sci 29:260-268, 1984

30.    Wetli, C.V.:  **Investigation of Drug-Related Deaths - An Overview**, Amer J Forensic Med and Path, 5:111-120, 1984

31.    Wetli, C.V., Roldan, E., and Fojaco, R.:  **Listeriosis and AIDS - An Unfounded Assumption (Reply letter)**, Am J Obst Gyn 149:805-806, 1984

32.    Mittleman, R.E., and Wetli, C.V.:  **Death from Recreational Cocaine Use - An Update**, JAMA 252: 1889-1893, 1984; JAMA Edition Français 10:244-247, 1985; 1986 Yearbook of Pathology and Clinical Pathology, pp 95-97

33.    Wetli, C.V.:  **Drug Abuse Prevention:  The Physician's Responsibility**, N.Y.S. Journal of Medicine 84:587, 1984 (commentary)

34.    Wetli, C.V. and Hensley, G.T.:  **A Case of Haitian AIDS** - ASCP Check Sample: FP 84-5, Vol. 26. No. 5 (FP-136), 1984

35.    Suarez, R.V. and Wetli, C.V.:  **Sudden Death Due to Coronary Artery Dissection** - ASCP Check Sample: FP-84:6, Vol. 26, No. 6 (FP-137), 1984

36.    Mittleman, R.E. and Wetli, C.V.:  **Death Caused by Cocaine**, Human Sexuality 19:9, 1985

37.    Micozzi, M.S. and Wetli, C.V.:  **Intravenous Amphetamine Abuse, Primary Cerebral Mucormycosis and Acquired Immunodeficiency**, J Forensic Sci 30:504-510, 1985

38.    Wetli, C.V., and Fishbain, D.A.:  **Cocaine-Induced Psychosis and Sudden Death in Recreational Cocaine Users**, J Forensic Sci 30:873-880, 1985

39.    Eber, M. and Wetli, C.V.:  **A Case of Autoerotic Sexual Asphyxia**, Psychotherapy 22:662-668, 1985

40.    Wetli, C.V.:  **Let's Legalize Cocaine...and See What Happens**.  The Miami News, pg 9A, 29 Sept., 1986 (editorial)

41.    Beerman, R., Nunez, D., and Wetli, C.V.:  **Radiographic Evaluation of the Cocaine Smuggler**, Gastrointestinal Radiol 11:352-354, 1986

COP_BM002157

42. Mittleman, R.E. & Wetli, C.V.: **Cocaine and Apparent "Natural Death"**, J Forensic Sci. 32:11-19, 1987

43. Wetli, C.V.: **Fatal Cocaine Intoxication - A Review**, Amer. J. Forensic Med. and Pathol 8:1-2, 1987

44. Wetli, C.V.: **Fatal Reactions to Cocaine**, in Cocaine - A Clinician's Handbook, Chapt. 4, pp 33-54; The Guilford Press, New York, 1987 (Washton, A. & Gold, M., eds)

45. Mittleman, R.E.; Mittleman, H.S and Wetli, C.V: **Pattern Injuries in Child Abuse**, Amer J Nursing 87:1185-1188, 1987

46. Wetli, C.V.: **The Medical Examiner as an Expert Witness**. The Practical Prosecutor, 1987:3-6, 1988 (Jan)

47. Grey, T.C., Mittleman, R.E., Wetli, C.V., and Horowitz, S.: **Aortoesophageal Fistula and Sudden Death - A Report of Two Cases and a Review of the Literature**, Amer J Forensic Med and Pathol 91:19-23, 1988

48. Rao, V.J. and Wetli, C.V.: **The Forensic Significance of Conjunctival Petechiae**. Amer J Forensic Med and Pathol 91:32-34, 1988

49. Wetli, C.V.: **The Medical Risks of Cocaine (editorial)** The West J of Med 148:456-457, 1988

50. Wetli, C.V., Mittleman, R.E. and Rao, V.J.: **Practical Forensic Pathology**. Igaku Shoin Publishers, Inc., April 1988, 1140 Avenue of the Americas, New York, New York 10036, ISBN 0-89640-144-8 (New York), ISBN 4-260-14144-9 (Tokyo)

51. Wetli, C.V.: **CAP Handbook on Unidentified Human Remains**, J Forensic Sci 33:852-853, 1988 (book review)

52. Wetli, C.V. and Mittleman, R.E.: **Forensic Pathology for The Hospital Pathologist - Part I**, Laboratory Medicine 20 (4):233-240, 1989 (Reprinted in J Amer Assoc Med Transcription 8(2):11-20, 1989)

53. Wetli, C.V. and Mittleman, R.E.: **Forensic Pathology for The Hospital Pathologist - Part II**, Laboratory Medicine 20 (5):299-304, 1989 (Reprinted in J Amer Assoc Med Transcription 8(4):27-36, 1989)

54. Wetli, C.V.: **Foreword to: Santeria - The Religion**, by M. Gonzalez-Wippler, Harmony Books, New York, 1989, pp VII-X

55. Wetli, C.V.: **On Being An Expert Witness**, Laboratory Medicine 20:545-550, 1989

COP_BM002158

56. Wetli, C.V.: **Afro-Caribbean Religious Cults - Santeria and Palo Mayombe**, Training Key #395, International Academy of Chiefs of Police, August, 1989

57. Martinez, R. and Wetli, C.V.: **Tattoos of the Marielitos**, <u>Amer J Forensic Med and Path</u> 10:315-325, 1989

58. Rodriguez, M. and Wetli, C.V.: **Sudden Death from Falciparum Malaria**, <u>ASCP Check Sample</u> FP 89-6 (FPK7) Vol. 31, No. 6, 1989

59. Vila, R.I., Martin, J.V., Wetli, C.V. and Freeman, R.: **Accidental Death from a Black-Powder Rifle Breech Plug**, <u>Amer J Forensic Med and Path</u> 11(3):241-243, 1990

60. Hearn, W.L., Flynn, D.D., Hime, G.W., Rose, S., Cofino, J.C., Mantero-Atienza, E. Wetli, C.V. and Mash, D.C.: **Cocaethylene: A Unique Cocaine Metabolite Displays High Affinity for the Dopamine Transporter**, <u>J Neurochemistry</u> 56(2):698-701, 1991

61. Escobedo, L.G., Ruttenber, A.J., Agocs, M.M., Anda, R.F., and Wetli, C.V.: **Emerging Patterns of Cocaine Use and the Epidemic of Cocaine Overdose Deaths in Dade County, Florida**. <u>Arch Pathol and Lab Med</u> 115:900-905, 1991

62. Mittleman, R.E. and Wetli, C.V.: **The Pathology of Cocaine Abuse**, <u>Adv Pathol and Lab Med</u> 4:37-73, 1991

63. Ruttenber, A.F., Sweeney, P.A. Mendlein, J.M., and Wetli, C.V.: **Preliminary Findings of an Epidemiologic Study of Cocaine-Related Deaths in Dade County, Florida**. <u>NIDA Research Monograph 110</u>, 1991 (Schober, S. and Schade, C., eds) pp 95-112 ISBN 0-16-035854-X, DHHS Publication No (ADM) 91-1787

64. Bell, M.D., Rao, V.J., Wetli, C.V., and Rodriguez, R.N.: **Positional Asphyxiation in Adults - A Series of 30 Cases from the Dade and Broward County Florida Medical Examiner Offices from 1982 to 1990**. <u>Amer J Forensic Med & Pathol</u> 13(2):101-107, 1992

65. Escobedo, L.G., Ruttenber, A.J., Anda, R.F., Sweeny, P.A. and Wetli, C.V.: **Coronary Artery Disease, Left Ventricular Hypertrophy, and the Risk of Cocaine Overdose Death**. <u>Coronary Artery Disease</u> 3:853-857, 1992

66. Wetli, C.V.: **The Pathology of Cocaine: Perspectives from the Autopsy Table in Acute Cocaine Intoxication: Current Methods of Treatment**. <u>NIDA Research Monograph 123</u>, 1993, pp 172-182 (NIH Publication No 93-3498) - Reprinted in <u>Practical Reviews in Pathology</u>, Vol 18, No 3, July 1993 (Guest Transcript)

COP_BM002159

67. Wetli, C.V.: **Investigation of Child Abuse Deaths**; CME Audiotape in Practical Reviews in Pathology, Vol 18, No 4, August 1993 (Guest Presentation)

68. Pardo, V., Wetli, C.V., Strauss, J. and Bourgoignis, E.: **Renal Complications of Drug Abuse and Human Immunodeficiency Virus**, in Renal Pathology, 2nd edition, Tischer, C.C. and Brenner, B.M. (eds), J.B. Lippincott, Phila. 1994, pp 390-418 (ISBN 0-397-51240-6)

69. Wetli, C.V. and Davis, J.H.: **Participation of Physicians in Capital Punishment (Letter to the Editor)**, New Eng J Med 330:936, 1994

70. Wetli, C.V.: **Review of "Pathology of Drug Abuse"** by Karch, S.B., Arch Pathol and Lab Med 118:553, 1994

71. Staley, J., Basile, M., Wetli, C.V., Hearn, W.L., Flynn, D.D., Ruttenber, A.J. and Mash, D.C.: **Differential Regulation of the Dopamine Transporter in Cocaine Overdose Deaths**. In NIDA Research Monograph "Problems of Drug Dependence, 1993: Proceedings of the 55th Annual Scientific Meeting", Editor: Louis S. Harris, Ph.D., 141, pp 32-38, 1994

72. Staley, J.K, Hearn, W.L., Ruttenber, A.J., Wetli, C.V., and Mash, D.C.: **High Affinity Cocaine Recognition Sites on the Dopamine Transporter are Elevated in Fatal Cocaine Overdose Victims**. J. Pharm. and Exptl. Therapeutics 271:1678-1685. 1994

73. Wetli, C.V.: **Illicit Drug Abuse in Pathology of Environmental and Occupational Disease**, Craighead, J.D. (ed), Mosby-Year Book, Inc., St. Louis, Chapt. 15. pp 259-268, 1995 (ISBN 0-8016-C7776-9)

74. Wetli, C.V.: **Answering the Call to Court**, Advance for Laboratory Administrators 4:53-55, 1995. Advance for Physicians Assistants 4:27-32, 1996

75. Raval, M.P., and Wetli, C.V.: **Sudden Death from Cocaine Induced Excited Delirium: An Analysis of 45 cases (abstract)** Amer J Clinical Path 104(3):329, 1995

76. Wetli, C.V.: **Forensic Issues**, in The Textbook of Penetrating Trauma, Part X, Special Considerations, Ivatury, R.R. and Cayten, C.G. (eds) Williams & Wilkins, Philadelphia, 1995 (1996), Chapt. 85, pp 1084-1099 (ISBN 0-683-04338-2)

77. Karch, S.B. and Wetli, C.V.: **Agitated Delirium Versus Positional Asphyxia (letter to editor)** Ann. Emerg. Med. 26(6): 760-761, 1995.

78. Wetli, C.V.: **Fatal Lightning Strike** Amer Soc. Clinical Pathologists Check Sample FP96-1, 38 (1), 1996

COP_BM002160

79.     Lew, E.O. and Wetli, C.V.: **Mortality from Hurricane Andrew**. J Forensic Sci 41(3): 449-452, 1996.

80.     Wetli, C.V.: **Keraunopathology - An Analysis of 45 Cases** Amer J Forensic Med & Pathol. 17(2): 89-98, 1996.

81.     Resnik, B.I. and Wetli, C.V.: **Lichtenberg Figures** Amer J Forensic Med & Pathol. 17(2): 99-102, 1996.

82.     Wetli, C.V.: **Death Certificate Completion by Physicians** JAMA 276:279-280, 1996 (letter to editor).

83.     Wetli, C.V., Mash, D., and Karch, S.B.: **Cocaine-Associated Agitated Delirium and the Neuroleptic Malignant Syndrome** Am J Emerg. Med. 14:425-428, 1996.14:425-428, 1996.

84.     Ruttenber, A.J., Lawler-Heavener, Yin, M., Wetli, C.V., Hearn, W.L. & Mash, D.C.: **Fatal Excited Delirium Following Cocaine use: Epidemiologic Findings Provide New Evidence for Mechanisms of Cocaine Toxicity** J. Forensic Sci 42:25-31, 1997.

85.     Wetli, C.V.: **When Lawyers Call: Pathologists and Laboratorians as Expert Witnesses**. ASCP Check Sample, Laboratory Practice Management (LPM 96-3) 2:35-48, 1997.

86.     DiPaolo, N., Fineschi, V., Dipaolo, M., Wetly (sic), C.V., Garosi, G., DelVecchio, M.T., and Bianciardi, G.: **Kidney Vascular Damage and Cocaine** Clinical Nephrology, 47:298-303, 1997.

87.     Fineschi, V., Wetli, C.V., DiPaolo, M. and Baroldi, G.: **Myocardial Necrosis and Cocaine**. Int J Legal Med 110:193-198, 1997.

88.     Wetli, C.V., Rao, A. and Rao, V.J.: **Fatal Heroin Body Packing**. Amer J Forensic Med & Pathol 18:312-318, 1997.

89.     Wetli, C.V. (ed): **Pathology of Drug Abuse** in Drug Abuse Handbook, Karch, S.B. (ed.-in-chief), CRC Press, Boca Raton, Chap. 1, pp 77-150, 1998, ISBN 0-8493-2637-0. Second Edition: Taylor and Francis Group, Boca Raton, FL, Chapter 2, pp 71-146, 2007 (ISBN 10-08493-1690-1; 13-978-0-8493-1690-6)

90.     Hollander, J.E., Levitt, M.A., Young, G.P., Briglia, E., Wetli, C.V., and Gawad, Y.: **Effect of Recent Cocaine Use on the Specificity of Cardiac Markers for Diagnosis of Acute Myocardial Infarction**. Am. Heart J 135:245-252, 1998

91.     Wetli, C.V.: **Commentary on Genius vs State (986 F.Supp. 668 D. Mass 1997) Hex Appeal: Did Voodoo Terror Bring Insanity?** Forensic Echo 2:3-4, 1998

COP_BM002161

92. Wetli, C.V., Mittleman, R.E., and Rao, V.J.: **An Atlas of Forensic Pathology (subtitle Forensic Pathology - A Descriptive Atlas of the Latter Twentieth Century)**. <u>American Society of Clinical Pathologists</u> (ASCP Press), Chicago, 1999   ISBN 0-89189-430-6

93. Wetli, C.V.: **Disaster's Trauma to Rescuers (commentary)** <u>Forensic Echo</u> 3(6): 13-14, 1999 (May)

94. Wetli, C.V.: **Perspectives in Pathology:  The Two Worlds of Autopsy**. <u>Advance for Administrators of the Laboratory</u>, 8(4):  14-16, 1999

95. Okia, Z. and Wetli, C.V.: **Arrythmogenic Right Ventricular Dysplasia and Sudden Death**. <u>Amer. Soc. Clin. Path. Check Sample</u> FP 99-6  41(6): 75-92, 1999

96. Wetli, C.V.: **Body Traces Bullet**.  <u>The Forensic Panel Letter</u> 3(11): 16, 1999

97. Ruttenber, AJ, McAnally, HB and Wetli, CV: **Cocaine-Associated Rhabomyolysis and Excited Delirium: Different Stages of the same Syndrome**.  <u>Am J Forensic Med & Pathol</u> 20(2): 120-127, 1999

98. Wetli, C.V.: **Dead Baby Diagnosis Valid?  Commentary on People vs.Lind (Illinois, 718 N.E. 2d 316):  When Do Injuries Establish Intent?**  <u>The Forensic Panel Letter</u> (online http://www.forensicpanel.com), April 26, 2000.

99. Wetli, C.V.: **Book Review: Criminal Poisoning**: <u>Investigation Guide for Law Enforcement, Toxicologists, Forensic Scientists and Attorneys</u> by Trestrial III, John Harris Lab. Med 32:49, 2001

100. Torres-Matundan, E., and Wetli, C.V.: **Salicylate Poisoning**.  <u>ASCP Check Sample</u> FP00-09, 42(9): 113-124, 2001

101. Wetli, C.V.: **Autopsy Safety**.  <u>Laboratory Medicine</u> 32:451-453, 200

102. Wetli, C.V. and Golden, R.M.: **Mass Disaster Management**, <u>ASCP Check Sample</u> FP01-10, 43: 119-138, 2001

103. Wetli, C.V., Kolovich, R.M. and Dinhofer, L.:  **Modified Cardiectomy: Documenting Sudden Cardiac Death in Hearts Selected for Valve Allograft Procurement**. <u>Amer J Forensic Med & Pathol.</u> 23(2): 137-141, 2002

104. Wang, J., Biedrzycki, L., Wetli, C.V.: **Delayed Cardiac Death from Vehicular Trauma: Heart Attack by Motorcycle**.  <u>ASCP Check Sample</u> FP02-6, 44:69-81, 2002 (ISSN 1056-5922)

COP_BM002162

105.    Wetli, C.V., Krivosta, G. and Sturiano, J.V.: **Open Revolver Cylinder at the Suicide Death Scene**.  Amer J. Forensic Med & Pathol.  23(3): 229-233, 2002

106.    Wetli, C.V.: **The Medical Examiner's Role in Organ & Tissue Recovery**.  On the Beat (NY Organ Donor Network).  6:12, 2003.  Update (publication of UNOS – United Network for Organ Sharing), May-June, 2003, p. 29.

107.    Xiong, Z., Avella, J., and Wetli, C.V.:  **Sudden Death Caused by 1,1-difluorethane Inhalation**. J Forensic Sci 49: 627-629, 2004

108.    Stephens, B.G., Jentzen, J.M., Karch, S., Mash, D.C. and Wetli, C.V.:  **Criteria for the Interpretation of Cocaine Levels in Human Biological Samples and Their Relation to the Cause of Death**.  Amer J Forensic Med and Pathol 25:1-10, 2004

109.    Stephens, B.G., Jentzen, J.M., Karch, S., Wetli, C.V., and Mash, D.C.:  **National Association of Medical Examiners Position Paper on the Certification of Cocaine-Related Deaths**.  Amer J Forensic Med and Pathol 25:11-13, 2004

110.    Avella, Joseph; Wetli, Charles V.; Wilson, James C.; Katz, Michael and Hahn, Timothy:  **Fatal Olanzapine-Induced Hyperglycemic Ketoacidosis**.  Amer J Forensic Med Pathol 25:172-175, 2004; reproduced in Psychiatry Review, 2:21-23, 2005

111.    Shields, L.B.E.,  Hunsaker, D.M., Hunsaker, J.C., Wetli, C.V. and Holmes, R.M.:  **Atypical Autoerotic Death: Part II**. Amer J Forensic Med Pathol 26:53-62, 2005

112.    Wetli, C.V.:  **Foreword to Forensic Pathology: Principles and Practice** by Dolinak, Matshes and Lew, 2005 , xxi-xxii, Elsevier, MA  (ISBN 0-12-219951-0)

113.    Wetli, CV and Natarajan, GA:  **Death in Custody, United States of America**.  In Encyclopedia of Forensic and Legal Medicine, Vol. 2. pp 65-73, Payne-James, Byard, Corey and Henderson (eds.), Elsevier, Glasgow, 2005 (ISBN: 0-12-547970-0 {set})

114     Wetli, Charles V:  **Excited Delirium**.  Ibid, pp 276-288

115.    Wetli, Charles V.:  **Excited Delirium** in Deaths in Custody, pp 99-112, Chapter 7, (Ross, DL and Chan, TC, eds.), Humana Press, Totowa, NJ, 2006

116.    Davis, NL, Wetli, CV and Shakin, JL:  **The Retina in Forensic Medicine Applications of Ophthalmic Endoscopy:  The first 100 Cases**.  Amer J Forensic Med and Pathol 27:

117.    Davis, NL, Wetli, CV, and Shakin, JL:  **Ophthalmic Endoscopy – The Retina in Forensic Medicine**  Check Sample, American Society for Forensic Pathology, FP 06-5 (FP 316), 48 (5):61-73, 2006

COP_BM002163

118. Pinckard, JK, Wetli, CV & Graham, MA: **National Association of Medical Examiner Position Paper on the Medical Examiner Release of Organs and Tissues for Transplantation**. Amer J Forensic Med & Pathol 28 (3): 202-207, 2007

119. Wetli, C.V.: **Overview of Pathology of Drug Abuse: Scene of Death and the Autopsy** in Pathology, Toxicogenetics, and Criminalistics of Drug Abuse, Karch, S.B. (ed). CRC Press/Taylor and Francis Group, Boca Raton, FL, Chapter 2, pp 71-78, 2008 ISBN 13:978-1-42005455-2

120. Wetli, C.V.: **Sudden Unexpected Death in Custody (SUDIC)** in TASER Conducted Electrical Weapons: Physiology, Pathology, and Law; Kroll, M.W. and Ho, J.D. (eds.), Chapter 30, pp 379-388, Springer Science + Business Media, New York, 2009; ISBN978-0-387-85474-8

121. Wetli, CV; Ponzin, D; Womack, C; and McCann, G: **Facilitating Donation – The Role of Key Stakeholders: The Medical Examiner, the Coroner, the Hospital Pathologist, and the Funeral Director, in Tissue and Cell Donation - An Essential Guide**. Warwick, RM; Fehilym, D; Brubaker, S; and Eastlund, T (eds.); Chapter 9, pp 160-178,Wiley-Blackwell, Oxford, UK, 2009 ISBN 978-1-4051-6322-4

122. Scheinin, L and Wetli, CV: **Sudden Death and Sickle Cell Trait – Medicolegal Considerations and Implications**. Amer J Forensic Med & Pathol 30:201-208, 2009

123. Mash, DC; Duque, L; Pablo, J; Qin, Y; Adi, N; Hyma, B; Karch, S; Druid, H; and Wetli, CV: **Brain Biomarkers for Identifying Excited Delirium as a Cause of Sudden Death**. Forensic Science International, 190: e13-e19, 2009

124. Wetli, CV and Davis, JA: **Pediatric Organ and Tissue Donation** in Forensic Pathology of Infancy and Childhood, Springer, 2014, (Collins, KA and Bayard, RA -- eds.) -- pages 1157-1171 (print ISBN 978-1-61779-402-5; online ISBN 978-1-61779-403-2)

COP_BM002164

# ADDENDUM I

## AMERICAN SOCIETY OF CLINICAL PATHOLOGISTS ACTIVITIES

**Forensic Council of Commission on Continuing Education** 1982-1988 (Chairman, 1986-1988); ex officio 1989-2001; Forensic Resource Council, January 2002 - 2005

**Check Sample: Editor for Forensic Council**, 1985 - 2005
Associate Editor for Check Sample Program &
Editor-in-Chief of Anatomic Pathology, 1990-1993

**Executive Committee**, (Editorial Board), April 1993 - 2005

**Abstract Review Subcommittee for Anatomic Pathology**, May 1988 - present

**American Journal of Clinical Pathology Editorial Board**, Dec. 1996 - 2006

**Resident In-Service Examination ("RISE") National Contributing Editor for Forensic Pathology** (test committee), June 1998 - 2006

**George F. Stevenson Society**, Nov. 2000 - 2006

**ASCP Awards:**

Commission of Continuing Education Medal, November 1988
Distinguished Service Award, May 1989

**Check Samples Published**:

**FP 81 - Naked Hyperthermia** (ref. 14)
**FP 84-5 - Haitian AIDS** (ref. 34)
**FP 84-6 - Coronary Artery Dissection** (ref. 35)
**FP 89-6 - Sudden Death from Falciparum Malaria** (ref. 58)
**FP 96-1 - Fatal Lightning Strike** (ref. 78)
**LPM-96-3 - When Lawyers Call: Pathologists and Laboratorians as Expert Witnesses** (ref. 85)
**FP 00-09 - Aspirin Toxicity** (ref. 99)
**FP01-10 - Mass Disaster Management** (ref. 101)
**FP02-06 - Delayed Cardiac Death from Vehicular Trauma** (ref. 103)
**FP 06-5 (FP 316) - Ophthalmic Endoscopy – The Retina in Forensic Medicine** (ref. 116)

**Teleconferences:**

Drug Overdose Deaths June and October, 1985; September 1988

Forensic Pathology for the Hospital Pathologist - Part I, May 1989

Anatomy of Firearms Injuries (Dr. Geetha Ann Natarajan, Co-director), October 1995

**ASCP Workshops:**

#4430:   **Man & Machine: Evaluating the Auto Accident Victim** (Co-director with Dr. James Benz), October 1982, October 1983; Revised, with Dr. Don Reay as Co-director: November 1985, April 1987, March 1993

#4436:   **Forensic Pathology for the Hospital Pathologist** (with Dr. Roger Mittleman as Co-director), October 1984, April 1985, November 1985, April 1986, March 1987, October 1987, April 1988, March 1989 October 1989, March 1991, April 1992, September 1995

#4443:   **Pathology of Drug Abuse** (with Dr. Allen Jones, Co-director) October 1988, October 1989, October 1990; (with Dr. Geetha Natarajan, Co-director), September 1995

#A-135:   **The Art of Courtroom Testimony**, October 1989 (Mini-workshop)

#4447:   **The Art of Courtroom Testimony**, October 1990, March 1991, October 1992, October 1993, October 1994, October 1996

#A-152:   **Euthanasia and Physician-Assisted Suicide** (Mini-workshop) October 1994

#4454:   **Anatomy of Firearms Injuries** (with Dr. Geetha Natarajan, Co-director) April 1995, April 1996, April 1997

#A-166:   **Death Certification**, October 1996, September 1997, October 2000 (Mini-Workshop)

#A-190:   **Forensic Pathology Chat Room**, October 2000

#R-233:   **Forensic Pathology Round Table** (Lawyers, Courts & Judges), October 2000 (Workshop #4410)

COP_BM002166

### ASCP Dinner Seminars Presented:

1982:    Spontaneous Human Combustion;
         Fungal Cerebritis in IV Cocaine Abuse

1983:    The Body Packer Syndrome;
         Graves, Skulls, and Blue Tattoos
         (Afro-Caribbean Religions).

1984:    Two Point Contact; (cylinder flare in GSW homicide)
         Psychotic Heat (excited delirium and cocaine).

1985:    Double Impact; (in automobile crash)
         Silence Please: Murder in Progress (firearms silencers)
         Lust Murder

1986:    Potential Significance of the Hexagram;
         Sudden Death in Crisis Intervention;
         Delayed Symptoms (Amoxapine Overdose);
         Blood, Alcohol and Trauma

1987:    Trial by Press;
         Hyperacute Cerebral Edema in an Adult

1988:    Blackpowder Backfire; (breech plug fatality)
         Sudden Death in Mental Illness (Neuroleptic Malignant Syndrome)

1989:    The Explosion  (deflagration vs bomb)
         A Fatal Breeze (CO poisoning).

1990:    An Epitaph of Adolfo De Jesus Constanzos;
         From Natural Causes (not so apparent manner of death).

1991:    A Maturational Arrest (in the grief reaction),
         The Hemlock Debate, (assisted suicide, euthanasia)
         If At First You Don't Succeed...; (multiple SGW suicide).
         Tales Bullets Tell (bullet cytology).

1992:    Time of Death;
         Candomble
         A Not-So-Spontaneous Subarachnoid Hemorrhage (vertebral artery laceration).

COP_BM002167

# CURRICULUM VITAE
## CHARLES V. WETLI, M.D.

1993:    Colombian Entrepreneur  (heroin body packer)
        Death of a Healthy Child  (child abuse)
        Deaths From Hurricane Andrew

1994:    A Matter of Position (gunshot wound problem solving);
        The Naked Truth (autoerotic sexual asphyxia)
        Chango's Revenge (Fatal Lightning Strike)

1995:    "The Chameleon" (approach to the Police Shooting);
        Fatal Firearm Facsimile (Black Powder Firearms)
        Gasping Baby Syndrome (Benzyl Alcohol Toxicity)

1996:    Degenerate Dissection (Heroin Body Packer)
        Degenerative Deglutination (Food Aspiration in Elderly)
        Acute Exhaustive Mania, Excited Delirium and the Neuroleptic Malignant Syndrome

1997:    Press, Politics and Mass Disaster (TWA 800 Disaster).
        Of Broken Bones and Dry Gas (Homicidal Methanol Poisoning)
        Forensic Stridor (Sudden Death from Laryngeal Tuberculosis)

2000:    Modified Cardiectomy
        Suicide with Open Revolver Cylinder

COP_BM002168

# ADDENDUM II

## ACTIVITIES ASSOCIATED WITH ORGAN AND TISSUE PROCUREMENT FOR TRANSPLANTATION

Medical Examiner and Coroner Advisory Committee for the **American Red Cross**, 1998-2005

Ad Hoc Committee of the **National Association of Medical Examiners** for Developing Guidelines for the Relationship between Tissue Procurement Agencies and Medical Examiners/Coroners, 01/01 – 12/14; appointed chairman 02/05-06/12

Medical Advisory Board and Chairman of the Tissue Subcommittee for the **New York Organ Donor Network**, 10/01 – 02/09

Medical Examiner and Coroner Advisory Board for the **Musculoskeletal Tissue Foundation** (Co-Chair), February 2006-2011

**Publications:**

106. Wetli, C.V.: **The Medical Examiner's Role in Organ & Tissue Recovery**. On the Beat (NY Organ Donor Network). 6:12, 2003. Update (publication of UNOS – United Network for Organ Sharing), May-June, 2003, p. 29 (ref. 105)

103. Wetli,C.V., Kolovich, R.M. and Dinhofer, L.: **Modified Cardiectomy: Documenting Sudden Cardiac Death in Hearts Selected for Valve Allograft Procurement**. Amer J Forensic Med & Pathol. 23(2): 137-141, 2002 (ref. 102)

121. . Wetli, CV; Ponzin, D; Womack, C; and McCann, G: **Facilitating Donation – The Role of Key Stakeholders: The Medical Examiner, the Coroner, the Hospital Pathologist, and the Funeral Director,** in *Tissue and Cell Donation - An Essential Guide*. Warwick, RM; Fehilym, D; Brubaker, S; and Eastlund, T (eds.); Chapter 9, pp 160-178,Wiley-Blackwell, Oxford, UK, 2009 ISBN 978-1-4051-6322-4 (ref 119)

118. Pinckard, JK, Wetli, CV, and Graham, MA: **National Association of Medical Examiner Position Paper on the Medical Examiner Release of Organs and Tissues for Transplantation.** Amer J Forensic Med and Pathol 28 (3): 202-207, 2007

124. Wetli, CV and Davis, JA: **Pediatric Organ and Tissue Donation** in *Forensic Pathology of Infancy and Childhood*, Springer, NY, 2014 (Collins, KA and Byard, RA - eds.); pages 1157-1171 (Print ISBN 978-1-61779-402-5; Online ISBN 978-1-61779-403-2)

COP_BM002169

2001:    Modified Cardiectomy
2005:    Medical Examiners and Tissue Procurement (panel)


# ADDENDUM III

## AWARDS


Far East United Nations Command:  Certificate of Appreciation, April, 1975

United States Army Commendation Medal, August, 1976

American Society of Clinical Pathologists Commission on Continuing Education Medal, 11/88

American Society of Clinical Pathologists Distinguished Service Award, May 1989

National College of District Attorneys Lecturer of Merit Award, June 1990

NYS Trauma Physician of Distinction, 1999
(Presented by NYS Trauma Committee, American Trauma Society, NY Division)
(Note:  The only pathologist to ever receive this award)

National Association of Counties Award (Best in Category):  Mass Disaster Preparedness Program, May 2000

St. Louis University School of Medicine:  The George E. Gantner Memorial Lecture Award, July 23, 2007

Professional Leadership Award presented by The Association of Organ Procurement Organizations (AOPO), October 14, 2013 (presented at the annual meeting of the National Association of Medical Examiners, Milwaukee, WI)

**COP_BM002170**

**EXHIBIT 13**

**EXHIBIT 13**

1  Kathleen L. Wieneke, Bar #011139
   Christina Retts, Bar #023798
2  STRUCK WIENEKE & LOVE, P.L.C.
   3100 West Ray Road, Suite 300
3  Chandler, Arizona 85226
   Telephone: (480) 420-1600
4  Fax: (480) 420-1699
   kwieneke@swlfirm.com
5  cretts@swlfirm.com

6  Attorneys for Defendants City of Phoenix,
   Matthew Johnson, Celina Gonzales, Joel
7  Zemaitis and William Weber

8

9  **UNITED STATES DISTRICT COURT**

10  **DISTRICT OF ARIZONA**

| | |
|---|---|
| 11 Ngozi Mbegbu, individually as the surviving spouse of decedent Balantine Mbegbu and on behalf of decedent's children Ogechukwu 12 Amarachukwu Gloria Mbegbu and C.C.E.M. (a minor) as the statutory beneficiaries of 13 Balantine Mbegbu; and as Personal Representative of the Estate of 14 Balantine Mbegbu, | NO. 2:16-cv-00424-DGC |
| | **DECLARATION OF DR. MACE BECKSON** |
| 15 Plaintiffs, | |
| 16 v. | |
| 17 City of Phoenix, a public entity; Matthew Johnson and Jane Doe Johnson, 18 husband and wife; Celina Gonzales and John Doe Gonzales, wife 19 and husband; Joel Zemaitis and Jane Doe Zemaitis, husband 20 and wife; William Weber and Jane Doe Weber, husband 21 and wife; John Does 1-5; 22 and Jane Does 1-5, | |
| 23 Defendants. | |

24

25       I, MACE BECKSONM M.D., make the following Declaration:

26       1.    I am over the age of 18 years and competent to testify to the matters set

27  forth in this Declaration.

28

2. I have prepared a Rule 26(a)(2)(B) expert witness report in the matter of *Ngozi Mbegbu, et al v. City of Phoenix, et al.*, Case No. 2:16-cv-00424-DGC, attached hereto as Exhibit A.

3. The opinions expressed therein are stated to a reasonable degree of probability within my field of expertise as a board-certified physician in psychiatry, forensic psychiatry, and addiction medicine. My report, Exhibit A, at attachment A (COP_BM002356 – 2368).

4. I declare, pursuant to 28 U.S.C. Section 1746, under penalty of perjury that the opinions in Exhibit A are true to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____April 17_____, 2017.

Mace Beckson, M.D.

# EXHIBIT A

November 4, 2016

Christina Retts, Esq.
Struck Wieneke & Love
3100 West Ray Road, Suite 300
Chandler, AZ 85226

Re:   *Ngozi Mbegbu, et al., v. City of Phoenix, et al.*
      Superior Court of the State of Arizona in and for the County of Maricopa
      CV-2015-011529
      Expert Report

Dear Ms. Retts:

At your request, I have reviewed the records that you have provided, which are itemized below.  My professional opinions are stated in this report with a reasonable degree of medical certainty, based upon the information I currently possess, as well as my education, training, knowledge, and experience.  Should I become aware of additional information in the future, my opinions would be subject to revision as appropriate.


BACKGROUND AND CREDENTIALS

I am a physician licensed by the States of California, Florida, and New York; and Board certified in Psychiatry, Forensic Psychiatry, and Addiction Medicine.  I am a Distinguished Fellow of the American Psychiatric Association, and a Health Sciences Clinical Professor of Psychiatry and Biobehavioral Sciences at the University of California, Los Angeles (UCLA).   As a member of the full-time UCLA faculty, my academic responsibilities include teaching and clinical supervision of post-graduate trainees.  I graduated *magna cum laude* in Biochemical Sciences from Harvard College and obtained my medical degree from Cornell University.  Subsequently, I completed post-graduate residency training in psychiatry at UCLA, where I served as a chief

COP_BM002330

Mr. Mbegbu did have insulin-dependent diabetes mellitus. Blood sugar derangements can cause alteration of cognition and mood. In addition, microvascular disease associated with diabetes can cause dementia and abnormal behavior through that mechanism.

The differential diagnosis of Mr. Mbegbu's behavior, considering nature and course of his behavioral and psychological signs, would include personality change due to an underlying medical disorder, late-life psychotic disorder, mood disorder, intermittent explosive disorder, and early dementia. Without more information, it would be hard to further narrow down the possibilities. Without a diagnosis, it would not be possible to formulate Mr. Mbegbu's prognosis had he not died on October 6, 2014.

2. Balantine Mbegbu's telephonic communication to his friend Geralds (which prompted the 911 call), his history of domestic disputes, including one in which he struck his wife, and his behavior when police entered his home, indicated his increased risk of violence. It was reasonable for the responding police officers to be concerned for Mrs. Mbegbu's safety were they to leave without further assessment of the situation, knowing that Mrs. Mbegbu would be returning home, where she would be with her husband.

Paranoia, impaired anger regulation, poor impulse control, impaired judgment, and a history of physical violence are risk factors for violence. Mr. Mbegbu's statement to Geralds that about either Mr. Mbegbu's wife or Mr. Mbegbu dying that day was threatening enough to Geralds such that he called 911. Mr. Mbegbu's aggressive behavior towards police, including hitting the hand of Officer Johnson and his combative resistance to being detained and handcuffed, including kicking officers, additionally demonstrate his elevated risk of violence. The professional judgment of responding officers that Mr. Mbegbu was potentially dangerous to his wife based upon the 911 call and what they had already experienced, was a reasonable judgment based upon their knowledge and experience at the time. Based upon their professional judgment, the officers felt they could not just walk away without further assessing the situation in order to ensure safety, knowing that Mrs. Mbegbu would be at home with Mr. Mbegbu,

COP_BM002354

Please contact me with any questions that you might have.

Sincerely yours,



Mace Beckson, M.D.
Health Sciences Clinical Professor of Psychiatry & Biobehavioral Sciences
University of California, Los Angeles

COP_BM002355

MACE BECKSON, M.D., DFAPA
*Curriculum Vitae*
(August 19, 2016)

Contact Information:

Mailing Address:    11301 West Olympic Boulevard #657, Los Angeles, CA 90064
Telephone:          310.966.1907
Email:              macebeckson@outlook.com


Education:

| | | |
|---|---|---|
| Harvard College | A.B. magna cum laude in Biochemical Sciences | 1976-1980 |
| The Rockefeller University | Molecular Biology | 1980-1983 |
| Cornell University Medical College | M.D. | 1980-1985 |


Post-Graduate Training:

The New York Hospital-Cornell Medical Center/Payne Whitney Clinic          1985-1986
    Internship

University of California, Los Angeles/Neuropsychiatric Institute           1986-1989
    Psychiatry Residency and Chief Residency

University of California, Los Angeles/Department of Neurology              1989-1991
    Fellowship/Division of Neurobehavior


Licensure:

Physician and Surgeon, License No. G59242, State of California            1986—

Medical Doctor, License No. ME 102592, State of Florida                   2008—

Doctor (Physician), License No. 269791, State of New York                 2013—

COP_BM002356

Certifications:

American Board of Psychiatry & Neurology:

| | | | |
|---|---|---|---|
| Psychiatry | Certificate | 33666 | 1991— |
| Forensic Psychiatry | Certificate | 0625 | 1998-2018 |
| Addiction Psychiatry | Certificate | 0499 | 1994-2014 |
| Geriatric Psychiatry | Certificate | 0874 | 1994-2004 |

American Board of Addiction Medicine:

| | | |
|---|---|---|
| Addiction Medicine | Certificate 000375 | 2009— |

Medical Review Officer Certification Council:

| | | |
|---|---|---|
| Medical Review Officer | Certificate 15-11424 | 2015-2020 |

American Association of Suicidology:

| | |
|---|---|
| Certified Forensic Suicidologist | 2010— |
| Certified Psychological Autopsy Investigator | 2014— |

National Commission on Correctional Health Care:

| | |
|---|---|
| Certified Correctional Health Care Professional | 2013— |

American Society of Addiction Medicine:

| | | |
|---|---|---|
| Addiction Medicine | Certificate 010603 | 1994 |

National Board of Medical Examiners

| | | |
|---|---|---|
| Diplomate (Parts I, II, III) | Certificate 289627 | 1986 |

COP_BM002357

Academic Appointments:

| | |
|---|---|
| Health Sciences Clinical Professor of Psychiatry<br>    University of California, Los Angeles | 2010— |
| Clinical Professor of Psychiatry (Compensated)<br>    University of California, Los Angeles | 2005-2010 |
| Associate Clinical Professor of Psychiatry (Compensated)<br>    University of California, Los Angeles | 2000-2005 |
| Assistant Clinical Professor of Psychiatry (Compensated)<br>    University of California, Los Angeles School of Medicine | 1996-2000 |
| Assistant Clinical Professor of Psychiatry (Voluntary)<br>    University of California, Los Angeles | 1991-1996 |
| Clinical Instructor of Psychiatry (Voluntary)<br>    University of California, Los Angeles | 1990-1991 |
| Clinical Instructor of Neurology (Voluntary)<br>    University of California, Los Angeles | 1989-1991 |

Clinical Positions:

| | |
|---|---|
| Staff Psychiatrist, Substance Abuse Treatment Programs<br>    VA Greater Los Angeles Healthcare System | 2016— |
| Private Practice of Addiction Psychiatry | 1997— |
| Medical Director, Psychiatric Intensive Care Unit<br>    VA Greater Los Angeles Healthcare System | 1998-2016 |
| Staff Psychiatrist, Psychiatric Intensive Care Unit<br>    VA Greater Los Angeles Healthcare System | 1997-1998 |
| Consulting Psychiatrist, Didi Hirsh Community Mental Health Center<br>    Culver City, California | 1988-1998 |

COP_BM002358

Chief & Founder, Intensive Outpatient Treatment of Addictions     1995-1997
     Day Hospital, VA Medical Center West Los Angeles

Chief & Founder, Substance Abuse Consultation Team        1995
     VA Medical Center West Los Angeles

Program Director, Alcohol and Drug Treatment Program     1991-1995
     VA Medical Center West Los Angeles

Attending Psychiatrist, Consultation-Liaison Service      1990-1991
     University of California, Los Angeles Medical Center

Staff Psychiatrist (Voluntary), Student Psychological Services    1989-1991
     University of California, Los Angeles


Consultation:

Forensic Consultant      1998—

Expert Reviewer, Medical Board of California      2000-2009
     Department of Consumer Affairs, State of California

Psychiatric Consultant to Sexual Recovery Institute      1998-2003
     Los Angeles, California

Consultant to Ventura County Sheriff's Department      1998-1999
     Ventura, California


Teaching:

Core Faculty      1998—
     UCLA/VA Integrated Psychiatry Residency Program

Clinical Supervisor      1988—
     UCLA/VA Integrated Psychiatry Residency Program
     UCLA/San Fernando Valley Psychiatry Residency Program
     UCLA/Harbor Psychiatry Residency Program

COP_BM002359

Director, Intensive Care & Forensic Psychiatry Residency Rotation     1998-2016
     Psychiatric Intensive Care Unit
     VA Greater Los Angeles Healthcare System

Lecturer, PGY-1 Core Curriculum     2001-2016
     UCLA/VA Integrated Psychiatry Residency Program

Forensic Psychiatry Fellowship Faculty     1998-2008
     University of California, Los Angeles

Lecturer, PGY-3 Psychopharmacology Course     1993-2000
     UCLA/VA Integrated Psychiatry Residency Program

Lecturer, Forensic Psychiatry Fellowship     1992-2008
     University of California, Los Angeles

Director, Addiction Psychiatry Residency Rotation     1991-1997
     VA Medical Center West Los Angeles

Supervisor, Addiction Therapists     1991-1997
     VA Medical Center West Los Angeles

Preceptor, Medical Student Psychiatry Clerkship     1991-1993
     University of California, Los Angeles

Preceptor, Medical Student Neurology Clerkship     1989-1991
     University of California, Los Angeles

Awards and Recognition:

Service Award     2016
     Twenty-five Years of Service
     U.S. Department of Veterans Affairs

Certificate of Appreciation     2012
     Exemplary Performance in the Realm of Patient Safety:
     Management of High Risk Patients with Severe Mental Disorders
     Greater Los Angeles Healthcare System
     U.S. Department of Veterans Affairs

COP_BM002360

Certificate of Appreciation                                                          2012
    Service to the Profession of Psychiatry and the
    California Psychiatric Association as a
    Member of the Judicial Action Committee,
    California Psychiatric Association

Service Award                                                                        2011
    Twenty Years of Service
    U.S. Department of Veterans Affairs

Outstanding Contribution                                                             2010
    Improving Patient Safety through Root Cause Analysis
    For contribution to Gold Award
    Cornerstone Recognition Program
    National Center for Patient Safety
    U.S. Department of Veterans Affairs

On-the-Spot Award                                                                    2006
    Aggregate Parasuicide Root Cause Analysis Team
    Greater Los Angeles Healthcare System
    U.S. Department of Veterans Affairs

Director's Recognition                                                               2005
    Outstanding Contribution in Improving Patient Safety
    Greater Los Angeles Healthcare System
    U.S. Department of Veterans Affairs

Distinguished Fellow, American Psychiatric Association                                2003

Special Contribution Award                                                           2003
    Mental Health Service
    VA Greater Los Angeles Healthcare System
    U.S. Department of Veterans Affairs

Fellow, American Psychiatric Association                                              2001

Innovations of Care, VA Headquarters, Washington, D.C.                               1996
    Recognition of the Intensive Outpatient Treatment of Addictions
    Day Hospital at VA Medical Center West Los Angeles

COP_BM002361

Oskar Diethelm Prize for Excellence in Psychiatry                    1985
         Cornell University Medical College


Committee Activities:

Co-Chair, PGY-2 Sub-Committee                                        2016—
         Residency Oversight Committee
         UCLA/VA Integrated Psychiatry Residency Program


Suicidology Committee                                               2005—
         American Academy of Psychiatry and the Law


Chair and Member, Ad Hoc Promotion Committees                       2005—
         Department of Psychiatry & Biobehavioral Sciences
         University of California at Los Angeles


Aggregate Parasuicide Root Cause Analysis Team                      2003—
         VA Greater Los Angeles Healthcare System


Judicial Action Committee                                          2008-2012
         California Psychiatric Association


Chair (2004-2009) and Member,                                      1999-2011
         Addiction Psychiatry Committee
         American Academy of Psychiatry and the Law


Co-Chair, Patient Rights Committee                                 1998-2011
         VA Greater Los Angeles Healthcare System


Quality, Academics, and Research Advisory Board                    2007-2010
         Jail Mental Health Services, Adult Systems of Care
         Department of Mental Health, County of Los Angeles


Co-Chair, PGY-4 Sub-Committee                                      2005-2008
         Residency Oversight Committee
         UCLA/VA Integrated Psychiatry Residency Program


Co-Chair, Psychiatric Emergency Consultation Committee              2005
         VA Greater Los Angeles Healthcare System

COP_BM002362

Executive Committee (Member-at-Large)                    2004-2006
    American Society for Adolescent Psychiatry

Council on Education and Scientific Affairs               2004-2006
    American Society for Adolescent Psychiatry

Chair, Task Force on Adolescent Substance Abuse          2003-2005
    American Society for Adolescent Psychiatry

Sexual Offender Committee                                2003-2005
    American Academy of Psychiatry and the Law

Research and Development Committee                        1993-1996
    VA Medical Center West Los Angeles (Brentwood Division)


Research Positions:

Director, Clinical Trials                                 1995-1996
    Medication Development Research Center
    National Institute on Drug Abuse/Department of Veterans Affairs
    VA Medical Center West Los Angeles

Co-Director, Brain Imaging Program                        1994-1996
    Medication Development Research Center
    National Institute on Drug Abuse/Department of Veterans Affairs
    VA Medical Center West Los Angeles

Research Psychiatrist                                     1991-1997
    Medication Development Research Center
    National Institute on Drug Abuse/Department of Veterans Affairs
    VA Medical Center West Los Angeles


Professional Organizations:

Academy of Correctional Health Professionals
American Academy of Addiction Psychiatry
American Academy of Psychiatry and the Law
American Association of Medical Review Officers
American Association of Suicidology

COP_BM002363

American College of Occupational and Environmental Medicine
American Psychiatric Association
California Psychiatric Association
International Society for Traumatic Stress Studies
Society for Risk Analysis
Southern California Psychiatric Society


Publications:

Fischer CA, Beckson M, Dietz P.  A case of factitious disorder in a patient claiming to be a sexually sadistic serial killer with homicidal ideation.  *American Journal of Forensic Sciences*, accepted, 2016.

Kim AH, Beckson M, Jones AW, Berman AL.  Psychological autopsy and postmortem toxicology in forensic psychiatry.  In:  Scott C, Rosner R, Eds.  *Principles and Practice of Forensic Psychiatry, Third Edition*.  London:  Arnold, in press, 2016.

Scott C, Wagoner R, Beckson M.  Personal injury litigation.  In:  *Scott C, Ed.  DSM-5 and the Law:  Changes and Challenges*.  New York:  Oxford University Press, pp. 177-200, 2015.

Beckson M, Berman AL.  Psychological autopsy in forensic psychiatry.  *American Academy of Psychiatry and the Law Newsletter 40*(1):15, 26, 2015.

Beckson M, Tucker D.  Commentary:  Craving diagnostic validity in DSM-5 substance use disorders.  *Journal of the American Academy of Psychiatry and the Law 42*:453–458, 2014.

Beckson M, Sokolov G.  DSM-5 Substance Use Disorder: ready for prime time?  *American Academy of Psychiatry and the Law Newsletter 39*(2):1-2, 17, 2014.

Beckson M, Penn J.  Standard of care for suicide risk assessment: how much is enough?  *American Academy of Psychiatry and the Law Newsletter 37*(2):17, 29, 2012.

Bullock CM, Beckson M.  *Male sexual assault:  phenomenology, psychology, physiology.  Journal of the American Academy of Psychiatry and the Law 39*:197-205, 2011.

Simpson JR, Beckson M.  Methamphetamine in criminal court.  *American Academy of Psychiatry and the Law Newsletter 34*(1):18-19, 2009.

Vari G, Beckson M, Weinstock R.  Legal issues in inpatient psychiatry.  In: Ovsiew F, Munich RL, Eds., *Principles of Inpatient Psychiatry*.  Philadelphia: Lippincott Williams & Wilkins, 2008, pp. 139-153.

COP_BM002364

Thompson CR, Del-Pan N, Beckson M, Weinstock R. Adolescent substance use disorders and psychiatrists: competent assessment and treatment? *The American Journal on Addictions 17*:245-246, 2008.

Vari G, Beckson M. Escitalopram-associated serotonin toxicity. *Journal of Clinical Psychopharmacology 27*:229-230, 2007.

Venneman S, Leuchter A, Bartzokis G, Beckson M, Simon SL, Schaefer M, Rawson R, Newton T, Cook IA, Uijtdehaage S, Ling W. Variation in neurophysiological function and evidence of qualitative electroencephalogram discordance: predicting cocaine-dependent treatment attrition. *Journal of Neuropsychiatry and Clinical Neuroscience 18*:209-216, 2006.

Simpson JR, Thompson CR, Beckson M. Impact of orally disintegrating olanzapine on the use of intramuscular antipsychotics, seclusion, and restraint in an acute inpatient psychiatric setting. *Journal of Clinical Psychopharmacology 26*:333-335, 2006.

Beckson M. Adolescent substance use and addiction (Special Section Editor's Introduction). *Annals of the American Society for Adolescent Psychiatry 29*:3-17, 2005.

Thompson CR, Beckson M. A case of factitious homicidal ideation. *Journal of the American Academy of Psychiatry and the Law 32*:277-281, 2004.

Bartzokis G, Beckson M, Lu PH, Edwards N, Rapoport R, Bridge P, Mintz J. Cortical gray matter volumes are associated with subjective responses to cocaine infusion. *American Journal on Addictions 13*:64-73, 2004.

Beckson M, Bartzokis G, Weinstock R. Substance abuse and addiction. In: Rosner R, Ed. *Principles and Practice of Forensic Psychiatry, Second Edition*. London: Arnold, 2003, pp. 672-684.

Beckson M, Bartzokis G. Brain disease: forensic neuropsychiatric issues. In: Rosner R, Ed. *Principles and Practice of Forensic Psychiatry, Second Edition*. London: Arnold, 2003, pp. 603-611.

Bartzokis G, Beckson M, Lu PH, Edwards N, Bridge P, Mintz J. Brain maturation may be arrested in chronic cocaine addicts. *Biological Psychiatry 51*:605-612, 2002.

Beckson M. Smack is back: heroin in the 21st century. *Century City Lawyer 11*(8): 19-22, 2002.

COP_BM002365

Bartzokis G, Beckson M, Lu PH, Neuchterlein K, Edwards N, Mintz J. Age-related changes in frontal and temporal lobe volumes in men: A magnetic resonance imaging study. *Archives of General Psychiatry 58*(5): 461-465, 2001.

Barzokis G, Lu PH, Beckson M, Rappaport R, Grant S, Wiseman E, London ED. Abstinence from cocaine reduces high-risk responses on a gambling task. *Neuropsychopharmacology 22*(1): 102-103, 2000.

Bartzokis G, Beckson M, Po H, Edwards N, Rappaport R, Wiseman E, Bridge P. Increased CSF volumes are associated with diminished subjective response to cocaine infusion. *Neuropsychopharmacology 23*(4): 468-473, 2000.

Bartzokis G, Beckson M, Lu PH, Edwards N, Rappaport, Wiseman E, Bridge P. Age-related brain volume reductions in amphetamine and cocaine addicts and normal controls: Implications for addiction research. *Psychiatric Research: Neuroimaging Section 98*(2): 93-102, 2000.

Ettlin, TM, Kischka U, Beckson M, Gaggiotti M, Rauchfleisch U, Benson DF. The frontal lobe score, part I: construction of a mental status of frontal systems. *Clinical Rehabilitation 14*: 260-271, 2000.

Beckson M. Sexual addiction. *Century City Lawyer 9*(6): 8-10, 1999.

Newton TF, Kalechstein A, Beckson M, Bartzokis G, Bridge TP, Ling W. Effects of selegiline pretreatment on response to experimental cocaine administration. *Psychiatric Research 87*(2-3): 101-106, 1999.

Bartzokis G, Beckson M, Hance DB, Lu P, Foster JA, Mintz J, Ling W, Bridge P. MRI evidence of 'silent' neurovascular toxicity in cocaine dependence. *Biological Psychiatry 45*: 1203-1211, 1999.

Beckson M. Marijuana: mental and behavioral aspects. *Century City Lawyer 8*(1): 12-13, 1999.

Bartzokis G, Beckson M, Wirshing DA, Lu P, Foster JA, Mintz J. Choreoathetoid movements in cocaine dependence. *Biological Psychiatry 45*: 1630-1635, 1999.

Bartzokis G, Beckson M, Newton T, Mandelkern M, Foster JA, Ling W, Bridge P. Selegiline effects on cocaine-induced changes in medial temporal lobe metabolism and subjective ratings of euphoria. *Neuropsychopharmacology 20*: 582-90, 1999.

COP_BM002366

Bartzokis G, Goldstein IB, Hance DB, Beckson M, Shapiro D, Lu PH, Edwards N, Mintz J, Bridge P. The incidence of T2-weighted MR imaging signal abnormalities in the brain of cocaine-dependent patients is age-related and region-specific. *American Journal of Neuroradiology 20*(9): 1628-1635, 1999.

Bartzokis G, Beckson M, Hance DB, Marx P, Foster JA, Marder SR. MR evaluation of age-related increase of brain iron in young adult and older normal males. *Magnetic Resonance Imaging 15*(1): 29-35, 1997.

Bartzokis G, Beckson M. MRI evaluation of neurotoxicity in cocaine users. In: Nahas G, Ed., *Drugs of Abuse in the Decade of the Brain*. Cambridge, Massachusetts: I.O.S. Press, pp. 249-57, 1997.

Bartzokis G, Beckson M. Clinical and MRI evaluation of psychostimulant neurotoxicity. In: Mjewska MD, Ed., *Neurotoxicity and Neuropathology Associated with Cocaine Abuse*, (NIDA Research Monograph Series 163: 300-317). U.S. Department of Health and Human Services, 1996.

Beckson M, Schaefer M. Sex, drugs, and compulsivity: HIV risk and clinical medication trials. In: *Problems of Drug Dependence 1995: Proceedings of the Fifty-Seventh Annual Scientific Meeting*, College on Problems of Drug Dependence, Inc. (NIDA Research Monograph Series 162: 46-48). U.S. Department of Health and Human Services, 1995.

Margolin A, Kosten TR, Avants SK, Wilkins JN, Ling W, Beckson M, Arndt IO, Cornish J, Li SH, Bridge P, Ascher JA. A multicenter trial of bupropion for cocaine dependence in methadone-maintained patients. *Drug and Alcohol Dependence 40* (2): 125-131, 1995.

Beckson M, Benson DF. Brain disease and abnormal behavior. In: Rosner R, Ed. *Principles and Practice of Forensic Psychiatry*. New York: Chapman & Hall, 1994, pp. 461-468.

Beckson M, Ling W. Pharmacologic interventions in cocaine dependence. *Southern California Psychiatrist 41*(10): 10-11, 1993.

Ettlin TM, Beckson M, Benson DF, Langfitt Jt, Amos EC, Pineda GS. Prosopagnosia: a bihemispheric disorder. *Cortex 28*: 129-134, 1992.

Beckson M, Cummings JL. Psychosis in basal ganglia disorders. *Neuropsychiatry, Neuropsychology, and Behavioral Neurology 5*: 126-131, 1992.

Beckson M, Cummings JL. Neuropsychiatric aspects of stroke. *International Journal of Psychiatry in Medicine 21*(1): 1-15, 1991.

COP_BM002367

Van Putten T, Beckson M, Marder SR. The neuroleptic malignant syndrome manifested as a prolonged confusional state. *Journal of Clinical Psychopharmacology 8* (3): 229-230, 1988.

Wang LH, Beckson M, Anderson SM, Hanafusa H. Identification of the viral sequence required for the generation of recovered avian sarcoma viruses and characterization of a series of replication-defective avian sarcoma viruses. *Journal of Virology 49* (3): 881-891, 1984.

COP_BM002368

**EXHIBIT 14**

**EXHIBIT 14**

1  Kathleen L. Wieneke, Bar #011139
   Christina Retts, Bar #023798
2  STRUCK WIENEKE & LOVE, P.L.C.
   3100 West Ray Road, Suite 300
3  Chandler, Arizona 85226
   Telephone: (480) 420-1600
4  Fax: (480) 420-1699
   kwieneke@swlfirm.com
5  cretts@swlfirm.com

6  Attorneys for Defendants City of Phoenix,
   Matthew Johnson, Celina Gonzales, Joel
7  Zemaitis and William Weber

8
                    UNITED STATES DISTRICT COURT
9
                          DISTRICT OF ARIZONA
10
11 Ngozi Mbegbu, individually as the surviving      NO. 2:16-cv-00424-DGC
   spouse of decedent Balantine Mbegbu and on
12 behalf of decedent's children Ogechukwu
   Amarachukwu Gloria Mbegbu and C.C.E.M.
13 (a minor) as the statutory beneficiaries of      DECLARATION OF DR. GARY
   Balantine Mbegbu;                                VILKE
14 and as Personal Representative of the Estate of
   Balantine Mbegbu,
15
                              Plaintiffs,
16
             v.
17
   City of Phoenix, a public entity;
18 Matthew Johnson and Jane Doe Johnson,
   husband and wife;
19 Celina Gonzales and John Doe Gonzales, wife
   and husband;
20 Joel Zemaitis and Jane Doe Zemaitis, husband
   and wife;
21 William Weber and Jane Doe Weber, husband
   and wife;
22 John Does 1-5;
   and Jane Does 1-5,
23
                              Defendants.
24
25      I, GARY M. VILKE, M.D., FACEP, FAAEM, make the following Declaration:

26      1.    I am over the age of 18 years and competent to testify to the matters set

27 forth in this Declaration.

28

2.  I have prepared a Rule 26(a)(2)(B) expert witness report in the matter of *Ngozi Mbegbu, et al v. City of Phoenix, et al.*, Case No. 2:16-cv-00424-DGC, attached hereto as Exhibit A.

3.  The opinions expressed therein are stated to a reasonable degree of probability within my field of expertise as a board-certified emergency department physician with substantial experience in sudden cardiac arrest and sudden cardiac death. My CV is attached to my report, Exhibit A, as Attachment A (COP_BM002051 – 2132).

4.  I declare, pursuant to 28 U.S.C. Section 1746, under penalty of perjury that the opinions in Exhibit A are true to the best of my knowledge and belief.

I declare under penalty of perjury the foregoing is true and correct.

Executed on _____April 17_____, 2017.

_____
Gary M. Vilke, M.D., FACEP, FAAEM

2

# EXHIBIT A

# Gary M. Vilke, M.D., FACEP, FAAEM
## 11279 Breckenridge Way
## San Diego, California 92131
## (619) 666-8643

November 11, 2016

Christina Retts
Struck, Wieneke & Love
3100 West Ray Road, Suite 300
Chandler, AZ 85226

RE:     Mbegbu, et al. v. City of Phoenix
        U.S. District Court of Arizona Case #: 2:16-cv-00424-DGC

## Introduction

I am a board-certified emergency physician with substantial experience in sudden cardiac arrest and sudden death, including my service as the Medical Director of the American Heart Association Training Center at the University of California, San Diego Center for Resuscitation Science. I am an expert on the topic of restraint physiology, neck holds, TASER electronic control devices (ECDs) and on in-custody cardiac arrest and deaths. I have served on multiple expert and consensus panels and have published multiple peer-reviewed papers and book chapters on these topics. My qualifications are further delineated at the end of my report. I have been retained as an expert to review relevant materials and provide expert opinion on this matter, including the state of the medical and scientific literature, and to consider and render expert opinion on whether the restraining process or the TASER ECD caused or contributed to the death of Mr. Balantine Mbegbu on October 6, 2014. After careful review, it is my opinion to a reasonable degree of medical certainty that neither the restraining process nor the TASER ECD caused or contributed to the death of Mr. Balantine. These opinions and related opinions are set forth in my report.

COP_BM002035

Vilke GM, Sloane C, Levine S, Neuman T, Castillo E, Chan TC. Twelve-lead electrocardiogram monitoring of subjects before and after voluntary exposure to the Taser X26. Am J Emerg Med. 2008 Jan;26(1):1-4.

Vilke GM, Sloane CM, Bouton KD, Kolkhorst FW, Levine SD, Neuman TS, Castillo EM, Chan TC. Physiological effects of a conducted electrical weapon on human subjects. Ann Emerg Med. 2007 Nov;50(5):569-75. Epub 2007 Aug 24.

Ho J, Dawes D, Nelson RS, et al. Acidosis and catecholamine evaluation following simulated law enforcement "use of force" encounters. Acad Emerg Med 2010 Jul;17(7):e60-8.

Vilke GM, Bozeman WP, Chan TC.  Emergency Department Evaluation after Conducted Energy Weapon Use:  Review of the Literature for the Clinician.  J Emerg Med 2011;40(5):598-604. Epub 2011 Jan 4.

Panescu D, Kroll M, Brave M. Cardiac Fibrillation Risks with TASER Conducted Electrical Weapons.  IEEE EMBS 2015; 37:323-329.

**Overview of Opinions**
**(all opinions within this report are to a reasonable**
**degree of medical or scientific probability)**

An overview of my opinions is as follows with more description of each below:

1. **The restraining process did not cause the sudden cardiac arrest and death of Mr. Mbegbu.**

2. **The use of the TASER ECD did not cause the cardiac arrest and death of Mr. Mbegbu.**

3. **The reported possible neck hold on Mr. Mbegbu did not cause or contribute to his sudden cardiac arrest and death.**

4. **The fist strike to Mr. Mbegbu's face did not cause or contribute to his death.**

**Analysis**

After reviewing the above listed materials, it appears that on October 6, 2014, Phoenix

Police officers were dispatched to a private residence based on the concerns of an anonymous caller

COP_BM002040

regarding a verbal argument and possible domestic violence. After arriving at the scene and evaluating the incident, the officers decided to take Mr. Balantine Mbegbu, who was 65 years old, 5'9" tall and weighed approximately 208 pounds at the time, into custody.

The police reports reflect that Mr. Mbegbu was aggressively approaching the officers. Initially the officers tried verbal de-escalation techniques, but this was unsuccessful. When they physically attempted to take him into custody, Mr. Mbegbu resisted. Additional officers were dispatched to the scene to assist. As the officers attempted to gain control of Mr. Mbegbu's arms, he pulled away and resisted. The officers also reported that Mr. Mbegbu was kicking at the officers as well. When one of the officers was kicked in the leg, Officer Johnson delivered a close fist strike with his right hand to Mr. Mbegbu's left face.

They again attempted to gain control of his arms again but were once again unsuccessful. Officer Zemaitis deployed his TASER X2 on Mr. Mbegbu. While the TASER ECD was activated, officer Johnson noted that Mr. Mbegbu appeared to be clenching his arms in front of him. The officers gave Mr. Mbegbu instructions to get on the ground, but he did not comply. About 41 seconds following the first TASER ECD activation, Officer Zemaitis activated his TASER ECD a second time causing Mr. Mbegbu to fall to his stomach on the floor.

Officer Weber had arrived on scene and assisted in handcuffing Mr. Mbegbu. During the brief time to get his hands out from under him and handcuffed, Officer Johnson placed a knee over the back of Mr. Mbegbu's head and neck. Once he was handcuffed, Officer Johnson removed his knee. After being handcuffed, Mr. Mbegbu kept on resisting and trying to roll over, so Officer Johnson used his right thumb to apply a pressure point control for approximately three seconds to the rear of Mr. Mbegbu's left mandibular angle. Officer Weber was trying to keep him from rolling over by placing a knee on Mr. Mbegbu's back. Officer Zemaitis bent Mr. Mbegbu's legs at the knees and applied pressure to stop him from turning. At this point, a RIPP restraint was requested.

The officers soon after noted Mr. Mbegbu stopped moving and appeared unconscious.

**COP_BM002041**

Officer Zemaitis palpated that a carotid pulse was present. The officers also noted that he appeared to be breathing. EMS was dispatched to respond to evaluate Mr. Mbegbu as being unconscious. Shortly thereafter, the officers could not confirm a pulse and Mr. Mbegbu had the handcuffs removed, was rolled over and CPR was started.

Paramedics arrived to find CPR being administered and when they put Mr. Mbegbu on the monitor, they found an initial cardiac rhythm of asystole, flat line. Advanced cardiac care was given, but ultimately, he could not be resuscitated and was pronounced dead at the hospital at 2212. The medical examiner who performed an autopsy reported the cause of death to be, "Cardiac arrest in the setting of acute cyclobenzaprine intoxication, multiple medical problems, and law enforcement subdual."

Given this history, there are a number of issues that need to be addressed in more detail below. All opinions given are to a reasonable, or higher, degree of medical probability based on the information currently available.

### Detailed discussion and basis of opinions

*1. The restraining process did not cause the sudden cardiac arrest and death of Mr. Mbegbu.*

During the period that Mr. Mbegbu was being handcuffed, he was restrained in a position on his stomach with some weight placed on him initially to gain control over him. After Mr. Mbegbu was cuffed he was reported to continue kicking and resisting. In fact, a RIPP restraint was requested because he kept resisting and trying to roll over. He was making noises, breathing and struggling and without any reported evidence of respiratory or ventilatory difficulty during this time. He was not reported to complain of shortness of breath or difficulty breathing after being restrained.

The timeline based on records available noted that Officer Zemaitis arrived at 2120. At 2121, Mr. Mbegbu was reported to be in custody. This timing is consistent with the 90 second

COP_BM002042

estimated time by Officer Zemaitis that it took to get him into custody. At approximately 2124, the fire department was requested due to Mr. Mbegbu being unconscious and at 2129, there was a request to expedite EMS because it appeared that Mr. Mbegbu was no longer breathing. Thus the actual time of struggle to get the handcuffs was not long enough to cause asphyxiation in and of itself.

The majority of the weight force was not even on Mr. Mbegbu in such a position that would have created the potential to limit ventilation. The minimal weight placed on the upper torso while cuffing would not significantly limit ventilations enough to cause asphyxiation. After the cuffing, Mr. Mbegbu was trying to roll over, so Officer Weber placed a knee onto his back to keep him from rolling over. Officer Zemaitis bent Mr. Mbegbu's legs at the knees and applied pressure to keep him from moving. This pressure on the legs would not have any impact on ventilations. Research using up to 220 lbs. of weight on a subject's back has not shown to cause physiologic changes that would imply asphyxiation is even possible with that amount of weight.

Given that Mr. Mbegbu was alive and resisting before, during, and after the hand-cuffing, and that the cardiac arrest occurred suddenly later in time with only a minimal amount of weight being placed for a short time period, the effort to restrain and handcuff him did not cause asphyxia. There is no evidence that position, restraint or body weight caused or contributed to Mr. Mbegbu's death.

2. *The use of the TASER ECD did not cause the cardiac arrest and death of Mr. Mbegbu.*

There is a great deal of unwarranted concern of electrocution based on lay misunderstanding of the reported 50,000 volts (V) peak open arcing voltage used by TASER handheld ECDs. TASER handheld ECDs deliver only a fraction of the open arcing 50,000 V to the body. However, it is not the voltage, but the delivered electrical charge (amperage), that actually creates a theoretical risk for cardiac effects. For example, the static electricity from walking across a carpet can generate 30,000

COP_BM002043

to 100,000 V.   The amount of delivered electrical energy able to be transferred to a person is limited as the TASER X2 ECD is only powered by a small battery pack, not an electrical outlet or power generator.

It is the TASER ECD's rapid cycling that can cause the subjects' muscles to contract at about 19 times a second that offers the effective incapacitation of the subject in probe mode, or painful compliance in drive-stun mode, while still offering a significant safety margin from electrical injury.  Once the energy from an ECD is turned off, the subject is back to his physical baseline and can fight, struggle or move immediately.

There are no peer-reviewed published scientific or medical literature studies that conclusively demonstrate that TASER ECDs cause cardiac dysrhythmias or cardiac arrest in humans.  More than 1.5 million volunteer subjects have undergone TASER ECD activations, and none have ever been reported to develop sudden cardiac arrest or die.  Just because a TASER ECD was being used in some temporal proximity to a subject's death does not imply causation.

The police report noted two trigger pulls with the total time from the trigger pulls was 17 seconds of activation time, including a 11-second activation, followed by a 6-second activation approximately 41 seconds later.  Both of these activations were reported to be from a single probe mode deployment by Officer Zemaitis.  The first was in probe mode and the second use was with the TASER device being placed into contact to form an arc for better conduction.  As noted previously, in order for an ECD to deliver a charge to the person, the electrical circuit must be completed and maintained. Thus, as a point of clarification, just because the TASER ECD download recorded 17 seconds of activation time from the TASER ECD does not mean that the TASER ECD was indeed in contact with Mr. Mbegbu and delivering the electrical stimulus for that amount of time.  Often with a subject who is struggling, running, squirming and moving, there will be disruption with the contact points of the TASER ECD.

COP_BM002044

I will base my opinions on a "worst" case scenario assuming all 17 seconds of trigger pulls were applied to Mr. Mbegbu. However, as noted previously, in order for an ECD to deliver a charge to the person the electrical circuit must be completed and maintained. If the TASER ECDs had "electrocuted" Mr. Mbegbu, his heart would have gone into a ventricular fibrillation (VF) at the time the electricity was being delivered and he would have immediately lost consciousness at the time that the TASER ECD was firing or within 1-2 seconds after stopping. Subjects in VF cannot fight or struggle, let alone remain conscious, as the blood flow to the brain ceases immediately.

This time of struggle that Mr. Mbegbu had after the last TASER ECD activation supports that the TASER ECD did not cause the heart to go into cardiac arrest. He was struggling so much that a RIPP restraint was requested to help control his legs. This conclusion that the TASER ECD did not cause the cardiac arrest is also supported in that the first rhythm reported by the paramedics who attended to Mr. Mbegbu after he went into cardiac arrest was asystole, flatline. Asystole is not a rhythm caused by electrocution, VF is.

In order for one to possibly conclude that a TASER ECD could even be considered to cause cardiac arrest, all of the following facts would need to be present:

1) The device probes would need to be penetrating deep into the chest wall for the tips to be close to the heart (a close dart to heart ratio);

2) The subject would need to have a thin chest wall;

3) The subject would need to be standing at the time of the TASER ECD activation and leaning forward so that the heart is closer to the anterior chest wall;

4) The subject would need to lose consciousness immediately during the TASER ECD activation or with 1-2 seconds after; and

5) The first cardiac rhythm would need to be ventricular fibrillation.

All of these would be needed to even consider the TASER ECD as the cause of death, but in this case with Mr. Mbegbu, the majority of these facts are not present. In summary, all of the

COP_BM002045

published scientific data as well as the objective evidence available in this case confirms that the use of the TASER ECD was non-contributory to the cardiac arrest and death of Mr. Mbegbu.

3. ***The reported possible neck hold on Mr. Mbegbu did not cause or contribute to his sudden cardiac arrest and death.***

In the Notice of Claim, the plaintiffs report that "While Balantine was still on the ground, it appeared that one of the Police Officers may have placed his forearm on the front of Balantine's neck in a choke hold depriving him of oxygen."

By way of background, the pathophysiology and safety, of the lateral vascular neck restraint (LVNR), also known as a carotid restraint, are relatively straightforward and well delineated in many texts. This is the neck hold that is typically used by law enforcement when a neck hold is needed. The purpose is to place the arm around the neck of the subject to be controlled. The crook of the elbow is placed at the anterior (front) region of the neck and the forearm and upper arm come around the sides and are used to place pressure on the lateral aspects of the neck where the carotid arteries are located. Pressure placed on these arteries diminishes blood flow to the brain, quickly rendering the subject unconscious. This hold is considered safe and has been used in judo and other forms of martial arts for centuries.

In this case, there was no evidence of even an attempted neck hold. None of the police reports reflect that a neck hold was used. Even the Notice of Claim was vague in noting that the hold "may" have been placed. Mr. Mbegbu never lost consciousness during the attempt to get him handcuffed, so a successful neck hold was obviously not placed. Additionally, the findings in the autopsy report support that there was no neck hold even attempted as the hyoid bone was intact as were the tracheal and laryngeal cartilages. Additionally, there was no soft tissue injury reported of the neck muscles. Even if there had been a neck hold placed during the time of the handcuffing, it was not successful and did not cause any injuries that would have caused or contributed to the cardiac arrest and death of Mr. Mbegbu.

COP_BM002046

**4. The fist strike to Mr. Mbegbu's face did not cause or contribute to his death.**

During the altercation, Mr. Mbegbu sustained an injury to his face. The police report noted that Officer Johnson delivered a closed fist strike to the left side of Mr. Mbegu's face. A review of the emergency department record describes some left periorbital edema extending to the left side of the forehead. This is consistent with the medical examiner finding of a two-inch span of subcutaneous swelling centered on the left lower eyelid and in the center having a ¼ inch superficial laceration. Basically this is a small bruise with a tiny superficial break in the skin in the middle. This injury is consistent with minor blunt trauma as reported by the officer.

Additionally, and more importantly, there were no abnormal intracranial findings on the autopsy report that indicated that this fist strike had any contributing effects to Mr. Mbegbu's death. The brain and associated structures were all normal. Based on the autopsy findings and his clinical presentation, the blunt injury did not cause or contribute to Mr. Mbegbu's cardiac arrest and death.

## Background

My background is that I am a full time faculty member in the department of emergency medicine at the University of California, San Diego Medical Center. I am residency trained and board certified in Emergency Medicine. I work full time as a practicing clinician in the Emergency Department of a busy urban hospital and serve as the clinical operations chief for our two emergency departments with a combined annual census of approximately 80,000 visits. I currently serve as the Medical Director for Risk Management for the UC San Diego Health System. I also serve as the UCSD Medical Center's Medical Risk Management Committee Chair and Allocation Committee Co-Chair, as well as previously having served as the Chair of the Patient Care and Peer Review Committee, each of which are charged with the task of reviewing medical records and

COP_BM002047

- 13 -

making determinations of standard of care. I am also the former Chief of Staff for the UCSD Medical Center.

I have worked for over 20 years as a faculty emergency physician at an urban-based emergency department that is contracted to receive patients who in custody, both as field arrests and for on-going care while incarcerated. I served as the UCSD Director of Custody Services overseeing hospital services for the San Diego County Sheriff's Department Medical Services for 16 years. I also have worked in a jail setting for over 18 years, staffing weekly sick call clinics on site at the San Diego Sheriff's jails throughout San Diego County. I have also served as the on-site medical director for the San Diego Sheriff's medical clinics for 16 years where I have trained staff physicians, participated in quality assurance, resource utilization, policy and protocol development and peer review. I have also overseen the physician staffing for seven jails in San Diego County over that time.

I am knowledgeable of peer-reviewed medical and scientific research on the physiological effects of positional restraint and positional asphyxia conducted by others. I have also performed extensive clinical research on human subjects who have been restrained in various positions and with various amounts of weight being placed (articles included in my curriculum vitae) which includes having directly been involved with hundreds of subjects being restrained and studied, hundreds of patients restrained during my work in the emergency department and have personally been restrained with weights placed on me as well. I have been invited to lecture nationally and internationally on this subject. Given my own interests in this area, I regularly perform a complete review of the literature regarding restraints and in custody death.

I am knowledgeable of peer-reviewed medical and scientific research on TASER electronic control devices (ECDs) conducted by others. In fact, I was the lead author on work requested by the American Academy of Emergency Medicine (AAEM) to review the totality of the peer reviewed published medical literature on humans and come to conclusions regarding the necessary

COP_BM002048

emergency department evaluation of patients being seen after receiving a TASER ECD activation. I have received federal grant funding and performed extensive clinical research on human subjects who have received TASER ECD applications (articles included in my curriculum vitae) which includes having been involved with over 200 TASER ECD activations and have personally received multiple applications of the device. I have written several book chapters on this topic and have lectured internationally about the physiologic effects of TASER ECDs.

I am knowledgeable of peer-reviewed medical and scientific research on neck holds. I have written several peer reviewed papers and textbook chapters on this topic and have been invited to lecture on this topic. I am trained as a second-degree black belt in tae kwon do and have been trained in neck holds and have even been personally "choked out" to the point of unconsciousness. Given my own interests in this area, I regularly perform a complete review of the literature regarding neck restraint use.

I am knowledgeable of peer-reviewed medical and scientific research for cardiac arrest and CPR practices. I was the Principle Investigator for San Diego's Resuscitative Outcomes Consortium (ROC) site, a National Institute of Health (NIH) funded study for ten years that involved over 200,000 cardiac arrest patients to evaluate treatment options for out of-hospital cardiac arrest and severe traumatic injury. I have published many peer-reviewed papers on the topic of cardiac arrest and cardiac resuscitation. I also serve as the Medical Director of the American Heart Association Training Center at the University of California, San Diego Center for Resuscitation Science since 2007, teaching Advanced Cardiac Life Support (ACLS) both locally and being asked to give lectures on cardiac arrest internationally. I have been an ACLS instructor for over 20 years. I also work at a busy urban comprehensive emergency department where I care for patients in cardiac arrest on a regular basis.

As per Rule 26 formatting, Appendix A is a copy of my current Curriculum Vitae, which includes a list of all publications authored by me. Appendix B is a list of all cases in which I have

COP_BM002049

testified as an expert in trial or deposition within the preceding four years. Appendix C is my fee schedule. The knowledge base that I utilize has been developed over time from my years of clinical practice and experience, reading and training as well as research. Under penalty of perjury, I hereby swear that the opinions stated above are true and correct within a reasonable degree of medical probability.

Respectfully submitted,

Gary M. Vilke, M.D., FACEP, FAAEM
Professor of Clinical Emergency Medicine
Emergency Medicine Clinical Service Chief and Co-Medical Director
Medical Director, Risk Management, UC San Diego Health
Director, Clinical Research for Emergency Medicine

**COP_BM002050**

*CURRICULUM VITAE*

## GARY MICHAEL VILKE, M.D., FACEP, FAAEM

HOME ADDRESS:                                    OFFICE ADDRESS:

11279 Breckenridge Way                           Department of Emergency Medicine
San Diego, CA  92131                             UCSD Medical Center
Phone: (619) 666-8643                            200 W. Arbor Drive
                                                 San Diego, CA  92103-8676
                                                 E-mail:  gmvilke@ucsd.edu


PERSONAL:    Born September 12, 1966 in Cleveland, Ohio


EDUCATION:

| | |
|---|---|
| Academic:<br>1983-88 | B.S. in Zoology, University of California, Berkeley<br>Berkeley, California |
| Medical School:<br>1988-92 | M.D., University of California, San Diego School of Medicine<br>La Jolla, California |
| Internship:<br>1992-93 | Department of Surgery<br>University of California, San Diego Medical Center<br>San Diego, California |
| Residency:<br>1993-96 | Department of Emergency Medicine<br>University of California, San Diego Medical Center<br>San Diego, California   (Chief Resident: 1995-96) |
| Physician Leadership<br>Academy:<br>2007-09 | University of California, San Diego Medical Center<br>San Diego, California |


LICENSURE:   California Medical License Number G-78057


BOARD CERTIFICATIONS:

   National Board of Medical Examiners, 1993

   American Board of Emergency Medicine, 1997, renewed 2007

**COP_BM002051**

APPOINTMENTS:

| | |
|---|---|
| 9/11 - Present | Professor of Clinical Emergency Medicine and Medicine, University of California, San Diego (UCSD) School of Medicine |
| 1/16 – Present | Emergency Medicine Clinical Service Chief, UC San Diego Health System |
| 1/16 – Present | Co-Medical Director, Department of Emergency Medicine, UCSD Medical Center |
| 10/15 – Present | Medical Director, AirLinkUSA Air Ambulance Service |
| 9/15- Present | Staff Physician, El Centro Regional Medical Center Department of Emergency Medicine |
| 2/14- Present | Assistant Chief, Division of Emergency Medical Services (EMS)/Disaster Medicine, UCSD Medical Center, Department of Emergency Medicine |
| 1/13 – Present | Medical Director, Carlsbad Fire Department |
| 7/12 – Present | Medical Director, Risk Management, UC San Diego Health |
| 6/12 – Present | Associate Director, Department of Emergency Medicine Behavioral Emergencies Research (DEMBER) Lab |
| 10/09 – Present | UCSD Department of Emergency Medicine Clinical Research Scholar Fellowship Director |
| 2/06 - Present | Chief, Division of Clinical Research, UCSD Medical Center, Department of Emergency Medicine |
| 7/96 - Present | Assistant Director, Department of Emergency Medicine, UCSD Medical Center |
| 7/94 - Present | Base Hospital Physician, University of California Medical Center |

**COP_BM002052**

PREVIOUS EXPERIENCE/APPOINTMENTS:

| | |
|---|---|
| 4/07 – 9/16 | Medical Director of the American Heart Association Training Center at the UCSD Center for Resuscitation Science |
| 7/13 – 9/15 | Chief, Division of Custody Medicine, UCSD Medical Center, Department of Emergency Medicine |
| 4/99 – 9/15 | Director, Custody Services, UCSD Medical Center (Co-Director 1999-2013) |
| 3/13 – 9/15 | Medical Director, AviaMedix Air Ambulance Service |
| 10/11- 2/14 | Chief, Division of Emergency Medical Services (EMS)/Disaster Medicine, UCSD Medical Center, Department of Emergency Medicine |
| 4/12 – 3/13 | Medical Director, Aeromedevac Air Ambulance Service |
| 7/09 – 6/12 | Chief of Staff, UCSD Medical Center |
| 7/07 - 6/09 | Vice Chief of Staff UCSD Medical Center |
| 7/04 – 6/09 | EMS/Disaster Medicine Fellowship Director, Department of Emergency Medicine. |
| 3/02 - 2/06 | Medical Director, San Diego County Emergency Medical Services |
| 3/03 - 12/05 | Medical Consultant, San Diego Chapter Red Cross Disaster Health Services |
| 6/04 - 2/05 | Interim Chief, San Diego County Emergency Medical Services |
| 1/01 - 2/04 | Medical Director, Southwestern College Paramedic Training Program |
| 7/00 - 2/04 | Medical Director, Palomar College Paramedic Training Program |
| 7/97 - 1/03 | Director, Prehospital Services, UCSD Medical Center |
| 6/97 - 1/03 | Medical Director, Paramedic Base Hospital, UCSD Medical Center |
| 7/96 - 1/03 | Medical Director, Mercy Air Medical Transport Service, San Diego, California |
| 4/99 - 3/01 | Medical Co-Director, San Diego Central Jail Medical Services |
| 1/96 - 7/96 | Flight Physician, Mercy Air Medical Transport Service, San Diego, California |
| 7/95 - 7/96 | Associated Emergency Physicians Medical Group, San Diego, California |
| 12/94 - 7/96 | Kaiser Permanente Emergency Department, San Diego, California |
| 10/94 - 7/96 | Med America Health Resource Company, San Diego, California |
| 4/94 - 7/95 | Sharp-Rees-Stealy Urgent Care, San Diego, California |
| 7/93 - 12/95 | Flight Physician, Life Flight Air Medical Transport Service |

COP_BM002053

PREVIOUS ACADEMIC APPOINTMENTS

| | |
|---|---|
| 7/05 – 9/11 | Professor of Clinical Medicine, UCSD School of Medicine |
| 7/01 - 6/05 | Associate Professor of Clinical Medicine, UCSD School of Medicine |
| 7/96 - 6/01 | Assistant Clinical Professor of Medicine, UCSD School of Medicine |

**COP_BM002054**

| | |
|---|---|
| 1990 | Random House Medical Student Award |
| 1996 | American College of Emergency Physicians, California Chapter Challenge Bowl Winner |
| 1996 | Council of Residency Directors (CORD) Resident Academic Achievement Award |
| 1996 | Outstanding Emergency Medicine Resident |
| 1996 | UCSD Emergency Department Staff Support Award |
| 1996 | *Journal of Emergency Medicine* Outstanding Contribution Award |
| 1999 | "Golden Apple" Teaching Award, UCSD Emergency Medicine Residency Graduating Class of 1999 |
| 2000 | Faculty of the Year, UCSD Emergency Medicine Residency Graduating Class of 2000 |
| 2000 | Best Research Poster Presentation, California Chapter of the American College of Emergency Physicians (CAL/ACEP) Scientific Assembly, Dana Point, California |
| 2000 | Outstanding Scientific Abstract, State of California EMS Authority Annual Emergency Medical Services for Children Conference, San Diego, California, November 2000 |
| 2001 | Best Oral Presentation, CAL/ACEP Scientific Assembly, Santa Clara, California |
| 2004 | Academy of Clinician Scholars, University of California San Diego |
| 2004 | Top Doctor in San Diego County, San Diego Magazine |
| 2004 | Top Peer Reviewer, *Annals of Emergency Medicine* |
| 2005 | Top Doctor in San Diego County, San Diego Magazine |
| 2005 | Clinical Investigation Institute, University of California San Diego |
| 2006 | Top Doctor in San Diego County, San Diego Magazine |
| 2007 | Finalist San Diego Business Journal Health Care Champion Award |
| 2007 | Top Doctor in San Diego County, San Diego Magazine |
| 2007 | Top Peer Reviewer, *Annals of Emergency Medicine* |
| 2008 | Top Doctor in San Diego County, San Diego Magazine |
| 2008 | UCSD Undergraduate Campus Outstanding Faculty Mentor of the Year |
| 2009 | Clinical and Translational Research Institute, Charter member |
| 2009 | Top Doctor in San Diego County, San Diego Magazine |
| 2010 | Top Doctor in San Diego County, San Diego Magazine |
| 2011 | Top Doctor in San Diego County, San Diego Magazine |

COP_BM002055

HONORS AND AWARDS, continued:

2012 Top Doctor in San Diego County, San Diego Magazine

2013 Top Doctor in San Diego County, San Diego Magazine

2014 Top Doctor in San Diego County, San Diego Magazine

2015 "25 Emergency Medicine & EMS Professors You Should Know" From Medical Technology Schools at: http://www.medicaltechnologyschools.com/emt/emergency-medicine-ems-professors-to-know


PROFESSIONAL SOCIETY MEMBERSHIPS:

American Medical Association, 1988-97

California Alumni Association, 1988

American College of Emergency Physicians, 1991-2000

Fellow, American College of Emergency Physicians, 2000

California Chapter of the American College of Emergency Physicians, 1991

Society for Academic Emergency Medicine, 1995

National Association of EMS Physicians, 1998

Fellow, American Academy of Emergency Medicine, 2000

California Chapter of the American Academy of Emergency Medicine, 2000

American Association of University Professors, 2002

California Conference of the American Association of University Professors, 2002

San Diego Faculty Association, 2002

San Diego County Medical Society, 2003

California Medical Association, 2003

American Association of Emergency Psychiatry, 2014

COP_BM002056

PATENTS:

# WO 2010/011976 A2: Medication Delivery Devices Having Penetrable Sterility Barriers and Alignment Features (January 28, 2010)

# WO 2010/011976 A2: Medication Delivery Devices Having Penetrable Sterility Barriers and Alignment Features (January 28, 2010)

# US 2010/011966 A2: Medication Delivery System (January 28, 2010)

# US 2010/0022987 A1: Medication Delivery System (January 28, 2010)

# US 61476836 Medication Delivery Apparatus (April 19, 2011)

CURRENT ACTIVITIES:

Objective Structured Clinical Examiner, Introduction to Clinical Medicine, UCSD School of Medicine, 1997

UCSD Alumni Preceptor, UCSD School of Medicine, 1997

Physician Member, San Diego County Metropolitan Medical Strike Team, 1998

Quality Assurance Reviewer, Department of Emergency Medicine, UCSD Medical Center, 1999

Evaluator, UCSD Physician Assessment and Clinical Evaluation (PACE) Program, 2000

Tactical EMS Care Provider for San Diego Sheriff's Special Enforcement Detail (SED), 2007

San Diego State Pre-Med Preceptor, SDSU, 2008

Phi Delta Epsilon Faculty Mentor, UCSD, 2008

LIFESHARING, A Donate Life Organization Advisory Board, 2010

**COP_BM002057**

<u>Journals</u>

Editor-in-Chief, *Advances in Legal Medicine*, Longdom Publishing, 2014-2015.

Senior Associate Editor/Editorial Board, *Journal of Emergency Medicine*, Elsevier Science, Inc., 2013 (Associate Editor since 2007, Editorial board since 2000; reviewer since 1994)

Editorial Board, *Prehospital Emergency Care,* Taylor & Francis Group, 2006 (Reviewer since 2004)

Editorial Board, *Journal of Forensic and Legal Medicine*, Elsevier Science, Inc. 2012 (Reviewer since 2011)

Editorial Board, *Emergency Medicine and Healthcare*, Herbert Publications, 2013

Senior Reviewer, *Annals of Emergency Medicine*, Mosby, 2007 (Reviewer since 1998)

Reviewer, *European Journal of Epidemiology*, Kluwer Academic Publishers, 1996-97

Reviewer, *Western Journal of Emergency Medicine*, 2001

Reviewer, *American Journal of Emergency Medicine*, Elsevier Science, Inc., 2005

Reviewer, *Emergency Medicine Journal*, BMA House, 2006

Reviewer, *Forensic Science International*, 2007

Reviewer, *California Journal of Emergency Medicine*, 2007

Reviewer, *Journal of the American Medical Association (JAMA)*, 2009

Reviewer, *BioMedical Engineering OnLine*, 2009

Reviewer, *Bioelectromagnetics*, 2010

Reviewer, *Forensic Science, Medicine and Pathology*, 2010

Reviewer, *Psychology Research and Behavior Management*, 2010

Reviewer, *Academic Emergency Medicine*, 2010

Reviewer, *Medicina*, 2012

Reviewer, *Injury Prevention*, 2013

Reviewer, *Therapeutics and Clinical Risk Management*, 2013

Reviewer, *Pediatrics,* 2013

Reviewer, *Journal of Forensic Toxicology and Pharmacology*, 2014

Reviewer, *Journal of Injury and Violence Research*, 2014

Reviewer, *International Journal of Molecular Sciences*, 2015

Reviewer, *Emergency Medicine International,* 2015

Reviewer, *Policing: A Journal of Policy and Practice,* 2016

**COP_BM002058**

<u>Content Expert</u>

Reviewer, Practical Summaries in Acute Care, Thomson American Health Consultants, 2006

Expert Editorial Advisor, *Managing the Ankylosing Spondylitis Patient in an Emergency Setting for the* Spondylitis Association of America (SAA). 2008

Content Expert for Cable News Network (CNN), 2009

Content Expert for ABC News, 2011

**COP_BM002059**

Vice-President, California Chapter of Emergency Medicine Residents Association, 1994-95

Editor-in-Chief, California Chapter of Emergency Medicine Residents Association Newsletter, 1994-95

Co-Director, School of Medicine 225: Introduction to Emergency Medicine, UCSD School of Medicine, 1994-95

Strike Team Leader, DMAT Olympics 1996 Biological & Chemical Antiterrorist Medical Support

Director, Mercy Air Medical Transport Services Continuing Clinical Education, 1996-2003

Member, San Diego County 911 Dispatch Quality Review Board, 1997-98

Co-Director, University of California, San Diego School of Medicine, Course SOM 224I,

Pediatric Advanced Life Support Course Director, 1997-2002

Editor-in-Chief, UCSD Medical Center EMS Run Review, 1997-2003

Sponsor, Palomar College Emergency Medical Education Department Paramedic Training, 1997-2003

Medical Support Physician, Super Bowl XXXII, San Diego, California, January 25, 1998

Medical Support Physician, Suzuki Rock-n-Roll Marathon, San Diego, California, June 21, 1998

Marketing Director, California Chapter of the American College of Emergency Physicians (CAL/ACEP) Scientific Assembly, 1998-99

Member, Program Committee, CAL/ACEP Scientific Assembly, 1998-99

Howard Hughes Foundation Undergraduate Preceptor, 1998, 1999

Co-editor, Pearls from PAC Newsletter, 1998-2000

Preceptor, Introduction to Clinical Medicine 201-B, UCSD School of Medicine, 1999

EMS Team Leader, San Diego County Metropolitan Medical Strike Team, 1999

Co-Chair, Program Committee, CAL/ACEP Scientific Assembly, 1999-2000 and 2000-01

Member, San Diego County Bio-Terrorism Planning Group, 1999-2003

Moderator, EMS Poster Section, Western Regional Society for Academic Emergency Medicine Conference, Portland, Oregon, April 2000

Preceptor, California State University Dominguez Hills Statewide Nursing Program, 2000

Affiliate Faculty, Southwestern College Paramedic Training Program, 2000-03

COP_BM002060

Medical Director, EPIC "Eliminate Preventable Injuries of Children" Medics, San Diego County, 2000-03

San Diego Port District AED (Automated External Defibrillator) Program RPF Panel, 2001

Peer Reviewer, *Pediatric Emergency Medicine Reports*, 2001

Reviewer, Scientific Abstract Presentations, CAL/ACEP Scientific Assembly, 2001-02

Member, Board of Directors, CAL/ACEP, 2001-03

Moderator, Western Regional SAEM Research Presentations, San Diego, California, April 2002

Clinical Coordinator, Southwestern College Emergency Medical Technician Program, 2001-03

Santa Clara County/Regional Medical Center Trauma Designation Review Committee, 2004

San Diego County Health Services Capacity Issues Task Force, 2002-06

San Diego Regional Safety Consortium Inter-facility Transfer Protocol Task Force, 2004-06

San Diego Regional Fire Prevention Emergency Preparedness Task Force, 2004-2006

San Diego County Task Force on Fire Prevention, 2004-06

President-Elect, EMS Medical Director's Association of California, 2005-06

Medical Director, San Diego County Metropolitan Medical Strike Team, 1998-2008

American College of Emergency Physicians (ACEP) Task Force on Excited Delirium Syndrome 2009-10

National Institute of Justice Task Force on Excited Delirium, 2011

Member, Disaster Medical Assistance Team (CA-4), 1994-2011

Operations Committee, San Diego County Metropolitan Medical Strike Team, 1998-2010

COP_BM002061

CURRENT UCSD COMMITTEE MEMBERSHIPS:

Research Committee, Department of Emergency Medicine, 1997

UCSD Faculty Association, 2002

Quality Improvement/Peer Review Committee, Department of Emergency Medicine, 2002

UCSD Academy of Clinician Scholars Executive Committee, 2005

UCSD Medical Staff Executive Committee, 2007

Chair, UCSD Medical Risk Management Committee, 2012

Chair, UCSD Allocation Committee, 2012

UCSD Significant Events Committee, 2012

Rady Children's Root Cause Analysis Committee, Ad hoc, 2012

Co-Chair, UCSD/Rady Children's Joint Risk Management Committee (JRMC), 2013

UCSD Patient Experience Executive Committee, 2013

UCSD Faculty Leadership Group, 2014

Patient Advocacy Reporting System (PARS) Oversight Team, 2014

Rady Children's Emergency Department Faculty Search Committee, 2015

UCSD Department of Emergency Medicine Clinical Operations Committee, 2016

UCSD Department of Emergency Medicine Executive Committee, 2016

UCSD Department of Emergency Medicine Management Committee, 2016

UCSD Department of Emergency Medicine/Psychiatric Committee, 2016

UCSD Hillcrest Emergency Department Patient Flow Task Force, 2016

UCSD Health System Grievance Committee, 2016

UCSD Treat Assessment Management Committee, 2016

COP_BM002062

President, UCSD Academy of Clinician Scholars, 2013-15

UCSD Board of Governor's Committee, 2013-15

UCSD Academic Senate Representative Assembly, Alternate, 2011-13

UCSD Sheriff Managed Care Oversight Committee

Ladder Rank Recruitment Committee, UCSD Department of Emergency Medicine, 2013

UCSD Medical Staff Bylaws Work Group, 2014

Chair, Emergency Department Staffing Committee of Process Action Team, 1994-95

Hospital Infection Control Committee, 1994-95

Emergency Medicine Housestaff Association Representative, 1994-96

Emergency Department Clinical Practices Committee, 1994-96

Emergency Department Peer Review/Quality Assurance Committee, 1995-96

Emergency Department Critical Care Room Process Action Team, 1996

Paramedic/Emergency Department Interface Task Force, 1998-99

Emergency Department Staffing Committee, Department of Emergency Medicine, 1999

Credentials Committee, 1997-2000

Faculty Search Committee, Department of Emergency Medicine, 1999, 2000, 2002

Medical Director's Group, 1997-2002

Patient Care Review Committee, 2003

Medical Risk Management Committee, 2002-07

Patient Improvement and Outcome Committee, 2003-05

Medical Staff Executive Committee Reorganization Ad Hoc Committee, 2005-2006

UCSD Phasing Strategy Ad Hoc Committee, 2005-06

Clinical Representative, Trauma Quality Assurance Program, 1998-2006

Vice Chief of Staff, UCSD Medical Center, 2007-2009

UCSD/San Diego Sheriff Security Working Group, 2003-10

Chief of Staff, UCSD Medical Center, 2009-2012

Vice-Chair, Quality Council Committee, 2009-2012 (member since 2003)

Chair, Medical Staff Executive Committee, 2009-2012

UCSD Governance Advisory Committee, 2009-2012

UCSD Department of Medicine Clinical Operations Redesign Enterprise (CORE) Initiative
Team, 2009-2012

COP_BM002063

Director of Risk Management Selection Committee, 2007

Chair, Medical Risk Management Committee, 2003-07 (member since 2002)

Medical Risk Management Executive Committee, 2003-07

UCSD Medical Center Allocation Committee 2005-07

Patient Safety Committee, 2003-07

Vice Chair, Medical Staff Executive Committee, 2007-09

Chair, Patient Care and Peer Review Committee, 2007-09 (member since 2005)

Trauma Multidisciplinary Committee, 2000-09

Department of Medicine Committee on Advancement and Promotions (DOMCAP), 2007-09

Vice Chair, Quality Council Committee, 2009-2012

UCSD Medical Center Syncope Task Force, 2010-11

UCSD Director of Risk Management Selection Committee, 2012

Secretary-Treasurer, UCSD Academy of Clinician Scholars, 2005-12

UCSD Root Cause Analysis Committee, 2013

UCSD Department of Emergency Medicine Chair Selection Committee, 2012-13

UCSD Department of Emergency Medicine Faculty Coverage Committee, 2012-13

UCSD Integrated Delivery Network Design Team, 2012-13

UCSD Department of Emergency Medicine Patient Satisfaction Committee, 2012-13

UCSD Department of Emergency Medicine Faculty Search Committee, 2013


CURRENT COMMITTEE MEMBERSHIPS:

American Academy of Emergency Physicians, Clinical Practice Committee, 2011

Carlsbad Fire Department EMS Oversight Committee, 2013

San Diego County Base Station Physicians' Committee, 2013

COP_BM002064

Practice Management Committee, CAL/ACEP, 1994-95

Committee on Prehospital Stroke Triage, San Diego County Medical Society, 1998

Research Subcommittee, San Diego County Prehospital Audit Committee, 1997-99

Prehospital RSI Task Force, San Diego County Prehospital Audit Committee, 1997-99

Chair, San Diego County Prehospital Audit Committee, 1998-2000

San Diego County Pediatric CPR Task Force, 1999-2000

San Diego Sheriff's Source Selection Committee, 2000

Steering Committee, San Diego County Metropolitan Medical Strike Team, 1998-2001

Program Committee, CAL/ACEP Scientific Assembly, 1998-2001 (Co-Chair for 1999-2001)

Awards Committee, CAL/ACEP Scientific Assembly, 1999-2001

EMS Committee, San Diego County Metropolitan Medical Strike Team, 1999-2001

San Diego Metropolitan Medical Response System Bio-Terrorism Planning Group, 1999-2001

San Diego County EMS QA Net Prehospital Design Steering Committee, 2000-01

Chair, CPR Subcommittee, San Diego County Prehospital Audit Committee, 1998-2002

San Diego County SIPs (Serial Inebriate Program) Task Force, 2000-02

Task Force Leader, CAL/ACEP Scientific Assembly, 2001-02

Chair, Training Committee, San Diego County Metropolitan Medical Strike Team, 2001-02

Co-Chair, EMS Committee, CAL/ACEP, 2001-02

Policy Committee, CAL/ACEP, 2001-02

Chair, Research Subcommittee, San Diego County Prehospital Audit Committee, 2000-02

Governmental Affairs Committee, CAL/ACEP, 2001-02

Didactic Subcommittee, SAEM Program Committee, 2001-02

Program Mgmt Committee, San Diego County Metropolitan Medical Strike Team, 2001-03

Air Medical Transport Section, American College of Emergency Physicians, 2001-03

San Diego County Sheriff's Mortality Review Committee, 2001-03

San Diego County Sheriff's Pharmacy and Therapeutics Committee, 2001-03

City of San Diego EMS Physicians' Advisory Committee, 1998-2006

City of San Diego Prehospital Cardiac Advisory Committee, 1998-2006

Education Committee, CAL/ACEP, 2000-03

SAEM EMS Interest Group, 2001-2006 (Co-chair 2003-04)

COP_BM002065

San Diego County EMS for Children (EMSC) Advisory Committee, 2002-05

Scientific Subcommittee, SAEM Program Committee, 2002-05

Police Executive Research Forum Task Force on Conductive Energy Weapons Use, 2005

San Diego County EMS for Children (EMSC) Advisory Committee, 2002-05

Scientific Subcommittee, SAEM Program Committee, 2002-05

Member-at-large, EMDAC Officer Board, 2004-05

San Diego County Fire Chief's Association, 2004-06

San Diego County Sheriff's Helicopter Program Ad Hoc Advisory Committee, 2004-06

Chair, San Diego County HRSA Work Group, 2004-06

San Diego County Regional Helicopter Advisory Committee, 2004-06

San Diego County HRSA Executive Steering Committee, 2004-06

San Diego County Critical Care Transport Working Group, 2005-06

San Diego County Prehospital Patient Record IT Steering Committee, 2005-06

San Diego County Cardiac Advisory Committee, 2005-06

San Diego County Stroke Advisory Committee, 2005-06

San Diego County Emergency Medical Care Committee, 2006

Co-Chair, San Diego County Medical Society EMS Medical Oversight Committee, 2002-2006

Chair, EMS Committee, American Academy of Emergency Medicine California Chapter, 2000-06

EMS Medical Director's Association of California, 2002-06

San Diego County Trauma Administrators Committee, 2002-06

Chair, San Diego County EMS Research Committee, 2002-06

Chair, San Diego County Paramedic Protocol Revision Committee, 2002-06

San Diego County Public Health Services Physicians Group, 2003-06

SAEM EMS Interest Group, 2001-2006 (Co-chair 2003-04)

San Diego County Healthcare Advisory Committee on Terrorism, 2003-06

San Diego County Paramedic Training Joint Advisory Committee, 2000-06

San Diego County Public Health Preparedness Team, 2001-06

EMS Section, American College of Emergency Physicians, 2001-06

Chair, San Diego County Aeromedical Protocol Committee, 1998-2006

San Diego County Committee on Pediatric Emergency Medicine, 1998-2006

COP_BM002066

San Diego County Base Hospital Physicians Committee, 1997-2006

San Diego County Trauma Audit Committee, 1997-2006

San Diego County Prehospital Audit Committee, 1997-2006

EMS Medical Director's Association of California, 2002-06

SAEM Program Committee, 2001-2007

Chair, Photography Subcommittee, SAEM Program Committee, 2002-2007

Training Committee, San Diego County Metropolitan Medical Strike Team, 2001-09

San Diego BEACON/EMS Hub Technical Committee, 2012-13

San Diego Central Jail Quality Assurance Committee, 1999-2013

San Diego Central Jail Medical Oversight Committee, 1999-2013

Resuscitative Outcomes Consortium (ROC) Executive Committee, 2014-15

Resuscitative Outcomes Consortium (ROC) EMS Operations Committee, 2014-15

Resuscitative Outcomes Consortium (ROC) Management Committee, 2014-15

Resuscitative Outcomes Consortium (ROC) Hospital Practices Cardiac Committee, 2014-15

Resuscitative Outcomes Consortium (ROC) Publications Committee, 2014-15

Resuscitative Outcomes Consortium (ROC) Cardiac Committee, 2014-15

Resuscitative Outcomes Consortium (ROC) Trauma Committee, 2014-15

COP_BM002067

<u>CURRENT FUNDED RESEARCH</u>:

1. Co-Investigator with Edward Castillo (PI) for study entitled, "Acute Home Care as an Alternative to Inpatient Admission from the Emergency Department". Funded by the Gary and Mary West Health Institute, 2015 – 2016. Amount: $499,125.

2. Co-Investigator with Theodore Chan (PI) for study entitled, "The Gary and Mary West Geriatric Center of Excellence (West COE): Phase 1 Research Development". Funded by the Gary and Mary West Health Institute, 2015-2016. Amount: $243,610.

**COP_BM002068**

PREVIOUS FUNDED RESEARCH:

1.  Co-Investigator with Tom Neuman (PI) for evaluation of positional asphyxia in the hobble restraint position, funded by the County of San Diego, 1995--$33,900

2.  Co-Investigator, with Theodore Chan (PI), for evaluation of the Melker percutaneous cricothyrotomy kit in human cadavers, funded by Cook Medical Products, 1997--$10,000

3.  Co-Investigator with John Eisele (PI) for the evaluation of positional asphyxia in the hobble restraint position with weight on subjects' backs, funded by the American Academy of Forensic Sciences, 1998--$2,500

4.  Co-Investigator, with Theodore Chan (PI), for study entitled, "The Impact of Oleoresin Capsicum Spray on Respiratory Function in Human Subjects in the Sitting and Prone Maximal Restraint Positions." Study funded by the National Institute of Justice, U.S. Department of Justice, 1998-99. UCSD No. 98-7107; USDOJ Federal Award #98-IJ-CX-0079. Amount: $128,176

5.  Principle Investigator (PI) for study entitled "Evaluation of Hurricaine anesthetic in patients with dyspepsia" funded by Beutlich Pharmaceuticals for, 2001. Amount: $1,500

6.  Co-Investigator, with Theodore Chan (PI), for evaluation of the Melker percutaneous cricothyrotomy kit in human cadavers, funded by Cook Medical Products, 2003. Amount: $12,000

7.  Co-Investigator, with David Hoyt (PI) for the Resuscitation Outcomes Consortium: UCSD / San Diego Resuscitation Research Center, funded by the NIH, 9/1/04 to 6/30/09. UO1 HL077908. Amount: $2,250,522

8.  Co-Principal Investigator (Co-PI), with Theodore Chan, for study entitled, "The effect of Taser on Cardiac, Respiratory and Metabolic Physiology in Human Subjects." Study funded by the National Institute of Justice, U.S. Department of Justice, 10/1/2005 to 9/30/2007. UCSD No. 2006-0846; USDOJ Federal Award #98-IJ-CX-0079. Amount: $213,941.4

9.  Co-Investigator, with Daniel Davis (PI) for the study entitled, "ROC Interventional Trials: Hypertonic Resuscitation for Traumatic Injury, Trauma Epistry, PRIMED", funded by the NIH, 7/1/06 to 6/30/08. UO1 HL077863. Amount: $331,320

10. Co-Investigator, with Daniel Davis (PI) for the, "ROC Cardiac Epistry", funded by the AHA, 7/1/06 to 6/30/08. Amount: $133,427

11. Co-Investigator, with Theodore Chan (PI) for study entitled, "Multi-Center Study of the Impact of Nurse-Patient Ratios on Emergency Department Overcrowding." funded by the Emergency Medicine Foundation, 7/1/07 to 6/30/08. Amount: $50,000

12. Principal Investigator (PI) for study entitled, "Evaluation of the Ventilatory and Respiratory Effects of a Restraint Chair on Human Subjects." Funded by the Institute for the Prevention of In-Custody Deaths, Inc, 1/1/07 to 12/31/07. Amount: $11,658

COP_BM002069

13. Co-Investigator, with Edward Castillo (PI) for study entitled, "California ED Diversion Project Evaluation." funded by the California Healthcare Foundation, 5/15/08 to 10/15/08. Amount: $50,990

14. Principal Investigator (PI) for study entitled, "Ventilatory Effects of Prone Restraint on Obese Human Subjects." Funded by the Institute for the Prevention of In-Custody Deaths, Inc, 1/1/09 to 12/31/09. Amount: $13,423

15. Principal Investigator (PI) for study entitled, "FAST TRAC: Finding ACS with Serial Troponin Testing for Rapid Assessment." Funded by the Nanosphere, Inc. 2/1/09 to 2/1/11. Amount: $85,000

16. Principal Investigator (PI) for study entitled, "CHOPIN: Copentin Helps in the Early Detection of Patients with Acute Myocardial Infarction." Funded by Brahms AG, 8/1/09 to 8/1/12. Amount: $103,950

17. Co-Investigator, with Christine Hall for the study titled, "RESTRAINT - Risk of dEath in Subjects That Resisted: Assessment of Incidence and Nature of faTal events", funded by the Vancouver Island Health Authority. 7/1/09 to 6/30/11. Amount $50,000

18. Co-Investigator for study titled "STAT MERCURY: Studying the Treatment of Acute HyperTension: A Multicenter EmeRgency Department Clevidipine Utilization RestrY" funded by the Medicines Company, 7/27/10 to 11/1/11. Amount $1400

19. Co-Investigator for study titled "A Phase II, Randomized, Double-blind, Placebo-controlled Study to Evaluate the Safety and Efficacy of MN-221 when Administered Intravenously as an Adjunct to Standard Therapy to Adults with an Acute Exacerbation of Asthma." Study funded by MediciNova, Inc. 1/1/11 to 1/31/12. Amount $50,000

20. Principle Investigator for study titled "AKINESIS: Acute Kidney Injury N-gal Evaluation of Symptomatic heart failure." Study funded by Alere and Abbott, 4/1/11 to 6/30/12. Amount $32,000

21. Principle Investigator for study titled "Evaluation of Ecallantide (DX-88) for the Acute Treatment of Angiotensin Converting Enzyme Inhibitor Induced Angioedema, a Phase II, double-blind study. Study funded by Dyax Corporation. 4/1/11 to 6/30/12. Amount $20,000

22. Principle Investigator for study titled "REAL: Rapid Evaluation of Acute Kidney Injury with NGAL in Acutely Ill Patients in the ICU." Study funded by Alere, 5/1/11 to 6/30/12. Amount $74,435

23. Principle Investigator for study titled "A Mulit-Center, Open-Label, Surveillance Trial to Evaluate the Safety and Efficacy of a Shortened Infusion Time of Intravenous Ibuprofen Protocol CPI-CL-015." Study funded by Cumberland Pharmaceuticals, Inc., 6/1/11 to 6/30/12. Amount $50,000

COP_BM002070

24. Co-Investigator, with Edward Castillo (PI) for the study titled, "Restraint Chair Literature Review and Policy Gap Analysis", funded by the Ontario Ministry of Community Safety and Correctional Services, 7/1/13 to 9/30/13.  COS-0010.  Amount: $15,000

25. Co-Investigator, with Daniel Davis (PI) for the study titled, "Resuscitation Outcomes Consortium (ROC) Regional Clinical Center, San Diego", funded by the NIH, 3/1/10 to 6/30/14.  U01 HL077908-09.  Amount: $1,389,389

26. Co-Investigator with Edward Castillo (PI) for study entitled, "Diagnostic Evaluation using ClearView in Decision Making in the Emergency Room". Funded by EPIC Research and Diagnostics, Inc, 2012-2014. Amount: $650,840.10 (based on 570 total participants).

27. Co-Investigator with Edward Castillo (PI) for study entitled, "Point-of-Care Testing for Illicit Drugs and Alcohol Intoxication in an Emergency Room". Funded by the National Institute on Drug Abuse through Seacoast Science, Inc., 2013-2015. Amount: $50,163.

28. Co-Investigator with Edward Castillo (PI) for study entitled, "Evaluation of downward force placed onto prone subjects." Funded by the Institute for the Prevention of In-Custody Deaths, Inc., 2014-2015.  Awarded, contract in process. Amount: $7,500.

29. Co-Investigator with Edward Castillo (PI) for study entitled, "Acute Bacterial Skin and Skin Structure Infection (abSSSI) Practice Pattern Assessment." Funded by Durata Therapeutics International B.V., 2014-2015. Amount: $15,000.

30. Co-Investigator with Edward Castillo (PI) for study entitled, "Exploring emergency room physician's knowledge and attitudes concerning the use of appropriate and safe home care as an alternative to hospital admission." Funded by the Gary and Mary West Health Institute, 2014-2015. Amount: $118,021.

31. Co-Investigator with Allyson Kreshak (PI) for study entitled, "Telephone, Text or Type? Comparing Tools for Improving Physician-Patient Communication Beyond the Walls of the Emergency Department after Discharge."   Funded by the UCSD Academy of Clinician Scholars, 2014-2015.  Amount: $10,000.

32. Principal Investigator (PI) for the study titled, "Resuscitation Outcomes Consortium (ROC) Regional Clinical Center, San Diego", funded by the NIH, 7/1/14 to 12/31/15.  U01 HL077908-09.  Amount: $1,389,389

33. Principal Investigator (PI) for study entitled, "EXCITATION Study: Unexplained In-Custody Deaths:  Evaluating Biomarkers of Stress and Agitation."  Study funded by the National Institute of Justice, U.S. Department of Justice, 11/1/2012 to 6/30/2016.  USDOJ Federal Award # 2012-R2-CX-K006.  Amount: $431,943

34. Principal Investigator (PI) for the study titled, "Resuscitation Outcomes Consortium (ROC) Protocol -ALPS", funded by the NIH, 7/1/13 to 6/3/16.  5U01HL077863-11 subaward 758500.  Amount: $289,003

COP_BM002071

PUBLICATIONS:

Texts/Books

1.  Atlas of Emergency Procedures. Rosen P, Chan TC, Vilke GM, Sternbach G (Eds.); St. Louis: Mosby, Inc., 2001.

2.  Atlas of Emergency Procedures. (Edition translated into Spanish) Rosen P, Chan TC, Vilke GM, Sternbach G (Eds.); St. Louis: Mosby, Inc., 2005.

Book Chapters

1.  Vilke GM: Head Trauma, Blunt. In: The 5 Minute Emergency Medicine Consult. Rosen P, Barkin RM, Hayden SR, Schaider JJ, Wolfe R (Eds.); Philadelphia: Lippincott Williams & Wilkins, 1999, pp 472-473.

2.  Vilke GM: Head Trauma, Penetrating. In: The 5 Minute Emergency Medicine Consult. Rosen P, Barkin RM, Hayden SR, Schaider JJ, Wolfe R (Eds.); Philadelphia: Lippincott Williams & Wilkins, 1999, 474-475.

3.  Vilke GM: Urethral Catheterization. In: Atlas of Emergency Procedures. Rosen P, Chan TC, Vilke GM, Sternbach G (Eds.); St. Louis: Mosby, Inc., 2001, pp 124-127.

4.  Vilke GM: Cystostomy. In: Atlas of Emergency Procedures. Rosen P, Chan TC, Vilke GM, Sternbach G (Eds.); St. Louis: Mosby, Inc., 2001, pp 128-129.

5.  Vilke GM: Bladder Aspiration. In: Atlas of Emergency Procedures. Rosen P, Chan TC, Vilke GM, Sternbach G (Eds.); St. Louis: Mosby, Inc., 2001, pp 130-131.

6.  Vilke GM: Dorsal Slit in Phimosis. In: Atlas of Emergency Procedures. Rosen P, Chan TC, Vilke GM, Sternbach G (Eds.); St. Louis: Mosby, Inc., 2001, pp 132-133.

7.  Vilke GM: Manual Paraphimosis Reduction. In: Atlas of Emergency Procedures. Rosen P, Chan TC, Vilke GM, Sternbach G (Eds.); St. Louis: Mosby, Inc., 2001, pp 134-135.

8.  Vilke GM: Zipper Removal. In: Atlas of Emergency Procedures. Rosen P, Chan TC, Vilke GM, Sternbach G (Eds.); St. Louis: Mosby, Inc., 2001, pp 136-137.

9.  Hayden SR, Silfvast T, Deakin CD, Vilke GM: Surgical Procedures. In: Prehospital Trauma Care. Soreide E, Grande CM (Eds.); New York: Marcel Dekker, Inc., 2001, pp 323-354.

10. Hayden SR, Thierbach A, Vilke GM, Sugrue M: Patient Turnover: Arriving and Interacting in the Emergency Department. In: Prehospital Trauma Care. Soreide E, Grande CM (Eds.); New York: Marcel Dekker, Inc., 2001, pp 737-751.

11. Vilke GM: Cervical Spine Injury, Adult. In: Rosen and Barkin's 5-Minute Emergency Medicine Consult (second edition). Schaider J, Hayden SR, Wolfe R, Barkin RM, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2003, pp 1048-1049.

COP_BM002072

Book Chapters

12. Vilke GM: Extremity Trauma, Penetrating. In: <u>Rosen and Barkin's 5-Minute Emergency Medicine Consult</u> (second edition). Schaider J, Hayden SR, Wolfe R, Barkin RM, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2003, pp 394-395.

13. Vilke GM: Head Trauma, Blunt. In: <u>Rosen and Barkin's 5-Minute Emergency Medicine Consult</u> (second edition). Schaider J, Hayden SR, Wolfe R, Barkin RM, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2003, pp 476-477.

14. Vilke GM: Head Trauma, Penetrating. In: <u>Rosen and Barkin's 5-Minute Emergency Medicine Consult</u> (second edition). Schaider J, Hayden SR, Wolfe R, Barkin RM, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2003, pp 478-479.

15. Vilke GM: Ring/Constricting Band Removal. In: <u>Rosen and Barkin's 5-Minute Emergency Medicine Consult</u> (second edition). Schaider J, Hayden SR, Wolfe R, Barkin RM, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2003, pp 980-981.

16. Vilke GM: Warts. In: <u>Rosen and Barkin's 5-Minute Emergency Medicine Consult</u> (second edition). Schaider J, Hayden SR, Wolfe R, Barkin RM, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2003, pp 1222-1223.

17. Vilke GM: Fournier's Gangrene. In: <u>Rosen and Barkin's 5-Minute Emergency Medicine Consult</u> (second edition). Schaider J, Hayden SR, Wolfe R, Barkin RM, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2003, pp 430-431.

18. Vilke GM: Variants of Normal. In: <u>ECG in Emergency Medicine and Acute Care.</u> Chan TC, Brady WJ, Harrigan RA, Ornato JP, Rosen P (Eds.); Philadelphia: Elsevier Mosby, 2005, pp 12-15.

19. Vilke GM: Keloid Formation. In: <u>Greenberg's Text-Atlas of Emergency Medicine</u>. Greenberg MI, Hendrickson RG, Silverberg M (Eds.); Philadelphia: Lippincott Williams and Wilkins, 2005, p 684.

20. Vilke GM: Distal Digital Amputation. In: <u>Greenberg's Text-Atlas of Emergency Medicine</u>. Greenberg MI, Hendrickson RG, Silverberg M (Eds.); Philadelphia: Lippincott Williams and Wilkins, 2005, p 685.

21. Vilke GM: Painful Syndromes of the Hand and Wrist. In: <u>Harwood-Nuss' Clinical Practice of Emergency Medicine</u> fourth edition. Editor-in-chief: AB Wolfson. Philadelphia: Lippincott Williams and Wilkins, 2005, pp 536-540.

22. Vilke GM: Neck Holds. In: <u>Sudden Deaths in Custody</u>. Ross DL, Chan TC (Eds.); New Jersey: Humana Press, 2006, pp 15-38.

COP_BM002073

PUBLICATIONS, continued:

Book Chapters

23. Sloane C, Vilke GM: Riot Control Agents, Tasers and Other Less Lethal Weapons. In: <u>Sudden Deaths in Custody</u>. Ross DL, Chan TC (Eds.); New Jersey: Humana Press, 2006, pp 113-138.

25. Vilke GM: *Clostridium botulinum* Toxin (Botulism) Attack. In: <u>Disaster Medicine</u>. Ciottone GR (Ed.); Boston: Elsevier Mosby, 2006, pp 701-704.

26. Vilke GM: Viral Agents (Section 10, Part 2). Section Editor. In: <u>Disaster Medicine</u>. Ciottone GR (Ed.); Boston: Elsevier Mosby, 2006, pp 661-697.

27. Patel R, Reynoso J, Vilke GM: Genitourinary Trauma. In: <u>Emergency Medicine Handbook. Clinical Concepts for Clinical Practice.</u> Roppolo LP, Davis D, Kelly SP, Rosen P (Eds.); Philadelphia: Elsevier Mosby, 2007, pp 164-173.

28. Vilke GM: Extremity Trauma, Penetrating. In: <u>Rosen & Barkin's 5-Minute Emergency Medicine Consult</u> (third edition). Schaider JJ, Hayden SR, Wolfe RE, Barkin RM, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2007, pp 392-393.

29. Vilke GM: Fournier's Gangrene. In: <u>Rosen & Barkin's 5-Minute Emergency Medicine Consult</u> (third edition). Schaider JJ, Hayden SR, Wolfe RE, Barkin RM, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2007, pp 428-429.

30. Vilke GM: Head Trauma, Blunt. In: <u>Rosen & Barkin's 5-Minute Emergency Medicine Consult</u> (third edition). Schaider JJ, Hayden SR, Wolfe RE, Barkin RM, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2007, pp 474-475.

31. Vilke GM: Head Trauma, Penetrating. In: <u>Rosen & Barkin's 5-Minute Emergency Medicine Consult</u> (third edition). Schaider JJ, Hayden SR, Wolfe RE, Barkin RM, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2007, pp 476-477.

32. Vilke GM: Spine Injury: Cervical, Adult. In: <u>Rosen & Barkin's 5-Minute Emergency Medicine Consult</u> (third edition). Schaider JJ, Hayden SR, Wolfe RE, Barkin RM, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2007, pp 1040-1041.

33. Vilke GM: Warts. In: <u>Rosen & Barkin's 5-Minute Emergency Medicine Consult</u> (third edition). Schaider JJ, Hayden SR, Wolfe RE, Barkin RM, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2007, pp 1224-1225.

34. Vilke GM, Sloane CM, Chan TC. Accelerated Triage for Medical Evaluations Following CED Activations. In: <u>Critical Issues in Policing Series: Strategies for Resolving Conflict and Minimizing Use of Force</u>. Ederheimer JA (Ed); Washington DC, Police Executive Research Forum, 2007, pp 108-109.

COP_BM002074

PUBLICATIONS, continued:

Book Chapters

35. Christensen EF, Deakin C, Vilke GM: Prehospital Care and Trauma Systems. In: Trauma: Emergency Resuscitation, Perioperative Anesthesia, Surgical Management, Volume I. Wilson WC, Grande CM, Hoyt DB (Eds.); New York: Informa Healthcare USA, Inc, 2007, pp 43-58.

36  Chan TC, Vilke GM. In: TASER® Conducted Electrical Weapons: Physiology, Pathology, and Law. Kroll MW, Ho JD (Eds.); New York: Springer, 2009, pp 109-118.

37. Vilke GM: Hand and Wrist Pain. In: Harwood-Nuss' Clinical Practice of Emergency Medicine fifth edition. Editor-in-chief: AB Wolfson. Philadelphia: Lippincott Williams and Wilkins, 2010, pp 711-714.

38. Wilson MP, Vilke GM. Not all ear pain is acute otitis media…and not all require antibiotics! In: Avoiding Common Errors in the Emergency Department. Mattu A, Chanmugam AS, Swadron SP, Tibbles CD, Woolridge DP (Eds) Philadelphia: Lippincott Williams and Wilkins, 2010, pp 520-522.

39. Oyama LC, Vilke GM. In: Emergency Medicine Review Preparing for the Boards. Harrigan RA, Ufberg JW, Tripp ML (Eds) St. Louis: Elsevier Saunders, 2010, pp 303-315.

40. Vilke GM: Extremity Trauma, Penetrating. In: Rosen & Barkin's 5-Minute Emergency Medicine Consult (fourth edition). Schaider JJ, Barkin RM, Hayden SR, Wolfe RE, Barkin RE, Shayne P, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2011, pp 392-393.

41. Vilke GM: Fournier's Gangrene. In: Rosen & Barkin's 5-Minute Emergency Medicine Consult (fourth edition). Schaider JJ, Barkin RM, Hayden SR, Wolfe RE, Barkin RE, Shayne P, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2011, pp 428-429.

42. Vilke GM: Head Trauma, Blunt. In: In: Rosen & Barkin's 5-Minute Emergency Medicine Consult (fourth edition). Schaider JJ, Barkin RM, Hayden SR, Wolfe RE, Barkin RE, Shayne P, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2011, pp 476-477.

43. Vilke GM: Head Trauma, Penetrating. In: In: Rosen & Barkin's 5-Minute Emergency Medicine Consult (fourth edition). Schaider JJ, Barkin RM, Hayden SR, Wolfe RE, Barkin RE, Shayne P, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2011, pp 478-479.

44. Vilke GM: Spine Injury: Cervical, Adult. In: In: Rosen & Barkin's 5-Minute Emergency Medicine Consult (fourth edition). Schaider JJ, Barkin RM, Hayden SR, Wolfe RE, Barkin RE, Shayne P, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2011, pp 1044-1045.

COP_BM002075

Book Chapters

45.  Vilke GM:  Warts. In: In: <u>Rosen & Barkin's 5-Minute Emergency Medicine Consult</u> (fourth edition).  Schaider JJ, Barkin RM, Hayden SR, Wolfe RE, Barkin RE, Shayne P, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2011, pp 1226-1227.

46.  Heegaard WG, Vilke GM: Factitious Conducted Electrical Weapons Wounds: Injuries and Considerations. In: <u>Atlas of Conducted Electrical Weapon Wounds and Forensic Analysis.</u> Ho JD, Dawes DM, Kroll MW (Eds.)  New York: Springer, 2012, pp 131-142.

47.  Wilson MP, Vilke GM. The patient with excited delirium in the emergency department. In Zun LS, Chepenik LG, Mallory MNS editors. <u>Behavioral Emergencies: A handbook for emergency physicians</u>. Cambridge: Cambridge University Press; 2013.

48.  Vilke GM:  Extremity Trauma, Penetrating. In: <u>Rosen & Barkin's 5-Minute Emergency Medicine Consult</u> (fifth edition).  Schaider JJ, Barkin RM, Hayden SR, Wolfe RE, Barkin RE, Shayne P, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2015, pp 398-399.

49.  Vilke GM:  Fournier Gangrene. In: <u>Rosen & Barkin's 5-Minute Emergency Medicine Consult</u> (fifth edition).  Schaider JJ, Barkin RM, Hayden SR, Wolfe RE, Barkin RE, Shayne P, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2015, pp 434-435.

50.  Vilke GM:  Head Trauma, Blunt. In: <u>Rosen & Barkin's 5-Minute Emergency Medicine Consult</u> (fifth edition).  Schaider JJ, Barkin RM, Hayden SR, Wolfe RE, Barkin RE, Shayne P, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2015, pp 486-487.

51.  Vilke GM:  Head Trauma, Penetrating. In: <u>Rosen & Barkin's 5-Minute Emergency Medicine Consult</u> (fifth edition).  Schaider JJ, Barkin RM, Hayden SR, Wolfe RE, Barkin RE, Shayne P, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2015, pp 488-489.

52.  Vilke GM:  Spine Injury: Cervical, Adult. In: <u>Rosen & Barkin's 5-Minute Emergency Medicine Consult</u> (fifth edition).  Schaider JJ, Barkin RM, Hayden SR, Wolfe RE, Barkin RE, Shayne P, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2015, pp 1054-1055.

53.  Vilke GM:  Warts. In: Rosen & Barkin's 5-Minute Emergency Medicine Consult (fifth edition).  Schaider JJ, Barkin RM, Hayden SR, Wolfe RE, Barkin RE, Shayne P, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2015, pp 1240-1241.

54.  Vilke GM:  Hand and Wrist Pain.  In: <u>Harwood-Nuss' Clinical Practice of Emergency Medicine</u> sixth edition.  Editor-in-chief: AB Wolfson. Philadelphia: Lippincott Williams and Wilkins, 2015, pp 707-710.

COP_BM002076

Book Chapters

55. Vilke GM: The Question of Positional and Compression Asphyxia. In: <u>The Thin Blue Line.</u> Amdur E and Hutchings J (eds.) Edgework, 2015, pp 287-290.

56. Vilke GM: The Question of Positional and Compression Asphyxia. In: <u>Safe Behind Bars.</u> Amdur E, Blake M, De Villeneuve C (eds.) Edgework, 2015, pp 321-324.

57. Vilke GM: The Question of Positional and Compression Asphyxia. In: <u>Cooling the Flames</u> Amdur E, Murphy JK (eds.) Edgework, 2015, pp 247-250.

58. Castillo EM, Vilke GM. Road Traffic Accidents: Air Bag-Related Injuries and Deaths. <u>Encyclopedia of Forensic and Legal Medicine</u> (Second Edition), 2016, pp 162-174.

59. Vilke GM, Castillo EM. Restraint Techniques, Injuries, and Death: Use of Force Techniques. <u>Encyclopedia of Forensic and Legal Medicine</u> (Second Edition), 2016, pp 142-147.

60. Roberts EE, Vilke GM. Restraint Techniques, Injuries, and Death: Conducted Energy Devices. <u>Encyclopedia of Forensic and Legal Medicine</u> (Second Edition), 2016, pp 118-126.

61. Castillo EM, Vilke GM: How to design a study that everyone will believe. In: <u>Doing Research in Emergency and Acute Care: Making Order Out of Chaos.</u> Wilson MP, Guluma KZ, Hayden SR (Eds.); Hoboken: Wiley-Blackwell, 2015 pp 79-84.

62. Vilke GM, Castillo EM: Privacy in research: How to collect data safely and confidentially. In: <u>Doing Research in Emergency and Acute Care: Making Order Out of Chaos.</u> Wilson MP, Guluma KZ, Hayden SR (Eds.); Hoboken: Wiley-Blackwell, 2015, pp 155-160.

63. Wilson MP, Vilke GM. Mental Illness and Substance Abuse. In: Cooney D. <u>EMS Medicine</u>. New York: McGraw-Hill, 2015, pp 362-366.

64. DeMers G, Vilke GM. International Deployment. In: Cooney D. <u>EMS Medicine</u>. New York: McGraw-Hill, 2015, pp 531-538.

65. Vilke GM. Payne-James JJ. Excited Delirium Syndrome: aetiology, identification and treatment. In: <u>Current Practice in Forensic Medicine</u> Volume 2. Gall JAM, Payne-James JJ (Eds.) West Sussex: Wiley, 2016, pp 97-117.

COP_BM002077

<u>VIDEOS</u>:

1.  Vilke GM, Davis DP, Robinson A: "Glasgow Coma Scale and the Field Neurological Exam" Instructional Video, San Diego County Emergency Medical Services, Copyright 1997.

2.  Vilke GM, Chan TC: "Excited Delirium" Instructional Video, San Diego County Sheriff's Department, 2007.

3.  Morris B, Vilke GM: "Ankylosing Spondylitis" Educational Video. Bill Morris Production Group for the Ankyslosing Spondylitis Association of America, 2009.

COP_BM002078

Articles

1.  Vilke GM, Hoyt DB, Epperson M, Fortlage D, Hutton KC, Rosen P:  Intubation techniques in the helicopter.  J Emerg Med 1994;12(2):217-224.

2.  Rockwell E, Jackson E, Vilke G, Jeste DV:  A study of delusions in a large cohort of Alzheimer's disease patients.  Am J Geriatric Psychiatry 1994;2(2):157-164.

3.  Chan T, Vilke GM, Williams S:  Bi-directional ventricular tachycardia in a patient with digoxin toxicity.  J Emerg Med 1995;13(1):89.

4.  Vilke GM:  Misplaced intravascular catheters in a patient with acute renal failure.  J Emerg Med 1995;13(3):379.

5.  Vilke GM, Vilke TS, Rosen P:  The completeness of MEDLINE for papers published in the *Journal of Emergency Medicine*.  J Emerg Med 1995;13(4):457-460.

6.  Bauman BH, Vilke G, Chan T:  Dexamethasone use in croup.  West J Med 1996;164(1):66.

7.  Vilke GM, Hayden SR:  Intraorbital air in a patient status post-facial trauma.  J Emerg Med 1996;14(1):77.

8.  Vilke GM, Jacoby I, Manoguerra AS, Clark R:  Disaster preparedness of poison control centers.  Clin Toxicol 1996;34(1):53-58.

9.  Vilke GM:  "No worries."  J Emerg Med 1996;14(5):641-642.

10. Vilke GM, Honingford EA:  Cervical spine epidural abscess in a patient with no predisposing risk factors.  Ann Emerg Med 1996;27(6):777-780.

11. Vilke GM, Honingford EA:  Diabetes and neck pain (Letter to the editor).  Ann Emerg Med 1996;28(6):731.

12. Vilke GM, Wulfert EA:  Case reports of two patients presenting with pneumothorax following acupuncture.  J Emerg Med 1997;15(2):155-157.

13. Vilke GM:  Chest pain in an elderly patient.  J Emerg Med 1997;15(4):523.

14. Chan TC, Vilke GM, Neuman T, Clausen JL:  Restraint position and positional asphyxia.  Ann Emerg Med 1997;30(5):578-586.

15. Moss ST, Chan TC, Buchanan J, Dunford JV, Vilke GM:  Outcome study of prehospital patients signed out against medical advice by field paramedics.  Ann Emerg Med 1998; 31(2):247-250.

COP_BM002079

Articles

16. Chan TC, Vilke GM, Neuman T:  Reexamination of custody restraint position and positional asphyxia.  Am J Forensic Med Pathol 1998;19(3):201-205.

17. Howard JD, Reay DT [32(1):116-117] / Chan TC, Vilke GM, Neuman T, Clausen J: Positional asphyxia (Reply to letter to the editor).  Ann Emerg Med 1998;32(1):117-118.

18. Vilke GM, Mahoney G, Chan TC:  Postpartum coronary artery dissection.  Ann Emerg Med 1998;32(2):260-262.

19. Rosa CM, Schwartz BL, Vilke GM:  The prehospital electrocardiogram: Future standard of care?  Top Emerg Med 1998;20(3):23-29.

20. Davis DP, Bramwell KJ, Vilke GM, Cardall TY, Yoshida E, Rosen P:  Cricothyrotomy technique: Standard versus the rapid four-step technique.  J Emerg Med 1999;17(1):17-21.

21. Davis DP, Stephen KAC, Vilke GM:  Inaccuracy in endotracheal tube verification using a Toomey syringe.  J Emerg Med 1999;17(1):35-38.

22. Friedman L, Vilke GM, Chan TC, Hayden SR, Guss DA, Krishel SJ, Rosen P:  Emergency department airway management before and after an emergency medicine residency.  J Emerg Med 1999;17(3):427-431.

23. Bramwell KJ, Davis DP, Cardall TY, Yoshida E, Vilke GM, Rosen P:  Use of the Trousseau dilator in cricothyrotomy.  J Emerg Med 1999;17(3):433-436.

24. Cardall TY, Chan TC, Brady WJ, Perry JC, Vilke GM, Rosen P:  Permanent cardiac pacemakers: Issues relevant to the emergency physician, Part I.  J Emerg Med 1999;17(3): 479-489.

25. Cardall TY, Brady WJ, Chan TC, Perry JC, Vilke GM, Rosen P:  Permanent cardiac pacemakers: Issues relevant to the emergency physician, Part II.  J Emerg Med 1999;17(4): 697-709.

26. Vilke GM, Buchanan J, Dunford JV, Chan TC:  Are heroin overdose deaths related to patient release after prehospital treatment with naloxone?  Prehosp Emerg Care 1999;3(3):183-186.

27. Roppolo LP, Vilke GM, Chan TC, Krishel S, Hayden SR, Rosen P:  Nasotracheal intubation in the emergency department, revisited.  J Emerg Med 1999;17(5):791-799.

28. Vilke GM:  FOOSH injury with snuff box tenderness.  J Emerg Med 1999;17(5):899-900.

29. Chan TC, Neuman T, Vilke GM, Clausen J, Clark RF:  Metabolic acidosis in restraint-associated cardiac arrest (Letter to the editor).  Acad Emerg Med 1999;6(10):1075-1076.

COP_BM002080

PUBLICATIONS, continued:

Articles

30. Chan TC, Vilke GM, Bramwell KJ, Davis DP, Hamilton RS, Rosen P: Comparison of wire-guided cricothyrotomy versus standard surgical cricothyrotomy technique. J Emerg Med 1999;17(6):957-962.

31. Reay DT, Howard JD [20(3):300-301] / Chan TC, Vilke GM, Neuman T: Restraint position and positional asphyxia (Reply to letter to the editor). Am J Forensic Med Pathol 2000; 21(1):93.

32. Vilke GM, Chan TC, Guss DA: Use of a complete neurological examination to screen for significant intracranial abnormalities in minor head injury. Am J Emerg Med 2000;18(2): 159-163.

33. Sloane CM, Vilke G: The other olive associated with vomiting. J Emerg Med 2000; 18(3):375.

34. Vilke GM, Chan TC, Neuman T, Clausen JL: Spirometry in normal subjects in sitting, prone, and supine positions. Respir Care 2000;45(4):407-410.

35. Ma G, Vilke GM: Amoebic abscess. J Emerg Med 2000;18(4):465-466.

36. Davis DP, Bramwell KJ, Hamilton RS, Chan TC, Vilke GM: Safety and efficacy of the rapid four-step technique for cricothyrotomy using a Bair Claw. J Emerg Med 2000;19(2):125-129.

37. Sloane C, Vilke GM, Chan TC, Hayden SR, Hoyt DB, Rosen P: Rapid sequence intubation in the field versus hospital in trauma patients. J Emerg Med 2000;19(3):259-264.

38. Gerling MC, Davis DP, Hamilton RS, Morris GF, Vilke GM, Garfin SR, Hayden SR: Effects of cervical spine immobilization technique and laryngoscope blade selection on an unstable cervical spine in a cadaver model of intubation. Ann Emerg Med 2000;36(4):293-300.

39. Ochs M, Vilke GM, Chan TC, Moats T, Buchanan J: Successful prehospital airway management by EMT-Ds using the Combitube. Prehosp Emerg Care 2000;4(4):333-337.

40. Vilke GM, Marino A, Iskander J, Chan TC: Emergency department patient knowledge of medications. J Emerg Med 2000;19(4):327-330.

41. Chan TC, Vilke GM, Clausen J, Clark R, Schmidt P, Snowden T, Neuman T: The impact of oleoresin capsicum spray on respiratory function in human subjects in the sitting and prone maximal restraint positions, final report. NCJ 182433. Washington, DC: United States Department of Justice, National Institute of Justice, 2000, 68 pages.

42. Gerling MC, Davis DP, Hamilton RS, Morris GF, Vilke GM, Garfin SR, Hayden SR: Effect of surgical cricothyrotomy on the unstable cervical spine in a cadaver model of intubation. J Emerg Med 2001;20(1):1-5.

COP_BM002081

Articles

43. Vilke GM, Chan TC: Physician effect on out of hospital patients signing out against medical advice. Pre-hospital Immediate Care 2001;5(1):38-40.

44. Davis DP, Kimbro TA, Vilke GM: The use of midazolam for prehospital rapid-sequence intubation may be associated with a dose-related increase in hypotension. Prehosp Emerg Care 2001;5(2):163-168.

45. Patel RJ, Vilke GM, Chan TC: The prehospital electrocardiogram. J Emerg Med 2001; 21(1):35-39.

46. Davis DP, Videen JS, Marino A, Vilke GM, Dunford JV, Van Camp SP, Maharam LG: Exercise-induced hyponatremia in marathon runners: A two-year experience. J Emerg Med 2001;21(1):47-57.

47. Seltzer AG, Vilke GM, Chan TC, Fisher R, Dunford JV: Outcome study of minors after parental refusal of paramedic transport. Prehosp Emerg Care 2001;5(3):278-283.

48. Vilke GM, Marino A, Fisher R, Chan TC: Estimation of pediatric patient weight by EMT-Ps. J Emerg Med 2001;21(2):125-128.

49. Chan TC, Vilke GM, Pollack M, Brady WJ: Electrocardiographic manifestations: Pulmonary embolism. J Emerg Med 2001;21(3):263-270.

50. Morgan J / Sloane C, Vilke GM: Rapid sequence intubation in the field versus hospital in trauma patients (Reply to letter to the editor). J Emerg Med 2001;21(4):443-444.

51. Chan TC, Vilke GM, Clausen J, Clark R, Schmidt P, Snowden T, Neuman T: Pepper spray's effects on a suspect's ability to breathe. Research in Brief (NCJ 188069), December 2001. Washington, DC: United States Department of Justice, National Institute of Justice.

52. Vilke GM, Steen PJ, Smith AM, Chan TC: Out-of-hospital pediatric intubation by paramedics: The San Diego experience. J Emerg Med 2002;22(1):71-74.

53. Chan TC, Vilke GM, Clausen J, Clark RF, Schmidt P, Snowden T, Neuman T: The effect of oleoresin capsicum "pepper" spray inhalation on respiratory function. J Forensic Sci 2002; 47(2):299-304.

54. Vilke GM, Sharieff GQ, Marino A, Gerhart AE, Chan TC: Midazolam for the treatment of out-of-hospital pediatric seizures. Prehosp Emerg Care 2002;6(2):215-217.

55. Vilke GM, Chan TC: Agitated delirium and sudden death (Letter to the editor). Prehosp Emerg Care 2002;6(2):259-260.

COP_BM002082

Articles

56.  Vilke GM, Fisher R, Chan TC: An evaluation of the risk for latex allergy in prehospital EMS providers. J Emerg Med 2002;22(4):345-348.

57.  Vilke GM: Food-dependent exercise-induced anaphylaxis. Prehosp Emerg Care 2002; 6(3):348-350.

58.  Vilke GM, Snyder B: High pressure paint spray gun injury. J Emerg Med 2002;23(2): 203-204.

59.  Chew GS, Vilke GM, Davis DP, Chan TC: Toomey™ syringe aspiration may be inaccurate in detecting esophageal intubation following gastric insufflation. J Emerg Med 2002;23(4): 337-340.

60.  Vilke GM: Aeromedical Emergencies: Intro to the section. J Emerg Med 2002;23(1):49.

61.  Vilke GM, Sardar W, Fisher R, Dunford JD, Chan TC: Follow-up of elderly patients who refuse transport after accessing 9-1-1. Prehosp Emerg Care 2002;6(4):391-395.

62.  Vilke GM: Great toe pain. J Emerg Med 2003;24(1):59-60.

63.  Davis JM, Vilke GM: An elderly patient with intussusception. J Emerg Med 2003;24(2):221.

64.  Austin T, Vilke GM, Nyheim E, Kelly D, Chan TC: Safety and effectiveness of methohexital for procedural sedation in the emergency department. J Emerg Med 2003;24(3):315-318.

65.  Chan TC, Vilke GM, Smith S, Sparrow W, Dunford JV: Impact of an after-hours on-call emergency physician on ambulance transports from a county jail. Prehosp Emerg Care 2003; 7(3):327-331.

66.  Vilke GM, Chan TC, Neuman T: Patient Restraint in EMS: Prehosp Emerg Care 2003; 7(3):417.

67.  Deitch S, Davis DP, Schatteman J, Chan TC, Vilke GM: The use of etomidate for prehospital rapid-sequence intubation. Prehosp Emerg Care 2003;7(3):380-383.

68.  Vilke GM, Sloane C, Smith AM, Chan TC: Assessment for deaths in out-of-hospital heroin overdose patients treated with naloxone who refuse transport. Acad Emerg Med 2003; 10(8):893-896.

69.  Davis DP, Valentine C, Ochs M, Vilke GM, Hoyt DB: The Combitube as a salvage airway device for paramedic rapid sequence intubation. Ann Emerg Med 2003;42(5):697-704.

70.  Calkins T, Chan TC, Clark RF, Stepanski B, Vilke GM: Review of prehospital sodium bicarbonate use for cyclic antidepressant overdose. Emerg Med J 2003;20:483-486.

Articles

71. Vilke GM, Brown L, Skogland P, Simmons C, Guss DA:  Approach to decreasing emergency department ambulance diversion hours.  J Emerg Med 2004;26(2):189-192.

72. Vilke GM, Smith AM, Chan TC:  Leaving against medical advice after out-of-hospital naloxone:  a closer look is needed.  Acad Emerg Med 2004;11(3):323-324.

73. Vilke GM, Harrigan RA, Ufberg JW, Chan TC:  Emergency evaluation and treatment of priapism.  J Emerg Med 2004;26(3):325-329.

74. Davis DP, Wold RM, Patel RJ, Tran AJ, Tokhi RN, Chan TC, Vilke GM:  The clinical presentation and impact of diagnostic delays on emergency department patients with spinal epidural abscess.  J Emerg Med 2004;26(3):285-291.

75. Vilke GM, Harrigan RA, Ufberg JW:  Technical Tips: Intro to the section.  J Emerg Med 2004;26(3):323.

76. Doney MK, Vilke GM:  Large osteosarcoma not apparent on conventional radiography.  J Emerg Med 2004;26(3):351-352.

76. Chan TC, Ufberg J, Harrigan RA, Vilke GM:  Nasal foreign body removal.  J Emerg Med 2004;26(4):441-445.

77. Vilke GM, Smith AM, Upledger Ray L, Steen PJ, Murrin PA, Chan TC:  Airway obstruction in children aged less than 5 years: The prehospital experience.  Prehosp Emerg Care 2004; 8(2):196-199.

78. Vilke GM, Jin A, Davis DP, Chan TC:  Prospective randomized study of viscous lidocaine versus benzocaine in a GI cocktail for dyspepsia.  J Emerg Med 2004;27(1):7-9.

80. Poste JC, Davis DP, Ochs M, Vilke GM, Castillo EM, Stern J, Hoyt DB:  Air medical transport of severely head-injured patients undergoing paramedic rapid sequence intubation.  Air Medical Journal 2004;23(4):36-40.

81. Chan TC, Neuman T, Clausen J, Eisele J, Vilke GM:  Weight force during prone restraint and respiratory function.  Am J Forensic Med Pathol 2004;25(3):185-189.

82. Ufberg JW, Vilke GM, Chan TC, Harrigan RA:  Anterior shoulder dislocations: Beyond traction-countertraction.  J Emerg Med 2004;27(3):301-306.

83. Vilke, GM:  San Diego County wildfires: Perspective of county officials.  Disaster Manag Response 2004 Oct-Dec;2(4):99.

COP_BM002084

Articles

84.　Vilke, GM, Castillo EM, Metz MA, Upledger Ray L, Murrin PA, Lev R, Chan TC: Community trial to decrease ambulance diversion hours: The San Diego County patient destination trial. Ann Emerg Med 2004;44(4):295-303.

85.　Vilke GM, Stepanski BM, Ray LU, Lutz MW, Murrin PA, Chan TC: 9-1-1 responses for shopping cart and stroller injuries. Pediatr Emerg Care 2004;20(10):660-663.

86.　Vilke GM, Castillo EM, Ray LU, Murrin PA, Chan TC: Evaluation of pediatric glucose monitoring and hypoglycemic therapy in the field. Pediatr Emerg Care 2005;21(1):1-5.

87.　Vilke GM, Chan TC, Dunford JV, Metz M, Ochs G, Smith A, Fisher R, Poste JC, McCallum-Brown L, Davis DP: The three-phase model of cardiac arrest as applied to ventricular fibrillation in a large, urban emergency medical services system. Resuscitation 2005;64(3):341-346.

88.　Davis DP, Peay J, Sise MJ, Vilke GM, Kennedy F, Eastman AB, Velky T, Hoyt DB: The impact of prehospital endotracheal intubation on outcome in moderate to severe traumatic brain injury. J Trauma 2005;58(5):933-939.

89.　Davis DP, Grossman K, Kiggins DC, Vilke GM, Chan TC: The inadvertent administration of anticoagulants to ED patients ultimately diagnosed with thoracic aortic dissection. Am J Emerg Med 2005;23(4):439-442.

90.　Davis DP, Pettit K, Rom CD, Poste JC, Sise MJ, Hoyt DB, Vilke GM: The safety and efficacy of prehospital needle and tube thoracostomy by aeromedical personnel. Prehosp Emerg Care 2005;9(2):191-197.

91.　Davis DP, Peay J, Serrano JA, Buono C, Vilke GM, Sise MJ, Kennedy F, Eastman AB, Velky T, Hoyt DB: The impact of aeromedical response to patients with moderate to severe traumatic brain injury. Ann Emerg Med 2005;46(2):115-122.

92.　Davis DP, Vadeboncoeur TF, Ochs M, Poste JC, Vilke GM, Hoyt DB: The association between field glasgow coma scale score and outcome in patients undergoing paramedic rapid sequence intubation. J Emerg Med 2005;29(4):391-397.

93.　Davis DP, Wiesner C, Chan TC, Vilke GM: The efficacy of nebulized albuterol/ipratropium bromide versus albuterol alone in the prehospital treatment of suspected reactive airways disease. Prehosp Emerg Care 2005;9(4):386-390.

94.　Davis DP, Douglas DJ, Smith W, Sise MJ, Vilke GM, Holbrook TL, Kennedy F, Eastman AB, Velky T, Hoyt DB: Traumatic brain injury outcomes in pre- and post-menopausal females versus age-matched males. J Neurotrauma 2006;23(2):140-148.

COP_BM002085

PUBLICATIONS, continued:

Articles

95.  Davis DP, Idris AH, Sise MJ, Kennedy F, Brent Eastman A, Velky T, Vilke GM, Hoyt DB:
     Early ventilation and outcome in patients with moderate to severe traumatic brain injury.
     Crit Care Med 2006;34(4):1202-1208.

96.  Dunford JV, Castillo EM, Chan TC, Vilke GM, Jenson P, Lindsay SP:  Impact of the San
     Diego Serial Inebriate Program on use of emergency medical resources.  Ann Emerg Med
     2006;47(4):328-336.

97.  Vadeboncoeur T,  Davis DP, Ochs M, Poste JC, Hoyt DB, Vilke GM:  The ability of
     paramedics to predict aspiration in patients undergoing prehospital rapid sequence
     intubation.  J Emerg Med 2006;30(2):131-136.

98.  <u>Davis DP, Serrano JA, Vilke GM, Sise MJ, Kennedy F, Eastman AB, Velky T, Hoyt DB</u>:
     The predictive value of field versus arrival Glasgow Coma Scale Score and TRISS
     calculations in moderate-to-severe traumatic brain injury.  J Trauma 2006;60(5):985-990.

99.  Ramanujam P, Vilke GM:  Prehospital management of the difficult airway.  Clinical
     Foundations 2006;7-11.

100. Vilke GM, Tornabene SV, Stepanski B, Shipp HE, Upledger Ray L, Metz MA, Vroman D,
     Anderson M, Murrin PA, Davis DP, Harley J:  Paramedic self-reported medication errors.
     Prehosp Emerg Care 2006;10(4):457-462.

101. Goldstein EH, Hradecky G, Vilke GM, Chan TC:  Impact of a standardized protocol to
     address methicillin-resistant *staphylococcus aureus* skin infections at a large, urban county
     jail system.  J Correctional Health Care 2006;12(3):181-188.

102. Chappell S, Vilke GM, Chan TC, Harrigan RA, Ufberg JW:  Peripheral venous cutdown.
     J Emerg Med 2006;31(4):411-416.

103. Lev R, Vilke G, Dunford J. San Diego Regional STEMI Summit. San Diego Physician.
     2006;4:11-13.

104. Vilke GM, Smith AM, Stepanski B, Shipp HE, Upledger Ray L, Murrin PA, Chan TC.
     Impact of the San Diego County firestorm on Emergency Medical Services.  Prehosp Dis
     Med 2006;21(5):353-358.

105. Soroudi A, Shipp HE, Stepanski BM, Ray LU, Murrin PA, Chan TC, Davis DP, Vilke GM.
     Adult foreign body airway obstruction in the prehospital setting.  Prehosp Emerg Care. 2007
     Jan-Mar;11(1):25-9.

106. Michalewicz BA, Chan TC, Vilke GM, Levy SS, Neuman TS, Kolkhorst FW.  Ventilatory
     and metabolic demands during aggressive physical restraint in healthy adults.  J Forensic Sci
     2007;52(1):171-175.

COP_BM002086

PUBLICATIONS, continued:

Articles

107. Vilke GM, Tornabene SV, Stepanski B, Shipp HE, Upledger Ray L, Metz MA, Vroman D, Anderson M, Murrin PA, Davis DP, Harley J: Paramedic self-reported medication errors. Prehosp Emerg Care 2007;11(1):80-84.

108. Dolkas L, Stanley C, Smith AM, Vilke GM. Deaths associated with choking in San Diego county. J Forensic Sci. 2007;52(1):176-9.

109. Harrigan RA, Chan TC, Moonblatt S, Vilke GM, Ufberg JW. Temporary transvenous pacemaker placement in the Emergency Department. J Emerg Med 2007;32(1):105-111.

110. Davis DP, Kene M, Vilke GM, Sise MJ, Kennedy F, Eastman AB, Velky T, Hoyt DB. Head-Injured Patients Who "Talk and Die": The San Diego Perspective. J Trauma. 2007 Feb;62(2):277-281.

111. Ma G, Davis DP, Schmitt J, Vilke GM, Chan TC, Hayden SR. The sensitivity and specificity of transcricothyroid ultrasonography to confirm endotracheal tube placement in a cadaver model. J Emerg Med 2007;32(4):405-414.

112. Davis DP, Fisher R, Aguilar S, Metz M, Ochs G, McCallum-Brown L, Ramanujam P, Buono C, Vilke GM, Chan TC, Dunford JV. The feasibility of a regional cardiac arrest receiving system. Resuscitation. 2007;74(1):44-51.

113. Levine SD, Sloane CM, Chan TC, Dunford JV, Vilke GM. Cardiac monitoring of human subjects exposed to the taser. J Emerg Med. 2007;33(2):113-7.

114. Firestone D, Wos A, Killeen JP, Chan TC, Guluma K, Davis DP, Vilke GM. Can urine dipstick be used as a surrogate for serum creatinine in emergency department patients who undergo contrast studies? J Emerg Med. 2007;33(2):119-22.

115. Khaleghi M, Loh A, Vroman D, Chan TC, Vilke GM. The effects of minimizing ambulance diversion hours on emergency departments. J Emerg Med. 2007;33(2):155-9.

116. Davis DP, Graydon C, Stein R, Wilson S, Buesch B, Berthiaume S, Lee D, Rivas J, Vilke GM, Leahy DR. The positive predictive value of paramedic versus emergency physician interpretation of the prehospital 12-lead electrocardiogram. Prehosp Emerg Care 2007;11(4):399-402.

117. Vilke GM, Chan TC. Less lethal technology: medical issues. Policing 2007;30(3):341-357.

118. Vilke GM, Sloane CM, Bouton KD, Kolkhorst FW, Levine SD, Neuman TS, Castillo EM, Chan T Physiological Effects of a Conducted Electrical Weapon on Human Subjects. Ann Emerg Med. 2007;.50(5):569-75.

COP_BM002087

Articles

119. Conroy C, Eastman AB, Stanley C, Vilke GM, Vaughan T, Hoyt DB, Pacyna S. Fatal Positional Asphyxia Associated With Rollover Crashes. Am J Forensic Med Pathol. 2007;28(4):330-332.

120. Vilke GM, Sloane C, Levine S, Neuman T, Castillo E, Chan TC. Twelve-lead electrocardiogram monitoring of subjects before and after voluntary exposure to the Taser X26.Am J Emerg Med. 2008;26(1):1-4.

121. Sloane CM, Chan TC, Vilke GM. Thoracic Spine Compression Fracture after TASER Activation. J Emerg Med. 2008:34(3):283-5.

122. Sloane C, Vilke GM. Death by Tasercution Rare. *Emergency Medicine News*. 2008;30(3):7.

123. Chan TC, Harrigan RA, Ufberg J, Vilke GM. Mandibular Reduction. J Emerg Med. 2008;34(4):435-40.

124. Tornabene SV, Deutsch R, Davis DP, Chan TC, Vilke GM. Evaluating the use and timing of opioids for the treatment of migraine headaches in the emergency department. J Emerg Med. 2009 May;36(4):333-7. Epub 2008 Feb 14.

125. Vilke GM, Ufberg JW, Harrigan RA, Chan TC. Evaluation and Treatment of Acute Urinary Retention. J Emerg Med. 2008;35(2):193-8.

126. Sloane CM, Chan TC, Levine SD, Dunford JV, Neuman T, Vilke GM. Serum Troponin I Measurement of Subjects Exposed to the Taser X-26(R). J Emerg Med. 2008;35(1):29-32

127. Tornabene S, Vilke GM. Gradenigo's Syndrome. J Emerg Med. 2010;38(4):449-51. Epub 2008 Feb 23.

128. Vilke GM, Sloane CM, Neuman T, Castillo EM, Chan TC, Kolkhorst F. In reply to Taser safety remains unclear. Ann Emerg Med. 2008 Jul;52(1):85-86.

129. Sloane CM, Vilke GM. Medical Aspects of Less-Lethal Weapons. Law Enforcement Executive Forum. 2008;8(4):81-94.

130. Conroy C, Stanley C, Eastman AB, Vaughn T, Vilke GM, Hoyt DB, Pacyna S, Smith A. Asphyxia: A Rare Cause of Death for Motor Vehicle Crash Occupants. Am J Forensic Med Pathol. 2008;29:14-18.

131. Ramanujam P, Castillo E, Patel E, Vilke G, Wilson MP, Dunford JV. Prehospital transport time intervals for acute stroke patients. J Emerg Med. 2009 Jul;37(1):40-5. Epub 2008 Aug 23.

COP_BM002088

PUBLICATIONS, continued:

Articles

132. Chan TC, Killeen JP, Castillo EM, Vilke GM, Guss DA, Feinberg R, Friedman, L. Impact of an Internet-Based Emergency Department Appointment System to Access Primary Care at Safety Net Community Clinics. Ann Emerg Med 2009;54(2):279-84. Dec. Epub 2008 Dec 13.

133. Vilke GM, Johnson WD 3rd, Castillo EM, Sloane C, Chan TC. Tactical and subject considerations of in-custody deaths proximal to use of conductive energy devices. Am J Forensic Med Pathol. 2009;Mar;30(1):23-5.

134. Firestone DN, Band RA, Hollander JE, Castillo E, Vilke GM. Use of a Urine Dipstick and Brief Clinical Questionnaire to Predict an Abnormal Serum Creatinine in the Emergency Department. Acad Emerg Med. 2009;16(8):699-703.

135. Vilke GM, Sloane CM, Suffecool A, Kolkhorst FW, Neuman TS, Castillo EM, Chan TC. Physiologic Effects of the TASER After Exercise. Acad Emerg Med. 2009;16(8):704-710.

136. Vilke GM, Wilson MP. Agitation: What every emergency physician should know. EM Reports. 2009 30(19):1-8.

137. Doney MK, Vilke GM. Case Report: Aortoenteric Fistula Presenting as Repeated Hematochezia. J Emerg Med. 2012;43(3):431-34. Epub 2010 Jan 23.

138. Vilke GM, Sloane C, Castillo EM, Kolkhorst FW, Neuman TS, Chan TC. Evaluation of the Ventilatory Effects of a Restraint Chair on Human Subjects. J Emerg Med. 2011;40(6):714-8. Epub 2010 Jan 13.

139. Chan TC, Killeen JP, Vilke GM, Marshall JB, Castillo EM. Effect of Mandated Nurse–Patient Ratios on Patient Wait Time and Care Time in the Emergency Department. Acad Emerg Med. 2010; 17:545–552

140. Vilke GM, Chan TC. Evaluation and Management for Carotid Dissection in Patients Presenting after Choking or Strangulation. J Emerg Med. 2011;40(3):355-8. Epub 2010 Apr 2.

141. Wilson, MP, MacDonald KS, Vilke GM, Feifel D. Potential complications of combining intramuscular olanzapine with benzodiazepines in emergency department patients. J Emerg Med. 2012;43(5):889-96 Epub 2010 Jun 12.

142. Castillo EM, Vilke GM, Williams M, Turner P, Boyle J, Chan TC. Collaborative to Decrease Ambulance Diversion: The California Emergency Department Diversion Project. J Emerg Med. 2011;40(3):300-7. Epub 2010 Apr 10.

Articles

143. Hostler D, Thomas EG, Emerson SS, Christenson J, Stiell IG, Rittenberger JC, Gorman KR, Bigham BL, Callaway CW, Vilke GM, Beaudoin T, Cheskes S, Craig A, Davis DP, Reed A, Idris A, Nichol G; The Resuscitation Outcomes Consortium Investigators. Increased survival after EMS witnessed cardiac arrest. Observations from the Resuscitation Outcomes Consortium (ROC) Epistry-Cardiac arrest. Resuscitation. 2010 Jul;81(7):826-30. Epub 2010 Apr 18.

144. Macdonald K, Wilson MP, Minassian A, Vilke GM, Perez R, Cobb P, Tallian K, Becker O, Feifel D. A retrospective analysis of intramuscular haloperidol and intramuscular olanzapine in the treatment of agitation in drug- and alcohol-using patients. Gen Hosp Psychiatry. 2010 July - August;32(4):443-445. Epub 2010 Jun 12.

145. Schranz CI, Castillo EM, Vilke GM. The 2007 San Diego wildfire impact on the emergency department of the University of California, San Diego Hospital system. Prehosp Disaster Med. 2010 Sep-Oct;25(5):472-6.

146. Vilke GM, Bozeman WP, Chan TC. Emergency Department Evaluation after Conducted Energy Weapon Use: Review of the Literature for the Clinician. J Emerg Med 2011;40(5):598-604. Epub 2011 Jan 4.

147. Vilke GM, Douglas DJ, Shipp H, Stepanski B, Smith A, Ray LU, Castillo EM. Pedatric poisonings in children younger than five years responded to by paramedics. J Emerg Med. 2011;41(3):265-9 Epub 2011 Jan 5.

148. Vilke GM, DeBard ML, Chan TC, Ho JD, Dawes DM, Hall C, Curtis MD, Costello MW, Mash DC, Coffman SR, McMullen MJ, Metzger JC, Roberts JR, Sztajnkrcer MD, Henderson SO, Adler J, Czarnecki F, Heck J, Bozeman WP. Excited Delirium Syndrome (ExDS): Defining Based on a Review of the Literature. J Emerg Med. 2012;43(5):897-905. Epub 2011 Mar 24.

149. Davis DP, Salazar A, Chan TC, Vilke GM. Prospective evaluation of a clinical decision guideline to diagnose spinal epidural abscess in patients who present to the emergency department with spine pain. J Neurosurg Spine. 2011;14(6):765-70. Epub 2011 Mar 18.

150. Vilke GM. Pathophysiologic changes due to TASER devices versus excited delirium: Potential relevance to deaths-in-custody? J Forens and Legal Med. 2011;18(6):291. Epub 2011 May 24.

151. Wilson MP, Macdonald K, Vilke GM, Feifel D. A Comparison of the Safety of Olanzapine and Haloperidol in Combination with Benzodiazepines in Emergency Department Patients with Acute Agitation. J Emerg Med. 2012;43(5):790-7. Epub 2011 May 19.

COP_BM002090

PUBLICATIONS, continued:

Articles

152.  Stiell IG, Nichol G, Leroux BG, Rea TD, Ornato JP, Powell J, Christenson J, Callaway CW, Kudenchuk PJ, Aufderheide TP, Idris AH, Daya MR, Wang HE, Morrison LJ, Davis D, Andrusiek D, Stephens S, Cheskes S, Schmicker RH, Fowler R, Vaillancourt C, Hostler D, Zive D, Pirallo RG, Vilke GM, Sopko G, Weisfeldt M.  Early versus Later Rhythm Analysis in Patients with Out-of-Hospital Cardiac Arrest.  N Eng J Med 2011;365(9):787-97.

153.  Wilson MP, Vilke GM, Ramanujam P, Itagaki MW. Emergency physicians research commonly encountered patient-oriented problems in the proportion with which they are encountered in the emergency department. West J Emerg Med. 2012 Sep;13(4):344-50. Epub 2012 Feb 6.

154.  DeMers G, Lynch C, Vilke GM.  Retail store-related traumatic injuries in paediatric and elderly populations.  J of Paramed Pract 2012;3(11):632-636.

155.  Vilke GM, Payne-James J, Karsch SB.  Excited Delirium Syndrome (ExDS):  Redefining an Old Diagnosis.  J Forens Legal Med. 2012;19:7-11. Epub 2011 Nov 2.

156.  Vilke GM, Bozeman WP, Dawes DM, DeMers, G, Wilson MP.  Excited delirium syndrome (ExDS): Treatment options and considerations.  J Forens Legal Med. 2012;19:117-121. Epub 2012 Jan 24.

157.  Kroening-Roche JC, Soroudi A, Castillo EM, Vilke GM. Antibiotic and Bronchodilator Prescribing for Acute Bronchitis in the Emergency Department. J Emerg Med. 2012;43(2):221-7. Epub 2012 Feb 16.

158.  Nordt SP, Vilke GM, Clark RF, Lee Cantrell F, Chan TC, Galinato M, Nguyen V, Castillo EM.  Energy Drink Use and Adverse Effects Among Emergency Department Patients. J Community Health. 2012: Oct;37(5):976-81.  Epub 2012 Feb 25.

159.  Vilke GM, Sloane CM, Chan TC. Funding source and author affiliation in TASER research are strongly associated with a conclusion of device safety.  Am Heart J. 2012 Mar;163(3):e5. Epub 2012 Feb 2.

160.  Vilke GM, Sloane CM, Chan TC. Clarification of Funding Sources in "Electronic Control Device Exposures: A Review of Morbidity and Mortality".  Ann Emerg Med 2012;59(4):336.

161.  Gault TI, Gray SM, Vilke GM, Wilson MP.  Are oral medications effective in the management of acute agitation?  J Emerg Med. 2012;43(5):854-9. Epub 2012 Apr 26.

COP_BM002091

Articles

162.  Macdonald KS, Wilson MP, Minassian A, Vilke GM, Becker O, Tallian K, Cobb P, Perez R, Galangue B, Feifel D. A naturalistic study of intramuscular haloperidol versus intramuscular olanzapine for the management of acute agitation. J Clin Psychopharm. 2012;32(3):317-22. Epub 2012 Apr 26.

163.  Repanshek ZD, Ufberg JW, Vilke GM, Chan TC, Harrigan RA. Alternative treatments of pneumothorax. J Emerg Med 2013;44(2):457-66. Epub 2012 May 21.

164.  Wilson MP, Chen N, Vilke GM, Castillo EM, Macdonald KS, Minassian A. Olanzapine in ED patients: differential effects on oxygenation in patients with alcohol intoxication. Am J Emerg Med 2012;30(7):1196-201. Epub 2012 May 23.

165.  Almazroua FY, Vilke GM. The captain morgan technique for the reduction of the dislocated hip. Ann Emerg Med 2012;60(1):135-6.

166.  Hall CA, Kader AS, McHale AMD, Stewart L, Fick GH, Vilke GM. Frequency of signs of excited delirium syndrome in subjects undergoing police use of force: Descriptive evaluation of a prospective, consecutive cohort. J Foresn and Leg Med 2013;20:102-7. Epub 2012 June 22.

167.  Perkins J, Perkins K, Vilke GM, Almazroua FY. Is culture-positive urinary tract infection in febrile children accurately identified by urine dipstick or microanalysis? J Emerg Med 2012;43(6):1155-9. Epub 2012 July 13.

168.  Demers G, Meurer WJ, Shih R, Rosenbaum, S, Vilke GM. Tissue plasminogen activator and stroke: Review of the literature for the clinician. J Emerg Med 2012;43(6):1149-54. Epub 2012 July 18

169.  Wilson MP, Vilke GM, Govindarajan P, Itagaki MW. Emergency physicians research common problems in proportion to their frequency. West J Emerg Med 2012;13(4):344-50.

170.  Ronquillo L, Minassian A, Vilke GM, Wilson MP. Literature-based Recommendations for Suicide Assessment in the Emergency Department: A Review. J Emerg Med. 2012;43(5):836-42. Epub 2012 Oct 2.

171.  Vilke GM, Chan TC, Karch S. Letter by Vilke et al Regarding Article, "Sudden cardiac arrest and death following application of shocks from a TASER electronic control device". Circulation. 2013 Jan 1;127(1):e258. Epub 2013 Jan 1.

172.  Wilson MP, Vilke GM. Why all the yelling and screaming? Dealing with agitation in the ED setting. Cyberounds. 2013 Feb 09.

COP_BM002092

PUBLICATIONS, continued:

<u>Articles</u>

173. Ali SS, Wilson MP, Castillo EM, Witucki P, Simmons TT, Vilke GM.  Common hand sanitizer may distort readings of breathalyzer tests in the absence of acute intoxication.  Acad Emerg Med 2013; 20(2):212-5.

174. Maisel A, Mueller C, Neath SX, Christenson RH, Morgenthaler NG, Nowak RM, Vilke G, Daniels LB, Hollander JE, Apple FS, Cannon C, Nagurney JT, Schreiber D, Defilippi C, Hogan C, Diercks DB, Stein JC, Headden G, Limkakeng AT Jr, Anand I, Wu AH, Papassotiriou J, Hartmann O, Ebmeyer S, Clopton P, Jaffe AS, Frank Peacock W.  Copeptin Helps "Copeptin Helps in the Early Detection of Patients with Acute Myocardial Infarction": the primary results of the CHOPIN Trial.  J Am Coll Cardiol.2013; 62(2):150-30. Epub 2013 Apr 30.

175. Minassian A, Vilke GM, Wilson MP.  <u>Frequent Emergency Department Visits are More Prevalent in Psychiatric, Alcohol Abuse, and Dual Diagnosis Conditions than in Chronic Viral Illnesses Such as Hepatitis and Human Immunodeficiency Virus.</u>  J Emerg Med. 2013;45(4):520-5. Epub 2013 Jul 8.

176. Darracq MA, Clark RF, Jacoby I, Vilke GM, Demers G, Cantrell FL.  <u>Disaster Preparedness of Poison Control Centers in the USA: A 15-year Follow-up Study.</u>  J Med Toxicol. 2014;10(1):29-25. Epub 2013 Jul 12.

177. Winters ME, Rosenbaum S, Vilke GM, Almazroua FY.  Emergency Department Management of Patients with ACE-Inhibitor Angioedema.  J Emerg Med 2013;45(5):775-80. Epub 2013 Aug 26.

178. Savaser DJ, Campbell C, Castillo EM, Vilke GM, Sloane C, Neuman T, Hansen AV, Shah S, Chan TC.  The effect of the prone maximal restrained position with and without weight force on cardiac output and other hemodynamic measures.  J Forens Leg Med. 2013 Nov;20(8):991-5. Epub 2013 Aug 30.

179. Wilson MP, Macdonald K, Vilke GM, Ronquillo L, Feifel D. Intramuscular Ziprasidone: Influence of alcohol and benzodiazepines on vital signs in the emergency setting.  J Emerg Med 2013;45(6):901-8. Epub 2013 Sep 24.

180. Perkins J, McCurdy MT, Vilke GM, Al-Marshad AA.  Telemetry Bed Usage for Patients with Low-risk Chest Pain: Review of the Literature for the Clinician.  J Emerg Med 2014;46(2):273-7. Epub 2013 Nov 22.

181. Del Portal DA, Horn AE, Vilke GM, Chan TC, Ufberg JW.  Emergency department management of shoulder dystocia. J Emerg Med 2014;46(3):378-82. Epub 2013 Dec 18.

**COP_BM002093**

Articles

182.   Vilke GM, Bozeman WP, Chan TC.  Re: Emergency Department Evaluation of Conducted Energy Weapon (CEW)-Injured Patients. J Emerg Med 2014;46(4):533-4. Epub 2014 Jan 9.

183.   Jalali N, Vilke GM, Korenevsky M, Castillo EM, Wilson MP.  The Tooth, the Whole Tooth, and Nothing But the Tooth: Can Dental Pain Ever Be the Sole Presenting Symptom of a Myocardial Infarction? A Systematic Review.  J Emerg Med. 2014;[Epub 2014 Jan 25].

184.   Sloane C, Chan TC, Kolkhorst F, Neuman T, Castillo EM, Vilke GM.  Evaluation of the Ventilatory Effects of the Prone Maximum Restraint Position (PMR) on Obese Human Subjects. Forens Sci Int 2014;237:86-9. Epub 2014;46(6):865-72. Epub 2014 Feb 14.

185.   Wilson MP, Minassian A, Bahramzi M, Campillo A, Vilke GM. Despite expert recommendations, second-generation antipsychotics are not often prescribed in the emergency department. J Emerg Med. 2014;46(6):808-83. Epub 2014 Mar 19.

186.   Vilke GM, Chan TC, Savaser D, Neuman T.  Response to letter by Michaud Regarding Article, "Hemodynamic consequences of restraints in the prone position in excited delirium syndrome" J Forens Legal Med 2014;27:82-4.

187.   Davis DP, Aguilar SA, Smith K, Husa RD, Minokadeh A, Vilke G, Sell R, Fisher R, Brainard C, Dunford JV.  Preliminary Report of a Mathematical Model of Ventilation and Intrathoracic Pressure Applied to Prehospital Patients with Severe Traumatic Brain Injury. Prehosp Emerg Care. 2015 Apr-Jun;19(2):328-35. Epub 2014 Oct 7.

188.   Wilson MP, Minassian A, Ronquillo L, Vilke GM.  Wilson reply to Ryan.  J Emerg Med. 2015 Mar;48(3):336.  Epub 2014 Nov 20.

189.   Rowh AD, Ufberg JW, Chan TC, Vilke GM, Harrigan RA. Lateral Canthotomy and Cantholysis: Emergency Management of Orbital Compartment Syndrome. J Emerg Med. 2015 Mar;48(3):325-30.  Epub 2014 Dec 15.

190.   Hall C, Votova K, Heyd C, Walker M, MacDonald S, Eramian D, Vilke GM, Restraint in police use of force events: Examining sudden in custody death for prone and not-prone positions, J Forens Legal Med. 2015;31:29-35. Epub 2015 Jan 5

191.   Wilson MP, Brennan JJ, Modesti L, Deen J, Anderson L, Vilke GM, Castillo EM. Lengths of stay for involuntarily held psychiatric patients in the ED are affected by both patient characteristics and medication use. Am J Emerg Med. 2015 Apr;33(4):527-30. Epub 2015 Jan 20.

192.   Warren SA, Prince DK, Huszti E, Rea TD, Fitzpatrick AL, Andrusiek DL, Darling S, Morrison LJ, Vilke GM, Nichol G; the ROC Investigators.  Volume versus Outcome: More Emergency Medical Services Personnel On-scene and Increased Survival after Out-of-Hospital Cardiac Arrest. Resuscitation.  2015 Sep;94:40-8. Epub 2015 Feb 24.

PUBLICATIONS, continued:

Articles

193.  Nakajima Y, Vilke GM. Editorial: Ambulance Diversion: the Con Perspective. Am J Emerg Med. 2015 Jun;33(6):818-9. Epub 2015 Mar 10.

194.  Perkins J, Ho JD, Vilke GM, DeMers G. Safety of Droperidol Use in the Emergency Department. J Emerg Med. 2015 Jul;49(1):91-7. Epub 2015 Mar 30.

195.  Hopper AB, Vilke GM, Castillo EM, Campillo A, Davie T, Wilson MP. Ketamine Use for Acute Agitation in the Emergency Department. J Emerg Med. 2015 Jun;48(6):712-9. Epub 2015 Apr 2.

196.  Vilke GM, DeMers G, Patel N, Castillo EM. Safety and Efficacy of Milk and Molasses Enemas in the Emergency Department. J Emerg Med. 2015 Jun;48(6):667-70. Epub 2015 Apr 4.

197.  Shah KS, Marston NA, Mueller C, Neath SX, Christenson RH, McCord J, Nowak RM, Vilke GM, Daniels LB, Hollander JE, Apple FS, Cannon CM, Nagurney J, Schreiber D, deFilippi C, Hogan CJ, Diercks DB, Limkakeng A, Anand IS, Wu AH, Clopton P, Jaffe AS, Peacock WF, Maisel AS. Midregional Proadrenomedullin Predicts Mortality and Major Adverse Cardiac Events in Patients Presenting With Chest Pain: Results From the CHOPIN Trial. Acad Emerg Med. 2015 May;22(5):554-63. Epub 2015 Apr 23.

198.  Shi E, Vilke GM, Coyne CJ, Oyama LC, Castillo EM. Clinical outcomes of ED patients with bandemia. Am J Emerg Med. 2015 Jul;33(7):876-81. Epub 2015 Mar 18.

199.  Castillo EM, Coyne CJ, Chan TC, Hall CA, Vilke GM. Review of the medical and legal literature on restraint chairs. J Forens Legal Med. 2015;33:91-97. Epub 2015 May 1.

200.  Vilke GM, Kass P. Retroperitoneal Hematoma After Femoral Arterial Catheterization. J Emerg Med. 2015 Sep;49(3):338-9. Epub 2015 July 4.

201.  Campillo A, Castillo E, Vilke GM, Hopper A, Ryan V, Wilson MP. First-generation Antipsychotics Are Often Prescribed in the Emergency Department but Are Often Not Administered with Adjunctive Medications. J Emerg Med. 2015 Dec;49(6):901-6. Epub 2015 Sep 30.

202.  Wilson MP, Nordstrom K, Vilke GM. The Agitated Patient in the Emergency Department. Curr Emerg Hosp Med Rep. 2015 Oct 12. [Epub ahead of print]

COP_BM002095

Articles

203.    Lev R, Lee O, Petro S, Lucas J, Castillo EM, Vilke GM, Coyne CJ.  Who is prescribing controlled medications to patients who die of prescription drug abuse? Am J Emerg Med. 2016 Jan;34(1):30-5.  Epub 2015 Sep 8.

204.    Wilson MP, Nordstrom K, Shah AA, Vilke GM.  Psychiatric Emergencies in Pregnant Women.  Emerg Med Clin North Am. 2015 Nov;33(4):841-51.

205.    Nordstrom K, Vilke GM, Wilson MP. Psychiatric Emergencies for Clinicians: Emergency Department Management of Serotonin Syndrome. J Emerg Med. 2016 Jan;50(1):89-91. Epub 2015 Oct 7.

206.    Lev R, Petro S, Lee A, Lee O, Lucas J, Castillo EM, Egnatios J, Vilke GM.  Methadone related deaths compared to all prescription related deaths.  Forensic Sci Int. 2015 Oct 22;257:347-352.

207.    Abraham MK, Perkins J, Vilke GM, Coyne CJ.  Influenza in the Emergency Department: Vaccination, Diagnosis, and Treatment: Clinical Practice Paper Approved by American Academy of Emergency Medicine Clinical Guidelines Committee. J Emerg Med. 2016 Jan 4. [Epub ahead of print]

208.    Lev R, Petro S, Lee O, Lucas J, Stuck A, Vilke GM, Castillo EM.  A description of Medical Examiner prescription-related deaths and prescription drug monitoring program data. Am J Emerg Med. 2015 Dec 14.

209.    Meurer WJ, Walsh B, Vilke GM, Coyne CJ. Clinical Guidelines for the Emergency Department Evaluation of Subarachnoid Hemorrhage.  J Emerg Med. 2016 Jan 25. [Epub ahead of print]

210.    Lam SH, Majlesi N, Vilke GM.  Use of Intravenous Fat Emulsion in the Emergency Department for the Critically Ill Poisoned Patient.  J Emerg Med. 2016 Mar 10. [Epub ahead of print]

211.    Kudenchuk PJ, Brown SP, Daya M, Rea T, Nichol G, Morrison LJ, Leroux B, Vaillancourt C, Wittwer L, Callaway CW, Christenson J, Egan D, Ornato JP, Weisfeldt ML, Stiell IG, Idris AH, Aufderheide TP, Dunford JV, Colella MR, Vilke GM, Brienza AM, Desvigne-Nickens P, Gray PC, Gray R, Seals N, Straight R, Dorian P; Resuscitation Outcomes Consortium Investigators. Amiodarone, Lidocaine, or Placebo in Out-of-Hospital Cardiac Arrest. N Engl J Med. 2016 Apr 4. [Epub ahead of print]

212.    Wilson MP, Vilke GM, Hayden SR, Nordstrom K.  Psychiatric Emergencies for Clinicians: Emergency Department Management of Neuroleptic Malignant Syndrome.  J Emerg Med. 2016 May 28. [Epub ahead of print]

COP_BM002096

Articles

213. Healy ME, Kozubal DE, Horn AE, Vilke GM, Chan TC, Ufberg JW.   Care of the Critically Ill Pregnant Patient and Perimortem Cesarean Delivery in the Emergency Department.  J Emerg Med. 2016 Jun 29. [Epub ahead of print]

214. Lasoff D, Vilke G, Nordstrom K, Wilson M.  Psychiatric Emergencies for Clinicians: Detection and Management of Anti-N-Methyl-D-Asparate Receptor Encephalitis.  J Emerg Med. 2016 Jul 15. [Epub ahead of print]

215. Corbett B, Vilke GM, Nordstrom K, Wilson M.  Psychiatric Emergencies for Clinicians: Diagnosis and Management of Steroid Psychosis.  J Emerg Med. 2016 Aug 15. [Epub ahead of print]

216. Hornbeak K, Castillo EM, Sloane C, Vilke GM.  The Role of Subject Intoxication and Other Characteristics in Law Enforcement Use-of-force Incidents. J For Med Leg Aff. 2016 1(3): 112.

217. Maisel AS, Wettersten N, van Veldhuisen DJ, Mueller C,  Gerasimos Filippatos C, Nowak R, Hogan C, Kontos MC, Cannon CM, Müller GA, Birkhahn R, Clopton P, Taub P, Vilke GM, McDonald K, Mahon N, Nuñez J, Briguori C, Passino C, Murray PT.   Neutrophil Gelatinase-Associated Lipocalin for Acute Kidney Injury During Acute Heart Failure Hospitalizations: The AKINESIS Study.  JACC. 2016;68(13):1420-31.

218. Coyne CJ, Abraham MK, Perkins J, Vilke GM.  Letter: Influenza in the Emergency Department: Vaccination, Diagnosis, and Treatment.   J Emerg Med. 2016 Sep 26. [Epub ahead of print]

219. Motov S, Rosenbaum S, Vilke GM, Nakajima Y.  Is There a Role for Intravenous Subdissociative-Dose Ketamine Administered as an Adjunct to Opioids or as a Single Agent for Acute Pain Management in the Emergency Department?  J Emerg Med. 2016 Sep 29. [Epub ahead of print]

220. Degner NR, Joshua A, Padilla R, Vo HH, Vilke GM.  Comparison of Digital Chest Radiography to Purified Protein Derivative for Screening of Tuberculosis in Newly Admitted Inmates. J Correct Health Care. 2016 Oct;22(4):322-330. [Epub ahead of print]

221. Granata RT, Castillo EM, Vilke GM.  Safety of deferred computed tomographic imaging of intoxicated patients presenting with possible traumatic brain injury.  Am J Emerg Med. 2016 Sep 30. [Epub ahead of print]

COP_BM002097

Consortium Publications

1. Davis DP, Garberson LA, Andrusiek DL, Hostler D, Daya M, Pirrallo R, Craig A, Stephens S, Larsen J, Drum AF, Fowler R, and the Resuscitation Outcomes Consortium Investigators. A Descriptive Analysis of Emergency Medical Service Systems Participating in the Resuscitation Outcomes Consortium (ROC) Prehospital Research Network. Prehospital Emergency Care 11:369-382, 2007. (role: site investigator)

2. J Christenson, D Andrusiek, S Everson-Stewart, P Kudenchuk, D Hostler, J Powell, CW Callaway, D Bishop, C Vaillancourt, D Davis, TP Aufderheide, A Idris, J Stouffer, I Stiell, R Berg, and the ROC investigators. Chest Compression Fraction Determines Survival in Patients with Out-of-hospital Ventricular Fibrillation. Circulation 120(13):1241-7, 2009. (role: site investigator)

3. Newgard CD, Koprowicz K, Wang H, Monnig A, Kerby JD, Sears GK, Davis DP, Bulger E, Stephens SW, Daya MR; ROC Investigators. Variation in the type, rate, and selection of patients for out-of-hospital airway procedures among injured children and adults. Acad Emerg Med. 2009 Dec;16(12):1269-76. (role: site investigator)

4. Bulger EM, May S, Brasel KJ, Schreiber M, Kerby JD, Tisherman SA, Newgard C, Slutsky A, Coimbra R, Emerson S, Minei JP, Bardarson B, Kudenchuk P, Baker A, Christenson J, Idris A, Davis D, Fabian TC, Aufderheide TP, Callaway C, Williams C, Banek J, Vaillancourt C, van Heest R, Sopko G, Hata JS, Hoyt DB; ROC Investigators. Out-of-Hospital Hypertonic Resuscitation Following Severe Traumatic Brain Injury: A randomized Controlled Trial. JAMA 304(13):1455-1464, 2010 (role: site investigator)

5. Newgard CD, Rudser K, Atkins DL, Berg R, Osmond MH, Bulger EM, Davis DP, Schreiber MA, Warden C, Rea TD, Emerson S; ROC Investigators. The availability and use of out-of-hospital physiologic information to identify high-risk injured children in a multisite, population based cohort. Prehosp Emerg Care. 2009 Oct-Dec;13(4):420-31. (role: site investigator)

6. Rea TD, Cook AJ, Stiell IG, Powell J, Bigham B, Callaway CW, Chugh S, Aufderheide TP, Morrison L, Terndrup TE, Beaudoin T, Wittwer L, Davis D, Idris A, Nichol G; Resuscitation Outcomes Consortium Investigators. Predicting survival after out-of-hospital cardiac arrest: role of the Utstein data elements. Ann Emerg Med. 2010 Mar;55(3):249-57. (role: site investigator)

7. Newgard CD, Schmicker RH, Hedges JR, Trickett JP, Davis DP, Bulger EM, Aufderheide TP, Minei JP, Hata JS, Gubler KD, Brown TB, Yelle JD, Bardarson B, Nichol G; Resuscitation Outcomes Consortium Investigators. Emergency medical services intervals and survival in trauma: assessment of the "golden hour" in a North American prospective cohort. Ann Emerg Med. 2010 Mar;55(3):235-246.e4. Epub 2009 Sep 23. (role: site investigator)

**COP_BM002098**

8. Newgard CD, Rudser K, Hedges JR, Kerby JD, Stiell IG, Davis DP, Morrison LJ, Bulger E, Terndrup T, Minei JP, Bardarson B, Emerson S; ROC Investigators. A critical assessment of the out-of-hospital trauma triage guidelines for physiologic abnormality. J Trauma. 2010 Feb;68(2):452-62. (role: site investigator)

9. Brooks SC, Schmicker RH, Rea TD, Aufderheide TP, Davis DP, Morrison LJ, Sahni R, Sears GK, Griffiths DE, Sopko G, Emerson SS, Dorian P; ROC Investigators. Out-of-hospital cardiac arrest frequency and survival: evidence for temporal variability. Resuscitation. 2010 Feb;81(2):175-81. (role: site investigator)

10. Weisfeldt ML, Sitlani CM, Ornato JP, Rea T, Aufderheide TP, Davis D, Dreyer J, Hess EP, Jui J, Maloney J, Sopko G, Powell J, Nichol G, Morrison LJ; ROC Investigators. Survival after application of automatic external defibrillators before arrival of the emergency medical system: evaluation in the resuscitation outcomes consortium population of 21 million. J Am Coll Cardiol. 2010 Apr 20;55(16):1713-20. (role: site investigator)

11. Hostler D, Everson-Stewart S, Rea TD, Stiell IG, Callaway CW, Kudenchuk PJ, Sears GK, Emerson SS, Nichol G, and the Resuscitation Outcomes Consortium Investigators. A prospective cluster-randomized trial of real-time CPR feedback during out-of-hospital cardiac arrest resuscitation. BMJ 2011;342:d512 (role: site investigator)

12. Aufderheide TP, Nichol G, Rea TD, Brown SP, Leroux BG, Pepe PE, Kudenchuk PJ, Christenson J, Daya MR, Dorian P, Callaway CW, Idris AH, Andrusiek D, Stephens SW, Hostler D, Davis DP, Dunford JV, Pirrallo RG, Stiell IG, Clement CM, Craig A, Van Ottingham L, Schmidt TA, Wang HE, Weisfeldt ML, Ornato JP, Sopko G, and the Resuscitation Outcomes Consortium (ROC) Investigators. A Trial of an Impedance Threshold Device in Out-of-Hospital Cardiac Arrest. New England Journal of Medicine. 365:798-806, 2011 (role: site investigator)

13. Reinier K, Thomas E, Andrusiek DL, Aufderheide TP, Brooks SC, Callaway CW, Pepe PE, Rea TD, Schmicker RH, Vaillancourt C, Chugh SS; Resuscitation Outcomes Consortium Investigators. Socioeconomic status and incidence of sudden cardiac arrest. CMAJ. 2011 Oct 18;183(15):1705-12. Epub 2011 Sep 12 (role: site investigator)

14. Wang HE, Devlin SM, Sears GK, Vaillancourt C, Morrison LJ, Weisfeldt M, Callaway CW; ROC Investigators. Regional variations in early and late survival after out-of-hospital cardiac arrest. Resuscitation. 2012 Nov;83(11):1343-8. (role: site investigator)

15. Kudenchuk PJ, Brown SP, Daya M, Morrison LJ, Grunau BE, Rea T, Aufderheide T, Powell J, Leroux B, Vaillancourt C, Larsen J, Wittwer L, Colella MR, Stephens SW, Gamber M, Egan D, Dorian P; Resuscitation Outcomes Consortium Investigators. Resuscitation Outcomes Consortium-Amiodarone, Lidocaine or Placebo Study (ROC-ALPS): Rationale and methodology behind an out-of-hospital cardiac arrest antiarrhythmic drug trial. Am Heart J. 2014 May;167(5):653-9. (role: site investigator)

COP_BM002099

16.     Ian G. Steill, Siobhan P. Brown, Graham Nichol, Sheldon Cheskes, Christian Vaillancourt, Clifton W. Callaway, Laurie J. Morrison, James Christenson, Tom P. Aufderheide, Daniel P. Davis, Cliff Free, Dave Hostler, John A. Stouffer and Ahamed H. Idris and the Resuscitation Outcomes Consortium Investigators  What Is the Optimal Chest Compression Depth During Out-of-Hospital Cardiac Arrest Resuscitation of Adult Patients?  Circulation 2014;130:1962-1970; epub 2014 Sep 24. (role: site investigator)

17.     Idris AH, Guffey D, Pepe PE, Brown SP, Brooks SC, Callaway CW, Christenson J, Davis DP, Daya MR, Gray R, Kudenchuk PJ, Larsen J, Lin S, Menegazzi JJ, Sheehan K, Sopko G, Steill I, Nichol G, Aufderheide TP; Resuscitation Outcomes Consortium Investigators. Chest Compression Rates and Survival Following Out-of-Hospital Cardiac Arrest. Crit Care Med. 2015 Apr;43(4):840-8. (role: site investigator)

COP_BM002100

PUBLICATIONS, continued:

Abstracts

1.  Chan TC, Vilke GM, Hayden SR:  Structured curriculum in domestic violence and child abuse for emergency medicine residents.  Acad Emerg Med 1996;3(5):511.

2.  Moss ST, Vilke GM, Chan TC, Dunford JD:  Outcomes study of out-of-hospital patients signed out against medical advice by field paramedics.  Acad Emerg Med 1997;4(5):413.

3.  Chan TC, Vilke GM, Neuman TS, Clausen JL:  Does the hobble restraint position result in respiratory compromise?  Acad Emerg Med 1997;4(5):459.

4.  Evans SD, Fisher RP, Vilke GM, Chan TC:  Accuracy of urban field paramedics estimating blood loss.  Acad Emerg Med 1997;4(5):459.

5.  Davis DP, Bramwell KJ, Vilke GM, Rosen P:  Cricothyrotomy technique: Standard technique versus the rapid four-step technique.  Acad Emerg Med 1997;4(5):488.

6.  Bramwell K, Vilke G, Davis D, Rosen P:  Cricothyrotomy technique: Use of the Trousseau dilator for initial widening and subsequent stabilization of the opening during endotracheal tube passage.  Ann Emerg Med 1997;30(3):419.

7.  Neuman TS, Vilke GM, Chan TC, Clausen JL:  Changes in pulmonary function associated with position.  Undersea & Hyperbaric Med 1997;24(Suppl):13.

8.  Moats T, Chan TC, Ochs M, Buchanan J, Vilke GM:  Successful out-of-hospital airway management by emergency medical technician-Is using the Combitube.  Acad Emerg Med 1998;5(5):388.

9.  Hamilton RS, Davis DP, Chan TC, Vilke GM, Hayden SR:  The effect of blade type and cervical spinal immobilization on laryngoscopy in a cadaver model of intubation.  Acad Emerg Med 1998;5(5):397.

10.  Vilke GM, Chan TC, Neuman T, Clausen JL:  The effect of body position on pulmonary function.  Acad Emerg Med 1998;5(5):397.

11.  Friedman L, Vilke GM, Chan TC, Hayden SR, Krishel SJ, Rosen P:  Emergency department airway management before and after the start of an emergency medicine residency training program.  Acad Emerg Med 1998;5(5):444.

12.  Davis DP, Bramwell KJ, Hamilton RS, Chan TC, Vilke GM:  Cricothyrotomy speed and safety: A comparison between standard open technique and rapid four-step technique using a novel device.  Acad Emerg Med 1998;5(5):483.

13.  Davis DP, Fisher RP, Chan TC, Dunford JV, Vilke GM:  Rapid-sequence induction for out-of-hospital intubations: A multimedia course designed for paramedics.  Acad Emerg Med 1998;5(5):502.

COP_BM002101

PUBLICATIONS, continued:

Abstracts

14. Chan TC, Vilke GM, Buchanan J, Anderson M: Patient ethnicity and age in prehospital emergency ambulance use and acuity rates. Prehospital Emerg Care 1998;2(3):223.

15. Marino AT, Vilke GM, Chan TC, Buchanan J: Precision of prehospital diazepam dosing for children in status epilepticus. Prehospital Emerg Care 1998;2(3):232.

16. Marino AT, Vilke GM, Chan TC, Buchanan J: Comparison of prehospital IV and rectal diazepam for the treatment of pediatric seizures. Prehospital Emerg Care 1998;2(3):233.

17. Vilke GM, Chan TC, Buchanan J, Dunford JV: Are opiate overdose deaths related to patient release after prehospital naloxone? Prehospital Emerg Care 1998;2(3):236.

18. Vilke GM, Dunford JV, Buchanan J, Chan TC: Are opiate overdose deaths related to patient release after naloxone? Ann Emerg Med 1998;32(3)Part 2:S6.

19. Gerling MC, Hamilton RS, Davis DP, Morris GF, Vilke GM, Hayden SR, Garfin SR: Effects of cervical spine immobilization technique and laryngoscope blade selection on an unstable cervical spine injury in a cadaver model of intubation. Ann Emerg Med 1998;32(3)Part 2:S13.

20. Marino AT, Chan TC, Buchanan J, Vilke GM: Precision of prehospital diazepam dosing for children in status epilepticus. Ann Emerg Med 1998;32(3)Part 2:S30.

21. Marino AT, Vilke GM, Buchanan J, Chan TC: Comparison of prehospital intravenous and rectal diazepam for the treatment of pediatric seizures. Ann Emerg Med 1998;32(3)Part 2:S30.

22. Davis D, Bramwell K, Hamilton R, Chan T, Vilke G: The fresh-frozen cadaver free-larynx model for cricothyrotomy training. Ann Emerg Med 1998;32(3)Part 2:S34-S35.

23. Sloane C, Chan TC, Vilke GM, Hayden SR, Krishel SJ, Rosen P: Rapid sequence induction intubation of trauma patients in the prehospital versus hospital setting. Ann Emerg Med 1998; 32(3)Part 2:S50.

24. Chan TC, Bramwell K, Hamilton R, Davis D, Vilke GM: Comparison of Melcker cricothyrotomy versus standard technique in human cadaver model. Ann Emerg Med 1998; 32(3)Part 2:S50-S51.

25. Chew GS, Chan TC, Bramwell K, Davis DP, Vilke GM: Does the syringe esophageal detector device accurately detect an esophageal intubation following gastric distention from air insufflation? Ann Emerg Med 1998;32(3)Part 2:S51.

26. Chan TC, Vilke GM, Kramer M, Buchanan J, Dunford J: Does a complete neurologic examination adequately screen for significant intracranial abnormalities in minor head injury? J Emerg Med 1998;16(5):804.

COP_BM002102

Abstracts

27. Chan TC, Vilke GM, Kramer M, Buchanan J, Dunford J: Does GCS score affect prehospital intubation success rates in trauma patients? J Emerg Med 1998;16(5):804-805.

28. Vilke GM, Chan TC, Guss DA: Prospective study on the utility of head CT scan in patients with minor head injury and GCS scores of 15. J Emerg Med 1998;16(6):984.

29. Chan TC, Vilke GM, Ray LU, Anderson ME: Use of prehospital crash injury data to assess regional automobile safety restraint use. Prehospital Emerg Care 1999;3(1):83-84.

30. Vilke GM, Chan TC: Effect of a physician speaking directly to prehospital patients who want to sign out against medical advice. Prehospital Emerg Care 1999;3(1):90.

31. Marino A, Vilke GM, Chan TC: Urban paramedics experience, comfort, and accuracy in the estimation of pediatric weights. Prehospital Emerg Care 1999;3(1):92.

32. Chan TC, Bramwell KJ, Davis DP, Hamilton RS, Vilke GM: Comparison of wire-guided percutaneous Melcker cricothyrotomy versus standard cricothyrotomy technique in human cadaver models. Acad Emerg Med 1999;6(5):514.

33. Ma G, Hayden SR, Chan TC, Vilke GM, Schmitt J, Chan D: Using ultrasound to visualize and confirm endotracheal intubation. Acad Emerg Med 1999;6(5):515.

34. Hamilton RS, Davis DP, Nordt SP, Vilke GM, Chan TC: Lidocaine administration through an esophageally placed Combitube in a canine model. Acad Emerg Med 1999;6(5):519-520.

35. Chew GS, Chan TC, Bramwell K, Davis DP, Vilke GM: Does gastric distention from air insufflation affect the accuracy of the syringe esophageal detector device in detecting esophageal intubation? Acad Emerg Med 1999;6(5):520.

36. Vilke GM, Marino A, Iskander J, Chan TC: Knowledge of prescribed medications by emergency department patients. Acad Emerg Med 1999;6(5):539.

37. Davis D, Marino A, Vilke G, Dunford J, Videen J: Hyponatremia in marathon runners: Experience with the inaugural rock 'n' roll marathon. Ann Emerg Med 1999;34(4)Part 2: S40-S41.

38. Davis DP, Kimbro T, Vilke GM: The use of midazolam for prehospital rapid-sequence intubation may be associated with a dose-related increase in hypotension. Prehosp Emerg Care 2000;4(1):90.

39. Marino AT, Sharieff G, Gerhart AE, Chan TC, Vilke GM: The efficacy and complication rate of prehospital midazolam for the treatment of pediatric seizures. Prehosp Emerg Care 2000; 4(1):92.

COP_BM002103

Abstracts

40. Eisele JW, Chan T, Vilke G, Neuman T, Clausen J:  Comparison of respiratory function in the prone maximal restraint position with and without additional weight force on the back. Proceedings of the American Acadamy of Forensic Sciences 2000;VI:202.

41. Chan TC, Vilke GM, Neuman T, Clark RF, Clausen J:  Effect of oleoresin capsicum. Acad Emerg Med 2000;7(5):471.

42. Vilke GM, Marino A, Chan TC:  Survey of paramedics for latex allergy risk factors. Acad Emerg Med 2000;7(5):483.

43. Schmitt JM, Ma G, Hayden SR, Vilke G, Chan T:  Suprasternal versus cricothyroid ultrasound probe position in the confirmation of endotracheal tube placement by bedside ultrasound. Acad Emerg Med 2000;7(5):526.

44. Schmitt JM, Ma G, Hayden SR, Vilke G, Chan T:  Use of new air absorbing ultrasound contrast in the confirmation of endotracheal tube placement by bedside ultrasound.  Acad Emerg Med 2000;7(5):526.

45. Wold RM, Davis DP, Patel R, Chan TC, Vilke GM:  Original clinical decision guideline to identify patients with spinal epidural abscess.  Acad Emerg Med 2000;7(5):574-575.

46. Ma G, Chan TC, Vilke GM, Schmitt J, Hayden SR:  Confirming endotracheal intubation using ultrasound.  Ann Emerg Med 2000;36(4)Part 2:S20-S21.

47. Deitch S, Vilke GM, Marino A, Vroman D, Chan TC:  Effect of prehospital use of nitroglycerine on EKG findings in patients with chest pain.  J Emerg Med 2001;20(3):321.

48. Chan TC, Vilke GM, Neuman T, Clausen J, Schmidt P, Snowden T, Clark RF:  Does oleoresin capsicum "pepper spray" exposure impact cardiovascular function in human subjects?  Acad Emerg Med 2001;8(5):442.

49. Chan TC, Vilke GM, Bender S, Saldamando V, Smith J, Dunford JV:  Effect of a multi-disciplinary community homeless outreach team on emergency department visits by homeless alcoholics.  Acad Emerg Med 2001;8(5):486.

50. Davis DP, Ochs M, Hoyt DB, Vilke GM, Dunford JV:  The use of the Combitube as a salvage airway device for paramedic rapid-sequence intubation.  Acad Emerg Med 2001;8(5):500.

51. Vilke GM, Simmons C, Brown L, Skogland P, Guss DA:  Approach to decreasing emergency department ambulance diversion hours.  Acad Emerg Med 2001;8(5):526.

COP_BM002104

PUBLICATIONS, continued:

Abstracts

52. Chan TC, Vilke GM, Clausen J, Clark R, Schmidt P, Snowden T, Neuman T:  Impact of oleoresin capsicum spray on respiratory function in human subjects in the sitting and prone maximal restraint positions positions, 1998 (computer file).  Inter-university Consortium for Political and Social Research (distributor), 2001.

53. Cardall TY, Glasser JL, Davis D, Vilke GM:  Cricothyrotomy training in emergency medicine residencies.  Ann Emerg Med 2001;38(4):S9.

54. Chan TC, Dunford JV, Vilke GM, Hix A, Schnell S, Liening J, Edgar J:  Effect of a multi-disciplinary serial inebriate program on emergency department visits by chronic alcoholics in two urban area hospitals.  Ann Emerg Med 2001;38(4):S33.

55. Valentine C, Davis D, Ochs M, Hoyt D, Bailey D, Vilke G:  The use of the Combitube as a salvage airway device for paramedic rapid-sequence intubation.  Prehosp Emerg Care 2002;6(1):144.

56. Chan TC, Dunford JV, Smith S, Sparrow W, Vilke GM:  Impact of an on-call physician on emergency 911 transports from a county jail.  Prehosp Emerg Care 2002;6(1):162.

57. Vilke GM, Sardar W, Fisher R, Dunford JV, Chan TC:  Follow-up of elderly patients who refuse transport after accessing 9-1-1.  Prehosp Emerg Care 2002;6(1):164.

58. Vilke GM, Steen PJ, Smith AM, Chan TC:  Out-of-hospital pediatric intubation by paramedics: The San Diego experience.  Prehosp Emerg Care 2002;6(1):165.

59. Jin AS, Chan T, Davis D, Vilke G:  Prospective randomized study of viscous lidocaine vs Hurricane in a GI cocktail for dyspepsia.  Acad Emerg Med 2002;9(5):381-382.

60. Jenson P, Chan TC, Vilke GM, Leining J, Schnell R, Chester R, Berthelet J, Marcotte A, Simmons C, Kelly D, Dunford J:  Impact of a multi-disciplinary, community serial inebriate program on ED visits by chronic alcoholics to three urban emergency departments.  Acad Emerg Med 2002;9(5):389.

61. Austin T, Chan TC, Nyheim E, Kelly D, Vilke GM:  Does the addition of parenteral opiate pre-medication increase risk for complications when combined with methohexital for moderate procedural sedation in the ED?  Acad Emerg Med 2002;9(5):407.

62. Glasser JL, Cardall TY, Podboy M, Vilke GM:  Out-of-hospital pediatric rapid-sequence intubation by an aeromedical provider.  Acad Emerg Med 2002;9(5):422-423.

63. Chan TC, Austin T, Nyheim E, Kelly D, Vilke GM:  Does parenteral opiate premedication increase risk of complications when combined with methohexital for orthopedic reductions in the emergency department?  Ann Emerg Med 2002;40(4):S7-S8.

COP_BM002105

Abstracts

64. Davis D, Tokhi R, Wold R, Patel R, Chan T, Vilke G: The clinical presentation and outcome of emergency department patients with spinal epidural abscess. Ann Emerg Med 2002;40(4): S103.

65. Vilke GM, Loh A: A prospective study of minimizing ambulance diversion and its effects on emergency department census and hospital admissions. Prehosp Emerg Med 2003;7(1):171.

66. Buono C, Vilke GM, Schwartz B, Brown L, Swabb C: Identifying reasons for and outcomes of patients who access 9-1-1, then sign out against medical advice. Prehosp Emerg Med 2003;7(1):172.

67. Vilke GM, Sloane C, Smith AM, Chan TC: Assessment for deaths in prehospital heroin overdose patients treated with Naloxone who refuse transport. Prehosp Emerg Med 2003;7(1):190.

68. Vilke GM, Lev R, Castillo EM, Murrin PA, Chan TC: prospective countywide trial to decrease ambulance diversion hours. Acad Emerg Med 2003;10(5):465.

69. Tran A, Davis DP, Wold RM, Patel R, Chan TC, Vilke GM: The use of risk factor assessment to screen for spinal epidural abcess in emergency department patients with spine pain. Acad Emerg Med 2003;10(5):569.

70. Chan TC, Kelso D, Dunford JV, Vilke GM: Can trained health educators provide screening, brief intervention and referral services in an academic teaching hospital emergency department? Acad Emerg Med 2003;10(5):515.

71. Vilke GM, Lev R, Castillo EM, Metz MA, Murrin PA, Chan TC: The effect of decreasing ambulance diversion hours on emergency department interfacility transfers. Ann Emerg Med 2003;42(4):S6.

72. Vilke GM, Lev R, Castillo EM, Metz MA, Murrin PA, Chan TC: San Diego County improved patient destination trial to decrease emergency department diversion hours and diverted patients. Ann Emerg Med 2003;42(4):S2.

73. Chan TC, Clausen J, Neuman T, Eisele JW, Vilke GM: Does weight force during physical restraint cause respiratory compromise? Ann Emerg Med 2003;42(4):S17.

74. Davis D, Grossman K, Vilke G, Kiggins D, Chan TC: Inadvertent anticoagulation of emergency department patients with aortic dissection. Ann Emerg Med 2003;42(4):S99.

75. Vilke GM, Wiesner C, Davis DP, Chan TC: The efficacy of adding ipratropium bromide to albuterol for the prehospital treatment of reactive airways disease. Prehosp Emerg Care 2004; 8(1):112.

COP_BM002106

PUBLICATIONS, continued:

Abstracts

76.  Vilke GM, Vadeboncoeur T, Davis DP, Poste JC, Ochs M, Hoyt DB:  The predictive value of paramedic assessment of aspiration in patients undergoing RSI.  Prehosp Emerg Care 2004; 8(1):88-89.

77.  Vilke G, Castillo E, Metz M, Murrin P, Ray LU, Lev R, Chan T:  Community trial to decrease ambulance diversion of patients and hours.  Prehosp Emerg Care 2004;8(1):84.

78.  Chan TC, Killeen JP, Kelly D, Vilke GM, Guss DA:  Impact of a rapid emergency department entry and an accelerated care initiative on patient wait times and length of stay.  Acad Emerg Med 2004;11(5):485.

79.  Davis DP, Vadeboncoeur TF, Poste JC, Vilke GM, Ochs M, Hoyt DB:  The use of field Glasgow coma scale to screen severely head-injured patients to undergo paramedic rapid sequence intubation.  Acad Emerg Med 2004;11(5):492.

80.  Patel RJ, Davis D, Vilke GM, Chan TC:  Comparison of wire-guided cricothyrotomy technique with and without balloon-cuffed endotracheal tubes vs. standard surgical cricothyrotomy.  Acad Emerg Med 2004;11(5):522.

80.  Vilke GM, Chan TC, Dunford JV, Poste JC, Metz M, Ochs G, Smith A, Fisher R, McCallum-Brown L, Davis DP:  The three-phase model of cardiac arrest as applied to ventricular fibrillation in a large, urban emergency medical services system.  Acad Emerg Med 2004;11(5):604.

82.  Hutton K, Swanson E, Vilke G, Davis D, Jones S, Hoogeveen B:  Cricothyrotomies by air medical providers in 2853 patient intubations. Air Med J 2004;23(5):33.

83.  Davis D, Buono C, Vilke G, Sise M, Eastman B, Kennedy F, Vilke T, Hoyt D:  The efficacy of air medical response to patients with moderate to severe traumatic brain injury.  Air Med J 2004;23(5):31.

84.  Hutton K, Swanson E, Vilke G, Davis D, Jones S, Hoogeveen B:  Laryngoscopic visualization grade predicts difficult intubations by air medical crews in the prehospital setting.  Air Med J 2004;23(5):30.

85.  Hutton K, Swanson E, Vilke G, Davis D, Jones S, Hoogeveen B:  Success and failure rates of RSI versus non-RSI intubations by air medical providers in 2853 patients.  Air Med J 2004; 23(5):30.

86.  Metz M, Marcotte A, Vilke GM:  The effect of decreasing ambulance diversion hours on ed interfacility transfers. J Emerg Nurs 2004;30(5):411.

87.  Metz M, Murrin P, Vilke GM:  Community trial to decrease ambulance diversion hours: the San Diego county patient destination trial.  J Emerg Nurs 2004;30(5):410.

COP_BM002107

Abstracts

88. Metz M, Murrin P, Vilke GM: The three-phase EMS cardiac arrest model for ventricular fibrillation. J Emerg Nurs 2004;30(5):405.

89. Vilke GM, Murrin P, Gardina L, Upledger Ray L, Stepanski B, Chan TC: Impact of a new booster seat law. Ann Emerg Med 2004;44(4):S39-S40.

90. Vilke GM, Marcotte A, Metz M, Upledger Ray L: Pain management in the out-of-hospital setting. Ann Emerg Med 2004;44(4):S63.

91. Vilke GM, Murrin PA, Marcotte A, Upledger RL: Impact of the San Diego County firestorm on emergency medical services. Ann Emerg Med 2004;44(4):S102-S103.

92. Davis DP, Pettit K, Poste JC, Vilke GM: The efficacy of out-of-hospital needle and tube thoracostomy in major trauma victims. Ann Emerg Med 2004;44(4):S103.

93. Buono CJ, Davis DP, Vilke GM, Stepanski B. Esophageal Intubation in an EMS system: a six-year experience. Prehosp Emerg Care 2005; 9(1):113.

94. Dunford JV, Vilke GM, Chan TC. Utilization of EMS and hospital resources by serial inebriate program (SIP) clients. Prehosp Emerg Care 2005; 9(1):116.

95. Davis DP, Serrano JA, Buono CJ, Vilke GM, Sise MJ, Hoyt DB. The predictive value of field and arrival Glasgow coma score in moderate-to-severe brain injury. Prehosp Emerg Care 2005; 9(1):124.

96. Vilke GM, Castillo EM, Upledger-Ray L, Davis DP, Murrin PA, Kennedy F, Cox S, Coimbra R. Evaluation of paramedic field triage of injured patients to trauma centers and emergency departments. Prehosp Emerg Care 2005; 9(1):125.

97. Vilke GM, Harley J, Metz M, Stepanski B, Vroman D, Anderson M, Shipp H. Paramedic self-reported medication errors in an anonymous survey. Prehosp Emerg Care 2005; 9(1):127.

98. Bush J, Chan TC, Killeen JP, Vilke GM. The effect of changing from a latex agglutination D-Dimer to an ELISA D-Dimer on emergency physicians ordering imaging studies practices to evaluate for pulmonary embolism. Acad Emerg Med 2005;12(5):41.

99. Vilke GM, Michalewicz B, Kolkhorst FW, Neuman T, Chan TC. Does weight force during physical restraint cause respiratory compromise? Acad Emerg Med 2005;12(5):16.

100. Levine SD, Sloane C, Chan TC, Vilke GM, Dunford J. Cardiac monitoring of subjects exposed to the Taser. Acad Emerg Med 2005;12(5):71.

COP_BM002108

Abstracts

101. Davis DP, Buono C, Serrano J, Vilke GM, Sise MJ, Hoyt DB. The impact of hyper- and hypoventilation on outcome in traumatic brain injury. Acad Emerg Med 2005;12(5):138-139.

101. Davis D, Buono C, Ramanujam P, Fisher R, Vilke GM, Chan TC, Metz M, Dunford J: The potential safety of designated cardiac arrest receiving facilities. Ann Emerg Med 2005;46(3):S17.

102. Chan TC, Killeen JP, Kelly DL, Vilke GM, Guss DA: Accelerated care at triage: Physician-directed ancillary testing at triage for patients waiting in an emergency department. Ann Emerg Med 2005;46(3):S107-S108.

103. Lev R, Vilke G, Dunford J: San Diego Regional STEMI Summit. San Diego Physician. 2005;4:11-13.

104. Davis D, Reynoso J, Harley J, Kanegaye J, Buono C, Vilke G: The natural history of pediatric patients meeting criteria for paramedic intraosseous catheter insertion. Prehosp Emerg Care 2006;10(1):110.

105. Davis D, Ramanujam P, Buono C, Vilke G: The sensitivity of capnometry to detect endotracheal intubation: Where should we draw the line? Prehosp Emerg Care 2006; 10(1):118.

106. Levine S, Sloane C, Chan T, Dunford J, Vilke G: Cardiac monitoring of subjects exposed to the Taser. Prehosp Emerg Care 2006;10(1):130.

107. Levine SD, Sloane C, Chan TC, Vilke GM, Dunford J: Cardiac monitoring of human subjects exposed to the taser. Acad Emerg Med 2006;13(5 Supp 1):S47.

108. Vilke GM, Dolkas L, Stanley C, Smith AM, Chan TC: Evaluation of deaths associated with choking. Acad Emerg Med 2006;13(5 Supp 1):S49.

109. Chan TC, Vilke GM, Michalewicz BA, Neuman T, Levy S, Kolkhorst F: Does physical restraint impact metabolic oxygen consumption during exertion? Acad Emerg Med 2006; 13(5 Supp 1):S46.

110. Castillo EM, Vilke GM, Sturgis KN, Chan TC, Lindsay SP, Dunford JV: Decrease of health care service utilization among chronic public inebriates. Acad Emerg Med 2006;13 (5 Supp 1):S105-106.

111. Vilke G, Johnson W, Castillo EM, Ederheimer JA, Wexler C, Sloane CM, Chan TC: Evaluation of in-custody deaths proximal to use of conductive energy devices. Ann Emerg Med 2006;48(4 Supp 1):S23-S24.

COP_BM002109

Abstracts

112.  Tornabene SV, Chan TC, Davis DP, Deutsch R, Vilke GM:  Evaluating the use and timing of opioids for the treatment of migraine headaches in the ED.  Ann Emerg Med 2006;48 (4 Supp 1):S59-S60.

113.  Killeen JP, Chan TC, Vilke GM, Buono C, Griswold W, Rao R, Lenert L:  Wireless computerized rapid triage in the field:  How well does technology perform during mass casualty incidents and disaster events?  Ann Emerg Med 2006;48(4 Supp 1):S69.

114.  Davis D, Salazar A, Vilke G, Chan T:  The utility of a novel decision rule to diagnose spinal epidural abscess in ED patients with back pain.  Ann Emerg Med 2006;48(4 Supp 1):S66.

115.  Vilke GM, Castillo EM, Stepanski BM, Murrin PA, Upledger-Ray L, Metz MA, Chan TC:  San Diego County patient destination trial to decrease ambulance division hours: Three year follow-up.  Ann Emerg Med 2006;48(4 Supp 1):S90.

116.  Graydon C, Wilson S, Leahy D, Berthiaume S, Buesch B, Stein R, Vilke G, Davis D:  The positive predictive value of paramedic versus emergency physician interpretation of the prehospital 12-lead ECG.  Prehosp Emerg Care 2006;10(1):116.

118.  Ramanujam P, Stepanski B, Smith A, Upledger-Ray L, Vilke GM.  Impact of a state booster seat law on compliance in pediatric traffic crash victims.  Ann Emerg Med 2006; 48(4 Supp 1):S56.

119.  Michalewicz BA, Chan TC, Vilke GM, Levy SS, Neuman TS, Kolkhorst FW.  Ventilatory and metabolic demands during aggressive physical restraint in healthy adults.  Med Sci Sports Exerc 2006;38(5) Suppl:S452-S453.

120.  Chan T, Sloane C, Neuman T, Levine S, Castillo E, Vilke G, Bouton K, Kohokorst F.  The impact of the taser weapon on respiratory and ventilatory function in human subjects.  Acad Emerg Med 2007; 14(5 Suppl 1): S191-192.

121.  Buono C, Lyon J, Huang R, Brown S, Liu F, Vilke G, Killeen J, Chan T, Kirsh D, Lenert L.  Does wireless technology improve patient tracking in mass casualty incidents?  Acad Emerg Med 2007; 14(5 Suppl 1): S190.

122.  Vilke G, Sloane C, Levine S, Neuman T, Castillo E, Chan T.  Does the Taser Cause Electrical Changes in Twelve Lead ECG Monitoring of Human Subjects?  Acad Emerg Med 2007; 14(5 Suppl 1): S104.

123.  Vilke G, Sloane C, Bouton K, Levine S, Neuman T, Castillo E, Kolkhorst F, Chan T.  Cardiovascular and metabolic effects of the taser on human subjects.  Acad Emerg Med 2007; 14(5 Suppl 1): S104-105.

124.  Sloane C, Vilke G, Chan T, Levine S, Dunford J.  Serum troponin I measurement of subjects exposed to the taser x-26.  Acad Emerg Med 2007; 14(5 Suppl 1): S103-104.

COP_BM002110

PUBLICATIONS, continued:

Abstracts

125.  Bouton KD, Vilke GM, Chan TC, Sloane C, Levine S, Neuman TS, Levy SS, Kolkhorst FW. Physiological effects of a five second Taser exposure. Med Sci Sports Exerc 2007;39(5 Suppl):S323.

126.  Firestone D, Band RA, Hollander JE, Castillo EM, Vilke GM.  Can Urine Dipstick and Brief Questionnaire Predict Abnormal Serum Creatinine in Emergency Department Patients?  Ann Emerg Med 2007; 50(3):S24.

127.  Vilke GM, Sloane C, Suffecool AC, Neuman TS, Castillo EM, Kolkhorst FW, Chan TC. Physiologic Effects of the TASER on Human Subjects After Exercise. Ann Emerg Med 2007; 50(3):S55.

128.  Chan TC, Killeen JP, Castillo EM, Vilke GM, Guss DA. Impact of Electronic Medication Reconciliation on Triage Times for Patients Seen in the Emergency Department. Ann Emerg Med 2007; 50(3):S71.

129.  Marsan Jr RJ, Vilke GM, Chan TC, Davis DP, Stepanski BM. Description and Efficacy of Treatment of Hemodynamically Significant Bradycardia in a Large, Urban, Pacing-capable EMS System. Ann Emerg Med 2007; 50(3):S80.

130.  Chan TC, Killeen JP, Castillo EM, Vilke GM, Kennedy S, FeinbergR, Guss DA. Impact of an internet based referral appointment system community clinic access and follow-up for ED patients with no primary care. Acad Emerg Med 2008; 15(5 Suppl 1): S104.

131.  Vilke GM, Sloane CM, Suffecool A, Neuman T, Castillo EM, Kolkhorst F, Chan TC. Crossover-controlled human study of the physiologic effects of the Taser after vigorous exercise. Acad Emerg Med 2008; 15(5 Suppl 1): S155.

132.  Vilke GM, Chan TC, Killeen JP, Castillo EM.  Impact of psychiatric patient holds in the emergency department on overcrowding. Acad Emerg Med 2008; 15(5 Suppl 1): S221.

133.  Barnard AC, Sloane C, Vilke GM, Chan TC, Neuman TS, Kolkhorst FW. Physiological effects of TASER X-26 after intense exercise.  Med and Sci in Sports and Exercise 2008; 40(Suppl 5): S475.

134.  Chan TC, Killeen JP, Vilke GM, Guss DA, Jones K, Marshall J, Moore T, Castillo EM. Impact of mandated nurse-patient ratios on emergency department crowding.  Ann Emerg Med 2008; 52(4):S44.

135.  Davis D, Fong T, Lawrence B, Vilke GM. Psychosocial variables influence the decision to call 9-1-1 in emergency department patients with abdominal pain.  Ann Emerg Med 2008; 52(4):S71.

COP_BM002111

PUBLICATIONS, continued:

Abstracts

136. Bizek G, Castillo EM, Vilke GM, Chan TC. Characteristics and rates of rewarming of emergency department patients with moderate to severe accidental hypothermia. Ann Emerg Med 2008; 52(4):S105-6.

137. Ramanujam P, Castillo EM, Patel E, Vilke GM, Wilson M, Dunford J. Pre hospital transport time intervals for acute stroke patients. Ann Emerg Med 2008; 52(4):S154.

138. Vilke GM, Killen J,P, Chan TC, Crumpacker J, Castillo EM. Risk factors and characteristics of falls among emergency department elderly patients. Ann Emerg Med 2008; 52(4):S160.

139. Marsan R, Castillo EM, Chan TC, Stepanski B, Vilke GM: Comparison of prehospital retrospective chart review to prospectively obtained data. Acad Emerg Med 2009;16(4)Suppl 1: S85-S86.

140. Killeen D, Killeen J, Castillo EM, Chan TC, Vilke GM: Emergency department patient evaluation of internet and email access for healthcare information. Acad Emerg Med 2009;16(4)Suppl 1: S132-S133.

141. Sloane CM, Chan TC, Kohlkorst F, Castillo EM, Neuman T, Vilke GM: Can a restraint chair cause respiratory or ventilatory compromise? Acad Emerg Med 2009;16(4)Suppl 1: S137.

142. Castillo, EM, Vilke GM, Killeen J, Guss DA, Marshall J, Chan TC: Impact of mandated nurse-patient ratios on ED medication delivery. Acad Emerg Med 2009;16(4)Suppl 1: S157-S158.

143. Slattery D, Pierson B, Stanley K, Vilke GM: Bridging the training gap in cardiac arrest: identification of cardiac arrest decision-making deficits in lay rescuers. Acad Emerg Med 2009;16(4)Suppl 1: S182.

144. Slattery D, Stanley K, Vilke GM, Pierson B: non-medical responders are not accurate at identifying agonal respirations? Acad Emerg Med 2009;16(4)Suppl 1: S182.

145. Castillo EM, Vilke GM, Killeen J, Guss DA, Feinberg R, Friedman L, Chan TC: Factors associated with community clinic follow-up from an ED internet-based referral system. Acad Emerg Med 2009;16(4)Suppl 1: S247-S248.

146. Marmon J, Castillo EM, Vilke GM, Killeen J, Chan TC: The effect of admitting team resident turnover on emergency department patient flow. Acad Emerg Med 2009;16(4)Suppl 1: S257-S258.

COP_BM002112

Abstracts

147.    Castillo EM, Vilke GM, Williams M, Turner P, Boyle J, Chan TC. Collaborative to decrease ambulance diversion: The California ED Diversion Project. Ann Emerg Med 2009; 54(3):S79.

148.    Lev R, Castillo EM, Vilke GM, Chan TC. Multi-center study of left without treatment rates from Emergency Departments serving a large metropolitan region. Ann Emerg Med 2009; 54(3):S86.

149.    Chan TC, Vilke GM, Killeen JP, Gus DA, Marshall J, Castillo EM. Impact of mandated nurse-patient ratios on time to antibiotic administration in the Emergency Department. Ann Emerg Med 2009; 54(3):S97.

150.    Vilke GM, Robertson NB, Castillo EM, Killeen JP, Chan TC. Erythrocyte sedimentation rate compared to C-reactive protein as a screening marker in the Emergency Department. Ann Emerg Med 2009; 54(3):S121.

151.    Stiell IG, Nichol G, Leroux BG, Rea TD, Ornato JP, Powell J, Christenson J, Callaway CW, Kudenchuk PJ, Aufderheide TP, Idris AH, Daya M, Wang HE, Morrison L, Davis D, Andrusiek D, Stephens S, Cheskes S, Schmicker RH, Fowler R, Vaillancourt C, Hostler D, Zive D, Pirrallo RG, Vilke G, Sopko G, Weisfeldt M, the Resuscitation Outcomes Consortium (ROC) Investigators: Resuscitation outomces consortium roc primed trial of early rhythm analysis versus later analysis in out-of-hospital cardiac arrest. Resuscitation 2010;81S:S16.

152.    Castillo EM, Chan TC, Luu B, Prabhakar N, Vilke GM. Factors Associated With Injuries Among Subjects and Deputies During Law Enforcement Use of Force Events. Ann Emerg Med 2010; 56(3):S138.

153.    Wilson MP, MacDonald KS, Vilke GM, Feifel D. Potential Complications of Olanzapine and Benzodiazepines Compared to Haloperidol and Benzodiazepines In Emergency Department Patients. Ann Emerg Med 2010; 56(3):S155.

154.    Killeen JP, Castillo EM, Vilke GM, Marshall JB, Chan TC. Impact of Mandated Nurse-Patient Ratios on Emergency Department Discharge Time. Ann Emerg Med 2010; 56(3):S182.

155.    Chan TC, Castillo EM, Humber DM, Killeen JP.  Frequency of Pharmacy Interventions and Emergency Overrides Following Implementation of Electronic Pharmacy Review In the Emergency Department. Ann Emerg Med 2010; 56(3):S343.

156.    Chan TC, Castillo EM, Vilke GM, Killeen JP. Do Computerized Medication Alerts Change Medication Orders In the Emergency Department.  Ann Emerg Med 2010; 56(3):S372.

COP_BM002113

Abstracts

157.   Wilson MP, Vilke GM, Govindarajan P, Itagaki MW.  Emergency Physicians Research Commonly Encountered Patient-Oriented Problems in the the Proportion with Which They Are Encountered in the Emergency Department.  Acad Emerg Med 2011;18 (5)Suppl:S67.

158.   Vilke GM, Anthony E, Castillo EM.  Factors Associated with Ambulance Use Among Emergency Department Patients. Acad Emerg Med 2011;18 (5)Suppl:S114.

159.   Nordt SP, Castillo EM, Galinato M, Nguyen V, Clark RF, Cantrell FL, Chan TC, Vilke GM: Energy Drink Use and Adverse Effects Among Emergency Department Patients. Clin Toxicol 2011; 49(6):579.

160.   Savaser DJ, Campbell CC, Chan TC, Shah V, Sloane CS, Hansen AV, Castillo EM, Vilke GM. The Effect of Prone Maximal Restraint (PMR, aka ''Hog-Tie'') Position on Cardiac Output and Other Hemodynamic Measurements. Acad Emer Med 2012;19(4):S78.

161.   Castillo EM, Vilke GM, Killeen JP, Brennan JJ, Chan TC. Visit Urgency Between Frequent Emergency Department Users In A Large Metropolitan Region Network. Acad Emer Med 2012;19(4):S96.

162.   Killeen JP, Castillo EM, Chan TC, Vilke GM. Emergency Department Patients on Warfarin - How Often Is the Visit Due to the Medication? Acad Emer Med 2012;19(4):S121.

163.   Killeen JP, Chan TC, Vilke GM, Rafie S, Dunlay R, Castillo EM. Does Pharmacist Review of Medication Orders Delay Medication Administration in the Emergency Department? Acad Emer Med 2012;19(4):S166.

164.   Killeen JP, Vilke GM, Chan TC, Oyama L, Carey M, Castillo EM. Does the Residency Selection Cycle Impact What Information Is Accessed on the Web? Acad Emer Med 2012;19(4):S202.

165.   Vilke GM, Ali S, Simmons T, Witucki P, Wilson MP. Does An Alcohol-based Hand Sanitizer Affect Breathalyzer Levels? Acad Emer Med 2012;19(4):S278.

166.   Vilke GM, Patel N, Castillo EM, Demers G. Safety and Efficacy of Milk and Molasses in the ED. Acad Emer Med 2012;19(4):S287.

167.   Castillo EM, Chan TC, Brennen JJ, Killeen JP, Vilke GM. Multiple Hospital Emergency Department Visits Among "Frequent Flyer" Patients With a Pain Associated-discharge Diagnosis. Acad Emer Med 2012;19(4):S321.

168.   Wilson MP, Chen N, Minassian A, Vilke GM, Castillo EM. In Combination With Benzodiazepines And Alcohol Intoxication, Intramuscular But Not Oral Olanzapine Is Associated With Decreased Oxygen Saturations. Acad Emer Med 2012;19(4):S356.

COP_BM002114

Abstracts

169. Killeen JP, Vilke GM, Dunford JV, Fisher R, Pringle J, Castillo EM, Chan TC: Impact of 12-lead ECG Wireless Transmission on Hospital STEMI Activations. Ann Emer Med 2012;60(4)S25.

170. Castillo EM, Brennan JJ, Chan TC, Killeen JP, Vilke GM: Factors Associated With Frequent Users of Emergency Department Resources. Ann Emer Med 2012;60(4)S32.

171. DeMers G, Graydon C, Stein M, Wilson S, Buesch B, Berthiaume S, Lee DM, Rivas J, Vilke GM, Davis D: Analysis of Inter-facility Transfer Rates After Initiation of a Regional PCI System. Ann Emer Med 2012;60(4)S44.

172. Vilke GM, Brennan JJ, Castillo EM, Killeen JP, Chan TC: Multiple Hospital Emergency Department Visits Among Frequent Users With a Pain-Associated Discharge Diagnosis. Ann Emer Med 2012;60(4)S54.

173. Benaron D, Castillo EM, Vilke GM, Guluma KZ: Emergency Department Patient Perception of Stroke. Ann Emer Med 2012;60(4)S58.

174. Castillo EM, Chan TC, Killeen JP, Vilke GM: Knowledge of Acute Myocardial Infarction Symptoms: Do Sex Differences Still Exist? Ann Emer Med 2012;60(4)S83.

175. Chan TC, Castillo EM, Dunford JV, Fisher R, Jensen AM, Vilke GM, Killeen JP: Hot Spots and Frequent Fliers: Identifying High Users of Emergency Medical Services. Ann Emer Med 2012;60(4) S83-S84.

176. Brennan JJ, Chan TC, Vilke GM, Killeen JP, Castillo EM: Identification of Frequent Users of Hospital Emergency Department Resources Using a Community-wide Approach. Ann Emer Med 2012;60(4)S102.

177. Chan TC, Killeen JP, Brennan JJ, Vilke GM, Castillo EM: The Forgotten Emergency Department Visit When Assessing Hospital Readmissions. Ann Emer Med 2012;60(4)S105.

178. Brennan JJ, Chan TC, Killeen JP, Castillo EM, Vilke GM: Multiple Hospital Emergency Department Visits Among "Frequent Flyer" Patients With a Psychiatric-Associated Discharge Diagnosis. Ann Emer Med 2012;60(4) S146-S147.

179. Campillo A, MacDonald KS, Vilke GM, Wilson MP: The B52 Combination Is Not Frequently Used in Emergency Departments and Causes A High Proportion of Patients to Fall Asleep. Ann Emer Med 2012;60(4) S147.

180. Lin GK, Vilke GM, Castillo EM, Chen N, Wilson MP: A Comparison of Oral Aripiprazole and Oral Olanzapine Use in the Emergency Department. Ann Emer Med 2012;60(4) S147-S148.

COP_BM002115

PUBLICATIONS, continued:

Abstracts

181.  Sloane C, Chan TC, Vilke GM, Castillo EM, Kolkhorst F, Neuman T: The Ventilatory Effects of the Prone Maximal Restraint Position on Obese Human Subjects. Acad Emer Med 2013;20(5):S105.

182.  Hogen R, Brennan JJ, Vilke GM, Chan TC, Castillo EM: Visit Urgency amongst the Chronic Disease Population in a Large Metropolitan Region Emergency Department Network. Acad Emer Med 2013;20(5):S172.

183.  Castillo EM, Chan TC, Vilke GM, Killeen JP, Brennan JJ: Factors Associated with Super Users of Emergency Department Resources Admitted to Acute Care. Acad Emer Med 2013;20(5):S183.

184.  Brennan JJ, Chan TC, Vilke GM, Castillo EM, Killeen JP: Comorbidity among Frequent Emergency Department Users with Psychiatric Associated Discharge Diagnoses. Acad Emer Med 2013;20(5):S229.

185.  Brennan JJ, Castillo EM, Vilke GM, Killeen JP, Chan TC: Factors Associated with Frequent Users of California Emergency Department Resources. Acad Emer Med 2013;20(5):S230.

186.  Chan TC, Brennan JJ, Killeen JK, Stevenson ME, Kuntz KE, Vilke GM, Castillo EM: Impact of Social Services Case Management on Homeless, Frequent Users of Emergency Departments. Acad Emer Med 2013;20(5):S231.

187.  Castillo EM, Chan TC, Brennan JJ, Roberts EE, Vilke GM. What Contributes to Subject and Officer Injuries During Law Enforcement Use of Force Events? Ann Emerg Med 2013, 62(4), S107.

188.  Brennan JJ, Castillo EM, Wilson M, Chan TC, Killeen JP, Vilke GM. Psychiatric-Associated Visits to California Emergency Departments: Presence of Licensed Psychiatric Beds and Admission. Ann Emerg Med 2013, 62(4), S118.

189.  Granata RT, Vilke GM. Impact of deferred CT imaging of intoxicated patients presenting with altered mental status.  J Invest Med 2014;61(1):214.

190.  Nowak RM, Schreiber D, Hollander J, Nagurney J, Hogan C, Wu A, Vilke GM, Apple F, Cannon C, Daniels L, Anand I, deFillippi C, McCord J, Shah K, Marston N, Neath SX, Christenson R, Diercks D, Limkakeng A, Jaffe A, Mueller C, Maisel A, Peacock F: Copeptin Provides Prognostic Value in Emergency Department Patients Presenting with Acute Undifferentiated Chest Pain. Acad Emerg Med 2014;21(5):S89.

COP_BM002116

PUBLICATIONS, continued:

Abstracts

191.     Peacock W, Nowak R, Neath SX, Hollander J, Cannon C, Nagurney JT, Schreiber D, Hogan C, Diercks D, Stein JC, Headden G, Limkakeng AT, Mueller C, Vilke GM, Maisel A: Can a Second Measurement of Copeptin Improve Acute Myocardial Infarction Rule Out? Acad Emerg Med 2014;21(5):S90.

192.     Vilke GM, Lassoff D, Chan TC, Hall CA, Bozeman WP, Castillo EM. Proning: Outcomes of Use of Force Followed with Prone Restraint. Acad Emerg Med 2014; 21(Supp 1): S161.

193.     Vilke GM, Chan TC, Roberts EE, Moore JD, Parra KM, Castillo EM. Does Law Enforcement Use Different Levels of Force if the Subject Appears to be Mentally Impaired? Acad Emerg Med 2014; 21(Supp 1): S238.

194.     Hopper A, Dee J, Vilke GM, Castillo EM, Chen V, Hall D, Wilson MP. Hypotensive Effects of Risperidone Are Not Increased When Used in Conjunction with Benzodiazepines or in Alcohol Intoxicated Patients but May Increase in Elderly Patients. Acad Emerg Med 2014; 21(Supp 1):S56.

195.     Castillo, EM, Brennan JJ, Hsia RY, Killeen JP, Vilke, GM, Chan TC. Thirty-day Readmissions Through the Emergency Department in a Large, Metropolitan Region. Acad Emerg Med 2014; 21(Supp 1):S108.

196.     Castillo EM, Chan TC, Hsia RY, Killeen JP, Vilke GM, Brennan JJ. Should Rural Hospitals be Concerned about Frequent Users of Emergency Department Resources? Acad Emerg Med 2014; 21(Supp 1):S218.

197.     Brennan JJ, Chan TC, Vilke GM, Hsia RY, Killeen JP, Castillo EM. Traveling Super Users of California Emergency Departments. Acad Emerg Med 2014; 21(Supp 1):S220.

198.     Killeen JP, Castillo EM, Brennan JJ, Vilke GM, Chan TC. Does Emergency Department Interrogation Reduce ED Time for Patients with Pacemakers or ICDs? Acad Emerg Med 2014; 21(Supp 1):S274.

199.     Castillo EM, Brennan JJ, Hsia RY, Killeen JP, Vilke GM, Chan TC. Multiple Emergency Department Use and 30-day ED Visits. Acad Emerg Med 2014; 21(Supp 1):S322.

200.     Marston N, Shah K, Mueller C, Neath SX, Christenson R, McCord J, Nowak R, Vilke G, Daniels L, Hollander J, Apple F, Cannon C, Nagurney J, Schreiber D, DeFilippi C, Hogan C, Diercks D, Limkaken A, Anand I, Jaffe A, Peacock WF, Maisel A, Wu, A: Can a second measurement of copeptin improve acute myocardial infarction rule out?. J Am Coll Cardiol 2014;63(12_S).

COP_BM002117

Abstracts

201.    Chan TC, Killeen JP, Vilke GM, Castillo EM. Impact of the Affordable Care Act on the Health Care Coverage of Patients Seen in the Emergency Department: Initial First Quarter Findings. Ann Emerg Med 2014; 64(4s):S84 –S85.Smith C, Hopper AB,

202.    Castillo EM, Dang AQ, Chan TC, Vilke GM. Mortality and Timing of Death in Patients With Runaway Pacemakers. Ann Emerg Med 2014; 64(4s):S111.

203.    Brennan JJ, Chan TC, Hsia RY, Vilke GM, Killeen JP, Castillo EM. Predicting Frequent Use of Emergency Department Resources. Ann Emerg Med 2014; 64(4s):S118 – S119.

204.    Campillo A, Castillo EM, Vilke GM, Wilson MP. Use of Quetiapine in the Emergency Department for Acute Agitation and Associated Physiologic Effects. Ann Emerg Med 2014; 64(4s):S138.

205.    Vilke GM, Lev R, Chan TC, Lucas J, Smith J, Painter NA, Castillo EM. Prescription Drug Prescribing Patterns in a Large Regional Area. Ann Emerg Med 2014; 64(4s):S139-S140.

206.    Hopper AB, Deen J, Smith C, Campillo A, Vilke GM, Castillo EM, Wilson MP. Hypotensive Effects of Oral Second Generation Antipsychotics in the Emergency Department. Ann Emerg Med 2014; 64(4s):S140-S141.

207.    Marston N, Shah K, Mueller C, Neath SX, Christenson R, McCord J, Nowak R, Vilke GM, Daniels L, Hollander J, Apple F, Cannon C, Nagurney J, Schreiber D, deFilippi C, Hogan C, Diercks D, Limkakend A, Anand I, Wu A, Clopton P, Jeffe A, Peacock F, Maisel A. Does Copeptin Provide Additional Risk Stratification in Chest Pain Patients With a Mild Troponin Elevation? Circulation 2014; 130:A12996.

208.    Egnatios J, Lev R, Petro S, Castillo E, Vilke G. Long Active Death: Medadone. Ann Emerg Med 2015; 66(4s):S140-S141.

209.    Vilke GM, Guss DA. Pilot Study of Telemedicine in a County Jail to Assess and Treat Acutely Ill Inmates. Ann Emerg Med 2015; 66(4s): S14.

210.    Brennan JJ, Vilke GM, Hsia RY, Chan TC, Killeen JP, Huang J, Castillo EM. Transient Ischemic Attack "Bouncebacks": Emergency Department Discharges Who Return as Admissions Within Seven Days. *Ann Emerg Med* 2015; 66(4s):S112.

211.    Brennan JJ, Chan TC, Vilke GM, Killeen JP, Hsia RY, Tehaney K, Castillo EM. Admissions Within Seven Days of an Emergency Department Discharge. *Ann Emerg Med* 2015; 66(4s):S89.

COP_BM002118

Abstracts

212.   Lev R, Lee O, Petro S, Lucas J, Castillo EM, Vilke GM, Coyne CJ. Specialty-Specific Prescribing Patterns to Patients Who Die From Prescription Drugs: How Do Emergency Physicians Compare? *Ann Emerg Med* 2015; 66(4s):S119.

213.   Castillo EM, Chan, TC, Vilke GM, Hsia RY, Ishamine P, Shah S, Kapoor K, Brennan JJ. A Description of Pediatric Frequent Users of Emergency Department Resources. *Ann Emerg Med* 2015; 66(4s):S8.

214.   Chan TC, Brennan JJ, Vilke GM, Hsia RY, Killeen JP, Castillo EM. The Changing Landscape of Emergency Department Visits in California. Acad Emerg Med 2016; 23:S15

215.   Castillo EM, Vilke GM, Killeen JP, Hsia RY, Wilson MP, Brennan JJ. ED Utilization Prior to a Suicide and Self-Inflicted Injury Related ED Visit. Acad Emerg Med 2016; 23:S17.

216.   Supat B, Brennan JJ, Vilke GM, Ishimine P, Shah S, Hsia RY, Castillo EM. Assessing Factors Associated with Pediatric Frequent Emergency Department Utilization. Acad Emerg Med 2016; 23:S32.

217.   Coyne CJ, Chiu C, Brennan JJ, Castillo EM, Vilke GM. Medication Adherence in the Emergency Department: What are the Barriers? Acad Emerg Med 2016; 23:S41.

218.   Spinosa DL, Brennan JJ, Castillo EM, Hsia RY, Vilke GM. Multivariate Analysis of 30-Day Readmission for Acute Myocardial Infarction. Acad Emerg Med 2016; 23:S118.

219.   Castillo EM, Brennan JJ, Shah S, Vilke GM, Hsia RY, Nguyen M. Asthma and Asthma-Mimicking Pediatric ED Revisit Within Three Days of an ED Discharge. Acad Emerg Med 2016; 23:S120.

220.   Castillo EM, Brennan JJ, Chan TC, Killeen JP, Hsia RY, Vilke GM. ED Utilization 3-Days Prior to a Fall-Related ED Visit Among Elderly Patients. Acad Emerg Med 2016; 23:S139.

221.   Coyne CJ, Le V, Brennan JJ, Castillo EM, Shatsky RA, Vilke GM. Low-Risk febrile Neutropenia: Can These Patients be Safely Discharged from the Emergency Department? Acad Emerg Med 2016; 23:S161.

222.   Brennan JJ, Vilke GM, Chan TC, Killeen JP, Hsia RY, Castillo EM. ED Revisits Within 3 Days of an ED Discharge Among Elderly Patients. Acad Emerg Med 2016; 23:S169.

223.   Nakajima Y, Vilke GM, Castillo EM, Brennan JJ, Hsia R. Asthma Bouncebacks Emergency Department Discharges Who Return as Admission Within Three Days. Acad Emerg Med 2016; 23:S202.

COP_BM002119

Abstracts

224.    Benaron D, Castillo E, Vilke G, Guluma K. Emergency Department Patient Perception of Stroke: A Comparison of Elderly and Nonelderly Knowledge of Stroke. Acad Emerg Med 2016; 23:S256.

COP_BM002120

<u>ORAL PRESENTATIONS AT NATIONAL MEETINGS</u>:

1.  Chan TC, Buchanan J, Anderson M, Vilke GM:  Patient ethnicity and age in prehospital emergency ambulance use and acuity rates.  NAEMSP Mid-Year Meeting, Lake Tahoe, Nevada; July 1998.

2.  Vilke GM, Dunford JV, Buchanan J, Chan TC:  Are opiate overdose deaths related to patient release after naloxone?  ACEP Research Forum, San Diego, California; October 1998.

3.  Gerling MC, Hamilton RS, Davis DP, Morris GF, Vilke GM, Hayden SR:  The effects of cervical spine immobilization on technique and laryngoscope blade selection on an unstable cervical spine injury in a cadaver model of intubation.  ACEP Research Forum, San Diego, California; October 1998.

4.  Vilke GM, Chan TC, Ray LU, Anderson ME:  Use of prehospital crash injury data to assess regional automobile safety restraint use.  NAEMSP Annual Meeting, Marcos Island, Florida; January 1999.

5.  Chew GS, Chan TC, Bramwell K, Davis DP, Vilke GM:  Does gastric distention from air insufflation affect the accuracy of the syringe esophageal detector device in detecting esophageal intubation?  SAEM Western Regional Research Forum, Redondo Beach, California; March 1999.

6.  Davis DP, Kimbro T, Vilke GM:  The use of midazolam for prehospital rapid-sequence intubation may be associated with a dose-related increase in hypotension.  NAEMSP Annual Meeting, Dana Point, California; January 2000.

7.  Marino AT, Sharieff G, Gerhart AE, Chan TC, Vilke GM:  The efficacy and complication rate of prehospital midazolam for the treatment of pediatric seizures.  NAEMSP Annual Meeting, Dana Point, California; January 2000.

8.  Eisele JW, Chan T, Vilke G, Neuman T, Clausen J:  Effect of weight placed on the back of subjects in the hobble restraint position.  American Academy of Forensic Sciences Annual Meeting, Reno, Nevada; February 2000.

9.  Chan TC, Vilke GM, Neuman TS, Clark RF, Clausen JL:  The effect of oleoresin capsicum spray inhalation on pulmonary and respiratory function.  SAEM Western Regional Research Forum, Portland, Oregon; April 2000.

10. Vilke GM, Chan TC, Seltzer A, Fisher R, Dunford JV:  Outcome of out-of-hospital refusal of paramedic transport by parents of pediatric patients.  State of California EMS Authority EMS for Children Annual Conference, San Diego, California; November 2000.

11. Deitch S, Vilke GM, Marino A, Vroman D, Chan TC:  Effect of prehospital use of nitroglycerine on EKG findings in patients with chest pain.  American Academy of Emergency Medicine Annual Conference, Orlando, Florida; March 2001.

COP_BM002121

12. Vilke GM, Steen PJ, Smith AM, Chan TC: Pediatric intubation by paramedics: The San Diego County experience. SAEM Western Regional Research Forum, Irvine, California; March 2001.

13. Davis DP, Ochs M, Hoyt DB, Dunford JV, Vilke GM: The use of the Combitube as a salvage airway device for paramedic RSI. SAEM Western Regional Research Forum, Irvine, California; March 2001.

14. Chan TC, Dunford JV, Vilke GM: Impact of a community multidisciplinary homeless outreach team. SAEM Annual Meeting, Atlanta, Georgia; May 2001.

15. Chan TC, Dunford JV, Vilke GM: Impact of a community multidisciplinary homeless outreach team. CAL/ACEP Scientific Assembly, Santa Clara, California; June 2001. (Won Award for Best Oral Presentation)

16. Valentine C, Davis D, Ochs M, Hoyt D, Bailey D, Vilke G: The use of the Combitube as a salvage airway device for paramedic rapid sequence induction. NAEMSP Annual Meeting, Tucson, Arizona; January 2002.

17. Vilke GM, Lev R, Castillo EM, Metz MA, Murrin PA, Chan TC: Prospective countywide trial to decrease ambulance diversion hours. SAEM Western Regional Meeting, Scottsdale, Arizona; April 2003.

18. Vilke GM, Lev R, Castillo EM, Murrin PA, Chan TC: Prospective countywide trial to decrease ambulance diversion hours. SAEM Annual Meeting, Boston, Massachusetts, May 2003.

19. Vilke GM, Lev R, Castillo EM, Metz MA, Murrin PA, Chan TC: San Diego County improved patient destination trial to decrease emergency department diversion hours and diverted patients. American College of Emergency Physicians Research Forum, Boston, Massachusetts; October 2003.

20. Vilke G, Castillo E, Metz M, Murrin P, Ray LU, Lev R, Chan T: Community trial to decrease ambulance diversion of patients and hours. NAEMSP National Conference, Tucson, Arizona; January 2004.

21. Marcelyn Metz, Patricia Murrin, Gary M. Vilke: The three-phase EMS cardiac arrest model for ventricular fibrillation. ENA Annual Meeting; San Diego, California; October 2004.

22. Michalewicz, BA, TC Chan, GM Vilke, SS Levy, TS Neuman, and FW Kolkhorst: Ventilatory and metabolic demands during aggressive physical restraint in healthy adults. American College of Sports Medicine Annual Meeting, Denver, CO; June 2006. [*Medicine and Science in Sports and Exercise* 38(5 Supplement), 2006].

23. Vilke GM, Ali S, Simmons T, Witucki P, Wilson MP. Does an alcohol-based sanitizer impact breathalyzer levels? SAEM Annual Meeting, Chicago, Illinois; May 2012.

COP_BM002122

<u>SELECTED SPEAKING ENGAGEMENTS</u>:

1.  "Death of a Child: How to Treat the Survivors" -- Grand Rounds, Department of Emergency Medicine, UCSD Medical Center; April 1996.

2.  "Assessing GCS and the Field Neurologic Exam" -- Palomar College Paramedic Training; June 1998.

3.  "Prehospital Shock"; "Management of the Field Trauma Patient" -- Mercy Air, Ventura County Lecture Series; August 1998.

4.  "ER: Not Just a Television Show, But a Field of Research" -- Howard Hughes Foundation Lecture Series, University of California, San Diego; November 1998.

5.  "Multi-Casualty Incident" -- UCSD Medical Center Trauma Conference; March 1999.

6.  "Managing the Prehospital Multi-Casualty Incident" -- Southwestern College Paramedic Training Institute; May 1999.

7.  "Aeromedical Transport: The Past and Current Environment" -- Trauma Morbidity and Mortality Conference, Children's Hospital, San Diego, California; July 1999.

8.  "Altitude Medicine"; "Carbon Monoxide Poisoning and Treatment Options"; "Aeromedical Transport Options"; "Emergent Airway Management Options" -- Rural Emergency Medicine Conference, Jackson Hole, Wyoming; August 1999.

9.  "Abdominal and Chest Trauma in Sports" -- First Annual San Diego County Athletic Coaches Workshop, San Diego, California; June 2000.

10. "Tabletop Discussion on Chemical Weapon of Mass Destruction" -- Facilitator of Tabletop Training for San Diego County Metropolitan Medical Strike Team; July 2000.

11. "Pediatric IV Access"; "Spinal Immobilization"; "Children with Special Health Care Needs"; "Cardiovascular Emergencies" -- American Academy of Pediatrics Pediatric Education for Prehospital Professionals Conference, San Diego, California; November 2000.

12. "New Frontiers in Field Management of Pediatric Status Epilepticus" -- State of California EMS Authority Annual EMS for Children Conference, San Diego, California; November 2000.

13. "EMS Medical Control: Avoiding your Day in Court" -- ACEP's Emergency Medicine Connection Conference, San Diego, California; March 2001.

14. "Pediatric Intubations by Paramedics" -- San Diego Chapter of the Committee on Pediatric Emergency Medicine; April 2001.

15. "Warfare and Terrorism: A Review of Chemical Agents -- San Diego County Metropolitan Medical Strike Team Training; August 2001.

**COP_BM002123**

16. "Bioterrorism and San Diego County" -- Council of Community Clinics Meeting; October 2001.

17. "Bioterrorism and San Diego County Readiness" -- CTN interview with Bill Horn; October 2001.

18. "Future of Prehospital Care" -- Keynote Speaker, Southwestern Paramedic College Graduation; November 2001.

19. "Biological Agents for Terrorism" -- San Diego County Metropolitan Medical Strike Team Training; November 2001.

20. "Clinical Aspects of Bioterrorist Agents" -- Palomar Paramedic College; November 2001.

21. "Clinical Aspects of Bioterrorism" -- Grand Rounds, Fallbrook Hospital; January 2002.

22. "Bioterrorism and San Diego County Readiness" -- Poway Town Hall Meeting; January 2002.

23. "Bioterrorist Preparedness" -- National Medical Association, San Diego County; January 2002.

24. "Chemical Agents of Terrorism: Diagnosis and Treatment" -- Topics and Advances in Internal Medicine, San Diego, California; March 2002.

25. "Bioterrorism:  Implications for the Legal and Domestic Community" -- Thomas Jefferson School of Law, San Diego, California; April 2002.

26. "Prehospital Management of Pediatric Seizures" -- EMS-Children Annual Conference; San Diego, California; November 2002.

27. "Paramedicine – Past, Present and Future" -- Keynote Speaker, Southwestern Paramedic College Graduation; San Diego, California; December 2002.

28. "Medical Group Preparedness: How would you Respond to a Possible Victim of Bioterrorism?" -- Bioterrorism Preparedness Training Conference; San Diego California; January 2003.

29. "Update on Bioterrorism" -- The Western States Winter Conference on Emergency Medicine; Park City, Utah; January 2003.

30. "Academic Emergency Medicine and Research Opportunities" -- San Diego Health Information Association, San Diego, California; February 11, 2003.

32. "Blast and Radiological Injuries: Myths and Realities" -- San Diego County Metropolitan Medical Strike Team Training; San Diego, California; August 2003.

COP_BM002124

33. "Clinical Aspects of Bioterroism" -- American Correctional Health Services Association, California and Nevada Chapter Annual Conference, San Diego, California; September 2003.

34. "Bioterrorism" -- UCSD/SDSU General Preventive Medicine Residency Lecture Series, La Jolla, California; October 2003.

35. "Prehospital Pediatric Airway Obstruction" – Children's Hospital Grand Rounds, San Diego, California; July 2004.

36. "Future of Healthcare in San Diego: Trends Impacting our Delivery System" -- San Diego Organization of Healthcare Leaders, San Diego, California; August 2004.

36. "Firestorm 2003" -- Children's Hospital Grand Rounds, San Diego, California; January 2004.

37. "EMS research: Unique ethical and regulatory issues" -- Applied Research Ethics National Association Annual meeting, San Diego, California; October 2004.

38. "What happens when you call 911?" -- San Diego Sports Medicine Foundation, San Diego, California; October 2004.

39. "Making the Metropolitan Medical Response System Work for You" -- Emergency Response 2004 Conference, San Diego, California; November 2004.

40. "San Diego County Emergency Department Ambulance Bypass - Past, Present, Future" -- Urgent Matters Briefing, San Diego, California; November 2004.

41. "San Diego County Emergency Department Ambulance Bypass - Past, Present, and Future" -- San Diego Community Emergency Departments, San Diego, California; December 2, 2004.

42. "Emergency Response Management for Efficiency of Care and Fiscal Consideration" -- American Correctional Health Services Association, Oakland, California; April 2, 2005.

43. "Conducted Energy Devices – Medical Updates and Issues" -- Police Executive Research Forum, Houston, Texas; October 18, 2005.

44. "Conducted Energy Devices Proximity Deaths and Medical Response" -- 2005 Critical Issues in Policing Series, Police Executive Research Forum, San Diego, California; December 8, 2005.

45. "Conductive Electrical Devices (Tasers®) and Patients with Excited Delirium for Law Enforcement and Emergency Medical Personnel" -- The U.S. Metropolitan Municipalities EMS Medical Directors Annual Meeting, Dallas, Texas; February 16, 2006.

46. "Tasers and Sudden Death" -- Keynote speaker at One Day Symposium on In-Custody Deaths by the Florida Sheriffs Association, Orlando, Florida; June 1, 2006.

COP_BM002125

47. "Medical Aspects of the Use of Force Continuum" -- Department of Justice Community Oriented Policing Services (COPS) Conference, Washington, DC; July 29, 2006.

48. "Resuscitation Outcomes Consortium" -- 7th Annual University of California Neurotrauma Meeting, Carmel, California; August 3, 2006.

49. "Use of Force: Sudden Death Myths and Excited Delirium" -- The Commission of Accreditation for Law Enforcement Agencies (CALEA) Less Lethal Technology Working Group Meeting, Washington, DC; September 10, 2006.

50. "Police In-Custody Deaths and the Taser Controversy" -- UCSD/SDSU General Preventive Medicine Residency Lecture Series, La Jolla, California; September 2006.

51. "Conductive Energy Devices: The medical aspects of Taser Electronic Control Devices (ECDs) and other Energy Devices" – Sudden Death, Excited Delirium and In-Custody Death Conference by the Institute for the Prevention of In-Custody Deaths, Inc. Las Vegas, Nevada; November 16-17, 2006.

52. "Cardiac, Respiratory and Metabolic Effects of EMD" – Study of Deaths Following Electro Muscular Disruption, Meeting of the Chief Medical Panel for the National Institute of Justice. Washington D.C.; January 9, 2007.

53. "The Medical Implications of Tasers and the Impact on EMS " – National Association of EMS Physicians National Conference. Naples, FL; January 12, 2007.

54. "Excited Delirium" - Solutions For Corrections Seminar for the California State Sheriff's Association. Ontario, CA; February 7, 2007.

55. "Excited delirium, positional asphyxia and restraint" -- EMS Today Conference, Baltimore, Maryland; March 10, 2007.

56. "Medical implications of Tasers and other Conductive Energy Devices" -- EMS Today Conference, Baltimore, Maryland; March 10, 2007.

57. "Excited Delirium" -- American Correctional Health Services Association, Oakland, California; September 19, 2007.

58. "Human Physiologic Effects of Tasers" – Study of Deaths Following Electro Muscular Disruption, Meeting of the Chief Medical Panel for the National Institute of Justice. Washington D.C.; September 27, 2007.

59. "The clinical impacts of TASER and other Conductive Energy Devices on Humans: A Review of the latest Medical Research" – Sudden Death, Excited Delirium and In-Custody Death Conference by the Institute for the Prevention of In-Custody Deaths, Inc. Las Vegas, Nevada; November 28-30, 2007.

SELECTED SPEAKING ENGAGEMENTS, continued:

COP_BM002126

60. "Physiological Effects of Tasers" – The City Council of Miami-Dade. Miami, Florida; January 17, 2008.

61. "Excited Delirium: What is it? Why does it kill? What do we need to know about it? Western States Winter Conference on Emergency Medicine. Park City, Utah, February 8, 2008.

62. "Medical Effects of Tasers" – The City Council of Houston. Houston, Texas; March 10, 2008.

63. "Less Lethal Weapons" - Emergency Nurses Association, San Diego Chapter. San Diego, California; April 18, 2008.

64. "The Clinical Impacts of TASER and other Conductive Energy Devices on Humans and Why People Die Afterwards" -- American Correctional Health Services Association, San Diego, California; September 17, 2008.

65. "Police In-Custody Deaths and Excited Delirium" -- UCSD/SDSU General Preventive Medicine Residency Lecture Series, La Jolla, California; October 2008.

66. "The Clinical Impacts of TASER and other Conductive Energy Devices on Humans" – Sudden Death, Excited Delirium and In-Custody Death Conference by the Institute for the Prevention of In-Custody Deaths, Inc. Las Vegas, Nevada; October 29, 2008.

67. "Agitated Delirium – Role of Illicit Drug Use in Sudden Restraint Death" Western Medical Toxicology Fellowship Conference. San Diego, California; April 29, 2009.

68. "Conducted Energy Devices: Are They Safe Options?" Excited Delirium Conference by the Canadian Institute for the Prevention of In-Custody Deaths, Inc. Niagara Falls, Canada; May 26, 2009.

69. "The Physiologic Effects of the Taser on Humans" UCSD Biomedical and Clinical Research Seminars. San Diego, California; June 2, 2009.

70. "The Taser-Plastic Surgery Interface" UCSD Department of Plastic Surgery Grand Rounds. San Diego, California; June 17, 2009.

71. "ECD Research Update and Safety Issues" – Sudden Death, Excited Delirium and In-Custody Death Conference by the Institute for the Prevention of In-Custody Deaths, Inc. Las Vegas, Nevada; November 12, 2009.

72. "Use of the Restraint Chair and Positional Asphyxia" – Southern California Jail Manager's Association. Temecula, California; January 21, 2010.

**COP_BM002127**

73. "Excited Delirium Challenges and Best ER Practices" Excited Delirium Conference by the Canadian Institute for the Prevention of In-Custody Deaths, Inc. Niagara Falls, Canada; April 19, 2010.

74. "Excited Delirium and TASERs: What Physicians Need to Know" – Grand Rounds Scripps Encinitas Hospital. Encinitas, California; July 15, 2010.

75. "Excited Delirium and TASERs: What Physicians Need to Know" – Grand Rounds University Medical Center. Las Vegas Nevada; August 10, 2010.

76. "Review of ECD Research and Reported Cardiac Capture" – Sudden Death, Excited Delirium and In-Custody Death Conference by the Institute for the Prevention of In-Custody Deaths, Inc. Las Vegas, Nevada; November 17, 2010.

76. "The Science Behind the American Heart Association ACLS Guidelines" – Puerto Vallarta ACLS Resuscitation Conference. Puerto Vallarta, Mexico; February 18, 2011.

77. "The Science Behind the American Heart Association ACLS Guidelines" – Cabo San Lucas ACLS Resuscitation Conference. Cabo San Lucas, Mexico; March 25, 2011.

78. "ROC Cardiac Arrest Outcomes" – San Diego Resuscitation Conference. San Diego, California; April 9, 2011.

79. "Do Electronic Control Devices Kill Humans: Review of the Data" – Sudden Death, Excited Delirium and In-Custody Death Conference by the Institute for the Prevention of In-Custody Deaths, Inc. Las Vegas, Nevada; November 16, 2011.

80. "Evaluation After Choking or Strangulation" – UCSD Forensic Nursing Conference. San Diego, California; April 28, 2012.

81. "Prehospital Hypothermia for Cardiac Arrest" – Santa Clara County EMS Conference. San Mr. Herrera, California; May 23, 2012.

82. "The Science Behind the American Heart Association ACLS Guidelines" – Cabo San Lucas ACLS Resuscitation Conference. Cabo San Lucas, Mexico; August 21, 2012.

83. "Acute Cerebral Accidents" – Hermosillo ACLS Resuscitation Conference. Hermosillo, Sonora, Mexico; September 11, 2012.

84. "Excited Delirium Syndrome: TASERS, Restraints, and Sudden Death" – Emergency Nurses Association Annual Conference. San Diego, California; September 15, 2012.

85. "Electronic Control Devices and the not so Shocking Truth about their Lethality" – Sudden Death, Excited Delirium and In-Custody Death Conference by the Institute for the Prevention of In-Custody Deaths, Inc. Las Vegas, Nevada; November 14, 2012.

COP_BM002128

86. "Medical Evaluation and Detection of Dementia and Delirium" – Annual Update on Behavioral Emergencies Conference. Las Vegas, Nevada, December 5, 2012.

87. "Acute Cerebral Accidents" – Puerto Vallarta Resuscitation Conference. Puerto Vallarta Mexico; January 17, 2013.

88. "Excited Delirium Syndrome: TASERS, Restraints, and Sudden Death" – San Diego County Emergency Nurses Association 911 Conference. San Diego, California; April 19, 2013.

89. "Acute Cerebral Accidents" – Cabo San Lucas Resuscitation Conference. Cabo San Lucas Mexico; April 27, 2013.

90. "Acute Myocardial Infarction" – Mazatlan Resuscitation Conference. Mazatlan Mexico; May 7, 2013.

91. "Hypothermia Post Cardiac Arrest" –Acapulco Resuscitation Conference. Acapulco, Mexico; May 28, 2013.

92. "Bath Salts and In-Custody Death"- National Sheriff's Association. Charlotte, NC; June 25, 2013.

93. "Updates in Cardiac Arrest: The ROC Trials" – Mexico Association of Emergency Medicine Emergency Update Conference. Mexico City, Mexico; June 28, 2013.

94. "Management of Head Trauma" – Mexico Association of Emergency Medicine Emergency Update Conference. Mexico City, Mexico; June 28, 2013.

95. "Hypothermia Post Cardiac Arrest" –La Paz Resuscitation Conference. La Paz, Mexico; July 22, 2013.

96. "Management of Head Trauma" – Mexico Association of Emergency Medicine Emergency Update Conference. Monterrey, Mexico; September 26, 2013.

97. "Updates in Cardiac Arrest: The ROC Trials" – Mexico Association of Emergency Medicine Emergency Update Conference. Monterrey, Mexico; September 26, 2013.

98. "Risk Management and Minimizing Malpractice Exposure" – UCSD Department of Orthopedics Grand Rounds, San Diego, CA October 2, 2013.

99. "Decreasing Your Risk in Labor and Delivery" – UCSD 9th Annual Perinatal Symposium, San Diego, CA October 11, 2013.

100. "Excited Delirium Syndrome: TASERS, Restraints, and Sudden Death" – UCSD Department of Emergency Medicine Grand Rounds, San Diego, CA November 11, 2013.

COP_BM002129

101. "Excited Delirium Syndrome" – Annual Update on Behavioral Emergencies Conference. Orlando, Florida; December 12, 2013.

102. "The importance of CT on the initial evaluation of a trauma patient: ABC or AB-CT ?" – Primero Simposium Internacional BNH con UCSD Celebrado en Los Cabos. Los Cabos, Mexico; December 7, 2013.

103. "Management of Head Trauma" –Emergency Medicine Update Conference. Puerto Vallarta, Mexico; December 18, 2013.

104. "Updates in Cardiac Arrest: The ROC Trials" – Emergency Medicine Update Conference. Puerto Vallarta, Mexico; December 18, 2013.

105. "Pulmonary Embolism: Evaluation and Treatment"- 25th Annual Mexico Emergency Medicine Congress. Acapulco, Mexico; February 20, 2014.

106. "Management of Head Trauma" –Emergency Medicine Update Conference. Puerto Vallarta, Mexico; March 5, 2014.

107. "Updates in Cardiac Arrest: The ROC Trials" – Emergency Medicine Update Conference. Puerto Vallarta, Mexico; March 5, 2015.

108. "Management of Burns" –Trauma Update Conference. Puerto Vallarta, Mexico; April 3, 2014.

109. "Management of Head Trauma" –Trauma Update Conference. Puerto Vallarta, Mexico; April 3, 2014.

110. "Cuffs, Chains and Chairs" – Restraint and In-Custody Death Conference by the Institute for the Prevention of In-Custody Deaths, Inc. Las Vegas, Nevada; April 24, 2014.

111. "Management of Burns" –Trauma Update Conference. Los Cabos, Mexico; June 5, 2014.

112. "Management of Head Trauma" - Primera Feria Annual de la Salud. Guadalajara, Mexico; July 18, 2014

113. "Management of Burns" - Primera Feria Annual de la Salud. Guadalajara, Mexico; July 18, 2014.

114. "Updates in Cardiac Arrest: The ROC Trials" – Primera Feria Annual de la Salud. Guadalajara, Mexico; July 18, 2014.

115. "Pulmonary Embolism: Evaluation and Treatment"- Primera Feria Annual de la Salud. Guadalajara, Mexico; July 18, 2014.

116. "Risk Management and Minimizing Malpractice Exposure" – UCSD Department of Anesthesia Pain Service Grand Rounds, San Diego, CA September 24, 2014.

COP_BM002130

117. "The ABCs of CPR" –Huatulco Resuscitation Conference.  Huatulco, Mexico; October 2, 2014.

118. "Risk Management and Minimizing Malpractice Exposure" – UCSD Division of Gastroenterology Grand Rounds, San Diego, CA October 16, 2014.

119. "Identification and Treatment of Excited Delirium Syndrome" - Annual Update on Behavioral Emergencies Conference. Scottsdale, Arizona; December 11, 2014.

120. "Autopsy of an In-Custody Death" – Defense Research Institute Annual Conference, San Diego, CA January 30, 2015.

121. "TASERS:  The shocking truth"- 26th Annual Mexico Emergency Medicine Congress. Mazatlan, Mexico; February 5, 2015.

122. "Resuscitation Update:  CPR, Hypothermia and new devices" - 26th Annual Mexico Emergency Medicine Congress. Mazatlan, Mexico; February 5, 2015.

123. "Management of Head Trauma" - Segundo Feria Annual de la Salud.  Guadalajara, Mexico; May 22, 2015.

124. "Updates in Cardiac Arrest:  The ROC Trials" – Segundo Feria Annual de la Salud. Guadalajara, Mexico; May 22, 2015.

125. "Pulmonary Embolism: Evaluation and Treatment"- Segundo Feria Annual de la Salud. Guadalajara, Mexico; May 22, 2015.

126. "Resuscitation Update:  CPR, Hypothermia and new devices" – Altitude and Travel Medicine Symposium. Cusco, Peru; August 21, 2015.

127. "Approaches to Stabilization, Transfer and Disposition of Tourist with Multiple Trauma – Altitude and Travel Medicine Symposium. Cusco, Peru; August 21, 2015.

128. "Risk Management and Minimizing Malpractice Exposure" – UCSD Department of Orthopedics Grand Rounds, San Diego, CA December 2, 2015.

129. "Ketamine and EMS" – Annual Update on Behavioral Emergencies Conference.  Las Vegas, Nevada; December 3, 2015.

130. "Pulmonary Embolism: Evaluation and Treatment"- 27th Annual Mexico Emergency Medicine Congress. Puerto Vallarta, Mexico; February 4, 2016.

131. "The importance of CT on the initial evaluation of a trauma patient: ABC or AB-CT ?" – 27th Annual Mexico Emergency Medicine Congress. Puerto Vallarta, Mexico; February 4, 2016.

COP_BM002131

132. "Risk Management and Minimizing Malpractice Exposure" – UCSD Department of Dermatology Grand Rounds, San Diego, CA February 11, 2016.

133. "Remembering the Provider" – Southern California Association of Health Risk Managers, Palm Desert, CA May 4, 2016.

134. "The ABCs of CPR" –San Miguel Health Fair.  San Miguel, Mexico; July 15, 2016.

**COP_BM002132**

**EXHIBIT 15**

**EXHIBIT 15**



# City of Phoenix

**To:** Joseph G. Yahner
Police Chief

**Date:** August 20, 2015

**From:** Use Of Force Review Board

**Subject:** USE OF FORCE INCIDENT REVIEW RESULTS – PSB14-0134

EMPLOYEES INVOLVED: Officer Celina Gonzales #7736 (900)
Officer William Weber #9379 (900)
Officer Joel Zemaitis #9085 (900)
Officer Matthew Johnson #8919 (500)

The use of force incident occurred on October 6, 2014, at 9:11 p.m. at 6517 N. 28th Glenn.

The Use of Force Review Board met on Wednesday, August 19, 2015, at 2:00 p.m. in the 1st Floor Conference Room at 620 W. Washington. The Board consisted of Chairperson/Assistant Chief Sandra T. Renteria, Commander Anthony Vasquez, Officer Kevin Ham, Ms. Florence Simcoe, Ms. Ginnie Ann Sumner, and Mr. Ronald Tweedy.

After careful consideration of the presentation given by the investigating supervisor from the Professional Standards Bureau and statements from the officers involved, the Board recommends that this use of force be designated as in accordance with the Department's policy.

Sandra T. Renteria, Assistant Police Chief
Use of Force Review Board Chairperson

A4837\ooa\l:\Use of Force\2015 In Policy\PSB14-0134 Gonzales_Weber_Zemaitis_Johnson.doc

cc: Assistant Chief Harry Markley (CHF)
Commander Kevin Robinson (900)
Commander Jeff Alexander (500)
Sergeant Ben Kartchner (PSB)
Officer Celina Gonzales (900)
Officer William Weber (900)
Officer Joel Zemaitis (900)
Officer Matthew Johnson (500)
Officer Tim Duffy (PSB)

ok.

COP_BM000120

**EXHIBIT 16**

**EXHIBIT 16**

MBEGBU vs.  CITY OF PHOENIX, *ET AL.*


SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA


CASE No. CV-2015-011529


EXPERT WITNESS RULE-26 REPORT

BY

DEFENSE EXPERT GREG MEYER

November 17, 2016

COP_BM002171

## Opinion No. 8

**Officers Gonzales, Johnson, Zemaitis and Weber received several use-of-force training classes within two years prior to this incident.**

All Arizona peace officers, including PPD officers, attend a 585-hour basic academy training, and must pass a series of physical and written tests as well as scenario-based proficiency tests in order to become certified as peace officers. In addition, Arizona POST mandates specific in-service training requirements so that officers maintain proficiency on a variety of subjects, including tactics.

The officers' training records indicate that they attended the following use-of-force related training classes within two years prior to this incident:

Officer Gonzales
| | |
|---|---|
| 10-08-12 | Mental illness videos (3) |
| 11-09-12 | AOT firearms training; stunbag shotgun recertification |
| 04-13-13 | Advanced Officer Training; AOT firearms training; stunbag shotgun recertification |
| 08-30-13 | TASER X2 operator |

Officer Johnson
| | |
|---|---|
| 10-08-12 | Mental illness videos (3) |
| 11-09-12 | AOT firearms training; stunbag shotgun recertification |
| 04-13-13 | Advanced Officer Training; AOT firearms training; stunbag shotgun recertification |
| 05-04-13 | TASER X2 operator |

Officer Zemaitis
| | |
|---|---|
| 04-13-13 | Advanced Officer Training; AOT firearms training; stunbag shotgun recertification |
| 05-04-13 | TASER X2 operator |
| 09-15-14 | Stunbag shotgun recertification |

Officer Weber
| | |
|---|---|
| 10-17-12 | AOT firearms training; stunbag shotgun recertification |
| 04-13-13 | AOT firearms training; stunbag shotgun recertification |
| 05-04-13 | TASER X2 operator |

## Opinion No. 9

**It is important for officers to attempt to quickly gain compliance and control and to restrain resisting subjects.**

The quick compliance, control and restraint of a resisting subject is important for the safety of the officers and the subject. Prolonged struggles tend to result in more injuries to officers and suspects. When noncompliant/resisting subjects are not quickly controlled and restrained, the situation tends to become more dangerous for the subject and the officers who may be hurt if the altercation escalates. In this case, Mbegbu assaulted an officer and was to be arrested for it. He violently resisted arrest. For all of these reasons, it was essential to quickly overwhelm the subject, subdue him, and control him.

## Opinion No. 10:

**Domestic violence calls present police officers with significant dangers and sensitivities, and police are required by law to take such calls seriously, and to make arrests when there is probable cause.**

Nationwide in 2008, the Federal Bureau of Investigation (FBI) reported in its annual Law Enforcement Officers Killed and Assaulted (LEOKA) report that 58,792 officers were assaulted while performing their duties. The largest percentage (32 percent) were assaulted while responding to "disturbance calls," which includes family disputes among other types of disturbances.[41]

Also, I am aware of two 9th Circuit Court of Appeals rulings in domestic violence cases that provide that the equal-protection requirements of the United States Constitution require police officers to respond appropriately to such calls and take them seriously.[42]

I am also aware of another 9th Circuit ruling discusses the dangers officers face when responding to domestic violence calls.

> We have observed that "[t]he volatility of situations involving domestic violence" makes them particularly dangerous. United States v. Martinez, 406 F.3d 1160, 1164 (9th Cir.2005). "When officers respond to a domestic abuse call, they understand that violence may be lurking and explode with little warning. Indeed, more officers are killed or injured on domestic violence calls than on any other type of call." Id. (internal quotation marks and citation omitted). We have also "recognized that the exigencies of domestic abuse cases present dangers that, in an appropriate case, may override considerations of privacy." United States v. Black, 482 F.3d 1035, 1040 (9th Cir.2007) (internal quotation marks omitted).[43]

## Opinion No. 11:

**TASER is a generally effective, generally safer alternative to other types of force.**

There is a plethora of documentation in the form of court decisions and research studies that show that TASER produces fewer and less severe injuries to subjects and officers, compared to conventional tools and tactics, especially when dealing with a determined, resisting subject as was the case in this incident.

One of those studies is my own master's thesis, an internationally recognized study (**attached as EXHIBIT NO. 1**) that shows that TASER deployment on a resisting suspect typically results in fewer and less severe injuries to officers and suspects, compared to other nonlethal police tools and tactics (including batons, kicks, punches, flashlights, the "swarm" technique, and miscellaneous bodily force such as ground-fighting, grappling, tackling, and other hands-on tactics).

A major National Institute of Justice (NIJ) funded TASER safety study included six law enforcement agencies across the United States and was completed in October 2007. A tactical physician at each participating agency reviewed police and medical records after each successful application of a Taser. The study was reported in "Safety and Injury Profile of Conducted Electrical Weapons Used by Law Enforcement Officers

---

[41] From http://www.fbi.gov/ucr/killed/2008/summary_leoka.html
[42] *Navarro v. Block*, 72 F.3d 712 (9th Cir. 1995); and *Balistreri v. Pacifica Police Dept.*, 901 F.2d 696 (9th Cir. 1990)
[43] *Mattos v. Agarano*, 661 F.3d 433, 450 (9th Cir.2011) (*en banc*)

## EXHIBITS

1. "Nonlethal Weapons vs. Conventional Police Tactics: The Los Angeles Police Department Experience," by Greg Meyer (California State University, Los Angeles, 1991)

2.  "Safety and Injury Profile of Conducted Electrical Weapons Used by Law Enforcement Officers Against Criminal Suspects," Bozeman, et al., Annals of Emergency Medicine (poster)

3. "The impact of conducted energy devices and other types of force and resistance on officer and suspect injuries," article, by Smith, Kaminski, Rojek, Alpert and Mathis, "Policing: An International Journal of Police Strategies &Management, Vol. 30, No. 3, 2007, ppg. 423-446

4.  Greg Meyer's *curriculum vitae*


## EXPERT QUALIFICATIONS, PUBLICATIONS, AND OTHER CASES

My *curriculum vitae* is attached to this report (**see EXHIBIT NO. 4**). It documents the relevant publications that I have authored during the past 10 years, and it lists the relevant cases in which I have testified at trial or deposition during the past 4 years.

During my service as a police officer, detective, sergeant, lieutenant, and captain, I have personally been present at dozens of incidents featuring persons in bizarre, agitated states due to stimulant drugs, disabilities and/or mental illness. In dozens of these incidents, I was personally involved in controlling or attempting to control such persons. In other incidents, I personally observed the incidents as they unfolded and other personnel were engaged in the control efforts. I have seen the injury outcomes from these incidents, and I have studied and published on the subject of injury outcomes for use of force incidents. Many of the incidents I participated in, observed, or studied featured use of TASERs. I have personally used TASERs or watched and/or directed others to use TASERs. To further my knowledge, education and training, I have personally attended many law enforcement seminars (featuring emergency room doctors, medical examiners, and medical researchers) that lectured on the subject of people in bizarre, agitated states and issues of how to control and restrain them.

I am a consultant and expert witness who specializes in police procedures, including use of force, including TASERs. I have more than 37 years of experience with various TASER devices and other nonlethal weapons devices (including shooting or deploying them) in my official law enforcement capacity and my consulting capacity, including research, static testing, field testing, actual field usages, designing and revising lesson plans for users and instructors, training users, training instructors, writing published articles, lecturing on this subject, conducting demonstrations (including voluntary exposures) for political officials and the media, and experiencing the TASER effects. I have both supervised and adjudicated internal investigations of TASER usage incidents. In my capacity as a commanding officer at the Los Angeles Police Academy, I observed and participated in TASER training including TASER exposures conducted by instructors who worked for me. I have

personally been exposed to a TASER device approximately eight times over the past 36 years, including being exposed to early TASERs in the 1980's and 1990's; and an ADVANCED TASER M-26 at an instructor course at the Los Angeles Sheriff's Academy (2001) and at an instructor course at the Alhambra (CA) Police Department (2003); and with the TASER X26 at an instructor course at the Los Angeles Police Academy (2005); and at an instructor course at TASER International headquarters (2009). I most recently attended a TASER training course (featuring lecture and demonstrations including voluntary human exposures) in August 2012 taught to California Department of Justice personnel by Advanced Officer Training Course experts of the California Highway Patrol.

I have been a consultant and expert witness on police use of force issues for more than 26 years. I have participated as an expert witness or consultant in more than 260 criminal and civil actions in federal and state courts. More than 100 of those cases have involved TASERs or various other "stun-guns" that use the TASER technology.

Other qualifications are listed in my c.v.

## COMPENSATION

My fee for work including document review, research, meetings, and reports is $375 per hour after a $5,000 retainer for the first eight hours.

My fee for deposition is $1,500 for up to four hours; $3,000 for up to eight hours, payable in advance. Any related travel fee ($1,000 for travel outside California; $100 per hour for travel inside California) plus a good-faith estimate of travel expenses are also payable in advance.

My fee for court appearances is $3,000 per day.

> I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

> Executed on November 17, 2016 at Glendale, California.

> Greg Meyer

**GREG MEYER**
_____

*CURRICULUM VITAE*

**NAME:**  **Greg Meyer**

**LOCATION:**  Los Angeles, CA

**CONTACTS:**  Office:  (818) 956-1303
Cell:  (562) 715-7497

E-Mail: *gregmeyer@earthlink.net*

**BIRTH:**  1948 - Culver City (Los Angeles), CA

**EDUCATION:**  **M.S. - Public Administration, Cal State Los Angeles** (1991)
Master's Thesis: "Nonlethal Weapons vs. Conventional Police Tactics:
The Los Angeles Police Department Experience"

**B.A. - Journalism, Cal State Long Beach** (1979)

**A.A. - Journalism, Los Angeles Pierce College** (1974)

**CERTIFICATES & LICENSES:**  **Certified Force Science Analyst**
Force Science Institute (2009 - present)

**Certified Litigation Specialist**
Americans for Effective Law Enforcement (2003 – present)

**Certified instructor, TASER X-26** (2005, 2009)

**Certified instructor, TASER M-26 Instructor** (2001, 2003, 2005, 2009)

**Certified instructor, Tasertron** (various TASER devices, 1992 – 1999)

**Teaching Credential (Police Science)**
State of California (1981 - Lifetime)

**California Peace Officer Standards and Training (P.O.S.T.)**
(Basic, Intermediate, Advanced, Supervisory, Management Certificates)

**EMPLOYMENT:**  **Police Tactics and Procedures Consultant**
(Author, Lecturer, Consultant, Expert Witness) - self-employed
(1989 - present)

**Los Angeles Police Department (1976 – 2006)**
Officer, Detective, Sergeant, Lieutenant, Captain, including assignments
in patrol, detectives, vice, traffic, planning and research, tactical
planning, administration, and training.  Retired from active service 5-31-

06.  Field Reserve Officer (1976-77); Reserve Officer (2006-2012); Specialist Volunteer, LAPD Training Group (2013 – present).

**Long Beach Police Department**, Patrol Officer (1977-78)

**McDonald's Corporation**, Restaurant Manager, Training Coordinator (1972-76)

ASSOCIATIONS:   **Force Science Research Center (FSRC)**
National Advisory Board member (2006 - present)
Certified Force Science Analyst (2009 - present)

**Police Executive Research Forum (PERF)**
Associate Member (2005 – present); advisor, PERF's Center for Force and Accountability (2005 – 2007); panel member for development of Conducted Energy Device guidelines (2005 and 2010); attended annual meetings (2004, 2005, 2006, 2012); attended special meeting re Body Worn Cameras (2013)

**Peace Officers Association of Los Angeles County (POALAC)**
Training Seminars Committee chair (2003 - 2011); Board of Directors (2004 – present); member (1981 - present)

**Americans for Effective Law Enforcement (AELE)**
Certified Litigation Specialist (2003 – present); Academic Committee member for AELE's Certified Litigation Specialist program (2002 – present); Chairman, Association of Certified Litigation Specialists (2011-2013); Monthly Law Journal l review panelist (2009 - present); seminar instructor for "Critical Incident Response: Management and Legal Liability" seminar (2002-2005); seminar instructor for "Lethal and Less-Lethal Force" seminar (2006-2013); seminar instructor for "Management, Oversight and Monitoring of Use of Force" (2013)

**American Society for Law Enforcement Training (ASLET)**
Vice Chair (2003-2004); Treasurer (2001-2003); Executive Board (2001-2004); seminar instructor (1994 - 2004); master of ceremonies for annual seminar opening ceremonies in Anchorage, Ontario (CA), and St. Louis (2002-2004)

**International Association of Chiefs of Police (IACP)**
Co-author of Electronic Control Weapons model policy revision (2010); Project Advisor, "Electro-Muscular Disruption Technology: A Nine Step Strategy for Effective Deployment" (published April 2005); IACP member (1993 - present); attended IACP Annual Conference (2004, 2005, 2006)

**PoliceOne.com**
Featured columnist (2006 - present)

**Los Angeles Police Command Officers Association**
Member (1998 - 2006)

**POLICE Magazine**
Advisory Board Member and article contributor (1997 - present)

**California Association of Force Instructors (CAFI)**
Presenter and Associate Member (1994 – 2000)

**Public Administration Advisory Committee**
California State University, Los Angeles (1993 - 1998)

**Pi Sigma Alpha** public administration honor society (1990)

**California Homicide Investigators Association**
Past Member

**California Peace Officers Association (CPOA)**
Member (1980 - life member)

**Century Club, West Valley Family YMCA**
Member (1974 - 2006)

**President's Club, Los Angeles Metropolitan YMCA**
Member (1976 – present)

**Chairman's Round Table, West Valley Family YMCA**
Member (2007 – present)

**MILITARY:**    **United States Army Security Agency** (1968-72)
Top Secret/Cryptographic security clearance; Radio Traffic Analyst, Airborne Radio Direction Finding Specialist and German Linguist; duty stations included Pleiku and Nha Trang, Vietnam (1969-1970); and Bad Aibling, West Germany (1970 – 1972)

**COMMUNITY SERVICE:**    **Los Angeles Metropolitan YMCA**
Member, Steering Committee, Board of Governors (2016 – present)

**Mid-Valley YMCA** (San Fernando Valley, CA)
Chairman, Board of Managers (2014 – present)

**Tri-Valley YMCA** (San Fernando Valley, CA)
Chairman, Board of Managers (2012 – 2014); (a combination of three YMCA branches under one management/leadership team)

**Los Angeles Police Museum**
Chairman of the Board of Directors (1992-1995; 2007-2010); Vice Chairman (2014); Director (1989-2014); on-camera interview for "The History Channel" program on the 1997 North Hollywood Bank Robbery Shootout (2008); Co-Chair, Capital Development Campaign (2000-2001); Producer, Annual Jack Webb Awards Night (1996, 1999, 2012); Co-producer, Jack Webb Awards Night (1997, 1998, 2001, 2004)

**Valley Traffic Advisory Council** (San Fernando Valley, CA)
Founder (2001); Advisor (2001-2004); Director (2007- 2009); Honorary Member (2009 - present)

**West Valley Family YMCA** (Reseda, CA)
Member, Board of Managers (2011 - 2012); Leadership reunion organizer (2010); Keynote speaker, annual campaign kickoff dinner (2008 & 2009); Chairman's Round Table (2007-present); President's Club (1974-present);Century Club (1974 – 2006); Board of Managers (1973-76); Camp Committee Chairman (1974)

**HONORS & AWARDS:**

**Flip Smith "Pillar of the Community Award"** (2015) as chairman of the Mid Valley Family YMCA

**"Mid-Valley YMCA Golden Triangle Award for Outstanding Service"** (2014)

**"Lifetime Achievement Award"** (2012); **"Member of the Year"** (2006) Peace Officers Association of Los Angeles County (POALAC)

**LAPD Management Achievement Award Nominee**, for leadership accomplishments as a division commanding officer (2001)

**"Volunteer of the Year"** Los Angeles Police Historical Society (2000)

**LAPD Management Achievement Award Nominee**, for leadership of Wilshire Area's "Predators to Prison" Program (1996)

**Defensive Tactics Newsletter's Leadership Award** to recognize commitment and contributions to research in training & tactics (1994)

**Medallion Recipient**, National Philanthropy Day in Los Angeles for activities with the Los Angeles Police Historical Society (1992)

**LAPD's Hollywood Detective of the Year** (1983)

**Soldier of the Quarter**, U.S. Army Field Station Bad Aibling, Germany (1971)

**Army Commendation Medal**, Vietnam (1969-1970)

**LAPD PROFESSIONAL ACTIVITIES:**

* **Member, Tactics Training Review Committee**, a work group that creates and updates LAPD Use of Force Tactics Directives for the Chief of Police; monthly meetings (2013 – present)

* **Leader, LAPD Use-of-Force "Best Practices" Strategic Planning Work Group**, direction and coordination of internal subcommittees and outside consultants examining policy, training, equipment, tactics, post-incident review processes; directed LAPD's TASER Model X-26 field test; LAPD media resource on these issues (2005-2006)

* **Leader, LAPD Use-of-Force "Best Practices" Strategic Planning Work Group** (2005 – 2006) (turned over the leadership role upon retiring from LAPD in May 2006, continued as work group member); recognized by the Los Angeles Board of Police Commissioners during its adoption of a revised LAPD use-of-force policy resulting from a four-year project (2009)

* **Member, Professional Advisory Committee,** a work group focusing on police improvement training issues, coordinated by the LAPD Director of Police Training and Education, LAPD Academy (2009 - present)

* **Demonstrated TASER-Cam device for the Chief of Police** (2007)

* **Presenter, LAPD Chief of Police and United States Military Delegation from Baghdad, Iraq,** on crime and traffic issues, Los Angeles (August 2006)

* **Participant, National Institute of Justice Conference**, featuring nonlethal weapons session and force-options simulator technology session, Washington, DC (July 2006)

* **Participant, Police Executive Research Forum (PERF)** focus group on officer safety issues, Washington, DC (May 2006)

* **Participant, Police Executive Research Forum (PERF)** Annual Meeting, focused on law enforcement "best practices," San Francisco (April 2006)

* **Presenter, TREXPO-West** on TASERs and Excited Delirium (March 2006)

* **Presenter, LAPD In-Service Training Section Training Day** on TASERs and Excited Delirium (March 2006)

* **Presenter, LAPD Chief of Police press conference**, to announce LAPD's field test of TASER Model X-26 (February 2006)

\*   **Presenter, Institute for Law Enforcement Administration (ILEA**)
    national summit on use of force, Plano, TX (January 2006)

\*   **Presenter, TASER  Executive Course** for law enforcement leaders, risk
    managers, and legal staff, Scottsdale (December 2005)

\*   **Participant, Police Executive Research Forum (PERF)** conference on
    handling the mentally ill and use of force, San Diego (December 2005)

\*   **Member, California Peace Officer Standards and Training
    Commission (POST) committee** to create a statewide standardized
    lesson plan for TASER instructor certification, Sacramento (2005)

\*   **Coordinator, Use of Force Training** for LAPD Commissioners (2005)

\*   **Presenter, Performance Institute's 2005 Use of Force Summit**,
    Arlington VA  (November 2005)

\*   **Participant¸ Police Executive Research Forum (PERF**) conference on
    TASER policy development, Houston (October, 2005)

\*   **Participant, International Association of Chiefs of Police (IACP)**
    annual conference, numerous use of force seminars, Miami (September
    2005)

\*   **Participant, Canadian Officer Safety Conference**, Victoria BC
    (September 2005)

\*   **Participant, Force Science Research Center (FSRC**) seminar on
    biomechanics of officer-involved shooting incidents, "Winning Extreme
    Encounters from Street to Court," Seattle (June 2005)

\*   **Advisor, Police Executive Research Forum (PERF) Center for Force
    and Accountability** (June 2005 – present)

\*   **Participant, Police Executive Research Forum (PERF) Annual
    Meeting**, focused on international police use of force issues and "best
    practices," New York City (April 2005)

\*   **Creator, multi-agency custody-death research work group** to inspire
    the US Surgeon General to involve the medical research community in this
    persistent law enforcement problem (April 2005)

\*   **Project Advisor, International Association of Chiefs of Police
    (IACP) publication, "Electro-Muscular Disruption Technology: A
    Nine Step Strategy for Effective Deployment**" (published April 2005)

* **Participant, US Department of Justice Symposium on Less-Lethal Weapons Technology**, including workshop interaction with international law enforcement and military chiefs and trainers, Arlington, VA        (April 2005)

* **Coordinator**, **Chief of Police-directed review of LAPD use-of-force policies and procedures** by eight nationally renowned use-of-force experts (March 2005)

* **Participant, International Association of Chiefs of Police (IACP**) **annual conference**, attended numerous use of force seminars, Los Angeles (November 2004)

* **Participant, LAPD Chief of Police "72-hour Briefings" following officer-involved shootings and other major incidents** (2004-2006)

* **Advisor**, **William H. Parker Foundation** (2004-2006)

* **Guest lecturer on police traffic safety and management issues, Pepperdine University's School of Public Policy**, graduate seminar (2004)

* **Chairman,** *ad hoc* **committee to improve traffic collision reporting efficiency** (2003-2004)

* **Member**, **Los Angeles City Councilman Jack Weiss' Advisory Commission** (2002 – 2004)

* **First-level adjudicator as the commanding officer for hundreds of disciplinary cases** involving public and internal personnel complaints; directed these investigations (1998 – 2006)

* **Presenter of facts, findings and recommendations to the Use of Force Review Board** for officer-involved shootings and other significant use of force incidents (1999 – 2006)

* **Board member, Police Sergeant selection process** (2001)

* **Participant, Law Enforcement Ethics Symposium presented by the FBI** (2001)

* **Reviewer, Police Lieutenant civil service examination** (2001)

* **Assistant Chair, Area Integrity Plan Development Committee** (2000)

\*   **Member, Board of Inquiry** to examine the suitability of particular officers to be promoted to the rank of detective and sergeant (1999 - present)

\*   **Guest speaker, International Traffic Conference,** Madrid, Spain (2000)

\*   **Participant, California Office of Traffic Safety's annual conference**, San Diego (2000)

\*   **Chairman of the LAPD Board of Rights**, a *de novo* disciplinary hearing for a Los Angeles Police Department captain accused of "neglect of duty" in the Department's "Rampart corruption scandal" (2000)

\*   **Master of ceremonies, Valley Traffic Safety Summit** (2000-2004)

\*   **Member, LAPD Informant Policy and Procedures Review Committee** (2000)

\*   **Panelist, West San Fernando Valley Traffic Summit**, a seminar for community activists, elected officials, and various government agencies pertaining to improving traffic safety (2000)

\*   **Guest speaker, California Assembly Speaker Robert Hertzberg's Public Safety Advisory Committee**, and his Families and Community Advisory Committee, on the subjects of traffic safety and the Rampart corruption probe (1999-2000)

\*   **Civil service interview and personnel-package-review panelist** for the sergeant's exam process (1999)

\*   **Member, Board of Inquiry committee** to examine command accountability for reviews of nondeadly force, vehicle pursuits, and fleet safety issues pertaining to policy, training and practices of the                Los Angeles Police Department (1999)

\*   **Commissioner, San Fernando Valley Public Safety Advisory Commission** convened by California State Assembly Speaker Bob Hertzberg (1999 – 2003)

\*   **Member, Traffic Strategic Committee of the Los Angeles Police Department**, to develop and recommend improvements to the Department's efforts to reduce traffic collisions through education, engineering and enforcement (1999 –2001)

\*   **Member, Detective Strategy Committee of the Los Angeles Police Department**, to develop and recommend improvements to the

Department's efforts to produce high-quality criminal investigations (1998-1999)

* **Member, Short-Term Strategy Committee on Juvenile Issues of the Los Angeles Police Department**, to develop and recommend improvements to the Department's efforts to produce high quality processes involving juveniles (1998-1999)

* **Chairman or Member, numerous Boards of Rights tribunals** to adjudicate disciplinary matters within the Los Angeles Police Department (1998 – 2006)

* **Chairman or Member, numerous Advanced Paygrade Selection Interview Panels** for Lieutenant II and Detective III (1998 – 2005)

* **LAPD—West Point Leadership Course instructional cadre member** (1997 - 2005)

* **Leadership Course instructor** for watch commanders, sergeants, and field training officers, Los Angeles Police Academy (1995 - 1997)

* **Use-of-Force Review Coordinator**, LAPD Wilshire Area (1993 - 1994)

* **Advisor, Use-of-Force Management Information System Task Force** (1994)

* **Chairman or Member, numerous Advanced Paygrade Selection Interview Panels** for Sergeant II, Detective III, Detective II, and Police Officer III (Field Training Officers and Detective Trainees (1993 –1998)

* **Member, LAPD Tactics Training Review Committee** (1990 – 1993, 2004 – 2006, and 2013 - present)

* **Rodney King case**: Provided expert consultation on use-of-force issues to the criminal and internal investigators (1991), state case prosecutors (1991-92), City Attorney and administrative defense representatives (1991-1994), U.S. Attorney and Federal Bureau of Investigation (1992); memo to federal judge re use of force policy/training history (1993).

* **Reviewed and analyzed use-of-force and officer-involved shooting reports** for the Commanding Officer, Operations-Headquarters Bureau (1991-93)

* **Conducted a special investigation of a command officer at the direction of the Chief of Police** (1987)

\*   **Authored "The Watch Commander's Guide for Control of Disasters and Other Emergencies"** (1982)

\*   **Developed nonlethal weapons policy &training material** (1980-81)

\*   **Trained 67 instructor/divisional coordinators and three tactics supervisors** on the TASER device, LAPD Academy (1981)

\*   **Researched and/or tested thirteen nonlethal weapons** at Planning and Research Division (1979-80)

\*   **Staffed the LAPD Ad Hoc Committee on Nonlethal Weapons** and created the Nonlethal Control Device Incident Report, later adapted as LAPD's Use of Force Report (1980)

\*   **Conducted demonstrations of nonlethal weapons** for the Mayor of Los Angeles, the Los Angeles Board of Police Commissioners, and the media (1980)

\*   **Member/staffer, LAPD's Human Resources Development Committee** (1980-81)

**SPECIALIZED
TRAINING
RECEIVED:**

\*   **Force Science Institute,** update seminar re officer safety tactics, contact-cover, reaction time issues, edged weapon distance, officer and subject movement speeds (4 hours) (2016)

\*   **Field Encounters with the Mentally Ill, Peace Officers Association of Los Angeles County (POALAC)** (8 hours) (2014)

\*   **Managing, Oversight and Monitoring of Use of Force, Americans for Effective Law Enforcement's (AELE)** (3 days, Las Vegas) (2013)

\*   **Institute for Prevention of In-Custody Death (IPICD)** annual seminar (3 days, Las Vegas) (annually 2006-2013)

\*   **Officer-Involved Shooting Investigation Course, Los Angeles Police Department** (3 days, Los Angeles, 2009)

\*   **Force Science Analyst Certification Course, Force Science Institute** (5 days, San Jose, 2009)

# GREG MEYER

_____

*       **Lethal and Less-Lethal Use of Force Seminar, Americans for Effective Law Enforcement (AELE)** (3 days, annually or twice per year from 2002-2013)

*       **Public Safety Discipline and Internal Affairs Course, Americans for Effective Law Enforcement (AELE)** (3 days, 2005, 2009, 2014)

*       **Training on California Highway Patrol (CHP) Mobile Video Audio Recording System (MVARS)** presented by CHP staff at the California Department of Justice (Los Angeles office) (February 2013)

*       **Training on TASER X-2 and X26,** presented by Advanced Officer Safety Training staff of the California Highway Patrol (CHP) at the California Department of Justice (Los Angeles office) (August 2012)

*       **Jail and Prison Legal Issues, Americans for Effective Law Enforcement's (AELE)** (3 days, Las Vegas) (2005, 2011)

*       **SWAT Debrief: The Death of LAPD SWAT Officer Randy Simmons** (3 hours, Pleasanton, CA, by instructor Mike Odle, 2011)

*       **Earthquake Management Course, California Specialized Training Institute** (5 days, San Luis Obispo, 1981)

*       **Civil Disorders Management Course, California Specialized Training Institute** (5 days, San Luis Obispo, 1982)

*       **Basic Detective School, LAPD** (15 days, 1982)

*       **Supervisory Development Course, LAPD** (20 days, 1983)

*       **Juvenile Procedures School, LAPD** (3 days, 1983)

*       **Vice School, LAPD** (5 days, 1986)

*       **Supervisory Press Relations Training, LAPD** (1 day, 1988)

*       **Homicide School, LAPD** (5 days, 1991)

*       **Watch Commander School, LAPD** (5 days, 1993)

*       **Effective Leadership Course, LAPD Wilshire Area** (1994)

*       **P.O.S.T. Management Course** (10 days, 1993)

\*     **LAPD--West Point Leadership and Command Program** (24 days, 1996)

\*     **LAPD Command Development Course** (24 days, 1998-1999)

\*     **Street Survival Seminar**, Calibre Press (3 days, Honolulu (1999)

\*     **"Leadership in the 21st Century,"** presented by the University of California at Los Angeles, the University of Southern California, Pepperdine University, and Claremont University (12 days, 1999 – 2003)

\*     **"Suicide By Cop – Revisited,"** sponsored by the Peace Officers Association of Los Angeles County (1 day, 2000)

\*     **Live-fire weapons, dynamic building entry, and drug-lab investigations**, by the Drug Enforcement Administration (DEA), 4 hours (shooting M4, M4A1, HK53, AR15), Los Angeles (1 day, 2007)

**NON-LAPD EXPERT ACTIVITIES:**     Presented multi-media lectures on use-of-force policy, training, equipment, tactics, ethics, and risk-management processes to:

\*     **RLS Seminar, "Protecting Cops in the 21st Century,"** presenter on the PERF 30 Guiding Principles for Use of Force to attorneys and police representation unit officials (San Jose, October 2016)

\*     **Use of Force Summit, "Policy, Implementation, and Training in a Changing World,"** presenter on nonlethal weapons policy and training issues; and critique of the PERF 30 Guiding Principles; also acted as master-of-ceremonies for the two-day event (Coral Gables, FL, September 2016)

\*     **Special Assistant to the Attorney General, California Department of Justice; and deputy to Los Angeles County Supervisor Hilda Solis**, focus on policy, training, equipment, tactics (July 2016)

\*     **Department of Homeland Security HQ, Office of Civil Rights and Civil Liberties**, focus on policy, training, equipment, tactics, case studies of DHS component agency complaints (Washington DC, May 2016)

\*     **Peace Officers Association of Los Angeles County (POALAC)**, producer and presenter, LEOKA (Law Enforcement Officers Killed and Assaulted) and use of force seminar, video and body-cam issues, and TASERs  (110 participants) (March 2016)

* **Harvard-Westlake school, criminal justice seminar**, discussed police use of force issues with students of attorney Laurie Levenson (8 participants) (March 2016)

* **Office of the District Attorney, Los Angeles County**, use of force presentation for deputy district attorneys and local law enforcement, focused on video evidence (including body cameras), use of force basics, and nonlethal weapons ( 500 participants) (November 2015)

* **Office of the Public Defender, Los Angeles County**, use of force presentation focused on video evidence (including body cameras), use of force basics, and nonlethal weapons (60 participants) (September 2015)

* **Peace Officers Association of Los Angeles County (POALAC)**, producer and presenter, use of force seminar, focusing on Force Science issues, video and body-cam issues, and TASERs, POST-certified (55 participants) (April 2015)

* **Peace Officers Association of Los Angeles County (POALAC)**, producer and presenter, "Video Evidence Issues" seminar (October 2014)

* **Peace Officers Association of Los Angeles County (POALAC)**, producer and presenter use of force seminar, focusing on Force Science issues, video and body-cam issues, and TASERs, POST-certified (50 participants) (April 2014)

* **Americans for Effective Law Enforcement's (AELE) Annual Lethal and Less-Lethal Weapons seminar,** Las Vegas, focused on Force Science issues (95 participants) (October 2013)

* **Lorman seminar for plaintiff and defense attorneys and law enforcement management, "Police Liability in California,"** focused on TASER issues and Force Science issues, Santa Ana (CA) (10 participants) (June 2013)

* **Lorman seminar for plaintiff and defense attorneys and law enforcement management, "Police Liability in California,"** focused on TASER issues and Force Science issues, Pasadena (CA) (25 participants) (June 2013)

* **Americans for Effective Law Enforcement's (AELE) Managing, Oversight and Monitoring of Use of Force,** Las Vegas, focused on TASER issues (135 participants) (April 2013)

* **Peace Officers Association of Los Angeles County (POALAC)**, producer and presenter, use of force seminar, focusing on Force Science issues and TASERs, POST-certified (65 participants) (January 2013)

* **Americans for Effective Law Enforcement's (AELE) Annual Lethal and Less-Lethal Weapons seminar** Las Vegas, focused on Force Science issues (110 participants) (October 2012)

* **Peace Officers Association of Los Angeles County (POALAC)**, producer and presenter, "Critical Incidents: Lessons Learned" seminar, focusing on the BART shooting/weapons confusion case (55 participants) (July 2012)

* **Lorman seminar for plaintiff and defense attorneys and law enforcement management, "Police Liability in California,"** TASER issues and Force Science issues, Santa Ana (48 participants) (June 2012)

* **Peace Officers Association of Los Angeles County (POALAC)**, producer and presenter, "Video Evidence Issues" seminar (80 participants) (May 2012)

* **Travis County Grand Jury (Austin, TX)** to educate Grand Jury members on officer-involved shooting policy, training, tactics, and force-science issues (February 2012)

* **Peace Officers Association of Los Angeles County (POALAC)**, producer and presenter, use of force seminar, focusing on Force Science issues and TASERs, POST-certified (55 participants) (February 2012)

* **Labor Relations Information System (LRIS) annual Internal Affairs and Critical Incidents seminar,** focus on arrest-related deaths, use-of-force policy, police trainers, involuntary firearms discharges, Las Vegas (110 participants) (November 2011)

* **Scottsdale (AZ) Police Department supervisors,** focus on TASER issues for supervisors, trainers, and SWAT personnel (25 participants) (June 2011)

* **Public Safety Training Institute (PSTI),** for various "East Bay" (Northern California) law enforcement agencies, 240 participants (two, 4-hour seminars) (July 2011)

* **Peace Officers Association of Los Angeles County (POALAC)**, producer and presenter, use of force seminar, focusing on TASER issues, Glendale, CA, 50 participants, POST-certified (June 2011)

* **Independent Cities Risk Management Association (ICRMA)**, representing 22 cities in the greater Los Angeles Area, 50 participants (May 2011)

* **Peace Officers Association of Los Angeles County (POALAC)**, producer and presenter, use of force seminar, focusing on TASER issues, Long Beach, CA, 45 participants, POST-certified (November 2010)

* **Institute for Law Enforcement Administration (ILEA) Use of Force and Sudden In-Custody Death Seminar**, Plano (TX), 75 participants (September 2010)

* **Arroyo Grande (CA) Police Department** (with guests from various Central California Agencies), 40 participants (September 2010)

* **Americans for Effective Law Enforcement's (AELE) Annual Lethal and Less-Lethal Weapons seminar (formerly: Critical Incident Response Management Seminar)**, Las Vegas (60-275 participants), usually twice per year (2002 – 2010)

* **Peace Officers Association of Los Angeles County (POALAC)**, use of force seminar, focusing on TASER and nonlethal weapons issues, 70 participants, POST-certified, Torrance, CA (October 2009)

* **Lorman seminar for plaintiff and defense attorneys and law enforcement management, "Police Liability in California,"** Santa Ana (February 2009)

* **Penn State University's Center for Community and Public Safety's annual seminar for Pennsylvania constables**, presenting on the subject of sudden in-custody death, 150 participants including police training personnel, attorneys, and judges (November 2008)

* **Institute for Law Enforcement Administration (ILEA) Use of Force and Sudden In-Custody Death Seminar**, 150 participants, Plano (TX) (2008)

* **Annual TASER Instructor Conference**, 280 participants, Chicago (2007)

* **Beverly Hills Rotary Club**, lunch speaker, police use of force,         120 participants (2007)

* **Presenter, Pepperdine University public-policy graduate seminar**, 20 graduate students, requested by former Los Angeles Police Commissioner Racquelle de la Rocha (2006)

* **Presenter and panelist on Tasers and excited delirium**, 30 law enforcement executives and ACLU members, presented by the New York Civil Liberties Union (Albany) (2006)

\* **Performance Institute's 2005 Use of Force Seminar**, 30 participants, Arlington VA (2006)

\* **TASER International's Executive Course**, 150 participants, Scottsdale (2005)

\* **TASER International's Annual Instructor Seminar**, Las Vegas (150 participants) (2002)

\* **Defensive Tactics Newsletter's Annual Training Seminar**, Tallahassee, Florida (25 participants) (2002)

\* **American Society for Law Enforcement Training (ASLET)**, International Training Seminar, Anchorage, AK (100 participants) (2002)

\* **Los Angeles County Sheriff's Department** training day for 1,200 deputies, West Covina, California (2002)

\* **The Urban Alliance on Race Relations** conference, "Alternatives to the Use of Lethal Force by Police," Ontario, Canada (2000)

\* **California Association of Police Training Officers (CAPTO)**, Norwalk, California; team-teach use-of-force issues with police defense attorney Michael P. Stone; and panelist with Assistant U.S. Attorney Michael Gennaco and plaintiff's attorney Stephen Yagman (160 participants) (2000) (8-hour POST certified)

\* **American Society for Law Enforcement Training (ASLET)**, International Training Seminar, Richmond, VA (200 participants) (2000)

\* **American Society for Law Enforcement Training (ASLET)**, Regional Use of Force Seminar, Ontario, California (50 participants) (1999)

\* **American Society for Law Enforcement Training (ASLET)**, Regional Use of Force Seminar, Los Angeles, California (50 participants) (1997)

\* **Sudden In-Custody Death Seminar** (presenter and panelist), Washington State Criminal Justice Training Commission (200 participants) (1997)

\* **California Association of Police Training Officers (CAPTO)**, Regional Seminar, Fresno, CA (50 participants) (1996) (8-hour POST-certified)

\* **American Society for Law Enforcement Training (ASLET)**, International Training Seminar, Grapevine, TX (100 participants) (1996)

# GREG MEYER

_____

* **California Association of Police Training Officers (CAPTO)**, Annual Seminar Bakersfield, California (80 participants) (1995)

* **American Society for Law Enforcement Training (ASLET)**, Regional Use of Force Seminar, Albuquerque, New Mexico (50 participants) (1995)

* **South East (Los Angeles County) Training Association**, at the University of Southern California (80 participants) (1995)

* **American Society for Law Enforcement Training (ASLET)**, International Training Seminar, Anchorage, Alaska (100 participants) (1995)

* **Los Angeles Sheriff's Academy, for the California Association of Force Instructors (CAFI)** (35 participants) (1994)

* **Central Florida Criminal Justice Institute at Orlando** (20 participants) (1994)

* **Orange County Traffic Officers' Association** (75 participants) (1994)

* **Wisconsin Chiefs' Training Seminar** (200 participants), Milwaukee (1993)

* **Wisconsin Department of Justice Round Table** (35 chiefs and sheriffs), Osh Kosh (1992)

* **Americans for Effective Law Enforcement (AELE) workshop on Critical Liability Issues (**100+ participants), Las Vegas (1991, 1996, 2000)

* **Trained and certified more than 375 TASER instructors** for dozens of law enforcement and corrections agencies, for Tasertron (1991 – 1999)

* **State-licensed chemical spray trainer**, trained hundreds of civilians (1981)

* **Trained more than 20 TASER users**, Inglewood Police Department (1981)

**OTHER EXPERT
ACTIVITIES:**

* **Appointed as the Law Enforcement and Policing Practices Subject Matter Expert in support of the US Department of Homeland Security Headquarters – Office for Civil Rights and Civil Liberties**, to conduct independent reviews of selected public complaint and use of force incidents by the Border Patrol, ICE, TSA, Secret Service, and other DHS components; rewrite use of force policy; presentation to DHS headquarters management on use-of-force issues. (June 2015 until present)

* **Moderator of the Keynote Panel, Body-Worn Camera Summit**, focused on lessons learned from the early adopters of the technology (TBA in San Diego, February 2017)

* **Participant, Town Hall Meeting, Police Executive Research Forum (PERF),** focused on rollout of PERF's ICAT training program (Integrating Communications, Assessment, and Tactics) related to the PERF 30 Guiding Principles for use-of-force policy and training (San Diego, October 2016)

* **Panelist, "Journalist Law School," Loyola Law School,** seminar on how to fairly and accurately investigate allegations of excessive force or other misconduct, for prominent television and print media from around the country (35 participants) (June 2016)

* **Participant, The Fidler Institute, Loyola Law School,** presentations on access to justice, terrorism and cyberterrorism, technology innovations in probation and parole, and workplace and consumer protection crimes (April 2016)

* **Producer, "Active Shooter Incidents in Southern California,"** a seminar for the Peace Officers Association of Los Angeles County (150 participants) (April 2016)

* **Guest speaker, University of Southern California (USC) Journalism School**, re police use of force issues (March 2016)

* **Producer, "Active Shooter Incidents in Southern California,"** a seminar for the Peace Officers Association of Los Angeles County (375 participants) (November 2015)

* **Participant, Town Hall Meeting, Police Executive Research Forum (PERF),** focused on officer-involved shooting investigations, use-of-force policy and training (Phoenix, June 2015)

\* **Independent review of the death of Nicholas Covelli** (occurred 2003 in Frazier Park, CA), involving bizarre behavior and an officer-involved shooting. (2015)

\* **Interviewed by KCRW radio** re TASER history and issues (2015)

\* **Expert witness and consultant on police procedure and use-of-force issues** (1989 – present)

\* **Participant, The Fidler Institute, Loyola Law School,** presentations on police body-cams, line-up identifications, and grand jury processes (2015)

\* **Interviewed as a Subject Matter Resource** on a Los Angeles Police Department, Training Division project to integrate four California POST perishable-skills training subjects into a training course that mirrors actual field situations (2015)

\* **Provided input** for the Police Executive Research Forum (PERF) conference (Washington DC, May 2015) **"Re-Engineering Use-of-Force Policies, Training and Supervision"**

\* **Consultant**, final draft of <u>The Law of Self-Defense and The Use of Force in California</u>, publication produced by Michel and Associates, PC

\* **Participant, Internal Affairs and Discipline Seminar**, presented by Americans for Effective Law Enforcement (AELE), Las Vegas (2014)

\* **Guest on PBS "The News Hour" and NPR Radio** in the wake of controversial use of force incidents in New York and Missouri (August 2014)

\* **JPX Pepper Gun**, handled and test-fired at the Los Angeles Police Department Academy (August 2014)

\* **Panelist, "Journalist Law School," Loyola Law School,** seminar on how to fairly and accurately investigate allegations of excessive force or other misconduct, for prominent television and print media from around the country (40 participants) (May 2014)

\* **Independent Expert Reviewer, Office of the Inspector General, Oakland (CA) Police Department,** to review and report on selected OPD use of force cases during internal adjudication and testify at administrative hearings (2014)

\* **Contributing editor, Electronic Control Weapons samples policies,** LAAW International, LLC (2014)

# GREG MEYER

_____

* **Participant, The Fidler Institute, Loyola Law School,** presentations on homicide investigations, sexual assault investigations, police misconduct investigations (2014)

* **Outside Independent Expert Advisor, Long Beach (CA) Police Chief's Community Use of Force Advisory Committee** (2013 – 2014)

* **Edited article on OC (Pepper Spray) issues** for Americans for Effective Law Enforcement's monthly law journal (April 2014)

* **Participant, Annual Sudden and In-Custody Death Conference**, presented by the Institute for Prevention of In-Custody Death, Las Vegas (each November 2005-2013)

* **Participant, National Conference on Body Cameras,** Police Executive Research Forum (PERF) conference, Washington DC (September 2013)

* **Donor, "The Greg Meyer Taser Collection," Smithsonian National Museum of American History**, a collection of artifacts and files from TASER inventor Jack Cover and my personal equipment and files (2013)

* **Reviewer, United States Environmental Protection Agency (EPA)/Criminal Investigation Division (CID) shooting incident** (2013)
  Conducted independent external review for the EPA Inspector General re a shooting involving EPA/CID personnel in Florida (2013)

* **Consultant, California Peace Officer Standards and Training (POST)**, re development of their lesson plan for the officer-involved shooting investigations course (July 2012)

* **Reviewer, two draft National Institute of Justice reports,** "Evaluation of Less Lethal Beanbag Munitions and Launchers" and "Evaluation of Taser X2," (June 2012)

* **Contributing editor, "Weapons Confusion and Civil Liability" article,** for Monthly Law Journal of American's for Effective Law Enforcement (AELE) (May 2012)

* **Participant, Critical Issues in Policing Series: An Integrated Approach to De-Escalation and Minimizing Use of Force,** Police Executive Research Forum (PERF) conference (Washington DC, February 2012)

\*       **Interviewed by Fox News 11 (Los Angeles)** re the value of videotape evidence; and whether to show it to involved officers before or after interview; live television, "Studio 11 LA" (January 2012)

\*       **Participant, Use of Force, Electronic Control Devices, and In-Custody Death—Formulating a Plan,** South Bay Training Committee (Redondo Beach, CA, January 2012)

\*       **Participant, Use of Force Investigation and Risk Management lecture** by attorney Randy Means, Labor Relations Information System (LRIS) seminar (2011)

\*       **Interviewed by Tammi Downey, producer for Discovery Channel Canada,** re forthcoming documentary on electronic control weapons (2011)

\*       **Reviewer, Oakland (CA) use-of-force incident**
        Conducted independent external review for the chief of police re a use-of-force incident involving TASER, pepper spray, and baton (2010)

\*       **Participant, Police Executive Research Forum (PERF) meeting to revise Conducted Energy Device Guidelines** and contributor to the final editing process (Philadelphia) (August   2010)

\*       **Edited Force Science News article re the Oakland BART Murder trial** (2010)

\*       **Conducted internal affairs investigation** for a local police agency to determine propriety of a TASER use in a street confrontation between an officer and a subject (2010)

\*       **Participant, "The Deadly Mix: 20 Years of Officer Survival Research,"** 8-hour class by former FBI staff who authored "In the Line of Duty," "In the Line of Fire," and "Violent Encounters" (2010)

\*       **Interviewed by Karyn MacEwan, producer for Discovery Channel,** re forthcoming documentary on TASER inventor Jack Cover (2010)

\*       **Participant, Internal Affairs and Discipline Seminar**, presented by Americans for Effective Law Enforcement (AELE), Las Vegas (2009)

\*       **Participant, New Product Advisory Meeting,** TASER International Headquarters, Scottsdale (2009)

\*       **Interviewed by Hannah Simon, PoliceOne.com,** for an article relating to TASER International's new guidelines for probe target areas (2009)

* **Interviewed by Nick Berardini, for a feature-length documentary film on TASERs** (2009)

* **Interviewed by Bill Kidd, "Law Enforcement Management Bulletin,"** re TASER policy and training issues for law enforcement executives and supervisors (2009)

* **Interviewed by Chuck Remsberg, "Force Sciences News,"** re TASER recommendations from the Braidwood report in British Columbia (2009)

* **Advisor, "Research roundup: Latest on Tasers, arrest-related deaths, excited delirium,"** Force Science News Bulletin #127 (2009)

* **Co-author, "Electronic Control Weapons Model Policy,"** International Association of Chiefs of Police (IACP), revision published in 2010

* **Participant, TASER Annual Instructor Conference,** including rollout of the TASER X3 model, Ft. McDowell (AZ) (2009)

* **External reviewer, TASER International's revision of "Product Warnings: Law Enforcement" document** (July, 2009)

* **Participant, TASER International's new product line demonstration** including X-REP shotgun (fired it), Shockwave, and AXON, Los Angeles Sheriff's Academy (2009)

* **Certified instructor, TASER X-26** (2005, 2009)

* **Certified instructor, TASER M-26** (2001, 2003, 2005, 2009)

* **Participant, TASER Executive Conference**, Los Angeles Sheriff's Academy (March 2009)

* **Co-producer and presenter, Institute for Law Enforcement Administration (ILEA) use of force and sudden in-custody death seminar,** Texas (2008)

* **External reviewer, TASER International's revision of "Product Warnings: Law Enforcement" document** (January & April 2008)

* **Participant, Jail and Prison Legal Issues Seminar**, presented by Americans for Effective Law Enforcement, Las Vegas (2008)

* **Guest¸ TASER Scientific and Medical Advisory Board Meeting** (Las Vegas); participated in discussions of current issues (2007)

\*        **Monitored TASER user training for 60 LAPD officers at the
         Los Angeles Police Academy,** including viewing all officers receive
         TASER exposures for training purposes (September 18, 2007)

\*        **Edited three articles on Electronic Control Weapons issues** for
         Americans for Effective Law Enforcement (see www.aele.org monthly
         law journals for March, April and May (2007)

\*        **Peer Reviewer, US Department of Homeland Security's FY 2005
         Commercial Equipment Direct Assistance Program** (2006)

\*        **Interviewed by Court-TV for a half-hour program on TASERs** (2006)

\*        **Participant, International Association of Chiefs of Police (IACP)**
         annual conference, attended use of force seminars, Boston (2006)

\*        **Reviewer, Police Executive Research Forum national survey on
         Officer Safety/Body Armor**, sponsored by United States Department of
         Justice, Bureau of Justice Assistance (2006)

\*        **Radio talk show guest, debating Amnesty International on stun-gun
         issues,** Station WWRL (New York) (2006)

\*        **Participant, TASER Annual Instructor Conference,** Las Vegas (2006)

\*        **Participant, Internal Affairs and Discipline Seminar**, presented by
         Americans for Effective Law Enforcement (AELE), Las Vegas (2005)

\*        **Consultant, TASER issues for Vista Research** (2005 - 2008)

\*        **Presenter and panelist on the state and future of law enforcement
         training,** Academy of Criminal Justice Sciences (ACJS), Las Vegas
         (2004)

\*        **Academic Committee member, Americans for Effective Law
         Enforcement's "Certified Litigation Specialist" program** (2002 –
         present)

\*        Presented informal session, **"Rafael Perez and the LAPD Rampart
         Corruption Game,"** American Society for Law Enforcement Training,
         Orlando (2001).

\*        **Editor, POST instructor-course proposal "Weaponless Defense
         Against Contact Weapons"** for Steve Tarani, Edge Defense (2000)

\* **Panelist, "Mass Violence in America: The Law Enforcement Response," pertaining to Rapid-Response/Active Shooter** tactics for situations like the Columbine school shooting and other in-progress major incidents, for the American Society for Law Enforcement Training (ASLET), Richmond, Virginia (2000).

\* **Reviewer and editor** for police attorney Michael P. Stone's article, "Lethal Force and Law Enforcement Activity-Related Deaths—A Suggested Protocol for Investigation" (1999)

\* **Peer review panel member**, National Institute of Justice, for federal grant proposals relating to the Impact of Technology on Policing, Washington, D.C. (1998)

\* **Presenter, custody-death issues** re *Price v. San Diego* to the California Association of Force Instructors (CAFI), Los Angeles (1998)

\* **Co-presenter, "The Value of Videotaped Evidence**," American Society for Law Enforcement Training (ASLET), Los Angeles (1997)

\* **Presenter, causes and prevention of sudden in-custody death**, to the California Association of Force Instructors (CAFI), Beverly Hills, California (1997)

\* **Met with the Director, Science and Technology Division, National Institute of Justice**, on concepts and issues surrounding development of improved nonlethal weapons policy and technology (1994)

\* **Participant in the RAND Corporation's meeting on transfer of less-than-lethal military technology to civilian law enforcement arena**; and attended the House Armed Services Committee, Research and Technology Subcommittee hearing on that subject (1994)

\* **Consultant to California Peace Officer Association, Standards and Ethics Committee** on nonlethal weapons policy, tactics and training issues (1993)

\* **Consultant to California Peace Officer Standards and Training Commission's round table on pepper spray policy and training standards** (1993)

\* **Conducted nonlethal weapons demonstrations and presentations** to the following during 1980-81:

      \* California Peace Officers Association, Admin Institutes

* California Highway Patrol Academy, including numerous law enforcement agency and media representatives from the Sacramento area
* California Department of Corrections, Sacramento
* California Specialized Training Institute, San Luis Obispo
* Rio Hondo Police Academy, Whittier
* Redondo Beach Police Department
* Chief of Police, Oakland
* Chief of Police, San Francisco
* Chief of Police, Los Angeles

**LAPD ASSIGNMENT HISTORY:**

2013 - **Specialist Volunteer, LAPD Training Group**
Consultant to the Commanding Officer, Police Science and Training Bureau, regarding police training issues; member, LAPD Tactics Training Review Committee

2006 - 2012 **Reserve Officer, Los Angeles Police Department**
Consultant to the Chief of Police re use of force issues; consultant to the Director, Police Training and Education re training issues; expert resource for LAPD Media Relations and Professional Standards Bureau re use-of-force issues.

2004 – 2006 **Captain, Training Division** (Captain II)

Line command in partnership with one other captain, more than 300 employees assigned to the three major facilities of the Los Angeles Police Academy, including nonlethal weapons, tactics, firearms, pursuit driving, curriculum development, recruit coordination (est. 600+ recruits annually), in-service course coordination (more than 80 courses annually), e-learning development and implementation. Chairman, Tactics Training Review Committee. Manage the training of Department employees and perform a variety of administrative and coordination functions. Review/adjudicate police pursuits, use of force and internal affairs cases. Serve as chairman or associate member of numerous Boards of Rights (internal discipline tribunals to conduct _de novo_ hearings of internal affairs cases). Speaker at supervisor, detective, leadership and other schools at the Police Academy. Work closely with the Police Commission, the Chief of Police and other high-ranking officials on use-of-force policy, training, equipment, tactics and post-incident procedures, including policy and training changes for use of the flashlight as an impact device, and shoot/don't shoot at moving vehicles, PIT maneuvers and spike

strips. Manage the 2005 re-write of the LAPD Use of Force Sourcebook. Manage the Revolving Training Fund ($1.5 million annually).  Manage the Police Academy's relationship with the College of Canyons.  Manage the Police Academy's relationship with the California Peace Officers Standards and Training Commission (POST) and attend numerous POST Commission meetings.  Manage the LAPD/West Point Leadership Program. Manage the LAPD Personal Protection Equipment and Weapons of Mass Destruction (PPE/WMD) training program, including liaison with the Los Angeles County Sheriff's Department and the California Specialized Training Institute (CSTI).
(Retired from active service May 31, 2006)

1999 – 2004    **Commanding Officer, Valley Traffic Division** (Captain II)

**Line command** of more than 200 employees assigned to enforce the traffic laws, investigate traffic collisions, conduct follow-up investigations of major injury and fatal collisions, hit/run collisions, and arrests, and educate the public about traffic collision prevention issues.  Review/adjudicate police pursuits, use of force and internal affairs cases.  Expert resource for LAPD on pursuit reviews. Serve as chairman or associate member of numerous Boards of Rights (internal discipline tribunals to conduct _de novo_ hearings of internal affairs cases). Review and approve probationary officer rating reports.  Liaise with community groups, politicians, the insurance industry, transportation engineers, surrounding police agencies, and others to reduce deaths and injuries on our highways.  Deploy field forces to perform the traffic safety, enforcement and collision investigation mission in a manner that simultaneously assists patrol divisions with their crime control activities.  Task Force coordinator for crime-suppression operations throughout the San Fernando Valley (2002-2004).

1998 – 1999    **Commanding Officer, North Hollywood Operations Support Division** (Captain I)

**Line command** of 95 employees assigned to detectives, vice, CRASH, bike/hype detail, career criminal apprehension, in-service training coordination, probationary officer training coordination including approval of probationary rating reports and counseling unsatisfactory probationary officers, personnel investigations, and crime analysis.  Review/adjudicate pursuits, use of force, and internal affairs cases.  Serve as chairman or associate member of numerous Boards of Rights (internal discipline tribunals to conduct _de novo_ hearings of internal affairs cases).  Area liaison to the North Hollywood business and security communities. Act for the Area Commanding Officer in his absence.

Creator of the *"Spike Busters!"* crime-control program in support of the FASTRAC command-accountability process. Act for the Area commanding officer in his absence.

1996 - 1998          **Watch Commander, West Traffic Division** (Lieutenant)

**Line supervision** of 90 employees, including 10 sergeants assigned to collision investigation, traffic enforcement, community traffic services. Act for the commanding officer in his absence. Oversee implementation and effectiveness of goals and expectations for employee productivity and work quality. Review/adjudicate pursuits, use of force, and internal affairs cases. Monitor and rate the work of supervisory employees. Instrumental in development and implementation of the division's Vision and Mission Statements, and the Strategic Plan.

1994 - 1996          **Assistant Commanding Officer, Wilshire Detective Division** (Lieutenant)

**Line supervision** of 90 employees, and coordination responsibilities for follow-up investigations including murder, manslaughter, rape, robbery, aggravated assault, burglary, auto theft, juvenile matters, and other crimes. Act for the commanding officer in his absence. Monitor and evaluate the work of supervisory employees. Leader of the Operations-West Bureau Detective Mobile Field Force during emergency operations. Review/adjudicate pursuits, use of force, and internal affairs cases.

1993 - 1994          **Patrol Watch Commander, Wilshire Area** (Lieutenant)

**Line supervision** for patrol sergeants and officers responding to emergencies and handling basic calls for service. Take field command of major tactical incidents. Supervise the division's probationary officer training coordinator, approve probationary rating reports and conduct feedback and counseling to satisfactory and unsatisfactory probationary officers. Monitor and rate the work of supervisory employees. Review/adjudicate pursuits, use of force, and internal affairs cases. Act for the commanding officer in his/her absence.

1991 - 1993          **Adjutant/Aide to the Commanding Officer and the Assistant Commanding Officer, Operations-Headquarters Bureau** (Senior Sergeant)

Perform administrative functions (including review of internal affairs, use of force, and pursuit investigations) for the command

that includes specialized detective functions, narcotics, SWAT, Metropolitan Division, Air Support Division, Tactical Planning Section, and Traffic Coordination Section.

1989 – 1991      **Adjutant to the Commanding Officer, Detective Support Division** (Senior Detective)

Perform administrative functions (including review of internal affairs and use of force investigations) for the command that includes Special Investigation Section, Criminal Conspiracy Section, Gang Information Section, Fugitive/Warrant Section, and Asian Crime Investigation Section.

1988 - 1989      **Field Detective, Hollywood Area** (Detective)

**Conduct follow-up investigations** on reports of crime.

1986 - 1988      **Assistant Officer-in-Charge, Traffic Coordination Section** (Senior Sergeant)

**Line supervision** for the Traffic Legislation and Special Projects Unit.  Act for the officer-in-charge in his absence.  Monitor and rate the work of supervisory employees.  Supervised work on LAPD pursuit policy revisions.  Supervised the Specialized Collision Investigation Detail (SCID) re major accidents involving the Police and Fire Departments, including pursuits.  Authored the Office of Operations Management Paper, "1987—The Year of Traffic Enforcement" and several articles for the Chief of Police.

985 - 1986      **Officer-in-Charge, Prostitution Enforcement Detail**, **Hollywood Vice** (Sergeant)

**Line supervision** and performance evaluation for personnel assigned to suppress street prostitution in Hollywood Area.

1984 - 1985      **Officer-in-Charge, Hollenbeck Footbeats; and Patrol Supervisor** (Sergeant)

**Line supervision** and performance evaluation for uniformed personnel assigned to footbeat patrols in several housing projects and business districts; and perform general patrol supervision. Officer-in-charge of field transportation detail in the Coliseum/USC/Exposition Park venue during the 1984 Olympic Games.

1982 - 1984      **Detective Trainee, Hollywood Area** (Police Officer III)

**Conduct follow-up investigations** on reports of crime (robberies, sexual assaults, auto-related crimes, burglaries and thefts). Honored as the 1983 Hollywood Detective of the Year.

1981 - 1982    **Researcher, Tactical Planning Section** (Police Officer III)

Author of LAPD's Watch Commander's Guide for Control of Disasters and Other Emergencies, as well as numerous other staff research projects. Field command post equipment driver.

1980 - 1981    **Field Training Officer, Venice Area** (Police Officer III)

**Train, evaluate and document the performance of probationary police officers**, respond to calls for service and conduct general patrol functions.

1979 - 1980    **Staff Researcher/Adjutant, Planning and Research Division** (Police Officer II and III)

**Primary researcher and field-test coordinator, LAPD's nonlethal weapons program** including TASER, teargas sprays, other devices. Demonstrate these devices to police managers, political officials, and the media. Write LAPD policy and training material on nonlethal weapons. Train front-line supervisors as users of these devices. Author of numerous other staff projects. Perform administrative functions for the commanding officer.

1978 - 1979    **Patrol Officer, Southwest Area** (Police Officer I and II)

Respond to calls for service and conduct general patrol functions.

1978    **Recruit Officer** ( Police Officer I)

1977 - 1978    **Patrol Officer, Long Beach Police Department** (Police Officer)

Respond to calls for service and conduct general patrol functions.

1976 - 1977    **Reserve Police Officer, Wilshire Area** (Line Reserve Officer)

Respond to calls for service and conduct general patrol functions.

PARTIAL
BIBLIOGRAPHY:    **REDCATED TO SHOW PAST 10 YEARS OF ARTICLES PER RULE 26**

"**A Revolution in Use-of-Force Policy and Training?**" article, POLICE magazine (March 2016)

"**Nonlethal weapons revisited: A tactical update,**" article, PoliceOne.com (September 2015)

"**Improving ECW Tactics and Policies,**" article, POLICE magazine (August 2015)

"**Body Cameras –Keep It Real,**" guest editorial, POLICE magazine (June 2015)

"**Drafting Your Agency's Body-Worn Camera Policy,**" lead article, POLICE magazine body-camera supplement (June 2015)

"**Digital Video: Working Under the Microscope,**" article, POLICE magazine online edition (June 2015)

"**Unarmed Suspects and 'Un-brained Media,**" guest editorial, POLICE magazine (October 2014)

"**Tactics and science of TASER deployment,**" article, PoliceOne.com (January 2014)

"**Lessons from the Onion Field,**" article, POLICE Magazine online (March 2013)

"**Latest Medical Research on TASERs,**" article, PoliceOne.com (October 2012)

"**Video Evidence Issues: Conflict and Controversy,**" article, PoliceOne.com (June 2012)

"**The L.A. Riot – 20 Years Later,**" article, POLICE website (April 2012)

"**Training Crisis,**" editorial, ghost-written for the publisher, POLICE magazine (April 2012)

"**TASER Drive-Stun Heading to US Supreme Court?**" article, PoliceOne.com (February 2012)

"**The 'Occupy' Movement and Your Agency Response,**" article, POLICE website (December 2011) and magazine (January 2012)

**"TASER ECW Basics,"** article, PoliceOne.com (November 2011)

**"Tactical Challenge: Suicidal Person with a Knife,"** article, PoliceOne.com, (June 2011)

**"PERF Updates Its Electronic Control Weapons Guidelines,"** article, PoliceOne.com (April 2011)

**"Rodney King: 20 Years Later,"** article, PoliceOne.com (March 2011)

**"Two Major TASER Cases on Appeal at the 9th Circuit,"** article, PoliceOne.com (January 2011)

**"Analysis of the BART Cop's 2-Year Prison Sentence,"** article, PoliceOne.com (November 2010)

**"The BART Shooting Tragedy: Lessons to be Learned,"** article, PoliceOne.com (July 2010)

**"Getting It Off My Chest: TASER's New Aiming Guidelines,"** article, PoliceOne.com (Oct. 2009)

**"Why History Makes the Case for Less Lethal,"** article, PoliceOne.com (Sep. 2009)

**"The AMA Takes on TASER Tactics,"** article, PoliceOne.com (Aug. 2009)

**"The UCLA Library Incident—Revisited,"** article, PoliceOne.com (Jun. 2009)

**"Emergency Room Doctor Survey re Police 'Excessive Force' . . . Ouch!"** article, PoliceOne.com (Apr. 2009)

**"Conducted Energy Weapons: A User's Perspective,"** chapter for **TASER® Electronic Control Devices: Physiology, Pathology, and Law**, in collaboration with numerous doctors and medical examiners, a 32-chapter book (published by Springer, Mar. 2009) ******

"**TASER Inventor Jack Cover, Rest in Peace,"** article, PoliceOne.com (Mar. 2009)

**"The Latest Amnesty International Report on Electronic Weapons,** article, PoliceOne.com (Dec. 2008)

**"Another Federal Court Supports Officers in TASER Lawsuit,"** article, PoliceOne.com (Oct. 2008)

**"TASER Incidents in the News,"** article, PoliceOne.com (Sept. 2008)

**"Telling Your Story,"** article, PoliceOne.com (August 2008)

**"A Checklist to Enhance Your Nonlethal Weapons Program,"** journal article, California Peace Officer, (Fall 2008)

**"Nonlethal Weapons: The Promise and the Challenge,"** journal article, Law Enforcement Executive Forum (July 2008)

**"Little Words, Big Consequences,"** article, PoliceOne.com (June 2008)

**"Court Backs TASER Use,"** article, PoliceOne.com (April 2008)

**"Taking on the Media,"** article, PoliceOne.com (February 2008)

**"Tons of TASER News,"** article, PoliceOne.com (October 2007)

**"TASER Tactics, Training Injuries, and the Kitchen Sink,"** article, PoliceOne.com (August 2007)

**"Do Away with the Anyways,"** article, PoliceOne.com (June 2007)

**"They're Still Out There,"** article, PoliceOne.com (April 2007)

**"One-on-One, in the Backyard,"** article, PoliceOne.com (Feb. 2007)

**"The Gap: How Loss of the Neck Restraints Led to the Rodney King Incident,"** article, PoliceOne.com (January 2007)

**"Rodney King Revisited,"** article, PoliceOne.com (December 2006)

**"Police Force, in Color,"** article, published on the LAPD website blog (mentioned by the Los Angeles Times 11-14-06), also published under various titles by PoliceOne.com, American Police Beat, and The Beat (LAPD) (November-December 2006)

**"TASER Tactics Update,"** article, PoliceOne.com (October 2006)

**"Caught on Tape . . . Nice Save!"** article, PoliceOne.com (September 2006)

**"Resources for Sudden In-Custody Deaths,"** article, PoliceOne.com (August 2006)

# GREG MEYER

_____

* **Interviewed by local and national media** (1980 - present):

| | |
|---|---|
| o Time | * US News & World Report |
| o Police Chief (IACP) | * Longview News-Journal (TX) |
| o Los Angeles Times | * Fox News 11, "Studio 11 LA" |
| o Los Angeles Herald Examiner | * Associated Press (AP) |
| o Los Angeles Daily News | * Money Magazine |
| o Good Housekeeping | * Grand Junction (CO) Sentinel |
| o Aspen Daily News | * Miami Daily Business Review |
| o The Mountain Enterprise | * Court-TV |
| o FOX News  (Tampa, FL) | * POLICE Magazine (multiple occasions) |
| o San Francisco Chronicle | * National Public Radio (NPR) |
| o Austin American-Statesman | * Charlotte (NC) Observer |
| o Police & Security News | * Force Science News (multiple occasions) |
| o Law Enforcement Management Bulletin | * Long Beach (CA) Register |
| o Nick Berardini (documentary on TASERs) | * RT.com |
| o PoliceOne.com | * Discovery Channel |
| o KNBC-TV, KABC-TV, KCBS-TV, | * Kansas City Star |
| o KTLA-TV, KTTV-TV | * Las Vegas Sun Times |
| o The Capital (Anne Arundel, MD) | * Oakland Tribune |
| o WNYC Radio (New York) | * San Francisco Examiner |
| o Slate | * Las Vegas Review Journal |
| o Discovery Channel Canada | * St. Petersburg Times |
| o KLAS-TV Channel 8 (Las Vegas) | * Acadiana Advocate |
| o The Daily (New York) | * KPCC Public Radio |
| o Tampa Bay Times | * KCRW Radio |
| o Columbus (GA) Ledger-Enquirer | * Washington Post |
| o Salt Lake Tribune | * Scripps Television |
| o Baltimore Sun | * BBC |
| o The Daily Breeze (CA) | * CNN Digital |
| o Tallahassee Democrat | * KCBS Radio (San Francisco) |
| o The Today Show (NBC) | * Daily Mirror (London, UK) |
| o The News Hour (PBS) | * Boston Herald |
| o Hawaiian News Now | * Forbes |
| o USA Today | * KUOW Radio-Seattle |
| o Harvard-Westlake Chronicle | * TheInfluence.org |
| o Reuters | * New York Times |

# GREG MEYER

_____

**\*\*REDCATED TO SHOW PAST 4 YEARS OF TESTIMONY PER RULE 26\*\***

**Bordegaray v. County of Santa Barbara**  (CA) (2016) (Federal)
   Expert witness for the defense, civil suit alleging excessive force, officer-involved shooting (Deposed)

**Osorio v. State of California** (CA) (2015)
   Expert witness for the defense, civil suit alleging wrongful death, fatal officer-involved shooting (Deposed)

**R.A. v. County of Riverside**  (CA) (2015) (Federal)
   Expert witness for the defense, civil suit arising out of a fatal officer-involved shooting by a California state parole agent, TASER issues (Deposed)

**Eberhard v. State of Calif (CHP)**  (CA) (2015) (Federal)
   Expert witness for the defense, civil suit alleging false arrest (Deposed)

**Oakland Police Officer O Arbitration** (CA) (2015)
   Expert witness for the police department; appeal of discipline regarding excessive force, TASER issues (Testified)

**Lam v. City of San Jose** (CA) (2015) (Federal)
   Expert witness for the defense, civil suit arising out of alleged excessive force, officer-involved shooting (Testified)

**West v. United States** (AZ) (2015) (Federal)
   Expert witness for the defense (USA and City of Mesa), civil suit arising out of alleged wrongful conviction for armed robbery (Deposed)

**Gonzales v. City of San Jose** (CA) (2015) (Federal)
   Expert witness for the defense, civil suit arising out of search and seizure, false arrest, and use of force issues (Deposed)

**Jacobo v. City of Phoenix** (2015) (Federal)
   Expert witness for the defense, civil suit arising out of search and seizure and false arrest issues (Deposed)

**Oakland Police Officer N Arbitration** (CA) (2014)
   Expert witness for the police department; appeal of discipline regarding excessive force, TASER issues (Testified)

**Rezek v. City of Tustin** (CA) (2014) (Federal)
   Expert witness for the defense, civil suit alleging false arrest, excessive force (Testified)

**Espinoza v. City of Mesa** (AZ) (2014) (Federal)
   Expert witness for the defense, civil suit alleging excessive force, nonfatal officer-involved shooting (Testified)

**Fowler v. State of California** (CA) (2013) (Federal)
    Expert witness for the defense, civil suit alleging excessive force during a DUI arrest (Testified.)

**Atencio v. Arpaio, et al.** (AZ) (2013) (Federal)
    Expert witness for the defense (City of Phoenix defendants), civil suit excessive force, arrest-related death, TASER issues (Deposed)

 **U.S. v. Colorado City (**AZ**) and Hildale** (UT) (2013) (Federal)
    Expert witness for the defense, civil suit alleging discriminatory enforcement practices by a police agency (Deposed)

**Tatro v City of Paso Robles** (CA) (2013)
    Expert witness for the defense, civil suit alleging employee harassment, retaliation, imposition traffic citation quotas by a police agency (Deposed)

**Shirar v. State of California (CHP)** (CA) (2013)
    Expert witness for the defense, civil suit alleging excessive force, fatal officer-involved shooting (Deposed)

**Bieg v. City of Springfield** (MO) (2013)   (Federal)
    Expert witness for the defense, civil suit alleging excessive force, TASER involved (Deposed)

**Hardy v. City of Chicago** (IL) (2013)   (Federal)
    Expert witness for the defense, civil suit alleging excessive force, TASER involved (Deposed)

**Gonzales-Guerrero v. City of San Jose** (CA) (2013) (Federal)
    Expert witness for the defense, civil suit alleging excessive force, nonfatal officer-involved shooting  (Deposed)

**Coto and Molina v. County of Los Angeles** (CA) (2012)   (Federal)
    Expert witness for the defense, civil suit alleging excessive force resulting in arrest-related death, TASER involved (Deposed)

**Sparks and Murr Administrative Appeal** (CO) (2012)
    Expert witness for the City of Denver, administrative appeal of discipline imposed,  excessive force (Testified)

**Tapia v. Skarupinski** (IL) (2012)     (Federal)
    Expert witness for the defense, civil suit alleging excessive force during arrest, TASER issues (Deposed, settled)

**Travis County Grand Jury** (TX) (2012)
    Testified before Grand Jury members on officer-involved shooting policy, training, tactics, and force-science issues while it reviewed a fatal officer-involved shooting case (February 2012)

**Bravo v. City of Santa Maria** (CA) (2012)  (Federal)
> Expert witness for the defense, civil suit alleging deficiencies in a search warrant (Deposed)

**F.C. v. City of Phoenix** (AZ) (2011)     (Federal)
> Expert witness for the defense, civil suit alleging excessive force, nonfatal officer-involved shooting (Deposed)

**Rehkow v. City of Phoenix** (AZ) (2011) (Federal)
> Expert witness for the defense, civil suit alleging malicious prosecution and civil rights violations stemming from alleged false arrest and perjury by a police detective (Deposed)

**Guizan v. Town of Easton** (CT) (2011) (Federal)
> Expert witness for the defense of a police chief, captain, and officer, civil suit alleging deficiencies in a search warrant; and excessive force regarding management decision-making during a multi-agency crisis entry with flash-bangs deployed, fatal officer-involved shooting  (Deposed)