PLAINTIFFS' INDEX TO EXHIBITS

Ngozi Mbegbu, et al. v. City of Phoenix, et al.

No. 2:16-cv-00424-DGC

EXHIBIT DESCRIPTION

Exhibit 1: Deposition of Ngozi Mbegbu (Excerpts).

Exhibit 2: Deposition of Sabinah Odom (Excerpts)