# EXHIBIT 1

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

Ngozi Mbegbu, individually as   )
the surviving spouse of   )
decedent Balantine Mbegbu and   )
on behalf of decedent's   )  Case No.
children Ogechukwu Amarachukwu   )  2:16-cv-00424-DGC
Gloria Mbegbu and C.C.E.M.   )
(a minor) as the statutory   )
beneficiaries of Balantine   )
Mbegbu; and as Personal   )
Representative of the Estate of   )
Balantine Mbegbu   )
  )
      Plaintiffs,   )
  )
vs.   )
  )
City of Phoenix, et al.,   )
  )
      Defendants.   )
  )

## <u>VIDEOTAPED DEPOSITION OF NGOZI MBEGBU</u>

Chandler, Arizona
March 14, 2017
9:09 a.m.

**REPORTED BY:**
MARTA M. JOHNSON, RPR
Certified Reporter
Arizona Certificate Number 50

**PREPARED FOR:**
MR. SABINUS A. MEGWA

**(Certified Copy)**



GRIFFIN & ASSOCIATES LLC
court reporters

2398 East Camelback Road
Suite 260
Phoenix, Arizona 85016

T 602.264.2230
  888.529.9990
F 602.264.2245

www.arizonacourtreporters.com

Page 3

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

Ngozi Mbegbu, individually as
the surviving spouse of
decedent Balantine Mbegbu and
on behalf of decedent's
children Ogechukwu Amarachukwu
Gloria Mbegbu and C.C.E.M.
(a minor) as the statutory
beneficiaries of Balantine
Mbegbu; and as Personal
Representative of the Estate of
Balantine Mbegbu

    Plaintiffs,

vs.

City of Phoenix, et al.,

    Defendants.

Case No.
2:16-cv-00424-DGC

VIDEOTAPED DEPOSITION OF NGOZI MBEGBU

Chandler, Arizona
March 14, 2017
5:09 a.m.

REPORTED BY:
MARTA M. JOHNSON, RPR
Certified Reporter
Arizona Certificate Number 50746

PREPARED FOR:
ASCII/COPY

(Certified Copy)

---

1]          THE VIDEOTAPED DEPOSITION OF NGOZI MBEGBU
2]  was taken on March 14, 2017, commencing at 9:09 a.m. at
3]  the law office of Struck Wieneke & Love, P.L.C., 3100 West
4]  Ray Road, Suite 300, Chandler, Phoenix, Arizona, before
5]  MARTA M. JOHNSON, a Certified Reporter in the State of
6]  Arizona, and a Registered Professional Reporter.
7]
8]  COUNSEL APPEARING:
9]
10]     For the Defendants City of Phoenix,
11]     Matthew Johnson, Celina Gonzales, Joel
        Zemaitis and William Weber:
12]       Struck Wieneke & Love, P.L.C.
13]       By: MS. CHRISTINA RETTS
         3100 West Ray Road
14]         Suite 300
         Chandler, Arizona 85226
15]
16]     For the Plaintiffs:
17]       Megwa Law
        By: MR. SABINUS A. MEGWA
18]         5811 South Central Avenue
         Phoenix, Arizona 85040-5420
19]
20]     ALSO PRESENT:
21]     William Marinakis - CLVS
22]
23]
24]
25]

---

Page 2

1]
2]            I N D E X
3]  WITNESS                             PAGE
    NGOZI MBEGBU
4]
    Examination by Ms. Retts         5
5]
6]
7]
8]
9]
10]
11]              E X H I B I T S
    Deposition
12]  Exhibits:    Description          Marked
13]   1       Photograph (1 page)      50
14]   2       Photograph (1 page)      50
15]   3       Photograph (1 page)      50
16]   4       Photograph (1 page)      50
17]
18]
19]
20]
21]
22]
23]
24]
25]

---

Page 4

1]     THE VIDEOGRAPHER: We are on the record.
2]  Today's date is Tuesday, March 14, 2017. The time on the
3]  video monitor is 9:09 a.m. This is the video-recorded
4]  deposition of Ngozi Mbegbu, noticed by counsel for the
5]  defendants in the matter of Ngozi Mbegbu, et al., versus
6]  City of Phoenix, et al., in the United States District
7]  Court, District of Arizona, Case Number 2:16-cv-00424-DGC.
8]     Our location today is the law office of
9]  Struck Wieneke & Love in Chandler, Arizona.
10]     The certified court reporter is
11]  Marta Johnson of Griffin & Associates, located at
12]  2398 East Camelback Road, Suite 260, Phoenix, Arizona
13]  85016.
14]     My name is William Marinakis. I am the
15]  certified legal video specialist for the firm of
16]  VideoDep, Incorporated, located at 7776 South Point
17]  Parkway West, Suite 170, Phoenix, Arizona 85044.
18]     Counsel, will you please identify yourselves
19]  and state whom you represent for the record at this time,
20]  please, starting with counsel for the defendants.
21]     MR. MEGWA: My name is Sabinus Megwa of the
22]  Megwa Law office. And I represent the plaintiffs,
23]  Ngozi Mbegbu and the Estate of Balantine Mbegbu.
24]     MS. RETTS: Christina Retts for the
25]  defendants.

Page 45

1] A. I don't remember. I don't remember --
2] Q. Okay.
3] A. -- doing that, because my brain, it just went
4] blank.
5] Q. Do you take any type of medication that makes
6] your memory not very good?
7] A. I'm taking the normal medication they give to me.
8] Q. Do you feel like the medication they give to you
9] changes how you remember things?
10] A. I don't know. I don't think so.
11] Q. What medication do you take?
12] A. I take Celebrex for pain.
13] Q. Can you spell that?
14] A. C-e-l-e-x -- or r-e-x, Celebrex.
15] Q. Celebrex?
16] A. Yes.
17] Q. How often do you take Celebrex?
18] A. Two times a day; morning and evening.
19] Q. Did you take it today?
20] A. I haven't.
21] Q. When was the last time that you took it?
22] A. Yesterday night and morning.
23] Q. Do you know what the dose is that you take?
24] A. Yeah, 200 milligram.
25] Q. And you took that last night?

Page 46

1] A. Yes.
2] Q. At about what time?
3] A. Bedtime.
4] Q. Do you usually go to bed around --
5] A. Nine.
6] Q. Nine.
7] Okay. Have you looked at any photographs
8] from the night that your husband died? Any police
9] photographs?
10] A. No.
11] Q. Did you look at any medical records at all
12] of -- of your husband from the hospital that he went to on
13] October 6th?
14] A. No.
15] Q. Did you review anything, any documents at all, to
16] prepare for this deposition today that helped you remember
17] anything related to the deposition?
18] A. No.
19] Q. How would you say that your memory is of what
20] happened on October 6th?
21] A. You know, as you're talking now, everything is
22] coming to me as a fiction. Coming and go, coming and go,
23] coming and go. That's how I remember there.
24] Q. The police interviewed you on the day that your
25] husband died?

Page 47

1] A. Yeah.
2] Q. When you talked to the police, did everything you
3] say to them, was that true?
4] A. I didn't remember most because that day was
5] confusion in my head. The ones I could remember that day
6] is the ones I said. But later I remember more, more and
7] more.
8] Q. Okay. When you talked to the police that day,
9] did you do your best to tell them everything that you saw?
10] A. Not everything I saw I told them, though, that
11] day is the ones I remember because I was in a state of
12] confusion. It kind of...
13] Q. Did you ever call the police later and tell them
14] that you remembered more things?
15] A. No.
16] Q. Do you remember telling the police that you felt
17] like you were confused and couldn't answer any questions?
18] A. Do you mean that day?
19] Q. That day.
20] A. I couldn't remember.
21] Q. When the police interviewed you, when you gave
22] your statement, that was the best of what you
23] remembered --
24] A. Yes.
25] Q. -- then?

Page 48

1] A. Yes.
2] Q. And you told the truth to them?
3] A. Yes.
4] Q. What is it that you remember now that you didn't
5] tell the police? Can you tell me exactly what that is?
6] A. Yes. That day, how the police came to me and how
7] we went inside the house, how my husband ask them why are
8] they there. And how the police guy went to him. As he
9] was talking, he hold him like this.
10] He said, "What did I do?"
11] He said, "You're under arrest."
12] He said, "For what?"
13] He said that -- no, no, no. He asked them,
14] "Why are you here? Did I call you?"
15] They said "No."
16] "Did my wife called [sic] you?"
17] They said -- he asked me, "Did you call
18] them?"
19] I said, "No."
20] He said, "Then why are you here?" like this.
21] By then the police went to him. So as he went to him, my
22] husband said, "Why are you here?"
23] My husband got up. They told him, "Sit
24] down. Sit down." He sit down.
25] Then continue asking them, "Why are you

Page 49

1] here? Do you want to kill me or what?"
2]     So my husband was doing like this talking as
3] a stammerer, oh-oh-oh, you know. So as he do like this,
4] that police guy hold him in the hand. The lady called
5] backup. Another one came in, making them three. Then
6] they rushed to him, grab him. As they were about to, you
7] know, put the handcuffs, they grabbed him, took him up, he
8] fall on the ground.
9]     When he fall on the ground, they get him up
10] again, put him on the chair. Another police guy came in,
11] making them four. That one that came immediately came in,
12] saw them with my husband, you know, struggling kind of.
13] That one -- tse-tse-tse-tse-tse-tse -- on my husband's
14] face, everywhere.
15]     My husband "uh-uh-uh." Then they carried
16] him the second time, throw him on the floor. By then, he
17] broke here, blood. I saw blood. I shouted, "You guys
18] will kill -- you guys are killing my husband. You guys
19] are killing my husband."
20]     They put him on the ground face down like
21] this. The other one take his knee on top of him. The
22] other one take his hand back and put the handcuffs on.
23] After that, they turn him, get him up to stand, do like
24] this. I started -- and then they remember to turn
25] him -- that's...

Page 50

1] Q.  Do you need to take another break?
2] A.  No.
3] Q.  Okay. I'm going to go through and ask you a
4] couple questions about what you just told us.
5] A.  Okay.
6] Q.  You saw a police officer spray pepper spray in
7] your husband's face?
8] A.  Yes.
9] Q.  Okay.
10]     MS. RETTS: I'm going to mark a couple
11] pictures. And I want you to tell me which officer sprayed
12] the pepper stray. And I'm going to show you some
13] pictures.
14]     (Discussion off the written record.)
15]     (Whereupon, Exhibits 1 through 4 were marked for
16] identification.)
17] BY MS. RETTS:
18] Q.  Okay. From looking at those pictures, can you
19] tell me which officer sprayed the pepper spray?
20] A.  Ooh. The problem we have -- these two are the
21] first people that entered. This lady and this guy. Then
22] later on, I -- these two is confusing me. I don't know
23] which of them.
24] Q.  So you think either the man in Number 1 or
25] Number 4 sprayed pepper spray?

Page 51

1] A.  These two is confusing me. I don't know which
2] one is -- I don't know.
3] Q.  Did -- the lady in Number 3, did she spray pepper
4] spray?
5] A.  No.
6] Q.  Okay. Did the man in Number 2, did he spray
7] pepper spray?
8] A.  No.
9] Q.  Okay. So it's between --
10] A.  These two, yeah.
11] Q.  -- either 1 or 4 who sprayed the pepper spray?
12] A.  Yeah. Because...
13] Q.  The lady in Number 3 and the man in Number 2,
14] these are the officers who showed up first?
15] A.  I think so.
16] Q.  And when they came to your house, you were
17] outside?
18] A.  Yes.
19] Q.  And you were going to pick up your son?
20] A.  My son, yeah, from gym.
21] Q.  He was playing basketball?
22] A.  Sure.
23] Q.  And you had tried to get into your car, but you
24] realized it didn't have any gas?
25] A.  Yeah, sure.

