# EXHIBIT 1

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

Ngozi Mbegbu, individually as the ) NO. 2:16-cv-00424-DGC
surviving spouse of decedent        )
Balantine Mbegbu and on behalf of   )
decedent's children Ogechukwu       )
Amarachukwu Gloria Mbegbu and       )
C.C.E.M. (a minor) as the statutory )
beneficiaries of Balantine Mbegbu;  )
and as Personal Representative of   )
the Estate of Balantine Mbegbu,     )
                                    )
          Plaintiffs,               )
                                    )
     v.                             )
                                    )
City of Phoenix, a public entity;   )
Matthew Johnson and Jane Doe        )
Johnson, husband and wife; Joel     )
Zemaitis and Jane Doe Zemaitis,     )
husband and wife; William Weber and )
Jane Doe Weber, husband and wife;   )
John Does 1-5; and Jane Does 1-5,   )
                                    )
          Defendants.               )
_____)


REPORTER'S TRANSCRIPT OF PROCEEDINGS
VIDEOTAPED DEPOSITION OF WILLIAM K. STANO, III, MD
Phoenix, Arizona
February 26, 2018
1:38 p.m.




REPORTED BY:
PHYLLIS M. RISSKY, RPR
Certified Reporter
Certificate No. 50422
PREPARED FOR:
(ASCII/Certified Copy)



Page 21

1    the central nervous system.

2        Q.   Are some of the other side effects vomiting for

3    an overdose?

4        A.   Yes.

5            MR. MUSHKATEL:  Foundation and form.

6            THE WITNESS:  Sorry.

7            MR. MUSHKATEL:  That's okay.

8    BY MS. RETTS:

9        Q.   Would you consider .18 milligrams per liter in

10   this circumstance to be an overdose?

11       A.   I guess the basic term of overdose, if we're just

12   talking about too much, then I would say yes.

13           But in -- in the field of medical examiners,

14   slash, forensic pathology, overdose is usually sort of

15   limited to that is the cause of death.  You know, someone

16   takes too much oxycodone and they die from that.

17           So that's why I sort of choose the word

18   "intoxication" instead.  But sort of fundamentally the

19   answer is yes.

20       Q.   Okay.  So can vomiting be a side effect of

21   intoxication of cyclobenzaprine?

22       A.   Yes.

23       Q.   Can sweating be a side effect of intoxication of

24   cyclobenzaprine?

25       A.   Yes.



Page 22

1      Q.   Can hallucinations be a side effect of
2    intoxication on cyclobenzaprine?
3      A.   Yes.
4      Q.   Can a fast pounding or uneven heartbeat be a side
5    effect of cyclobenzaprine intoxication?
6      A.   Yes.
7      Q.   Can psychosis be a side effect of cyclobenzaprine
8    intoxication?
9      A.   Yes.
10      Q.   Based upon your knowledge of use of the Taser and
11   your knowledge of cyclobenzaprine, would you agree that a
12   Taser applied to a person who is intoxicated on
13   cyclobenzaprine may not be effective in terms of the
14   person might feel it less than someone who is not
15   intoxicated?
16          MR. MUSHKATEL:  Form and foundation.
17          THE WITNESS:  Yes.
18   BY MS. RETTS:
19      Q.   And would the reason for that be that the person
20   under the influence of cyclobenzaprine, the whole purpose
21   of the drug is to reduce feelings of pain?
22          MR. MUSHKATEL:  Form; foundation.
23          THE WITNESS:  Yes.
24   BY MS. RETTS:
25      Q.   And that particular drug is designed to, in fact,



¹  block nerve impulses.  Would you agree?

²       A.    Yes.

³       Q.    And it reduces pain sensations?

⁴       A.    Yes.

⁵       Q.    Do you agree that it is designed, the

⁶  cyclobenzaprine, to act on gamma and alpha neurons to

⁷  effect their firing?

⁸       A.    I'd have to go back and review my medical school

⁹  pharmacology.  I'll have to say I don't -- I don't know on

¹⁰ that one.

¹¹      Q.    Did you in looking at the samples that were taken

¹²  from Mr. Mbegbu make a determination of whether he had

¹³  sickle cell trait?

¹⁴      A.    No.

¹⁵      Q.    So as we sit here today, you would have no reason

¹⁶  to agree or disagree that he had sickle cell trait?

¹⁷      A.    Yes.

¹⁸      Q.    What is your understanding of how sickle cell

¹⁹  trait affects a person?