Page 52

1] Q.  And you were going to call your sister to come
2] pick you up and take you to get your son?
3] A.  Yes.
4] Q.  Had you already called her when the officers
5] showed up? Or were you about to call her?
6] A.  I've already called her.
7] Q.  Okay. The sister that you called, what is her
8] name?
9] A.  Leticia.
10] Q.  Where does Leticia live?
11] A.  Peoria.
12] Q.  Did Leticia show up at your house during the time
13] that the officers were there?
14] A.  Yes.
15] Q.  Okay. Was your husband still in the house at
16] that time?
17] A.  Inside the house, yeah.
18] Q.  Did Leticia ever come into the house?
19] A.  No.
20] Q.  Do you know how your son got home from
21] basketball?
22] A.  The -- somebody drop him.
23] Q.  Do you know the name of the person who drove him?
24] A.  No, because I was inside.
25] Q.  When the police officers first came, the ones in

**Page 53**

1] Number 3 and Number 2, what did they tell you? What did
2] they say to you?
3] A. Okay. I was standing in the -- resting on my car
4] like this. Two of them came and asked me -- this one
5] asked me, "Is your name Ngozi Mbegbu?"
6] I said, "Yes. How can I help you?"
7] He said, "Where are you going?" This one
8] asked me, "Where are you going?"
9] I said, "I'm going to pick up my son from
10] the gym."
11] He said, "Are you okay?"
12] I said, "Yes, I'm okay."
13] He said -- no. I asked her, "Why are you
14] guys asking me? And what happened? Anything wrong?"
15] He said, "Yes. Somebody called them."
16] That's -- there was a domestic violence. I
17] said, "Where?"
18] He said, "In my house."
19] I said, "Which one is my house?"
20] He said this number. I said, "Yeah, it's my
21] house." That's -- something like that.
22] He said, "Okay. Where is your husband?"
23] I said, "My husband is inside eating."
24] Because he was eating before I left. I finished my own
25] food, and I told him, let me go and pick my son.

**Page 54**

1] He said, "Okay. Come back in time. I don't
2] want you guys coming late. I warned that you guys should
3] not be coming late again."
4] Then I explained to him that gym closes
5] 8 o'clock, then I pick my son, we come back home.
6] Q. So that -- that night your husband said don't
7] come home late?
8] A. Yes.
9] Q. Had he been angry before about you coming home
10] late?
11] A. Yes.
12] Q. When was he angry about you coming home late?
13] A. Whenever my son, I bring my son late, he's that
14] angry again. Then my son will explain to him, this is the
15] situation. He said, "But I don't want you coming late.
16] if you come late again, I beat you like" -- you know.
17] Q. The two officers who were outside, did they start
18] to talk to you about your license plate?
19] A. Yes. Yes.
20] Q. And you have a special license plate?
21] A. Yes. That's my son's name.
22] Q. Did you talk to them about your son playing
23] basketball?
24] A. Yes, I do.
25] Q. You're very proud of your son?

**Page 55**

1] A. Yes.
2] Q. Did you then say you were going to go inside?
3] A. Yes.
4] Q. Did you tell the officers anything, then, about
5] coming inside or seeing pictures of your son?
6] A. Yes. Because when you are there discussing, you
7] know, normally they ask about my husband. I told them my
8] husband was inside eating. They say, "Can we see him?"
9] I said, "Yeah." Then I told them, I want to
10] go inside to let my sister know that I haven't left due to
11] no gas in my car. That I called my sister, Leticia, to
12] come and pick me to go and pick my son.
13] By then, as I'm trying to go, they decided
14] to follow. I said, "Okay. Come on. Follow me."
15] When he reach, I open the door, they
16] entered. I entered. My husband saw them. He was
17] shocked. He say, "Why are you guys here?" You know, he's
18] a stammerer. When stammerer people talking, it seems that
19] they are in -- you know, their voice always high. "Why
20] are you people here?"
21] They didn't talk. I said, "Why are you
22] people here?" My husband stand up, the lady ordered him
23] to go and sit down. My husband went and sit down.
24] The guy followed him. He said, "Well, we
25] are here because somebody make a phone call that there was

**Page 56**

1] a domestic violence here."
2] My husband say, "Sorry. There's nothing
3] like that here. Look at me, nothing. Look at my house,
4] nothing. No -- nothing. So please go."
5] That's when they started grabbing him,
6] telling him he's under arrest. My husband said, "For
7] what?" They say he's raising voice on them. My husband
8] say it is because I didn't invite you guys. And my
9] husband -- "wife didn't invite you guys. Why am I under
10] arrest? What have I done? Do you want to kill me? Why
11] are you here? Do you want to shoot me? Why? Leave me
12] alone."
13] They said, "No, you must." Then this lady
14] called. I don't know whether this guy or this guy came
15] in. That one came. Immediately that one came in. My
16] sitting room is like this, kitchen is like this. You be
17] seeing what is happening through the kitchen.
18] So the guy that came, push me to the kitchen
19] and say, "You guys should stay there."
20] I said, "No. You guys are killing my
21] husband. I have to" -- I was yelling, crying, shouting
22] when all this thing was going on.
23] Q. The -- the man in Number 2, he told your husband
24] that somebody had called the police about domestic
25] violence?

1] A. Yes.

2] Q. And the man told your husband that he was under
3] arrest?

4] A. Yes.

5] Q. When the man told your husband he was under
6] arrest, was it just the man and the women in Number 3,
7] were they the only people there?

8] A. Yes.

9] Q. When the two officers came into your house, were
10] you in front of them or behind them?

11] A. Just they are standing like this, I was
12] following. I stand with them.

13] Q. Okay.

14] A. Then...

15] Q. They went in the house first and you followed
16] behind them?

17] A. Sure. I opened the house; they enter.

18] Q. You have pictures around your living room?

19] A. Yes.

20] Q. When they came in to the house, were you showing
21] them the pictures?

22] A. And they were looking. I didn't -- they are
23] looking and saw my son and his trophy, everything. So my
24] husband said, "What -- why are you here? What is going
25] on?" So he's --

1] Q. Did you talk about the pictures before he said
2] something? Were you showing them pictures or looking at
3] pictures before?

4] A. No, I've already told them that outside. Then
5] they came inside and saw the picture, looking at it.
6] That's it.

7] Q. Did they ask you any questions about the
8] pictures?

9] A. No.

10] Q. Did they talk to your husband about the pictures?

11] A. No.

12] Q. Did they talk to your husband about your son who
13] plays basketball?

14] A. No.

15] Q. When they went into the house, they did not have
16] their guns out. Right?

17] A. What?

18] Q. The officers, nobody had their gun out and drawn.
19] Right?

20] A. No.

21] Q. Okay. They just came in walking?

22] A. Yes.

23] Q. Didn't have anything in their hands?

24] A. Nothing.

25] Q. When you walked in to the house, did you leave

1] the door open or closed?

2] A. The door was wide open.

3] Q. When your husband first talked to the officers,
4] he talked to them in a loud voice?

5] A. Yes.

6] Q. Was he sounding like he was angry?

7] A. Yes, forcing them. Only right that...

8] Q. Did he immediately ask the officers if they were
9] there to shoot and kill him?

10] A. Yeah. Because he told them to go. They refused
11] still. He said, "I say you should leave my house. Go.
12] Do you want to kill me?"

13]     Then the officer went towards him. He stand
14] up, he got up. He said, "Sit down." The lady ordered him
15] sit down. I said, "Sit down." Then my husband sit down
16] and got him to say, "Why are you here? Go. Go. Go." He
17] was doing something like this. "Go. Go. Go."

18]     The officer say, "You shouldn't talk to us
19] like that," then hold him.

20]     My husband said, "Why? Leave me. Leave me.
21] Leave me."

22]     So the lady came nearer, and the lady called
23] backup. Then the backup called two of them, hold my
24] husband; including the lady. So they are struggling.
25] They throw him on the floor.

1] Q. Your husband, was he bigger than the lady who was
2] in picture -- the picture Number 3?

3] A. Huh?

4] Q. Your husband, was he taller than the woman police
5] officer?

6] A. Yes.

7] Q. Was he bigger --

8] A. Yes.

9] Q. -- in physical size --

10] A. Yes.

11] Q. -- than her?

12] A. Yes.

13] Q. Was your husband bigger than the man in
14] Picture 2?

15] A. Yes.

16] Q. He was all -- he was taller than him?

17] A. Yes.

18] Q. And he was bigger in physical size?

19] A. Yes.

20] Q. The man in Number 1, was your husband bigger than
21] that man?

22] A. This one is a little bit bigger.

23] Q. Okay. And the man in Number 4, was your husband
24] bigger than that man?

25] A. Just like that, but a little bit bigger than this

**Page 61**

1] guy.
2] Q. So about the same height, but -- but --
3] A. Yes, yes.
4] Q. -- bigger in physical size?
5] A. Yes.
6] Q. When your husband stood up from his chair, did he
7] stand up quickly, and he was still sounding angry in his
8] voice?
9] A. Kind of.
10] Q. Before the officers talked to your husband and
11] before he stood up and asked why they were there, did you
12] tell the officers to leave?
13] A. Yes. I told them, "Leave. He said that you guys
14] should leave. Leave."
15] Q. But before that, before your husband said
16] anything, did you ask them to leave?
17] A. No, I didn't.
18] Q. Did you think your husband would do what he did
19] when you were going back in the house? Did you think when
20] the officers were coming, he would act like that?
21] A. Not at all.
22] Q. Did it surprise you that your husband did that?
23] A. I can't say yes because the way they came in, you
24] know, surprised him. And he was kind of furious, say "Why
25] are you here?"

**Page 62**

1] Q. Did your husband have any problems with the
2] police before this?
3] A. Not necessarily problem.
4] Q. Had he ever been arrested before?
5] A. Who?
6] Q. Your husband.
7] A. Not at all.
8] Q. Did -- were there problems -- before you left
9] Nigeria, were there problems in Nigeria with the police?
10] A. Not -- no. No.
11] Q. The -- the lady in Number 3, can you tell exactly
12] what you saw her do?
13] A. Actually, this lady didn't acted [sic] much. She
14] was standing, you know. I said, "Lady" -- she was
15] standing. And when they throw him down and tried to get
16] him up, I think she helped to get my husband up. She
17] didn't act more. She didn't act more.
18] Q. So she didn't do much?
19] A. No, she didn't do much at all.
20] Q. So you saw her mostly standing?
21] A. Yes.
22] Q. And was she standing near you?
23] A. Near my husband. Yeah, everybody. Not near me;
24] near my husband.
25] Q. And you saw her help get your husband to stand

**Page 63**

1] him up?
2] A. I guess so.
3] Q. Do you remember where she touched him to help
4] stand him up?
5] A. Maybe hand.
6] Q. Okay. When she -- when she helped stand him up,
7] about how many seconds did she have her hands on him?
8] A. About five seconds.
9] Q. Would you say that the whole time she only
10] touched him for about five seconds?
11] A. Yes.
12] Q. And after your husband was standing up and the
13] woman took her hands off of him, was there still a
14] struggle with the other officers?
15] A. Yes.
16] Q. Did the police officer who is in Picture
17] Number 3, did she ever take your sister and you to another
18] room?
19] A. Yes. He -- no. In the kitchen. Just open like
20] this. He said there, if I want to come out, he said -- he
21] pushed me back. If my sister want to come out, he push us
22] back, but you are seeing everything going on.
23] Q. And when you say someone told you to go back or
24] pushed you back --
25] A. One of them. One of them.

**Page 84**

1] Q. One of the men?
2] A. Yeah. I think it's this guy.
3] Q. Okay. But not the lady?
4] A. Huh?
5] Q. The lady, she --
6] A. No, no, no, no.
7] Q. -- she did not?
8] A. No.
9] Q. Okay. The -- the man -- one of the men in either
10] Number 1 or Number 4, when you say they pushed you back,
11] did they actually touch -- did he actually touch you?
12] A. Yes.
13] Q. Okay.
14] A. He took me and sister, pushing us back.
15] Q. Okay. Where did he touch you?
16] A. No. Hand. Say -- yeah.
17] Q. Okay.
18] A. You know, waiting us not to come.
19] Q. So you would come out, and he would put his hand
20] up --
21] A. Yes. He says stay --
22] Q. -- to tell you --
23] A. Yeah.
24] Q. -- to stay back?
25] A. Yeah. I said, "No. I have to. You guys are

Page 65

1] killing my husband."
2] Q. You said that your husband fell to the ground and
3] you saw him hit his head?
4] A. Yes. Blood all over the floor.
5] Q. And it was when he fell and hit his head on the
6] ground that the blood came?
7] A. They throw him on the floor hard. He then knock
8] here on the ground. They continue holding him on the neck
9] like this, flat.
10] Q. Which officer held him on the neck? Tell me
11] which one.
12] A. To be honest, I don't know.
13] Q. Was it the lady?
14] A. No.
15] Q. When you say they threw him to the floor, tell me
16] which officers?
17] A. Three of them.
18] Q. Was it the lady?
19] A. No. One, two, three.
20] Q. Okay. Can you tell me where each officer was
21] standing when you say they threw your husband to the
22] ground?
23] A. No. They hold him like this, and then throw him.
24] So as he fall, they bounce on him.
25] Q. Were they all struggling with him?