²⁰      A.    Essentially, sickle cell disease is a disorder

²¹  affecting the red blood cells in the body which are --

²²  sort of make up a large component of our blood.  It can

²³  help carry the oxygen throughout the body.  When there are

²⁴  sort of defects -- defects in those red blood cells, they

²⁵  can change their shape.



1  a fatty change in the liver.

2      Q.   You note a history of law enforcement subdual
3  including a closed fist strike to the face, use of
4  conducted electrical device, prone restraint, and handcuff
5  placement.

6          In listing those, are they simply listed as being
7  involved and a potential contributor or did you make a
8  determination that those specific things individually were
9  a cause of death?

10     A.   I was describing everything that law enforcement
11 used during the subdual process to my knowledge.

12     Q.   You identified a sixth rib fracture and a history
13 of perimortem chest compressions.

14          Is it your opinion to a reasonable degree of
15 medical probability that that rib fracture was, in fact,
16 caused by the CPR efforts?

17     A.   Yes.

18     Q.   And it's correct that you found no evidence of
19 scalp, skull, or intracranial hemorrhage, or other trauma;
20 true?

21     A.   Yes.

22     Q.   What is intracranial hemorrhage?

23     A.   The cranium is the -- all of the bones that make
24 up the skull minus the jaw bone or mandible that kind of
25 hangs off separately.



1  pallaprebral -- is that the correct way to say that?

2      A.    Palpeball.  I'm sorry.  Palpebral and bulbar.

3      Q.    Bulbar and palpebral conjunctiva have no

4  petechiae.  Can you explain what that means?

5      A.    Yes.  So the conjunctiva are the tissues lining

6  the eyeballs and the eyelids.  Bulbar specifically refers

7  to the tissues lining the eyeballs themselves.  Palpebral

8  refers to the inner surfaces of the eyelids.  So that's

9  describing those surfaces.

10     Q.    And what is petechiae?

11     A.    Petechiae are little pinpoint hemorrhages in

12 tissues much smaller than bruises that arise from blood

13 vessel compression.

14     Q.    Would you expect to see petechiae if there were

15 any type of compressive asphyxia?

16          MR. MUSHKATEL:  Foundation.

17          THE WITNESS:  It would depend on what areas of

18 the body are being compressed.

19 BY MS. RETTS:

20     Q.    You noted that the nose had no acute injuries and

21 the nasal septum was free from perforation?

22     A.    Yes.

23     Q.    And that there were no significant skeletal

24 abnormalities?

25     A.    Yes.



¹      Q.   On the next page you describe evidence of injury.
²   And that first section notes that there was a two-inch
³   span of subcutaneous swelling centered on the left lower
⁴   eyelid.  The overlying skin has red ecchymosis.  In the
⁵   center of this area of swelling is a one-half inch
⁶   superficial laceration.
⁷           Is this describing the area on Mr. Mbegbu's face
⁸   that you believe is connected with the fist strike?
⁹      A.   Yes.
¹⁰     Q.   And based upon your findings, do you agree that
¹¹  that was a superficial injury?
¹²     A.   Yes.
¹³     Q.   To a reason degree of medical probability, would
¹⁴  you agree that there was no brain damage caused by that
¹⁵  injury?
¹⁶         MR. MUSHKATEL:  Foundation.
¹⁷         THE WITNESS:  Yes.
¹⁸         MR. MUSHKATEL:  Foundation.  I was chewing on my
¹⁹  pen.
²⁰         THE WITNESS:  I'm sorry.
²¹         MR. MUSHKATEL:  Form and foundation.  Go ahead.
²²         THE WITNESS:  Yes.
²³  BY MS. RETTS:
²⁴     Q.   And you found no evidence of any skull fracture
²⁵  in the area of that injury; true?



1    A.   Yes.

2    Q.   And you also found no evidence of any scalp,

3   skull, or intracranial hemorrhage, or other trauma in that

4   same area; true?

5    A.   Yes.

6    Q.   To a reasonable degree of medical probability,

7   would you agree that the fist strike did not cause

8   Mr. Mbegbu's death?

9         MR. MUSHKATEL:  Form.

10        THE WITNESS:  By itself, no, I would -- I would

11   agree with that.

12   BY MS. RETTS:

13    Q.   Do you have an opinion that the strike to the

14   face caused any serious injury to Mr. Mbegbu?

15        MR. MUSHKATEL:  Form.

16        THE WITNESS:  As far as the structural damage

17   regarding the anatomy, no.