Page 66

1] A. No. When they throw him down -- immediately they
2] split -- he's weak. He didn't act again. But with --
3] that time he was hu-hu-hu-hu-hu. They hold him and throw
4] him. When they throw him on the ground, he was, you know,
5] doing his leg like this. "Leave me. Leave me. You will
6] kill me. You will kill me."
7] Then they happen to get the hands and put
8] the handcuffed [sic]. He say, "I'm dying. I'm dying.
9] I'm dying."
10] Q. So when the spray was in his face, there were two
11] other officers who were holding on to him?
12] A. Yes.
13] Q. And they were keeping him standing upright?
14] A. Yes. They do like this. That was when they grab
15] him up.
16] Q. Was he sitting at that point?
17] A. Yes.
18] Q. Do you need to take a break?
19] MS. RETTS: Do you want to take a break.
20] MR. MEGWA: (Nodding in the affirmative.)
21] MS. RETTS: Okay. Let's take a break.
22] THE VIDEOGRAPHER: Going off the record.
23] The time is 10:51 a.m.
24] (Recess taken, 10:51 a.m. - 11:04 a.m.)
25] THE VIDEOGRAPHER: We are back on the

Page 67

1] record. The time is 11:04 a.m. Thank you.
2] BY MS. RETTS:
3] Q. Okay. Ms. Mbegbu, I'm going to go back and ask
4] you a couple questions to clarify a few things you said.
5] A. Okay.
6] Q. You said your husband stammers?
7] A. Yes.
8] Q. Does that happen all the time?
9] A. I think since he was born, he's a stammerer.
10] Q. Okay. So in his normal conversation with you --
11] A. He stammers, yeah.
12] Q. -- he would stammer?
13] A. Yeah.
14] Q. Does your husband have a temper?
15] A. Due to the stammer -- you know, anybody who's a
16] stammerer always have temper.
17] Q. Okay. So stammerers to you always have a temper?
18] A. Not necessarily.
19] Q. Okay. Did your husband tend to yell a lot?
20] A. You know, as a stammerer, when he's talking, it
21] seems like he's yelling. But that is how his voice sounds
22] like. Hey and...
23] Q. Okay. So just when he was normally talking,
24] because he was a stammerer, it would sound to other people
25] maybe like he was yelling?

Page 68

1] A. Exactly.
2] Q. On the night of October 6th when the police
3] officers were there, did he seem actually angry to you,
4] though?
5] A. Come again.
6] Q. On October 6th when the police officers came into
7] your house --
8] A. Uh-huh.
9] Q. -- and your husband was sitting down --
10] A. Uh-huh.
11] Q. -- and he first talked to the police officers --
12] A. Yes.
13] Q. -- did it sound like he was angry?
14] A. That's how his voice sound like.
15] Q. Okay. Did you ever, during that whole time,
16] think that your husband was angry?
17] A. If you made him angry, he become angry.
18] Q. Did you think he was angry, though? When you
19] were watching what was going on, did he behave, to you,
20] like he was angry?
21] A. To me?
22] Q. Yeah.
23] A. Or to the police guys?
24] Q. No. When you were watching him --
25] A. Uh-huh.

Page 73

1]   Q.  When they all went to the ground, did it look
2]   like they fell?
3]   A.  No.  They went down as they were with him to grab
4]   him on the ground.
5]   Q.  Where were they?  Was one on each side of his
6]   arms?
7]   A.  Yes.  The other one this way; the other one
8]   that -- the other way.  No, no, no.  Yes.  That -- the
9]   other one use his leg on his back like this.  Then the
10]  other one on his neck.  Then the other one bring his hand
11]  back and put the handcuffed [sic].
12]  Q.  Okay.  And while they were taking him down to the
13]  ground, your husband was saying that he was dying?
14]  A.  Yes.
15]  Q.  Was he yelling?
16]  A.  He said, "Oh, my God.  Oh, my God.  I'm dying.
17]  I'm dying.  I'm dying.  I'm..." he never talk again.
18]  Q.  So -- but when he went down to the ground -- when
19]  he was on the ground, you saw him kicking his legs back
20]  and forth?
21]  A.  Yeah, just like this.  After a time he couldn't
22]  make any movement again.
23]  Q.  Were his hands in handcuffs when he stopped
24]  moving?  Had they already been put in handcuffs?
25]  A.  Yeah, immediately.  Even that -- before they put

Page 74

1]   the handcuffed he was -- he couldn't move again, couldn't
2]   even talk, couldn't even do nothing.
3]   Q.  How long was it from the time he stopped talking
4]   and moving until the time the handcuffs were on?
5]   A.  Two to three minutes.
6]   Q.  So if I understand you, was he laying on the
7]   ground for two to three minutes before the handcuffs were
8]   put on?
9]   A.  When he -- immediately they throw him on the
10]  ground, he do -- he say, "Oh, God.  I'm dying.  I'm dying.
11]  I'm dying."  Then they grabbed the hand.
12]  Q.  When he was -- said he was dying, they grabbed
13]  his hands and put them in handcuffs?
14]  A.  Yes.
15]  Q.  When he -- when his hands were put in handcuffs,
16]  was he still talking?
17]  A.  No more.
18]  Q.  So when did he stop talking?
19]  A.  Immediately he was on the ground face down.  He
20]  said, "I'm dying.  I'm dying.  I'm dying."  He stopped
21]  talking.  Yeah.
22]  Q.  And then after that, until the time had handcuffs
23]  were on, about how long was that?
24]  A.  About two minutes.
25]  Q.  So was he on the ground without handcuffs for

Page 75

1]   about two minutes?  He just was laying on the ground
2]   without handcuffs?
3]   A.  No.  When they finished putting the handcuffed,
4]   they turn him around and get him up, he slump.  Then when
5]   they saw that he slump, foam come out of his mouth, they
6]   remove the handcuffs immediately and place him face up and
7]   started giving him first aid.  And some lady, I think,
8]   called the, I think, paramedic and they came.  And they
9]   try, try, try.  No respond.  They tried to open the mouth.
10]  No way.  Then they rush him.
11]  Q.  Okay.
12]  A.  They put him in the stretcher and rush him.
13]  Q.  So the officers turned him over, sat him up?
14]  A.  Sure.
15]  Q.  Saw that he was slumped over?
16]  A.  He do like this.
17]  Q.  Okay.  And then they immediately turned him back
18]  on his face, took the handcuffs off, and started CPR, the
19]  compressions?
20]  A.  Yes.  Yeah.  They removed the handcuffs before
21]  they compression they start.
22]  Q.  Okay.
23]  A.  Yeah.
24]  Q.  And do you remember which officers -- can you
25]  tell me which ones did the compressions?

Page 76

1]   A.  I can't.
2]   Q.  Can you tell me which officer put his knee in
3]   your husband's back to put the handcuffs on?
4]   A.  I don't want to make mistake.  I don't know.
5]   Q.  You're not sure?
6]   A.  I'm not sure.
7]   Q.  The officer who's in picture Number 2, can you
8]   tell me everything you remember him doing?
9]   A.  Asking my -- my husband question.  He is the one
10]  who went straight to my husband asking him, "Can you stop
11]  talking?"
12]       My husband say, "What have I done?"
13]       He said, "If you say again, I'm going
14]  to" -- no.  He say, "Stop talking."
15]       My husband said, "No.  Why are you here?"
16]       So he said, "Okay.  Now you are under
17]  arrest."
18]       He hold my husband.  My husband said, "Leave
19]  me.  What have I done?"
20]       Then this one call backup.  He called
21]  backup.  I think this one arrived.  When he arrived, he
22]  came -- he arrived.  He didn't go to my husband.  He saw
23]  me and my sister trying to come out.  He said, "Stop.
24]  Stop.  Stop."  The way he stopped us, he went there, and
25]  joined up to get him down --

Page 77

1] Q. Okay.
2] A. -- before this one arrived and put the Taser and
3] Tased him, yeah.
4] Q. So you think it was the --
5] A. This one.
6] Q. -- man in Number 1 who did the Taser?
7] A. I think so. Because all the ones I saw were
8] slimmer, you know. This big one, I think, he's the last
9] person -- the fourth person that came before all the
10] others start coming in. Yeah.
11] Q. The -- the man, the officer who's in Number 2,
12] Picture Number 2, when he -- you say he grabbed your
13] husband's arm and told him he was under arrest?
14] A. Yes.
15] Q. Did your husband try to pull his arm away?
16] A. Yes.
17] Q. Did the man in Number 2 then put handcuffs on
18] your husband? Or did he let go and back away?
19] A. No. They were struggling. This -- this one
20] came. When this one came, all of them help to get him --
21] but before then, this one and this lady have already
22] putting my husband down the first time. So as he was
23] falling down, his leg throw the table, the cup of tea he
24] was taking, the food, everything on the ground.
25] Q. Okay. Now, you said the lady in Number 3 --

Page 78

1] A. Uh-huh.
2] Q. -- took your husband down to the ground?
3] A. No. Yes. He help to put him on the ground.
4] Q. Okay. And that's what we talked about earlier,
5] where she only touched your husband for about five
6] seconds? Or is there another time that she was involved
7] now?
8] A. This lady didn't do much. The -- she didn't do
9] much at all. It was these two and the one that Tased him,
10] this one.
11] Q. So did the officers in Number 3 and Number 2
12] right there, those two people, the lady and the man, when
13] they first came in to your house, did they struggle with
14] your husband before the other two officers came in?
15] A. This one only was struggling with my husband.
16] Q. Okay. And when -- and you said "this one only."
17] The man in Number 2, is that who you're talking about was
18] struggling with your husband?
19] A. Yes.
20] Q. And that's when he said he was under arrest?
21] A. Yes. And this one was making phone call.
22] Q. Okay. So while the man in Number 2 was telling
23] your husband he was under arrest, the woman, who is in
24] Picture Number 3, was making a call for backup?
25] A. Exactly.

Page 79

1] Q. Okay. Did the man in Number 2 let go of your
2] husband's arm and step away?
3] A. No.
4] Q. He struggled with him the whole time?
5] A. Yes.
6] Q. Was your husband trying to keep from getting
7] arrested based on what you saw? Was he struggling?
8] A. With his hand, I saw; not with leg.
9] Q. Was he trying to pull his arms away from the
10] officer?
11] A. Yes.
12] Q. Were the officer -- was the officer struggling
13] with him physically more than that?
14] A. Yes.
15] Q. Did it look like the officer was having a hard
16] time?
17] A. Yes.
18] Q. And that officer Number 2, he's quite a bit
19] smaller than your husband?
20] A. (No oral response.)
21] Q. No offense to him, but he's -- he's a pretty
22] small man. Is that how you remember him, Number 2?
23] A. Uh-huh.
24] Q. And your husband is a tall man?
25] A. Uh-huh.