18   BY MS. RETTS:

19    Q.   The next section of evidence of injury relates to

20   some marks that you attribute to the Taser; is that

21   correct?

22    A.   Yes.

23    Q.   So that's a one-inch linear mark?

24        MR. MUSHKATEL:  Just for clarity of the record.

25   This -- this is Bates stamp 681 you're on?



 1          MS. RETTS:  278.

 2          MR. MUSHKATEL:  Okay.  I'm looking at a --

 3          MS. RETTS:  Using our Bates number.

 4          MR. MUSHKATEL:  I'm using COP 681, which is

 5  probably mine.

 6          MS. RETTS:  That may be yours.

 7          MR. MUSHKATEL:  Okay.  So just a clarification.

 8          MS. RETTS:  Is there a 681 in there?

 9          THE WITNESS:  Yes, it says --

10          MS. RETTS:  Okay.

11          THE WITNESS:  -- 681.

12          MS. RETTS:  All right.  So I've got another copy

13  that's Bates stamped the same.

14          MR. MUSHKATEL:  All right.  So I just --

15  that's -- I thought that might occur, so I want to --

16          MS. RETTS:  Yeah.

17          MR. MUSHKATEL:  -- make sure we've got it figured

18  out here.

19  BY MS. RETTS:

20      Q.   All right.  So you noted a one-half -- a

21  one-quarter inch linear red mark on the precordial aspect

22  of the chest centered at a point directly on the midline

23  of the chest and 12-and-a-half inches from the top of the

24  head; is that correct?

25      A.   Yes.



1    Q.    What is the precordial aspect of the chest?

2    A.    The precordial aspect of the chest is the

3  location of the chest where the heart would sort of be

4  directly below.

5    Q.    That one-half inch linear red mark, did you

6  attribute that to being a result of a Taser probe?

7    A.    Are you -- did you mean the one-quarter inch?

8    Q.    Yeah, one-quarter.  Sorry.

9    A.    Yes.

10    Q.    Then you note that there was -- later that there

11  was a one-and-three-quarter inch span of red marks below

12  the left nipple centered at a point three-and-a-half

13  inches to the left of the midline of the chest and 15

14  inches from the top of the head; is that correct?

15    A.    Yes.

16    Q.    Did you attribute those marks to being related to

17  a probe, a Taser probe?

18    A.    Yes.

19    Q.    When you say span of red marks, can you explain

20  what you mean by that?

21    A.    When it's -- we have certain categories of skin

22  injuries.  They're usually abrasions or a scrape, a bruise

23  or a contusion.  We'll have a laceration or a cut.  And

24  then we'll have an incised wound, which is more of a

25  slice.  All of those have their own sort of



1    characteristics.

2           But sometimes there's wounds that sort of combine
3    those or they look different or it's hard to classify
4    exactly where they are.

5           So in those situations I usually be more general
6    in my description, so I will use a term like a mark or
7    sometimes I'll use a term called like a lesion.  It's all
8    essentially the same.

9           A barb from a weapon such as a Taser would be
10   sort of characteristic of this kind of -- of mark where
11   you have an aspect of sort of a slicing as the probe goes
12   into the skin, but then you also have scraping and
13   abrasions.  So it's kind of a combination lesion, and
14   that's I usually use the word "mark."

15       Q.   Did that mark, the span of red marks look
16   different to you from the quarter-inch linear red mark?

17       A.   You know, without having the photos in front of
18   me, I would say, yes, just the way I -- by the way I
19   describe it.  The one-quarter inch I described as sort of
20   a single mark, whereas I -- when I usually use the term
21   "span," that means that they're sort of multiple in a row.
22   It may or may not be in parallel.  But, again, sort of
23   having a similar but not identical appearance to the other
24   mark.

25       Q.   For that second mark, so one-and-three-quarter



1      The span that we mentioned or that we discussed,
2  the three-and-a-half inch span on the left side of the
3  chest did have focal areas of hemorrhage below the skin,
4  which is sort of the -- the next layer below the skin is
5  sort of the fat layer.  So there was a little bit of
6  bleeding in that layer.
7      Q.  Any evidence of any penetration beyond the fat
8  layer?
9      A.  No.
10     Q.  You also note that there were focal subcutaneous
11 hemorrhages around the elbows and no other areas of
12 significant hemorrhage; is that correct?
13     A.  Yes.
14     Q.  So based on that, is it fair for me to conclude
15 that you did not find any evidence of any bruising on
16 Mr. Mbegbu's back?
17         MR. MUSHKATEL:  Form.
18         THE WITNESS:  Yes.
19 BY MS. RETTS:
20     Q.  Is it fair for me to conclude that you did not
21 find any bruising on Mr. Mbegbu's buttocks?
22         MR. MUSHKATEL:  Form.
23         THE WITNESS:  Yes.
24 BY MS. RETTS:
25     Q.  Did you find any bruising on the back of



1    Mr. Mbegbu's neck?

2        A.   No.

3        Q.   Did you find any evidence of any damage to any of

4    the bony structures of Mr. Mbegbu's neck?