Page 80

1] Q. Who is very strong?
2] A. Yes.
3] Q. When the -- you think the next person who came in
4] was the man in Number 4?
5] A. With Tase -- no. The third person that came in
6] is this one.
7] Q. Okay. So the third person is the man in Picture
8] Number 4?
9] A. Yes.
10] Q. Did you see him actually come into the house?
11] A. I saw him when he came in.
12] Q. Okay. When he came in, did he have to open the
13] door?
14] A. The door was open.
15] Q. When the man in Number 4 came into the house, was
16] your husband sitting or standing?
17] A. Sitting.
18] Q. Tell me how it was that your husband got back to
19] a place where he was sitting after he was struggling with
20] the officer who is in Number 2?
21] A. Can you repeat again, please.
22] Q. You said earlier that your husband was struggling
23] with the officer who's in Picture 2?
24] A. Yes.
25] Q. He --

Page 81

1] A.   Was sitting down.
2] Q.   They were struggling while sitting down?
3] A.   Of course.
4] Q.   So your husband was refusing to get out of the
5]       seat? He was not standing up?
6] A.   No.
7] Q.   Did your husband ever try to push the officer in
8]       Number 2?
9] A.   No.
10] Q.   Did your husband ever use his hands to try to --
11] A.   No, no, no.
12] Q.   -- sway him away?
13] A.   Because he already had his hand. He was doing
14]       like, "Leave me. Leave me." Yeah.
15] Q.   Did your see your husband do any motions that
16]       looked like punching?
17] A.   No. No.
18] Q.   Were his hands open or closed?
19] A.   Like this.
20] Q.   I can't see your hands.
21] A.   Like this.
22] Q.   Like in a fist?
23] A.   Just like this, you know.
24] Q.   When was it that the officer told your husband to
25]       sit down? Was it before he grabbed his arm?

Page 82

1] A.   Yes.
2] Q.   Did your husband stay seated? Or did he keep
3]       standing up?
4] A.   He -- he told him sit down. He still standing
5]       up. He said, "I said, sit down." The lady said, "Please,
6]       can you sit down." Then he sat down. The -- the guy just
7]       went to him and said, "Now you're under arrest." He hold
8]       his hand. That -- that was when the struggle started.
9] Q.   How long was it after the struggle started that
10]       the man in Number 4, the officer, showed up? That guy.
11] A.   Not the officer -- It's not even up to two
12]       minutes.
13] Q.   How long do you think the whole thing was? How
14]       many minutes do you think the whole thing was?
15] A.   Ten minutes.
16] Q.   Does that count the time that the officers were
17]       outside talking to you? Or is that starting from inside
18]       the house?
19] A.   From the house.
20] Q.   Have we talked about everything that the officer
21]       in Picture Number 2 did? Or can you remember anything
22]       else that he did?
23] A.   He was the one -- him and this one, and the
24]       people that get him down. Okay. With the help of this,
25]       though. By then, the -- the getting him down the second

Page 83

1]       time was when this guy Tased him. After Tasing him, he
2]       was cautious, you know. He -- he came and helped them to
3]       throw him on the ground.
4] Q.   So there were two points in time when your
5]       husband was on the ground?
6] A.   Yes.
7] Q.   Now, the first time, how many officers were
8]       touching him?
9] A.   Two.
10] Q.   And which ones?
11] A.   This and this.
12] Q.   So the woman had your husband on the ground?
13] A.   Yes.
14] Q.   And is that the time when she only touched him
15]       for --
16] A.   Yes.
17] Q.   -- about five seconds?
18] A.   Yes.
19] Q.   So then that was only the man in Number 2 and the
20]       women in Number 3?
21] A.   Yes.
22] Q.   They were the only ones there?
23] A.   Yes.
24] Q.   Okay. How was it that they got him to the
25]       ground?

Page 84

1] A.   Say.
2] Q.   How -- how did your husband end up on the ground
3]       the first time?
4] A.   Okay. It was when this guy tried to get him up,
5]       then the lady help him to get my husband up. Then my
6]       husband, like, managed to get him -- his leg, carried the
7]       table and the food, everything, on the ground -- they fall
8]       there.
9] Q.   So after the man in Number 2 grabbed his arm --
10] A.   Uh-huh.
11] Q.   -- and there was a struggle and he was seated,
12]       the woman in Number 3 then came up to stand him up?
13] A.   He helped to get him up here. But after that --
14]       before then, my husband was -- I think he was thirsty. He
15]       wanted to take cup of water to drink. One of them -- I
16]       think this -- take the cup and throw it away.
17] Q.   Which one took the cup?
18] A.   I think this one.
19] Q.   The man in Number 4?
20] A.   Yeah.
21] Q.   Did that happen before -- when did the cup of
22]       water happen?
23] A.   It's when he arrived. When this guy arrived,
24]       the -- this one holding us not to come out, when he saw
25]       them struggle, he left us and came to help. Okay. By

1] then, my husband wanted to take cup to drink water, he
2] removed the cup and threw the cup away.
3] Q. Do you think he did it on purpose? Or could it
4] have been an accident?
5] A. I don't know his mind anyway.
6] Q. So there -- this was -- the man in Number 4 and
7] the thing with the water happened after the struggle with
8] the officers in Number 2 and 3?
9] A. Uh-huh. No. Come again.
10] Q. The -- there was a struggle with the two officers
11] who first arrived --
12] A. Yes.
13] Q. -- the man in Number 2 and the lady in Number 3?
14] A. Yes.
15] Q. And the woman and man tried to get your husband
16] to stand up?
17] A. Uh-huh.
18] Q. When was it, then, that the situation with the
19] drink happened?
20] A. That was when this guy came in, then my husband
21] wanted to drink, I think. So he wanted to grab the cup to
22] drink. The -- this guy took the cup and threw it on the
23] ground.
24] Q. What --
25] A. The water, you know.

2] Q. What did the cup look like?
2] A. Plastic cup. Brown colors or so, yeah.
3] Q. Was it like a cup that you do a hot liquid in?
4] Or just a plastic cup for water?
5] A. Plastic cup for water.
6] Q. Was there a pitcher of water too? Like, a
7] pouring that would pour extra water? Or just the cup?
8] A. Just the cup.
9] Q. Did your husband have any other drink with him?
10] A. Yes. He has a plastic cup he used to put a
11] lipton [sic] on it and drink with that cup, and water too
12] is here, so...
13] Q. So was it before the man in Number 4 came in that
14] there was a struggle on the ground where your husband
15] kicked the table and the food went everywhere?
16] A. Yes.
17] Q. Did you see your husband kick any of the
18] officers?
19] A. He was, you know, struggling with his leg. I
20] don't know whether he kicked them or not.
21] Q. Okay. So you saw his legs moving and struggling,
22] and you're not sure if --
23] A. Yes.
24] Q. -- he was kicking?
25] Did you see your husband hit any of the

1] officers?
2] A. Not at all. He never.
3] Q. Did you hear any of the officers to tell him to
4] stop resisting?
5] A. Yes. This one said, "Stop. Stop resisting.
6] Stop."
7] He said, "What did I do? What did I do?" at
8] the time. And the lady also said, "Stop. Stop
9] resisting."
10] Q. And the man in Number 2 told him he was under
11] arrest?
12] A. Yes.
13] Q. And you think it was the man in Number 1 who used
14] the Taser?
15] A. Yes.
16] Q. And you think he used it two times?
17] A. Yes.
18] Q. And that each one was a -- the first one happened
19] and then the next one was about two seconds later?
20] A. Yes.
21] Q. The first time that the Taser was used, do you
22] know how long it was? How long did it seem?
23] A. Tse-tse-tse-tse-tse-tse-tse. Then my husband
24] said, "My eye. My eye. My eye." He did another one the
25] second time. That one made him not to talk again, not to

1] do like this. They grab him and throw him on the ground.
2] Q. And you remember your husband complaining about
3] his -- that it hurt his eyes?
4] A. He said, "I can't breathe. I'm dying. I'm
5] dying. I'm dying."
6] Q. You said earlier that he said, "My eye. Me eye."
7] Did you he -- do you remember that?
8] A. He also said, "My eye. My eye."
9] Q. Did you see anything come out of the object that
10] the officer was holding when that happened? Like, did it
11] have a color? Or did you see anything on your husband's
12] face afterwards?
13] A. Like foam. Like water. And I've forgotten.
14] I've forgotten. I've forgotten.
15] Q. Do you think it was like orange foam that came
16] out?
17] A. I don't know. I don't know.
18] Q. Did the officer say anything before that
19] happened? Did he say anything to your husband?
20] A. Which one?
21] Q. The man who did the thing in your husband's
22] face --
23] A. He never --
24] Q. -- did he say anything?
25] A. -- he never say a word. Immediately he came in,

Page 89

1] saw these two with my husband struggling, he Tase him
2] immediately without question, without nothing. He Tase
3] him. When he Tased the first one, my husband say, "Oh,
4] I'm dying. I'm dying. I'm dying. My eye. My" -- he
5] Tased him the second one. By then my husband stopped
6] talking and stop struggling. They get him on the ground.
7] Q.  The first time the two officers struggled with
8] your husband, did he actually go down to the ground?
9] A.  The first time?
10] Q.  Yes.
11] A.  Yes.
12] Q.  So the officers in Number 3 and Number 2 got him
13] down to the ground?
14] A.  Yes.
15] Q.  And he was struggling?
16] A.  That time.
17] Q.  Okay. And the woman, I think you said earlier,
18] didn't do much. So was it mostly the man struggling?
19] A.  No, he [sic] didn't do much.  I -- I say --
20] remember he didn't do much, this woman.
21] Q.  So the woman didn't do very much?  The man --
22] A.  Yes.
23] Q.  -- when he was down on the ground --
24] A.  This one --
25] Q.  -- with your husband?

Page 90

1] A.  -- and this one.
2] Q.  Okay.
3] A.  And also this who Tased him.
4] Q.  The first time, though --
5] A.  Okay.
6] Q.  -- when your husband was on the ground --
7] A.  Uh-huh.
8] Q.  -- was it mostly the man in Picture 2 who was
9] struggling with him?
10] A.  Yes. Before this one arrived and help.
11] Q.  How was it that your husband then ended up back
12] in the chair? Because he had been on the ground. How did
13] he get back in the chair?
14] A.  They -- both of them helped him up and put him on
15] the chair.
16] Q.  Okay.
17] A.  Yes.
18] Q.  So after the struggle on the ground, the man in
19] Number 4 came in. And the man in Number 4 and the man in
20] Number 2 helped your husband get up and put him back in
21] the chair?
22] A.  Sure.
23] Q.  Okay. Did they step away from him?
24] A.  No, they still hold him.
25] Q.  Okay. They were holding his arms?

Page 91

1] A.  Yes.
2] Q.  Was he struggling?
3] A.  He said, "Leave me. You kill me. Leave me.
4] You're holding me. Leave me."
5] Q.  Did your husband ever say that the officers were
6] there to shoot and kill him?
7] A.  At that initial time they came in.
8] Q.  Did the officers tell him that, no, they were --
9] A.  No. No.
10] Q.  Yeah.
11] A.  The officer said, "No, we don't want to kill
12] you."
13] Q.  Do you think the officer was trying to calm your
14] husband down and reassure him that they weren't going to
15] hurt him?
16] A.  I don't know it is that.
17] Q.  When your husband was then seated in the chair
18] and still struggling, then the man in Number 1 came in?
19] A.  Yes.
20] Q.  And where was the lady in Number 3?
21] A.  It was just behind, just standing there.
22] Q.  Was she standing nearer to you?
23] A.  Near my husband.
24] Q.  Okay. Did she ever say anything to you?
25] A.  No.

Page 92

1] Q.  Did she ask you why your husband was so angry?
2] A.  No, he didn't ask me.
3] Q.  Okay. So when the man in Number 1 came in and
4] the officers in 4 and 2 were still struggling with your
5] husband --
6] A.  Yes.
7] Q.  -- he immediately came in and you say he used --
8] A.  The Taser.
9] Q.  -- the Taser in your husband's face?
10] A.  Yes.
11] Q.  Was your husband struggling in the chair at this
12] point?
13] A.  So the way he Tase him, he said, "Oh, I'm dying.
14] I'm dying. My eye. My eye. I'm dying."
15] He Tase him the second time again. That one
16] that's got him finer, they throw him on the floor.
17] Q.  The first time, though, what was your husband
18] doing? Was he sitting --
19] A.  Sitting down.
20] Q.  -- and struggling?
21] A.  He was sitting down on the chair with the -- this
22] guy struggling with him.
23] Q.  And then the second, did he try to stand up --
24] A.  No.
25] Q.  -- your husband?·

1] A. No.

2] Q. Did he ever try to stand up after he was in that

3]    chair?

4] A. That was the initial time they came in. He stand

5]    up and say, "Why are you guys here?" Tried to come

6]    forward them -- towards them.

7]      The guy said, "Go. Go and sit down. Go and

8]    sit down." So my husband went back and say -- and this

9]    lady also said, "Go and sit down, sir. Go and sit down."