5        A.   No.

6        Q.   Did you find that the hyoid bone in Mr. Mbegbu's

7    neck was still intact?

8        A.   Yes.

9        Q.   Did you find that the thyroid cartilage was still

10   intact?

11       A.   Yes.

12       Q.   And both the hyoid bone and the thyroid

13   cartilage, are those structures that are easily damaged?

14            MR. MUSHKATEL:  Form and foundation.

15            THE WITNESS:  Not in general.  But if you're

16   involving direct compression on the neck, they can be

17   easily damaged.

18   BY MS. RETTS:

19       Q.   Did you find any evidence of compression of the

20   windpipe?

21       A.   No.

22       Q.   Did you find any evidence that Mr. Mbegbu

23   received any Taser probes to his face or eye area?

24       A.   No.

25       Q.   Did you find any evidence that Mr. Mbegbu had



1   been pepper sprayed?

2       A.    No.

3       Q.    In your examination of Mr. Mbegbu, you performed

4   a modified posterior neck dissection and found no acute

5   skeletal muscle hemorrhage or other significant gross

6   abnormalities.

7             Can you explain what a posterior neck dissection

8   is and what those findings are?

9       A.    A posterior neck dissection is a detailed

10  dissection of the tissue -- muscles and other tissues in

11  the back of the neck.  So sort of behind someone's head

12  where you can sort of reach back and grab your neck.  It's

13  not a routine procedure that is done often in autopsies.

14            It's usually in certain types of cases where you

15  want to evaluate if there's any deeper injuries where the

16  spinal column essentially meets the skull.  To access that

17  area, it's a lot easier to go through the back of the neck

18  versus the -- the front of the body where most of the

19  dissection takes place in -- in most autopsies.

20            Modified means that I -- I sort of started with

21  the muscle layers and got to the bone and sort of stopped

22  there just trying to evaluate the soft tissues for any

23  bruising or damage.

24            A full posterior neck dissection, I usually only

25  do those in cases of infant deaths or child deaths where



Page 38

1   you're trying to get further into the spinal column

2   itself.

3        Q.   And based upon that procedure, as you went

4   through those muscles in the back of the neck, you did not

5   find any evidence of any injury to those muscles; true?

6             MR. MUSHKATEL:  Form and foundation.

7             THE WITNESS:  Yes.

8   BY MS. RETTS:

9        Q.   You also performed what is notated as a layered

10  anterior neck dissection.

11            Can you explain what that means?

12       A.   Yes.  So the muscles in our neck, there's

13  multiple layers of them.  It's not just one muscle.  When

14  anyone sort of turns your neck, you can actually feel some

15  of your own -- the own muscles.

16            If there are blows or injuries to the neck,

17  classically in cases of strangulation, you may get

18  hemorrhage in between the layers of those muscles, or some

19  of the deeper muscles may have bruising, whereas the more

20  superficial muscles don't.  So in most autopsies, those

21  layers of muscle are just sort of reflected all in one

22  block.

23            But if you're trying to look for bleeding in

24  between those layers, we do what's called a layered

25  anterior neck dissection where each layer of muscle is



¹ removed one at a time so that you can see in between those
² muscles to evaluate for any injuries such as bruising.
³      Q.   Based upon that layered anterior neck dissection,
⁴ as you went through those muscles, did you find any
⁵ evidence of any bleeding or hemorrhage or bruising?
⁶      A.   No.
⁷      Q.   Did you find any evidence of any other injury?
⁸      A.   No.
⁹      Q.   When you examined the tongue, did you find any
¹⁰ abnormalities?
¹¹      A.   No.
¹²      Q.   Did you find any injuries to the larynx or
¹³ trachea?
¹⁴      A.   No.
¹⁵      Q.   When you looked at the lungs, you found mild
¹⁶ adhesions to the chest walls.  Is that something that you
¹⁷ commonly find with chest compressions?
¹⁸      A.   No.
¹⁹      Q.   Is that an unusual finding, the adhesions of the
²⁰ lung pleura?
²¹      A.   No.
²²      Q.   In layman's term, explain what that means, what
²³ that finding means.
²⁴      A.   An adhesion is -- it essentially means that one
²⁵ part of the body is stuck to another part when normally



1        Can you explain what that means?

2     A.   Yes.  Anthracosis is just a black pigment

3  deposition into tissues, most commonly carbon.  Pretty

4  much all of us living in the urban Phoenix area inhale

5  this type of stuff all the time.