10]     So this guy followed my husband. He sat

11]   down. When he sat down, he said, "Why are you raising

12]   your voice on us?"

13]     He said, "Because I'm not expecting you,

14]   that's why I'm raising my voice. You better go. Go."

15]     They still there. They didn't make any

16]   move, you know. Before he say, okay, you are now under

17]   arrest, he holding. My husband said, "No. What did I

18]   do?" Then this one called backup; this guy came in.

19] Q. After the officer in Number 2 was struggling with

20]   your husband the second time, what -- what else did you

21]   see him do?

22] A. Who?

23] Q. The -- the man in Number 2.

24] A. Yeah. Struggling to get his hand to put

25]   handcuff.

1] Q. So you saw him -- the officer in Number 2

2]    struggle with your husband to try to get his hands in

3]    handcuffs?

4] A. Yes.

5] Q. Did it look like your husband was trying to keep

6]    his hands from being handcuffed?

7] A. Yeah, no.

8] Q. Did he have them under the front of his body?

9] A. No. Like this.

10] Q. Okay. On the sides?

11] A. Yes.

12] Q. Did it look like it was hard for the officer in

13]   Number 2 to get his hands?

14] A. Yes.

15] Q. It looked like he was having a difficult time,

16]   struggling?

17] A. Yes.

18] Q. So while the officer in Number 2 was struggling

19]   to get the handcuffs on, what was the officer in Number 4

20]   doing?

21] A. This one?

22] Q. Yes.

23] A. He came and help.

24] Q. He came and helped with the handcuffs?

25] A. Yes, yes.

1] Q. Did he take one arm?

2] A. Yes. He took one arm, tried to put at his back,

3]    and the other one tried to, then this one came in.

4]    Number 4 -- Number 1 came in and Tase him.

5] Q. Okay. So Number 4 was trying to get one hand --

6] A. Uh-huh.

7] Q. -- in handcuffs?

8]    Number 2 was trying to get one hand?

9] A. Sure.

10] Q. And then Number 1 came into the house?

11] A. Uh-huh.

12] Q. And he then Tased him?

13] A. Yes.

14] Q. While he was on the ground?

15] A. No, on the chair. By then, he's not on the

16]   ground.

17] Q. So the officers 2 and 4, they were trying to put

18]   him in handcuffs while he was sitting in the chair?

19] A. Sitting down, yeah.

20] Q. Okay.

21] A. On the couch. Not chair; couch.

22] Q. On the couch?

23] A. Yes.

24] Q. And they were having a hard time getting --

25] A. Yes.

1] Q. -- him in handcuffs?

2] A. Yes.

3] Q. And they couldn't control his arms?

4] A. Yes.

5] Q. And then Number 1 comes in?

6] A. And Tased him.

7] Q. And Tases him?

8] A. Yes.

9] Q. And does it look like the officers are still

10]   having a hard time with your husband's arms, the -- the

11]   man in Number 2 and Number 4?

12] A. No. Immediately they Tase -- this guy Tased him.

13]   He become calm and said, "Oh, my God. I'm dying. I'm

14]   dying. Oh, my eyes. Oh, my eyes."

15]     They then used the opportunity -- this one,

16]   this one, this one -- carried him and throw him on the

17]   ground. Then went immediately to grab him. The other one

18]   place his knee on his back and his hand like this, the

19]   other two get his hand and put the handcuffs.

20] Q. So when he was -- when your husband was on the

21]   ground --

22] A. Uh-huh.

23] Q. -- there was -- one of the officers used a knee

24]   to try to grab his hands to handcuff them?

25] A. No. I said, when my husband was on the ground,

1] this one used his knee, press him down, take his hand on
2] the head like this. Then this one get his hand and put
3] handcuffed.
4] Q. Okay.
5] A. By then, he can't do nothing.
6] Q. The officer in Number 2, where did he put his
7] knee? Where exactly?
8] A. On the -- back here.
9] Q. In the middle?
10] A. Yeah. Yeah. Here.
11] Q. And the officer in Number 2, where did he put his
12] hand? You said he put it on the back of his head?
13] A. Like this on his, yeah. Place it down so that he
14] cannot get up.
15] Q. Did it look like --
16] A. Put it like this.
17] Q. Did it look like your husband was trying to get
18] up?
19] A. I don't know.
20] Q. Did it look like he was still struggling?
21] A. No.
22] Q. Was --
23] A. He was weak.
24] Q. -- was he moving?
25] A. No.

1] Q. Then the officer in Number 4, you think that he's
2] the one who put the handcuffs on?
3] A. I think so.
4] Q. Okay. So what was the one in Number 1 doing?
5] A. Oh, so --
6] Q. Officer Number 1 at this time, what was he doing?
7] A. Look, this one is the one that used his knee on
8] my husband and his hand. This and this grab my husband's
9] hand and put the handcuffs. When they put the handcuffs,
10] they turn him immediately.
11] Q. So officers Number 1 and 4 --
12] A. Uh-huh.
13] Q. -- when your husband is on the ground --
14] A. Uh-huh.
15] Q. -- each have one of his hands -- arms?
16] A. What?
17] Q. Your husband is on the ground?
18] A. Yes.
19] Q. And you believe that the officer in picture
20] Number 1 and the officer in Picture Number 4 --
21] A. Uh-huh.
22] Q. -- they were the ones who put the handcuffs on?
23] A. Yes.
24] Q. Did they each have one arm?
25] A. Yes.

1] Q. Do you know which one was on which side?
2] A. I don't know.
3] Q. And they each had an arm. Did it look like they
4] were struggling to get the handcuffs on?
5] A. No.
6] Q. So they put the handcuffs on?
7] A. And they turned him.
8] Q. And they immediately turned him over?
9] A. Sure.
10] Q. And they sat him up?
11] A. Yes.
12] Q. And at that time they saw that he --
13] A. He did like this.
14] Q. -- was slumped?
15] A. Yeah.
16] Q. They immediately --
17] A. With foam.
18] Q. Okay. They immediately put him back down?
19] A. Like this, just put him upwards.
20] Q. They took the handcuffs off?
21] A. Yes. They removed the handcuffs immediately.
22] Q. And then they started the compressions?
23] A. Yes.
24] Q. And the woman in Picture 3, she called for the
25] paramedics?

1] A. Yeah.
2] Q. Okay. Was there ever a point in time where you
3] didn't see what was going on? Where you were removed to a
4] different room?
5] A. I was there. I saw everything clear. Crying
6] anyway, shouting, saying, "They killed my husband. They
7] killed my husband." Even the time they carried him out, I
8] was still crying, trying to follow them. They stop us.
9] Then they immediately they got moved. They took us out of
10] the house.
11] Q. Did you go to the hospital?
12] A. They didn't allow me. I say I want to follow
13] them. They said, "No, you won't go."
14] Q. Did you ever end up going to the hospital?
15] A. Huh?
16] Q. Did you ever go to the hospital?
17] A. No.
18] Q. Okay. Your son showed up at some point?
19] A. Yes. When they carried him out.
20] Q. So did your son see him being carried out?
21] A. No.
22] Q. He came home after?
23] A. Yeah. And saw the food, the cup, the water,
24] everything on the floor and say, "Mom, where is my dad?
25] Where is my dad?"

1   STATE OF ARIZONA        )
                            ) ss.
2   COUNTY OF MARICOPA      )

3          BE IT KNOWN that the foregoing proceedings were
    taken before me; that the witness before testifying was
4   duly sworn by me to testify to the whole truth; that the
    foregoing pages are a full, true, and accurate record of
5   the proceedings, all done to the best of my skill and
    ability; that the proceedings were taken down by me in
6   shorthand and thereafter reduced to print under my
    direction.

7
           I CERTIFY that I am in no way related to any of
8   the parties hereto, nor am I in any way interested in the
    outcome hereof.

9

10         [X] Review and signature was requested; any
    changes made by the witness will be attached to the
11  original transcript.
           [ ] Review and signature was waived/not
12  requested.
           [ ]  Review and signature not required.

13
           I CERTIFY that I have complied with the ethical
14  obligations set forth in ACJA 7-206(F)(3) and ACJA 7-206
    J(1)(g)(1) and (2).
15         Dated at Phoenix, Arizona, this 20th day of
    March, 2017.

16

17
                    MARTA M. JOHNSON, RPR
18                   Certified Reporter
                    Arizona CR No. 50746
19

20            *       *       *       *       *

21
           I CERTIFY that GRIFFIN & ASSOCIATES, LLC, has
22  complied with the ethical obligations set forth in ACJA
    7-206 (J)(1)(g)(1) through (6).
23
                    Pamela A. Griffin
24       _____
                 GRIFFIN & ASSOCIATES, LLC
25                Registered Reporting Firm
                   Arizona RRF No. R1005

# EXHIBIT 2

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

Ngozi Mbegbu, individually as      )
the surviving spouse of             )
decedent Balantine Mbegbu and       )
on behalf of decedent's             )  Case No.
children Ogechukwu Amarachukwu      )  2:16-cv-00424-DGC
Gloria Mbegbu and C.C.E.M.          )
(a minor) as the statutory          )
beneficiaries of Balantine          )
Mbegbu; and as Personal             )
Representative of the Estate of     )
Balantine Mbegbu,                   )
                                    )
        Plaintiffs,                 )
                                    )
vs.                                 )
                                    )
City of Phoenix, et al.,            )
                                    )
        Defendants.                 )
                                    )

_____

**VIDEOTAPED DEPOSITION OF SABINAH ODOM**

Chandler, Arizona
March 14, 2017
12:15 p.m.

**REPORTED BY:**
MARTA M. JOHNSON, RPR
Certified Reporter
Arizona Certificate Number 50746

**PREPARED FOR:**
MR. SABINUS A. MEGWA

(Certified Copy)



2398 East Camelback Road
Suite 260
Phoenix, Arizona 85016

T 602.264.2230
  888.529.9990
F 602.264.2245

www.arizonacourtreporters.com

Page 3

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

Ngozi Mbegbu, individually as
the surviving spouse of
decedent Balantine Mbegbu and
on behalf of decedent's
children Ogeohukwu Amarachukwu
Gloria Mbegbu and C.C.R.M.
(a minor) as the statutory
beneficiaries of Balantina
Mbegbu; and as Personal
Representative of the Estate of
Balantine Mbegbu,

    Plaintiffs,

vs.

City of Phoenix, et al.,

    Defendants.

Case No.
2:16-cv-00424-DGC

VIDEOTAPED DEPOSITION OF SABINAH ODOM

Chandler, Arizona
March 14, 2017
12:15 p.m.