6        It's said that sometimes smokers can have an

7  increased amount of anthracosis, but it's really hard to

8  evaluate for people that live at least here in the desert

9  or in large cities where you -- we are, you know, whether

10  we like it or not, inhaling dust and particles.

11        So pretty much every adult, especially someone

12  of -- of Mr. Mbegbu's age are going to have these

13  anthracoses throughout their lungs.  It's essentially an

14  incidental finding that we see in almost every adult

15  autopsy.

16     Q.   Does it affect in any way the ability to breathe,

17  generally?

18     A.   Unless it becomes severe and sort of involves the

19  entire lung tissue, no.

20     Q.   Did you find any petechiae in the lungs?

21     A.   No.

22     Q.   Now, as it relates to the listing of law

23  enforcement actions, you note prone placement.

24        Is your reference to prone -- prone restraint,

25  prone restraint indicative of an opinion of positional



¹  asphyxia or just a notation that he was placed prone?

²          MR. MUSHKATEL:  Where are you referencing?

³          MS. RETTS:  On the second page.

⁴          MR. MUSHKATEL:  Okay.

⁵          THE WITNESS:  I'm referencing that as part of the

⁶  subdual process.  The person, Mr. Mbegbu was placed face

⁷  down on the ground.  That's what prone refers to.  If he

⁸  had been laying on his back, the term we use is supine --

⁹  S-U-P-I-N-E.  So prone means face down.  And restraint

¹⁰  means that he was held into that position.

¹¹          If someone is going to die of compressive

¹²  asphyxia, it's much more likely to occur when they're

¹³  prone versus supine, you know, unless it's a scenario

¹⁴  where they're in a auto body shop and a car has fallen on

¹⁵  their chest.

¹⁶  BY MS. RETTS:

¹⁷      Q.   Is it your opinion that this case involved

¹⁸  compressive asphyxia?

¹⁹      A.   My opinion would be that that is a possible

²⁰  component, but I could not say for sure if it was -- if I

²¹  felt it was definitively present or not.

²²      Q.   Okay.  So to a reasonable degree of medical

²³  probability, you cannot say definitively whether

²⁴  compressive asphyxia was present in this case?

²⁵      A.   Yes.



¹       THE WITNESS:  I'm not familiar with the
²  prescribing regimen for that.
³       MS. RETTS:  Let me take a quick look here.  I
⁴  think I'm almost done.
⁵       Do you need to take a break at all?
⁶       THE WITNESS:  Yeah, I can use the rest room --
⁷       MS. RETTS:  Okay.
⁸       THE WITNESS:  -- if it's okay.
⁹       THE VIDEOGRAPHER:  We're going off the record.
¹⁰  The time is 2:52 p.m.
¹¹       (Break taken from 2:52 p.m. to 2:57 p.m.)
¹²       THE VIDEOGRAPHER:  We're back on the record.  The
¹³  time is 2:57 p.m.
¹⁴  BY MS. RETTS:
¹⁵     Q.   Dr. Stano, is it your opinion to a reasonable
¹⁶  degree of medical probability that the Taser alone caused
¹⁷  Mr. Mbegbu's death?
¹⁸     A.   I would say unlikely but possible.
¹⁹     Q.   If you removed the cyclobenzaprine intoxication,
²⁰  do you believe that Mr. Mbegbu would still be alive today?
²¹       MR. MUSHKATEL:  Form and foundation.
²²       THE WITNESS:  Well, essentially, he has multiple
²³  risk factors for his cardiac arrest, so removing one
²⁴  probably doesn't change the outcome.
²⁵                         *  *  *  *



Page 114

1   recorded deposition of Dr. William Stano, III.

2           The time is 4:12 p.m.

3           (The recording stopped.)

4

5

6

7

8

9

10  _____

11              WILLIAM K. STANO, III, MD

12

13

14

15

16

17

18

19

20

21

22

23

24

25