REPORTED BY:
MARTA M. JOHNSON, RPR
Certified Reporter
Arizona Certificate Number 50746

PREPARED FOR:
ASCII/COPY

(Certified Copy)

---

1]        THE VIDEOTAPED DEPOSITION OF SABINAH ODOM
2]    was taken on March 14, 2017, commencing at 12:15 p.m. at
3]    the law office of Struck Wieneke & Love, P.L.C., 3100 West
4]    Ray Road, Suite 300, Chandler, Phoenix, Arizona, before
5]    MARTA M. JOHNSON, a Certified Reporter in the State of
6]    Arizona, and a Registered Professional Reporter.
7]
8]    COUNSEL APPEARING:
9]
10]        For the Defendants City of Phoenix,
11]        Matthew Johnson, Celina Gonzales, Joel
        Zemaitis and William Weber:
12]        Struck Wieneke & Love, P.L.C.
13]        By:  MS. CHRISTYNA RETTS
        3100 West Ray Road
14]        Suite 300
        Chandler, Arizona  85226
15]
16]        For the Plaintiffs:
17]        Megwa Law
        By:  MR. SABINUS A. MEGWA
18]        6811 South Central Avenue
        Phoenix, Arizona  85040-5420
19]
20]    ALSO PRESENT:
        William Marinakis - CLVS
21]        Ngozi Mbegbu
22]
23]
24]
25]

---

Page 2

1]           I N D E X
2]  WITNESS                       PAGE
3]    SABINAH ODOM
4]  Examination By Ms. Retts         5
5]  Examination By Mr. Megwa      52
6]  Further Examination By Ms. Retts  56
7]
8]
9]
10]
11]
12]           E X H I B I T S
13]  Deposition
    Exhibits:    Description         Marked
14]
             (NONE MARKED)
15]
16]
17]
18]
19]
20]
21]
22]
23]
24]
25]

---

Page 4

1]      THE VIDEOGRAPHER: We're on the record.
2]  Today's date is Tuesday, March 14th, 2017. The time on
3]  the video monitor is 12:15 p.m.
4]      This is the video-recorded deposition of
5]  Sabinah Odom, noticed by counsel for the defendants in the
6]  matter of Ngozi Mbegbu, et al., versus City of Phoenix, et
7]  al., in the United States District Court, District of
8]  Arizona, Case Number 2:16-CV-00424-DGC.
9]      Our location today is the law offices of
10]  Struck Wieneke & Love in Chandler, Arizona.
11]      The certified court reporter is
12]  Marta Johnson of Griffin & Associates, located at 2398
13]  East Camelback Road, Suite 260, Phoenix, Arizona 85016
14]      My name is William Marinakis. I am the
15]  certified legal video specialist for the firm of
16]  VideoDep, Incorporated, located at 7776 South Pointe
17]  Parkway West, Suite 170, Phoenix, Arizona 85044.
18]      Counsel, will you please identify
19]  yourselves, and state whom you represent for the record at
20]  this time, please, starting with plaintiffs counsel.
21]      MR. MEGWA: I'm Sabinus Megwa representing
22]  plaintiffs.
23]      MS. RETTS: Christina Retts for the
24]  defendants.
25]      THE VIDEOGRAPHER: Thank you, Counsel. For

Page 5

1] the record, also in attendance today is Ngozi Mbegbu. The
2] witness may be sworn in at this time, please.
3]
4]        SABINAH ODOM,
5] a witness herein, having been first duly sworn by the
6] Certified Reporter to speak the truth and nothing but the
7] truth, was examined and testified as follows:
8]
9]        EXAMINATION
10]   BY MS. RETTS:
11] Q.  Good morning, Ms. Odom.  And I guess it's now
12]   afternoon.
13] A.  Thank you very much.
14]      And you?
15] Q.  I'm going to go over a few rules before we get
16]   started, because we have a court reporter who's sitting
17]   right here.
18] A.  Uh-huh.
19] Q.  I'm sure you've probably never been through one
20]   of these before, so I'll just give you a couple ground
21]   rules so you know what to expect.
22] A.  Okay.
23] Q.  She's sitting here typing down everything into a
24]   little booklet.  So at the end of this deposition, we'll
25]   be able to look through and see what you said.  In order

Page 6

1]   for her to be able to do that, if you could answer audibly
2]   to any questions.  So that's a "yes" or a "no."  If you do
3]   a head shake or a head nod, she can't get that down.  So
4]   if I remind you and ask you, "Was that a 'yes'?"  "Was
5]   that a 'no'?" I'm not intending to be rude.  We just need
6]   to make sure that it's clear what you said.
7] A.  Okay.  Thank you.
8] Q.  From time to time, Mr. Megwa might have an
9]   objection.  You may hear him say something like "form" or
10]   "foundation."  If he does that, you can answer, unless he
11]   instructs you not to.
12]      If I can't hear you -- because I can't hear
13]   a lot of things at real low tones -- I may just ask you to
14]   speak up.
15] A.  Okay.
16] Q.  So if I ask you, I'm not intending to be rude.
17] A.  Thank you.
18] Q.  I also don't want to ask you any tricky
19]   questions.  So if you can't understand what I'm asking,
20]   please just tell me that you don't understand, ask me to
21]   rephrase it, I'm happy to do that.
22] A.  Okay.
23] Q.  I don't think we'll be very long today.  But if
24]   you need a break at any time, please let me know.  I just
25]   ask that if I've asked you a question, you answer it, and

Page 7

1]   then ask for a break.
2] A.  Thank you.
3] Q.  All right.  Ms. Odom, when were you born?  What
4]   year?
5] A.  Year?
6] Q.  Yes.
7] A.  October 30, 1958.
8] Q.  And your sister is Ngozi Mbegbu.  Right?
9] A.  Yes.
10] Q.  And you have, at various points in time, come to
11]   the United States to stay with her?
12] A.  Yes.
13] Q.  When's the first time that you remember coming to
14]   visit?
15] A.  I came 2009.
16] Q.  And you stayed --
17] A.  The first one.
18] Q.  -- you stayed for about three months?
19] A.  Yes, and go back.
20] Q.  The second time you came, do you remember what
21]   year it was?
22] A.  2010.
23] Q.  And you also stayed for about three months?
24] A.  Four months, and go back.
25] Q.  And then you came again in 2014?

Page 8

1] A.  Yes.
2] Q.  And at that point you stayed here.  Right?
3] A.  Yes.
4] Q.  Okay.  I think I understand that there was a
5]   situation where your husband had escaped?
6] A.  Yes.
7] Q.  And if you returned, you could be harmed?
8] A.  Sure.
9] Q.  And you went through a process -- did you go
10]   through called the "credible fear interview" where they
11]   talk to you about what was going on in Nigeria, and then
12]   as a result, you got your permission --
13] A.  Come back -- come back again.
14] Q.  Did you have to go through an interview process
15]   to be able to stay in the United States after you heard
16]   about what happened with your husband?
17] A.  When I heard what happened at -- for my husband
18]   and my child, I didn't go back again.  Then -- then went
19]   down there register me for silo [sic] because Boko Haram
20]   said that if they see me, they will kill me.
21] Q.  Yes.
22]      So you have asylum?
23] A.  Uh-huh.
24] Q.  And probably as part of that, you did what they
25]   call a "credible fear interview," do you remember that?

1] Where someone talked to you about what had happened, and
2] you explained to them what had happened with your son and
3] your husband?
4] A. it was one of our elders that my son is custody
5] with him.
6] Q. And your son was rescued?
7] A. Uh-huh. Only my husband, I didn't see him up
8] until now. I haven't heard from him.
9] Q. Is your son here now in the United States?
10] A. No.
11] Q. No.
12] Does he have plans to come join you?
13] A. Huh?
14] Q. Does your son have plans to come here and meet up
15] with you and -- and live here in the United States?
16] A. If I -- if my paper all come out, I will take him
17] come.
18] Q. Okay. When do you expect to get your
19] citizenship?
20] A. Huh?
21] Q. You're working toward your citizenship. Right?
22] A. Yes.
23] Q. When do you think you're going to get it? Do
24] they have an expectation of when you're going to get it?
25] A. If I have it, I have to tell them to bring my

1] son.
2] Q. Now, I'm going to ask you a few questions today
3] about what you remember happening on October 6, 2014. In
4] front of you are some pictures of some of the officers who
5] were there --
6] A. Uh-huh.
7] Q. -- so I'm probably going to refer you to those.
8] A. Yeah.
9] Q. In the couple days before October 6th, did you
10] witness any arguments between your sister and her husband?
11] A. None. Not at all.
12] Q. Were you aware that Balantine was upset about
13] Buka staying out late to play basketball?
14] A. Well, he said that he don't want him to stay
15] over.
16] Q. Was that something Balantine had got upset about
17] a few days before?
18] A. No.
19] Q. Did you ever see Balantine and your sister have
20] any argument?
21] A. I don't. I don't. I don't since I was with
22] them.
23] Q. No arguments?
24] A. No argument, no fighting.
25] Q. Okay. Were you ever aware of Balantine hitting

1] your sister?
2] A. Hitting my sister?
3] Q. Yes.
4] A. Not at all.
5] Q. Did you ever see Balantine hit any of the
6] children?
7] A. Huh?
8] Q. Did you ever see Balantine hit any of the
9] children?
10] A. No, no, no, no, no.
11] Q. Before the police came to the house, did you see
12] or hear any arguments between Balantine and your sister?
13] A. No, no, no.
14] Q. When the police came into the house, where were
15] you?
16] A. I was in the kitchen. Our kitchen just like
17] this, and this is the parlor. So the person in the parlor
18] will see person in the kitchen, and the kitchen person
19] that in kitchen will see person in the parlor.
20] Q. Can you look at those pictures in front of you
21] and tell me, by the numbers on them -- there's numbers
22] here. That's 3, 2, 1, and 4 -- which officers you
23] remember seeing first?
24] A. Oh, you know, there is night, but I can only
25] remember this one. But all -- for these three, I can't

1] even recognize their -- their face. But for all I know is
2] that there were two, woman and the man.
3] Q. So the first two who came in --
4] A. Yeah.
5] Q. -- it was a woman and a man?
6] A. Yes.
7] Q. And it was the woman in Picture Number 3?
8] A. (No oral response.)
9] Q. Did the woman speak to you at all when she came
10] in?
11] A. No.
12] Q. When the two officers came in --
13] A. Uh-huh.
14] Q. -- what do you remember happening first?
15] A. Okay. You know, I was in the kitchen. I heard
16] my in-law saying, "What have I done? What do you come
17] for? Did I called you or my wife called you?"
18] They said "No."
19] Q. Okay. Was Balantine yelling?
20] A. No. You know, he's a stammerer [sic]. When a
21] stammerer talking, it -- you would think that they have --
22] his voice is high, but it's not like that.
23] Q. Okay. So to someone listening to a stammerer,
24] they think they're yelling? Is that -- it sounds like
25] they're yelling to someone not -- not familiar with it?

1] A. No, it's not yelling. Only they have -- you
2] know, as he said, a stammerer, it seemed that their voice
3] is high, but it's not.
4] Q. Did Balantine seem angry to you?
5] A. No, no, no, no. He -- my [sic] love in-law.
6] Q. Did he seem angry at the officers?
7] A. No. Only that he asked them, "What did you come
8] for? Did I called you? Did my wife called you?"
9] They said, "No. Only that somebody told
10] them that they say domestic violence in the house." Then
11] they ask him, they say, "Did you see anything wrong here?
12] Did we call or anything, you know?"
13] Q. Did you hear Balantine ask the officers if they
14] were there to shoot and kill him?
15] A. Huh?
16] Q. Did you ever hear Balantine say to the officers,
17] "Are you here to shoot and kill me"?
18] A. Yes. He told them, he said, "Are you here to
19] kill me?"
20] Q. What did the officers say to that in response?
21] A. He said, "No. That somebody told them that there
22] is violent -- domestic violence in his house."
23] Q. When the two officers came into the house --
24] A. Uh-huh.
25] Q. -- and Balantine was talking to them, where was

1] he?
2] A. He was in the couch, eating his food is here.
3] He's -- coffee cup is there, and the medication is there.
4] The food is also there.
5] Q. This couch, is it like a brown couch that kind of
6] looks like a love seat --
7] A. Uh-huh.
8] Q. -- a smaller one?
9] A. Just -- no, it's the small one.
10] Q. Okay. Did you ever see Balantine stand up when
11] he was talking to the officers when they first came in?
12] A. It was when the third person came. You know,
13] when the third person came, he just say, what have -- that
14] person wanted to handle -- he say he's under arrest.
15] He said, "What have I done? Do you come to
16] kill me?"
17] That's all.
18] Q. So it was the tall person who came, the tall
19] officer, was the first one who told Balantine he was under
20] arrest?
21] A. It was the third person.
22] Q. The third person?
23] A. Yeah.
24] Q. So the third person told Balantine he was under
25] arrest?

1] A. Yes.
2] Q. Before that time, before the third person came,
3] had the two officers struggled with Balantine?
4] A. They wanted to hold him. So all of them fall
5] down. They held him up. Before the fourth one came and
6] Taser him he said, "Oh, I'm dying. My God." It -- that
7] time he make leg like this.
8] Q. But before, so when the -- when the third officer
9] came --
10] A. Uh-huh.
11] Q. -- and told Balantine he was under arrest --
12] A. Uh-huh.
13] Q. -- before that time, had there been any struggle
14] at all? Or was it only when the third one came?
15] A. Only asking them, "What have I done?"
16] Q. Okay. So there was no struggle before --
17] A. Huh-uh.
18] Q. -- the third office came?
19] A. Huh-uh.
20] Q. Did you see -- before the third officer came, did
21] you see the two officers touch Balantine at all?
22] A. It was -- yeah. They wanted to hurt him.
23] Q. Okay. But was that the two of them together? Or
24] after the third officer?
25] A. With the third -- with the third one.

1] Q. Only when the third one came?
2] A. Uh-huh.
3] Q. Before the third one came --
4] A. Uh-huh.
5] Q. -- before that time, the two officers that were
6] there alone, just the two, did those two officers, did
7] they touch Balantine at all?
8] A. Only the woman didn't touch him.
9] Q. The woman did not touch?
10] A. Huh-uh.
11] Q. She didn't touch him at all through the whole
12] thing?
13] A. No. Only the time they wanted to raise him up.
14] He helped to raise him up before the...
15] Q. Okay. So the only time during the whole thing
16] that you saw the woman touch Balantine was when the three
17] officers tried to raise him up?
18] A. Come back again.
19] Q. The woman --
20] A. Uh-huh.
21] Q. -- you remember her only touching Balantine one
22] time?
23] A. Uh-huh.
24] Q. And that time, was it when there were officers,
25] three of them, trying to raise him up?

Page 25

1] Q. What did anybody say in response? What was said?
2] A. They said that -- my God. They said that he --
3] the third person tell him that he's under arrest. The two
4] of them, they told him -- them that, "What have I done?
5] Did I do anything wrong to arrest me? Or do you want
6] to -- people to kill me?"
7] Q. Did the officer answer him and tell him why he
8] was being arrested?
9] A. They said that they heard that there is
10] a -- domestic violence in the house. He told them that,
11] "As you came, did you see us fighting? Did we quarrel? I
12] was eating here."
13] I saw door open just looking at them. Just
14] being like in fear. I don't know. I was shivering on my
15] body.
16] Q. Did you see Balantine kick any of the officers?
17] A. No. When they were holding him like
18] this me- -- you know, to survive.
19] Q. When the officer went and told Balantine that he
20] was under arrest, did Balantine pull his arm away?
21] A. Huh?
22] Q. Did Balantine struggle with the officers? Was
23] there a struggle?
24] A. He just make hand like this. That's all. He
25] didn't struggle.

Page 26

1] Q. There was no struggle at all --
2] A. Huh-uh.
3] Q. -- between Balantine and the officers?
4] A. Huh-uh.
5] THE COURT REPORTER: Is that a "no"?
6] BY MS. RETTS:
7] Q. Is that a "no"?
8] There was no struggle at all?
9] A. There was no struggle, no.
10] Q. Was there any time that Balantine was struggling
11] with the officers?
12] A. I didn't see.
13] Q. Did you see him moving his body around like he
14] did not want to be arrested?
15] A. I did not see, because all my body shivering.
16] Q. Did you see Balantine hit any of the officers?
17] A. The time he hit his leg is the time they Taser
18] him, and he make this like this.
19] Q. And when he was being Tasered, he hit one of
20] officers with his leg?
21] A. He -- he just hit his leg like this. "I'm dying.
22] I'm dying."
23] Q. And while he was having the Taser happen, he was
24] saying that --
25] A. I'm dying.

Page 27

1] Q. -- he was dying?
2] A. They carry him to the ground, here break, blood.
3] Q. Did the officers fall to the ground too?
4] A. Yeah, because of -- the man is a hefty man.
5] Q. So Balantine is a big man?
6] A. Yes.
7] Q. Was -- was Balantine bigger than the officer in
8] Picture 3, the woman?
9] A. Huh?
10] Q. The woman in Picture 3, do you remember her and
11] what size she was?
12] A. She was standing there.
13] Q. Was she a small woman?
14] A. Yes, as it is like this.
15] Q. Was she smaller than Balantine?
16] A. Uh-huh.
17] Q. Was that a "yes"?
18] A. Yes. Thank you.
19] Q. The officer who is in Picture Number 2, was he
20] smaller than Balantine?
21] A. Huh?
22] Q. Was he shorter than Balantine?
23] A. Yes. Yes.
24] Q. The officer who's in Picture Number 1, was he
25] shorter than Balantine?

Page 28

1] A. Uh-huh.
2] Q. Sorry.
3] Was that a "yes"?
4] A. Yes. Okay. Sorry. Please.
5] Q. The officer who is in Picture Number 4, was he
6] also smaller than Balantine?
7] A. He's not small.
8] Q. Was he skinnier than Balantine?
9] A. Uh-huh.
10] Q. He's less big than Balantine?
11] A. Yes.
12] Q. Was Balantine a strong man?
13] A. Yes.
14] Q. Tall man?
15] A. Uh-huh. Yes.
16] Q. How many times did you see a Taser? You say one
17] of the office --
18] A. Tse-tse-tse-tse-tse-tse. Just like fire. Both
19] face, all his chest.
20] Q. Was it one time?
21] A. Just make a tse-tse-tse-tse-tse.
22] Q. And you heard that one time? Only one time you
23] heard it?
24] A. It's not to -- just like tse-tse-tse-tse-tse-tse.
25] Shredding -- tse-tse-tse-tse-tse. Like spreading a --

Page 29

1] this thing.
2] Q. How far away was the officer from Balantine when
3] that happened?
4] A. Huh?
5] Q. How far away were they from one another? How
6] close was he?
7] A. Okay. As I say, let my husband -- my in-law was
8] there, he was standing like this.
9] Tse-tse-tse-tse-tse-tse.
10] Q. So when his arm was out, there were maybe two
11] feet between them? So his arm was straight out?
12] A. Straight out, yes.
13] Q. And from the end of his arm to Balantine --
14] A. Straight.
15] Q. -- straight was about two feet?
16] A. As I told you now, just as you -- let -- you my
17] in-law was like you, and the -- the Taser man still
18] tse-tse-tse-tse-tse-tse.
19] Q. And did it look like he pointed it at --
20] A. His face and the chest.
21] Q. Did you see anything come out of the Taser?
22] A. Yes. Like fire.
23] Q. Okay. And did you see -- when it first came out,
24] did you see anything happen with the Taser?
25] A. Huh?

Page 30

1] Q. When the officer pulled the Taser out --
2] A. Uh-huh.
3] Q. -- and you first heard the sound --
4] A. Uh-huh.
5] Q. -- tell me exactly what you saw?
6] A. My -- my in-law said, "Oh, I'm dying. Oh, my
7] God. I'm dying." Just like they carried him to the
8] ground.
9] Q. And when they took him to the ground, how long
10] did it take for them to get the handcuffs on?
11] A. You know, I don't know.
12] Q. Okay. Did it seem like it was short or long?
13] A. Come back.
14] Q. Did it seem like it was a short period of time,
15] like, a few seconds? Or a couple minutes? Or you can't
16] say at all?
17] A. For all I know is that they held him to the
18] ground, he had big blood. After they handcuff him, they
19] went to raise him up, he slump like this. He couldn't
20] talk again.
21] Q. So after he was put in handcuffs, they sat him
22] up?
23] A. Uh-huh. Giving him CPR around that -- that is --
24] stomach, because he couldn't make it. Then they call the
25] fire service. They came and put stretcher and carry him.

Page 31

1] Q. The first thing they did, though, was they sat
2] him up. Right?
3] A. Huh?
4] Q. After Balantine had the handcuffs on him?
5] A. Uh-huh. They went to hold him to sit him -- sit
6] him down. He can't sit down.
7] Q. And did that happen immediately, they sat him up?
8] A. Yes.
9] Q. Did they sit him up?
10] A. Yes, ma'am.
11] Q. And he slumped own?
12] A. Uh-huh. Yes.
13] Q. And then they rolled him over on his back? Did
14] they put him on his back?
15] A. Yes.
16] Q. And did they, then, take the handcuffs off?
17] A. The handcuff is here. They rose him like this.
18] They were doing CPR.
19] Q. Okay.
20] A. He couldn't make it.
21] Q. Did he still have the handcuffs on when they did
22] the CPR?
23] A. They remove it. They remove it.
24] Q. They took them off.
25] Do you remember which of the officers did

Page 32

1] CPR?
2] A. Huh?
3] Q. Can you tell me which one of the officers in the
4] picture there, do you know which one did the CPR?
5] A. You know, this thing happened that I -- I
6] couldn't even get myself. I can't even remember them.
7] Only this woman I remember his -- her face.
8] Q. The officer who is in Picture Number 4 right
9] there, do you remember exactly what he did, what you saw
10] him do that night?
11] A. Sister, I cannot remember their faces. Who did
12] what with the -- what the other person did.
13] Q. When Balantine -- when the Taser was happening,
14] was he in the couch sitting?
15] A. They -- they carry him that time to the ground.
16] That is the time this thing here break up, blood.
17] Q. So he -- while the Taser was going, they were
18] carrying him to the ground?
19] A. Uh-huh.
20] Q. Was that a "yes"?
21] A. Yes, my dear. He was shouting, "I'm dying. I'm
22] dying."
23] Q. When he went to the ground, what happened then?
24] A. They wanted to handcuff him. After they handcuff
25] him, they bring him -- they raise him up, he slumped. He

Page 33

1] couldn't talk again.

2] Q. Did you see how the officers handcuffed him?

3] Like, exactly what each one did?

4] A. Pardon? The -- immediately they raise him up and

5] see that he slumped, they remove the handcuff, started

6] laying him down like this, they started giving him CPR.

7] Q. For the handcuffs, was there one officer on each

8] side of him? One had one arm; one had the other arm?

9] A. When they held him to the ground, the other

10] person hold his head like this. The other one hold the

11] leg. Then the other one hold his hands like this to put

12] on the handcuff.

13] Q. So it was one officer who did the handcuffing?

14] A. Yes.

15] Q. One officer held his hand to his head?

16] A. Uh-huh.

17] Q. Is that a "yes"?

18] A. Yes, my dear. Sorry.

19] Q. And then one officer held his legs?

20] A. Yes.

21] Q. Okay. The woman, was she involved in the

22] handcuffing at all?

23] A. Huh-uh. It was the time they wanted to raise him

24] up.

25] Q. You were interviewed by the police that night.

Page 34

1] Do you remember that?

2] A. Yes.

3] Q. And when the police interviewed you, did you tell

4] the truth to them?

5] A. Yes.

6] Q. And you tried to be as accurate as you could?

7] You tried to be as complete? You didn't want to leave out

8] any information?

9] A. Yes.

10] Q. After you were interviewed, have you remembered

11] anything new that you didn't tell the police?

12] A. Yes. This is -- this is -- the woman, I told

13] you, that during the time they Taser him, she was -- "I'm

14] dying" -- they carry him to the ground, then here break.

15] Q. Okay. You didn't tell the police that?

16] A. I couldn't because I wasn't with myself; I was

17] shivering.

18] Q. Did you ever call the police and tell them that

19] you had more information to provide?

20] A. I didn't, because I didn't know anybody's number.

21] Q. Is there anything else new that you remember?

22] A. That's all.

23] Q. Okay. Have you reviewed the police report? Have

24] you read it?

25] A. Say --

Page 35

1] Q. The police report --

2] A. The police report?

3] Q. -- did -- have you read it?

4] A. I didn't.

5] Q. Have you listened to the interview that you gave

6] to the police?

7] A. No.

8] Q. Have you listened to the interview that your

9] sister gave to police?

10] A. No, I didn't.

11] Q. Have you read any documents about what happened

12] to Balantine?

13] A. I don't.

14] Q. After you were interviewed by the police, did you

15] talk to your sister about what you remember happening?

16] A. Why? Because I -- I didn't, because she was

17] there with me.

18] Q. Have you gone -- strike that. Strike that.

19] Did you go back to the funeral --

20] A. To the funeral?

21] Q. -- for Balantine in Nigeria?

22] A. No, I didn't.

23] Q. Before you were interviewed by the police, did

24] you talk to your sister about what you had seen happen?

25] A. I didn't.

Page 36

1] Q. When the two officers originally came into the

2] house --

3] A. Uh-huh.

4] Q. -- did your sister come in first or behind them?

5] A. I think I told you that I heard the voice of my

6] in-law. Whether my sister came first or the police, I

7] didn't know.

8] Q. Did you ever hear anybody talking about the

9] pictures up on the wall?

10] A. Yeah. One of them was looking around the whole

11] pictures there, you know.

12] Q. Did you hear anybody talk about Buka in the

13] pictures?

14] A. In the pictures?

15] Q. Yes.

16] A. One of them say, "Is he basketballer?"

17] My sister say, "Yes."

18] That's all.

19] Q. Did the officers talk to Balantine about being

20] proud of Buka and playing basketball?

21] A. I didn't hear.

22] Q. Did you think that Balantine was resisting the

23] officers trying to put him under arrest?

24] A. No, I didn't see.

25] Q. Did it look to you like those officers were

1] later was bleeding when he went to the ground?
2] A. I said, when they Taser him, there is an, "Oh, my
3] God. I'm dying."
4] They carry him to the ground. It was at
5] that time they carry him here, break, there is blood.
6] Q. When Balantine was on the ground, was he saying
7] anything?
8] A. He said, "I'm dying."
9] Simple. That's the last word.
10] Q. Was he handcuffed when he said that?
11] A. When he said that, they just removed
12] the handcuff -- no. Yes. They removed the handcuff and
13] raise him up.
14] Q. Did -- did you think that when he said that he
15] was dying, that they put him up because he said that?
16] A. When they put him up, he just slump. He couldn't
17] talk again. Foam come out from his mouth. Jesus.
18] Q. Have you ever been at your sister's house when
19] the police came any other time?
20] A. No.
21] Q. And you, your sister, and Balantine were the only
22] ones who were at the house?
23] A. Huh?
24] Q. Your sister, Balantine, and you were the only
25] ones at the house with the police officers?

1] A. Yes. Nobody. Only two of us.
2] Q. You have another sister, yes, who lives in
3] Arizona?
4] A. No. Oh, yeah, yeah, yeah. At California.
5] Q. Is it Leticia? Do you have a sister Leticia?
6] A. Leticia, no.
7] Q. Maybe I've gotten the name wrong.
8] Your sister had called another sister to
9] come pick her up to get Buka?
10] A. Yeah. That is Leticia.
11] Q. That is Leticia.
12] So was Leticia living in Arizona at that
13] time?
14] A. She didn't come that time. But my sister calling
15] her to come and help her because there is no -- no oil
16] [sic] in his -- in the car, calling her to come and help
17] her to come pick up Buka. And while I am sorry, I did not
18] hear anything they talk there because I was in the
19] kitchen.
20] Q. Did -- Leticia, did she live near by?
21] A. No.
22] Q. Do you know where she lived?
23] A. No, I didn't know.
24] Q. On October 6th, did Leticia come to the house
25] after Balantine went to the hospital?

1] A. I didn't see her.
2] Q. Does -- does Leticia now live in California?
3] A. No.
4] Q. Okay. Do you know where she lives?
5] A. I don't know where she live.
6] Q. When your sister came back into the house after
7] she had left to go get Buka, did she tell you she had
8] called Leticia to come pick her up because there was no
9] gas?
10] A. Yes.
11] Q. When you first heard Balantine talking to the
12] officers, where was your sister?
13] A. My sister was there now.
14] Q. Was she standing next to you? Do you remember
15] exactly where in the house she was?
16] A. Huh-uh.
17] Q. The officer who's in Picture Number 1, can you
18] tell me everything that you remember him doing?
19] A. I told you that I could never recognize their
20] faces.
21] Q. Did you think that Balantine was struggling with
22] the officers?
23] A. I didn't see. No.
24] Q. Did you ever hear any of the officers tell
25] Balantine to stop struggling?

1] A. I didn't hear.
2] Q. Did you ever hear any of the officers tell him to
3] stop resisting?
4] A. No, I didn't hear.
5] Q. Did you ever hear any officers tell him to just
6] stop?
7] A. I didn't hear, because all my head was full of
8] fear.
9] Q. Do you think your memory of what happened was
10] better when you talked to the police officers or right
11] now?
12] A. Say did I do what?
13] Q. You talked to the police officers on October 6th?
14] A. Uh-huh.
15] Q. And you gave an interview. Right?
16] A. Uh-huh.
17] Q. I'm sorry.
18] Was that a "yes"?
19] A. Yes. Sorry. Sorry.
20] Q. And then we're talking here today about what
21] happened. Right?
22] A. Yes.
23] Q. At which interview do you think your memory is
24] better? Do you think it was better closer to when the
25] events happened? Or do you think it's better now?

Page 53

1] Q. She's not a blood sister, is she?
2] A. No.
3] Q. Okay.
4] A. She's not a blood sister.
5] Q. But your sister consider -- Ngozi considers her
6] as a sister. Is that right?
7] A. Yes.
8] Q. Okay. When the officers told you and your
9] sister, Ngozi, to stay back --
10] A. Uh-huh.
11] Q. -- were any of the officers blocking your view
12] from where Balantine was at?
13] A. There were two officers. One standing like this;
14] one standing like this. We will be -- we are there.
15] Q. Were you able to see Balantine clearly --
16] A. Huh?
17] Q. -- from -- were you able to see Balantine clearly
18] from where you were standing?
19] A. No.
20] Q. Okay. Talking about all the four police
21] officers --
22] A. Uh-huh.
23] Q. -- can you truthfully say that you saw what each
24] one of them did that night?
25] A. I only see this woman. But because of fear and

Page 54

1] everything, I couldn't even recognize their faces.
2] Q. Okay. So you don't know what each one of the
3] officers did --
4] A. Yes.
5] Q. -- right?
6] A. Only the other person that Taser him.
7] Q. Okay. To the best of your knowledge, they took
8] Balantine down two times; is that correct?
9] A. Yes.
10] Q. Okay. And on the first -- was it on the first or
11] second occasion that he sustained the cut?
12] A. The second one.
13] Q. Okay. You do remember that you gave an interview
14] to the police after the incident; correct?
15] A. Yes.
16] Q. And that happened shortly after the paramedics
17] took Balantine out of the house; correct?
18] A. Yes.
19] Q. During that interview, you told the police
20] officers that Balantine kicked one of the officers; is
21] that correct?
22]    Do you remember that?
23] A. Yes. Because it was the time they Taser him, he
24] kicked like this.
25] Q. Okay. Do you know if he intentionally kicked the

Page 55

1] officer?
2] A. At all.
3]    MS. RETTS: Foundation.
4]    THE WITNESS: At all. He did not
5] intentionally did it.
6]    MS. RETTS: Foundation.
7]    BY MR. MEGWA:
8] Q. Do you think that him kicking the officers was a
9] reaction of what was going on with him at the time?
10]    MS. RETTS: Foundation.
11]    MR. MEGWA: Go ahead. Answer please.
12]    THE WITNESS: Is there what -- please come
13] back again, sir.
14]    MR. MEGWA: Can you read that back, please.
15]    (Record read.)
16]    THE WITNESS: No.
17]    BY MR. MEGWA:
18] Q. Okay. What do you -- how can you explain it?
19] Explain what you mean by he kicked the officer.
20] A. Because --
21]    MS. RETTS: Foundation.
22]    THE WITNESS: -- they were not fighting.
23] They just -- because of that Taser, he wanted to get
24] himself -- he made like this.
25]    MR. MEGWA: Okay. I have no further

Page 56

1] questions. Thank you.
2]    MS. RETTS: I have just a couple follow-up
3] questions.
4]
5]    FURTHER EXAMINATION
6]    BY MS. RETTS:
7] Q. When you talked to the police that night, did you
8] ask for an interpreter?
9] A. Come back again, sir [sic].
10] Q. When the police interviewed you, did you ask them
11] if there was an Igbo interpreter available?
12] A. Yes. I told them that I am Igbo. And I used
13] here Igbo and the English. That's all.
14] Q. Okay. Did you ask them for someone to come and
15] interpret?
16] A. I didn't ask any question, because what can I
17] ask -- question an officer.
18] Q. You didn't feel like you could question an
19] officer?
20] A. Huh-uh. Why should I question him?
21] Q. Have you ever asked to listen to that interview
22] again? Have you listened to it again?
23] A. No.
24] Q. Okay. So you haven't gone through to make sure
25] that your memory is the same?

Page 57

1] A. Say -- have I gone to do what?

2] Q. Well, you were asked by Mr. Megwa if you didn't

3] understand any of the questions. So did --

4] A. I don't know is there a number to call him that

5] I -- call them, you know, as I told you before.

6] Q. Did you ever ask that the interview be translated

7] into Igbo?

8] A. No.

9] Q. Okay.

10] MS. RETTS: I don't have anything further.

11] MR. MEGWA: Okay.

12] MS. RETTS: You going to read?

13] MR. MEGWA: Well, I guess as a dilemma how I

14] can instruct her whether to read and...

15] MS. RETTS: Would you like to read and sign?

16] You can read your deposition and --

17] THE WITNESS: That's okay.

18] MS. RETTS: -- and make sure that it's --

19] THE WITNESS: Yes.

20] MS. RETTS: -- transcribed correctly?

21] THE WITNESS: Yes.

22] MS. RETTS: Okay.

23] MR. MEGWA: Okay. Got it.

24] THE VIDEOGRAPHER: This concludes the

25] deposition of Sabinah Odom. The time is 1:16 p.m.

Page 58

1] (The videotaped deposition concluded at

2] 1:16 p.m.)

3]

4]

5]

6] SABINAH ODOM

7]

8]

9]

10]

11]

12]

13]

14]

15]

16]

17]

18]

19]

20]

21]

22]

23]

24]

25]

Page 59

1] STATE OF ARIZONA        )
                           ) ss.
2] COUNTY OF MARICOPA       )

3]      BE IT KNOWN that the foregoing proceedings were
   taken before me; that the witness before testifying was
4] duly sworn by me to testify to the whole truth; that the
   foregoing pages are a full, true, and accurate record of
5] the proceedings, all done to the best of my skill and
   ability; that the proceedings were taken down by me in
6] shorthand and thereafter reduced to print under my
   direction.

7]      I CERTIFY that I am in no way related to any of
8] the parties hereto, nor am I in any way interested in the
   outcome hereof.

9]

10]      [X] Review and signature was requested; any
   changes made by the witness will be attached to the
11] original transcript.
         [ ] Review and signature was waived/not
12] requested.
         [ ] Review and signature not required.

13]

14]      I CERTIFY that I have complied with the ethical
   obligations set forth in ACJA 7-206(F)(3) and ACJA 7-206
15] J(1)(g)(1) and (2).
         Dated at Phoenix, Arizona, this 20th day of
16] March, 2017.

17]

18]              MARTA M. JOHNSON, RPR
                 Certified Reporter
19]              Arizona CR No. 50746

20]      *        *        *        *        *

21]

22]      I CERTIFY that GRIFFIN & ASSOCIATES, LLC, has
   complied with the ethical obligations set forth in ACJA
23] 7-206 (J)(1)(g)(1) through (6).

24]

25]              GRIFFIN & ASSOCIATES, LLC
                 Registered Reporting Firm

1  STATE OF ARIZONA        )
                           ) ss.
2  COUNTY OF MARICOPA      )

3          BE IT KNOWN that the foregoing proceedings were
   taken before me; that the witness before testifying was
4  duly sworn by me to testify to the whole truth; that the
   foregoing pages are a full, true, and accurate record of
5  the proceedings, all done to the best of my skill and
   ability; that the proceedings were taken down by me in
6  shorthand and thereafter reduced to print under my
   direction.
7
           I CERTIFY that I am in no way related to any of
8  the parties hereto, nor am I in any way interested in the
   outcome hereof.
9

10         [X] Review and signature was requested; any
   changes made by the witness will be attached to the
11 original transcript.
           [ ] Review and signature was waived/not
12 requested.
           [ ]  Review and signature not required.
13
           I CERTIFY that I have complied with the ethical
14 obligations set forth in ACJA 7-206(F)(3) and ACJA 7-206
   J(1)(g)(1) and (2).
15         Dated at Phoenix, Arizona, this 20th day of
   March, 2017.
16

17         _____
                   MARTA M. JOHNSON, RPR
18                 Certified Reporter
                   Arizona CR No. 50746
19

20         *       *       *       *       *

21
           I CERTIFY that GRIFFIN & ASSOCIATES, LLC, has
22 complied with the ethical obligations set forth in ACJA
   7-206 (J)(1)(g)(1) through (6).
23
                   _Pamela A. Griffin_
24         _____
                   GRIFFIN & ASSOCIATES, LLC
25                 Registered Reporting Firm
                   Arizona RRF No. R1005

                   GRIFFIN & ASSOCIATES - 602.264.2230
                   WWW.ARIZONACOURTREPORTERS.COM